FILED
2022 Nov-30 PM 12:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA,**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BARBARA MCKEITHAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 2:22-cv-1490-RDP** |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

Respectfully Submitted,

_/s/ Peter H. Burke_______________
Peter H. Burke (ASB-1992-K74P)

**OF COUNSEL**:

Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax: 205-930-9054
pburke@burkeharvey.com