FILED
2022 Dec-07 PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | | |
|---|---|---|
| BARBARA MCKEITHAN<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-001490-RDP |
| THE LINCOLN NATIONAL LIFE INSURANCE CO<br>*Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company
c/o Legal Department
175 Berkeley Street
Boston, MA 02116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter H. Burke, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243

If you fail to respond, judgment by default ~~will~~ MAY be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

CLERK OF COURT

Date: 12/7/2022

Krystal Miller
Signature of Clerk or Deputy Clerk