FILED
2023 Aug-31 AM 05:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BARBARA MCKEITHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:22-cv-01490-RDP** |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT SUBMISSION OF STIPULATED RECORD**

Pursuant to the Initial Order in ERISA Benefits Cases entered by the Court in this matter on June 29, 2023, Plaintiff Barbara McKeithan and Defendant The Lincoln National Life Insurance Company file this Joint Submission of Stipulated Record.

1) Group Disability Income Policy (Lincoln/McKeithan 0001-0060);
2) Appeal Decision Letter Dated April 24, 2021, (Lincoln/McKeithan 0116-0126); and
3) Administrative Record (Lincoln/McKeithan 0061-0115 and 0127-1179).

SUBMITTED this 31st day of August 2023.

Respectfully Submitted,

*/s/ Peter H. Burke*
Peter H. Burke, Esq.
ASB-1992-K74P
**CR Legal Team, LLP**
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-1901
Fax: 877-412-1672
Email: phburke@crlegalteam.com

ATTORNEYS FOR PLAINTIFF

AND

*/s/Iwana Rademaekers*
**IWANA RADEMAEKERS**
(*Admitted Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And -

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000

1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 31st day of August 2023, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Peter H. Burke (ASB-1992-K74P)
Email: phburke@crlegalteam.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers