**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 8520656 Claim Last Updated 04/23/2021 Printed On 12/13/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | BARBARA A MCKEITHAN | SSN | | Birth Date | |
| Address | | Salary Amount $ | 3440.67 | Mode | M |
| | | Date of Hire | 09/19/2011 | | |
| | | Last Work Date | 07/09/2018 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Light | | |

JobDesc TECHNICAL OPERATOR 3 - COMPOUNDING

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 11/08/2018 |
| Disability Date | 07/10/2018 | Close Date | 01/21/2021 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 02/21/2032 | RTW FT / PT | |
| Ben Begin Date | 01/08/2019 | Apprv Thru Date | 01/20/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc M75.10 Unsp rotatr-cuff tear/ruptr, not specified as traumatic

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 290886 UNILEVER, USA

Subsidiary 0000

Location 20680000 RAEFORD, NC

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2013

Class 1B BUY-UP PLAN: ALL ACTIVE SALARIED AND HOURLY EMPLOYEES WHO ARE NOT S

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK

Elimination Period: Days/Type 1 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 42.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 11/01/2011 |
| PD | 01 | STD | 09 | 09/19/2011 |

Additional Information:



EXHIBIT
3, part 1

**Note Report**

Report | Clear | Print | Help

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info | Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt | Tasks

Claim

* **Claim/Event/Leave Number** 8520656 **Accommodation Number**

**Note type:**

Primary Sort Order

Note Type

Note Number

● Note Date/Time

Accm. No.

Sec

●

**12/12/2022 4:20 PM - CLAIM Note 186**
Claim/Event/Leave: 8520656
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [12/12/2022 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**08/23/2021 11:47 AM - CLAIM Note 185**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : FILE RESEND
Text: [08/23/2021 - NILES, CATHY]REQUEST TO RESEND THE FILE LINK SENT ON 6/8/21 TO THE ATTY HAS BEEN COMPLETED. SENT TO EMAIL MLREYNOLDS@CRUMLEYROBERTS.COM THRU ONEDRIVE.

**08/19/2021 7:15 PM - CLAIM Note 184**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject :
Text: [08/19/2021 - JOHNSON, RENATA]RENT EMAIL TO ATTY: GOOD AFTERNOON, WE RECEIVED A LETTER FROM YOU INDICATING THAT YOU HAVE NOT RECEIVED THE POLICY AND CLAIM FILE INFORMATION FOR OUR MUTUAL CLIENT. THIS INFORMATION WAS SENT BY OUR ADMINISTRATIVE UNIT ON 6/8/2021 TO THE EMAIL MLREYNOLDS@CRUMLEYROBERTS.COM MS. MCKEITHAN ALSO REQUESTED A COPY OF THIS INFORMATION AND IT WAS SENT TO HER ON 8/10/202. TO THE EMAIL ADDRESS SINCE YOU STATE THAT YOU DID NOT RECEIVETHIS I WILL ASK OUR ADMINISTRATIVE UNIT TO SEND IT TO YOU AGAIN. PLEASE NOTE THE LINK THAT THEY SEND IS ONLY ACCESSIBLE FOR 24 HOURS.

**08/19/2021 7:09 PM - CLAIM Note 183**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : R. CRUMBLY
Text: [08/19/2021 - JOHNSON, RENATA]RCVD LTR FROM ATTY STATING THEY DID NOT RCV CLAIM FILE[08/19/2021 - JOHNSON, RENATA]SENT REQUEST FOR CLAIM FILE TO ADMIN UNIT

**08/10/2021 11:17 AM - CLAIM Note 182**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : FILE COPY
Text: [08/10/2021 - HOFFNER, FAYE]FULL CLAIM FILE: HELLO RENATA, I COMPLETED YOUR FULL CLAIM FILE WITH POLICY REQUEST FOR 8520656 6030340 AND SUBMITTED VIA SECURE ONE DRIVE TO THE LINK WILL BE ACCESSIBLE 24 HOURS OF SUBMISSION AND THE P/W IS THE FIRST TWO INITIALS OF THE CLAIMANTS FIRST NAME AND DOB. EXAMPLE ONLY: FE02092021 CASE SENSITIVE THESE INSTRUCTIONS ARE IN THE BODY OF THE EMAIL TO THE REQUESTOR.

**08/09/2021 12:50 PM - PHONE Note 93**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject :
Text: [08/09/2021 - JOHNSON, RENATA]CALLED CLMT @ PER REQUEST. DCM ADV THAT ADMIN DEPT WILL BE EMAILING COPY OF CLAIM FILE AND TO OPEN IT WITHIN 24 HOURS OR IT MAY EXPIRE. ADV APPEAL WAS ALREADY COMPLETED AND ON 4/23 APPEALS DCM LEFT MESSAGEADVISING CLAIM WOULD REMAIN DENIED AND ADV LTR WAS ALSO SENT. CLMT STATED SHE DID NOT STOP PT UNTIL MAY BUT CLAIM WAS CLOSED 1/2021. CLMT STATED SHE CANNOT DO THE JOB SHE WAS DOING. DCM ADV WE DO NOT LOOK AT THE SPECIFIC JOB, ADV WE BASE DECISION ONABILITY TO PREFORM OTHER OCCS BASED ON WORK/EXPERIENCE. ADV WE CANNOT REOPEN CLAIM. CLMT STATED SHE ALREADY

HAS AN ATTY AND THEY WILL HANDLED IT. DCM ACK AND CLMT ENDED CALL.

**08/09/2021 12:34 PM - CLAIM Note 181**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject :
Text: [08/09/2021 - JOHNSON, RENATA]8/6/021 RCVD EMAIL FROM CLMT REQUESTING CLAIM FILE AND POLICY

**08/09/2021 12:34 PM - PHONE Note 92**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [08/09/2021 - JARRETT, SAKETHA]EE CALLED REQUESTING COPY OF HER FILE AND ALSO THE LTD POLICY, INFORMED EE THAT THE EMAIL WAS REC'D ON FRIDAY AND ADCM WOULD BE ABLE TO ADDRESS THE EMAIL. EE WANTED TO KNOW IF FILE COULD BE REOPENED INFORMED THE EE THATIT IS AN APPEAL PROCESS THAT SHE CAN GO THROUGH. EE REQUESTED A CALL BACK FROM ADCM.

**08/05/2021 11:09 AM - PHONE Note 91**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [08/05/2021 - HUNT, TIFFANY]EE CALLED ASKING IF EE COULD OBTAIN A COPY OF THE POLICY AND HER FULL DISABILITY FILE. DCM EXPLAINED THAT EE WOULD NEED TO SUBMIT THE REQUEST IN WRITING VIA US MAIL, EMAIL OR FAX. I GAVE THE EE THE EMAIL ADDRESS DISABILITYDOCUMENTS@LFG.COM. EE HAD NO FURTHER QUESTIONS

**06/08/2021 1:03 PM - CLAIM Note 180**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : FILE COPY
Text: [06/08/2021 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED FOR CLAIM # 8520656 & 6030340 VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED MLREYNOLDS@CRUMLEYROBERTS.COM

**06/08/2021 9:35 AM - CLAIM Note 179**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : LTR ATTORNEY
Text: [06/08/2021 - CARIGNAN, HEATHER]RECD LTR DATED 6/8/21 FROM CRUMLEY ROBERTS ATTORNEY AT LAW/PETER H BURKE WIT RELEASE OF INFORMATION, REQUESTING THE POLICY, SPD, CLAIM FILE DOCS, MANUALS OR OTHER DOCS PERTAINING TO GUIDELINES UNDER WHICH CLAIMS ARE TOBE DETERMINED, BROCHURS, HANDBOOKS, ETC, COMPLETE CLAIM FILE (SEE LETTER IN FILE)[06/08/2021 - CARIGNAN, HEATHER]FILE TO BE EMAILED TO MLREYNOLDS@CRUMLEYROBERTS.COM

**04/23/2021 4:09 PM - CLAIM Note 178**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : NOTIF TO ER
Text: [04/23/2021 - CARIGNAN, HEATHER]FROM: CARIGNAN, HEATHER SENT: FRIDAY, APRIL 23, 2021 4:09 PM TO: 'LAVERNE.HENEGAIN@UNILEVER.COM' <LAVERNE.HENEGAIN@UNILEVER.COM> SUBJECT: (SECURE) LTD APPEAL DECISION GOOD AFTERNOON MS. HENEGAIN, WE HAVE COMPLETED THE LTD APPEAL DECISION FOR BARBARA MCKEITHAN S (EE ID 000428836) CLAIM, AND ARE MAINTAINING THE DECISION TO DENY BENEFITS EFFECTIVE JANUARY 21, 2021. MS. MCKEITHAN DOES NOT MEET THE DEFINITION OF DISABILITY. WE VE SENT DETAILED NOTIFICATION OF OUR DECISION TO MS. MCKEITHAN TODAY AND ALSO LEFT HER A MESSAGE. THANK YOU HEATHER CARIGNAN HEATHER CARIGNAN APPEAL SPECIALIST GROUP PROTECTION LINCOLN LIFE ASSURANCE COMPANY OF BOSTON LINCOLNFINANCIAL.COM 888 437 7611 EXT 16292 OFFICE NOTICE OF CONFIDENTIALITY: **THIS E-MAIL AND ANY OF ITS ATTACHMENTS MAY CONTAIN LINCOLN NATIONAL CORPORATION PROPRIETARY INFORMATION, WHICH IS PRIVILEGED, CONFIDENTIAL, OR SUBJECT TO COPYRIGHT BELONGING TO THE LINCOLN NATIONALCORPORATION FAMILY OF COMPANIES. THIS E-MAIL IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR ACTION TAKEN IN RELATION TO THE CONTENTS OF AND ATTACHMENTS TO THIS E-MAIL IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND PERMANENTLY DELETE THE ORIGINAL AND ANY COPY OF THIS E-MAIL AND ANY PRINTOUT. THANK YOU.**

**04/23/2021 4:08 PM - PHONE Note 90**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject :
Text: [04/23/2021 - CARIGNAN, HEATHER]CALLED CLMT. REACHED VM. LEFT MSG CALLING FOR BARBARA, IDENTIFIED MYSELF, CALLING FROM LFG APPEALS UNIT. CALLING TO LET HER KNOW WE'VE MADE A DECISION ON HER APPEAL AND ARE MAINTAINING THE DECISION TO DENY BENEFITS ASSHE IS NOT DISABLED FROM ANY OCCUPATION. I'M SENDING LTR TO HER TODAY W/DETAILS REGARDING DECISION. BASICALLY IT IS BASED ON REVIEW OF ALL RECORDS IN HER FILE ALONG WITH THE REPORTS I HAD SENT TO HER. ANY QUESTIONS SHE IS WELCOME TO CALL. LEFT MY CONTACT INFO. THANKED, MSG ENDED

**04/23/2021 3:33 PM - CLAIM Note 177**
Claim/Event/Leave: 8520656
NoteSubject : Appeal
Other Subject : OUT/UPHOLD
Text: [04/23/2021 - CARIGNAN, HEATHER]THE DECISION TO DENY BENEFITS IS MAINTAINED. THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DOES NOT ALTER THE PRIOR DECISION TO DENY BENEFITS. DETAILED UPHOLD LETTER TO CLMT.

**04/23/2021 10:02 AM - CLAIM Note 176**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : DIR DEP APP
Text: [04/23/2021 - CARIGNAN, HEATHER]RECD DIRECT DEPOSIT APP[04/23/2021 - CARIGNAN, HEATHER]APPLICATION WAS RECEIVED FROM CLMT VIA EMAIL.

**04/08/2021 12:41 PM - CLAIM Note 175**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : EMAIL 4/7/21
Text: [04/08/2021 - CARIGNAN, HEATHER]RECD EMAIL SENT 4/6/21 AND 4/7/21 WITH ADDRESS CHANGE TO AND NEW BANK, NAVY FEDERAL. REQUEST IF ANYTHING OWED OR PAID SEND A PAPER CHECK OR A FORM TO FILL OUT[04/08/2021 - CARIGNAN, HEATHER]UPDATED CLMT ADDRESS. APPEAL IS STILL UNDER REVIEW AT THIS TIME, NO PMT DUE[04/08/2021 - CARIGNAN, HEATHER]EMAILED RESPONSE TO CLMT THAT ADDRESS CHANGE MADE, DEACTIVATED DIRECT DEPOSIT PREV SET UP THRU BB&T BANK; INCLUDED DIRECT DEPOSIT APPLICATION - WILL APPLY ONLY IF BENEFITS REINSTATED. ADVISED WAITING FOR RESPONSE TO LETTER EMAILED/MAILED TO HER ON 4/2/21 AND 4/3/21, DUE 4/23/21.

**04/08/2021 12:40 PM - PHONE Note 89**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [04/08/2021 - CARIGNAN, HEATHER]RECD VMM 4/7/21 6:31 PM FROM CLMT - STATED SHE HAS ADDRESS CHANGE TO ALSO HER BANK INFORMATION HAS CHANGED - PLS CALL SO I CAN GIVE YOU THE BANK INFORMATION TEL END OF MSG

**04/02/2021 1:02 PM - CLAIM Note 174**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : R2REV/TOLLING
Text: [04/02/2021 - CARIGNAN, HEATHER]SENT PMR/PAIN REVIEW, PRIOR TSA & TSA ADDENDUM TO CLMT FOR RIGHT TO REVIEW - RESPONSE DUE 4/23/21. APPEAL WILL TOLL DURING THIS TIME

**04/01/2021 11:57 AM - CLAIM Note 173**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : APPEAL TSA MEMO
Text: [04/01/2021 - HALL, NICOLE]RCVD REFERRAL FOR APPEAL TSA AS UPDATED MEDICAL INFORMATION HAS BEEN OBTAINED. COMPLETED TSA AND PLACED MEMORANDUM REPORT IN S1 WITH NOTIFICATION TO ARC. TSA SUMMARY PROVIDED BELOW: PER APPEAL REVIEW CONSULTANT REQUEST, THEUPDATED RESTRICTIONS AND LIMITATIONS TO BE REVIEWED ARE OUTLINED WITHIN THE PHYSICAL MEDICINE & REHABILITATION/PAIN MEDICINE PEER REVIEW COMPLETED BY DR. LANKFORD, M.D., DATED 03/17/21. UPON REVIEW OF THE AVAILABLE INFORMATION, THIS VCM HAS FOUND THAT TWO OF THE OCCUPATIONAL ALTERNATIVES OUTLINED WITHIN THE PREVIOUSLY COMPLETED TSA REPORT (I.E. DISPATCHER MAINTENANCE SERVICE AND INFORMATION CLERK) REMAIN VIABLE OCCUPATIONS AT THIS TIME GIVEN THE UPDATED RESTRICTIONS. THE OCCUPATION OF ORDER CONTROL CLERK BLOOD BANK HAS NOT BEEN INCLUDED WITHIN THIS REPORT AS IT FALLS OUTSIDE OF THE UPDATED RESTRICTIONS. OCCUPATIONAL WAGES CONTINUE TO MEET THE OUTLINED GAINFUL WAGE AMOUNT OF $2,064.40 PER MONTH IN THE NATIONAL ECONOMY. NO FURTHER VOCATIONALSERVICES RENDERED.

**03/31/2021 8:51 PM - CLAIM Note 172**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 3/31/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**03/31/2021 2:29 PM - PHONE Note 88**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject :
Text: [03/31/2021 - CARIGNAN, HEATHER]CALLED CLMT AGAIN, 2:25 PM TODAY. SPOKE W/HER, ADVISED POLICY WAS RESENT AT 2:12 PM TODAY FROM MICHAEL ROSZELLE (SPELLED NAME) AT LINCOLN. I SUGGESTED SHE CHECK HER SPAM FOLDER. SHE SAID SHE WAS THINKING IT WAS COMINGFROM THIS APPEAL SPECIALIST. SHE WILL CHECK. I EXPLAINED A LINK IS SENT AND ONLY GOOD FOR 24 HOURS SO IF ANY PROBLEMS PLS LET ME KNOW. SHE UNDERSTOOD. I ALSO SAID I WILL BE IN TOUCH WHEN I HAVE AN UPDATE ON HER APPEAL. SHE THANKED. CALL ENDED

**03/31/2021 2:12 PM - CLAIM Note 171**

**03/31/2021 2:12 PM - CLAIM Note 171**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/31/2021 - ROSZELLE, MICHAEL]***RE-SENT*** REQUEST COMPLETED FOR POLICY AND CORRESPONDENCE LETTER REQUEST IN DOC LIST FOR CLAIM #8520656. SUBMITTED TO THE CLAIMANT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED

**03/31/2021 1:56 PM - CLAIM Note 170**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : POLICY<R RESENT
Text: [03/31/2021 - CARIGNAN, HEATHER]REQUEST TO CLAIMSHOADMIN TO RE-SEND THE POLICY AND LETTER DATED 3/30/21 TO CLAIMANT TO HER EMAIL ADDRESS ON FILE. ASKED FOR CONFIRMATION OF EMAIL ADDRESS IT IS SENT FROM SO THAT I CAN CALL CLMT TO ADVISE.

**03/31/2021 1:55 PM - PHONE Note 87**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject :
Text: [03/31/2021 - CARIGNAN, HEATHER]CALLED CLMT AND SPOKE WITH HER. STATED WE HAD SENT THE POLICY TO HER YESTERDAY AND I WANTED TO BE SURE SHE RECD IT. SHE SAID SHE HASN'T RECD ANYTHING. SHE ASKED THE EMAIL ADDRESS IT IS COMING FROM. I SAID I WASN'T SURE. SHE SAID AGAIN IT WASN'T RECD. I CONFIRMED EMAIL ADDRESS GMAIL.COM. SHE CONFIRMED. I SAID IT WAS SENT BUT I WILL ASK FOR IT TO BE SENT AGAIN. SHE THANKED. CALL ENDED[03/31/2021 - CARIGNAN, HEATHER]CORRECTION EMAIL ADDRESS ON FILE IS

**03/30/2021 11:03 AM - CLAIM Note 169**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/30/2021 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR POLICY AND CORRESPONDENCE LETTER REQUEST IN DOC LIST FOR CLAIM #8520656. SUBMITTED TO THE CLAIMANT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED

**03/30/2021 10:54 AM - CLAIM Note 168**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : POLICY TO CLMT
Text: [03/30/2021 - CARIGNAN, HEATHER]REVIEWED CLAIM AND CUSTOMER POLICY FOLDER. DETERMINED THE POLICY APPLICABLE TO THE CLAIM. ADDED TO THE CLAIM FILE. COMPLETED COVER LETTER TO CLMT. SENT EMAIL TO CLAIMS HO ADMIN AND REQUESTED THEY SEND THE POLICY AND COVER LETTER TO CLMT VIA EMAIL ONEDRIVE FILE

**03/30/2021 10:09 AM - PHONE Note 86**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [03/30/2021 - CARIGNAN, HEATHER]RECD VMM AT 7:08 PM 3/29/21 FROM CLMT - REQUESTING AS EMAIL HER A COPY OF THE POLICY. END OF MSG[03/30/2021 - CARIGNAN, HEATHER]CLMT PROVIDED THE EMAIL ADDRESS WE HAVE ON FILE

**03/30/2021 10:08 AM - CLAIM Note 167**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : REQ FOR POLICY
Text: [03/30/2021 - CARIGNAN, HEATHER]RECD EMAIL 3/26/201 FROM CLMT REQUESTING A COPY OF THE POLICY, HOW LFG DETERMINES HOW/WHO GETS DISABILITY. I BEEN OUT SINCE 6/2018 STILL OUT WAITING ON APPEAL

**03/26/2021 11:47 AM - PHONE Note 85**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : POLICY REQUEST
Text: [03/26/2021 - BOLING, ROBERT]EE CALLED AND ASKED HOW TO RQUEST COPY OF LTD POLICY. DCM ADVISED TO REQUEST IN WRITING. DCM ADVISED EE HAS PREVIOUSLY SENT EMAILS TO THE INBOX. EE WOULD USE THAT SAME ADDRESS. EE ACK AND ASKED IF THE PERSON IN CHARGE OFHER APPEAL WOULD HANDLE? DCM ADVISED YES. EE SAID SHE WOULD LIKE COPIES OF HER 2018 POLICY AND THE 2021 POLICY. DCM ADVISED 2021 POLICY IS WITH A NEW CARRIER AND WE WOULDN'T HAVE THAT. DCM ADVISED ONCE RCVD, WE WOULD FORWARD LTD POLICY. EE ACK.

**03/24/2021 3:46 PM - CLAIM Note 166**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/24/2021 - NAI, TIMOTHY]INVOICE DATED 03/17/2021 FROM ECN. INV #BOCA103910 , IN THE AMT OF $660.00 FOR PEER REVIEW . INVOICE PAID IN FULL

**03/24/2021 11:17 AM - PHONE Note 84**

Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [03/24/2021 - CARIGNAN, HEATHER]RECD VMM AT 5:19 PM 3/23/21 FROM CLMT CALLING RE APPEAL STATUS AND THAT SHE HAD RECD A LTR FROM AS STATING SHE WOULD HAVE AN ANSWER BY 3/19 AND HASN'T HEARD ANYTHING. PLS CALL END OF MSG. I RETURNED HER CALL AT 11:05 AM TODAY AND SPOKE W/HER. ADVISED I HAD RECENTLY RECD THE PHYSICIAN REVIEW OF HER CLAIM FILE, AND IT CONCLUDED SHE WOULD BE LIMITED TO LIFTING 10 LBS OCCASIONALLY AND NO REACHING OVERHEAD, WITH NO LIMITATIONS ON STANDING, WALKING OR SITTING. SHE ACKNOWLEDGED. EXPLAINED TO HER THAT I HAVE REFERRED HER CLAIM FILE FOR REVIEW TO DETERMINE IF THERE ARE ALTERNATIVE OCCUPATIONS SHE CAN PERFORM BASED ON THESE RESTRICTIONS. SHE ACKNOWLEDGED. SHE SAID SHE HASN'T BEEN RELEASED BY A DR AND IS STILL IN PHYSICAL THERAPY AND WHAT JOB IS GOING TO HIRE HER IF SHE IS A LIABILITY. SAID SHE HAS SPOKEN WITH 2 PEOPLE WHO SAID THEY WOULDN'T HIRE HER IF SHE ISN'T RELEASED BY HER DR. I ACKNOWLEDGED, EXPLAINED AN EMPLOYER CAN'T ASK IF HER DR HAS RELEASEDHER TO WORK, THEY CAN ONLY ASK IF SHE IS ABLE TO PERFORM THE JOB. I ALSO EXPLAINED THAT MANY PEOPLE ATTEND PHYSICAL THERAPY AROUND WORKING HOURS, AND THAT PT ISN'T A REASON TO STAY OUT OF WORK. SHE SAID SHE HAS TO 'QUIT HER JOB' THAT SHE IS MAKING $20-22/HR AND WORKED AT FOR 10 YEARS AND GO WORK SOMEWHERE ELSE? I EXPLAINED THAT THE POLICY REQUIRES HER TO BE DISABLED FROM ANY OCCUPATION FOR WHICH SHE IS QUALIFIED AND WITHIN HER TEE. STATED ONCE I HAVE THE VOCATIONAL REVIEW I CAN DETERMINE IF ALTERNATIVE OCCUPATIONS ARE SUITED FOR HER. SAID I WOULD CALL HER WHEN I HAVE MORE INFORMATION. SHE ACKNOWLEDGED AND THANKED. I THANKED HER AND CALL ENDED[03/24/2021 - CARIGNAN, HEATHER]I ALSO EXPLAINED THAT IF THE PHYSICIAN AND VOCATIONAL REVIEWS APPEAR TO NOT SUPPORT HER CONTINUED CLAIM, I WOULD SEND THE REPORTS TO HER FOR REVIEW AND SHE HAS OPPORTUNITY TO SEND IN ADDITIONAL INFORMATION FOR REVIEW.

**03/23/2021 8:51 PM - CLAIM Note 165**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 3/23/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**03/23/2021 8:32 PM - CLAIM Note 164**
Claim/Event/Leave: 8520656
NoteSubject : Appeal
Other Subject : STATUS
Text: [03/23/2021 - CARIGNAN, HEATHER]PMR/PAIN PEER REVIEW RECD. REFERRED FOR VOC REVIEW TO COMPLETE UPDATED TSA BASED ON IDENTIFIED R/LS. ONCE RECD IF APPLICABLE WILL SEND PEER & TSA TO CLMT FOR RIGHT TO REVIEW. IF N/A WILL RENDER APPEAL DECISION.

**03/23/2021 8:10 PM - CLAIM Note 163**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : INVOICE 103910
Text: [03/23/2021 - CARIGNAN, HEATHER]RECD INVOICE FROM ECN FOR PMR/PAIN PEER REVIEW. $660. INVOICE VALID. NOTIFIED J BEST FOR PMT

**03/23/2021 8:05 PM - CLAIM Note 162**
Claim/Event/Leave: 8520656
NoteSubject : Peer Review
Other Subject : PMR/PAIN
Text: [03/23/2021 - CARIGNAN, HEATHER]THE PRIMARY IMPAIRING DIAGNOSES ARE CHRONIC RIGHT SHOULDER PAIN (M25.511) WITH A HISTORY OF ROTATOR CUFF TEAR (M75.121), SUBACROMIAL IMPINGEMENT (M75.41), AND LABRAL FRAYING (S43.431A) WITH SURGICAL REPAIR ON 05/07/2019 WITH CONTINUING PAIN AND CHRONIC LEFT SHOULDER PAIN (M25.512) WITH A HISTORY OF ROTATOR CUFF REPAIR, SUBACROMIAL DECOMPRESSION WITH DISTAL CLAVICLE EXCISION ON 07/10/2018 AS THE PRIMARY IMPAIRING DIAGNOSIS. DUE TO THE CLAIMANT S AGE AND HISTORY OFBILATERAL SHOULDER SURGERY WITH POOR RESPONSE TO TREATMENT AND EXTENSIVE PHYSICAL THERAPY, THE RESTRICTIONS AND LIMITATIONS ARE LIKELY TO BE PERMANENT. THESE RECOMMENDED RESTRICTIONS AND LIMITATIONS ARE BASED UPON THE CLINICAL HISTORY FROM THE INCLUDED MEDICAL RECORDS AS A WHOLE. ACCORDING TO AN EVALUATION DATED 01/11/2021, THE CLAIMANT HAD CONTINUED CHRONIC LEFT SHOULDER PAIN DESPITE MULTIPLE TREATMENT MODALITIES. THE CLAIMANT REQUIRED HELP FOR HEAVIER CHORES. THE CLAIMANT HAD LIMITED RANGE OFMOTION ALONG WITH WEAKNESS ON EXAMINATION BILATERALLY. THEREFORE, RESTRICTIONS/LIMITATIONS ARE WARRANTED. RESTRICTIONS AND LIMITATIONS WOULD INCLUDE: SITTING: UNRESTRICTED STANDING: UNRESTRICTED WALKING: UNRESTRICTED LIFTING/CARRYING/PUSHING/PULLING: UP TO 10 POUNDS OCCASIONALLY; CARRYING, PUSHING, PULLING FOR SHORT DISTANCES NOT GREATER THAN 20 POUNDS OCCASIONALLY OR 10 POUNDS FREQUENTLY BILATERALLY CLIMBING STAIRS: OCCASIONALLY CLIMBING LADDERS: NEVER STOOPING: UNRESTRICTED KNEELING: UNRESTRICTED CROUCHING: UNRESTRICTED CRAWLING: NEVER REACHING OVERHEAD: NEVER, BILATERALLY REACHING AT WAIST AND DESK LEVEL: UNRESTRICTED BILATERALLY REACHING BELOW WAIST: UNRESTRICTED BILATERALLY USE LOWER EXTREMITIES FOR FOOT CONTROLS: UNRESTRICTED BILATERALLY. FINE MANIPULATION: UNRESTRICTED BILATERALLY SIMPLE AND FIRM GRASPING: UNRESTRICTED BILATERALLY. KEYBOARDING: UNRESTRICTED BILATERALLY[03/23/2021 - CARIGNAN, HEATHER]AS OF 01/08/021 FORWARD, THE CLAIMANT IS ABLE TO SUSTAIN FULL-TIMEWORK CAPACITY TAKING INTO CONSIDERATION THE ABOVE RESTRICTIONS AND LIMITATIONS OUTLINED. IN PAST VISIT NOTES, THE CLAIMANT HAD DOCUMENTED CLINICAL FINDINGS OF RIGHT AND LEFT SHOULDER TENDERNESS TO PALPATION, PARTICULARLY ANTERIORLY, AND RECENT PAINFUL AND LIMITED RANGE OF MOTION OF THE RIGHT SHOULDER. THE CLAIMANT HAS A LONG-STANDING HISTORY OF CHRONIC BILATERAL SHOULDER PAIN AND SURGERY TO BOTH SHOULDERS WITH POOR PROGRESS OVERALL POST-SURGERY. ALTHOUGH, THERE IS A LACK OF RELEVANT CLINICAL NOTES FOR THE PERIOD OF 01/08/2021 FORWARD, IT IS

UNLIKELY BASED ON PRIOR RECORDS, THAT THE CLAIMANT S CLINICAL SITUATION WOULD HAVE IMPROVED SIGNIFICANTLY IN REGARD TO HER SHOULDERS. THE CLAIMANT IS ABLE TO WORK FULL TIME BUT WITH THE INCLUDED RESTRICTIONS AND LIMITATIONS.

**03/17/2021 9:41 AM - CLAIM Note 161**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : EMAIL FROM/TO ECN
Text: [03/17/2021 - CARIGNAN, HEATHER]FROM: SMITH, ROXANNA SENT: MONDAY, MARCH 15, 2021 5:40 PM TO: CARIGNAN, HEATHER <HEATHER.CARIGNAN@LFG.COM> SUBJECT: SECURE: CLAIM #: 8520656 B.MCKEITHAN *REQUESTING EXTENSION FOR 3/16 IMPORTANCE: HIGH GOOD AFTERNOON HEATHER, I WANTED TO TAKE THIS OPPORTUNITY TO INFORM YOU THAT WE ARE IN RECEIPT OF THE REPORT ON BARBARA MCKEITHAN. HOWEVER, WE DID HAVE TO RETURN IT TO THE PROVIDER FOR CORRECTIONS. WE WILL GET THIS TO YOU AS SOON AS POSSIBLE. IN THE MEANTIME, WE ARE REQUESTING AN EXTENSION ON THIS CASE. COULD WE HAVE UNTIL 3/16? THANK YOU, ROXANNA SMITH, RN QUALITY ASSURANCE SPECIALIST EXAM COORDINATORS NETWORK, A DIVISION OF GENEX SERVICES T: 877-463-9463 F: 561-392-5881 ***FROM: CARIGNAN, HEATHER SENT: WEDNESDAY, MARCH 17, 2021 9:37 AM TO: 'SMITH, ROXANNA' <ROXANNA.SMITH@GENEXSERVICES.COM> SUBJECT: RE: SECURE: CLAIM #: 8520656 B.MCKEITHAN *REQUESTING EXTENSION FOR 3/17 3/17 IS OK HEATHER CARIGNAN APPEAL SPECIALIST GROUP PROTECTION LINCOLN LIFE ASSURANCE COMPANY OF BOSTON LINCOLNFINANCIAL.COM 888 437 7611 EXT 16292 OFFICE

**03/17/2021 8:39 AM - PHONE Note 83**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [03/17/2021 - CARIGNAN, HEATHER]RECD CALL THIS AM FROM CLMT ASKING STATUS OF APPEAL. SHE PROVIDED HER CLAIM NUMBER. I REVIEWED AND ADVISED THE PHYSICIAN REVIEW HASN'T YET BEEN RECEIVED BUT IS EXPECTED SOON. SAID I SHOULD RECEIVE IT IN THE NEXT COUPLEOF DAYS AND THAT I WILL CALL HER WHEN I HAVE MORE INFORMATION. SHE SAID SHE WANTS TO KNOW WHAT SHE NEEDS TO DO TO GET HER BENEFITS. I RESPONDED THAT AT THIS POINT THERE IS NOTHING FOR HER TO DO AS PRESUMABLY SHE PROVIDED ALL INFORMATION SHE WISHED TO SEND IN FOR THE APPEAL REVIEW. I ALSO EXPLAINED THAT IF FOR SOME REASON IT DOESN'T SUPPORT HER CLAIM I WILL SEND THE REPORT TO HER AND SHE WILL HAVE THE OPPORTUNITY TO PROVIDE ADDITIONAL INFORMATION. SHE SAID SHE WANTS TO KNOW WHAT SHE NEEDS TO DOAND IF SHE NEEDS TO HIRE A LAWYER. I ACKNOWLEDGED. SAID I WOULD CALL HER IN NEXT FEW DAYS WITH AN UPDATE. SHE UNDERSTOOD AND THANKED. WISHED HER WELL AND CALL ENDED.

**03/01/2021 8:50 PM - CLAIM Note 160**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/1/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**03/01/2021 11:40 AM - CLAIM Note 159**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : COPY JOB
Text: [03/01/2021 - ROSZELLE, MICHAEL]REQUEST HAS BEEN COMPLETED TO INCLUDE ALL DOCS & LETTERS IN DOC LIST EXCEPT CORRESPONDENCE VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED LEGACY@ECNIME.COM.

**03/01/2021 9:49 AM - CLAIM Note 158**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : CLINICAL REFERRAL
Text: [03/01/2021 - CARIGNAN, HEATHER]FROM: CLINICAL REFERRAL AND TRIAGE <SHELLEY.PLAISTED@LFG.COM> SENT: MONDAY, MARCH 1, 2021 9:47 AM TO: CARIGNAN, HEATHER <HEATHER.CARIGNAN@LFG.COM> SUBJECT: URGENT: SEND MEDICALS TO PEER REVIEW CLAIM 8520656 YOURREFERRAL FOR CLAIM NUMBER 8520656 HAS BEEN SENT TO AN EXTERNAL VENDOR AS NO ICP IS AVAILABLE TO HANDLE IT SENT TO VENDOR: EXAM COORDINATORS ECN EMAIL RECORDS TO: LEGACY@ECNIME.COM *** FROM: CARIGNAN, HEATHER SENT: MONDAY, MARCH 1, 20219:49 AM TO: CLAIMSHOADMIN <CLAIMSHOADMIN@LFG.COM> SUBJECT: FW: URGENT: SEND MEDICALS TO PEER REVIEW CLAIM 8520656 & 6030340 HELLO PLEASE PREPARE THE DOC LIST EXCEPT OUTGOING CORRESPONDENCE, FOR THE ABOVE CLAIM FILES AND SEND TO ECN THANK YOU! HEATHER

**03/01/2021 9:01 AM - PHONE Note 82**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [03/01/2021 - AVRETT, MARY]EE CALLED FOR A STATUS. ADVISED APPEALS CONSULT ADVISED HER ON 2/27 THAT APPEALS WAS BEING REFERRED FOR A MEDICAL REVIEW AND IT WOULD TAKE APPROX. 3 WEEKS. SHE ADVISED SHE HAS BILLS AND I ADVISED I UNDERSTOOD BUT THE APPEAL HAS TO BE REVIEWED BY A PHYSICIAN. SHE THANKED ME AND DISCONNECTED.

**02/27/2021 4:35 PM - PHONE Note 81**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject :
Text: [02/27/2021 - CARIGNAN, HEATHER]CALLED CLMT AGAIN AT 430 PM EASTERN. REACHED HER. INTRODUCED MYSELF, STATED CALLING FROM LFG APPEALS UNIT. SAID I REALIZED I SPOKE WITH HER PREVIOUSLY AND THAT SHE HAD

STATED CALLING FROM LFG APPEALS UNIT. SAID I REALIZED I SPOKE WITH HER PREVIOUSLY AND THAT SHE HAD CONFIRMED THE APPEAL IS COMPLETE. I ASKED IF THAT'S STILL THE CASE. SHE CONFIRMED. I SAID I WOULD PROCEED W/THE APPEAL REVIEW. SHE SAID YOU HAVEN'T STARTED IT YET? I SAID IT HAS BEEN UNDER REVIEW AND I WILL CONTINUE. SHE ASKED HOW LONG BEFORE SHE KNOWS SOMETHING. I SAID I WOULD REFER FOR PHYSICIAN REVIEW AND USUALLY TAKES ABOUT 3 WEEKS. WILL BE IN TOUCH AFTER THAT. SHE UNDERSTOOD, THANKED. I THANKED HER, CALL ENDED.

**02/27/2021 4:31 PM - CLAIM Note 157**
Claim/Event/Leave: 8520656
NoteSubject : Appeal
Other Subject : STATUS
Text: [02/27/2021 - CARIGNAN, HEATHER]ACKNOWLEDGEMENT LETTER SENT TO CLMT VIA EMAIL AND US MAIL, REQUESTED RESPONSE BY 3/8/21 WHETHER SHE PLANS TO SEND IN ANY OTHER INFORMATION OR IF APPEAL IS COMPLETE. IF NO RESPONSE, WILL PROCEED W/REVIEW

**02/27/2021 4:25 PM - PHONE Note 80**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject :
Text: [02/27/2021 - CARIGNAN, HEATHER]CALLED CLMT AT REACHED VM AFTER A FEW RINGS. LEFT MSG CALLING FOR BARBARA, PROVIDED MY NAME STATED CALLING FROM LFG APPEALS UNIT. RECD HER APPEAL AND CALLING TO CONFIRM IF SHE'S SUBMITTED ALL INFORMATION SHE WOULD LIKE CONSIDERED FOR THE APPEAL, OR IF SHE PLANS TO SEND IN FURTHER INFORMATION. STATED IT IS UP TO HER. ASKED FOR RETURN CALL ON MONDAY, PROVIDED MY CONTACT INFO AND REQUESTED SHE LEAVE A MESSAGE WITH HER PLANS. THANKED, MSG ENDED.

**02/27/2021 4:20 PM - CLAIM Note 156**
Claim/Event/Leave: 8520656
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [02/27/2021 - CARIGNAN, HEATHER]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 06/21/2018. JD ON FILE. AUTH ON FILE. CLAIM DENIED NTDAO, DATE OF DENIAL WAS 01/23/2021. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 07/22/2021. LETTER OF APPEAL RECEIVED 02/02/2021. ACTION PLAN: APPEAL REFERRED LATE TO ARU. CALL CLMT, CONFIRM IF SHE INTENDS TO SEND ANY OTHER RECORDS/INFO, ONCE APPEAL COMPLETE CONSIDER CLINICAL REFERRAL.

**02/26/2021 5:28 PM - CLAIM Note 155**
Claim/Event/Leave: 8520656
NoteSubject : Social Security
Other Subject : NOTICE OF HEARING
Text: [02/26/2021 - CARIGNAN, HEATHER]RECD LETTER DATED 2/9/21 FROM OFFICE OF HEARINGS OPERATIONS, SS ADMIN. NOTICE OF HEARING 2/23/21 - ADJ[02/26/2021 - CARIGNAN, HEATHER]ALJ

**02/23/2021 8:20 AM - PHONE Note 79**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : SS UPDATE
Text: [02/23/2021 - LATOUR, REBEKAH]EE CALLED & LEFT VM FOR FRS REP RE: SS PENDING LETTER SHE RECD, EE SAID SHE HAS A HEARING TODAY 2/23 FOR SS, SHE HAS NOT RECEIVED ANY SS PAY THUS FAR AND WILL KEEP LFG UPDATED ON THE RESULTS OF THE HEARING. NO RTC MADE AS NONE REQUESTED, EE WAS JUST FOLLOWING UP AS AN FYI.

**02/19/2021 4:10 PM - PHONE Note 78**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject :
Text: [02/19/2021 - CARIGNAN, HEATHER]CALLED CLMT IN FOLLOW UP TO MESSAGE RECD FROM CLAIMS SPECIALIST BRITTANY ABOUT CALL FROM CLMT TODAY. A WOMAN ANSWERED AND I ASKED FOR BARBARA. SHE CONFIRMED IT WAS. INTRODUCED MYSELF AND STATED CALLING FROM LFG APPEALSUNIT, CALLING IN RESPONSE TO HER CALL TO CLAIMS SPECIALIST TODAY. I SAID HER APPEAL IS UNDER REVIEW AND ASKED IF I COULD HELP HER. SHE SAID SHE JUST WANTED TO KNOW WHAT WAS GOING ON. SAID SHE HAD CALLED THE CASE WORKER AND SHE DOESN'T RETURN HER CALLS EXCEPT WHEN SOMEONE ELSE ASKED HER TO. I STATED I WAS SORRY TO HEAR THAT AND CONFIRMED WE HAVE HER APPEAL. I ASKED IF SHE HAS SUBMITTED ALL OF THE MEDICAL RECORDS SHE WISHES TO HAVE CONSIDERED. SHE SAID YES, I CONFIRMED WE RECD 30 PAGES. SHE ACKNOWLEDGED. I SAID I WILL REVIEW IN MORE DETAIL IN NEXT FEW DAYS AND CALL HER WHEN THAT IS COMPLETE. ALSO SAID IN GENERAL APPEAL CAN TAKE 45 TO 90 DAYS BUT I WILL KNOW MORE ABOUT TIMEFRAME FOR HER CLAIM WHEN I'VE COMPLETED THE INITIAL REVIEW. SHE UNDERSTOOD. I OFFERED TO PROVIDE MY PHONE NUMBER/EXT. SHE AGREED AND I DID SO. SHE THANKED ME. SAID SHE MIGHT GET LEGAL ADVICE. I SAID THAT'S FINE IF SHE DOES I WILL SPEAK OR CORRESPOND WITH THE ATTY IF SO. SHE UNDERSTOOD. THANKED, CALL ENDED.

**02/19/2021 9:56 AM - PHONE Note 77**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [02/19/2021 - BROCKINGTON, BRITTANY]EE CALLED WANTING TO SPEAK TO A SUPERVISOR. ASKED HER IF I COULD HELP. SHE SAID THAT WE DENIED HER CLAIM AND SHE ISN'T ABLE TO GO BACK TO HER OCCUPATION. ADVISED HER AFTER TWO YEARS WE SEE IF SHE CAN WORK ANY OCC.ADVISED HER ALTERNATE OCCUPATIONS WERE FOUND AROUND

HER SALARY BASED ON RESTRICTIONS GIVEN BY THE DOCTOR. ADVISED HER DR. CADET EVEN AGREED WITH THE RESTRICTIONS THE DOCTOR PROVIDED AND NOT CONSIDERED DISABLED. ADVISED HER APPEAL WAS REC'D AND BEINGREVIEWED. SHE SAID SHE WILL GET A LAWYER. ADVISED HER SHE CAN BUT WE CAN ONLY HAVE CORRESPONDENCE THROUGH HER LAWYER ONLY IF SHE DOES DECIDE TO GO THAT ROUTE. EE THANKED AND ENDED CALL.

**02/17/2021 8:05 AM - CLAIM Note 154**
Claim/Event/Leave: 8520656
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [02/17/2021 - AVERILL, REBECCA]ASSIGNED TO HEATHER CARIGNAN

**02/16/2021 8:50 PM - CLAIM Note 153**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 2/16/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**02/16/2021 9:18 AM - PHONE Note 76**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : APPEAL STATUS
Text: [02/16/2021 - ELLIS, KATHERINE]EE CALLED EE ASKED ABOUT APPEAL? DCM ADV ADCM JUST GOT THE APPEAL SIGN OFF TODAY AND WILL BE REFERRING CLAIM OVER TO APPEALS DEPARTMENT TODAY. EE ASKED HOW LONG WILL IT TAKE FOR APPEAL TO REVIEW. DCM ADV APPEALS HASUP TO 90 DAY TO RENDER FINAL DECISION. EE ASKED IF SHE WILL BE PAID WHILE THEY REVIEW THE CLAIM? DCM ADV NO, ADV CLAIM REMAINED CLOSED WHILE APPEALS REVIEWS CLAIM FILE. EE ACK AND ASKED IF SHE WILL NOT BE PAID FOR 90 DAYS? DCM ADV APPEAL REVIEW CAN TAKE UP TO 90 DYAS, HOEVER, IT DOES NOT NECESSARILY MEAN IT WILL TAKE THE FULL 90 DAYS TO REVIEW. EE ACK. DCM ADV ARU WILL REACH OUT TO EE AND EE CAN ASK ADDITIONAL QUESTIONS ABOUT THE TIMELINE. EE ACK AND ASKED IF HER ER HAS BEEN NOTIFIED? DCM ADV LTD IS FI AND THEREFORE, THERE IS NO COMMUNICATION TO ER. EE ACK. EE MENTIONED WORKING WITH AN ATTORNEY. DCM ADV IF EE IS WORKING WITH AN ATTORNEY WE CANNOT DISCUSS CLAIM WITH HER. ALL INQUIRIES MUST GO THROUGH ATTORNEY. EE ADV ATTORNEY ISFOR SSDI. EE ADV SHE KNOWS WE WILL STOP PAYING HER ONCE SS IS APPROVED. DCM ADV SS AND LTD ARE SEPARATE AND THEREFORE, EE CAN RECV BOTH, WE WOULD SUBTRACT WHATEVER EE IS RECV FROM SS. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**02/15/2021 6:37 PM - CLAIM Note 152**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [02/15/2021 - ADAMS, STEPHANIE]AGREE WITH REFERRAL TO ARU AT THIS TIME

**02/12/2021 9:33 AM - CLAIM Note 151**
Claim/Event/Leave: 8520656
NoteSubject : Appeal
Other Subject :
Text: [02/12/2021 - JOHNSON, RENATA]53 YOF. JOB TITLE: TECHNICAL OPERATOR 3, PRESUMED MEDIUM OCC. LDW: 07/09/2018 DOD: 07/10/2018, BBD 1/8/19, CID 1/7/21. DX: PAIN BILATERAL SHOULDERS, SHOULDER STIFFNESS, EE HAD LEFT SHOULDER ROTATOR CUFF REPAIR 7/10/2018AND RIGHT SHOULDER ROTATOR CUFF REPAIR, SUBACROMIAL DECOMP AND LABRAL DEBRIDEMENT ON 5/7/2019. 1/11/21 PMR PEER REVIEW NOTED THE FOLLOWING R/LS: SITTING UP TO AN HOUR AT A TIME WITH FREQUENT POSITION CHANGE RECOMMENDED AS INSTRUCTED IN P.T. ASWELL AS WITH THE ABILITY TO ELEVATE HER LEGS AS NEEDED WHILE IN THE SEATED POSITION. MAXIMUM SITTING 8 HOURS IN A WORK SHIFT. STANDING AND WALKING EACH CONTINUOUSLY NO >30 MINUTES AT A TIME AND IDEALLY ALTERNATING WITH SITTING. MAXIMUM STAND AND WALK 3 HOURS IN AN 8- HOUR DAY. AVOIDANCE OF OVERHEAD REACHING AND LIFTING WITH ANY >10LBS. OCCASIONALLY. LIFTING FROM FLOOR TO WAIST AND WAIST TO SHOULDER NO >16LBS. OCCASIONALLY AND 10 LBS. FREQUENTLY. CARRYING, PUSHING, PULLING FOR SHORT DISTANCES(NOT OVER 15 FEET) NO >20 LBS. OCCASIONALLY AND NO > 10LBS. FREQUENTLY. NO RESTRICTIONS FOR USE OF BILATERAL UPPER EXTREMITIES IN UP TO SHOULDER HEIGHT RANGE INCLUDING USE OF ELBOWS, WRISTS, AND HANDS INCLUDING GRIPPING, FIRM GRIPPING, PINCHING ANDFINE MOTOR MANIPULATION SUCH AS USE OF A KEYBOARD OR MOUSE. R/LS LIKELY PERMANENT. 1/15/21 TSA FOUND ALT OCCS. CLAIM CLOSED NOT TD ANY OCC 1/20/21. DCM RCVD APPEAL LTR FROM CLMT ALONG WITH APPOINTMENT LIST FROM PT. CLMT REPORTED SHE WOULD SEND IN OVNS, BUT THEY HAVE NOT BEEN RCVD. RECOMMEND REFERRAL TO APPEALS.

**02/11/2021 10:31 AM - PHONE Note 75**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : ACD
Text: [02/11/2021 - YOO, HENRY]EE CALLED - EE ASKING ABOUT APPEAL PROCESS - DCM CONFIRMED APPEAL LETTER RCVD AND BEING PROCESSED AND EE HAS TO ALLOW TIM. EE UNDERSTOOD. NFQ.

**02/09/2021 2:56 PM - PHONE Note 74**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [02/09/2021 - JOHNSON, RENATA]RCVD VM FROM CLMT, STATED FIRST HEALTH HAS RELEASED MR AND DCM SHOULD

Text: [02/09/2021 - JOHNSON, RENATA]RCVD VM FROM CLMT. STATED FIRST HEALTH HAS RELEASED MR AND DCM SHOULD RCV THEM THIS WEEK VIA MAIL.

**02/08/2021 2:00 PM - OVERPMT Note 1**
Claim/Event/Leave: 8520656
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [02/08/2021 - CHAPUT, CHRISTINE]FILE RECEIVED AS A CLOSED CLAIM WITH SS PENDING. SENT LETTER TO CLAIMANT TO CONTACT LINCOLN IMMEDIATELY UPON RECEIPT OF AWARD LETTER. SS PENDING FILE CLOSED AT THIS TIME. IF AWARD INFO PROVIDED, REFERRAL WILL BE REOPENED TO CALCULATE OVERPAYMENT.

**02/05/2021 1:15 PM - PHONE Note 73**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [02/05/2021 - JOHNSON, RENATA]RCVD VM FROM CLMT CLMT STATED THAT SHE SENT IN LTR AND SOME RECORDS. *****DCM RTC. CLMT STATED HE HAS TO SIGN RELEASE FOR 1ST HEALTH AND WILL THEN SEND IN RECORDS TO DCM. DCM ACK THANKED AND E/C

**02/05/2021 12:11 PM - CLAIM Note 150**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject :
Text: [02/05/2021 - JOHNSON, RENATA]RCVD REQUEST FOR APPEAL FROM CLMT & FIRST HEALTH OF THE CAROLINAS---RCVD APPOINTMENT LIST

**02/04/2021 8:51 PM - CLAIM Note 149**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO CHRISTIE CHAPUT.

**02/04/2021 8:51 PM - CLAIM Note 148**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: PENDING

**02/02/2021 3:10 PM - PHONE Note 72**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject :
Text: [02/02/2021 - JACOBS, JOSIE]EE CALLED STATED THAT SHE NEEDED MORE INFORMATION ON CLOSURE. DCM ADV THAT CLAIM WAS CLOSED FOR NOT TD ANY OCC. DCM ADV THAT R/LS DO NOT PRECLUDE EE FROM WORKING AO, DCM EXPLAINED DETERMINATION WHY AO. DCM ADV THAT EE WILLNEED TO APPEAL DECISION ON CLAIM. ADV EE TO SUBMIT SUPPORTING MEDICAL AND INTENT TO APPEAL LETTER. PROVIDED GENERAL EMAIL TO SEND TO. EE THANKED

**02/02/2021 2:37 PM - PHONE Note 71**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [02/02/2021 - JOHNSON, RENATA]RCVD VM FROM CLMT 2/2/21 10:37 AM WITH QUESTIONS ABOUT LTR *****DCM RTC. DCM ADV THAT BASED ON CLINICAL AND VOC REVIEW NOT DISABLED FROM ANY OCC. ADV OF APPEALS PROCESS AND TO SUBMIT ANY SUPPORTING DOCUMENTATION WITH APPEAL. ADV IT CAN BE SENT TO DCM. ADV ONCE RCVD, APPEALS UNIT WILL REVIEW AND MAKE THEIR DETERMINATION. CLMT STATED THAT NO ONE IS HIRING B/C OF COVID AND SHE CANNOT DO THOSE JOBS LISTED. CLMT STATED THAT SHE NEVER RCVD A CALL FROM DCM TOIFORM OF CLOSURE. DCM ACKNOWLEDGED THAT SHE DID NOT AND APOLOGIZED. CLMT STATED THAT IT SEEMS LIKE DCM DOES NOT WANT TO BE BOTHERED. ADV THAT WAS NOT THE CASE AND WENT OVER NEXT STEPS WITH APPEALS PROCESS AGAIN. CLMT HAD NFQ. THANKED AND E/C

**02/02/2021 10:56 AM - PHONE Note 70**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : ACD
Text: [02/02/2021 - FORD, LATISHA]EE HAD QUESTIONS ABOUT CLOSURE LETTER; EE STATED DR MCKEITHAN IS NOT A DOCTOR SHE USES; ALSO STATED SHE DOES NTO TAKE CARE OF GRANDCHILDREN; EE STATED SHE IS DISABLED AND CAN NOT WORK; ADV EE OF APPEAL RIGHTS IF SHE DISAGREES WITH DECISION; EE THANKED AND CALL ENDED

**01/22/2021 4:04 PM - CLAIM Note 147**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/22/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #713391, IN THE AMOUNT OF $160.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

FOR MEDICAL RECORDS/INVOICE PAID IN FULL.

**01/20/2021 12:48 PM - CLAIM Note 146**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [01/20/2021 - ADAMS, STEPHANIE]AGREE WITH NOT TD ANY OCC BASED ON SUPPORTED R&LS AND TSA IDENTIFYING ALT OCC.

**01/20/2021 10:22 AM - CLAIM Note 145**
Claim/Event/Leave: 8520656
NoteSubject : Closed
Other Subject :
Text: [01/20/2021 - JOHNSON, RENATA]53 YOF. JOB TITLE: TECHNICAL OPERATOR 3, PRESUMED MEDIUM OCC. LDW: 07/09/2018 DOD: 07/10/2018, BBD 1/8/19, CID 1/7/21. DX: PAIN BILATERAL SHOULDERS, SHOULDER STIFFNESS, EE HAD LEFT SHOULDER ROTATOR CUFF REPAIR 7/10/2018AND RIGHT SHOULDER ROTATOR CUFF REPAIR, SUBACROMIAL DECOMP AND LABRAL DEBRIDEMENT ON 5/7/2019. 1/11/21 PMR PEER REVIEW NOTED THE FOLLOWING R/LS: SITTING UP TO AN HOUR AT A TIME WITH FREQUENT POSITION CHANGE RECOMMENDED AS INSTRUCTED IN P.T. ASWELL AS WITH THE ABILITY TO ELEVATE HER LEGS AS NEEDED WHILE IN THE SEATED POSITION. MAXIMUM SITTING 8 HOURS IN A WORK SHIFT. STANDING AND WALKING EACH CONTINUOUSLY NO >30 MINUTES AT A TIME AND IDEALLY ALTERNATING WITH SITTING. MAXIMUM STAND AND WALK 3 HOURS IN AN 8- HOUR DAY. AVOIDANCE OF OVERHEAD REACHING AND LIFTING WITH ANY >10LBS. OCCASIONALLY. LIFTING FROM FLOOR TO WAIST AND WAIST TO SHOULDER NO >16LBS. OCCASIONALLY AND 10 LBS. FREQUENTLY. CARRYING, PUSHING, PULLING FOR SHORT DISTANCES(NOT OVER 15 FEET) NO >20 LBS. OCCASIONALLY AND NO > 10LBS. FREQUENTLY. NO RESTRICTIONS FOR USE OF BILATERAL UPPER EXTREMITIES IN UP TO SHOULDER HEIGHT RANGE INCLUDING USE OF ELBOWS, WRISTS, AND HANDS INCLUDING GRIPPING, FIRM GRIPPING, PINCHING ANDFINE MOTOR MANIPULATION SUCH AS USE OF A KEYBOARD OR MOUSE. R/LS LIKELY PERMANENT. 1/15/21 TSA FOUND ALT OCCS. RECOMMEND CLOSURE NOT TD ANY OCC.

**01/15/2021 3:38 PM - CLAIM Note 144**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [01/15/2021 - ASHWORTH, LORI]TSA REFERRAL COMPLETED AND CLOSED. REPORT DROPPED IN DOC LIST. THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN MS. MCKEITHAN S PHYSICAL ABILITIES AND WITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS MS. MCKEITHAN COULD PERFORM: DISPATCHER, MAINTENANCE SERVICE; ORDER CONTROL CLERK, BLOOD BANK; INFORMATION CLERK. THE OCCUPATIONS MEET THEIR GAINFUL AMOUNT OF $2,064.40 IN THE NATIONAL ECONOMY.

**01/14/2021 8:52 PM - CLAIM Note 143**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/14/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**01/13/2021 8:51 PM - CLAIM Note 142**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/13/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**01/13/2021 9:41 AM - CLAIM Note 141**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject :
Text: [01/13/2021 - JOHNSON, RENATA]RCVD PM&R PEER REVIEW

**12/31/2020 4:09 PM - CLAIM Note 140**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject :
Text: [12/31/2020 - JOHNSON, RENATA]RCVD AUTH, AQ, CIF, CSS, LTR FROM CLMT

**12/28/2020 9:52 AM - CLAIM Note 139**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : CRT
Text: [12/28/2020 - ELLIS, KATHERINE]DCM REFERRED CLAIM FOR PM&R FFR

**12/28/2020 9:26 AM - CLAIM Note 138**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : FIRST HEALTH MOORE R
Text: [12/28/2020 - ELLIS, KATHERINE]DCM RECV 11/11/2020 OVN FROM FIRST HEALTH MOORE REGIONAL HOSPITAL

**12/22/2020 5:26 PM - CLAIM Note 137**

Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. THOMAS
Text: [12/22/2020 - JOHNSON, RENATA]OVNS 7/29/20-11/9/20

**12/22/2020 5:14 PM - CLAIM Note 136**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : FIRST HEALTH PT
Text: [12/22/2020 - JOHNSON, RENATA]PT NOTES 4/6/20-4/13/20

**12/22/2020 5:13 PM - CLAIM Note 135**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : RP UPDATE
Text: [12/22/2020 - JOHNSON, RENATA]ORIGINAL PROVIDER: FAYETTEVILLE ORTHOPAEDICS TRANSID: 54755416 IDENTIFIER/REQ BY: IDENTIFIER 2: IDENTIFIER 3: CASE MGR/SUPP EMAIL: PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED E-MAIL NOTICE TO CUSTOMER REQUESTED - CNR: PLEASE BE ADVISED, AS PER HANNAH FROM THE PROVIDER'S OFFICE, THERE WERE NO RECORDS FOUND FOR THE PATIENT FOR TIME FRAME 01/01/2020 TO PRESENT. WE CONFIRMED THAT THE PATIENT WAS LAST SEEN ON 11/26/2018 AND THAT THE REQUEST WAS SENT TO THE CORRECT LOCATION

**12/17/2020 4:09 PM - CLAIM Note 134**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject :
Text: [12/17/2020 - JOHNSON, RENATA]ROR APPROVAL LTR SENT TO CLMT

**12/17/2020 11:05 AM - CLAIM Note 133**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [12/17/2020 - JOHNSON, RENATA]OVNS 4/22/20-12/15/20

**12/15/2020 10:19 AM - CLAIM Note 132**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : OA CANCELED
Text: [12/15/2020 - REDDINGER, MICHELLE]S/W DCM AND OA NOT NEEDED AS TSA ON FILE.

**12/14/2020 11:49 AM - CLAIM Note 131**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADE
Text: [12/14/2020 - JOHNSON, RENATA]OVNS 4/22/20-6/24/20

**12/11/2020 9:44 AM - CLAIM Note 130**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. THOMAS
Text: [12/11/2020 - JOHNSON, RENATA]OVN 11/9/20

**12/10/2020 8:51 PM - CLAIM Note 129**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/10/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO REDDINGER, MICHELLE. CLAIM/AS EVENT IS PENDING REVIEW.

**12/10/2020 8:51 PM - CLAIM Note 128**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ROR HAS BEEN RECEIVED AND ASSIGNED TO JESSICA KEEFER.

**12/10/2020 8:51 PM - CLAIM Note 127**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR ROR. COMMENTS: CLAIM ROR APPROVED. EXTENED BENEFITS THRU 3/7/20

**12/10/2020 3:31 PM - CLAIM Note 126**
Claim/Event/Leave: 8520656

Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [12/10/2020 - KEEFER, JESSICA]REFERRAL RECEIVED AND BENEFIT END DATE HAS BEEN UPDATED TO 3/7/2021 AS REQUESTED BY CCM UNDER ROR.

**12/09/2020 8:55 AM - CLAIM Note 125**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. THOMAS
Text: [12/09/2020 - JOHNSON, RENATA]OVN 11/9/20

**12/08/2020 8:51 PM - CLAIM Note 124**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/8/2020 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**12/08/2020 3:23 PM - CLAIM Note 123**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : REVIEW
Text: [12/08/2020 - CAREY, LAUREN]AGREE WITH ISSUING PAYMENTS UNDER ROR WHILE WE COMPLETE THE CID INVESTIGATION.

**12/08/2020 2:25 PM - CLAIM Note 122**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [12/08/2020 - ADAMS, STEPHANIE]AGREE WITH AO APPROVAL UNDER ROR, CID 01/07/2021, PREVIOUS MDS REVIEW 9/20 RECOMMENDED REVIEWING UPDATED RECORDS IN 3 MONTHS (DEC 2020) TO VERIFY ONGOING IMPAIRMENT AS EE AT 1 YEAR POST OP.

**12/08/2020 1:16 PM - CLAIM Note 121**
Claim/Event/Leave: 8520656
NoteSubject : Notice/Proof Review
Other Subject :
Text: [12/08/2020 - JOHNSON, RENATA]NP LTR SENT TO CLMT REQUESTING UPDATED MR DR. THOMAS/FERNCREEK CARDIO 8/6/20-P, FIRST HEALTH PT 4/1/20-P, DR. CADET/RALEIGH ORTHO 1/23/20-P, DR. BARNES/FAYETTEVILLE ORTHO 1/1/20-P, FIRST HEALTH HOSPITAL 1/1/20-P DAY 30-1/6 DAY 46-1/21 DAY 75-2/20

**12/08/2020 1:15 PM - CLAIM Note 120**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : RP
Text: [12/08/2020 - JOHNSON, RENATA]REQUESTED UPDATED MR FROM DR. THOMAS/FERNCREEK CARDIO 8/6/20-P, FIRST HEALTH PT 4/1/20-P, DR. CADET/RALEIGH ORTHO 1/23/20-P, DR. BARNES/FAYETTEVILLE ORTHO 1/1/20-P, FIRST HEALTH HOSPITAL 1/1/20-P

**12/08/2020 1:05 PM - PHONE Note 69**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject :
Text: [12/08/2020 - JOHNSON, RENATA]CALLED CLMT FOR UPDATE ON TX PLAN AND TO CX PROVIDERS. CLMT STATED THAT HE HAS PAIN IN ARM & SHOULDER. 11/11 HAD PINCHED NERVE IN BACK AND HAD TO GO TO ER-FIRST HEALTH MEMORIAL HOSPITAL. STATED THAT LEGAND FEET SWELLING SO AP THOMAS IS TRYING TO DETERMINE WHY IT OCCURS AND IF SHE HAS ANY CARDIAC ISSUES. WEARS COMPRESSION STOCKINGS AND KEEPS FEET PROPPED UP. N. ZARRELA (PHYSICAL THERAPIST) LOV 6/2020 NOV 1/2021. DR. THOMAS (CARDIO) LOV 11/20 NOVNEXT YEAR, DR. CADET (ORTHO) LOV 7/2020 PUT ON RESTRICTIONS NO FU SCHEDULED. DR. BARNES (ORTHO) DID RT SHOULDER SX HAS NOT SEEN IN A WHILE. DR. CADET IS KEEPING OOW. ADV UPDATED MR WILL BE REQUESTED AND ADV OF NP. THANKED AND E/C

**12/08/2020 12:50 PM - CLAIM Note 119**
Claim/Event/Leave: 8520656
NoteSubject : Approved
Other Subject : ROR
Text: [12/08/2020 - JOHNSON, RENATA]53 YOF. JOB TITLE: TECHNICAL OPERATOR 3, PRESUMED MEDIUM OCC. LDW: 07/09/2018 DOD: 07/10/2018, BBD 1/8/19, CID 1/7/21. DX: PAIN BILATERAL SHOULDERS, SHOULDER STIFFNESS, EE HAD LEFT SHOULDER ROTATOR CUFF REPAIR 7/10/2018AND RIGHT SHOULDER ROTATOR CUFF REPAIR, SUBACROMIAL DECOMP AND LABRAL DEBRIDEMENT ON 5/7/2019. AS OF JULY 2020 EE ALSO TREATS FOR CARDIAC ISSUES WITH NOTED EXTREMITY SWELLING, EDEMA AND PAIN. SWELLING IN HANDS, ACHING WRIST JOINTS, BILATERAL LE PAINAND SWELLING. EE DX WITH VENOUS INSUFFICIENCY RECOMMENDED COMPRESSION STOCKING. EE CONT. WITH BILATERAL SHOULDER PAIN***CLAIM REVIEWED BY PM&R 4/8/2020 WHICH LISTED REST. AND NOTED RESTRICTIONS LIKELY PERMANENT. 9/22/20 MDS REVIEW CONCLUDEDR&LS PROVIDED BY ORHTO OF SITTING AT LEAST OCCASIONALLY, STANDING/WALKING FREQUENTLY, WITH OCCASIONALLY LIFTING 16LBS., FREQUENTLY LIFTING 10LBS., AND CONSTANTLY

LIFTING 4 LBS. FROM 9/22/20 THROUGH 12/22/20 {3 MONTHS} BUT THEY ARE LIKELY PERMANENT R&LS GIVEN SHE IS >1 YEAR POSTOPERATIVE, WITH VENOUS INSUFFICIENCY. NDC RECOMMENDS CS OBTAINS AN UPDATE IN 3 MONTHS FROM ALL TREATING PROVIDERS {CS TO CONFIRM CURRENT TREATING PROVIDERS AT THAT TIME}, INCLUDING R&L FORMS FROMALL TREATING PROVIDERS. DCM TO PLACE CLMT ON NP FOR UPDATED MR FROM ALL PROVIDERS-DAY 75 D/L WOULD BE 2/22/21 BEYOND 1/7/21 CID. RECOMMEND ROR APPROVAL TO ALLOW TIME TO OBTAIN ALL RECORDS TO MAKE CID DECISION. DCM WILL THEN REFER CLAIM FOR CLINICALREVIEW & OBTAIN TSA IF NEEDED[12/08/2020 - JOHNSON, RENATA]*

**12/03/2020 1:37 PM - CLAIM Note 118**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject :
Text: [12/03/2020 - JOHNSON, RENATA]CLAIM REASSIGNED TO R. JOHNSON. CICM LTR SENT TO CLMT

**10/28/2020 1:25 PM - PHONE Note 68**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : UPDATE
Text: [10/28/2020 - CLOUTIER, APRIL]EE RETURNED CALL FOR UPDATE. EE STATED THAT SHE IS HAVING WORSENING PAIN AND STIFFNESS IN HER RIGHT ARM. SHE FEELS IT COULD BE DUE TO COLD WEATHER. SHE NOTICES IT WHEN SHE IS IN THE CAR AND HAS THE AC ON AS WELL. EE STATED THAT HER DR. UPPED HER PAIN MEDS, SHE TAKES MELOXICAM AND TYLENOL FOR PAIN. EE STATED THAT SHE STILL HAS LE EDEMA AND WEARS COMPRESSION SOCKS ALL THE TIME AND ELEVATES HER LEGS AS NEEDED. EE WAKES AT NIGHT DUE TO PAIN IN LOWER EXTREMITY. EE ALSO HAS HAND SWELLING BUT THEY AREN'T SURE WHAT IS CAUSING THAT AS IT COULD BE SHOULDER ISSUES. EE DOES NOT ATTEND PT AT THIS TIME. EE WILL SEE DR. THOMAS ON 11/04/2020, NO OTHER VISITS PENDING. I THANKED HER FOR HER TIME AND ADVISED OF CID REVIEW.

**10/28/2020 1:12 PM - PHONE Note 67**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : LVM UPDATE
Text: [10/28/2020 - CLOUTIER, APRIL]CALLED EE FOR UPDATE, LVM AND ALSO LET HER KNOW I WOULD SEND EMAIL AS SHE IS RESPONSIVE TO MY EMAIL REQ.

**10/27/2020 9:10 AM - CLAIM Note 117**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : SS HEARING 2/23/21
Text: [10/27/2020 - CLOUTIER, APRIL]EE RECD NOTICE THAT HER SSDI HEARING IS 02/23/2021

**10/06/2020 1:36 PM - CLAIM Note 116**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : EMAIL TO EE SSDI
Text: [10/06/2020 - CLOUTIER, APRIL]SENT EE AN EMAIL REQUESTING STATUS OF SSDI AND TO SEE IF SHE HAS RECEIVED A HEARING DATE.

**10/01/2020 4:46 PM - CLAIM Note 115**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [10/01/2020 - ASHWORTH, LORI]TSA REFERRAL COMPLETED AND CLOSED. REPORT DROPPED IN DOC LIST. THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN MS. MCKEITHAN S PHYSICAL ABILITIES AND WITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS MS. MCKEITHAN COULD PERFORM: DISPATCHER, MAINTENANCE SERVICE; ORDER CONTROL CLERK, BLOOD BANK; INFORMATION CLERK; GATE GUARD. THE OCCUPATIONS MEET THEIR GAINFUL AMOUNT OF $2,064.40 IN THE NATIONAL ECONOMY.

**09/30/2020 8:51 PM - CLAIM Note 114**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/30/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**09/24/2020 8:51 PM - CLAIM Note 113**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 9/24/2020 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**09/23/2020 8:52 PM - CLAIM Note 112**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/23/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**09/23/2020 8:51 PM - CLAIM Note 111**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 9/23/2020 - REFERRED TO THE VOC UNIT FOR CONSULTATION/CASE REVIEW MEETING.

**09/23/2020 1:55 PM - CLAIM Note 110**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : CONSULT REVIEW
Text: [09/23/2020 - LISTER, TIMOTHY]REVIEWED IN INTERDISCIPLINARY CONSULT, NCM, VOC AND M1 IN ATTENDANCE, SPECIALITY NOTES ARE NOW IN CLAIM. MDS REVIEW ADVISES YEARLY UPDATES, VOC REVIEWED TEE AND ADVISING FOR UPDATED TSA FOR EARLY CID DECISION, ACTION PLAN AGREED UPON FOR DCM.

**09/23/2020 1:43 PM - CLAIM Note 109**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : CC
Text: [09/23/2020 - ASHWORTH, LORI]VCM REVIEWED CLAIM FILE FOR INTERDISCIPLINARY CLAIM CONSULT. TEE IS FULLY COMPLETED AND JD IS IN DOC LIST. RLS WILL BE REVIEWED AND UPDATED. RECOMMENDED FOR TSA ONCE RLS FINALIZED GIVEN CLAIM INFO AND CID 1/2/21

**09/23/2020 1:36 PM - MDS Note**
Claim/Leave: 8520656
Episode #: 3
Nurse Name: CRUISE, CRYSTAL
Service #: 16996550
Service Date: 09/23/2020
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, APRIL, CLOUTIER
Note Type: INFORMATION OBTAINED DESC
Text: CONSULT: CLAIM REVIEWED WITH CS. BASED ON LIMITED ROM TO BOTH SHOULDERS, ESPECIALLY WITH RIGHT, AS WELL AS NOTED EXAM FINDINGS WITH RECENT FCE AND R&L'S ENDORSED PER ORTHOPEDICS, R&L'S OF LIGHT DUTY, AS WELL AS NO LIFTING OVER 10 LBS. ABOVE SHOULDER LEVELWITH EITHER/BOTH ARM AND NO WORKING/REACHING OVERHEAD WITH EITHER/BOTH ARM ARE SUPPORTED PERMANENTLY, AS THERE HAS BEEN NO SIGNIFICANT IMPROVEMENT IN ROM/MOBILITY TO EITHER SHOULDER AND NO FURTHER TREATMENT, ASIDE FROM PAIN MANAGEMENT, IS AVAILABLE. RECOMMEND YEARLY UPDATES.

**09/23/2020 12:35 PM - CLAIM Note 108**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : RTW AO JAN 2021
Text: [09/23/2020 - CLOUTIER, APRIL]53 YOF. JOB TITLE: TECHNICAL OPERATOR 3, COMPOUNDING, PHYSICAL DEMANDS: PRESUMED MEDIUM. LDW: 07/09/2018 DOD: 07/10/2018 DX: PAIN BILATERAL SHOULDERS, SHOULDER STIFFNESS, EE HAD LEFT SHOULDER ROTATOR CUFF REPAIR 7/10/2018 AND RIGHT SHOULDER ROTATOR CUFF REPAIR, SUBACROMIAL DECOMP AND LABRAL DEBRIDEMENT ON 5/7/2019. AS OF JULY 2020 EE ALSO TREATS FOR CARDIAC ISSUES WITH NOTED EXTREMITY SWELLING, EDEMA AND PAIN. SWELLING IN HANDS, ACHING WRIST JOINTS, BILATERAL LE PAIN AND SWELLING. EE DX WITH VENOUS INSUFFICIENCY RECOMMENDED COMPRESSION STOCKING. EE CONT. WITH BILATERAL SHOULDER PAIN***CLAIM REVIEWED BY PM&R 4/8/2020 WHICH LISTED REST. AND NOTED RESTRICTIONS LIKELY PERMANENT. DCM GATHERED UPDATED MEDICAL RECORDS AND SENT FOR MDS FULL FILE REVIEW WHICH WAS COMPLETED ON 09/22/2020. THESE RECORDS INCLUDED AN FCE AND RESTRICTIONS FORM COMPLETED BY ORTHO. MDS REVIEW CONCLUDED R&LS PROVIDED BY ORHTO OF SITTING AT LEAST OCCASIONALLY, STANDING/WALKING FREQUENTLY, WITH OCCASIONALLY LIFTING 16LBS., FREQUENTLY LIFTING 10LBS., AND CONSTANTLY LIFTING 4 LBS. FROM 9/22/20 THROUGH 12/22/20 {3 MONTHS} BUT THEY ARE LIKELY PERMANENT R&LS GIVEN SHE IS >1 YEAR POSTOPERATIVE, WITH VENOUS INSUFFICIENCY. NDC RECOMMENDS CS OBTAINS AN UPDATE IN 3 MONTHS FROM ALL TREATING PROVIDERS {CS TO CONFIRM CURRENT TREATING PROVIDERS AT THAT TIME}, INCLUDING R&L FORMS FROM ALL TREATING PROVIDERS. DCM TO REVIEW IN INTERDIS CLINICAL FORUM TO SEE IF WE CAN PROCEED WITH TRANS REVIEW.

**09/22/2020 3:01 PM - CLAIM Note 107**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : RTW AO 01/2021
Text: [09/22/2020 - CLOUTIER, APRIL]53 YOF. JOB TITLE: TECHNICAL OPERATOR 3, COMPOUNDING, PHYSICAL DEMANDS: PRESUMED MEDIUM. LDW: 07/09/2018 DOD: 07/10/2018 DX: PAIN BILATERAL SHOULDERS, SHOULDER STIFFNESS, EE HAD LEFT SHOULDER ROTATOR CUFF REPAIR 7/10/2018 AND RIGHT SHOULDER ROTATOR CUFF REPAIR, SUBACROMIAL DECOMP AND LABRAL DEBRIDEMENT ON 5/7/2019. EE CONT. WITH BILATERAL SHOULDER PAIN***CLAIM REVIEWED BY PM&R 4/8/2020. DCM GATHERD UPDATED MEDICAL RECORDS AND SENT FOR MDS FULL FILE REVIEW WHICH WAS COMPLETED ON 09/22/2020. MDS REVIEW CONCLUDED R&LS PROVIDED BY DR. CADET OF SITTING AT LEAST OCCASIONALLY, STANDING/WALKING FREQUENTLY, WITH OCCASIONALLY LIFTING 16LBS., FREQUENTLY LIFTING 10LBS., AND CONSTANTLY LIFTING 4 LBS. FROM 9/22/20 THROUGH12/22/20 {3 MONTHS} BUT THEY ARE LIKELY PERMANENT R&LS GIVEN SHE IS >1 YEAR POSTOPERATIVE, WITH VENOUS INSUFFICIENCY. NDC RECOMMENDS CS OBTAINS AN UPDATE IN 3 MONTHS FROM ALL TREATING PROVIDERS {CS TO CONFIRM CURRENT TREATING PROVIDERS AT THAT TIME}, INCLUDING R&L FORMS FROM ALL TREATING PROVIDERS

R&L FORMS FROM ALL TREATING PROVIDERS.

**09/22/2020 9:47 AM - MDS Note**
Claim/Leave: 8520656
Episode #: 2
Nurse Name: GRACE, LAURYN
Service #: 16995636
Service Date: 09/22/2020
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, APRIL, CLOUTIER
Note Type: INFORMATION OBTAINED DESC
Text: SEE DOC LIST FOR NDC REVIEW. CS UPDATED.

**09/14/2020 9:02 AM - CLAIM Note 106**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Managed Care
Other Subject : LEVEL 1 REVIEW REQ.
Text: [09/14/2020 - CLOUTIER, APRIL]DCM REQUESTED LEVEL 1 REVIEW BY NURSE. PEER REVIEW COMPLETED 04/08/2020 BY DR. ROSENBERG PMR ESTABLISHED RESTRICTIONS. FCE AS WELL AS R/L'S FORM HAS BEEN RECEIVED AS WELL AS RECORDS FROM CARDIO WORKUP. WOULD ADDENDEDPEER REVIEW BE NEEDED TO ASSESS UPDATED R/L'S? CARDIO OVN'S FROM 8/4/2020 VISIT INDICATE THAT EE IS WEARING COMPRESSION STOCKINGS AND HAS 1+ LE EDEMA. WOULD RESTRICTIONS BE REASONABLE FOR STAND/WALK AT THIS TIME? IS EE EXPECTED TO SEE IMPROVEMENT?

**09/14/2020 8:50 AM - CLAIM Note 105**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. THOMAS
Text: [09/14/2020 - CLOUTIER, APRIL]RECD MEDICAL RECORDS DR. THOMAS 07/10/2020-08/04/2020 W/DIAGNOSTICS. 08/04/2020 OVN STATES THAT EE IS SEEN FOR F/U ECHO VENUS DUPLEX. NOTE INDICATES EE HAS CHRONIC ARTHRITIS OF HANDS, KNEES AND HIPS, ON ANTI INFLAMMATORY . EE WEARING COMPRESSION STOCKING FOR LE EDEMA. EF 50%. EE NOTED TO HAVE 1+ PITTING EDEMA AT ANKLE, MILD TENDERNESS AND SWELLING ON BOTH HANDS. RTO 3 MONTHS.

**09/11/2020 11:02 AM - PHONE Note 66**
Claim/Event/Leave: 8520656
NoteSubject : Called AP
Other Subject : DR. THOMAS F/U
Text: [09/11/2020 - CLOUTIER, APRIL]CALLED, LVM FOR OFFICE REGARDING MEDICAL RECORDS REQUEST. I REQUESTED CALL BACK AND NOTED I WOULD REFAX TODAY.

**08/24/2020 10:48 AM - CLAIM Note 104**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : EE RESPONDED EMAIL
Text: [08/24/2020 - CLOUTIER, APRIL]EE STATED THAT ITS BEEN SINCE JULY-DEC 2018, AND SHE STARTED SEEING DR. CADET.

**08/24/2020 10:06 AM - CLAIM Note 103**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : DR. BARNES
Text: [08/24/2020 - CLOUTIER, APRIL]DR. BARNES SENT BACK REQUEST AND BLANK R/L'S FORM AND NOTED THAT EE HAS NOT BEEN SEEN SINCE 2018.

**08/21/2020 1:06 PM - PHONE Note 65**
Claim/Event/Leave: 8520656
NoteSubject : Called AP
Other Subject :
Text: [08/21/2020 - CLOUTIER, APRIL]CALLED DR. THOMAS OFFICE AND THEY CONFIRMED THEY RECD FAX, STILL WORKING ON IT. I CALLED DR. BARNES AND MR STATED THAT DID NOT HAVE A FAX. SHE ASKED THAT I SEND VIA EMAIL AHICKS@FAYORTHO.COM. I HAVE SENT THE REQUEST VIAEMAIL.

**08/14/2020 8:29 AM - CLAIM Note 102**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : RTW AO 01/2021
Text: [08/14/2020 - CLOUTIER, APRIL]53YOF. JOB TITLE: TECHNICAL OPERATOR 3, COMPOUNDING, PHYSICAL DEMANDS: PRESUMED MEDIUM. LDW: 07/09/2018 DOD: 07/10/2018 DX: PAIN BILATERAL SHOULDERS, SHOULDER STIFFNESS, EE HAD LEFT SHOULDER ROTATOR CUFF REPAIR 7/10/2018AND RIGHT SHOULDER ROTATOR CUFF REPAIR, SUBACROMIAL DECOMP AND LABRAL DEBRIDEMENT ON 5/7/2019. EE CONT. WITH BILATERAL SHOULDER PAIN***CLAIM REVIEWED BY PM&R 4/8/2020 TO ASSESS ONGOING R/L'S TO BE REASSESSED IN JULY 2020. PEER REVIEW NOTES WHILE IT IS POSSIBLE THAT RESTRICTIONS AND LIMITATIONS MAY CONTINUE THROUGH 01/07/2021 AND BEYOND DESPITE TREATMENT. GIVE MEDIUM OCC, EE WOULD BE UNABLE TO PERFORM OWN OCC. **DCM CURRENTLY GATHERING UPDATED MEDICAL FOR TRANS REVIEW. EE HAS BEEN HAVING RECENT ISSUES WITH SWELLING IN HANDS, LEGS, FEET, CAN T MAKE A FIST. EE TO HAVE SEVERAL CARDIAC TESTS 7/10/2020. DR. CADET SENT UPDATED RECORDS, RESTRICTIONS FORM AND FCE FOR REVIEW. EE HAS BEEN RELEASED FROM HIS CARE. DCM WAITING FOR MR FROM DR.MANESH AND DR. BARNES, ONCE

RECD, WILL SEND FOR REVIEW.

**08/14/2020 8:22 AM - CLAIM Note 101**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : FCE/REST/OVN
Text: [08/14/2020 - CLOUTIER, APRIL]RECD MEDICAL INFO DR. CADET CONSISTING OF RESTRICTIONS FORM DATED 08/13/2020, OVN S FROM DR. CADET 4/22/20-06/24/20 WITH FCE COMPLETED ON 06/08/2020. RESTRICTIONS FORM NOTES THAT EE HAS BEEN RELEASED FROM CARE BY DR. CADET LOV 06/24/2020. EE HAD FCE COMPLETED AND NOTES OCCASIONAL LIFTING OF 16 LBS, FREQUENT LIFTING 10 LBS, CONSTANT LIFTING 4 LBS. R/L S ARE PERMANENT. EE NOTED TO HAVE PAIN/WEAKNESS W/OVERHEAD ACTIVITIES. 06/24/2020 OFFICE VISIT NOTES EE F/U FORR SHOULDER AND NUMBNESS AND TINGLING OF LEFT ARM AND HAND. EE S PAIN IMPROVED SINCE SURGERY BUT SHE HAS DIFFERENT TYPE OF PAIN ONGOING. MRI REVIEWED NOT INTACT SUPRASPINATUS TENDON REPAIR, DOES HAVE SOME MILD DELAMINATION OF THE UNDERSURFACE OF ROTATOR CUFF BUT THE INTEGRITY OF REPAIR IS INTACT. EE NOTED TO HAVE LIGHT WORK CAPACITY WITH RESTRICTIONS NOTED ABOVE.

**08/04/2020 1:20 PM - CLAIM Note 100**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MANESH NOV 11/05/20
Text: [08/04/2020 - CLOUTIER, APRIL]EE SENT EMAIL, SCANNED TO DOC LIST WHICH NOTES SHE HAS NOV WITH DR. MANESH 11/05/2020

**07/10/2020 9:39 AM - CLAIM Note 99**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : EMAIL RE FORMS
Text: [07/10/2020 - CLOUTIER, APRIL]SENT EMAIL TO EE TO LET HER KNOW THAT I RECEIVED HER LTD FORMS THIS MORNING.

**07/09/2020 12:15 PM - PHONE Note 64**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : SS UPDATE
Text: [07/09/2020 - CLOUTIER, APRIL]ADDED TO PREVIOUS CALL, EE STATED THAT SHE IS STILL WAITING FOR A HEARING. HER ATTY TOLD HER IT CAN TAKE 12-18 MONTHS AND SHE IS AT MONTH 8 AT THIS TIME.

**07/09/2020 12:09 PM - PHONE Note 63**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : UPDATE
Text: [07/09/2020 - CLOUTIER, APRIL]CALLED EE FOR UPDATE, SHE STATED THAT SHE MAILED TRANS PACKET BACK TWO DAYS AFTER SHE RECEIVED. I STATED WE HAVEN T GOTTEN IT YET. EE STATED THAT SHE SENT VIA MAIL. EE STATED THAT SHE HAS BEEN HAVING SOME SWELLING IN HER HAND, LEGS AND FEET. HER HANDS TURN RED AND SHE CANNOT MAKE A FIST. THEY RULED OUT BLOOD CLOT BUT ARE SENDING HER FOR SEVERAL TEST TOMORROW 07/10/2020 AT FERNCREEK CARDIO WITH DR. THOMAS MANESH. I ADVISED HER THAT I WILL F/U FOR THAT VISIT NOTE. EE STATE THAT SHE STILL TREATS WITH DR. BARNES AND DR. CADET. DR. CADET IS MONITORING HER TO SEE IF SHE WILL NEED ADDL. SURGERY DUE TO SCAR TISSUE. THEY ARE HOLDING OFF FOR NOW. EE IS GETTING INJECTIONS AND TAKING OTC MEDS FOR PAIN. I ASKED ABOUT WORK HISTORY AS TEE DID NOT INCLUDE THAT INITIALLY, SHE STATED THAT HER WORK HISTORY CONSISTS OF WAREHOUSE/PLANT WORK. SHE PREVIOUSLY WORKED IN CHEMICAL PLANT LIFTING 50 LB. CONTAINERS. EE ASKED THAT I SEND EMAIL WITH CONTACT INFO SO I SENT HERA BRIEF EMAIL. EE STATED THAT SHE WOULD UPDATE ME ON THE CARDIO VISIT TOMORROW. I THANKED HER FOR HER TIME. DR. CADET, LOV 06/2020 NOV NOT SCHEDULED AT THIS TIME. DR. BARNES LOV 06/15/2020 NOTHING SCHEDULED YET.

**06/19/2020 1:00 PM - CLAIM Note 98**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : CID LETTER/FORMS
Text: [06/19/2020 - CLOUTIER, APRIL]SENT CID LETTER TO EE WITH NEEDED FORMS, TEE/AUTH/CSS/CIF, PREVIOUS TEE SUBMITTED DID NOT INCLUDE WORK HISTORY.

**04/23/2020 1:42 PM - PHONE Note 62**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [04/23/2020 - ELLIS, KATHERINE]4/23 @ 10:52AM - EE CALLED AND LEFT VM. EE AD VLOV WITH DR. CADET ON 4/22/20. EE ADV R/L'S INCLUDE NO OVERHEAD LIFTING, NO LIFTING, CARRYING, OR PUSHING MORE THAN 10 LBS. NO LIFTING MORE THAN 10 LBS ABOVE WAIST. EEADV SHE WILL BE GETTING PT WELLNESS PHYSICAL CHECK. WILL ALSO HAVE TO SEE DR. CADET AGAIN, BUT WILL SCHEDULE ONCE WELLNESS CHECK HAS BEEN SCHEDULED.

**04/23/2020 1:18 PM - CLAIM Note 97**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : INVOICE

Text: [04/23/2020 - WRIGHT, PATRICIA]INVOICE RECEIVED ON 4/03/20 FROM RELEASEPOINT. INV #711615-560, IN THE AMOUNT OF $60.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**04/14/2020 10:15 AM - CLAIM Note 96**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : RTW OO JUL 2020
Text: [04/14/2020 - ELLIS, KATHERINE]53YOF. JOB TITLE: TECHNICAL OPERATOR 3, COMPOUNDING, PHYSICAL DEMANDS: PRESUMED MEDIUM. LDW: 07/09/2018 DOD: 07/10/2018 DX: PAIN BILATERAL SHOULDERS, SHOULDER STIFFNESS, NEC***CLAIM REVIEWED BY PM&R TO ASSESS ONGOING R/L'S. BASED ON AVAILABLE MEDICAL RECORDS, R/L'S INCLUDE: NO LIMITATION WITH SITTING. NO LIMITATION WITH STANDING AND WALKING. NO LIMITATION WITH BENDING, SQUATTING OR KNEELING. OCCASIONAL LIFTING AND CARRYING UP TO 10 LBS. (UP TO CHEST HEIGHT LEVEL) WITH THE RIGHT UPPER EXTREMITY. OCCASIONAL LIFTING AND CARRYING 15 LBS. (UP TO CHEST HEIGHT LEVEL) WITH THE LEFT UPPER EXTREMITY. NO OVERHEAD REACHING WITH THE RIGHT UPPER EXTREMITY.OCCASIONAL OVERHEAD REACHING WITH THE LEFT UPPER EXTREMITY. OCCASIONAL GRIPPING AND FINGERING ON THE LEFT. NO LIMITATION WITH FINGERING AND GRIPPING ON THE RIGHT. FREQUENT MEANS UP TO 66% OF THE TIME OR 40 MINUTES OUT OF EVERY HOUR. OCCASIONAL MEANS UP TO 33% OF THE TIME OR 20 MINUTES OUTOF EVERY HOUR. AVAILABLE RECORDS REVIEWED DO NOT REFLECT THE INABILITY TO WORK FOR 8 HOURS PER DAY WITHIN THE ABOVE LISTED RESTRICTIONS AND LIMITATIONS. TIME FRAMES: RESTRICTIONS AND LIMITATIONS ARE SUPPORTED FROM 03/31/2020 FOR AN ADDITIONAL3 MONTHS. WHILE IT IS POSSIBLE THAT RESTRICTIONS AND LIMITATIONS MAY CONTINUE THROUGH 01/07/2021 AND BEYOND DESPITE TREATMENT, UPDATED MEDICAL RECORDS IN 3 MONTHS WILL BE NECESSARY TO CONFIRM SUPPORT FOR ANY RESTRICTIONS AND LIMITATIONS BEYOND THAT POINT. GIVE MEDIUM OCC, EE WOULD BE UNABLE TO PERFORM OWN OCC. DCM RECOMMENDS FU IN 90 DAYS TO GET UPDATE ON CONDITION AND ONGOING TREATMENT PLANS. IF NO RTW, DCM WILL OBTAIN UPDATED MEDICAL RECORDS

**04/09/2020 3:27 PM - PHONE Note 61**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [04/09/2020 - ELLIS, KATHERINE]DCM CALLED EBACK AT TO CX PER CALL ON 3/31, ALL RECORDS WERE RECV AND UNDER REVIEW. DCM ADV MEDICAL RECIEWHAS SUPPORTED CLAIM FOR THENEXT 3 MONTHS. IF NO RTW AFTER 3 MONTHS, UPDATEDMEDICAL RECORDS WOULDBE NEEDED. DCM PROVIDED NUMBER AND ADV FOR EE TO CALL WITH ANY OTHER QUESTIONS.

**04/09/2020 3:27 PM - PHONE Note 60**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [04/09/2020 - ELLIS, KATHERINE]4/8 @ 7:29PM - EE CALLED AND LEFT VM - ADV SHE RECV LETTER ABOUT MISSING RECORDS. ASKED FOR A R/C

**04/08/2020 2:04 PM - CLAIM Note 95**
Claim/Event/Leave: 8520656
NoteSubject : Peer Review
Other Subject : PM&R
Text: [04/08/2020 - ELLIS, KATHERINE]DCM RECV PM&R REPORT AND UNSIGNED PHONE AGREEMENTS - SEE DOC LIST

**03/31/2020 1:09 PM - PHONE Note 59**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [03/31/2020 - ELLIS, KATHERINE]DCM CALLED EE AT TO CX RECV PT NOTES TODAY. DCM ADV THE RECORDS WERE REFERRED FOR A REVIEW, WHICH CAN TAKE 2-3 WEEKS TP COMPELTE. EE ADV SHE HAD SX ON RIGHT AND LEFT SHOULDER AND MAY NEED ANOTHER SX. ASKED HOW THAT WOULD EFFECT CLAIM. DCM ADV WE WOULD NEED TO CX SX OCCURRED WITH AP. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**03/31/2020 1:01 PM - PHONE Note 58**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [03/31/2020 - ELLIS, KATHERINE]3/31 @ 10:42PM - EE CALLED AND LEFT VM EE ADV SHE CALLED PT AND THEY ADVISED THEY HAVE SENT OVER INFORMATION TO DCM

**03/31/2020 8:46 AM - CLAIM Note 94**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : CRT
Text: [03/31/2020 - ELLIS, KATHERINE]PER CCS RECOMMENDATION, DCM TO REFERRED CLAIM FOR A PM&R FFR

**03/31/2020 8:45 AM - CLAIM Note 93**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : FIRST HEALTH PT
Text: [03/31/2020 - ELLIS, KATHERINE]DCM RECV MEDICAL RECORDS FROM FIRST HEALTH PHYSICAL THERAPY FOR THE TIME PERIOD OF 1/20/20-3/9/20

TIME PERIOD OF 1/20/20-3/9/20

**03/30/2020 8:43 AM - PHONE Note 57**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : DAY 30
Text: [03/30/2020 - ELLIS, KATHERINE]DCM CALLED EE AT TO ADV OF OUTSTANDING MEDICAL RECORDS FROM FIRST HEALTH PHYSICAL THERAPY. PHONE RANG UNTIL VM CAME ON. DCM LEFT VM AND ADV OF OUTSTANDING MEDICAL INFORMATION FROM FIRST HEALTH PT. DCMADV EE MAY WANT TO F/U WITH PROVIDER AND ASK THAT MEDICAL RECORDS BE SUBMITTED TIMELY. DCM ADV ONCE RECV, IT WILL BE REVIEWED WITH MEDICAL RECORDS FROM DR. CADET. DCM PROVIDED NUMBER AND ADV FOR EE TO CALL WITH ANY OTHER QUESTIONS.

**03/30/2020 8:35 AM - CLAIM Note 92**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : DAY 30 ONGOING
Text: [03/30/2020 - ELLIS, KATHERINE]DCM SENT DAY 30 ONGOING LETTER TO EE

**03/06/2020 7:15 AM - CLAIM Note 91**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [03/06/2020 - ELLIS, KATHERINE]DCM RECV MEDICAL RECORDS FROM DR. CADET - 1/22/20 OVN

**02/27/2020 12:47 PM - CLAIM Note 90**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : CLOSE NP MAY 2020
Text: [02/27/2020 - ELLIS, KATHERINE]542YOF. JOB TITLE: TECHNICAL OPERATOR 3, COMPOUNDING, PHYSICAL DEMANDS: PRESUMED MEDIUM. LDW: 07/09/2018 DOD: 07/10/2018 DX: ROTATOR CUFF TEAR. EE HAD SX ON 5/7/19 FOR A ROTATOR CUFF REPAIR - EE IS STILL REPORTING STIFFNESS. EE WAS GIVEN RX OF MEDROL DOSEPAK AND WAS ADVISED IF SHE DOES NOT IMPROVE, RECOMMENDED LYSIS OF ADHESIONS AND MANIPULATION. RECORDS REVIEWED THRU 10/7/19 FROM FIRST HEALTH PT AND THRU 10/9/19 FROM DR. CADET. R&LS OF LESS THAN MEDIUM CAPACITY ARE SUPPORTED THROUGH NOV WITH DR. CADET (12/11/19). REVIEWED RECORDS FROM DR. CADET THROUGH 12/11/19. R&LS OF LESS THAN MEDIUM CAPACITY ARE SUPPORTED THROUGH COMPLETION OF MRI AND NOV AS OUTLINED BY DR. CADET. RECOMMEND OBTAINING MRI/ PT NOTES/ OVNSFROM DR. CADET AND ONCE OBTAINED REFER FOR FULL FILE REVIEW. EE CX LOV WITH DR. CADET WAS 1/22/20, NOV IN APRIL 2020. EE DID CX MRI WAS COMPLETED. DCM REQUESTED UPDATED MEDICAL RECORDS FROM 1/1/2020-THE PRESENT FROM FIRST HEALTH PT AND DR. CADET.ONCE RECV, DCM WILL REFER CLAIM FOR PM&R FFR.

**02/27/2020 12:44 PM - CLAIM Note 89**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : RP
Text: [02/27/2020 - ELLIS, KATHERINE]DCM REQUESTED MEDICAL RECORDS FROM FIRST HEALTH PHYSICAL THERAPY AND RALEIGH ORTHOPAEDIC CLINIC (DR. CADET) - OBTAIN RECORDS FROM JANUARY 1, 2020 TO PRESENT FOR THIS PATIENT ******* YOUR WEBORDER TRANSACTION ID IS:54168675 TRANSACTION DATE: 2020-02-27 09:44:18

**02/27/2020 12:41 PM - CLAIM Note 88**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : ONGOING PROOF
Text: [02/27/2020 - ELLIS, KATHERINE]DCM SENT ONGOING PROOF LETTER TO EE - PROOF DUE 5/12

**02/27/2020 12:36 PM - PHONE Note 56**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : NOV
Text: [02/27/2020 - ELLIS, KATHERINE]DCM CALLED EE AT TO GET UPDATE ON CLAIM INCLUDING NOV AND IF MR IHAD OCCURRED. EE ADV SHE ALREADY SENT THAT INFORMATION TO DCM. DCM ADV WE ONLY RECV AN OOW NOTE FROM AP ADV EE HAD LIGHT WORK RESTRICTIONS - IT DID NOT INCLUDE RECORDS OR DATES OF NOV. EE ADV SAW AP ON 1/22/20 WITH A F/UON 4/22/2020. EE ALSO CX SHE HAD MRI. EE ADV SHE IS NOT DOING 12 WEEKS OF PT . DCM ACK AND ADV WE WILL NEED UPDATED MEDICAL RECORDS TO REVIEW ON CLAIM. DCM ADV PREVIOUS MEDIAL REVIEW NOTED IF NO RTW, WE WOULD NEED UPDATED MEDICAL RECORDS AN MRI RESULTS. EE ACK AND ASKED IF MEDICAL RECORDS WOUL DBE REQUESTED FROM PT AS WELL? DCM CX YES. EE HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**01/28/2020 9:49 AM - CLAIM Note 87**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MUSCULO CCS
Text: [01/28/2020 - DUNDON, LAUREN]CLAIM REVIEWED IN MUSCULO CCS WITH DR. MONTI. 51 YOF. JOB TITLE: TECHNICAL OPERATOR 3, COMPOUNDING, PHYSICAL DEMANDS: PRESUMED MEDIUM. LDW: 07/09/2018 DOD: 07/10/2018 DX: ROTATOR CUFF TEAR. EE HAD SX ON 5/7/19 FOR A ROTATOR CUFF REPAIR - EE IS STILL REPORTING STIFFNESS. EE WAS GIVEN RX OF MEDROL DOSEPAK AND WAS ADVISED IF SHE DOES NOT IMPROVE, RECOMMENDED LYSIS OF ADHESIONS AND

MANIPULATION. RECORDS REVIEWED THRU 10/7/19 FROM FIRST HEALTH PT AND THRU 10/9/19 FROM DR. CADET. R&LS OF LESS THAN MEDIUM CAPACITY ARE SUPPORTED THROUGH NOV WITH DR. CADET (12/11/19). REVIEWED RECORDS FROM DR. CADET THROUGH 12/11/19. R&LS OF LESS THAN MEDIUM CAPACITY ARE SUPPORTED THROUGH COMPLETION OF MRI AND NOV AS OUTLINED BY DR. CADET. RECOMMEND OBTAINING MRI/ PT NOTES/ OVNS FROM DR. CADET AND ONCE OBTAINED REFER FOR FULL FILE REVIEW.

**01/24/2020 12:11 PM - CLAIM Note 86**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [01/24/2020 - ELLIS, KATHERINE]DCM RECV OOW NOTE FROM DR. CADET

**01/07/2020 7:32 AM - CLAIM Note 85**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/07/2020 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 01/02/2020 FROM RELEASEPOINT. INV #710977-546 IN THE AMOUNT OF $58.90 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**12/30/2019 2:11 PM - CLAIM Note 84**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : FIRST HEALTH PT
Text: [12/30/2019 - ELLIS, KATHERINE]DCM RECV MEDICAL RECORDS FROM FIRST HEALTH PHYSICAL THERAPY DATED 10/24/19-11/26/19

**12/27/2019 12:51 PM - CLAIM Note 83**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : DR. CADET
Text: [12/27/2019 - ELLIS, KATHERINE]DCM RECV RTW NOTE FROM DR. CADET WITH RESTRICTIONS

**12/20/2019 7:50 AM - CLAIM Note 82**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [12/20/2019 - ELLIS, KATHERINE]DCM RECV MEDICAL RECORDS FROM DR. CADET FOR THE TIME PERIOD OF 10/9/19-12/11/19

**12/16/2019 8:26 AM - CLAIM Note 81**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : CLOSE NP FEB 2020
Text: [12/16/2019 - ELLIS, KATHERINE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 COMPOUNDING, PHYSICAL DEMANDS: PRESUMED MEDIUM. LDW: 07/09/2018 DOD: 07/10/2018 DX: ROTATOR CUFF TEAR. EE HAD SX ON 5/7/19 FOR A ROTATOR CUFF REPAIR - EE IS STILL REPORTING STIFFNESS. EE WAS GIVEN RX OF MEDROL DOSEPAK AND WAS ADVISED IF SHE DOES NOT IMPROVE, RECOMMENDED LYSIS OF ADHESIONS AND MANIPULATION. RECORDS REVIEWED THRU 10/7/19 FROM FIRST HEALTH PT AND THRU 10/9/19 FROM DR. CADET. R&LS OF LESS THAN MEDIUM CAPACITY ARE SUPPORTED THROUGH NOV WITH DR. CADET (12/11/19). DCM REQUESTED UPDATED MEDICAL RECORDS FROM DR. CADET AND FIRST HEALTH PHYSICAL THERAPY TO ASSESS CLAIM ONGOING

**12/16/2019 8:14 AM - CLAIM Note 80**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : ONGOING PROOF
Text: [12/16/2019 - ELLIS, KATHERINE]DCM SENT ONGOING PROOF LETTER TO EE - PROOF DUE 2/28

**12/16/2019 8:11 AM - CLAIM Note 79**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : RP
Text: [12/16/2019 - ELLIS, KATHERINE]DCM REQUESTED MEDICAL RECORDS FROM FIRST HEALTH PHYSICAL THERAPY AND DR. CADET - OBTAIN RECORDS FROM OCTOBER 8, 2019 TO PRESENT FOR THIS PATIENT ******* YOUR WEBORDER TRANSACTION ID IS: 54031443 TRANSACTION DATE: 2019-12-16 05:10:42

**12/12/2019 8:22 AM - PHONE Note 55**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [12/12/2019 - ELLIS, KATHERINE]EE CALLED BACK AND ADV SHE IS OOW LONGER. EE ADV SHE CANNOT LIFT MORE THAN 5 LBS AND WILL HAVE NOV ON 12/26 WILL NEED MRI TO SEE IF SHE NEEDS ANOTHER SX. EE ADV FIRST HEALTH PT IS WHERE SHE WILL CONTINUE TX FOR THE NEXT 12 WEEKS. DCM ADV WILL REQUEST UPDATED MEDICAL RECORDS FOR CLAIM. EE ACK AND HAD N OOTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**12/12/2019 8:09 AM - PHONE Note 54**

**12/12/2019 8:09 AM - PHONE Note 54**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : LOV
Text: [12/12/2019 - ELLIS, KATHERINE]DCM CALLED EE AT - PHONE IMMEDIATELY WENT TO VM. DCM LEFT VM AND ASKED FOR A R/C TO CX WHO WAS RESTRICTING HER, RTW PLANS OR OOW DURATION. DCM ADV SHOULD EE BE OOW LONGER, WE WILL NEED UPDATED MEDICAL RECORDS.

**12/03/2019 12:41 PM - PHONE Note 53**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [12/03/2019 - ELLIS, KATHERINE]DCM CALLED EE AT - DCM ADV PAYMENT WAS RELEASED ON 12/2 AND WILL TAKE 2-3 DAYS TO REFLECT IN ACCOUNT. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**12/03/2019 12:37 PM - PHONE Note 52**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : PAYMENTS
Text: [12/03/2019 - ELLIS, KATHERINE]12/3 @ 7:26AM - EE CALLED AND LEFT VM - EE ADV SHE HAS NOT BEEN PAID FOR DECEMBER AND WANTED TO KNOW WHEN SHE WILL GET PAID?

**12/03/2019 7:20 AM - CLAIM Note 78**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/03/2019 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 11/13/2019 FROM RELEASEPOINT. INV #710723-887 IN THE AMOUNT OF $62.20 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**11/21/2019 12:55 PM - CLAIM Note 77**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/21/2019 - MASON, TAMMY]INVOICE RECEIVED ON 10/10/19 FROM RELEASEPOINT . INVOICE # 710535- 1447 IN THE AMOUNT OF $ 58.90 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**11/08/2019 3:17 PM - PHONE Note 51**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : UPDATE
Text: [11/08/2019 - ELLIS, KATHERINE]DCM CALLED EE AT TO ADV MEDICAL RECORDS WERE REVIEWED BY A CP TODAY AND IT WAS DETERMINED THAT MEDICAL RECORDS SUPPORT CLAIM THROUGH NOV ON 12/11/19. DCM ADV WILL F/U AFTER NOV - IF ON RTW AFTER THAT DATE, IT WAS RECOMMENDS TO OBTAIN UPDATED MEDICAL RECORDS. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**11/08/2019 11:32 AM - CLAIM Note 76**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : RTW OO DEC 2019
Text: [11/08/2019 - ELLIS, KATHERINE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 COMPOUNDING, PHYSICAL DEMANDS: PRESUMED MEDIUM. LDW: 07/09/2018 DOD: 07/10/2018 DX: ROTATOR CUFF TEAR. EE HAD SX ON 5/7/19 FOR A ROTATOR CUFF REPAIR - EE IS STILL REPORTING STIFFNESS. EE WAS GIVEN RX OF MEDROL DOSEPAK AND WAS ADVISED IF SHE DOES NOT IMPROVE, RECOMMENDED LYSIS OF ADHESIONS AND MANIPULATION. RECORDS REVIEWED THRU 10/7/19 FROM FIRST HEALTH PT AND THRU 10/9/19 FROM DR. CADET. R&LS OF LESS THAN MEDIUM CAPACITY ARE SUPPORTED THROUGH NOV WITH DR. CADET (12/11/19). RECOMMEND OBTAINING UPDATED RECORDS FOR FURTHER REVIEW.

**11/08/2019 10:37 AM - CLAIM Note 75**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : PM&R CCS
Text: [11/08/2019 - DUNDON, LAUREN]CLAIM REVIEWED IN PM&R CCS WITH DR. RESTREPO-GARTNER. 51YOF. JOB TITLE: TECHNICAL OPERATOR 3 COMPOUNDING, PHYSICAL DEMANDS: PRESUMED MEDIUM. LDW: 07/09/2018 DOD: 07/10/2018 DX: ROTATOR CUFF TEAR. EE HAD SX ON 5/7/19 FORA ROTATOR CUFF REPAIR - EE IS STILL REPORTING STIFFNESS. EE WAS GIVEN RX OF MEDROL DOSEPAK AND WAS ADVISED IF SHE DOES NOT IMPROVE, RECOMMENDED LYSIS OF ADHESIONS AND MANIPULATION. RECORDS REVIEWED THRU 10/7/19 FROM FIRST HEALTH PT AND THRU 10/9/19FROM DR. CADET. R&LS OF LESS THAN MEDIUM CAPACITY ARE SUPPORTED THROUGH NOV WITH DR. CADET. RECOMMEND OBTAINING UPDATED RECORDS FOR FURTHER REVIEW. MAY CONSIDER NON-MEDICAL REVIEW.

**11/07/2019 2:48 PM - PHONE Note 50**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : STATUS
Text: [11/07/2019 - ELLIS, KATHERINE]11/6 @ 8:08PM - DCM RECV VM FROM EE TO GET UPDATE ON CLAIM

**10/28/2019 9:59 AM - CLAIM Note 74**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : CC REVIEW
Text: [10/28/2019 - REDDINGER, MICHELLE]IF MEDICAL IS RCVD, RECOMMEND OBTAINING COMPLETE TEE (TEE IS INCOMPLETE), JD AND POSSIBLE REFERRAL TO VOC FOR AN ASSESSMENT OR CONSULT TO DISCUSS RTW. JD AND TEE WILL BE NEEDED FOR CID REVIEW.

**10/25/2019 8:51 PM - CLAIM Note 73**
Claim/Event/Leave: 8520656
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 10/25/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO REDDINGER, MICHELLE. CLAIM/AS EVENT IS PENDING REVIEW.

**10/25/2019 8:50 PM - CLAIM Note 72**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 10/25/2019 - REFERRED TO THE VOC UNIT FOR CONSULTATION/CASE REVIEW MEETING.

**10/23/2019 7:48 AM - CLAIM Note 71**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : FIRST HEALTH PT
Text: [10/23/2019 - ELLIS, KATHERINE]DCM RECV MEDICA LRECORDS FROM FIRST HEALTH PT FOR THE TIME PERIOD OF 8/1/19-10/7/19

**10/23/2019 7:46 AM - CLAIM Note 70**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [10/23/2019 - ELLIS, KATHERINE]DCM RECV MEDICAL RECORDS FROM DR. CADET FOR THE TIME PERIOD OF 8/21/19-10/09/2019

**10/18/2019 1:04 PM - CLAIM Note 69**
Claim/Event/Leave: 8520656
NoteSubject : Social Security
Other Subject : UPDATE
Text: [10/18/2019 - ELLIS, KATHERINE]UPDATE GIVEN BY EE'S ATTORNEY ON SSDI

**10/10/2019 12:17 PM - CLAIM Note 68**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [10/10/2019 - ELLIS, KATHERINE]DCM RECV OOW NOTE FROM DR. CADET

**10/10/2019 11:50 AM - PHONE Note 49**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : OOW LONGER
Text: [10/10/2019 - ELLIS, KATHERINE]10/9 @ 5:57PM - EE CALLED AND LEFT VM - ADV SHE SAW DR. CADET ON 10/9 AND WILL HAVE F/U APPOINTMENT ON 12/11/19. EE ADV DCM WILL NEED TO SEND REQUEST IN ORDER TO OBTAIN RECORDS.

**10/10/2019 7:49 AM - CLAIM Note 67**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : CLOSE NP DEC 2019
Text: [10/10/2019 - ELLIS, KATHERINE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: PRESUMED MEDIUM***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***EE HAS BILATERAL SHOULDER SURGERIES, AND IS CURRENTLY RECOVERING FROM R SHOULDER SURGERY MOST RECENT. CLMNT IS ADVISED TO REMAIN OOW FOR 6 WEEKS, FOR PHYSICAL THERAPY. OF NOTE, PHYSICAL THERAPY NOTES ARE MISSING FORM THE FILE. R& L'S OF NO USE TO RIGHT LOWER EXTREMITY ARE SUPPORTED THROUGH 10-2-19. IF NO RTW ON 10-3-19, RECOMMEND CCM OBTAIN UPDATED RECORDS. EE CX SHE WAS NOT REASED TO RTW, LOV WITH DR. CADET 10/9, NOV ON 12/11. DCM REQUESTED ALL UPDATED MEDICAL RECORDS TO ASSESS CLAIM ONGOING - PROOF DUE 12/23

**10/10/2019 7:48 AM - CLAIM Note 66**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : ONGOING PROOF
Text: [10/10/2019 - ELLIS, KATHERINE]DCM SENT ONGOING PROOF LETTER TO EE - PROOF DUE 12/23

**10/10/2019 7:47 AM - CLAIM Note 65**
Claim/Event/Leave: 8520656

NoteSubject : Ref to Other
Other Subject : RP
Text: [10/10/2019 - ELLIS, KATHERINE]DCM REQUESTED MEDICAL RECORDS FROM DR. CADET - OBTAIN RECORDS FROM AUGUST 1, 2019 TO PRESENT FOR THIS PATIENT ******* YOUR WEBORDER TRANSACTION ID IS: 53905992 TRANSACTION DATE: 2019-10-10 04:46:46

**10/02/2019 2:34 PM - PHONE Note 48**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : R/C
Text: [10/02/2019 - ELLIS, KATHERINE]DCM CALLED EE AT TO ADV PAYMENT FOR OCTOBER HAS ALREADY BEEN ISSUED ON 10/1/19. DCM ALSO ADV MEDICAL RECORDS WILL BE NEEDED IF NO RTW FROM 10/3. EE ADV NOV ON 10/9. DCM ACK AND ASKED FOR EE TO CALL WITH RTW PLANS OR IF SHE WILL BE KEPT OOW LONGER? EE ADV SHE DID NOT KNOW THAT HER CLAI MWAS SUPPORTED THROUGH 10/2. DCM ADV WAS GOING TO CALL E EON 10/3 TO GET UPDATE, BUT WILL NOT F/U AS UPDATED HAS BEEN GIVEN TODAY. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**10/02/2019 2:27 PM - PHONE Note 47**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : PAYMENTS
Text: [10/02/2019 - ELLIS, KATHERINE]10/2 @ 9:11AM - EE CALLED AND LEFT VM - ASKED IF SHE WOULD RECV CHECK THIS MONTH?

**09/10/2019 11:19 AM - CLAIM Note 64**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : FIRST HEALTH PT
Text: [09/10/2019 - ELLIS, KATHERINE]DCM RECV MEDICAL RECORDS FROM FIRST HEALTH PT FOR THE TIME PERIOD OF 6/13/19-8/8/19

**09/09/2019 7:10 AM - CLAIM Note 63**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : RTW OO OCT 2019
Text: [09/09/2019 - ELLIS, KATHERINE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: PRESUMED MEDIUM***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***EE HAS BILATERAL SHOULDER SURGERIES, AND IS CURRENTLY RECOVERING FROM R SHOULDER SURGERY MOST RECENT. CLMNT IS ADVISED TO REMAIN OOW FOR 6 WEEKS, FOR PHYSICAL THERAPY. OF NOTE, PHYSICAL THERAPY NOTES ARE MISSING FORM THE FILE. R& L'S OF NO USE TO RIGHT LOWER EXTREMITY ARE SUPPORTED THROUGH 10-2-19. IF NO RTW ON 10-3-19, RECOMMEND CCM OBTAIN UPDATED RECORDS FROM ALL TREATING PROVIDERS TO INCLUDE PHYSICAL THERAPY RECORDS.

**09/06/2019 11:24 AM - MDS Note**
Claim/Leave: 8520656
Episode #: 1
Nurse Name: SCHNEIDER, JENNIFER
Service #: 16825447
Service Date: 09/06/2019
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, KATHERINE, ELLIS
Note Type: INFORMATION OBTAINED DESC
Text: FILE REVIEWED IN STD CCS. REFER TO S1 NOTES FOR ACTION PLAN.CONSULT COMPLETE.

**09/06/2019 10:10 AM - CLAIM Note 62**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MDS
Text: [09/06/2019 - SCHNEIDER, JENNIFER]NDC DISCUSSED FILE WITH CCM. CLMNT HAS HAS BILATERAL SHOULDER SURGERIES, AND IS CURRENTLY RECOVERING FROM R SHOULDER SURGERY MOST RECENT. CLMNT IS ADVISED TO REMAIN OOW FOR 6 WEEKS, FOR PHYSICAL THERAPY. OF NOTE, PHYSICAL THERAPY NOTES ARE MISSING FORM THE FILE. R& L'S OF NO USE TO RIGHT LOWER EXTREMITY ARE SUPPORTED THROUGH 10-2-19. IF NO RTW ON 10-3-19, RECOMMEND CCM OBTAIN UPDATED RECORDS FROM ALL TREATING PROVIDERS TO INCLUDE PHYSICAL THERAPY RECORDS AND REFER BACK TO MDS IF NEEDED. UPDATED CCM, ASSIGNMENT COMPLETE,

**09/04/2019 9:51 AM - CLAIM Note 61**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [09/04/2019 - BOBO, KRISTIN]PRIOR TO DETERMINATION, RECOMMEND CLINICAL REVIEW OF RECORDS ON FILE, NCM OR CCS TO DETERMINE IF OUTSTANDING RECORDS ARE NEEDED TO DETERMINE ONGOING IMPAIRMENT. RECOMMEND OBTAINING OA AND UPDATING SSDI CODING FROM DENIEDTO PENDED AT RECON LEVEL AND ALSO SENDING ENCOURAGE TO APPEAL KTR TO EE/EE'S SS ATTNY TO OBTAIN ACTUAL PROOF OF RECON APPEAL SUBMISSION.

**09/04/2019 8:23 AM - PHONE Note 46**

**09/04/2019 8:23 AM - PHONE Note 46**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [09/04/2019 - ELLIS, KATHERINE]9/3 @ 3:34PM - EE CALLED AND LEFT VM ABOUT AUTH FORM **** NO ACTION NEEDED AS EE CALLED BACK AND SPOKE WITH OTHER DCM'S

**09/04/2019 8:11 AM - CLAIM Note 60**
Claim/Event/Leave: 8520656
NoteSubject : Closed
Other Subject : FTPP ONGOING
Text: [09/04/2019 - ELLIS, KATHERINE]DCM RECOMMENDS CLOSING CLAIM FOR FTPP ONGOING - UPDATED MEDICAL RECORDS HAD BEEN REQUESTED FROM DR. CARET AND FIRST HEALTH PHYSICAL THERAPY TO ASSESS CLAIM ONGOING. AT THIS TIME, NO MEDICAL RECORDS FROM PT HAVE BEEN RECEIVED, HOWEVER, WOULD BE BENEFICIAL IN EVALUATING CLAIM ONGOING. BENEFITS SUSPENDED AS OF 8/7/19 DUE TO MISSING INFORMATION. AS OF 9/4/19, MEDICAL RECORDS FROM PT ARE STILL OUTSTANDING FROM FIRST HEALTH PHYSICAL THERAPY, THEREFORE, DCM RECOMMENDSCLOSING CLAIM FOR FTPP.

**09/03/2019 3:23 PM - CLAIM Note 59**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject :
Text: [09/03/2019 - MULLEN, AIMEE]REFAXED AUTH TO FIRST HEALTH

**09/03/2019 3:23 PM - PHONE Note 45**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [09/03/2019 - MULLEN, AIMEE]EE CALLED AND ADVISED SHE SENT US HER AUTH BUT WE DIDN'T PROVIDE TO APS. DCM ADVISED WE FAXED IT OVER ON 8/28. EE THEN STAED THAT AP RECEIVED THAT FAX BUT IT WAS BLANK AUTHS. EE STATED SHE CALLED IN AND S/W SOMEONE THAT ADVISED IT WAS SENT WITH THE INCORRECT AUTH. DCM ADVISED THAT DCM IS REVIEWING FAX NOW AND WAS NOT BLANK AUTH. ADVISED WILL RESEND NOW BUT ADVISED WAS SENT CORRECTLY ON 8/28/19

**08/28/2019 3:28 PM - CLAIM Note 58**
Claim/Event/Leave: 8520656
NoteSubject : LTR to AP
Other Subject : FIRST HEALTH
Text: [08/28/2019 - LABOSSIERE, MARGARET]FAXED AUTH TO FIRST HEALTH AT THE REQUEST OF THE EE

**08/28/2019 3:24 PM - PHONE Note 44**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : MEDICAL RECORDS
Text: [08/28/2019 - LABOSSIERE, MARGARET]EE CALLED AND STATED THAT FIRST HEALTH NEEDS A COPY OF HER AUTH, ADVISED I WOULD FAX ONE OVER

**08/28/2019 2:59 PM - PHONE Note 43**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [08/28/2019 - ELLIS, KATHERINE]DCM CALLED EE AT TO ADV RECV AUTH FORM AND SSDI APPEAL LETTER, HOWEVER, MEDICA LRECORDS FROM PT HAVE NOT BEEN RECV. DCM ADV MOST RECENT REQUEST WAS MADE ON 8/27/19 - DCM ADV MEDICAL RECORDS WERE MAILED AND FAXED. EE ADV AP'S OFFICE TOLD HER THAT THEY WERE TOLD THEY HAD 15 DAY. DCM ADV IT MAY HAVE BEEN AN INITIAL F/U DATE FOR REQUEST. EE ALSO ADV SHE WAS TOLD BY DCM THAT SHE HAD UNTIL SEPTEMBER TO SUBMIT RECORDS. DCM ACK AND ADV THAT IS CORRECT- EE THEN ADV HER CHECKS STOPPED. DCM ACK AND ADV IN LETTER SENT TO EE, IT DOES ADV IF AFTER 45 DAYS, IF MEDICAL IS NOT RECV, BENEFITS WILL BE SUSPENDED. ADDITIONALLY, AP'S ARE GIVEN 30 EXTRA DAYS TO SUBMIT RECORDS. EE ADV SHE WILL F/U WITH HER SSID ATTORNEY BECAUSE SHE IS GETTING THE RUN AROUND FROM BOTH SIDES. DCM ADV WILL NOTIFY EE ONCE RECORDS ARE RECV.

**08/28/2019 2:40 PM - PHONE Note 42**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : INFO RECV?
Text: [08/28/2019 - ELLIS, KATHERINE]8/2 @ 8:16AM - EE CALLED TO SEE IF PHYSICAL THERAPY NOTES HAVE BEEN RECEIVED AS WELL AS LETTER FROM ATTORNEY ADVING THEY ARE APPEALING SSDI DECISION.

**08/27/2019 11:08 AM - CLAIM Note 57**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : RALEIGH ORTHO CLINIC
Text: [08/27/2019 - ELLIS, KATHERINE]RALEIGH ORTHO CLINIC 8/21 NOTE AND AUTH FORM

**08/25/2019 12:19 PM - CLAIM Note 56**

Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [08/25/2019 - TURNER, LATIMER]OOW LOADED TO DOC LIST

**08/16/2019 2:12 PM - CLAIM Note 55**
Claim/Event/Leave: 8520656
NoteSubject : Social Security
Other Subject : UPDATE
Text: [08/16/2019 - ELLIS, KATHERINE]DCM RECV RECONSIDERATION LETTER FROM ATTORNEY - SSDI DATED 8/16/19

**08/16/2019 1:20 PM - PHONE Note 41**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [08/16/2019 - ELLIS, KATHERINE]DCM CALLED AND ADV SHE SENT FIRST HEALTH AUTH FORM TO AP'S OFFICE AND ADV THEY WANT PAYMENT FROM HER. DCM ADV AUTH FORM NEEDED TO BE SENT BACK TO DCM FOR IT TO BE ATTACHED TO MEDICAL REQUEST. EE ADV SHE WAS NEVER TOLDSHE NEEDED TO SEND AUTH FORM BACK TO DCM AND ADV SHE DIDN'T KNOW WHERE IT NEEDED TI BE SENT TO? DCM ACK AND ADV SHOULD EE HAVE QUESTIONS ON WHO NEED TO RECEIVE WHAT, SHE CAN CALL DCM TO CX. EE ALSO ADV SHE IS WAITING ON APPEAL FROM ATTORNEY. EE ADV WILL FAX AUTH FORM TO DCM. DCM ACK. EE HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**08/13/2019 9:56 AM - PHONE Note 40**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : SUSPENDED BENEFITS
Text: [08/13/2019 - ELLIS, KATHERINE]DCM RECV CALL FROM EE ABOUT SUSPENDED LETTER. DCM ACK AND ADV WE TALKED ABOUT HOW BENEFITS WERE SUSPENDED DUE TO MISSING RECORDS. EE ASKED IF SHE WOULD GET A CHECK IN SEPTEMBER? DCM ADV AS OF NOW BENEFITS ARE SUSPENED AND ADV NO BENEFITS WILL BE ISSUED OUT BEYOND 8/7 W/O RECORDS. EE AGAIN ASKED IF SHE WOULD GET PAID IN SEPTEMBER? DCM ADV IT WOULD DEPEND IF MEDICAL RECORDS ARE RECV OR NOT. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**08/05/2019 4:32 PM - PHONE Note 39**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : SUSPENSION
Text: [08/05/2019 - ELLIS, KATHERINE]DCM CALLED EE AT TO ADV OF SUSPENSION DUE TO MISSING RECORDS AND SSDI APPEAL. EE ADV SHE HAD UNTIL SEPTEMBER TO GET INFORMATION IN . DCM ACK AND ADV CLAIM WILL REMAIN OPEN, BUT BENEFITS ARE SUSPENDED. DCM ALSO ASKED IF SSDI HAS BEEN APPEALED. THEY PUT IN APPEAL. DCM ACK AND ASKED FOR PROOF OF APPEAL AS WELL. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**08/05/2019 1:57 PM - CLAIM Note 54**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/05/2019 - DOWNS, BLAIR]AGREE W/ SUSPENSION

**08/05/2019 9:00 AM - CLAIM Note 53**
Claim/Event/Leave: 8520656
NoteSubject : Notice/Proof Review
Other Subject : 45 - SUSPENSION
Text: [08/05/2019 - ELLIS, KATHERINE]DCM RECOMMENDS SUSPENDING BENEFITS DUE TO MISSING INFORMATION - DCM IS WAITING ON MEDICAL RECORDS FROM FIRST HEALTH PHYSICAL THERAPY FOR THE TIME PERIOD OF 6/1/19-THE PRESENT. ADDITIONALLY, EE HAD ADVISED SSDI HAS BEENDENIED - DCM HAS ASKED FOR PROOF OF SSDI APPEAL.

**08/01/2019 8:10 AM - PHONE Note 38**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : SSDI DENIED
Text: [08/01/2019 - ELLIS, KATHERINE]8/1 @ 8:00AM - EE CALLED AND LEFT VM - ADV SSDI WAS DENIED, BUT ATTORNEY WILL BE APPEALING

**07/19/2019 8:14 AM - PHONE Note 37**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : DAY 30
Text: [07/19/2019 - ELLIS, KATHERINE]DCM CALLED EE AT TO ADVOF OUTSTANDING MEDICAL RECORDS FROM PT. DCM ADV WILL NEED THOSE TO REVIEW WITH RECORDS RECV FROM AP. EE ACK AND ASKED ABOUT SSDI AND IF THAT WILL END HER DISABILITY? DCM ADV IT WOULD BE OFFSET FROM HER DISABILITY BENEFITS - EE ASKED WHY WOULD IT BE OFFSET IF SHE SHOULD BE RECV 66.667% OF BME. DCM ADV OTHER INCOME IS CONSIDERED AN OFFSET AS IT'S EARNINGS RECV AFTER DOD. DCM ADV EE WOULD STILL BE RECV THE SAME AMOUNT, BUT PART WILL BE RECV FROM SSDI AND PART FROM LTD. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**07/19/2019 7:22 AM - CLAIM Note 52**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : DAY 30
Text: [07/19/2019 - ELLIS, KATHERINE]DCM SENT DA Y 30 ONGOING LETTER TO EE

**07/19/2019 7:22 AM - CLAIM Note 51**
Claim/Event/Leave: 8520656
NoteSubject : Medical Status
Other Subject : IRST HEALTH PHYSICAL
Text: [07/19/2019 - ELLIS, KATHERINE]DATE: 07/10/2019 9:28 AM (ET) CONTACT: NOTE: ADOBE DOCUMENT CLOUD AUTH SENT TO EMAIL ON FILE IN RPNET USER DATE: 07/10/2019 9:28 AM (ET) CONTACT: NOTE: ADOBE DOCUMENT CLOUD AUTH SENT TO EMAIL ON FILE IN SOURCE CODEDATE: 07/10/2019 9:27 AM (ET) CONTACT: NOTE: E-MAILING LIINK AND AUTHORIZATION ATTACHMENT FOR SIGNATURE ON FACILITY SPECIFIC AUTHORIZATION PLEASE BE ADVISED THIS FACILITY DOES NOT ACCEPT REQUESTS WITHOUT A SIGNED AND DATED AUTHORIZATION. PLEASE PROVIDE SO WE MAY PROCEED. THANK YOU DATE: 07/10/2019 9:27 AM (ET) CONTACT: NOTE: E-MAILING LINK AND AUTHORIZATION ATTACHMENT FOR SIGNATURE ON FACILITY SPECIFIC AUTHORIZATION PLEASE BE ADVISED THIS FACILITY DOES NOT ACCEPT REQUESTS WITHOUT A SIGNED ANDDATED AUTHORIZATION. PLEASE PROVIDE SO WE MAY PROCEED. THANK YOU DATE: 07/09/2019 4:10 PM (ET) TIME @PROVIDER: 4:10 PM (ET) CONTACT: NOTE: FAX STATUS RESPONSE: WE HAVE ENCOUNTERED A FACILITY RELEASE ISSUE AND WE ARE ESCALATING THIS REQUEST TO A RELEASEPOINT SUPERVISOR FOR FURTHER HANDLING: ** PER RESPONSE, A SIGNED RELEASE IS REQUIRED. PLEASE PROVIDE A SIGNED AND DATED RELEASE. THANK YOU. DATE: 07/09/2019 4:07 PM (ET) CONTACT: NOTE: *** PROVIDER CHANGED FROM FIRST HEALTH PHYSICAL THERAPY (FIR012) TO FIRSTHEALTH OF THE CAROLINAS (MTMH4 ) : THIS IS THE CORRECT PROVIDER CODE. AVERAGE CYCLE TIME FOR MTMH4 IS 16 DAYS DATE: 07/09/2019 2:27 PM (ET) CONTACT: NOTE: FILE ROUTED AS REQUEST RESPONSE RECEIVED AWAITING REVIEW - FILE WAS FSSRV IMAGEPRODUCTION TRANSCHARTS R5434912.TIF DATE: 07/07/2019 8:42 PM (ET) CONTACT: NOTE: REQUEST FOR STATUS FAXED TO PROVIDER: FAX SUCCESSFUL TO (910) 904-7425 DATE: 06/30/2019 8:39 PM (ET) CONTACT: NOTE: REQUEST FOR STATUS FAXED TO PROVIDER: FAX SUCCESSFUL TO (910) 904-7425 DATE: 06/24/2019 12:36 PM (ET) CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED: FAX SUCCESSFUL TO (910) 904-7425: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST. DATE: 06/24/2019 12:13 PM (ET) TIME @PROVIDER: 12:13 PM (ET) CONTACT: NOTE: DAY 1 CALL: FAXING LIBERTY REQUEST LETTER + AUTH TO PROVIDE TO BEGIN RETRIEVAL PROCESS.: ** I CALLED 9109047400 BUT WAS JUST ON QUEUE ONLY. THEN LINE GOT DISCONNECTED. I SEARCHED ONLINE AND FOUND THE SAME PHONE NUMBER ON FILE. HTTPS://WWW.FIRSTHEALTH.ORG/FITNESS/RAEFORD/ DATE: 06/21/2019 11:46 AM (ET) CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED: FAX SUCCESSFUL TO (910) 904-7425: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST. DATE: 06/21/2019 11:13 AM (ET) CONTACT: NOTE: PREFLIGHT PROCESS COMPLETE -- FAXING REQUEST TO PROVIDER PER INFORMATION PROVIDED, I'LL SEND THE REQUEST TO BEGIN THE PROCESS. DATE: 06/20/2019 8:30 AM (ET) CONTACT: NOTE: NEW REQUEST RECEIVED VIA INTAKE FORMAT RPNET 2017 WITH FOLLOWING PROVIDER DATA: FIRST HEALTH PHYSICAL THERAPY 313 TEAL DR RAEFORD, NC, 28376 (910) 904-7400 PROVIDER SET TO FIR012 NO RECENT CYCLE TIME DATA AVAILABLE FOR THIS PROVIDER. AWAITING AUTHORIZATION FROM CUSTOMER

**07/09/2019 11:42 AM - CLAIM Note 50**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [07/09/2019 - ELLIS, KATHERINE]DCM RECV MEDICAL RECORDS FRO MDR. CADET FOR THE TIME PERIOD OF 6/19/19-7/5/19 WITH R/L FORM

**06/26/2019 3:37 PM - CLAIM Note 49**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/26/2019 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 06/10/2019 FROM RELEASEPOINT. INV #709893-1518 IN THE AMOUNT OF $32.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**06/20/2019 8:32 AM - CLAIM Note 48**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : CLOSE NP SEP 2019
Text: [06/20/2019 - ELLIS, KATHERINE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: PRESUMED MEDIUM***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***DCM RECOMMENDS APPROVING CLAIM. EE IS TREATING WITH DR. BARNES ANDGOING TO PHYSICAL THERAPY. LOV WITH DR. BARNES 11/26/18 - MEDICAL RECORDS INDICATE EE HAS ROTATOR CUFF TEAR SX ON 7/10/18. EE REPORT MILD TO MODERATE. EE WAS SEEN DUE TO PTAIN IN THE LATERAL ASPECT OF LEFT SHULDER. EE REPORTS PAIN RADIATES DOWN INTOTHE LEFT ARM. EE CAN ONLY LIFE 3 POUNDS IN PT. EE HAD ADVISED PHYSICAL THERAPY IS PLACING R/L'S ON HER, WHICH ARE PREVENTING HER FROM RTW. EE HAD CX SHE WILL BE GETTING RT ROTATOR CUFF SX ON 5/7/19 WITH DR. CADET. DCM REC VUPDATED MEDICAL RECORDS FORM DR. CADET WHO CX SURGERY ON 5/7/19 AND ADV LENGTH OF DISABILITY 4-6 WEEKS. EE HAD LOV ON 6/19/19 WITH DR. CADET AND WILL START OR AT FIRST HEALTH PHYSICAL THERAPY IN RAEFORD, NC. EE HAS ADVISED SHE CANNOT LIFE MORE THAN 2 LBS. DCM HAS REQUESTED UPDATED MEDICAL RECORDS AND R/L FORM FROM DR. CADET AND MEDICAL RECORDS FROM PHYSICAL THERAPY. DCM HAS ASKED FOR ALL MEDICAL RECORDS BE SUBMITTED BY 9/3/19

**06/20/2019 8:30 AM - CLAIM Note 47**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE

NoteSubject : LTR to EE
Other Subject : ONGOING PROOF
Text: [06/20/2019 - ELLIS, KATHERINE]DCM SENT ONGOING PROOF LETTER TO EE- PROOF DUE 9/3

**06/20/2019 8:30 AM - CLAIM Note 46**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : RP
Text: [06/20/2019 - ELLIS, KATHERINE]DCM REQUESTED MEDICAL RECORDS FROM FIRST HEALTH PHYSICAL THERAPY AND DR. CADET - OBTAIN RECORDS FROM JUNE 1, 2019 TO PRESENT FOR THIS PATIENT WITH R/L FORM ******* YOUR WEBORDER TRANSACTION ID IS: 53698352 TRANSACTIONDATE: 2019-06-20 05:30:02

**06/20/2019 8:26 AM - PHONE Note 36**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : UPDATE ON LOV
Text: [06/20/2019 - ELLIS, KATHERINE]DCM CALLED EE TO GET UPDATE ON 6/19 OV. EE ADV SHE IS BEING KEPT OOW THROUGH NOV ON 8/25/19, R/L'S OF NOT LIFTING MORE THAN 2 POUNDS. EE ADV SHE WILL BE CONTINUING PT AT FIRST HEALTH IN RAEFORD, NC. DCM ACK AND ADV WILL REQUEST UPDATED MEDICAL RECORDS FROM AP TO ASSESS CLAIM ONGOING. EE ALSO ADV SHE HAD NOT RECEIVED AN UPDATE ON SSDI. DCM ACK AND ADV FOR EE TO CALL WITH ANY OTHER UPDATED SUCH AS A HEARING DATE, APPROVAL OR DENIAL. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**06/06/2019 3:03 PM - PHONE Note 35**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [06/06/2019 - ELLIS, KATHERINE]DCM CALLED EE AT TO ADV RCV MEDICAL RECORDS AND SSDI INFORMATION. DCM ASKED IF EE WAS GIVEN ANY UPDATES IN TREATMENTS. EE ADV NOV ON 6/19 WILL START PT NEXT WEEK. WAS TOLD SHE WILL NEED AT LEAST 6 WEEKOF PT. DCM ACK AND ADV WILL F/U WITH EE AFTER NOV ON 6/19 TO GET UPDATE. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**06/06/2019 2:56 PM - PHONE Note 34**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : INFO RECV?
Text: [06/06/2019 - ELLIS, KATHERINE]6/6 @ 8:00AM - EE CALLED AND LEFT VM - ASKED FOR A R/C TO CONFIRM IF RECORDS WERE RECV FROM AP AND SSDI APPLICATION

**05/23/2019 4:06 PM - CLAIM Note 45**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : RTW OO JUN 2019
Text: [05/23/2019 - ELLIS, KATHERINE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: PRESUMED MEDIUM***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***DCM RECOMMENDS APPROVING CLAIM. EE IS TREATING WITH DR. BARNES ANDGOING TO PHYSICAL THERAPY. LOV WITH DR. BARNES 11/26/18 - MEDICAL RECORDS INDICATE EE HAS ROTATOR CUFF TEAR SX ON 7/10/18. EE REPORT MILD TO MODERATE. EE WAS SEEN DUE TO PTAIN IN THE LATERAL ASPECT OF LEFT SHULDER. EE REPORTS PAIN RADIATES DOWN INTOTHE LEFT ARM. EE CAN ONLY LIFE 3 POUNDS IN PT. EE HAD ADVISED PHYSICAL THERAPY IS PLACING R/L'S ON HER, WHICH ARE PREVENTING HER FROM RTW. EE HAD CX SHE WILL BE GETTING RT ROTATOR CUFF SX ON 5/7/19 WITH DR. CADET. DCM REC VUPDATED MEDICAL RECORDS FORM DR. CADET WHO CX SURGERY ON 5/7/19 AND ADV LENGTH OF DISABILITY 4-6 WEEKS. DCM RECOMMENDS F/U 6 WEEK POST OP ( 6/16) TO CX ONGOING TREATMENT PLANS. IF EE IS REFERRED BACK TO PT, DCM TO OBTAIN UPDATED MEDICAL RECORDS AN DPT PROGRESS NOTES.

**05/23/2019 4:00 PM - CLAIM Note 44**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : SSDI
Text: [05/23/2019 - ELLIS, KATHERINE]DCM RECV LETTER FROM EE'S ATTORNEY ADV OF SSDI APPLICATION N

**05/23/2019 10:02 AM - CLAIM Note 43**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [05/23/2019 - ELLIS, KATHERINE]DCM RECV MEDICAL RECORDS FROM DR .CADET FOR THE TIME PERIOD OF 5/3/19-5/22/19

**05/21/2019 2:25 PM - PHONE Note 33**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [05/21/2019 - ELLIS, KATHERINE]EE CALLED AND ADV AP HAD ADVISED THEY SENT ALL MEDICAL RECORDS ON 5/17. DCM CHECKED RP AND DOC LIST AND ADV DID NOT RECV MEDICAL RECORDS. DCM ASKED IF AP COULD RESEND RECORDS? EE ADV SHE WOULD ASK TOMORROW WHEN SHE HAS AN OV. DCM ACK - EE HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**05/21/2019 1:24 PM - PHONE Note 32**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [05/21/2019 - ELLIS, KATHERINE]DCM CALLED EE AT TO ANSWER QUESTIONS. EE ASKED ABOUT PROOF AND SSDI LETTERS - DCM ADV CALLED AP TO CX SX, HOWEVER, DID NOT RECV R/C AND THEREFORE, REQUEST OP REPORT AND POST OP NOTES FROM AP. EE ACK AND CX NOV TOMORROW. DCM ALSO EXPLAINED NEED FOR EE TO FILE FOR SSDI. EE ADV SHE HAS AND ASKED IF DCM NEEDED INFO FROM HER ATTORNEY? DCM ADV YES, WE WILL NEED COPY OF APPLICATION. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**05/21/2019 10:19 AM - PHONE Note 31**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [05/21/2019 - ELLIS, KATHERINE]5/20 @ 6:06PM - EE CALLED AN DLEFT VM - ADV SHE RECV TWO LETTER AND HAD SOME QUESTIONS

**05/21/2019 9:12 AM - CLAIM Note 42**
Claim/Event/Leave: 8520656
NoteSubject : Medical Status
Other Subject : 15 - DR. CADET
Text: [05/21/2019 - ELLIS, KATHERINE]DATE: 05/19/2019 8:44 PM (ET) CONTACT: NOTE: REQUEST FOR STATUS FAXED TO PROVIDER: FAX SUCCESSFUL TO (919) 782-6578 DATE: 05/10/2019 2:55 PM (ET) CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED: FAX SUCCESSFUL TO (919) 782-6578: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST. DATE: 05/10/2019 2:38 PM (ET) TIME @PROVIDER: 2:38 PM (ET) CONTACT: NOTE: DAY 1 CALL: FAXING LIBERTY REQUEST LETTER + AUTH TO PROVIDE TO BEGIN RETRIEVAL PROCESS.: ** WE HAD A COMPLETED MEDICAL RECORDS REQUEST UNDER THE SAME PATIENT, FACILITY AND THE FACILITY INFORMATION PROVIDED IN OUR SYSTEM. I WILL NOW SEND THE REQUEST TO START THE PROCESS. DATE: 05/10/2019 10:25 AM (ET) CONTACT: NOTE: THERE IS NOT ENOUGH DATA ON THIS PHYSICIAN TO PRE-SEND REQUEST. ROUTING FOR VOICE CONTACT. THE INFORMATION PROVIDED DOES NOT MATCH. PLEASE CALL THE FACILITY TO VERIFY THE PROVIDER'S INFORMATION. DATE: 05/09/2019 9:45 AM (ET) CONTACT: NOTE: PROVIDER CURRENTLY HAS AVG CYCLE TIME OF 13 CALENDAR DAYS. DATE: 05/09/2019 8:12 AM (ET) CONTACT: NOTE: NEW REQUEST RECEIVED VIA INTAKE FORMAT RPNET 2017 WITH FOLLOWING PROVIDER DATA: DR. EDWIN CADET 10880 DURANT ROAD RALEIGH, NC, 27614 (919) 781-5600 NO PROVIDER INDEX CODE SELECTED - SEND TO PROVIDER MATCH AWAITING AUTHORIZATION FROM CUSTOMER

**05/13/2019 7:59 AM - CLAIM Note 41**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : FAYETTEVILLE ORTHO
Text: [05/13/2019 - ELLIS, KATHERINE]DCM RECV MEDICAL RECORDS FROM FAYETTEVILLE ORTHO FOR THE TIME PERIOD OF 7/12/18-12/31/18

**05/09/2019 1:32 PM - PHONE Note 30**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : SX
Text: [05/09/2019 - ELLIS, KATHERINE]5/9 @ 11:09AM - EE CALLED AND LEFT VM - EE ADV SHE HAD SX ON 5/9 AND WILL HAVE F/U ON 5/16

**05/09/2019 8:20 AM - CLAIM Note 40**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : ENCOURAGE TO APPLY
Text: [05/09/2019 - ELLIS, KATHERINE]DCM SENT ENCOURAGE TO APPLY LETTER TO EE - PROOF DUE 6/22

**05/09/2019 8:13 AM - CLAIM Note 39**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : CLOSE NP JUL 2019
Text: [05/09/2019 - ELLIS, KATHERINE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: PRESUMED MEDIUM***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***DCM RECOMMENDS APPROVING CLAIM. EE IS TREATING WITH DR. BARNES ANDGOING TO PHYSICAL THERAPY. LOV WITH DR. BARNES 11/26/18 - MEDICAL RECORDS INDICATE EE HAS ROTATOR CUFF TEAR SX ON 7/10/18. EE REPORT MILD TO MODERATE. EE WAS SEEN DUE TO PTAIN IN THE LATERAL ASPECT OF LEFT SHULDER. EE REPORTS PAIN RADIATES DOWN INTOTHE LEFT ARM. EE CAN ONLY LIFE 3 POUNDS IN PT. EE HAD ADVISED PHYSICAL THERAPY IS PLACING R/L'S ON HER, WHICH ARE PREVENTING HER FROM RTW. EE HAD CX SHE WILL BE GETTING RT ROTATOR CUFF SX ON 5/7/19 WITH DR. CADET. DCM HAD CALLED DR. CADET'S OFFICE ON ON 5/8/19 TO CX SX AND REQUESTED OP REPORT. ALL UPDATED MEDICAL DOCUMENTATION DUE 7/23

**05/09/2019 8:12 AM - CLAIM Note 38**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : ONGOING PROOF
Text: [05/09/2019 - ELLIS, KATHERINE]DCM SENT ONGOING PROOF LETTER TO EE - PROOF DUE 7/23

Text: [05/09/2019 - ELLIS, KATHERINE]DCM SENT ONGOING PROOF LETTER TO EE - PROOF DUE 7/23

**05/09/2019 8:11 AM - CLAIM Note 37**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : RP
Text: [05/09/2019 - ELLIS, KATHERINE]DCM REQUESTED MEDICAL RECORDS FROM DR .CADET - OBTAIN RECORDS FROM MAY 1, 2019 TO PRESENT FOR THIS PATIENT ******* YOUR WEBORDER TRANSACTION ID IS: 53619057 TRANSACTION DATE: 2019-05-09 05:10:18

**05/08/2019 10:03 AM - PHONE Note 29**
Claim/Event/Leave: 8520656
NoteSubject : Called AP
Other Subject : DR. CADET
Text: [05/08/2019 - ELLIS, KATIE]DCM CALLED DR CADET'S OFFICE AT 919-781-5600 TO CX SX. DCM SELECTED OPTION FOR MEDICAL RECORDS. PHONE RANG UNTIL VM CAME ON. DCM LEFT VM AND ASKED FOR A R/C TO CX SX. DCM PROVIDED NUMBER AND CLAIM NUMBER.

**04/30/2019 7:33 AM - CLAIM Note 36**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. CADET
Text: [04/30/2019 - ELLIS, KATIE]DCM RECV MEDICAL RECORDS FROM DR. CADET FOR THE TIME PERIOD OF 2/27/19-4/24/19

**04/10/2019 8:25 AM - PHONE Note 28**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : SX DATE
Text: [04/10/2019 - ELLIS, KATIE]DCM CALLED EE AT TI GET SX DATE - EE ADV SX WIL BE 5/7/19 WITH DR. CADET. RIGHT ROATATOR CUFF TEAR. DCM ACK AND ADV WILL CALL AP DAY AF SX TO CX IT TOOK PLACE AS SCHEDULED. EE ACK HAD NO OTHER QUESTIONS.DCM THANKED AND CALL ENDED.

**04/10/2019 8:20 AM - CLAIM Note 35**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : RTW OO JUN 2019
Text: [04/10/2019 - ELLIS, KATIE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: PRESUMED MEDIUM***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***DCM RECOMMENDS APPROVING CLAIM. EE IS TREATING WITH DR. BARNES AND GOING TO PHYSICAL THERAPY. LOV WITH DR. BARNES 11/26/18 - MEDICAL RECORDS INDICATE EE HAS ROTATOR CUFF TEAR SX ON 7/10/18. EE REPORT MILD TO MODERATE. EE WAS SEEN DUE TO PTAIN IN THE LATERAL ASPECT OF LEFT SHULDER. EE REPORTS PAIN RADIATES DOWN INTOTHE LEFT ARM. EE CAN ONLY LIFE 3 POUNDS IN PT. EE HAD ADVISED PHYSICAL THERAPY IS PLACING R/L'S ON HER, WHICH ARE PREVENTING HER FROM RTW. EE HAD CX SHE WILL BE GETTING RT ROTATOR CUFF SX ON 5/7/19 WITH DR. CADET. DCM WILL CALL AP DAY AFTER SX TOCX SX TOOK PLACE AS SCHEDULED. ONCE CONFIRMED, DCM WILL UPDATE ACTION PLAN.

**04/08/2019 8:17 AM - CLAIM Note 34**
Claim/Event/Leave: 8520656
NoteSubject : Notice/Proof Review
Other Subject : DAY 45
Text: [04/08/2019 - ELLIS, KATIE]DCM TO FINISH DAY 45 TASK - EE HAS ADVISED SHE WILL BE GETTING SX. DCM TO F/U ON 4/10 TO GET SX DATE

**04/05/2019 8:03 AM - CLAIM Note 33**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : FAYETTEVILLE ORTHO
Text: [04/05/2019 - ELLIS, KATIE]DCM RECV MEDICAL RECORDS FROM FAYETTEVILLE ORTHO FOR THE TIME PERIOD OF 12/18/18-12/31/18

**04/04/2019 2:07 PM - PHONE Note 27**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : UPDATE
Text: [04/04/2019 - ELLIS, KATIE]4/4 @ 8:55AM - EE CALLED AND LEFT VM - ADV SHE HAD LOV ON 4/3/19 AND WAS ADVISED SHE HAS A TORN ROTATOR CUFF. ADV SHE WILL NEED SX AND STILL HAD LIGHT R/L'S. EE ADV APPOINTMENT HAS NOT BEEN SET, BUT WILL CALL DCM ONCE SETUP. EE DID NOT REQUEST A R/C

**04/03/2019 8:40 AM - CLAIM Note 32**
Claim/Event/Leave: 8520656
NoteSubject : Medical Status
Other Subject : DR. CADET
Text: [04/03/2019 - ELLIS, KATIE]E-MAILING LIINK AND AUTHORIZATION ATTACHMENT FOR SIGNATURE ON FACILITY SPECIFIC AUTHORIZATION PLEASE BE ADVISED THAT THIS FACILITY REQUIRES AN AUTHORIZATION TO RELEASE THE RECORDS, WE DID NOT RECEIVE AN AUTHORIZATION ALONGWITH THE REQUEST. PLEASE PROVIDE A SIGNED AND DATED AUTHORIZATION SO WE CAN PROCEED. THANK YOU *** DCM EMAILED TO EE THROUGH RP

AUTHORIZATION SO WE CAN PROCEED. THANK YOU DCM EMAILED TO EE THROUGH RP

**04/02/2019 10:15 AM - PHONE Note 26**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [04/02/2019 - ELLIS, KATIE]DCM CALLED EE AT TO ADV UPDATED MEDICAL RECORDS HAVE NOT BEEN RECEIVED FROM DR. BARNES. LOV RECV WAS FROM NOVEMBER 2019.DCM ALSO ADV MOST RECENT PAYMENT WAS RELEASED ON 4/1/19. EE ACK AND ADV SHE WAS BILLEDTWICW BY AP'S OFFICE AND THEY ARE NOT RELEASING RECORDS BECAUSE SHE COMPLAINED ABOUT THEM. DCM ASKED IF EE WOULD BE ABLE TO GET OWN RECORDS? EE ADV SHE CAN, BUT THEY WILL MAKE HER PAY FOR HER OWN RECORDS. DCM ACK AND ADV WE DO NOT HAVE A WAY TO REIMBURSE EE, HOWEVER, SHOULD THEY WISH TO BE PAID, THEY CAN SEND INVOICE TO DCM. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**04/02/2019 9:02 AM - CLAIM Note 31**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : RP
Text: [04/02/2019 - ELLIS, KATIE]DCM REQUESTED MEDICAL RECORDS FROM DR. BARNES - OBTAIN RECORDS FROM DECEMBER 1, 2018 TO PRESENT FOR THIS PATIENT[04/02/2019 - ELLIS, KATIE]AND DR. EDWIN CADET ******* YOUR WEBORDER TRANSACTION ID IS: 53545924

**04/02/2019 8:59 AM - PHONE Note 25**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : MEDICAL RECV
Text: [04/02/2019 - ELLIS, KATIE]4/2 @ 7:56AM - EE CALLED AND LEFT VM - ADV SHE WANTED TO SEE IF DR. BARNES SENT IN INFORMATION. EE ADV SHE HAS NOT YET RECEIVED PAYMENT FROM THE FIRST AND WAS UNSURE IF HER PAYMENTS HAD STOPPED.

**03/20/2019 2:14 PM - PHONE Note 24**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [03/20/2019 - ELLIS, KATIE]3/20 @ 12:39PM - EE CALLED AND LEFT VM - ADV WENT TO DR. LAWRENCE'S OFFICE AND SIGNED AN AUTH FORM - ADV SHE WILL GO AND SIGN ANOTHER ONE. ADV FOR DCM TO LET HER KNOW IF ANYTHING ELSE CHANGES.

**03/20/2019 11:32 AM - CLAIM Note 30**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : DAY 30
Text: [03/20/2019 - ELLIS, KATIE]DCM SENT DAY 30 N&P LETTER TO EE

**03/20/2019 11:32 AM - PHONE Note 23**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : DAY 30
Text: [03/20/2019 - ELLIS, KATIE]DCM CALLED EE AT TO ADV OF OUTSTANDING MEDICAL RECORDS FROM FAYETVILLE ORTHO. PHONE RANG UNTIL VM CAME ON. DCM LEFT VM TO ADV NEED FOR RECORDS AND DEADLINE. DCM PROVIDED CONTACT INFO AND ADV FOR EE TO CALLWITH ANY OTHER UPDATES OR ANY NEW AP'S EE MAY BE TREATING WITH.

**03/05/2019 12:16 PM - CLAIM Note 29**
Claim/Event/Leave: 8520656
NoteSubject : Medical Status
Other Subject : FAYETTVILLE ORTHO
Text: [03/05/2019 - ELLIS, KATIE]DATE: 03/03/2019 9:00 PM (ET) CONTACT: NOTE: REQUEST FOR STATUS FAXED TO PROVIDER: FAX SUCCESSFUL TO (910) 484-8824 DATE: 02/25/2019 5:05 PM (ET) CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED: FAX SUCCESSFUL TO (910) 484-8824: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST. DATE: 02/25/2019 4:49 PM (ET) TIME @PROVIDER: 4:49 PM (ET) CONTACT: NOTE: DAY 1 CALL: FAXING LIBERTY REQUEST LETTER + AUTH TO PROVIDE TO BEGIN RETRIEVAL PROCESS.: ** I CALLED AND I AM ROUTED TO THE VOICE MESSAGING SYSTEM. I AM SENDING THE REQUEST TO START THE PROCESS. DATE: 02/22/2019 9:45 AM (ET) CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED: FAX SUCCESSFULTO (910) 484-8824: CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST. DATE: 02/22/2019 9:34 AM (ET) CONTACT: NOTE: PREFLIGHT PROCESS COMPLETE -- FAXING REQUEST TO PROVIDER FACILITY INFORMATION AND REQUEST INFORMATION MATCHED. WILL SEND THE REQUEST VIA PRE-FLIGHT. DATE: 02/21/2019 8:09 AM (ET) CONTACT: NOTE: NEW REQUEST RECEIVED VIA INTAKE FORMAT RPNET 2017 WITH FOLLOWING PROVIDER DATA: FAYETTEVILLE ORTHOPAEDICS 1991 FORDHAM DR, STE 100 FAYETTEVILLE, NC, 28304 (910) 484-3114 PROVIDER SETTO 200883 LAST 5 REQUESTS FOR THIS PROVIDER HAVE TAKEN AN AVERAGE OF 12 CALENDAR DAYS. AWAITING AUTHORIZATION FROM CUSTOMER

**02/28/2019 2:30 PM - PHONE Note 22**
Claim/Event/Leave: 8520656
NoteSubject : Called EE

Other Subject : R/C
Text: [02/28/2019 - ELLIS, KATIE]DCM CALLED EE AT TO ADV RECV OOW NOTE, BUT WAITING ON MEDICAL RECORDS. EE ADV SHE IS EE ADV SHE WILL BE HAVING 2 MRI'S AND MIGHT HAVE CARPEL TUNNEL IN LEFT HAND. EE ASKED IF SHE NEEDED TO FILE A NEW CLAIM?DCM ADV NO - EE ALSO ADV SHE CALLED ER ABOUT POSSIBLE RTW, BUT SHE IS WEARING A BRACE FOR CARPEL TUNNEL AND CANNOT LEFT MORE THAN 15 LBS ABOVE WAIST. DCM ACK AND EE ASKED ABOUT IF NEXT PAYMENT WILL BE A DD? DCM ACK AND CX NEXT DISABILITY BENEFITSWILL BE RELEASED ON 3/1. DCM ADV EE BECAUSE IT'S A DD, IT WILL TAKE A FEW DAYS TO CLEAR IN ACCOUNT. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**02/28/2019 2:23 PM - PHONE Note 21**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [02/28/2019 - ELLIS, KATIE]2/28 @ 9:44AM - EE CALLED AND LEFT VM - ADV SHE WAS CALLING TO GIVE UPDATE AND CX DCM RECV PAPERWORK. ADV SHE WILL BE GETTING XRAYS AND AND MRI

**02/28/2019 9:05 AM - CLAIM Note 28**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject :
Text: [02/28/2019 - ELLIS, KATIE]DCM RECV UPTEDATE ON NOV'S FROM EE

**02/28/2019 9:04 AM - CLAIM Note 27**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. MILLNER
Text: [02/28/2019 - ELLIS, KATIE]DCM RECV OOW NOTE FROM DR. MILLNER

**02/26/2019 8:24 AM - PHONE Note 20**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [02/26/2019 - ELLIS, KATIE]DCM RECV CALL FROM EE - EE ADV WILL SEE DR. CADET TOMORROW AND WILL GET A REFERRAL TO ASSESS NERVIES. DR. CADET'S NUMBER P: 919-781-5600. DCM ADV SHOULD EE GET A NEW REFERRAL, TO LET DCM KNOW WHO SHE WILL BE SEEING AND WHEN. ADV WAS RELEASED BY DR.SCOTT. EE ADV PT WAS BEHIND ON THEIR REFERRALS, SO EE BELIEVES SHE THINKS DR. SCOTT THOUGHT SHE WAS OKAY TO RTW, BUT ADV HER ARM IS STILL TENSE AND SHE HAD A NERVE PROBLEM. EE ADV SHE WANTS TO GET HER ARM CHECKED. IF SHE RTW, BUT ER CANNOT ACCOMMODATE, WHAT SHOULD SHE DO? DCM ADV SHOULD EE NOT BE ABLE TO RTW WITH ACCOMMODATIONS, CLAIM WILL CONTINUE, HOWEVER, DCM ADV WE WILL NEED MEDICAL RECORDS FROM AP TO ASSESS CLAIM ONGOING. EE ACK AND HAD NO OTHER QUESTIONS.DCM THANKED AND CALL ENDED,

**02/25/2019 9:48 AM - PHONE Note 19**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [02/25/2019 - ELLIS, KATIE]DCM CALLED EE AT TO GET UPDATE. PHONE RANG UNTIL VM CAME ON. DCM LEFT VM AND ASKED FOR A R/C TO GET UPDATE. DCM ADV SHOULD EE R/C AND GET VM, EE CAN LEAVE DETAILED MESSAGE WITH UPDATES IN TREATMENTS AND UPDATE ON AN OOW DURATION

**02/25/2019 9:44 AM - PHONE Note 18**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [02/25/2019 - ELLIS, KATIE]2/25 @ 7:38AM - EE CALLED AND LEFT VM, ADV SHE WAS CALLING TO GIVE UPDATE ON HER TREATMENT AND ASKED FOR A R/C

**02/21/2019 8:11 AM - CLAIM Note 26**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : CLOSE NP MAY 2019
Text: [02/21/2019 - ELLIS, KATIE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: PRESUMED MEDIUM***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***DCM RECOMMENDS APPROVING CLAIM. EE IS TREATING WITH DR. BARNES AND GOING TO PHYSICAL THERAPY. LOV WITH DR. BARNES 11/26/18 - MEDICAL RECORDS INDICATE EE HAS ROTATOR CUFF TEAR SX ON 7/10/18. EE REPORT MILD TO MODERATE. EE WAS SEEN DUE TO PTAIN IN THE LATERAL ASPECT OF LEFT SHULDER. EE REPORTS PAIN RADIATES DOWN INTOTHE LEFT ARM. EE CAN ONLY LIFE 3 POUNDS IN PT. EE HAD ADVISED PHYSICAL THERAPY IS PLACING R/L'S ON HER, WHICH ARE PREVENTING HER FROM RTW. DCM HAS REQUESTED MEDICAL RECORDS FROM FAYETVILLE ORTHO TO ASSESS CLAIM ONGOING - ALL UPDATED MEDICAL RECORDSDUE BY 5/7/19

**02/21/2019 8:08 AM - CLAIM Note 25**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : ONGOING PROOF
Text: [02/21/2019 - ELLIS, KATIE]DCM SENT ONGOING PROOF LETTER TO EE - PROOF DUE 5/7

**02/21/2019 8:07 AM - CLAIM Note 24**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : RP
Text: [02/21/2019 - ELLIS, KATIE]DCM REQUESTED MEDICAL RECORDS FROM FAYETTEVILLE ORTHOPAEDICS - OBTAIN RECORDS FROM DECEMBER 1, 2018 TO PRESENT FOR THIS PATIENT ******* YOUR WEBORDER TRANSACTION ID IS: 53469922

**02/19/2019 9:44 AM - PHONE Note 17**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : NUMBER
Text: [02/19/2019 - ELLIS, KATIE]EE CALLED BACK WITH PHONE NUMBER. ADV PT LOCATION NUMBER IS P: 910-904-7407. DCM ACK, THANKED AND CALL ENDED.

**02/19/2019 9:43 AM - PHONE Note 16**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : OOW DURATION
Text: [02/19/2019 - ELLIS, KATIE]EE CALLED AND ADV SHE NEEDS TO BE OOW FOR AN ADDITIONAL 6-8 WEEKS. EE ADV PHYSICAL THERAPIST IS KEEPING HER OOW. EE ADV SHE WILL SEND OVER OOW NOTE WHEN AVAILABLE. EE ADV PT FACILITY IS FIRST HEALTH OF THE CAROLINAS, P:UNKNOWN. EE ADV SHE WILL C/B WITH NUMBER. DCM ACK AND ADV FOR EE TO R/C WITH NUMBER. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**02/14/2019 8:22 AM - PHONE Note 15**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : RTW PLANS
Text: [02/14/2019 - ELLIS, KATIE]DCM CALLED EE AT TO GET UPDATE ON RTW PLANS. EE ADV SHE HAS THERAPY ON 2/18 AND WILL SEE AP AFTER BECAUSE SHE NEEDS TO BE SEEN ABOUT PAIN MEDICATION. ADV SHE WILL GET UPDATE THEN. DCM ACK AND ASKED FOR EETO F/U WITH UPDATE ON RTW PLANS. DCM ADV IF NO RTW, WE WILL NEED UPDATED MEDICAL RECORDS. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**02/08/2019 1:20 AM - DOCUMENT Note 5**
Claim/Event/Leave: 8520656
NoteSubject : eSignature
Other Subject : Document Expired

**02/07/2019 8:19 AM - DOCUMENT Note 4**
Claim/Event/Leave: 8520656
NoteSubject : eSignature
Other Subject : Document Will Expire

**02/06/2019 8:19 AM - DOCUMENT Note 3**
Claim/Event/Leave: 8520656
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**02/05/2019 2:20 PM - CLAIM Note 23**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : ADD DD
Text: [02/05/2019 - NILES, CATHY]ROUTING AND ACCT #

**02/04/2019 9:06 AM - CLAIM Note 22**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : DD APPLICATION
Text: [02/04/2019 - ELLIS, KATIE]DCM RECV DD APPLICATION FROM EE - DCM FORWARDED TO P. WRIGHT TO SET UP DD

**02/04/2019 9:04 AM - CLAIM Note 21**
Claim/Event/Leave: 8520656
NoteSubject : Med Records Rcvd
Other Subject : DR. BARNES
Text: [02/04/2019 - ELLIS, KATIE]DCM RECV 11/26/18 OVN FROM DR. BARNES

**02/03/2019 8:19 AM - DOCUMENT Note 2**
Claim/Event/Leave: 8520656
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**02/01/2019 8:19 AM - DOCUMENT Note 1**
Claim/Event/Leave: 8520656
NoteSubject : eSignature

Other Subject : Document Requested

**02/01/2019 8:18 AM - PHONE Note 14**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : ESIGN
Text: [02/01/2019 - ELLIS, KATIE]DCM SENT ESIGN DD APP TO EE

**02/01/2019 8:17 AM - PHONE Note 13**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [02/01/2019 - ELLIS, KATIE]EE CALLED ABOUT PAY. EE ADV SHE WAS NOT PAID YET. DCM ADV FIRST MONTHLY BENEFIT WILL BE MAILED OUT TODAY. EE ASKED WHY IT WOULD NOT BE A DD? DCM ADV WE DO NOT HAVE DD APPLICATION AND ADV ER CAN PAY STD BENEFITS AS A DDBECAUSE THEY ISSUED OUT PAY AND THEY ALREADY HAVE EE'S BANKING INFORMATION DUE TO PAYROLL. DCM ADV DD APP WAS SENT WITH APPROVAL LETTER. DCM ADV CAN EMAIL TO EE AS WELL. EE ACKA ND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**01/18/2019 8:43 AM - PHONE Note 12**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [01/18/2019 - ELLIS, KATIE]DCM CALLED EE AT TO ADV RECV VM - ADV WILL F/U IN MED FEBRUARY TO GET UPDATE ON TREATMENT AND IF AP WILL BE KEEPING EE OOE FOR AN ADDITIONAL 2 WEEKS. D CM ADV SHOULD IT BE LONGER, WE WILL REQUEST UPDATED MEDICAL RECORDS. EE ACK AND ASKED ABOUT PAY. DCM ADV FIRST PAYMENT WILL ISSUE 2/1, PROVIDED DATES AND AMOUNTS. EE ACK AND HAD NO OTHER QUESTIONS. D CM THANKED AND CALL ENDED.

**01/18/2019 8:39 AM - PHONE Note 11**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [01/18/2019 - ELLIS, KATIE]1/17 @ 1:52PM - DCM RECV CALL FROM EE ADV SHE SAW DR. OSMOND ON 1/14, MOVED APPOINTMENT FROM 1/24 TO 1/14 AND WAS ADV SHE WILL BE OOW FOR AN ADDITION 6 WEEKS AND WILL BE GETTING PT ON BOTH RIGHT AND LEFT ARMS. ADV SHE COULD SEND NOTE FROM OV

**01/10/2019 7:59 AM - CLAIM Note 20**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : OOW NOTE
Text: [01/10/2019 - ELLIS, KATIE]OOW NOTE RECV FROM DR. BARNES DATED 12/31/18

**01/09/2019 3:27 PM - PHONE Note 10**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : BENEFITS
Text: [01/09/2019 - ELLIS, KATIE]DCM CALLED EE AT TO ADV LTD BENEFITS ARE CALCULATED AS 60% OF BME. DCM ALSO CX RECEIPT OF FAXES. EE ACK AND ADV SHE WAS UNSURE IF THEY WENT THROUGH. EE HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**01/09/2019 3:21 PM - CLAIM Note 19**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : PINEHURST SURGICAL
Text: [01/09/2019 - ELLIS, KATIE]DCM RECV RTW NOTE FROM PINEHURST SURGICAL

**01/09/2019 3:21 PM - CLAIM Note 18**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : BENEFITS
Text: [01/09/2019 - ELLIS, KATIE]EE SENT IN FAX ASKING ABOUT BENEFIT PERCENTAGE

**01/09/2019 8:42 AM - CLAIM Note 17**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : DR. BARNES
Text: [01/09/2019 - ELLIS, KATIE]DCM RECV OOW NOTE FROM DR. BARNES

**01/09/2019 8:41 AM - CLAIM Note 16**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : PINEHURST SURGICAL
Text: [01/09/2019 - ELLIS, KATIE]DCM RECV RTW NOTE FROM PINEHURST SURGICAL

**01/09/2019 8:40 AM - CLAIM Note 15**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : NOV
Text: [01/09/2019 - ELLIS, KATIE]DCM RECV NOTE FROM FIRST HEALTH ADV OF EE'S NOV

**01/04/2019 10:44 AM - PHONE Note 9**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [01/04/2019 - ELLIS, KATIE]EE ASKED ABOUT CHANGING APS AND WILL SEE SOMEONE AT PINEHURTS - HE COMES TUESDAY AND THURSDAY. HE CHECKED LEFT ARM AND WAS TOLD NOT READY TO RTW. ADV RIGHT ARM IS NO TAS WORST AS LEFT ARM. EE ADV NOV ON 1/24 - WAS TOLD NOT TO TAKE PAIN MEDICATION SO SHE CAL ASSESS PAIN HERSELF. EE ALSO ADV SHE CAN SEND OVER NOTE FROM AP AS WELL AS HIS CONTACT INFORMATION. DCM ACK. EE ALSO HAD QUESTIONS ABOUT TAXES. EXPLAINED TAXES - AND NO DEDUCTIONS ARE TAKEN OUT. DCM ALSO PROVIDED MONTHLY BENEFITS. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALLED ENDED.

**01/04/2019 10:37 AM - PHONE Note 8**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : RTW PLANS
Text: [01/04/2019 - ELLIS, KATIE]1/3 @ 4:45 - EE CALLED AND LEFT VM - ADV EST RTW DATE 1/17, BUT HAD ADDITIONAL INFORMATION TO PROVIDE TO DCM.

**12/31/2018 12:47 PM - PHONE Note 7**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C
Text: [12/31/2018 - ELLIS, KATIE]DCM CALLED EE AT TO ADV RECV VM AND NEXT STEPS. DCM ADV WILL F/U WITH EE AFTER 1/7 OV TO GET RTW PLANS OR TO DETERMINE IF AP WILL BE KEEPING HER OOW LONGER? EE ADV HER OTHER ARM IS BOTHERING HER AND WANTEDTO KNOW IF SHE STILL NEEDS TO USE THE SAME AP? DCM ADV CANNOT ADV WHO EE SHOULD SEE, HOWEVER, SHOULD EE WISH TO TREAT WITH A NEW AP TO NOTIFY DCM SO THAT DCM CAN ADD NEW AP INFO TO CLAIM. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**12/31/2018 12:39 PM - PHONE Note 6**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : RTW DATE
Text: [12/31/2018 - ELLIS, KATIE]12/31 @ 12:23 - EE CALLED AND LEFT VM - ADV SHE WAS RELEAED TO RTW ON 1/1, BUT CHANGED TO 1/7. NOV ON 1/7. ASKED FOR A R/C AT

**12/27/2018 2:52 PM - CLAIM Note 14**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [12/27/2018 - SPRINGMEIER, KRISTEN]SET UP SCHEDULED PAYMENT BASED ON STD ELIGIBILITY EFFECTIVE DATE 4/1/2018 $19.85 HOURLY X 40 HOURS X 52 WEEKS / 12 MONTHS = $3440.67 MONTHLY. THE BENEFIT IS 60% OR $2,064.40. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**12/21/2018 2:29 AM - CLAIM Note 13**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO KRISTEN SPRINGMEIER.

**12/14/2018 8:43 AM - PHONE Note 5**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : APPROVAL
Text: [12/14/2018 - ELLIS, KATIE]DCM CALLED EE AT TO ADV OF APPROVAL - DCM ADV OF LTD PAYEMNTS. CHANGES ADDRESS THIS WEEK, BUT WILL BE FORWARDED. DCM ACK AND EE HAD NO OTHER QUESTIONS. DCM THANKEDAND CALL ENDED.

**12/13/2018 4:44 PM - CLAIM Note 12**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [12/13/2018 - FITZGERALD, JOEL]AGREE WITH APPROVAL AND PLAN. PRE-EX EXCLUSION INVESTIGATION NOT REQUIRED DUE TO ER CONFIRMATION OF EDOC 11/1/2011 FOR THE BUY-UP CLASS.

**12/12/2018 9:23 PM - CLAIM Note 11**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : EDOC

Other Subject : EDOC
Text: [12/12/2018 - ELLIS, KATIE]DCM RECCV EDOC FROM ER

**12/11/2018 3:15 PM - CLAIM Note 10**
Claim/Event/Leave: 8520656
NoteSubject : LTR to ER
Other Subject : EDOC REQUEST
Text: [12/11/2018 - ELLIS, KATIE]DCM REQUESTED EDOC FROM ER

**12/11/2018 9:13 AM - CLAIM Note 9**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : ALL LTD FORMS
Text: [12/11/2018 - ELLIS, KATIE]DCM RECV ALL LTD FORMS FROM EE

**12/11/2018 2:27 AM - CLAIM Note 8**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO KRYSTAL ALEX.

**12/11/2018 2:27 AM - CLAIM Note 7**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: PLEASE SET UP INITIAL PAYMENT

**12/10/2018 3:59 PM - CLAIM Note 6**
Claim/Event/Leave: 8520656
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [12/10/2018 - FITZGERALD, JOEL]RECOMMEND CONFIRM THE BUY-UP EFFECTIVE DATE OF COVERAGE PER CUSTOMER PROFILE SPECIFICATIONS. IF BUY-UP BENEFIT REQUIRES A PRE-EX CONDITION EXCLUSION INVESTIGATION, APPROVAL UNDER THE CORE PLAN IS REASONABLE WHILE A PRE-EX EXCLUSION INVESTIGATION IS CONDUCTED TO DETERMINE IF ELIGIBLE FOR THE BUY-UP. RECOMMEND ADCM CONFIRM BUY-UP EDOC AND RE-REFER CLAIM TO M1 FOR REVIEW ONCE COMPLETED.

**12/07/2018 9:32 AM - CLAIM Note 5**
Claim/Event/Leave: 8520656
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2019
Text: [12/07/2018 - ELLIS, KATIE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: PRESUMED MEDIUM***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***DCM RECOMMENDS APPROVING CLAIM. EE IS TREATING WITH DR. BARNES AND GOING TO PHYSICAL THERAPY. LOV WITH DR. BARNES 11/26/18 - MEDICAL RECORDS INDICATE EE HAS ROTATOR CUFF TEAR SX ON 7/10/18. EE REPORT MILD TO MODERATE. EE WAS SEEN DUE TO PTAIN IN THE LATERAL ASPECT OF LEFT SHULDER. EE REPORTS PAIN RADIATES DOWN INTOTHE LEFT ARM. EE CAN ONLY LIFE 3 POUNDS IN PT. GIVEN EE'S INABILITY TO LIFT MORE THAN 3 LBS, EE WOULD NOT BE ABLE TO PERFERM OWN OCC. DCM RECOMMENDS F/U IN 60 DAYS TO GET NOV DATES. DCM WILL REQUEST UPDATED MEDICAL RECORDS AND PT NOTES TO ASSESSCLAIM ONGOING. IF NO RTW, DCM RECOMMENDS REFERRING CLAIM TO PM&R CCS TO EVALUATE ONGOING R/L'S.

**12/07/2018 9:31 AM - CLAIM Note 4**
Claim/Event/Leave: 8520656
NoteSubject : Approved
Other Subject : INITIAL APPROVAL
Text: [12/07/2018 - ELLIS, KATIE]51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: PRESUMED MEDIUM***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***DCM RECOMMENDS APPROVING CLAIM. EE IS TREATING WITH DR. BARNES AND GOING TO PHYSICAL THERAPY. LOV WITH DR. BARNES 11/26/18 - MEDICAL RECORDS INDICATE EE HAS ROTATOR CUFF TEAR SX ON 7/10/18. EE REPORT MILD TO MODERATE. EE WAS SEEN DUE TO PTAIN IN THE LATERAL ASPECT OF LEFT SHULDER. EE REPORTS PAIN RADIATES DOWN INTOTHE LEFT ARM. EE CAN ONLY LIFE 3 POUNDS IN PT. GIVEN EE'S INABILITY TO LIFT MORE THAN 3 LBS, EE WOULD NOT BE ABLE TO PERFERM OWN OCC. THEREFORE, DCM FINDS APPROVAL REASONABLE.

**12/05/2018 3:41 PM - PHONE Note 4**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject : MEDICAL RECORDS
Text: [12/05/2018 - ELLIS, KATIE]EE CALLED TO SEE IF MEDICAL RECORDS RECEIVED WERE RECV FROM DR. BARNES? DCM ADV NOT YET, DCM CX DATES MEDICAL RECORDS WERE REQUESTED EE ACK AND ADV AP'S OFFICE TOLD HER THEY ONLY RECEIVED A MEDICAL REQUEST ON 12/4 AND ADV IT WOULD TAKE THEM TWO WEEK TO SEND OUT MEDICAL RECORDS. DCM ACK AND ADV EE CAN ALWAYS REQUEST A COPY OF RECORDS TO SEND IN HERSELF AS SHE MAY BE ABLE TO SUBMIT RECORDS SOONER THAN 2 WEEKS. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALLENDED.

**12/04/2018 1:46 PM - PHONE Note 3**
Claim/Event/Leave: 8520656
NoteSubject : Called EE
Other Subject : R/C - DAY 7
Text: [12/04/2018 - ELLIS, KATIE]DCM CALLED EE BACK TO DISCUSS LTD AND LTD FORM QUESTIONS. DCM ADV MEDICAL RECORDS FROM AP ARE STILL OUTSTANDING AND ADV WE WILL NEED UPDATED MEDICAL RECORDS TO ASSESS STD AND LTD CLAIM. EE ADV ALWAYS HAVE TROUBLE GETTINGAP TO SEND RECORDS - TOLD THEM SHE IS NOT GETTING PAID WHEN THEY DON'T SENT THEM. EE ADV AP WILL TRY TO RELASE HER ON 1/1/19 - TOOK PICS OF WHAT SHE HAD TO PICK UP. WAS TOLD THERE WAS NO LIGHT DUTY FOR HER BECAUSE IT'S NOT WC. EE ADV IF SHE IS RELEASED TO RTW WILL BE RTW FULL DUTY. EE ADV THAT WILL NOT HAPPEN. EE ADV HE ONY WANTS TO SEND PAIN MEDICATION - EE ADV PAIN IS NOT AN ISSUE, PICKING UP CERTAIN ITEMS ARE TOUGH. DCM ACK AND ADV WILL MAKE NOTE OF UPDATES AND WILL NOTIFY EE ONCE MEDICAL HAS BEEN RECV. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**12/04/2018 1:37 PM - PHONE Note 2**
Claim/Event/Leave: 8520656
NoteSubject : EE Called
Other Subject :
Text: [12/04/2018 - ELLIS, KATIE]12/3 @ 6:35PM - EE CALLED AND LEFT VM - ADV SHE WAS CALLING IN REGARDS TO LTD AND ALSO ADV SHE TOLD HER PHYSICIAN TO RELEASE ALL HER MEDICAL RECORDS.[12/04/2018 - ELLIS, KATIE]C/B NUMBER

**11/26/2018 9:20 AM - CLAIM Note 3**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : DAY 21
Text: [11/26/2018 - ELLIS, KATIE]DCM SENT DAY 21 LETTER TO EE WITH LTD FORMS

**11/26/2018 9:19 AM - CLAIM Note 2**
Claim/Event/Leave: 8520656
NoteSubject : Ref to Other
Other Subject : RP
Text: [11/26/2018 - ELLIS, KATIE]DCM REQUESTED MEDICAL RECORDS FROM DR. BARNES - OBTAIN RECORDS FROM OCTOBER 13, 2018 TO PRESENT FOR THIS PATIENT ******* YOUR WEBORDER TRANSACTION ID IS: 53303007

**11/08/2018 2:05 PM - PHONE Note 1**
Claim/Event/Leave: 8520656
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [11/08/2018 - ELLIS, KATIE]DCM CALLED EE AT 51YOF. JOB TITLE: TECHNICAL OPERATOR 3 - COMPOUNDING***PHYSICAL DEMANDS: LIGHT***DCM CONFIRMED DOB, ADDRESS AND PHONE***LDW: 07/09/2018***DOD: 07/10/2018***DX: ROTATOR CUFF TEAR***RX: IBEFORFEN (600MG)***COMORBIDS: UNKNOWN***OTHER INCOME: NONE***EE ADV SHE WAS OOW DUE TO ROTATOR CUFF TEAR - ADV HER ARM WAS BECOMING NUMBER AND HER HAND WAS TINGLING. EE ADV SHE WAS NOT SURE HOW IT OCCURRED. EE ADV SHE HAS ON 7/10/18. TREATING WITH DR.BARNES - PT TWICE A WEEK. DCM ASKED IF PT WAS AT A DIFFERENT FACILITY? EE ADV HE PT IS AT DR. BARNES OFFICE. DCM ACK AND ASKED IF EE WAS GIVEN AN EST RTW PLANS OR OOR DURATION? EE ADV NO. DCM ACK AND ADV SHOULD EE NOT HAVE RTW PLANS BY 11/26, DCM WILL REQUEST UPDATED MEDICAL RECORDS, BUT WILL CALL EE AFTER SHE IS SEEN TO GET AN UPDATE. EE ASKED WHY DOES SHE HAVE TO GET EVERYTHING? WHY CAN'T DCM GET MEDICAL? DCM ADV WOULD BE REQUESTING UPDATED MEDICAL RECORDS FOR EE SHOULD SHE NOT BE ABLE TO RTW, BUT WILL NEED UPDATED MEDICAL RECORDS TO ASSESS CLAIM ONGOING. DCM ADV OF STD MBD AND LTD BBD. DCM ADV BENEFITS ARE PAID MONTHLY AND BENEFIT PERCENTAGE. EE ACK. DCM ALSO ADV A L ITTER WILL BE SENT TO EE IN THE MAIL WITH LTD FORMS - ADVTHEY ARE PRETTY SELF EXPLANATORY, HOWEVER, SHOULD EE HAVE QUESTIONS TO CALL. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**11/08/2018 1:37 PM - CLAIM Note 1**
Claim/Event/Leave: 8520656
NoteSubject : LTR to EE
Other Subject : LTD ACK
Text: [11/08/2018 - ELLIS, KATIE]DCM SENT LTD ACK/PROOF LETTER TO EE - PROOF DUE 12/22

**From:**Johnson, Renata M
**Sent:**Thu, 19 Aug 2021 23:11:36 +0000
**To:**mlreynolds@crumleyroberts.com
**Subject:**LTD claim 8520656 Barbara McKeithan

Good afternoon,

We received a letter from you indicating that you have not received the policy and claim file information for our mutual client.

This information was sent by our administrative unit on 6/8/2021 to the email mlreynolds@crumleyroberts.com

Ms. McKeithan also requested a copy of this information and it was sent to her on 8/10/202. To the email address

Since you state that you did not receive this I will ask our administrative unit to send it to you again.

Please note the link that they send is only accessible for 24 hours.

Thank you.

Best,
Renata Johnson


Renata Johnson (She/Her)
LTD Claims Specialist II
Long Term Disability Claims
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

800-291-0112 Office
Extension: 14081
603-430-1583 Fax
LincolnFinancial.com


**Follow us on:**


This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-2937 extension 14081 and permanently delete the original and any copy of any e-mail and any printout thereof.


Please visit our COVID-19 Guidance Hub by clicking on the link below (ctrl+click):


COVID-19 guidance

# SYSTEMONE FILE COPY REQUEST FORM

Please select delivery method: ☒ OneDrive- PREFERRED METHOD ☐ Paper File Copy*

| | |
|---|---|
| Requested By: | Renata Johnson |
| Date of Request: | 8/19/21 |
| Claimant Name: | Barbara McKeithan |

Claim number(s) *Please list only the claims required for the copy job (i.e., LTD, STD, STAT, etc.)*

| | | | | |
|---|---|---|---|---|
| LTD 8520656 | STD 6030340 | | | |

Required for delivery via OneDrive:

| | |
|---|---|
| Recipient Email Address | mlreynolds@crumleyroberts.com |

Required for delivery of paper file copy:
*Paper file copy available upon request if required by recipient. Paper copies are sent via 2-day mail unless otherwise specified. *Please note FedEx does not deliver to P.O. Boxes.*

☐ Please select if a cover letter is attached to this request to send with paper file copy

| | |
|---|---|
| Name of Recipient | |
| Mailing Address | |

Please select one of the following options:

☒ Request for Administrative Record (COMPLETE FILE)
*Administrative Record will include the following for each claim number specified above.*

- Claim Note(s)
- Coversheet(s)
- ALL documents & letters in Doc List and Correspondence Link
- Surveillance video (*obtained by DCM, if any*)
- Applicable policy (*obtained by DCM*)

Request for Specific Records

☐ Claim Note(s)
☐ Coversheet(s)
☐ Specific Letters in Correspondence Link/Doc List:

Letter Name/date Letter Name/date
Letter Name/date Letter Name/date

| | |
|---|---|
| Special Requests or Handling Instructions | Please send LTD Policy for Uniliver USA in doc list |

Please email completed file copy request to Claims Support team: ClaimsHOAdmin@lfg.com

- Requests will be completed within 2 business days.
- If applicable, FedEx confirmation will be saved in EDM for tracking reference.

Crumley Roberts
Attorneys At Law

**FAX NUMBER:** 16033345853
**FROM:** Lauren Best
**DATE:** 08-18-2021 2:23 PM
**SUBJECT:** Barbara McKeithan Claim # 8520656
**TOTAL PAGES:** 6

Please see attached for Barbara McKeithan Claim # 8520656.

**Lauren Best**
Case Manager

Crumley Roberts, LLP
2400 Freeman Mill Rd., Suite 200
Greensboro, NC 27406
Telephone: (800) 288-1529 Ext. 1601
Fax: (866) 916-8059
E-mail: labest@crumleyroberts.com
Web site: http://www.crumleyroberts.com
"We Stand Up For You!"

Privileged and Confidential - This communication may contain confidential or legally privileged information and is intended
only for the use of the individual or entity to whom it is addressed. Any dissemination, distribution, printing or copying of this
material by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error,
please notify us immediately.

The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please notify us by telephone and return the original message to us via U.S. Postal Service to Crumley Roberts LLP. 2400 Freeman Mill Rd, Suite 200, Greensboro, NC 27406.

Crumley Roberts®
Attorneys At Law
WE STAND UP FOR YOU®

**MAILING ADDRESS:**
2400 Freeman Mill Road
Suite 200
Greensboro, NC 27406
336-333-9899
336-333-9894 FAX

**1-800-288-1-LAW**
(1-800-288-1529)

**www.CrumleyRoberts.com**

August 18, 2021

**SENT VIA FACSIMILE 603-334-5853**

Heather Carignan
Appeals Consultant
Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

**RE: BARBARA A. MCKEITHAN**
**CLAIM #: 8520656**
**UNILEVER, USA**

Dear Heather Carignan:

I am writing to follow up on the previous letter to you dated **June 08, 2021** (copy attached hereto). that was sent via facsimile and US mail, wherein we made our original request for Ms. McKeithan's claim file and plan documents. To date, we have not received the copy of Ms. McKeithan's claim file or policy/plan documents.

In accordance with ERISA 502(c), 29 U.S.C.1132(c), it is the duty of a plan administer to respond to written request for information within 30 days after such request, a violation of which may result in penalties for an administrator's refusal to supply required information.

ERISA allows the imposition of such penalties pursuant to 29 U.S.C. § 1132(A)(1)(a) & (c); ERISA § 502(A)(1)(a) & (c) provides for penalties of $110.00 per day against administrators that refuse to supply information required to be produced under ERISA as follows:

> (c)(1) Any administrator….[who fails to provide certain information]
>
> (B) who fails or refuses to comply with a request for any information which such administrator is required by this subchapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary within 30 days after such request may in the court's discretion be personally liable to such participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper. For purposes of this paragraph, each violation described in

subparagraph (A) with respect to any single participant, and each violation described in subparagraph (B) with respect to any single participant or beneficiary, shall be treated as a separate violation.

Please immediately provide the requested information to ensure that Ms. McKeithan is not further delayed in pursuing benefits rightly owed to her. If the claim file is being sent via email please send to my assistant, Monica Reynolds at mlreynolds@crumleyroberts.com

Sincerely,
CRUMLEY ROBERTS, LLP

Peter H. Burke
Attorney

PHB/mlr
Enclosure

Crumley Roberts®
Attorneys At Law
WE STAND UP FOR YOU®

**MAILING ADDRESS:**
2400 Freeman Mill Road
Suite 200
Greensboro, NC 27406
336-333-9899
336-333-9894 Fax

**1-800-288-1-LAW**
(1-800-288-1529)

**www.CrumleyRoberts.com**

**Peter H. Burke**
**Writer's Direct No.: 205.747.1901**

June 8, 2021

**SENT VIA FACSIMILE 603-334-5853**
**AND US MAIL**

Heather Carignan
Appeals Consultant
Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

| | |
|---|---|
| **RE:** | **BARBARA A. MCKEITHAN** |
| **CLAIM #:** | **8520656** |
| **UNILEVER, USA** | |

Dear Heather:

This firm has been retained to represent Ms. McKeithan in her claim for disability benefits. Please show me as Ms. McKeithan's representative and include me on all future correspondence concerning her claim. Also, please inform me of any impending appeal deadlines, time limit or statute of limitation of which you are aware.

ERISA Document Production Request:

If it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001 et. seq. applies to these benefits, then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1) documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 et. seq. and C.F.R. § 2560.503-1. Further, please be advised that pursuant to 29 U.S.C.A. § 1021 (a)(1) & (2) and 29 U.S.C.A. § 1024(b)(4), a Plan Administrator is required to supply a participant with the Summary Plan Description ("SPD") and, upon written request, with a copy of any "... trust agreement, contract, or other instruments under which the plan is established or operated..." These documents should include any and all information regarding any claim for benefits, and all documents pertaining to or referencing the employee welfare benefit plan(s) and/or employee pension plans under the terms of which the above-referenced individuals are or were beneficiaries and/or participants.

Your response should include any "relevant" ERISA documents, plan documents, claim file documents, any manuals or any other documents pertaining to the guidelines under which claims are to be determined, and any brochures, handbooks, benefit guides, plan documents detailing any and all benefits provided to the above-referenced individual. This request pertains to any benefits available to the above-referenced individual. This request seeks production of materials generated during the course of this claim from persons performing services for the Plan. Please direct those additional entities to respond to our requests.

The Secretary of Labor's ERISA claim procedures regulations, set out in 29 C.F.R. 2560.503-1 (h)(2)(iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. Pursuant to this provision, your production should include but not be limited to the following:

A. The complete claim file, including but not limited to:

1. All medical evidence, whether considered and mentioned in the evaluation process or not.
2. Correspondence from Lincoln to Ms. McKeithan regarding this claim.
3. Internal notes, updates and daily activity reports regarding this claim.
4. Opinions of any "independent medical examiners" or other medical professionals paid or employed by Lincoln to review their claim.

B. A copy of the policy or policies of insurance in effect at the time Ms. McKeithan claimed her disability.

C. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos, to or from Ms. McKeithan's employer.

D. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos to or from Ms. McKeithan's treating physicians.

Thank you in advance for your cooperation in this matter. If the claim file is being sent via email please send to my assistant, Monica Reynolds at mlreynolds@crumleyroberts.com

Sincerely,
CRUMLEY ROBERTS, LLP

Peter H. Burke
Attorney

PHB/mlr
Enclosure

# PRIVACY RELEASE

I, Barbara McKeithan (Client), _____________(Social Security Number), am currently seeking a reassessment of my claim for Long Term Disability Benefits by Lincoln Life Assurance Company of Boston (insurance company), Policy Number ______________________, Claim Number 8520656. I have retained Crumley Roberts, LLP to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental conditions prior and subsequent to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPAA (45 CFR § 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or the person named as personal representative.

[signature]

Signature

Barbara A McKeithan

Printed or Typed Name

06/08/2021

Date

Subject: FW: Copy
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-08-11 07:41:40

From: 19106706531 <barbaramckeithan1967@yahoo.com>
Sent: Tuesday, August 10, 2021 1:21 PM
To: DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Copy

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I needed a copy of my files with my records I received the policy (copy of everything from the doctors/therapy and denied letters for my disability) any questions please call Barbara McKeithan

Sent from Yahoo Mail for iPhone
<https://overview.mail.yahoo.com/?.src=iOS>

Subject: FW: Policy &files
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-08-06 11:03:36

From: 19106706531 < >
Sent: Thursday, August 5, 2021 11:18 AM
To: DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Policy &files

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Claim# 8520656
Barbara A Mckeithan
... '..,.I?m requesting a copy of the Policy I signed in July 2018 and a copy of everything in my files from July 2018-May 2021 thank you have any questions please call me

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

PETER BURKE
CRUMLEY ROBERTS ATTORNEYS AT LAW
2400FREEMAN MILL ROAD
SUITE 200
GREENSBORO NC 27406

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

June 8, 2021

Peter H. Burke
Crumley Roberts Attorneys At Law
2400FREEMAN MILL ROAD
SUITE 200
GREENSBORO, NC 27406

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan

Dear Mr. Burke:

Ms. McKeithan's claim is governed by the Employee Retirement Income Security Act of 1974 (“ERISA”). As requested, please find enclosed a complete copy of her claim file. We have also enclosed a copy of the Unilever USA Group Disability Income Policy (“the Policy”), underwritten by Lincoln Life Assurance Company of Boston (“Lincoln”), applicable to Ms. McKeithan's claim. The claim file contains all reviews and reports generated by medical and/or vocational personnel.

Should you require any additional plan related information (such as SPD or any other documents) beyond the Policy that we have provided, you must contact the Plan Administrator, Unilever USA.

With regard to your broad requests for claim manuals, guidelines, borchures etc., we do not agree with your interpretation of the scope of Lincoln's disclosure obligations under ERISA and we decline your request for this type of documentation.

On January 23, 2021, Ms. McKeithan was advised of her right to appeal the decision under ERISA guidelines. On February 2, 2021, she appealed the decision.. Our office conducted a full and fair review of the appeal and a determination was rendered on April 23, 2021 to uphold the denial of benefits. Ms. McKeithan has exhausted his/her administrative remedies under ERISA. Therefore, XX’s claim remains closed and no further action will be taken by Lincoln Financial Group.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant

Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

Crumley Roberts
Attorneys At Law

**FAX NUMBER:** 16033345853
**FROM:** Tyler Goad
**DATE:** 06-08-2021 9:12 AM
**SUBJECT:** Barbara McKeithan, Claim # 8520656
**TOTAL PAGES:** 4

Please see attached letter of representation and request for claim file for Barbara McKeithan, Claim # 8520656.

Thank you,

**Tyler Goad**
**NC State Bar Certified Paralegal**
**Litigation Case Manager**

Crumley Roberts, LLP
2400 Freeman Mill Rd, Suite 200
Greensboro, NC 27406
T: (800) 288-1529 ext. 1651
D: (844) 671-8945
F: (866) 916-7910

E-mail: tygoad@crumleyroberts.com
Web site: http://CrumleyRoberts.com

"We Stand Up for You!"
"Privileged and Confidential- This communication may contain confidential or legally privileged information and is intended only for the use of the individual or entity to whom it is addressed. Any dissemination, distribution, printing or copying of this material by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately."

The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please notify us by telephone and return the original message to us via U.S. Postal Service to Crumley Roberts LLP. 2400 Freeman Mill Rd, Suite 200, Greensboro, NC 27406.

Crumley Roberts
Attorneys At Law
WE STAND UP FOR YOU®

**MAILING ADDRESS:**
2400 Freeman Mill Road
Suite 200
Greensboro, NC 27406
336-333-9899
336-333-9894 Fax

**1-800-288-1-LAW**
(1-800-288-1529)

**www.CrumleyRoberts.com**

**Peter H. Burke**
**Writer's Direct No.: 205.747.1901**

June 8, 2021

**SENT VIA FACSIMILE 603-334-5853**
**AND US MAIL**

Heather Carignan
Appeals Consultant
Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

**RE:** **BARBARA A. MCKEITHAN**
**CLAIM #:** **8520656**
**UNILEVER, USA**

Dear Heather:

This firm has been retained to represent Ms. McKeithan in her claim for disability benefits. Please show me as Ms. McKeithan's representative and include me on all future correspondence concerning her claim. Also, please inform me of any impending appeal deadlines, time limit or statute of limitation of which you are aware.

ERISA Document Production Request:

If it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001 et. seq. applies to these benefits, then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1) documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 et. seq. and C.F.R. § 2560.503-1. Further, please be advised that pursuant to 29 U.S.C.A. § 1021 (a)(1) & (2) and 29 U.S.C.A. § 1024(b)(4), a Plan Administrator is required to supply a participant with the Summary Plan Description ("SPD") and, upon written request, with a copy of any "… trust agreement, contract, or other instruments under which the plan is established or operated…" These documents should include any and all information regarding any claim for benefits, and all documents pertaining to or referencing the employee welfare benefit plan(s) and/or employee pension plans under the terms of which the above-referenced individuals are or were beneficiaries and/or participants.

Your response should include any "relevant" ERISA documents, plan documents, claim file documents, any manuals or any other documents pertaining to the guidelines under which claims are to be determined, and any brochures, handbooks, benefit guides, plan documents detailing any and all benefits provided to the above-referenced individual. This request pertains to any benefits available to the above-referenced individual. This request seeks production of materials generated during the course of this claim from persons performing services for the Plan. Please direct those additional entities to respond to our requests.

The Secretary of Labor's ERISA claim procedures regulations, set out in 29 C.F.R. 2560.503-1 (h)(2)(iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. Pursuant to this provision, your production should include but not be limited to the following:

A. The complete claim file, including but not limited to:

1. All medical evidence, whether considered and mentioned in the evaluation process or not.
2. Correspondence from Lincoln to Ms. McKeithan regarding this claim.
3. Internal notes, updates and daily activity reports regarding this claim.
4. Opinions of any "independent medical examiners" or other medical professionals paid or employed by Lincoln to review their claim.

B. A copy of the policy or policies of insurance in effect at the time Ms. McKeithan claimed her disability.

C. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos, to or from Ms. McKeithan's employer.

D. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos to or from Ms. McKeithan's treating physicians.

Thank you in advance for your cooperation in this matter. If the claim file is being sent via email please send to my assistant, Monica Reynolds at mlreynolds@crumleyroberts.com

Sincerely,
CRUMLEY ROBERTS, LLP

Peter H. Burke
Attorney

PHB/mlr
Enclosure

**PRIVACY RELEASE**

I, Barbara McKeithan (Client), ____________(Social Security Number), am currently seeking a reassessment of my claim for Long Term Disability Benefits by Lincoln Life Assurance Company of Boston (insurance company), Policy Number ______________________, Claim Number 8520656. I have retained Crumley Roberts, LLP to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental conditions prior and subsequent to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPAA (45 CFR § 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or the person named as personal representative.

[signature]
Signature

Barbara A McKeithan
Printed or Typed Name

06/08/2021
Date

**From:**Barbara Mckeithan <
**Sent:**Fri, 16 Apr 2021 12:01:44 +0000 (UTC)
**To:**DisabilityDocuments

***This email is from an external source. Only open links and attachments from a Trusted Sender.***



DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-761
Secure Fax No.: (603) 334-585

Return To: Heather Carignan

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
DATE OF BIRTH: 02/22/1967
EMPLOYER/SPONSOR: Unilever, USA

CHECK ONE: ✓ New ☐ Change
YOUR TELEPHONE NUMBER: (910) 670 6531
ADDRESS: [redacted] CITY: [redacted] STATE: [redacted] ZIP: [redacted]

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

**REQUIRED FIELDS ARE BOLDED BELOW**
***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ✓ Checking ☐ Savings [redacted] **BANK NAME:** Navy Federal Credit Union
**9 DIGIT ABA ROUTING NUMBER:** [redacted] **BANK ADDRESS:** 1820 Skibo Rd
**YOUR ACCOUNT NUMBER:** [redacted] **CITY:** Fayetteville **STATE:** NC **ZIP:** 2830
**BANK PHONE:** 1-(888) 842-6328

***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ✓ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ✓ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Bo or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurar Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with resp entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signature: Barbara McKeithan Date: 4/14/2021

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

[Sent from Yahoo Mail for iPhone](#)

From: LFGNotifications@LFG.com
Sent: Thursday, April 8, 2021 12:54:23 PM
To:
CC:
BCC:
Subject: [Send Secure]Unilever, USA Claim No. 8520656 Barbara McKeithan
Attachments: thcaybdjasm7g8m9ttmn_10253501.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

April 8, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

I'm writing to confirm we received your April 6 and April 7, 2021 emails which included your change of address and we've updated our records. Regarding your change in bank, I've deactivated your current direct deposit to BB&T, and attached a new Direct Deposit Application. This will only apply if the appeal decision is to overturn the denial and reinstate benefits.

At the present time, your appeal is pending your response to the letter **emailed** to you on **April 2, 2021**, a copy of which was mailed to you on April 3, 2021. Your response is due by **April 23, 2021.** If you don't plan to respond, please let us know and we will render the appeal decision based on the information on file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

Attachments: Direct Deposit Application

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

**Return To:** Heather Carignan

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______

**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Subject: FW: Update
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-04-07 07:27:21

From: Barbara Mckeithan < >
Sent: Tuesday, April 6, 2021 4:25 PM
To: DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Update

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

My new address 124 Prescott Street,Raeford NC 28376 and new bank Navy Federal Credit Union please if anything is owe or paid to me send a paper check or a form to fill out...case # 8520656,caseworker Mrs Heather... thank you Barbara McKeithan 910 670 6531

Sent from Yahoo Mail for iPhone
<https://overview.mail.yahoo.com/?.src=iOS>

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, April 2, 2021 1:01:40 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Unilever, USA Claim No. 8520656 Barbara McKeithan |
| Attachments: | 5ct4az8exxnhr62kxxmf_10223638.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

April 2, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever's Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of an Independent Physician Review of your claim file and a Vocational Transferable Skills Analysis, which is new or additional evidence in connection with your appeal. You may review the reports attached, and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or **April 23, 2021,** we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by April 23, 2021, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe

is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

Attachments: 8520656-VOC-TRANSFERRABLE SKILLS ASSESSMENT-01.15.2021
8520656-MEDICAL-CP/PEER REVIEW-03.18.2021
8520656-VOC-TRANSFERRABLE SKILLS ASSESSMENT-04.01.2021

Lincoln Financial Group®

## Transferable Skills Analysis

**Date:** 1/15/2021
**Claimant:** Barbara McKeithan
**Claim #:** 8520656
**Policyholder:** Unilever, USA

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. McKeithan's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description, Training Education Experience Form, Peer Review by Dorothy Griggs, MD dated 1/11/2021; Transferable Skills Analysis dated 10/1/2020 by this VCM

**Education & Training:**
Education: High School graduate; computer skills include Microsoft Word, Excel, email, internet, databases

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 550.685-090 | Mixing Machine Tender | 4 | 5 | H |
| 929.687-030 | Material Handler | 3 | 2 | H |
| 222.387-050 | Shipping Receiving Clerk | 5 | 10+ | M |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of Peer Review by Dorothy Griggs, MD dated 1/11/2021

- Sitting up to an hour at a time with frequent position change as well as with the ability to elevate her legs as needed while in the seated position. Maximum sitting 8 hours in a work shift.
- Standing and walking each continuously no >30 minutes at a time and ideally alternating with sitting. Maximum stand and walk 3 hours in an 8- hour day.
- Avoidance of overhead reaching and lifting with any >10lbs. occasionally.
- Lifting from floor to waist and waist to shoulder no >16lbs. occasionally and 10 lbs. frequently. Carrying, pushing, pulling for short distances (not over 15 feet) no >20 lbs. occasionally and no > 10lbs. frequently.
- No restrictions for use of bilateral upper extremities in up to shoulder height range including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as use of a keyboard or mouse.

**Skills & Abilities:**
Manual Skills:

- Ability to operate or tend equipment to control chemical changes or reactions in the processing of industrial or consumer products.
- Monitor gauges, dials, or other indicators to make sure a machine is working properly.
- Control operations of equipment or systems.
- Determine causes of operating errors and decide what to do about it.
- Ability to complete repetitive tasks.
- Follow simple instructions.
- Work independently.
- Good organizational skills, paying attention to detail and handling multiple tasks simultaneously.
- Ability to access and enter information using an automated system quickly and accurately.
- Adjusting to performing repetitious, uncomplicated work.
- Loading, unloading, or tending assorted machines.

Manual Skills:

- Knowledge of inventory controls.
- Follow simple instructions.

- Ability to complete repetitive tasks.
- Ability to work independently.
- Good organizational skills, paying attention to detail and handling multiple tasks.
- Ability to access and enter information using an automated system quickly and accurately.
- Accuracy and attention to detail.
- Ability to correctly inventory, pick, store, ship, and receive parts by applying simple arithmetic processes of addition, subtraction, multiplication, and division.
- Operate fork lift.

Communication Skills:
- Communicate effectively with others.
- Ability to recognize problems/concerns.
- Inform and consult with staff.

**Profile Adjustments:**

- General Educational Development: Reasoning, Mathematics, Language adjusted to grades 9-12 based on high school graduate.
- Strength: Adjusted to sedentary based on restrictions/limitations.
- Physical: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Avoidance of overhead reaching and lifting with any >10lbs. occasionally assessed post hoc analysis.
- Environmental: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Noise: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud.
- Aptitudes: No adjustments performed.
- Situations: Working under specific instructions adjusted to yes based on following supervisors as necessary.
  Dealing with people adjusted to yes based on communicating with workers on line.
- Data: Copying adjusted to yes based on completing labels, documentation, etc.
- People: Instructing adjusted to yes based on training and directing new teammates.
  Speaking-signaling adjusted to yes based on communicating with workers on line.
- Things: Driving-operating adjusted to yes based on operation of forklift.
  Manipulating adjusted to yes based on equipment operations.

**Examples of Occupations identified based on National labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 239.367-014 | Dispatcher, Maintenance Service | 3 | S | $3349 |
| 245.367-026 | Order Control Clerk, Blood Bank | 3 | S | $2853 |

**Wage Information is based on median 2019 Bureau of Labor Statistical Data*

Although OASYS did not identify, based on my vocational expertise and Labor Market Survey Research, Ms. McKeithan would have the ability to perform: Information Clerk (237.367-022). This is based on her transferable skills of clerical documentation skills, decision making skills, ability to provide detailed information to others, judgement, etc. National median economy wages as an Information Clerk is $2,505. Wage Information is based on median 2019 Bureau of Labor Statistical Data.

The above noted occupations allow for her to have frequent position change as well as with the ability to elevate her legs as needed while in the seated position. This can be accomplished by simply utilizing a foot stool, turning over a small trashcan or even through a pile of books.

**Summary:**

***Occupations Identified:***
The Transferable Skills Analysis identified occupations that are within Ms. McKeithan's physical abilities and within their identified skill level. The following are examples of occupations Ms. McKeithan could perform: Dispatcher, Maintenance Service;

Order Control Clerk, Blood Bank; Information Clerk. The occupations meet their gainful amount of $2,064.40 in the national economy.

I have not met with Ms. McKeithan for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Counselor

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 550.685-090 | Mixing-Machine Tender | 4 | 5 | 0 | Y | Y | N | H | 06.04.11 |
| 929.687-030 | Material Handler | 3 | 2 | 0 | Y | N | N | H | 05.12.03 |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 10 | 0 | Y | N | N | M | 05.09.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 5 (6 months to 1 year) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 2 Grades 4-6 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | S Sedentary |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Unknown |
| Balancing | | Occasionally | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Occasionally | Unknown |
| Crouching | | Occasionally | Unknown |
| Crawling | | Occasionally | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Occasionally | Unknown |
| Extreme Heat | | Occasionally | Unknown |
| Wet and/or Humid | | Occasionally | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Frequently | Unknown |

| | | |
|---|---|---|
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | Unknown |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Frequently | Unknown |
| Noise Intensity Level | Loud | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | No | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | Yes | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | Yes |
| 4 Manipulating | No | Yes |
| 5 Tending | Yes | No Change |
| 6 Feeding-Offbearing | No | No Change |

| | | |
|---|---|---|
| 7 Handling | Yes | No Change |

## Craig Lankford, M.D.
## Board Certified Physical Medicine & Rehabilitation
## Board Certified Pain Medicine

| | |
|---|---|
| **CLAIMANT NAME:** | Barbara McKeithan |
| **ECN #:** | 170534-1 |
| **CLAIM #:** | 8520656 |
| **DATE OF LOSS:** | 07/10/2018 |
| **DATE OF REVIEW:** | 03/17/2021 |
| **CASE TYPE:** | Long-Term Disability |

**MEDICAL RECORDS REVIEWED:**

I have been asked to review the medical records on behalf of ECN.

1. Undated, job description
2. Undated, Letter, Barbara McKeithan
3. 07/10/2018, Operative Report, Christopher Barnes, M.D.
4. 07/12/2018, Initial Physical Therapy Evaluation, Hilary Bauer, P.T., D.P.T.
5. 07/12/2018, Physical Therapy Plan of Care, Hilary Bauer, P.T., D.P.T.
6. 07/25/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
7. 08/08/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
8. 08/13/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
9. 08/16/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
10. 08/20/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
11. 08/20/2018, Physical Therapy Plan of Care, Hilary Bauer, P.T., D.P.T.
12. 09/10/2018, Physical Therapy Daily Note, Madilyn Smith, P.T.A.
13. 09/12/2018, Orthopedic Visit, Christopher Barnes, M.D.
14. 09/12/2018, Progress Report/Status Report, Christopher Barnes, M.D.
15. 09/26/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
16. 10/04/2018, Physical Therapy Daily Note, Kathy Loban, P.T.A.
17. 10/06/2018, Physical Therapy Daily Note, Cody Ziegenfus, D.P.T.
18. 10/10/2018, Physical Therapy Daily Note, Kathy Loban, P.T.A.
19. 10/12/2018, Orthopedic Visit, Christopher Barnes, M.D.
20. 10/12/2018, Work Status Note, Christopher Barnes, M.D.
21. 11/01/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
22. 11/08/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
23. 11/15/2018, Physical Therapy Daily Note, Gina Cherico, P.T., D.P.T.
24. 11/26/2018, Orthopedic Visit, Christopher Barnes, M.D.
25. 11/26/2018, Work Status Report, Christopher Barnes, M.D.
26. 12/06/2018, Supplementary Statement, Barbara McKeithan
27. 12/06/2018, Activities Questionnaire, Barbara McKeithan
28. 12/06/2018, Family Information Questionnaire, Barbara McKeithan
29. 12/18/2018, Physical Therapy Recertification Note, Hilary Bauer, P.T.

30. 12/18/2018, Physical Therapy Daily Note, Hilary Bauer, P.T.
31. 12/26/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
32. 12/31/2018, Work Status Report, Christopher Barnes, M.D.
33. 12/31/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
34. 02/27/2019, Orthopedic Visit, Edwin Cadet, M.D.
35. 02/27/2019, Work Status Report, Edwin Cadet, M.D.
36. 03/12/2019, Work Status Report, Edwin Cadet, M.D.
37. 03/19/2019, MRI of the Left Shoulder, Nik Wasudev, M.D.
38. 03/19/2019, MRI of the Right Shoulder, Nik Wasudev, M.D.
39. 04/03/2019, Orthopedic Visit, Edwin Cadet, M.D.
40. 04/03/2019, Work Status Report, Edwin Cadet, M.D.
41. 04/24/2019, Attending Physician Statement, Edwin Cadet, M.D.
42. 05/03/2019, Orthopedic Visit, Edwin Cadet, M.D.
43. 05/07/2019, Operative Report, Edwin Cadet, M.D.
44. 05/22/2019, Orthopedic Visit, Edwin Cadet, M.D.
45. 05/22/2019, Attending Physician Statement, Edwin Cadet, M.D.
46. 06/13/2019, Physical Therapy Initial Evaluation, Dominick Zarella, P.T.
47. 07/05/2019, Attending Physician Status Report, Edwin Cadet, M.D.
48. 07/08/2019, Orthopedic Visit, Edwin Cadet, M.D.
49. 07/08/2019, Work Status Note, Edwin Cadet, M.D.
50. 07/10/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
51. 07/11/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
52. 07/18/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
53. 08/01/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
54. 08/08/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
55. 08/15/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
56. 08/21/2019, Orthopedic Visit, Rachael Taylor, PA-C.
57. 08/21/2019, Work Status Report, Rachael Taylor, PA-C.
58. 09/12/2019, Physical Therapy Daily Note, Donna Deatkine, L.P.T.A.
59. 09/19/2019, Physical Therapy Daily Note, Dominick Zarrella, P.T.
60. 10/04/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
61. 10/07/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
62. 10/09/2019, Orthopedic Visit, Edwin Cadet, M.D.
63. 10/09/2019, Work Status Report, Edwin Cadet, M.D.
64. 10/24/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
65. 10/31/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
66. 11/07/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
67. 11/12/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
68. 11/14/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
69. 11/19/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
70. 11/21/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
71. 11/26/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
72. 12/11/2019, Orthopedic Visit, Edwin Cadet, M.D.
73. 01/20/2020, Physical Therapy Assessment, Dominick Zarella, P.T.
74. 01/22/2020, Orthopedic Visit, Edwin Cadet, M.D.
75. 02/07/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.

76. 02/12/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
77. 02/17/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
78. 02/24/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
79. 03/09/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
80. 04/08/2020, Physical Medicine and Rehabilitation Review, Craig Rosenberg, M.D.
81. 04/13/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
82. 04/22/2020, Work Restrictions Note, Edwin Cadet, M.D.
83. 06/08/2020, Functional Capacity Evaluation, Katherine Melton, P.T., M.P.T.
84. 06/24/2020, Orthopedic Visit, Edwin Cadet, M.D.
85. 06/24/2020, Work Status Note, Edwin Cadet, M.D.
86. 06/24/2020, Transthoracic Echocardiogram Report, Manesh Thomas, M.D.
87. 6/24/2020, Restrictions Form, Edwin Cadet, M.D.
88. 06/28/2020, Claimant Supplementary Statement, Barbara McKeithan
89. 07/10/2020, Cardiology Visit, Manesh Thomas, M.D.
90. 07/29/2020, Lower Extremity Duplex Venous Study Report, Manesh Thomas, M.D.
91. 08/04/2020, Cardiology Visit, Manesh Thomas, M.D.
92. 08/22/2020, Orthopedic Visit, Edwin Cadet, M.D.
93. 10/01/2020, Transferable Skills Analysis, Lori Ashworth, Med, CRC
94. 11/09/2020, Cardiology Visit, Manesh Thomas, M.D.
95. 11/11/2020, Emergency Room Visit, Christopher Lundberg, D.O.
96. 11/11/2020, EKG, Christohper Lundberg, D.O.
97. 11/11/2020, Chest X-Ray, Allen Joseph, M.D.
98. 12/15/2020, Long Term Disability Claim Form, Edwin Cadet, M.D.
99. 12/21/2020, Claimant Supplementary Statement, Barbara McKeithan
100. 12/21/2020, Activities Questionnaire, Barbara McKeithan
101. 01/04/2021. Physical Therapy Initial Evaluation, Dominick Zarella, P.T.
102. 01/04/2021, Letter, Donald Griggs, M.D.
103. 01/11/2021, Physical Medicine and Rehabilitation Memo, David Griggs, M.D.
104. 01/13/2021, Physical Therapy Daily Note, Dominick Zarella, P.T.
105. 01/15/2021, Transferable Skills Analysis, Lori Ashworth, Med, CRC.
106. 01/20/2021, Physical Therapy Daily Note, Dominick Zarella, P.T.
107. 01/27/2021, Physical Therapy Daily Note, Dominick Zarella, P.T.
108. 01/28/2021, General Medicine Visit, Erick Schmidt, PA-C.
109. 02/02/2021, Letter, Barbara McKeithan

**HISTORY:**

This case involves a now 54-year-old female with a date of loss of 07/10/2018. The documented diagnoses are chronic right shoulder pain with a history of rotator cuff tear, subacromial impingement, and labral fraying with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 07/10/2018 as the primary impairing diagnoses.

The claimant was employed as a process tech/compounder. The undated job description was included for review. The claimant was required to mix and blend raw chemical materials (liquids and powders) to provide bulk product to manufacturing departments. The claimant's job responsibilities included operating compounding equipment and making required adjustments to

ensure quality and efficiency, maintaining a clean compounding equipment, assisting mechanics, directing, and training new teammates, and submitting improvement ideas.

The claimant completed an undated letter. The letter stated that the claimant's 2018 shoulder surgery had changed her life in many ways, and she had to accommodate the problems. The claimant had difficulty brushing and washing her hair, difficulty grocery shopping and working out, had to shorten her daily walks, could not do repetitive motions such as sweeping, could not type for a long period of time, had swelling in her legs with numbness and tingling, could not reach behind her back, and had problems sleeping and caring for her grandchildren. The claimant stated that she was on multiple medications including Meloxicam and Tylenol PM. The claimant reported a recent "pinched nerve" in her back and was also prescribed Ibuprofen, cyclobenzaprine, and lidocaine patch.

An operative report was completed on 07/10/2018 by Christopher Barnes, M.D. The claimant had a nontraumatic rotator cuff tear (degenerative) of the left shoulder, and injury of the long head of the biceps as well as primary left shoulder osteoarthritis. The claimant underwent left shoulder arthroscopy with subacromial decompression with partial acromioplasty, distal claviculectomy, including distal articular surface, and rotator cuff repair of the partial tear. The claimant tolerated the procedure well.

The claimant had an initial physical therapy evaluation on 07/12/2018 with Hilary Bauer, P.T., D.P.T. The claimant presented with left shoulder pain status post left shoulder arthroscopy with subacromial decompression and partial acromioplasty and was noted to have an occupation requiring heavy and overhead lifting. The claimant had been out of work since October 2017. The claimant had pain and limited range of motion. The claimant was to begin physical therapy 2-3 times a week for 16 weeks.

Hilary Bauer, P.T. completed a physical therapy plan of care on 08/20/2018. The claimant was six weeks post operation of the left shoulder and was progressing appropriately. The range of motion of the left shoulder was slowly improving and the claimant had some guarded increased muscle tension in the pectoralis. The claimant would benefit from further physical therapy sessions, 1-2 times a week for six weeks.

The claimant was seen by Dr. Barnes on 09/12/2018. The claimant had no significant changes, and her pain was moderate to severe. The claimant had numbness radiating down her arm to the fingers of her left hand. On examination the claimant had moderate limitation in active-assisted range of motion. The claimant was prescribed Celebrex and a Medrol Dosepak. The claimant was to continue with physical therapy.

The claimant was seen by Dr. Barnes on 10/12/2018. The claimant continued to have moderate 4/10 left shoulder pain, mainly in the lateral and anterior aspects. The claimant had improved left shoulder range of motion. The claimant was to continue Celebrex and physical therapy.

The claimant was seen by Dr. Barnes on 11/26/2018. The claimant had lateral left shoulder pain that radiated to her left arm. On examination, the claimant had improvement in her near full left

shoulder range of motion with no pain and good strength with rotator cuff testing. The claimant was to continue Tylenol as needed and follow up in 4 weeks.

A physical therapy recertification was completed on 12/18/2018 by Hilary Bauer, D.P.T. The claimant stated she was doing well but had not returned to work. The claimant had completed 16 visits, but compliance/attendance was an issue as the claimant had canceled or missed several appointments due to various issues. The claimant would benefit from further physical therapy, two times a week for four weeks.

The claimant was seen by Dr. Cabot on 02/27/2019. The claimant had right shoulder numbness and tingling in the left arm and hand and pain for over one year. On examination, the claimant had positive Neer and Hawkins testing on the left and well healed incision. The claimant was diagnosed with left carpal tunnel syndrome versus cervical radiculopathy, status post arthroscopic rotator cuff repair and right shoulder impingement versus rotator cuff tear.

The claimant had a left shoulder MRI on 03/20/2019 that was read by Nik Wasudev, M.D. The claimant was status post supraspinatus tendon repair. There was no full-thickness re-tear. There was mild to moderate anterior supraspinatus tendon, which could indicate articular sided partial tearing. There was mild osteitis adjacent to the suture anchor, without displacement. There was mild subacromial/subdeltoid bursitis, and status post acromioplasty and distal clavicle resection. The claimant had mild proximal biceps tendinosis.

The claimant had a right shoulder MRI on 03/20/2019 that was read by Nik Wasudev, M.D. The claimant had irregular partial-thickness tear involving the junctional fibers of the supraspinatus and focally exceeding 50% of the tendon thickness. There were cystic changes of the supraspinatus footprint. There was mild lateral acromial spurring, low grade acromioclavicular joint arthrosis, thin but elongated intramuscular cyst of the superior aspect of the infraspinatus myotendinous junction, and low-grade interstitial tearing involving the subscapularis insertion superiorly.

The claimant was seen by Dr. Cadet on 04/03/2019. The claimant had right shoulder numbness and tingling in the left arm and hand. The claimant had 5/10 pain in her shoulders, 8/10 at the worst. On examination, the claimant had positive Phalen's test on the left and positive carpal tunnel compression test at the left wrist. The claimant was to see a hand specialist for surgical consultation for carpal tunnel release. The claimant was to have right shoulder arthroscopy and was given a steroid injection in the left shoulder.

The claimant was seen by Dr. Cadet on 05/03/2019. The full report was not included for review.

An operative report was completed on 05/07/2019 by Dr. Cadet. The claimant had a pre- and postoperative diagnosis of right rotator cuff tear and shoulder impingement and labral fraying. The claimant had right shoulder arthroscopy, subacromial decompression, rotator cuff repair, and labral debridement. The claimant tolerated the procedure well. The claimant was to begin physical therapy.

The claimant was seen by Dr. Cadet on 05/22/2019. The claimant returned for her first postoperative check and had been compliant with her sling and her pain was well controlled. The claimant had well healed incisions without signs of infection.

The claimant's sutures were removed, and the claimant was to continue with the sling for two more weeks and follow up in 4-6 weeks.

The claimant had an initial physical therapy evaluation on 06/13/2019 with Dominick Zarella, P.T. The claimant could not work due to difficulty lifting and shoulder surgeries. The claimant had removed her postoperative sling. On examination, the claimant had tenderness of the right anterior deltoid and thoracic paraspinals and tenderness of the bicipital groove and scapula. There was pain with right shoulder range of motion. It was recommended that the claimant begin physical therapy two times a week for eight weeks.

The claimant was seen by Dr. Cadet on 07/08/2019. The claimant had a right rotator cuff repair, subacromial decompression, and labral debridement. The claimant had well healed incisions without signs of infections. The claimant could passively flex to 120 degrees and externally rotate to 60 degrees. The claimant was going to continue physical therapy to regain strength and range of motion and return in two months.

The claimant was seen by Rachel Taylor, PA-C on 08/21/2019. The claimant was three and a half months post rotator cuff repair and was still in physical therapy. The claimant complained of significant pain, especially anteriorly. The claimant had limited active range of motion of the right shoulder. The claimant had a cortisone injection in the anterior right glenohumeral joint.

The claimant was seen by Dr. Cadet on 10/09/2019. The claimant had completed five months of physical therapy since her right rotator cuff repair. The claimant had significant pain anteriorly, but her main issue was night stiffness. The claimant had a normal examination. The claimant was doing well in terms of strength, but Dr. Cadet was concerned about her pain. The claimant was given a Medrol dosepak and was to consider lysis of adhesions under anesthesia and was to follow up in two months.

The claimant was seen by Dr. Cadet on 12/11/2019. The claimant was seven months out from rotator cuff repair on the right and was still having anterior pain and stiffness. The claimant had limited active range of motion of the right shoulder. The claimant had improved right arm strength but due to a significant amount of stiffness, the claimant was to have an MRI of the right shoulder. The claimant was to follow up after and continue on light duty work.

The claimant was seen by Dominick Zarella, P.T., for a physical therapy assessment on 01/20/2020. The claimant had right shoulder pain with restricted range of motion, activity intolerance, and impaired strength. The claimant had chronic right shoulder pain with signs of impingement status post rotator cuff surgery. The claimant was not doing well considering the elapsed time since her surgery. The claimant had a poor prognosis. The claimant was to begin physical therapy once a week for 10 weeks.

The claimant was seen by Dr. Cadet on 01/22/2020. The claimant was 8.5 months post rotator cuff repair on the right and was still having stiffness. The claimant had tried a glenohumeral

injection, Medrol dosepak, and ultrasound guided subacromial injection. The claimant had not gotten significant relief from any of those but had some relief from the subacromial injection.

The claimant had limited ability to fully use her right arm due to pain and stiffness that was 5/10 in severity. The claimant was using Meloxicam as needed. The claimant had symmetric active and passive range of motion compared to the contralateral side but an otherwise normal examination. The claimant felt she needed more time with restrictions for work. Dr. Cadet did not think that the claimant could continue to improve and recommended that she continue strengthening exercises. The claimant was to continue with work restrictions and follow up in three months.

A physical medicine and rehabilitation review was completed by Dr. Rosenberg on 04/08/2020. The primary impairing diagnoses were pain in bilateral shoulders and shoulder stiffness. The clinically significant comorbid diagnosis was (rule out) left carpal tunnel syndrome. Based upon a discussion with Dominick Zarella, P.T. and review of the records, the claimant was given restrictions including no limitation with sitting, no limitation with standing and walking, no limitation with bending, squatting, or kneeling, occasional lifting and carrying up to 10 pounds (up to chest height level) with the right upper extremity, occasional lifting and carrying 15 pounds (up to chest height level) with the left upper extremity, no overhead reaching with the right upper extremity, occasional overhead reaching with the left upper extremity, occasional gripping and fingering on the left, no limitation with fingering and gripping on the right, frequent meant up to 66% of the time or 40 minutes of every hour, occasional meant up to 33 % of the time up to 20 minutes out of every hour. Available records reviewed do not reflect the inability to work for 8 hours per day within the above listed restrictions and limitations. These were supported from 03/31/2020 for an additional 3 months. While it was possible restrictions and limitations could continue through 01/07/2021 and beyond despite treatment, updated medical records in 3 months would be necessary to confirm support of any restrictions and limitations beyond that point. The claimant had some issues with attending physical therapy following her shoulder surgeries.

A work restrictions note was completed by Dr. Cadet on 04/22/2020. The claimant was not to use her arms overhead, push, or pull over 10 pounds, lift over 10 pounds, carry over 10 pounds, or floor to waist lift over 10 pounds, and continue on light duty.

The claimant had a functional capacity evaluation with Katherine Melton, P.T., M.P.T. on 06/08/2020. The claimant had a history of right rotator cuff repair and left rotator cuff repair. The claimant stated that she had a nerve conduction study that demonstrated bilateral carpal tunnel syndrome. A Medium-Heavy demand level was required per patient description of her job and Light per dictionary of Occupational Therapy. The claimant was qualified for light duty. The claimant did not meet the lifting requirements of her prior job.

The claimant was seen by Dr. Cadet on 06/24/2020. The claimant had 5/10 left and right shoulder pain. The claimant took Meloxicam as needed. The claimant had mildly positive Neer and Hawkins testing on examination. The claimant's functional capacity evaluation demonstrated that she was eligible to do light duty work with weight restrictions. The claimant

was to follow up on an as needed basis. The claimant had reached maximum medical improvement.

A restrictions form was completed on 06/24/2020 by Edwin Cadet, M.D. The claimant was permitted to do light duty work. Occasional lifting of 16 pounds, frequent lifting of 10 pounds, and constant lifting of 4 pounds.

The claimant was seen by Dr. Cadet on 08/22/2020. The claimant was 11 months out from her rotator cuff repair on the right and had been battling shoulder stiffness. The claimant was continuing with physical therapy but still had 3-4/10 pain severity. The claimant had limited active and passive range of motion compared to the contralateral side and weakly positive Speed and O'Brien's testing. The claimant had some mild delamination on the undersurface of the rotator cuff, but the integrity of the rotator cuff repair was intact. The claimant was to have functional capacity testing and continue with work restrictions of no overhead lifting and weight restriction of 10 pounds from floor to waist.

The claimant was seen by Dr. Lundberg on 11/11/2020. The claimant reported left upper back pain causing shortness of breath, dizziness, and an episode of incontinence one hour prior. The claimant woke up and rolled to her side and felt a sharp and pinching sensation in the left upper back. The pain worsened with movement. The claimant had tenderness in spasms in the left upper thoracic area with palpation. Pain was worse with overhead shoulder range of motion. The claimant was diagnosed with thoracic strain and was given nonsteroidal anti-inflammatory medication and muscle relaxant. The claimant was discharged to follow up with her primary care physician.

The claimant completed an Activities Questionnaire on 12/21/2020. The claimant reported constant pain in her shoulders since her surgery. The claimant had stiffness and numbness and problems with a pinched nerve and pain in her back and legs. The claimant would get up in the morning and help her granddaughters with virtual school and make lunch.

A long-term disability form was completed on 12/15/2020 by Dr. Cadet. The claimant was allowed to perform light duty work with occasional lifting 16 pounds, frequent lifting 10 pounds, and constant lifting 4 pounds, with referring to the functional capacity evaluation.

An initial physical therapy evaluation was completed on 01/04/2021 by Dominick Zarella, P.T. The claimant still had right shoulder pain and stated that she was not getting any better. The claimant had a recent scapular pain incident and went to the emergency department. The claimant had left rhomboid and thoracic paraspinal tenderness, trigger point rhomboid tenderness, and right sided tenderness in the anterior deltoid, biceps, levator scapulae, posterior deltoid, and thoracic paraspinals. The claimant had limited right shoulder range of motion and pain. The claimant was to begin physical therapy once a week for 10 weeks.

A letter was completed by Dr. Griggs on 01/04/2021. The claimant's primary impairing diagnoses were chronic bilateral shoulder pain with a history of a right rotator cuff repair on 05/07/2019 with continuing chronic pain. Dr. Cadet, the claimant's orthopedic surgeon, suggested that the claimant had not had any recent complaints about numbness or hand

symptoms and had ordered a functional capacity evaluation upon which restrictions and limitations were based.

These included: sitting up to an hour at a time with frequent position change recommended as instructed in physical therapy as well as with the ability to elevate her legs as needed while in a seated position. Maximum sitting was 8 hours in an 8 hour work shift, standing and walking each continuously no more than 30 minutes at a time and ideally alternating with sitting, maximum stand and walk 3 hours in an 8 hour day, avoidance of overhead reaching and lifting with any greater than 10 pounds occasionally, lifting from floor to waist and waist to shoulder not greater than 16 pounds occasionally and 10 pounds frequently, carrying, pushing, pulling for short distances, not over 15 feet and not over 20 pounds occasionally and not greater than 10 pounds frequently, and no restrictions for the use of bilateral upper extremities up to the shoulder height range including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as the use of a keyboard or mouse. The claimant's medical condition would allow her to participate in her usual life activities including any work-related activities which are within the above-noted restrictions and limitations.

A physical medicine and rehabilitation memo was completed on 01/11/2021 by Dr. Griggs. The primary impairing diagnoses were chronic right shoulder pain with a history of rotator cuff tear, subacromial impingement, and labral fraying with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 07/10/2018 as the primary impairing diagnosis. Comorbid diagnoses included chronic venous insufficiency (peripheral) and history of tuberculosis. There was significant impairment due to the chronic bilateral shoulder pain and limited range of motion for end ranges or rotation and overhead movement and weakness in those same ranges. The claimant noted that she was able to perform basic self-care independently but required help for heavier chores. The claimant was given specific restrictions and limitations. The claimant was to have these restrictions for 6 months and before these restrictions would be expected to change. Given the age of the claimant, significant interventions, and rehabilitation without improvement in status, the restrictions and limitations were most likely permanent. However, given the lack of documentation regarding possible presence of carpal tunnel syndrome, the clinical update should be obtained in six months. The claimant's treatment was consistent with the standard of care. Recommendations made by Dr. Cabot, however, were not documented to have been followed with an appropriate work up of the upper extremity numbness and tingling and a nerve conduction study was recommended to determine cervical radiculopathy vs. carpal tunnel syndrome. It was noted that the claimant had an attorney and possibly took care of her grandchildren.

A transferable skills analysis was completed on 01/15/2021 by Loris Ashworth, Med, CRC. The skills analysis determined occupations that the claimant's physical abilities and within her skill level. This included dispatcher, maintenance service, order control clerk, blood bank, and information clerk.

The claimant completed a letter on 02/02/2021. The claimant was disputing an adjustment in her disability. The claimant stated that she was under the care of Dr. Cadet and that he had

recommended that she enroll in physical therapy for her right shoulder and have restrictions on what she could and could not do.

There was no way for her to maintain her income and work in the same profession while doing this the claimant stated. The claimant stated that she had completed a nerve conduction study on 03/28/2019. The claimant stated that she could not perform her prior job.

**AP CONTACT:**

I called the number listed (919-781-5600) on 3/4/21 at 9:56am CST and left a message for a return call on Dr. Cadet's general office voicemail.

I called the number listed (919-781-5600) on 3/8/21 at 1:53pm CST and left a message for a return call on Dr. Cadet's general office voicemail.

At the time of submission, no return calls have been received.

**DIAGNOSIS:** Unspecified rotator cuff tear/rupture, not specified as trauma

**RESPONSE TO REFERRAL QUESTIONS:**

**1.Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The primary impairing diagnoses are chronic right shoulder pain (M25.511) with a history of rotator cuff tear (M75.121), subacromial impingement (M75.41), and labral fraying (S43.431A) with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain (M25.512) with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 07/10/2018 as the primary impairing diagnosis.

**2.If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

The claimant has a clinically significant co-morbid diagnosis of chronic venous insufficiency-peripheral (I87.2).

**3.Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from -1/8/2021 to - present, and comment on the expected duration.**

**a.If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Based on the medical records reviewed, restrictions and limitations are supported from 01/08/2021 to present with a plan to reevaluate in 6 months. The claimant had a history of right

rotator cuff tearing, subacromial impingement, and labral fraying which was surgically corrected on 05/07/2019. She continued to have pain and immobility. She had previously required left rotator cuff repair, subacromial decompression, and distal clavicle incision on 07/10/2018. Due to the claimant's age and history of bilateral shoulder surgery with poor response to treatment and extensive physical therapy, the restrictions and limitations are likely to be permanent. These recommended restrictions and limitations are based upon the clinical history from the included medical records as a whole. According to an evaluation dated 01/11/2021, the claimant had continued chronic left shoulder pain despite multiple treatment modalities. The claimant required help for heavier chores. The claimant had limited range of motion along with weakness on examination bilaterally. Therefore, restrictions/limitations are warranted. Restrictions and limitations would include:

Sitting: Unrestricted

Standing: Unrestricted

Walking: Unrestricted

Lifting/carrying/pushing/pulling: up to 10 pounds occasionally; carrying, pushing, pulling for short distances not greater than 20 pounds occasionally or 10 pounds frequently bilaterally

Climbing stairs: Occasionally

Climbing ladders: Never

Stooping: Unrestricted

Kneeling: Unrestricted

Crouching: Unrestricted

Crawling: Never

Reaching Overhead: Never, bilaterally

Reaching at waist and desk level: Unrestricted bilaterally

Reaching below waist: Unrestricted bilaterally

Use lower extremities for foot controls: Unrestricted bilaterally.

Fine manipulation: Unrestricted bilaterally

Simple and firm grasping: Unrestricted bilaterally.

Keyboarding: Unrestricted bilaterally

Restrictions and limitations are supported and detailed above.

**4.As of 1/8/21 forward, please comment whether or not the claimant was able to reliably sustain full time work capacity, taking into consideration any restrictions/limitations you may have outlined. Please provide your rationale. Please Note: change in definition to Any**

**Occupation occurred 1/8/21; claim was paid through 1/20/21 while decision was completed. Claimant does not have any other records to submit other than what is on file.**

As of 01/08/021 forward, the claimant is able to sustain full-time work capacity taking into consideration the above restrictions and limitations outlined. In past visit notes, the claimant had documented clinical findings of right and left shoulder tenderness to palpation, particularly anteriorly, and recent painful and limited range of motion of the right shoulder. The claimant has a long-standing history of chronic bilateral shoulder pain and surgery to both shoulders with poor progress overall post-surgery. Although, there is a lack of relevant clinical notes for the period of 01/08/2021 forward, it is unlikely based on prior records, that the claimant's clinical situation would have improved significantly in regard to her shoulders. The claimant is able to work full time but with the included restrictions and limitations.

Sincerely,

Craig Lankford, M.D.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 24400 OK
License: M4267 TX

ECN
Corporate Office
Exam Coordinators Network A division of Genex Services, LLC

Claimant Name: Barbara McKeithan
Claim Number: 8520656
Case Number: 170534-1

"I, Craig B Lankford, MD, am a physician duly licensed to practice medicine in the State of __OK,TX___________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_____________________________________________________3/16/21______________
Signature of Physician Date

Medical/Professional License #
License: 24400 OK
License: M4267 TX

______________________________

**Vocational Memorandum – Appeal Transferable Skills Analysis Addendum**

**From:** Nicole Hall, MS, CRC
**Date**: 04/01/2021
**To:** Heather Carignan, Appeal Review Consultant
**Claim#:** 8520656
**Claimant:** Barbara McKeithan
**Policyholder:** Unilever, USA

**Vocational Assessment:**
This file was referred for an appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. Ms. Barbara McKeithan is a 54-year-old Process/Tech Compounder employed with Unilever, USA since 09/19/11. Ms. McKeithan discontinued work on 07/10/18 due to chronic right shoulder pain with a history of rotator cuff tear, subacromial impingement, and labral fraying with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain (with a history of rotator cuff repair, subacromial decompression with distal clavicle excision. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Transferable Skills Analysis (TSA) dated 01/15/21 (please see the completed report for full details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages). Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Physical Medicine & Rehabilitation/Pain Medicine Peer Review completed by Dr. Lankford, M.D., dated 03/17/21. Upon review of the available information, this VCM has found that two of the occupational alternatives outlined within the previously completed TSA report (i.e. Dispatcher Maintenance Service and Information Clerk) remain viable occupations at this time given the updated restrictions. The occupation of Order Control Clerk Blood Bank has not been included within this report as it falls outside of the updated restrictions. Occupational wages continue to meet the outlined gainful wage amount of $2,064.40 per month in the national economy. No further vocational services rendered.

Respectfully submitted,

**Electronically Signed by**
Nicole Hall, MS, CRC
Vocational Case Manager
Group Protection
Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MS. BARBARA MCKEITHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

April 3, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever' Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of an Independent Physician Review of your claim file and a Vocational Transferable Skills Analysis, which is new or additional evidence in connection with your appeal. You may review the reports attached, and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or **April 23, 2021,** we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by April 23, 2021, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln' control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe

is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

Attachments: 8520656-VOC-TRANSFERRABLE SKILLS ASSESSMENT-01.15.2021
8520656-MEDICAL-CP/PEER REVIEW-03.18.2021
8520656-VOC-TRANSFERRABLE SKILLS ASSESSMENT-04.01.2021

Lincoln Financial Group®

## Transferable Skills Analysis

**Date:** 1/15/2021
**Claimant:** Barbara McKeithan
**Claim #:** 8520656
**Policyholder:** Unilever, USA

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. McKeithan's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description, Training Education Experience Form, Peer Review by Dorothy Griggs, MD dated 1/11/2021; Transferable Skills Analysis dated 10/1/2020 by this VCM

**Education & Training:**
Education: High School graduate; computer skills include Microsoft Word, Excel, email, internet, databases

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 550.685-090 | Mixing Machine Tender | 4 | 5 | H |
| 929.687-030 | Material Handler | 3 | 2 | H |
| 222.387-050 | Shipping Receiving Clerk | 5 | 10+ | M |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of Peer Review by Dorothy Griggs, MD dated 1/11/2021

- Sitting up to an hour at a time with frequent position change as well as with the ability to elevate her legs as needed while in the seated position. Maximum sitting 8 hours in a work shift.
- Standing and walking each continuously no >30 minutes at a time and ideally alternating with sitting. Maximum stand and walk 3 hours in an 8- hour day.
- Avoidance of overhead reaching and lifting with any >10lbs. occasionally.
- Lifting from floor to waist and waist to shoulder no >16lbs. occasionally and 10 lbs. frequently. Carrying, pushing, pulling for short distances (not over 15 feet) no >20 lbs. occasionally and no > 10lbs. frequently.
- No restrictions for use of bilateral upper extremities in up to shoulder height range including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as use of a keyboard or mouse.

**Skills & Abilities:**
Manual Skills:

- Ability to operate or tend equipment to control chemical changes or reactions in the processing of industrial or consumer products.
- Monitor gauges, dials, or other indicators to make sure a machine is working properly.
- Control operations of equipment or systems.
- Determine causes of operating errors and decide what to do about it.
- Ability to complete repetitive tasks.
- Follow simple instructions.
- Work independently.
- Good organizational skills, paying attention to detail and handling multiple tasks simultaneously.
- Ability to access and enter information using an automated system quickly and accurately.
- Adjusting to performing repetitious, uncomplicated work.
- Loading, unloading, or tending assorted machines.

Manual Skills:

- Knowledge of inventory controls.
- Follow simple instructions.

- Ability to complete repetitive tasks.
- Ability to work independently.
- Good organizational skills, paying attention to detail and handling multiple tasks.
- Ability to access and enter information using an automated system quickly and accurately.
- Accuracy and attention to detail.
- Ability to correctly inventory, pick, store, ship, and receive parts by applying simple arithmetic processes of addition, subtraction, multiplication, and division.
- Operate fork lift.

Communication Skills:
- Communicate effectively with others.
- Ability to recognize problems/concerns.
- Inform and consult with staff.

**Profile Adjustments:**
- General Educational Development: Reasoning, Mathematics, Language adjusted to grades 9-12 based on high school graduate.
- Strength: Adjusted to sedentary based on restrictions/limitations.
- Physical: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Avoidance of overhead reaching and lifting with any >10lbs. occasionally assessed post hoc analysis.
- Environmental: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Noise: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud.
- Aptitudes: No adjustments performed.
- Situations: Working under specific instructions adjusted to yes based on following supervisors as necessary.
  Dealing with people adjusted to yes based on communicating with workers on line.
- Data: Copying adjusted to yes based on completing labels, documentation, etc.
- People: Instructing adjusted to yes based on training and directing new teammates.
  Speaking-signaling adjusted to yes based on communicating with workers on line.
- Things: Driving-operating adjusted to yes based on operation of forklift.
  Manipulating adjusted to yes based on equipment operations.

**Examples of Occupations identified based on National labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 239.367-014 | Dispatcher, Maintenance Service | 3 | S | $3349 |
| 245.367-026 | Order Control Clerk, Blood Bank | 3 | S | $2853 |

**Wage Information is based on median 2019 Bureau of Labor Statistical Data*

Although OASYS did not identify, based on my vocational expertise and Labor Market Survey Research, Ms. McKeithan would have the ability to perform: Information Clerk (237.367-022). This is based on her transferable skills of clerical documentation skills, decision making skills, ability to provide detailed information to others, judgement, etc. National median economy wages as an Information Clerk is $2,505. Wage Information is based on median 2019 Bureau of Labor Statistical Data.

The above noted occupations allow for her to have frequent position change as well as with the ability to elevate her legs as needed while in the seated position. This can be accomplished by simply utilizing a foot stool, turning over a small trashcan or even through a pile of books.

**Summary:**

***Occupations Identified:***
The Transferable Skills Analysis identified occupations that are within Ms. McKeithan's physical abilities and within their identified skill level. The following are examples of occupations Ms. McKeithan could perform: Dispatcher, Maintenance Service;

Order Control Clerk, Blood Bank; Information Clerk. The occupations meet their gainful amount of $2,064.40 in the national economy.

I have not met with Ms. McKeithan for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Counselor

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 550.685-090 | Mixing-Machine Tender | 4 | 5 | 0 | Y | Y | N | H | 06.04.11 |
| 929.687-030 | Material Handler | 3 | 2 | 0 | Y | N | N | H | 05.12.03 |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 10 | 0 | Y | N | N | M | 05.09.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 5 (6 months to 1 year) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 2 Grades 4-6 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | S Sedentary |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Unknown |
| Balancing | | Occasionally | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Occasionally | Unknown |
| Crouching | | Occasionally | Unknown |
| Crawling | | Occasionally | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Occasionally | Unknown |
| Extreme Heat | | Occasionally | Unknown |
| Wet and/or Humid | | Occasionally | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Frequently | Unknown |

| | | |
|---|---|---|
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | Unknown |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Frequently | Unknown |
| Noise Intensity Level | Loud | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | No | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | Yes | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | Yes |
| 4 Manipulating | No | Yes |
| 5 Tending | Yes | No Change |
| 6 Feeding-Offbearing | No | No Change |

| | | |
|---|---|---|
| 7 Handling | Yes | No Change |

**Craig Lankford, M.D.**
**Board Certified Physical Medicine & Rehabilitation**
**Board Certified Pain Medicine**

| | |
|---|---|
| **CLAIMANT NAME:** | Barbara McKeithan |
| **ECN #:** | 170534-1 |
| **CLAIM #:** | 8520656 |
| **DATE OF LOSS:** | 07/10/2018 |
| **DATE OF REVIEW:** | 03/17/2021 |
| **CASE TYPE:** | Long-Term Disability |

**MEDICAL RECORDS REVIEWED:**

I have been asked to review the medical records on behalf of ECN.

1. Undated, job description
2. Undated, Letter, Barbara McKeithan
3. 07/10/2018, Operative Report, Christopher Barnes, M.D.
4. 07/12/2018, Initial Physical Therapy Evaluation, Hilary Bauer, P.T., D.P.T.
5. 07/12/2018, Physical Therapy Plan of Care, Hilary Bauer, P.T., D.P.T.
6. 07/25/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
7. 08/08/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
8. 08/13/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
9. 08/16/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
10. 08/20/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
11. 08/20/2018, Physical Therapy Plan of Care, Hilary Bauer, P.T., D.P.T.
12. 09/10/2018, Physical Therapy Daily Note, Madilyn Smith, P.T.A.
13. 09/12/2018, Orthopedic Visit, Christopher Barnes, M.D.
14. 09/12/2018, Progress Report/Status Report, Christopher Barnes, M.D.
15. 09/26/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
16. 10/04/2018, Physical Therapy Daily Note, Kathy Loban, P.T.A.
17. 10/06/2018, Physical Therapy Daily Note, Cody Ziegenfus, D.P.T.
18. 10/10/2018, Physical Therapy Daily Note, Kathy Loban, P.T.A.
19. 10/12/2018, Orthopedic Visit, Christopher Barnes, M.D.
20. 10/12/2018, Work Status Note, Christopher Barnes, M.D.
21. 11/01/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
22. 11/08/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
23. 11/15/2018, Physical Therapy Daily Note, Gina Cherico, P.T., D.P.T.
24. 11/26/2018, Orthopedic Visit, Christopher Barnes, M.D.
25. 11/26/2018, Work Status Report, Christopher Barnes, M.D.
26. 12/06/2018, Supplementary Statement, Barbara McKeithan
27. 12/06/2018, Activities Questionnaire, Barbara McKeithan
28. 12/06/2018, Family Information Questionnaire, Barbara McKeithan
29. 12/18/2018, Physical Therapy Recertification Note, Hilary Bauer, P.T.

30. 12/18/2018, Physical Therapy Daily Note, Hilary Bauer, P.T.
31. 12/26/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
32. 12/31/2018, Work Status Report, Christopher Barnes, M.D.
33. 12/31/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
34. 02/27/2019, Orthopedic Visit, Edwin Cadet, M.D.
35. 02/27/2019, Work Status Report, Edwin Cadet, M.D.
36. 03/12/2019, Work Status Report, Edwin Cadet, M.D.
37. 03/19/2019, MRI of the Left Shoulder, Nik Wasudev, M.D.
38. 03/19/2019, MRI of the Right Shoulder, Nik Wasudev, M.D.
39. 04/03/2019, Orthopedic Visit, Edwin Cadet, M.D.
40. 04/03/2019, Work Status Report, Edwin Cadet, M.D.
41. 04/24/2019, Attending Physician Statement, Edwin Cadet, M.D.
42. 05/03/2019, Orthopedic Visit, Edwin Cadet, M.D.
43. 05/07/2019, Operative Report, Edwin Cadet, M.D.
44. 05/22/2019, Orthopedic Visit, Edwin Cadet, M.D.
45. 05/22/2019, Attending Physician Statement, Edwin Cadet, M.D.
46. 06/13/2019, Physical Therapy Initial Evaluation, Dominick Zarella, P.T.
47. 07/05/2019, Attending Physician Status Report, Edwin Cadet, M.D.
48. 07/08/2019, Orthopedic Visit, Edwin Cadet, M.D.
49. 07/08/2019, Work Status Note, Edwin Cadet, M.D.
50. 07/10/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
51. 07/11/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
52. 07/18/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
53. 08/01/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
54. 08/08/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
55. 08/15/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
56. 08/21/2019, Orthopedic Visit, Rachael Taylor, PA-C.
57. 08/21/2019, Work Status Report, Rachael Taylor, PA-C.
58. 09/12/2019, Physical Therapy Daily Note, Donna Deatkine, L.P.T.A.
59. 09/19/2019, Physical Therapy Daily Note, Dominick Zarrella, P.T.
60. 10/04/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
61. 10/07/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
62. 10/09/2019, Orthopedic Visit, Edwin Cadet, M.D.
63. 10/09/2019, Work Status Report, Edwin Cadet, M.D.
64. 10/24/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
65. 10/31/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
66. 11/07/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
67. 11/12/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
68. 11/14/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
69. 11/19/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
70. 11/21/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
71. 11/26/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
72. 12/11/2019, Orthopedic Visit, Edwin Cadet, M.D.
73. 01/20/2020, Physical Therapy Assessment, Dominick Zarella, P.T.
74. 01/22/2020, Orthopedic Visit, Edwin Cadet, M.D.
75. 02/07/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.

76. 02/12/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
77. 02/17/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
78. 02/24/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
79. 03/09/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
80. 04/08/2020, Physical Medicine and Rehabilitation Review, Craig Rosenberg, M.D.
81. 04/13/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
82. 04/22/2020, Work Restrictions Note, Edwin Cadet, M.D.
83. 06/08/2020, Functional Capacity Evaluation, Katherine Melton, P.T., M.P.T.
84. 06/24/2020, Orthopedic Visit, Edwin Cadet, M.D.
85. 06/24/2020, Work Status Note, Edwin Cadet, M.D.
86. 06/24/2020, Transthoracic Echocardiogram Report, Manesh Thomas, M.D.
87. 6/24/2020, Restrictions Form, Edwin Cadet, M.D.
88. 06/28/2020, Claimant Supplementary Statement, Barbara McKeithan
89. 07/10/2020, Cardiology Visit, Manesh Thomas, M.D.
90. 07/29/2020, Lower Extremity Duplex Venous Study Report, Manesh Thomas, M.D.
91. 08/04/2020, Cardiology Visit, Manesh Thomas, M.D.
92. 08/22/2020, Orthopedic Visit, Edwin Cadet, M.D.
93. 10/01/2020, Transferable Skills Analysis, Lori Ashworth, Med, CRC
94. 11/09/2020, Cardiology Visit, Manesh Thomas, M.D.
95. 11/11/2020, Emergency Room Visit, Christopher Lundberg, D.O.
96. 11/11/2020, EKG, Christohper Lundberg, D.O.
97. 11/11/2020, Chest X-Ray, Allen Joseph, M.D.
98. 12/15/2020, Long Term Disability Claim Form, Edwin Cadet, M.D.
99. 12/21/2020, Claimant Supplementary Statement, Barbara McKeithan
100. 12/21/2020, Activities Questionnaire, Barbara McKeithan
101. 01/04/2021. Physical Therapy Initial Evaluation, Dominick Zarella, P.T.
102. 01/04/2021, Letter, Donald Griggs, M.D.
103. 01/11/2021, Physical Medicine and Rehabilitation Memo, David Griggs, M.D.
104. 01/13/2021, Physical Therapy Daily Note, Dominick Zarella, P.T.
105. 01/15/2021, Transferable Skills Analysis, Lori Ashworth, Med, CRC.
106. 01/20/2021, Physical Therapy Daily Note, Dominick Zarella, P.T.
107. 01/27/2021, Physical Therapy Daily Note, Dominick Zarella, P.T.
108. 01/28/2021, General Medicine Visit, Erick Schmidt, PA-C.
109. 02/02/2021, Letter, Barbara McKeithan

**HISTORY:**

This case involves a now 54-year-old female with a date of loss of 07/10/2018. The documented diagnoses are chronic right shoulder pain with a history of rotator cuff tear, subacromial impingement, and labral fraying with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 07/10/2018 as the primary impairing diagnoses.

The claimant was employed as a process tech/compounder. The undated job description was included for review. The claimant was required to mix and blend raw chemical materials (liquids and powders) to provide bulk product to manufacturing departments. The claimant's job responsibilities included operating compounding equipment and making required adjustments to

ensure quality and efficiency, maintaining a clean compounding equipment, assisting mechanics, directing, and training new teammates, and submitting improvement ideas.

The claimant completed an undated letter. The letter stated that the claimant's 2018 shoulder surgery had changed her life in many ways, and she had to accommodate the problems. The claimant had difficulty brushing and washing her hair, difficulty grocery shopping and working out, had to shorten her daily walks, could not do repetitive motions such as sweeping, could not type for a long period of time, had swelling in her legs with numbness and tingling, could not reach behind her back, and had problems sleeping and caring for her grandchildren. The claimant stated that she was on multiple medications including Meloxicam and Tylenol PM. The claimant reported a recent "pinched nerve" in her back and was also prescribed Ibuprofen, cyclobenzaprine, and lidocaine patch.

An operative report was completed on 07/10/2018 by Christopher Barnes, M.D. The claimant had a nontraumatic rotator cuff tear (degenerative) of the left shoulder, and injury of the long head of the biceps as well as primary left shoulder osteoarthritis. The claimant underwent left shoulder arthroscopy with subacromial decompression with partial acromioplasty, distal claviculectomy, including distal articular surface, and rotator cuff repair of the partial tear. The claimant tolerated the procedure well.

The claimant had an initial physical therapy evaluation on 07/12/2018 with Hilary Bauer, P.T., D.P.T. The claimant presented with left shoulder pain status post left shoulder arthroscopy with subacromial decompression and partial acromioplasty and was noted to have an occupation requiring heavy and overhead lifting. The claimant had been out of work since October 2017. The claimant had pain and limited range of motion. The claimant was to begin physical therapy 2-3 times a week for 16 weeks.

Hilary Bauer, P.T. completed a physical therapy plan of care on 08/20/2018. The claimant was six weeks post operation of the left shoulder and was progressing appropriately. The range of motion of the left shoulder was slowly improving and the claimant had some guarded increased muscle tension in the pectoralis. The claimant would benefit from further physical therapy sessions, 1-2 times a week for six weeks.

The claimant was seen by Dr. Barnes on 09/12/2018. The claimant had no significant changes, and her pain was moderate to severe. The claimant had numbness radiating down her arm to the fingers of her left hand. On examination the claimant had moderate limitation in active-assisted range of motion. The claimant was prescribed Celebrex and a Medrol Dosepak. The claimant was to continue with physical therapy.

The claimant was seen by Dr. Barnes on 10/12/2018. The claimant continued to have moderate 4/10 left shoulder pain, mainly in the lateral and anterior aspects. The claimant had improved left shoulder range of motion. The claimant was to continue Celebrex and physical therapy.

The claimant was seen by Dr. Barnes on 11/26/2018. The claimant had lateral left shoulder pain that radiated to her left arm. On examination, the claimant had improvement in her near full left

shoulder range of motion with no pain and good strength with rotator cuff testing. The claimant was to continue Tylenol as needed and follow up in 4 weeks.

A physical therapy recertification was completed on 12/18/2018 by Hilary Bauer, D.P.T. The claimant stated she was doing well but had not returned to work. The claimant had completed 16 visits, but compliance/attendance was an issue as the claimant had canceled or missed several appointments due to various issues. The claimant would benefit from further physical therapy, two times a week for four weeks.

The claimant was seen by Dr. Cabot on 02/27/2019. The claimant had right shoulder numbness and tingling in the left arm and hand and pain for over one year. On examination, the claimant had positive Neer and Hawkins testing on the left and well healed incision. The claimant was diagnosed with left carpal tunnel syndrome versus cervical radiculopathy, status post arthroscopic rotator cuff repair and right shoulder impingement versus rotator cuff tear.

The claimant had a left shoulder MRI on 03/20/2019 that was read by Nik Wasudev, M.D. The claimant was status post supraspinatus tendon repair. There was no full-thickness re-tear. There was mild to moderate anterior supraspinatus tendon, which could indicate articular sided partial tearing. There was mild osteitis adjacent to the suture anchor, without displacement. There was mild subacromial/subdeltoid bursitis, and status post acromioplasty and distal clavicle resection. The claimant had mild proximal biceps tendinosis.

The claimant had a right shoulder MRI on 03/20/2019 that was read by Nik Wasudev, M.D. The claimant had irregular partial-thickness tear involving the junctional fibers of the supraspinatus and focally exceeding 50% of the tendon thickness. There were cystic changes of the supraspinatus footprint. There was mild lateral acromial spurring, low grade acromioclavicular joint arthrosis, thin but elongated intramuscular cyst of the superior aspect of the infraspinatus myotendinous junction, and low-grade interstitial tearing involving the subscapularis insertion superiorly.

The claimant was seen by Dr. Cadet on 04/03/2019. The claimant had right shoulder numbness and tingling in the left arm and hand. The claimant had 5/10 pain in her shoulders, 8/10 at the worst. On examination, the claimant had positive Phalen's test on the left and positive carpal tunnel compression test at the left wrist. The claimant was to see a hand specialist for surgical consultation for carpal tunnel release. The claimant was to have right shoulder arthroscopy and was given a steroid injection in the left shoulder.

The claimant was seen by Dr. Cadet on 05/03/2019. The full report was not included for review.

An operative report was completed on 05/07/2019 by Dr. Cadet. The claimant had a pre- and postoperative diagnosis of right rotator cuff tear and shoulder impingement and labral fraying. The claimant had right shoulder arthroscopy, subacromial decompression, rotator cuff repair, and labral debridement. The claimant tolerated the procedure well. The claimant was to begin physical therapy.

The claimant was seen by Dr. Cadet on 05/22/2019. The claimant returned for her first postoperative check and had been compliant with her sling and her pain was well controlled. The claimant had well healed incisions without signs of infection.

The claimant's sutures were removed, and the claimant was to continue with the sling for two more weeks and follow up in 4-6 weeks.

The claimant had an initial physical therapy evaluation on 06/13/2019 with Dominick Zarella, P.T. The claimant could not work due to difficulty lifting and shoulder surgeries. The claimant had removed her postoperative sling. On examination, the claimant had tenderness of the right anterior deltoid and thoracic paraspinals and tenderness of the bicipital groove and scapula. There was pain with right shoulder range of motion. It was recommended that the claimant begin physical therapy two times a week for eight weeks.

The claimant was seen by Dr. Cadet on 07/08/2019. The claimant had a right rotator cuff repair, subacromial decompression, and labral debridement. The claimant had well healed incisions without signs of infections. The claimant could passively flex to 120 degrees and externally rotate to 60 degrees. The claimant was going to continue physical therapy to regain strength and range of motion and return in two months.

The claimant was seen by Rachel Taylor, PA-C on 08/21/2019. The claimant was three and a half months post rotator cuff repair and was still in physical therapy. The claimant complained of significant pain, especially anteriorly. The claimant had limited active range of motion of the right shoulder. The claimant had a cortisone injection in the anterior right glenohumeral joint.

The claimant was seen by Dr. Cadet on 10/09/2019. The claimant had completed five months of physical therapy since her right rotator cuff repair. The claimant had significant pain anteriorly, but her main issue was night stiffness. The claimant had a normal examination. The claimant was doing well in terms of strength, but Dr. Cadet was concerned about her pain. The claimant was given a Medrol dosepak and was to consider lysis of adhesions under anesthesia and was to follow up in two months.

The claimant was seen by Dr. Cadet on 12/11/2019. The claimant was seven months out from rotator cuff repair on the right and was still having anterior pain and stiffness. The claimant had limited active range of motion of the right shoulder. The claimant had improved right arm strength but due to a significant amount of stiffness, the claimant was to have an MRI of the right shoulder. The claimant was to follow up after and continue on light duty work.

The claimant was seen by Dominick Zarella, P.T., for a physical therapy assessment on 01/20/2020. The claimant had right shoulder pain with restricted range of motion, activity intolerance, and impaired strength. The claimant had chronic right shoulder pain with signs of impingement status post rotator cuff surgery. The claimant was not doing well considering the elapsed time since her surgery. The claimant had a poor prognosis. The claimant was to begin physical therapy once a week for 10 weeks.

The claimant was seen by Dr. Cadet on 01/22/2020. The claimant was 8.5 months post rotator cuff repair on the right and was still having stiffness. The claimant had tried a glenohumeral

injection, Medrol dosepak, and ultrasound guided subacromial injection. The claimant had not gotten significant relief from any of those but had some relief from the subacromial injection.

The claimant had limited ability to fully use her right arm due to pain and stiffness that was 5/10 in severity. The claimant was using Meloxicam as needed. The claimant had symmetric active and passive range of motion compared to the contralateral side but an otherwise normal examination. The claimant felt she needed more time with restrictions for work. Dr. Cadet did not think that the claimant could continue to improve and recommended that she continue strengthening exercises. The claimant was to continue with work restrictions and follow up in three months.

A physical medicine and rehabilitation review was completed by Dr. Rosenberg on 04/08/2020. The primary impairing diagnoses were pain in bilateral shoulders and shoulder stiffness. The clinically significant comorbid diagnosis was (rule out) left carpal tunnel syndrome. Based upon a discussion with Dominick Zarella, P.T. and review of the records, the claimant was given restrictions including no limitation with sitting, no limitation with standing and walking, no limitation with bending, squatting, or kneeling, occasional lifting and carrying up to 10 pounds (up to chest height level) with the right upper extremity, occasional lifting and carrying 15 pounds (up to chest height level) with the left upper extremity, no overhead reaching with the right upper extremity, occasional overhead reaching with the left upper extremity, occasional gripping and fingering on the left, no limitation with fingering and gripping on the right, frequent meant up to 66% of the time or 40 minutes of every hour, occasional meant up to 33 % of the time up to 20 minutes out of every hour. Available records reviewed do not reflect the inability to work for 8 hours per day within the above listed restrictions and limitations. These were supported from 03/31/2020 for an additional 3 months. While it was possible restrictions and limitations could continue through 01/07/2021 and beyond despite treatment, updated medical records in 3 months would be necessary to confirm support of any restrictions and limitations beyond that point. The claimant had some issues with attending physical therapy following her shoulder surgeries.

A work restrictions note was completed by Dr. Cadet on 04/22/2020. The claimant was not to use her arms overhead, push, or pull over 10 pounds, lift over 10 pounds, carry over 10 pounds, or floor to waist lift over 10 pounds, and continue on light duty.

The claimant had a functional capacity evaluation with Katherine Melton, P.T., M.P.T. on 06/08/2020. The claimant had a history of right rotator cuff repair and left rotator cuff repair. The claimant stated that she had a nerve conduction study that demonstrated bilateral carpal tunnel syndrome. A Medium-Heavy demand level was required per patient description of her job and Light per dictionary of Occupational Therapy. The claimant was qualified for light duty. The claimant did not meet the lifting requirements of her prior job.

The claimant was seen by Dr. Cadet on 06/24/2020. The claimant had 5/10 left and right shoulder pain. The claimant took Meloxicam as needed. The claimant had mildly positive Neer and Hawkins testing on examination. The claimant's functional capacity evaluation demonstrated that she was eligible to do light duty work with weight restrictions. The claimant

was to follow up on an as needed basis. The claimant had reached maximum medical improvement.

A restrictions form was completed on 06/24/2020 by Edwin Cadet, M.D. The claimant was permitted to do light duty work. Occasional lifting of 16 pounds, frequent lifting of 10 pounds, and constant lifting of 4 pounds.

The claimant was seen by Dr. Cadet on 08/22/2020. The claimant was 11 months out from her rotator cuff repair on the right and had been battling shoulder stiffness. The claimant was continuing with physical therapy but still had 3-4/10 pain severity. The claimant had limited active and passive range of motion compared to the contralateral side and weakly positive Speed and O'Brien's testing. The claimant had some mild delamination on the undersurface of the rotator cuff, but the integrity of the rotator cuff repair was intact. The claimant was to have functional capacity testing and continue with work restrictions of no overhead lifting and weight restriction of 10 pounds from floor to waist.

The claimant was seen by Dr. Lundberg on 11/11/2020. The claimant reported left upper back pain causing shortness of breath, dizziness, and an episode of incontinence one hour prior. The claimant woke up and rolled to her side and felt a sharp and pinching sensation in the left upper back. The pain worsened with movement. The claimant had tenderness in spasms in the left upper thoracic area with palpation. Pain was worse with overhead shoulder range of motion. The claimant was diagnosed with thoracic strain and was given nonsteroidal anti-inflammatory medication and muscle relaxant. The claimant was discharged to follow up with her primary care physician.

The claimant completed an Activities Questionnaire on 12/21/2020. The claimant reported constant pain in her shoulders since her surgery. The claimant had stiffness and numbness and problems with a pinched nerve and pain in her back and legs. The claimant would get up in the morning and help her granddaughters with virtual school and make lunch.

A long-term disability form was completed on 12/15/2020 by Dr. Cadet. The claimant was allowed to perform light duty work with occasional lifting 16 pounds, frequent lifting 10 pounds, and constant lifting 4 pounds, with referring to the functional capacity evaluation.

An initial physical therapy evaluation was completed on 01/04/2021 by Dominick Zarella, P.T. The claimant still had right shoulder pain and stated that she was not getting any better. The claimant had a recent scapular pain incident and went to the emergency department. The claimant had left rhomboid and thoracic paraspinal tenderness, trigger point rhomboid tenderness, and right sided tenderness in the anterior deltoid, biceps, levator scapulae, posterior deltoid, and thoracic paraspinals. The claimant had limited right shoulder range of motion and pain. The claimant was to begin physical therapy once a week for 10 weeks.

A letter was completed by Dr. Griggs on 01/04/2021. The claimant's primary impairing diagnoses were chronic bilateral shoulder pain with a history of a right rotator cuff repair on 05/07/2019 with continuing chronic pain. Dr. Cadet, the claimant's orthopedic surgeon, suggested that the claimant had not had any recent complaints about numbness or hand

symptoms and had ordered a functional capacity evaluation upon which restrictions and limitations were based.

These included: sitting up to an hour at a time with frequent position change recommended as instructed in physical therapy as well as with the ability to elevate her legs as needed while in a seated position. Maximum sitting was 8 hours in an 8 hour work shift, standing and walking each continuously no more than 30 minutes at a time and ideally alternating with sitting, maximum stand and walk 3 hours in an 8 hour day, avoidance of overhead reaching and lifting with any greater than 10 pounds occasionally, lifting from floor to waist and waist to shoulder not greater than 16 pounds occasionally and 10 pounds frequently, carrying, pushing, pulling for short distances, not over 15 feet and not over 20 pounds occasionally and not greater than 10 pounds frequently, and no restrictions for the use of bilateral upper extremities up to the shoulder height range including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as the use of a keyboard or mouse. The claimant's medical condition would allow her to participate in her usual life activities including any work-related activities which are within the above-noted restrictions and limitations.

A physical medicine and rehabilitation memo was completed on 01/11/2021 by Dr. Griggs. The primary impairing diagnoses were chronic right shoulder pain with a history of rotator cuff tear, subacromial impingement, and labral fraying with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 07/10/2018 as the primary impairing diagnosis. Comorbid diagnoses included chronic venous insufficiency (peripheral) and history of tuberculosis. There was significant impairment due to the chronic bilateral shoulder pain and limited range of motion for end ranges or rotation and overhead movement and weakness in those same ranges. The claimant noted that she was able to perform basic self-care independently but required help for heavier chores. The claimant was given specific restrictions and limitations. The claimant was to have these restrictions for 6 months and before these restrictions would be expected to change. Given the age of the claimant, significant interventions, and rehabilitation without improvement in status, the restrictions and limitations were most likely permanent. However, given the lack of documentation regarding possible presence of carpal tunnel syndrome, the clinical update should be obtained in six months. The claimant's treatment was consistent with the standard of care. Recommendations made by Dr. Cabot, however, were not documented to have been followed with an appropriate work up of the upper extremity numbness and tingling and a nerve conduction study was recommended to determine cervical radiculopathy vs. carpal tunnel syndrome. It was noted that the claimant had an attorney and possibly took care of her grandchildren.

A transferable skills analysis was completed on 01/15/2021 by Loris Ashworth, Med, CRC. The skills analysis determined occupations that the claimant's physical abilities and within her skill level. This included dispatcher, maintenance service, order control clerk, blood bank, and information clerk.

The claimant completed a letter on 02/02/2021. The claimant was disputing an adjustment in her disability. The claimant stated that she was under the care of Dr. Cadet and that he had

recommended that she enroll in physical therapy for her right shoulder and have restrictions on what she could and could not do.

There was no way for her to maintain her income and work in the same profession while doing this the claimant stated. The claimant stated that she had completed a nerve conduction study on 03/28/2019. The claimant stated that she could not perform her prior job.

**AP CONTACT:**

I called the number listed (919-781-5600) on 3/4/21 at 9:56am CST and left a message for a return call on Dr. Cadet's general office voicemail.

I called the number listed (919-781-5600) on 3/8/21 at 1:53pm CST and left a message for a return call on Dr. Cadet's general office voicemail.

At the time of submission, no return calls have been received.

**DIAGNOSIS:** Unspecified rotator cuff tear/rupture, not specified as trauma

**RESPONSE TO REFERRAL QUESTIONS:**

**1.Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The primary impairing diagnoses are chronic right shoulder pain (M25.511) with a history of rotator cuff tear (M75.121), subacromial impingement (M75.41), and labral fraying (S43.431A) with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain (M25.512) with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 07/10/2018 as the primary impairing diagnosis.

**2.If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

The claimant has a clinically significant co-morbid diagnosis of chronic venous insufficiency-peripheral (I87.2).

**3.Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from -1/8/2021 to - present, and comment on the expected duration.**

**a.If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Based on the medical records reviewed, restrictions and limitations are supported from 01/08/2021 to present with a plan to reevaluate in 6 months. The claimant had a history of right

rotator cuff tearing, subacromial impingement, and labral fraying which was surgically corrected on 05/07/2019. She continued to have pain and immobility. She had previously required left rotator cuff repair, subacromial decompression, and distal clavicle incision on 07/10/2018. Due to the claimant's age and history of bilateral shoulder surgery with poor response to treatment and extensive physical therapy, the restrictions and limitations are likely to be permanent. These recommended restrictions and limitations are based upon the clinical history from the included medical records as a whole. According to an evaluation dated 01/11/2021, the claimant had continued chronic left shoulder pain despite multiple treatment modalities. The claimant required help for heavier chores. The claimant had limited range of motion along with weakness on examination bilaterally. Therefore, restrictions/limitations are warranted. Restrictions and limitations would include:

Sitting: Unrestricted

Standing: Unrestricted

Walking: Unrestricted

Lifting/carrying/pushing/pulling: up to 10 pounds occasionally; carrying, pushing, pulling for short distances not greater than 20 pounds occasionally or 10 pounds frequently bilaterally

Climbing stairs: Occasionally

Climbing ladders: Never

Stooping: Unrestricted

Kneeling: Unrestricted

Crouching: Unrestricted

Crawling: Never

Reaching Overhead: Never, bilaterally

Reaching at waist and desk level: Unrestricted bilaterally

Reaching below waist: Unrestricted bilaterally

Use lower extremities for foot controls: Unrestricted bilaterally.

Fine manipulation: Unrestricted bilaterally

Simple and firm grasping: Unrestricted bilaterally.

Keyboarding: Unrestricted bilaterally

Restrictions and limitations are supported and detailed above.

**4.As of 1/8/21 forward, please comment whether or not the claimant was able to reliably sustain full time work capacity, taking into consideration any restrictions/limitations you may have outlined. Please provide your rationale. Please Note: change in definition to Any**

**Occupation occurred 1/8/21; claim was paid through 1/20/21 while decision was completed. Claimant does not have any other records to submit other than what is on file.**

As of 01/08/021 forward, the claimant is able to sustain full-time work capacity taking into consideration the above restrictions and limitations outlined. In past visit notes, the claimant had documented clinical findings of right and left shoulder tenderness to palpation, particularly anteriorly, and recent painful and limited range of motion of the right shoulder. The claimant has a long-standing history of chronic bilateral shoulder pain and surgery to both shoulders with poor progress overall post-surgery. Although, there is a lack of relevant clinical notes for the period of 01/08/2021 forward, it is unlikely based on prior records, that the claimant's clinical situation would have improved significantly in regard to her shoulders. The claimant is able to work full time but with the included restrictions and limitations.

Sincerely,

Craig Lankford, M.D.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 24400 OK
License: M4267 TX

Corporate Office

Exam Coordinators Network A Division of Genex Services, LLC

Claimant Name: Barbara McKeithan
Claim Number: 8520656
Case Number: 170534-1

"I, Craig B Lankford, MD, am a physician duly licensed to practice medicine in the State of __OK,TX___________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

______________________________________________________3/16/21_______________
Signature of Physician Date

ECN
Corporate Office
Exam Coordinators Network

Medical/Professional License #
License: 24400 OK
License: M4267 TX

______________________________

**Vocational Memorandum – Appeal Transferable Skills Analysis Addendum**

**From:** Nicole Hall, MS, CRC
**Date**: 04/01/2021
**To:** Heather Carignan, Appeal Review Consultant
**Claim#:** 8520656
**Claimant:** Barbara McKeithan
**Policyholder:** Unilever, USA

**Vocational Assessment:**
This file was referred for an appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. Ms. Barbara McKeithan is a 54-year-old Process/Tech Compounder employed with Unilever, USA since 09/19/11. Ms. McKeithan discontinued work on 07/10/18 due to chronic right shoulder pain with a history of rotator cuff tear, subacromial impingement, and labral fraying with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain (with a history of rotator cuff repair, subacromial decompression with distal clavicle excision. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Transferable Skills Analysis (TSA) dated 01/15/21 (please see the completed report for full details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages). Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Physical Medicine & Rehabilitation/Pain Medicine Peer Review completed by Dr. Lankford, M.D., dated 03/17/21. Upon review of the available information, this VCM has found that two of the occupational alternatives outlined within the previously completed TSA report (i.e. Dispatcher Maintenance Service and Information Clerk) remain viable occupations at this time given the updated restrictions. The occupation of Order Control Clerk Blood Bank has not been included within this report as it falls outside of the updated restrictions. Occupational wages continue to meet the outlined gainful wage amount of $2,064.40 per month in the national economy. No further vocational services rendered.

Respectfully submitted,

**Electronically Signed by**
Nicole Hall, MS, CRC
Vocational Case Manager
Group Protection
Lincoln Financial Group

Vocational Memorandum – Appeal Transferable Skills Analysis Addendum

From: Nicole Hall, MS, CRC
Date: 04/01/2021
To: Heather Carignan, Appeal Review Consultant
Claim#: 8520656
Claimant: Barbara McKeithan
Policyholder: Unilever, USA

Vocational Assessment:
This file was referred for an appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. Ms. Barbara McKeithan is a 54-year-old Process/Tech Compounder employed with Unilever, USA since 09/19/11. Ms. McKeithan discontinued work on 07/10/18 due to chronic right shoulder pain with a history of rotator cuff tear, subacromial impingement, and labral fraying with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain (with a history of rotator cuff repair, subacromial decompression with distal clavicle excision. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Transferable Skills Analysis (TSA) dated 01/15/21 (please see the completed report for full details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages). Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Physical Medicine & Rehabilitation/Pain Medicine Peer Review completed by Dr. Lankford, M.D., dated 03/17/21. Upon review of the available information, this VCM has found that two of the occupational alternatives outlined within the previously completed TSA report (i.e. Dispatcher Maintenance Service and Information Clerk) remain viable occupations at this time given the updated restrictions. The occupation of Order Control Clerk Blood Bank has not been included within this report as it falls outside of the updated restrictions. Occupational wages continue to meet the outlined gainful wage amount of $2,064.40 per month in the national economy. No further vocational services rendered.

Respectfully submitted,

Electronically Signed by
Nicole Hall, MS, CRC
Vocational Case Manager
Group Protection
Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MS. BARBARA MCKEITHAN

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

March 30, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

As requested in your March 26, 2021 email, enclosed is a copy of the LTD Policy applicable to your claim.

Your appeal is still under review as noted in our March 24, 2021 letter. We will contact you when we have more information.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

Subject: FW: Mrs Heather
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-03-26 12:50:54

From: Barbara Mckeithan
Sent: Friday, March 26, 2021 11:53 AM
To: DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Mrs Heather

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Can you please email me a copy of the policy how y?all determine how/who gets disability I been out since 6/2018 still out waiting on appeal...thank you
Barbara McKeithan 910 670 6531

Sent from Yahoo Mail for iPhone
<https://overview.mail.yahoo.com/?.src=iOS>

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, March 24, 2021 11:23:29 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Unilever, USA Claim No. 8520656 Barbara McKeithan |
| Attachments: | m9ejuhrfnhalyvymis9z_10165910.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

March 24, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability LTD benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

To assist us in evaluating your eligibility for benefits we have referred your file for a vocational review and assessment by a Vocational Consultant.

We anticipate a response from the reviewing Vocational Consultant no later than April 7, 2021. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

As previously indicated in our February 27, 2021 letter, due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Heather J Carignan    DATE: Tuesday, March 23, 2021

## CLAIM BACKGROUND

Claimant Name: BARBARA MCKEITHAN    Claim Number: 8520656

- [ ] STD  - [x] FULLY INSURED    ( THRESHOLD $ )
- [x] LTD  - [ ] ASO  - [ ] LIFE    Has MDS worked the claim? [x] YES [ ] NO

Employer: UNILEVER, USA

Change In DEF. Date: 01/08/2021

Pre-Disability Earnings: $3,440.67 / M (mode)    Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

LTD appeal in ARU. Please complete an updated TSA based on the r/ls outlined in the 3/18/21 PMR/Pain peer review.

**Craig Lankford, M.D.**
**Board Certified Physical Medicine & Rehabilitation**
**Board Certified Pain Medicine**

| | |
|---|---|
| **CLAIMANT NAME:** | Barbara McKeithan |
| **ECN #:** | 170534-1 |
| **CLAIM #:** | 8520656 |
| **DATE OF LOSS:** | 07/10/2018 |
| **DATE OF REVIEW:** | 03/17/2021 |
| **CASE TYPE:** | Long-Term Disability |

**MEDICAL RECORDS REVIEWED:**

I have been asked to review the medical records on behalf of ECN.

1. Undated, job description
2. Undated, Letter, Barbara McKeithan
3. 07/10/2018, Operative Report, Christopher Barnes, M.D.
4. 07/12/2018, Initial Physical Therapy Evaluation, Hilary Bauer, P.T., D.P.T.
5. 07/12/2018, Physical Therapy Plan of Care, Hilary Bauer, P.T., D.P.T.
6. 07/25/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
7. 08/08/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
8. 08/13/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
9. 08/16/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
10. 08/20/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
11. 08/20/2018, Physical Therapy Plan of Care, Hilary Bauer, P.T., D.P.T.
12. 09/10/2018, Physical Therapy Daily Note, Madilyn Smith, P.T.A.
13. 09/12/2018, Orthopedic Visit, Christopher Barnes, M.D.
14. 09/12/2018, Progress Report/Status Report, Christopher Barnes, M.D.
15. 09/26/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
16. 10/04/2018, Physical Therapy Daily Note, Kathy Loban, P.T.A.
17. 10/06/2018, Physical Therapy Daily Note, Cody Ziegenfus, D.P.T.
18. 10/10/2018, Physical Therapy Daily Note, Kathy Loban, P.T.A.
19. 10/12/2018, Orthopedic Visit, Christopher Barnes, M.D.
20. 10/12/2018, Work Status Note, Christopher Barnes, M.D.
21. 11/01/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
22. 11/08/2018, Physical Therapy Daily Note, Krista Lewis, P.T.A.
23. 11/15/2018, Physical Therapy Daily Note, Gina Cherico, P.T., D.P.T.
24. 11/26/2018, Orthopedic Visit, Christopher Barnes, M.D.
25. 11/26/2018, Work Status Report, Christopher Barnes, M.D.
26. 12/06/2018, Supplementary Statement, Barbara McKeithan
27. 12/06/2018, Activities Questionnaire, Barbara McKeithan
28. 12/06/2018, Family Information Questionnaire, Barbara McKeithan
29. 12/18/2018, Physical Therapy Recertification Note, Hilary Bauer, P.T.

30. 12/18/2018, Physical Therapy Daily Note, Hilary Bauer, P.T.
31. 12/26/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
32. 12/31/2018, Work Status Report, Christopher Barnes, M.D.
33. 12/31/2018, Physical Therapy Daily Note, Courtney Taylor, M.P.T.
34. 02/27/2019, Orthopedic Visit, Edwin Cadet, M.D.
35. 02/27/2019, Work Status Report, Edwin Cadet, M.D.
36. 03/12/2019, Work Status Report, Edwin Cadet, M.D.
37. 03/19/2019, MRI of the Left Shoulder, Nik Wasudev, M.D.
38. 03/19/2019, MRI of the Right Shoulder, Nik Wasudev, M.D.
39. 04/03/2019, Orthopedic Visit, Edwin Cadet, M.D.
40. 04/03/2019, Work Status Report, Edwin Cadet, M.D.
41. 04/24/2019, Attending Physician Statement, Edwin Cadet, M.D.
42. 05/03/2019, Orthopedic Visit, Edwin Cadet, M.D.
43. 05/07/2019, Operative Report, Edwin Cadet, M.D.
44. 05/22/2019, Orthopedic Visit, Edwin Cadet, M.D.
45. 05/22/2019, Attending Physician Statement, Edwin Cadet, M.D.
46. 06/13/2019, Physical Therapy Initial Evaluation, Dominick Zarella, P.T.
47. 07/05/2019, Attending Physician Status Report, Edwin Cadet, M.D.
48. 07/08/2019, Orthopedic Visit, Edwin Cadet, M.D.
49. 07/08/2019, Work Status Note, Edwin Cadet, M.D.
50. 07/10/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
51. 07/11/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
52. 07/18/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
53. 08/01/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
54. 08/08/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
55. 08/15/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
56. 08/21/2019, Orthopedic Visit, Rachael Taylor, PA-C.
57. 08/21/2019, Work Status Report, Rachael Taylor, PA-C.
58. 09/12/2019, Physical Therapy Daily Note, Donna Deatkine, L.P.T.A.
59. 09/19/2019, Physical Therapy Daily Note, Dominick Zarrella, P.T.
60. 10/04/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
61. 10/07/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
62. 10/09/2019, Orthopedic Visit, Edwin Cadet, M.D.
63. 10/09/2019, Work Status Report, Edwin Cadet, M.D.
64. 10/24/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
65. 10/31/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
66. 11/07/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
67. 11/12/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
68. 11/14/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
69. 11/19/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
70. 11/21/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
71. 11/26/2019, Physical Therapy Daily Note, Dominick Zarella, P.T.
72. 12/11/2019, Orthopedic Visit, Edwin Cadet, M.D.
73. 01/20/2020, Physical Therapy Assessment, Dominick Zarella, P.T.
74. 01/22/2020, Orthopedic Visit, Edwin Cadet, M.D.
75. 02/07/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.

76. 02/12/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
77. 02/17/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
78. 02/24/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
79. 03/09/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
80. 04/08/2020, Physical Medicine and Rehabilitation Review, Craig Rosenberg, M.D.
81. 04/13/2020, Physical Therapy Daily Note, Dominick Zarella, P.T.
82. 04/22/2020, Work Restrictions Note, Edwin Cadet, M.D.
83. 06/08/2020, Functional Capacity Evaluation, Katherine Melton, P.T., M.P.T.
84. 06/24/2020, Orthopedic Visit, Edwin Cadet, M.D.
85. 06/24/2020, Work Status Note, Edwin Cadet, M.D.
86. 06/24/2020, Transthoracic Echocardiogram Report, Manesh Thomas, M.D.
87. 6/24/2020, Restrictions Form, Edwin Cadet, M.D.
88. 06/28/2020, Claimant Supplementary Statement, Barbara McKeithan
89. 07/10/2020, Cardiology Visit, Manesh Thomas, M.D.
90. 07/29/2020, Lower Extremity Duplex Venous Study Report, Manesh Thomas, M.D.
91. 08/04/2020, Cardiology Visit, Manesh Thomas, M.D.
92. 08/22/2020, Orthopedic Visit, Edwin Cadet, M.D.
93. 10/01/2020, Transferable Skills Analysis, Lori Ashworth, Med, CRC
94. 11/09/2020, Cardiology Visit, Manesh Thomas, M.D.
95. 11/11/2020, Emergency Room Visit, Christopher Lundberg, D.O.
96. 11/11/2020, EKG, Christohper Lundberg, D.O.
97. 11/11/2020, Chest X-Ray, Allen Joseph, M.D.
98. 12/15/2020, Long Term Disability Claim Form, Edwin Cadet, M.D.
99. 12/21/2020, Claimant Supplementary Statement, Barbara McKeithan
100. 12/21/2020, Activities Questionnaire, Barbara McKeithan
101. 01/04/2021. Physical Therapy Initial Evaluation, Dominick Zarella, P.T.
102. 01/04/2021, Letter, Donald Griggs, M.D.
103. 01/11/2021, Physical Medicine and Rehabilitation Memo, David Griggs, M.D.
104. 01/13/2021, Physical Therapy Daily Note, Dominick Zarella, P.T.
105. 01/15/2021, Transferable Skills Analysis, Lori Ashworth, Med, CRC.
106. 01/20/2021, Physical Therapy Daily Note, Dominick Zarella, P.T.
107. 01/27/2021, Physical Therapy Daily Note, Dominick Zarella, P.T.
108. 01/28/2021, General Medicine Visit, Erick Schmidt, PA-C.
109. 02/02/2021, Letter, Barbara McKeithan

**HISTORY:**

This case involves a now 54-year-old female with a date of loss of 07/10/2018. The documented diagnoses are chronic right shoulder pain with a history of rotator cuff tear, subacromial impingement, and labral fraying with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 07/10/2018 as the primary impairing diagnoses.

The claimant was employed as a process tech/compounder. The undated job description was included for review. The claimant was required to mix and blend raw chemical materials (liquids and powders) to provide bulk product to manufacturing departments. The claimant’s job responsibilities included operating compounding equipment and making required adjustments to

ensure quality and efficiency, maintaining a clean compounding equipment, assisting mechanics, directing, and training new teammates, and submitting improvement ideas.

The claimant completed an undated letter. The letter stated that the claimant's 2018 shoulder surgery had changed her life in many ways, and she had to accommodate the problems. The claimant had difficulty brushing and washing her hair, difficulty grocery shopping and working out, had to shorten her daily walks, could not do repetitive motions such as sweeping, could not type for a long period of time, had swelling in her legs with numbness and tingling, could not reach behind her back, and had problems sleeping and caring for her grandchildren. The claimant stated that she was on multiple medications including Meloxicam and Tylenol PM. The claimant reported a recent "pinched nerve" in her back and was also prescribed Ibuprofen, cyclobenzaprine, and lidocaine patch.

An operative report was completed on 07/10/2018 by Christopher Barnes, M.D. The claimant had a nontraumatic rotator cuff tear (degenerative) of the left shoulder, and injury of the long head of the biceps as well as primary left shoulder osteoarthritis. The claimant underwent left shoulder arthroscopy with subacromial decompression with partial acromioplasty, distal claviculectomy, including distal articular surface, and rotator cuff repair of the partial tear. The claimant tolerated the procedure well.

The claimant had an initial physical therapy evaluation on 07/12/2018 with Hilary Bauer, P.T., D.P.T. The claimant presented with left shoulder pain status post left shoulder arthroscopy with subacromial decompression and partial acromioplasty and was noted to have an occupation requiring heavy and overhead lifting. The claimant had been out of work since October 2017. The claimant had pain and limited range of motion. The claimant was to begin physical therapy 2-3 times a week for 16 weeks.

Hilary Bauer, P.T. completed a physical therapy plan of care on 08/20/2018. The claimant was six weeks post operation of the left shoulder and was progressing appropriately. The range of motion of the left shoulder was slowly improving and the claimant had some guarded increased muscle tension in the pectoralis. The claimant would benefit from further physical therapy sessions, 1-2 times a week for six weeks.

The claimant was seen by Dr. Barnes on 09/12/2018. The claimant had no significant changes, and her pain was moderate to severe. The claimant had numbness radiating down her arm to the fingers of her left hand. On examination the claimant had moderate limitation in active-assisted range of motion. The claimant was prescribed Celebrex and a Medrol Dosepak. The claimant was to continue with physical therapy.

The claimant was seen by Dr. Barnes on 10/12/2018. The claimant continued to have moderate 4/10 left shoulder pain, mainly in the lateral and anterior aspects. The claimant had improved left shoulder range of motion. The claimant was to continue Celebrex and physical therapy.

The claimant was seen by Dr. Barnes on 11/26/2018. The claimant had lateral left shoulder pain that radiated to her left arm. On examination, the claimant had improvement in her near full left

shoulder range of motion with no pain and good strength with rotator cuff testing. The claimant was to continue Tylenol as needed and follow up in 4 weeks.

A physical therapy recertification was completed on 12/18/2018 by Hilary Bauer, D.P.T. The claimant stated she was doing well but had not returned to work. The claimant had completed 16 visits, but compliance/attendance was an issue as the claimant had canceled or missed several appointments due to various issues. The claimant would benefit from further physical therapy, two times a week for four weeks.

The claimant was seen by Dr. Cabot on 02/27/2019. The claimant had right shoulder numbness and tingling in the left arm and hand and pain for over one year. On examination, the claimant had positive Neer and Hawkins testing on the left and well healed incision. The claimant was diagnosed with left carpal tunnel syndrome versus cervical radiculopathy, status post arthroscopic rotator cuff repair and right shoulder impingement versus rotator cuff tear.

The claimant had a left shoulder MRI on 03/20/2019 that was read by Nik Wasudev, M.D. The claimant was status post supraspinatus tendon repair. There was no full-thickness re-tear. There was mild to moderate anterior supraspinatus tendon, which could indicate articular sided partial tearing. There was mild osteitis adjacent to the suture anchor, without displacement. There was mild subacromial/subdeltoid bursitis, and status post acromioplasty and distal clavicle resection. The claimant had mild proximal biceps tendinosis.

The claimant had a right shoulder MRI on 03/20/2019 that was read by Nik Wasudev, M.D. The claimant had irregular partial-thickness tear involving the junctional fibers of the supraspinatus and focally exceeding 50% of the tendon thickness. There were cystic changes of the supraspinatus footprint. There was mild lateral acromial spurring, low grade acromioclavicular joint arthrosis, thin but elongated intramuscular cyst of the superior aspect of the infraspinatus myotendinous junction, and low-grade interstitial tearing involving the subscapularis insertion superiorly.

The claimant was seen by Dr. Cadet on 04/03/2019. The claimant had right shoulder numbness and tingling in the left arm and hand. The claimant had 5/10 pain in her shoulders, 8/10 at the worst. On examination, the claimant had positive Phalen’s test on the left and positive carpal tunnel compression test at the left wrist. The claimant was to see a hand specialist for surgical consultation for carpal tunnel release. The claimant was to have right shoulder arthroscopy and was given a steroid injection in the left shoulder.

The claimant was seen by Dr. Cadet on 05/03/2019. The full report was not included for review.

An operative report was completed on 05/07/2019 by Dr. Cadet. The claimant had a pre- and postoperative diagnosis of right rotator cuff tear and shoulder impingement and labral fraying. The claimant had right shoulder arthroscopy, subacromial decompression, rotator cuff repair, and labral debridement. The claimant tolerated the procedure well. The claimant was to begin physical therapy.

The claimant was seen by Dr. Cadet on 05/22/2019. The claimant returned for her first postoperative check and had been compliant with her sling and her pain was well controlled. The claimant had well healed incisions without signs of infection.

The claimant's sutures were removed, and the claimant was to continue with the sling for two more weeks and follow up in 4-6 weeks.

The claimant had an initial physical therapy evaluation on 06/13/2019 with Dominick Zarella, P.T. The claimant could not work due to difficulty lifting and shoulder surgeries. The claimant had removed her postoperative sling. On examination, the claimant had tenderness of the right anterior deltoid and thoracic paraspinals and tenderness of the bicipital groove and scapula. There was pain with right shoulder range of motion. It was recommended that the claimant begin physical therapy two times a week for eight weeks.

The claimant was seen by Dr. Cadet on 07/08/2019. The claimant had a right rotator cuff repair, subacromial decompression, and labral debridement. The claimant had well healed incisions without signs of infections. The claimant could passively flex to 120 degrees and externally rotate to 60 degrees. The claimant was going to continue physical therapy to regain strength and range of motion and return in two months.

The claimant was seen by Rachel Taylor, PA-C on 08/21/2019. The claimant was three and a half months post rotator cuff repair and was still in physical therapy. The claimant complained of significant pain, especially anteriorly. The claimant had limited active range of motion of the right shoulder. The claimant had a cortisone injection in the anterior right glenohumeral joint.

The claimant was seen by Dr. Cadet on 10/09/2019. The claimant had completed five months of physical therapy since her right rotator cuff repair. The claimant had significant pain anteriorly, but her main issue was night stiffness. The claimant had a normal examination. The claimant was doing well in terms of strength, but Dr. Cadet was concerned about her pain. The claimant was given a Medrol dosepak and was to consider lysis of adhesions under anesthesia and was to follow up in two months.

The claimant was seen by Dr. Cadet on 12/11/2019. The claimant was seven months out from rotator cuff repair on the right and was still having anterior pain and stiffness. The claimant had limited active range of motion of the right shoulder. The claimant had improved right arm strength but due to a significant amount of stiffness, the claimant was to have an MRI of the right shoulder. The claimant was to follow up after and continue on light duty work.

The claimant was seen by Dominick Zarella, P.T., for a physical therapy assessment on 01/20/2020. The claimant had right shoulder pain with restricted range of motion, activity intolerance, and impaired strength. The claimant had chronic right shoulder pain with signs of impingement status post rotator cuff surgery. The claimant was not doing well considering the elapsed time since her surgery. The claimant had a poor prognosis. The claimant was to begin physical therapy once a week for 10 weeks.

The claimant was seen by Dr. Cadet on 01/22/2020. The claimant was 8.5 months post rotator cuff repair on the right and was still having stiffness. The claimant had tried a glenohumeral

injection, Medrol dosepak, and ultrasound guided subacromial injection. The claimant had not gotten significant relief from any of those but had some relief from the subacromial injection.

The claimant had limited ability to fully use her right arm due to pain and stiffness that was 5/10 in severity. The claimant was using Meloxicam as needed. The claimant had symmetric active and passive range of motion compared to the contralateral side but an otherwise normal examination. The claimant felt she needed more time with restrictions for work. Dr. Cadet did not think that the claimant could continue to improve and recommended that she continue strengthening exercises. The claimant was to continue with work restrictions and follow up in three months.

A physical medicine and rehabilitation review was completed by Dr. Rosenberg on 04/08/2020. The primary impairing diagnoses were pain in bilateral shoulders and shoulder stiffness. The clinically significant comorbid diagnosis was (rule out) left carpal tunnel syndrome. Based upon a discussion with Dominick Zarella, P.T. and review of the records, the claimant was given restrictions including no limitation with sitting, no limitation with standing and walking, no limitation with bending, squatting, or kneeling, occasional lifting and carrying up to 10 pounds (up to chest height level) with the right upper extremity, occasional lifting and carrying 15 pounds (up to chest height level) with the left upper extremity, no overhead reaching with the right upper extremity, occasional overhead reaching with the left upper extremity, occasional gripping and fingering on the left, no limitation with fingering and gripping on the right, frequent meant up to 66% of the time or 40 minutes of every hour, occasional meant up to 33 % of the time up to 20 minutes out of every hour. Available records reviewed do not reflect the inability to work for 8 hours per day within the above listed restrictions and limitations. These were supported from 03/31/2020 for an additional 3 months. While it was possible restrictions and limitations could continue through 01/07/2021 and beyond despite treatment, updated medical records in 3 months would be necessary to confirm support of any restrictions and limitations beyond that point. The claimant had some issues with attending physical therapy following her shoulder surgeries.

A work restrictions note was completed by Dr. Cadet on 04/22/2020. The claimant was not to use her arms overhead, push, or pull over 10 pounds, lift over 10 pounds, carry over 10 pounds, or floor to waist lift over 10 pounds, and continue on light duty.

The claimant had a functional capacity evaluation with Katherine Melton, P.T., M.P.T. on 06/08/2020. The claimant had a history of right rotator cuff repair and left rotator cuff repair. The claimant stated that she had a nerve conduction study that demonstrated bilateral carpal tunnel syndrome.  A Medium-Heavy demand level was required per patient description of her job and Light per dictionary of Occupational Therapy. The claimant was qualified for light duty. The claimant did not meet the lifting requirements of her prior job.

The claimant was seen by Dr. Cadet on 06/24/2020. The claimant had 5/10 left and right shoulder pain. The claimant took Meloxicam as needed. The claimant had mildly positive Neer and Hawkins testing on examination. The claimant’s functional capacity evaluation demonstrated that she was eligible to do light duty work with weight restrictions. The claimant

was to follow up on an as needed basis. The claimant had reached maximum medical improvement.

A restrictions form was completed on 06/24/2020 by Edwin Cadet, M.D. The claimant was permitted to do light duty work. Occasional lifting of 16 pounds, frequent lifting of 10 pounds, and constant lifting of 4 pounds.

The claimant was seen by Dr. Cadet on 08/22/2020. The claimant was 11 months out from her rotator cuff repair on the right and had been battling shoulder stiffness. The claimant was continuing with physical therapy but still had 3-4/10 pain severity. The claimant had limited active and passive range of motion compared to the contralateral side and weakly positive Speed and O'Brien's testing. The claimant had some mild delamination on the undersurface of the rotator cuff, but the integrity of the rotator cuff repair was intact. The claimant was to have functional capacity testing and continue with work restrictions of no overhead lifting and weight restriction of 10 pounds from floor to waist.

The claimant was seen by Dr. Lundberg on 11/11/2020. The claimant reported left upper back pain causing shortness of breath, dizziness, and an episode of incontinence one hour prior. The claimant woke up and rolled to her side and felt a sharp and pinching sensation in the left upper back. The pain worsened with movement. The claimant had tenderness in spasms in the left upper thoracic area with palpation. Pain was worse with overhead shoulder range of motion. The claimant was diagnosed with thoracic strain and was given nonsteroidal anti-inflammatory medication and muscle relaxant. The claimant was discharged to follow up with her primary care physician.

The claimant completed an Activities Questionnaire on 12/21/2020. The claimant reported constant pain in her shoulders since her surgery. The claimant had stiffness and numbness and problems with a pinched nerve and pain in her back and legs. The claimant would get up in the morning and help her granddaughters with virtual school and make lunch.

A long-term disability form was completed on 12/15/2020 by Dr. Cadet. The claimant was allowed to perform light duty work with occasional lifting 16 pounds, frequent lifting 10 pounds, and constant lifting 4 pounds, with referring to the functional capacity evaluation.

An initial physical therapy evaluation was completed on 01/04/2021 by Dominick Zarella, P.T. The claimant still had right shoulder pain and stated that she was not getting any better. The claimant had a recent scapular pain incident and went to the emergency department. The claimant had left rhomboid and thoracic paraspinal tenderness, trigger point rhomboid tenderness, and right sided tenderness in the anterior deltoid, biceps, levator scapulae, posterior deltoid, and thoracic paraspinals. The claimant had limited right shoulder range of motion and pain. The claimant was to begin physical therapy once a week for 10 weeks.

A letter was completed by Dr. Griggs on 01/04/2021. The claimant's primary impairing diagnoses were chronic bilateral shoulder pain with a history of a right rotator cuff repair on 05/07/2019 with continuing chronic pain. Dr. Cadet, the claimant's orthopedic surgeon, suggested that the claimant had not had any recent complaints about numbness or hand

symptoms and had ordered a functional capacity evaluation upon which restrictions and limitations were based.

These included: sitting up to an hour at a time with frequent position change recommended as instructed in physical therapy as well as with the ability to elevate her legs as needed while in a seated position. Maximum sitting was 8 hours in an 8 hour work shift, standing and walking each continuously no more than 30 minutes at a time and ideally alternating with sitting, maximum stand and walk 3 hours in an 8 hour day, avoidance of overhead reaching and lifting with any greater than 10 pounds occasionally, lifting from floor to waist and waist to shoulder not greater than 16 pounds occasionally and 10 pounds frequently, carrying, pushing, pulling for short distances, not over 15 feet and not over 20 pounds occasionally and not greater than 10 pounds frequently, and no restrictions for the use of bilateral upper extremities up to the shoulder height range including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as the use of a keyboard or mouse. The claimant's medical condition would allow her to participate in her usual life activities including any work-related activities which are within the above-noted restrictions and limitations.

A physical medicine and rehabilitation memo was completed on 01/11/2021 by Dr. Griggs. The primary impairing diagnoses were chronic right shoulder pain with a history of rotator cuff tear, subacromial impingement, and labral fraying with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 07/10/2018 as the primary impairing diagnosis. Comorbid diagnoses included chronic venous insufficiency (peripheral) and history of tuberculosis. There was significant impairment due to the chronic bilateral shoulder pain and limited range of motion for end ranges or rotation and overhead movement and weakness in those same ranges. The claimant noted that she was able to perform basic self-care independently but required help for heavier chores. The claimant was given specific restrictions and limitations. The claimant was to have these restrictions for 6 months and before these restrictions would be expected to change. Given the age of the claimant, significant interventions, and rehabilitation without improvement in status, the restrictions and limitations were most likely permanent. However, given the lack of documentation regarding possible presence of carpal tunnel syndrome, the clinical update should be obtained in six months. The claimant's treatment was consistent with the standard of care. Recommendations made by Dr. Cabot, however, were not documented to have been followed with an appropriate work up of the upper extremity numbness and tingling and a nerve conduction study was recommended to determine cervical radiculopathy vs. carpal tunnel syndrome. It was noted that the claimant had an attorney and possibly took care of her grandchildren.

A transferable skills analysis was completed on 01/15/2021 by Loris Ashworth, Med, CRC. The skills analysis determined occupations that the claimant's physical abilities and within her skill level. This included dispatcher, maintenance service, order control clerk, blood bank, and information clerk.

The claimant completed a letter on 02/02/2021. The claimant was disputing an adjustment in her disability. The claimant stated that she was under the care of Dr. Cadet and that he had

recommended that she enroll in physical therapy for her right shoulder and have restrictions on what she could and could not do.

There was no way for her to maintain her income and work in the same profession while doing this the claimant stated. The claimant stated that she had completed a nerve conduction study on 03/28/2019. The claimant stated that she could not perform her prior job.

**AP CONTACT:**

I called the number listed (919-781-5600) on 3/4/21 at 9:56am CST and left a message for a return call on Dr. Cadet's general office voicemail.

I called the number listed (919-781-5600) on 3/8/21 at 1:53pm CST and left a message for a return call on Dr. Cadet's general office voicemail.

At the time of submission, no return calls have been received.

**DIAGNOSIS:** Unspecified rotator cuff tear/rupture, not specified as trauma

**RESPONSE TO REFERRAL QUESTIONS:**

**1.Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The primary impairing diagnoses are chronic right shoulder pain (M25.511) with a history of rotator cuff tear (M75.121), subacromial impingement (M75.41), and labral fraying (S43.431A) with surgical repair on 05/07/2019 with continuing pain and chronic left shoulder pain (M25.512) with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 07/10/2018 as the primary impairing diagnosis.

**2.If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

The claimant has a clinically significant co-morbid diagnosis of chronic venous insufficiency-peripheral (I87.2).

**3.Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from -1/8/2021 to - present, and comment on the expected duration.**

**a.If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Based on the medical records reviewed, restrictions and limitations are supported from 01/08/2021 to present with a plan to reevaluate in 6 months. The claimant had a history of right

rotator cuff tearing, subacromial impingement, and labral fraying which was surgically corrected on 05/07/2019. She continued to have pain and immobility. She had previously required left rotator cuff repair, subacromial decompression, and distal clavicle incision on 07/10/2018. Due to the claimant's age and history of bilateral shoulder surgery with poor response to treatment and extensive physical therapy, the restrictions and limitations are likely to be permanent. These recommended restrictions and limitations are based upon the clinical history from the included medical records as a whole. According to an evaluation dated 01/11/2021, the claimant had continued chronic left shoulder pain despite multiple treatment modalities. The claimant required help for heavier chores. The claimant had limited range of motion along with weakness on examination bilaterally. Therefore, restrictions/limitations are warranted. Restrictions and limitations would include:

Sitting: Unrestricted

Standing: Unrestricted

Walking: Unrestricted

Lifting/carrying/pushing/pulling: up to 10 pounds occasionally; carrying, pushing, pulling for short distances not greater than 20 pounds occasionally or 10 pounds frequently bilaterally

Climbing stairs: Occasionally

Climbing ladders: Never

Stooping: Unrestricted

Kneeling: Unrestricted

Crouching: Unrestricted

Crawling: Never

Reaching Overhead: Never, bilaterally

Reaching at waist and desk level: Unrestricted bilaterally

Reaching below waist: Unrestricted bilaterally

Use lower extremities for foot controls: Unrestricted bilaterally.

Fine manipulation: Unrestricted bilaterally

Simple and firm grasping: Unrestricted bilaterally.

Keyboarding: Unrestricted bilaterally

Restrictions and limitations are supported and detailed above.

**4.As of 1/8/21 forward, please comment whether or not the claimant was able to reliably sustain full time work capacity, taking into consideration any restrictions/limitations you may have outlined. Please provide your rationale. Please Note: change in definition to Any**

**Occupation occurred 1/8/21; claim was paid through 1/20/21 while decision was completed. Claimant does not have any other records to submit other than what is on file.**

As of 01/08/021 forward, the claimant is able to sustain full-time work capacity taking into consideration the above restrictions and limitations outlined. In past visit notes, the claimant had documented clinical findings of right and left shoulder tenderness to palpation, particularly anteriorly, and recent painful and limited range of motion of the right shoulder. The claimant has a long-standing history of chronic bilateral shoulder pain and surgery to both shoulders with poor progress overall post-surgery. Although, there is a lack of relevant clinical notes for the period of 01/08/2021 forward, it is unlikely based on prior records, that the claimant's clinical situation would have improved significantly in regard to her shoulders. The claimant is able to work full time but with the included restrictions and limitations.

Sincerely,

Craig Lankford, M.D.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 24400 OK
License: M4267 TX

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Barbara McKeithan
Claim Number: 8520656
Case Number: 170534-1

"I, Craig B Lankford, MD, am a physician duly licensed to practice medicine in the State of __OK,TX___________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_______________________________________________________3/16/21______________
Signature of Physician Date

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC

E-mail: info@ecnime.com • Web: www.ecnime.com

Medical/Professional License #
License: 24400 OK
License: M4267 TX

___________________________________

**From:**Russell, Joshua <Joshua.Russell@genexservices.com>
**Sent:**Wed, 17 Mar 2021 21:28:21 +0000
**To:**VendorReferrals
**Subject:**B. McKeithan CL 8520656
**Attachments:**Peer Review.pdf, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,
Attached please find the Peer Review and Invoice for the above referenced claimant.
Please advise if we can further assist you with this file.
Thanks for the referral,

**Joshua Russell**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at: View My Cases**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 103910**

**Date** **3/17/2021**

***Bill To:***

**Heather Carignan**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

| | |
|---|---|
| **Claim #** | 8520656 |
| **Date of Loss:** | 7/10/2018 |
| **ECN #** | 170534-1 |
| **Account #** | |

**Claimant** Barbara McKeithan

| | | |
|---|---|---|
| 3/2/2021 | Peer Review - Long Term Disability: Service<br>Provider: Craig B Lankford, MD<br>Specialty: Physical Medicine & Rehab | $660.00 |
| | **SubTotal** | $660.00 |
| | **Final Invoice Total** | $660.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms: Net 30 days
Tax Id #: 95-3327434

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| UNILEVER, USA | BARBARA MCKEITHAN | 8520656 |

| | | | |
|---|---|---|---|
| Referred By: | Heather Carignan | Claimant DOB: | |
| Referral Date: | 02/27/2021 | Job Title: | TECHNICAL OPERATOR 3 - COMPOUNDING |
| Due Date: | 03/13/2021 | Medical/ Surgical Condition: | R shoulder pain;s/p RC tear, subacromial impingement, labral fraying, repair 5/7/19; chr l shoulder pain w/h/o RC repair, subac decomp w/distal clav |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | TCMS Special Circumstance | LDW: | 07/09/2018 |
| Report Date: | | DOD: | 07/10/2018 |
| Physical Demands: | | BBD: | 01/08/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 1/8/2021 to present, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

Name: E Cadet Phone Number: 1 (919) 781 5600 ex ----- Fax Number: 919 782 6578
Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

Other LTD Appeal. Change in definition to Any Occupation occurred 1/8/21; claim was paid through 1/20/21 while decision was completed. claimant does not have any other records to submit other than what is on file.

Additional Questions

Other As of 1/8/21 forward, please comment whether or not the claimant was able to reliably sustain full time work capacity, taking into consideration any restrictions/limitations you may have outlined. Please provide your rationale.

Other Not-covid related

Other Comments
Other Comments - null

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Saturday, February 27, 2021 4:30:06 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Unilever, USA Claim No. 8520656 Barbara McKeithan |
| Attachments: | 7ukijl92hewowr3yhhnz_10015096.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

February 27, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever's Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on February 2, 2021, including your appeal letter, list of appointments, Physical Therapy records for January 4, 2021 through January 27, 2021, and an office visit note from Schmidt, PA for January 28, 2021.

We have been attempting to reach you at to determine if you plan to submit any additional information to be reviewed as part of the appeal. Please contact us within 10 days from the date of this letter to advise us of your intention with respect to further information.

If we do not hear from you within the next 10 days or **March 8, 2021,** we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

From: LFGNotifications@LFG.com
Sent: Saturday, February 27, 2021 4:49:32 PM
To:
CC:
BCC:
Subject: [Send Secure]Unilever, USA Claim No. 8520656 Barbara McKeithan
Attachments: qi9jprb9rhweqddvfvb4_10015108.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

February 27, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your February 2, 2021, including PT records from January 4, 2021 through January 27, 2021, a list of your PT appointments, and a primary care office visit note for January 28, 2021.

We understand this is all of the information you intend to submit for our consideration of your ~ ( LTD) appeal. Consequently, your file has been forwarded to Lincoln’s Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 16262 during the hours of 7:30 am - 4:00 pm eastern, Monday - Friday.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than March 19, 2021. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan/ Policy.

Due to these special circumstances, an extension of time to process your appeal is required and we are

exercising our right to take such an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln’s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. BARBARA MCKEITHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

February 28, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Please see the attached letter regarding your LTD appeal status, emailed to you on February 27, 2021.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

Attachments: 8520656-ACKNOWLEDGE-FREEFORM-02.27.2021

From: LFGNotifications@LFG.com
Sent: Saturday, February 27, 2021 4:49:32 PM
To:
CC:
BCC:
Subject: [Send Secure]Unilever, USA Claim No. 8520656 Barbara McKeithan
Attachments: qi9jprb9rhweqddvfvb4_10015108.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

February 27, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your February 2, 2021, including PT records from January 4, 2021 through January 27, 2021, a list of your PT appointments, and a primary care office visit note for January 28, 2021.

We understand this is all of the information you intend to submit for our consideration of your ~ ( LTD) appeal. Consequently, your file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 16262 during the hours of 7:30 am - 4:00 pm eastern, Monday - Friday.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than March 19, 2021. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan/ Policy.

Due to these special circumstances, an extension of time to process your appeal is required and we are

exercising our right to take such an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Carignan
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

SOCIAL SECURITY ADMINISTRATION

**Re:**

Barbara A Mckeithan

Office of Hearings Operations
SSA OHO HEARING OFC
2ND FLOOR
150 ROWAN ST
FAYETTEVILLE, NC 28301-4920
Tel: 888-552-7169
Fax: 833-956-1140

February 09, 2021

Barbara A Mckeithan
[redacted]

**NOTICE OF HEARING – IMPORTANT REMINDER**

We recently mailed you a Notice stating the time of the hearing you requested. We enclosed with your Notice an Acknowledgement Form, which we asked you to complete and return. If you have **not** yet returned the Acknowledgement Form, please call the number listed above and tell us if you plan to come to your hearing. If you do not plan to come to your hearing, please tell us why you cannot come.

We expect you to be present at the hearing scheduled for:

**Day:** Tuesday **Date:** February 23, 2021 **Time:** 10:45 AM Eastern (ET)

An administrative law judge (ALJ) will conduct your hearing by telephone because we have found that you cannot appear in person, and video conferencing is not available. On the date and at the time listed above, the ALJ will call you at the telephone number in our file. The number is 910-670-6531. If this is not the correct telephone number, please call this office immediately.

If you do not attend the hearing, the administrative law judge (ALJ) may **dismiss** your request for hearing unless you have a good reason for not attending.

If you do not understand this notice, or if some unexpected problem arises, please call this hearing office at the phone number listed above.

Sincerely,

*Social Security Administration*

**SOCIAL SECURITY ADMINISTRATION**

**Re:**
Barbara A Mckeithan

Office of Hearings Operations
SSA OHO HEARING OFC
2ND FLOOR
150 ROWAN ST
FAYETTEVILLE, NC 28301-4920
Tel: 888-552-7169
Fax: 833-956-1140

February 09, 2021

Barbara A Mckeithan

*0202CIPA1000012*NOTAFP X3.CIPAFP ODARS R210209.P81K 000000000000000000CP031021020904100107900

## NOTICE OF HEARING – IMPORTANT REMINDER

We recently mailed you a Notice stating the time of the hearing you requested. We enclosed with your Notice an Acknowledgement Form, which we asked you to complete and return. If you have **not** yet returned the Acknowledgement Form, please call the number listed above and tell us if you plan to come to your hearing. If you do not plan to come to your hearing, please tell us why you cannot come.

We expect you to be present at the hearing scheduled for:

**Day:** Tuesday **Date:** February 23, 2021 **Time:** 10:45 AM Eastern (ET)

An administrative law judge (ALJ) will conduct your hearing by telephone because we have found that you cannot appear in person, and video conferencing is not available. On the date and at the time listed above, the ALJ will call you at the telephone number in our file. The number is 910-670-6531. If this is not the correct telephone number, please call this office immediately.

If you do not attend the hearing, the administrative law judge (ALJ) may **dismiss** your request for hearing unless you have a good reason for not attending.

If you do not understand this notice, or if some unexpected problem arises, please call this hearing office at the phone number listed above.

Sincerely,

*Social Security Administration*

Form HA-L503 (11-2020)
Claimant

See Next Page

**From:**Barbara Mckeithan <
**Sent:**Tue, 23 Feb 2021 13:46:16 +0000 (UTC)
**To:**DisabilityDocuments
**Subject:**Copy letter

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Copy of my letter showing my court date is today never received any social security i will have my attorney over my SSDI send a copy everything stating I have Not received any benefits ...thank you Barbara McKeithan

**SOCIAL SECURITY ADMINISTRATION**

**Re:**

Barbara A Mckeithan

Office of Hearings Operations
SSA OHO HEARING OFC
2ND FLOOR
150 ROWAN ST
FAYETTEVILLE, NC 28301-4920
Tel: 888-552-7169
Fax: 833-956-1140

February 09, 2021

Barbara A Mckeithan

## NOTICE OF HEARING – IMPORTANT REMINDER

We recently mailed you a Notice stating the time of the hearing you requested. We enclosed with your Notice an Acknowledgement Form, which we asked you to complete and return. If you have **not** yet returned the Acknowledgement Form, please call the number listed above and tell us if you plan to come to your hearing. If you do not plan to come to your hearing, please tell us why you cannot come.

We expect you to be present at the hearing scheduled for:

**Day:** Tuesday **Date:** February 23, 2021 **Time:** 10:45 AM Eastern (ET)

An administrative law judge (ALJ) will conduct your hearing by telephone because *we have found that* you cannot appear in person, and video conferencing is not available. *On the date and at the time listed* above, the ALJ will call you at the telephone number in our file. The number is *910-670-6531. If this is* not the correct telephone number, please call this office immediately.

If you do not attend the hearing, the administrative law judge (ALJ) may **dismiss** your request for hearing unless you have a good reason for not attending.

Lincoln/McKeithan 0222

Lincoln/McKeithan 0222

## SOCIAL SECURITY ADMINISTRATION

**Re:**
Barbara A Mckeithan

Office of Hearings Operations
SSA OHO HEARING OFC
2ND FLOOR
150 ROWAN ST
FAYETTEVILLE, NC 28301-4920
Tel: 888-552-7169
Fax: 833-956-1140

February 09, 2021

Barbara A Mckeithan

*0202CIPA100001P*NOTAPP X3 CIPAPP ODARS R210209.PS1K

### NOTICE OF HEARING – IMPORTANT REMINDER

We recently mailed you a Notice stating the time of the hearing you requested. We enclosed with your Notice an Acknowledgement Form, which we asked you to complete and return. If you have **not** yet returned the Acknowledgement Form, please call the number listed above and tell us if you plan to come to your hearing. If you do not plan to come to your hearing, please tell us why you cannot come.

We expect you to be present at the hearing scheduled for:

**Day:** Tuesday **Date:** February 23, 2021 **Time:** 10:45 AM Eastern (ET)

An administrative law judge (ALJ) will conduct your hearing by telephone because we have found that you cannot appear in person, and video conferencing is not available. On the date and at the time listed above, the ALJ will call you at the telephone number in our file. The number is 910-670-6531. If this is not the correct telephone number, please call this office immediately.

If you do not attend the hearing, the administrative law judge (ALJ) may **dismiss** your request for hearing unless you have a good reason for not attending.

If you do not understand this notice, or if some unexpected problem arises, please call this hearing office at the phone number listed above.

Sincerely,

*Social Security Administration*

See Next Page

Lincoln/McKeithan 0224

# Lincoln Financial Group Appeal Referral

**Appeal Referral From: CHARLOTTE**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 587 | Manager: | ADAMS, STEPHANIE | Case Mgr: | JOHNSON, RENATA |

| | | | |
|---|---|---|---|
| Claimant Name: | BARBARA A MCKEITHAN | Claim #: | 8520656 |
| Occupation (Job Title): | TECHNICAL OPERATOR 3 | Date Sent: | 2/16/2021 |
| Diagnosis: | M75.10 Unsp rotatr-cuff tear/ruptr, not specified as traumatic, | | |
| Date of Disability: | 7/10/2018 | Date Benefits Began: | 1/8/2019 |
| Maximum Duration: | 2/21/2032 | Paid Through: | 1/20/2021 |
| Date of Denial or (DB451): | 1/21/2021 | Date Appeal Received: | 2/4/2021 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | UNILEVER, USA | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Laverne Henegain

ER Contact Addresses (including email address):

Laverne.Henegain@unilever.com

Phone No. 0000000000 FAX No. 0000000000

Account Specific or Unique Contract Issues / Additional Info:

n/a

**FirstHealth of the Carolinas**
HIM - Release of Information
155 Memorial Drive
PO Box 3000
Pinehurst, NC 28374

2/8/21

LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA, NE 68172-9688

RE: Request ID: 9849611
Records of: Barbara Mckeithan
MRN: 3778305
Date of Birth:
Date request received: 2/8/2021

TO: LINCOLN FINANCIAL GROUP:

The enclosed records for Barbara Mckeithan have been provided to you by the Release of Information Unit at Firsthealth of the Carolinas. These photocopies have been made from the original records and the confidentiality of these records is protected by both State and Federal laws. These copies are intended exclusively for the requested purpose and should not be redisclosed without the written authorization of the person to whom they pertain or as specifically permitted by law. If you have any questions, please contact us at (910) 715-2443.

Thank you.

**Progress Notes by Dominick Vincent Zarrella, PT at 1/4/2021 2:30 PM**

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 1/12/2021 11:50 AM Encounter Date: 1/4/2021 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Physical Therapy Initial Evaluation

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Today's Date: 1/4/2021

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Referring Physician: Cadet, Edwin, MD

## Patient Medical History

There is no problem list on file for this patient.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SHOULDER SURGERY<br>*arthroscopic SAD with partial acromioplasty, distal claviculectomy (mumford), RTC repair of partial tear* | Left | 07/10/2019 |

## History of Present Illness

**Subjective**

HPI

**Subjective Evaluation**

00002 02/16/2021 01014250 004 094

**History of Present Illness**
Mechanism of injury: Patient is still experiencing right shoulder pain dating back to S/P right RTC repair on 5/7/2019. "It's not getting any better." She also had a recent incident where she had a sharp, searing left scapula pain that caused her to go to the ER (11/11/2020).

**Pain**
Current pain rating: 4
At best pain rating: 3
At worst pain rating: 8
Quality: dull ache, sharp, tight, pulling and discomfort
Aggravating factors: lifting, movement, overhead activity and keyboarding
Progression: no change

Hand dominance: right

**Patient Goals**
Patient goals for therapy: decreased pain, increased motion and increased strength

## Objective Findings

**Objective**

**Static Posture**

**Head**
Forward.

**Shoulders**
Elevated and rounded.

**Postural Observations**
Seated posture: fair
Standing posture: fair
Correction of posture: has no consistent effect

**Palpation**
Left
Tenderness of the rhomboids and thoracic paraspinals.
Trigger point to rhomboids and thoracic paraspinals.

Right Tenderness of the anterior deltoid, biceps, levator scapulae, posterior deltoid, rhomboids, supraspinatus and thoracic paraspinals.

00002 02/16/2021 01014250 004 095

**Progress Notes by Dominick Vincent Zarrella, PT at 1/4/2021 2:30 PM (continued)**

Trigger point to rhomboids and supraspinatus.

**Active Range of Motion**
Left Shoulder
Normal active range of motion

Right Shoulder
Flexion: 150 degrees with pain
Extension: 40 degrees with pain
Abduction: 135 degrees
External rotation 0°: 40 degrees with pain
Internal rotation 0°: 40 degrees with pain

**Strength/Myotome Testing**

Left Shoulder

Planes of Motion
Flexion: WFL
Extension: WFL
Abduction: WFL
External rotation at 0°: WFL
Internal rotation at 0°: WFL

Right Shoulder

Planes of Motion
Flexion: 4
Extension: 4+
Abduction: 4-
External rotation at 0°: 3+
Internal rotation at 0°: 3+

Additional Strength Details
Right shoulder strength recorded in available range

**Tests**

Right Shoulder
Negative drop arm.

**Functional Status:**



Lincoln/McKeithan 0232

## Physical Therapy Assessment

**Assessment**

**Assessment & Plan**

**Assessment**
Impairments: abnormal or restricted ROM, activity intolerance, impaired physical strength, lacks appropriate home exercise program and pain with function
Assessment details: Chronic right shoulder pain that precedes and continues even after right RTC repair on 5/7/2019. Skilled PT required 1 x week for 10 weeks to address all deficit areas and to educate patient in HEP for self-management of condition.

**Goals**
STGs (within 5 weeks):
Patient will independently verbalize and demo full understanding with initial HEP.
Patient will verbalize pain management strategies including cryotherapy and moist heat therapy in order to manage symptoms with lifting and standing activities.
Patient will demo improved postural and shoulder alignment in order to improve GH joint mechanics with ADLs.
Patient will report decreased max shoulder pain to a 5/10 on a VAS in order to improve quality of life and improve performance with work related activities.
LTGs (within 10 weeks):
Patient will improve SPADI score by 25% in order to improve tolerance and performance with overhead lifting >3#.
Patient will present with improved shoulder girdle strength to >4/5 MMT grade in order to improve shoulder stabilization with overhead activities.
Patient will present with improved shoulder AROM to WNL in order to improve GH/scapular mobility with FIR/FER activities.
Patient will report decreased shoulder pain to 0-3/10 on a VAS in order to return to PLOF with recreational and leisure activities.

**Plan**
Planned therapy interventions: aquatic therapy, electric stimulation-pain relief, hot/cold pack application, manual therapy, ultrasound and therapeutic exercise
Frequency: 1x week
Duration in weeks: 10
Treatment plan discussed with: patient

## PT Complexity Statement

### Medical History Domain

Personal factors and / or comorbidities:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

Other

As listed above, this patient has a history of 3 personal factors and / or comorbidities that impact this plan of care.

### Body Systems Domain

As seen in the problem list and functional limitations listed above, this patient presents with 1 elements form: body structures and functions, activity limitations, and / or participating restrictions that impact this plan of care.

## Functional Outcomes Domain

The results of this functional outcomes measure indicate a Low level of functional disability / impairment requiring that level of complexity in clinical decision making for the completion of this evaluation and plan of care.

## Clinical Presentation

This patient's clinical presentation is stable and unchanging.

## Overall Complexity

**Low**

## Treatment / Interventions

Physical therapy evaluation completed (20 minutes);

Manual therapy x 23 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right rhomboid, right anterior/ posterior deltoid muscles.

Proceed with POC next.

Dominick Vincent Zarrella, PT

00002 02/16/2021 01014250 004 099

Electronically Authenticated by Dominick Vincent Zarrella, PT on 1/12/2021 11:50 AM

**Progress Notes by Dominick Vincent Zarrella, PT at 1/13/2021 1:15 PM**

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 1/14/2021 12:43 PM Encounter Date: 1/13/2021 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 1/13/2021

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Cadet, Edwin, MD

## Subjective

Subjective: Patient with c/o bilateral medial scapular pain, right shoulder pain (at the region of right AC joint)

## Treatment / Interventions

Objective: Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, anterior/ posterior deltoid muscles.

## Physical Therapy Plan

**Assessment**

Assessment/Plan: continues to demonstrate multiple trigger points t/o right shoulder girdle; proceed with POC.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 1/14/2021 12:43 PM

**Progress Notes by Dominick Vincent Zarrella, PT at 1/20/2021 1:15 PM**

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 1/21/2021 1:20 PM Encounter Date: 1/20/2021 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 1/20/2021

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Cadet, Edwin, MD

## Subjective

Subjective: continued c/o right shoulder pain that increases with even low level activity.

## Treatment / Interventions

Objective:

00002 02/16/2021 01014250 004 101

**Progress Notes by Dominick Vincent Zarrella, PT at 1/20/2021 1:15 PM (continued)**

Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, anterior/ posterior deltoid muscles; PROM stretch right shoulder all planes; grade I short axis distraction.

## Physical Therapy Plan

**Assessment**

Assessment/Plan: decreased trigger point activity noted post treatment. Proceed with gentle strengthening next.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 1/21/2021 1:20 PM

**Progress Notes by Dominick Vincent Zarrella, PT at 1/27/2021 1:00 PM**

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 2/2/2021 4:18 PM Encounter Date: 1/27/2021 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 1/27/2021

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

00002 02/16/2021 01014250 004 102

**Progress Notes by Dominick Vincent Zarrella, PT at 1/27/2021 1:00 PM (continued)**

Physician: Cadet, Edwin, MD

## Subjective

Subjective: Reports that her right shoulder is tight, tense and painful all the time.

## Treatment / Interventions

Objective:

Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles; grade I, II PAs, short axis distraction; PROM stretch right shoulder all planes.

## Physical Therapy Plan

**Assessment**

Assessment/Plan: Good PROM right shoulder post treatment; proceed with POC.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 2/2/2021 4:18 PM

**Progress Notes by Eric Schmidt V, PAC at 1/28/2021 5:45 PM**

Author: Eric Schmidt V, PAC Service: — Author Type: Physician Assistant
Filed: 1/31/2021 12:56 PM Encounter Date: 1/28/2021 Status: Signed
Editor: Eric Schmidt V, PAC (Physician Assistant)

**Patient Name:** Barbara McKeithan
**Date Of Birth:**
**Medical Record Number:** 3778305
**Date:** 1/28/2021

**Progress Notes by Eric Schmidt V, PAC at 1/28/2021 5:45 PM (continued)**

**Time:** 12:56 PM
Barbara McKeithan is a 53 y.o. female.

## CHIEF COMPLAINT

Sore Throat (x's 4 days, pt says her throats hurts only when she coughs) and Cough (x's 1 week, pt was expo to covid over 2 weeks)

## ASSESSMENT AND PLAN

**Assessment/Plan**
**Problem List**

None

**Visit Diagnoses**

**Upper respiratory tract infection, unspecified type** - Primary
**COVID-19 ruled out**
Relevant Orders
*SARS-CoV-2 (Aptima) (Completed)*

**Bronchitis**
Relevant Medications
benzonatate (Tessalon Perles) 100 mg capsule

**MDM**

Number of Diagnoses or Management Options
Bronchitis:
COVID-19 ruled out:
Upper respiratory tract infection, unspecified type:
Diagnosis management comments: 53-year-old female complain of cough x1 week, sore throat x4 days. Patient believes that she had been exposed to some with COVID over last 2 weeks. No nausea no vomiting no diarrhea no fever. No shortness of breath. Cough is nonproductive. No shortness of breath with activity. Patient presents with a cough that is likely an acute bronchitis and viral in nature. No indication for antibiotics during this visit The patient is nontoxic and in no distress and without any red flag features. No respiratory distress noted. Oxygen saturations are normal. The patient is to follow up with primary care within a week. Patient is go to the ER for any new, changing, worsening symptoms or for any concerns. This was discussed in detail with the patient and any questions were answered. The patient agrees with the plan and is comfortable going home. This patient meets the current guidelines for further COVID-19 evaluation. The patient also has no clinical features suggestive of pneumonia. Proper paperwork filled out. Patient given instructions for self isolation. COVID19 test collected and pending. Patient is in no respiratory distress and has unremarkable oxygen saturations. Hemodynamically stable.

Amount and/or Complexity of Data Reviewed
Clinical lab tests: ordered
Decide to obtain previous medical records or to obtain history from someone other than the patient: yes

00002 02/16/2021 01014250 004 104

Review and summarize past medical records: yes
Independent visualization of images, tracings, or specimens: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: low
Management options: low

This encounter has occurred during a public health emergency, specifically the COVID-19 pandemic. Our staff have instituted additional safety precautions for the safety of our patients, including but not limited to: additional PPE (personal protective equipment) offered to staff and patients, temperature screening at our entrance, additional staggered time for arrival, clinic spacing for social distancing, and additional enhanced cleaning/disinfection between patients.

## HISTORY OF PRESENT ILLNESS

**Subjective**
53-year-old female complain of cough x1 week, sore throat x4 days. Patient believes that she had been exposed to some with COVID over last 2 weeks. No nausea no vomiting no diarrhea no fever. No shortness of breath. Cough is nonproductive. No shortness of breath with activity.

There is no problem list on file for this patient.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Itching |

No LMP recorded.

Current Outpatient Medications:
• benzonatate (Tessalon Perles) 100 mg capsule, Take 1 capsule (100 mg total) by mouth three times a day as needed for cough for up to 20 doses., Disp: 20 capsule, Rfl: 0
• cyclobenzaprine (FLEXERIL) 10 mg tablet, Take 1 tablet (10 mg total) by mouth two times a day as needed for muscle spasms for up to 10 days., Disp: 20 tablet, Rfl: 0

## HISTORIES REVIEWED

The following sections of the medical record have been reviewed, and updated as appropriate, during this encounter.
Tobacco | Allergies | Meds | Problems | Med Hx | Surg Hx | Fam Hx |

## REVIEW OF SYSTEMS

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for congestion and sore throat. Negative for trouble swallowing.
Eyes: Negative for pain, discharge and redness.

**Progress Notes by Eric Schmidt V, PAC at 1/28/2021 5:45 PM (continued)**

Respiratory: Positive for cough. Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating and frequency.
Musculoskeletal: Negative for myalgias.
Neurological: Negative for dizziness, light-headedness and headaches.

**Objective**
**Vitals:**

| | 01/28/21 1805 |
|---|---|
| BP: | **(!) 138/88** |
| BP Location: | Right arm |
| Patient Position: | Sitting |
| Pulse: | 86 |
| Resp: | 17 |
| Temp: | 36.6 °C (97.9 °F) |
| TempSrc: | Tympanic |
| SpO2: | 97% |

**BP Readings from Last 3 Encounters:**

| | |
|---|---|
| 01/28/21 | **(!) 138/88** |
| 11/11/20 | **(!) 133/71** |
| 02/25/18 | 117/66 |

There is no height or weight on file to calculate BMI.

**PHYSICAL EXAMINATION**

**Physical Exam**
Vitals signs reviewed.
Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane and ear canal normal.
Left Ear: Tympanic membrane and ear canal normal.
Nose: Mucosal edema and congestion present. No nasal deformity, septal deviation or laceration.
Mouth/Throat:
Pharynx: Uvula midline. No oropharyngeal exudate or posterior oropharyngeal erythema.
Tonsils: No tonsillar abscesses.
Neck:
Musculoskeletal: Normal range of motion and neck supple.
Thyroid: No thyromegaly.
Trachea: No tracheal deviation.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds, S1 normal and S2 normal.
Pulmonary:
Effort: Pulmonary effort is normal.

Breath sounds: Normal breath sounds. No wheezing or rhonchi.

Abdominal:
- General: There is no distension.
- Palpations: Abdomen is soft.
- Tenderness: There is no abdominal tenderness.

Lymphadenopathy:
- Cervical: No cervical adenopathy.

Skin:
- General: Skin is warm and dry.
- Findings: No ecchymosis, erythema or rash.

## FOLLOW UP

Return if symptoms worsen or fail to improve.
Eric A Schmidt, PAC

Electronically Authenticated by Eric Schmidt V, PAC on 1/31/2021 12:56 PM

**END OF REPORT**

Good evening,

This email is in reference to the adjustment made to my disability. I am disputing the change in status as I am currently under the care of Dr. Edwin Cadet. Under his recommendation, I am enrolled in physical therapy for my right shoulder and have restrictions on what I can and cannot do. There is no way for more to maintain my income and work in the same profession while under these circumstances. I signed a contract in July 2018 with the provision that I will start on short term disability before being moved to long term disability. I have not received an updated contact discussing having my disability cut off. I should be grandfathered in under the contract I agreed to. I have not spoken with my case worker since December 2020. In the letter I did receive, there were many statements that were untrue or miscommunicated. It read that I was tired because I was awake at 4:00 with my granddaughter; during the night, she awoke with a nosebleed and started to cry. I would have been personally irresponsible of me to ignore this. The letter also stated that I never completed a recommended nerve conduction velocity testing and electromyography. I completed this test on 28 March 2019. I have proof that I completed this in the form of a bill I have received.

When we spoke today via telephone, you informed me that there were several jobs hiring someone with my skills. You did not take in consideration that I am on restrictions for medical reasons and would likely not receive said job. If I were to go back to Unilever, I could not perform any tasks without causing further injury. The worst case scenario is that I go back to work under your recommendation and receive a worse injury or lose the use of my limb. I was hurt working for Unilever, I do not believe I should accept any job and lower my standard of living because of work related incidents.

I am disappointed in how my case worker handled this situation. Instead of receiving my payment, I received a letter informing me my benefits would be cut off. I have a court hearing on 23 February 2021 and will be taking that letter with my proof into court with my attorney.

Very respectfully,

Barbara Ann Mckeithan
Cell:
Email:

Claim # 8520656

00001 02/09/2021 01013762 001 001

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. BARBARA MCKEITHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 9, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Your Disability Claim Manager referred your disability claim to the Financial Review Services Unit, because you were pursuing Social Security benefits at the time your claim closed.

As you know, your employer's disability plan requires us to reduce your disability benefits by the amount of income you receive from other sources, including Social Security, for yourself and any eligible dependents. A retroactive award may cause your disability claim to be considered overpaid, and you are responsible for repaying amounts paid for periods covered by your Social Security award. This obligation remains regardless of the status of your disability claim.

To update our files, please provide a copy of your most recent status from the Social Security Administration **via email to: Disabilitydocuments@LFG.com** . This could be in the form of a Denial letter or a Notice of Award. If your claim is still Pending, please keep this letter and reach out once a decision is made. If you are working with Allsup, The Advocator Group, or Doherty Cella Keane then you do not have to follow up, as they will notify us of status. If you are awarded, please provide a copy of your Notice of Award letter. Please be sure not to spend any retroactive payment you receive until we determine the overpayment of your benefits.

If you are unable to locate a copy of your most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Chaput
Financial Ops Admin

Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 559-0318

Cadence Scheduling

FIRSTHEALTH OF THE CAROLINAS

**Patient Itinerary**

Printed: 1/13/21 Pa 1:0

Name: McKeithan,Barbara

Address: [redacted]

Gender: Female

DOB: [redacted]

Home Ph: [redacted]

| Date | Time | Provider/Resource | Dept Phone |
|---|---|---|---|
| 1/13/21 Wed | 1:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 1/20/21 Wed | 1:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 1/27/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/3/21 Wed | 9:30 AM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/10/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/17/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |

Cadence Scheduling

FIRSTHEALTH OF THE CAROLINAS

**Patient Itinerary**



Printed: 1/13/21

Name: McKeithan,Barbara
Address: [redacted]

Gender: Female
DOB: [redacted]
Home Ph: [redacted]

| Date | Time | Provider/Resource | Dept Phone |
|---|---|---|---|
| 1/13/21 Wed | 1:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 1/20/21 Wed | 1:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 1/27/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/3/21 Wed | 9:30 AM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/10/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/17/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |

**From:**Barbara Mckeithan <
**Sent:**Thu, 4 Feb 2021 17:09:19 +0000 (UTC)
**To:**DisabilityDocuments

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To show I still have physical therapy appointments and soon as I receive the release letter from FirstHealth so I can sign and release my medical/physical therapy reports they will send to who ever need them or responsible for my case.thank you Barbara McKeithan case #8520656



Cadence Scheduling

FIRSTHEALTH OF THE CAROLINAS

**Patient Itinerary**

Printed: 1/13/21 1:0

Name: McKeithan,Barbara
Address: [redacted]

Gender: Female
DOB: [redacted]
Home Ph: [redacted]

| Date | Time | Provider/Resource | Dept Phone |
|---|---|---|---|
| 1/13/21 Wed | 1:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 1/20/21 Wed | 1:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 1/27/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/3/21 Wed | 9:30 AM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/10/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/17/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |

**From:** Barbara Mckeithan
**To:** DisabilityDocuments
**Subject:** Appeal Review Unit
**Date:** Thursday, February 4, 2021 5:57:04 PM
**Attachments:** Message.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**From:** Barbara Mckeithan
**To:** DisabilityDocuments
**Subject:** Claim#08520656
**Date:** Thursday, February 4, 2021 6:06:23 PM

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Copy of my physical therapy appointments @FirstHealth of Carolinas 313 Teal Drive Raeford NC,soon as I get the release form to sign I will signed it and they will release my medical records to whomever it will be over my case for Review thank you Barbara McKeithan



Cadence Scheduling
FIRSTHEALTH OF THE CAROLINAS
**Patient Itinerary**
Printed: 1/13/21 1:0
Name: McKeithan, Barbara [redacted]
Address: [redacted]
Gender: Female
DOB: [redacted]
Home Ph: [redacted]

| Date | Time | Provider/Resource | Dept Phone |
|---|---|---|---|
| 1/13/21 Wed | 1:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 1/20/21 Wed | 1:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 1/27/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/3/21 Wed | 9:30 AM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/10/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/17/21 Wed | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |

**Subject** Barbara McKeithan

**From** Brittany Norfleet
<britnorfleet@gmail.com>

**To:** <disabilitydocuments@lfg.com>,
<
<clients@heardandsmith.com>

**Date** Feb 2 at 7:40 PM

Good evening,

This email is in reference to the adjustment made to my disability. I am disputing the change in status as I am currently under the care of Dr. Edwin Cadet. Under his recommendation, I am enrolled in physical therapy for my right shoulder and have restrictions on what I can and cannot do. There is no way for more to maintain my income and work in the same profession while under these circumstances. I signed a contract in July 2018 with the provision that I will start on short term disability before being moved to long term disability. I have not received an updated contact discussing having my disability cut off. I should be grandfathered in under the contract I agreed to. I have not spoken with my case worker since December 2020. In the letter I did receive, there were many statements that were untrue or miscommunicated. It read that I was tired because I was awake at 4:00 with my granddaughter; during the night, she awoke with a nosebleed and started to cry. I would have been personally irresponsible of me to ignore this. The letter also stated that I never completed a recommended nerve conduction velocity testing and electromyography. I completed this test on 28 March 2019. I have proof that I completed this in the form of a bill I have received.

When we spoke today via telephone, you informed me that there were several jobs hiring someone with my skills. You did not take in consideration that I am on restrictions for medical reasons and would likely not receive said job. If I were to go back to Unilever, I could not perform any tasks without causing further injury. The

any tasks without causing further injury.  The worst case scenario is that I go back to work under your recommendation and receive a worse injury or lose the use of my limb.  I was hurt working for Unilever, I do not believe I should accept any job and lower my standard of living because of work related incidents.

I am disappointed in how my case worker handled this situation.  Instead of receiving my payment, I received a letter informing me my benefits would be cut off.  I have a court hearing on 23 February 2021 and will be taking that letter with my proof into court with my attorney.

Very respectfully,
Barbara Ann Mckeithan
Cell:
Email: or
britnorfleet@gmail.com

**From:**Brittany Norfleet <britnorfleet@gmail.com>
**Sent:**Tue, 2 Feb 2021 19:40:30 -0500
**To:**DisabilityDocuments; clients@heardandsmith.com
**Subject:**Barbara McKeithan

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good evening,

This email is in reference to the adjustment made to my disability. I am disputing the change in status as I am currently under the care of Dr. Edwin Cadet. Under his recommendation, I am enrolled in physical therapy for my right shoulder and have restrictions on what I can and cannot do. There is no way for more to maintain my income and work in the same profession while under these circumstances. I signed a contract in July 2018 with the provision that I will start on short term disability before being moved to long term disability. I have not received an updated contact discussing having my disability cut off. I should be grandfathered in under the contract I agreed to. I have not spoken with my case worker since December 2020. In the letter I did receive, there were many statements that were untrue or miscommunicated. It read that I was tired because I was awake at 4:00 with my granddaughter; during the night, she awoke with a nosebleed and started to cry. I would have been personally irresponsible of me to ignore this. The letter also stated that I never completed a recommended nerve conduction velocity testing and electromyography. I completed this test on 28 March 2019. I have proof that I completed this in the form of a bill I have received.

When we spoke today via telephone, you informed me that there were several jobs hiring someone with my skills. You did not take in consideration that I am on restrictions for medical reasons and would likely not receive said job. If I were to go back to Unilever, I could not perform any tasks without causing further injury. The worst case scenario is that I go back to work under your recommendation and receive a worse injury or lose the use of my limb. I was hurt working for Unilever, I do not believe I should accept any job and lower my standard of living because of work related incidents.

I am disappointed in how my case worker handled this situation. Instead of receiving my payment, I received a letter informing me my benefits would be cut off. I have a court hearing on 23 February 2021 and will be taking that letter with my proof into court with my attorney.

Very respectfully,
Barbara Ann Mckeithan
Cell:
Email:

**From:** LincolnAbsenceNotification@lfg.com
**To:**
Corette.CosbertBoone@unilever.com;Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM;DENISE.JACKSON@UNILEVER.COM
**Cc:** wendy.colegrove@unilever.com;laverne.henegain@unilever.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability Status for Barbara Mckeithan, EmpID 000428836, Disability Claim No. 8520656

This is to notify you that there has been a change in the status of your employee's long term disability claim.

**ACTION REQUIRED:**

Please connect with the employee's People Experience Lead (PEL) on next steps.

**Long Term Disability Information:**

Benefit Payments Period: 1/8/2019 thru 1/20/2021

Disability Claim Status: Closed - The LTD claim has closed because the claimant is not totally disabled from Any Occupation, as specified by the policy's definition of disability.

**IMPORTANT NOTE —** Upon the employee's return to work, please ensure that they are properly restored to an active status in Workday. Failure to report the actual return to work date could result in a delay in payment of the employee's salary. Please instruct the employee's People Experience Lead (PEL) to make this update.

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 14081 or contact the assigned Case Manager at Renata.Johnson@lfg.com. Please be sure to reference claim number 8520656.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

# Billing Statement:

**Invoice Date: 01/06/2021** **Invoice #: 713391-1341**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Dec 1 2020 and Dec 31 2020**

**L-CLTLTD** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7293989<br>8520656 | MCKEITHAN, BARBARA<br>RALEIGH ORTHOPAEDIC CLINIC | Complete | 12/16/20 | $ 8.00 | $ 58.00 | $ 0.00 | $ 0.00<br>30 | **$ 66.00** |
| 7293990<br>8520656 | MCKEITHAN, BARBARA<br>FAYETTEVILLE ORTHOPAEDICS | Canceled | 12/23/20 | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 4.00** |
| 7293991<br>8520656 | MCKEITHAN, BARBARA<br>FIRSTHEALTH MOORE REGIONAL HO... | Complete | 12/23/20 | $ 8.00 | $ 34.10 | $ 0.00 | $ 0.00<br>13 | **$ 42.10** |
| 7293988<br>8520656 | MCKEITHAN, BARBARA<br>FERNCREEK CARDIOLOGY | Complete | 12/10/20 | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>6 | **$ 8.00** |
| 7293987<br>8520656 | MCKEITHAN, BARBARA<br>FIRSTHEALTH OF THE CAROLINAS | Complete | 12/22/20 | $ 8.00 | $ 31.90 | $ 0.00 | $ 0.00<br>11 | **$ 39.90** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **$ 160.00**

**Tax ID: 95-2843455**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. BARBARA MCKEITHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

January 23, 2021

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation since January 8, 2019. Uniliver's LTD policy contains a change in the definition of disability, which states the following:

***"Disability" or "Disabled"*** *means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted*

*by training, education, experience, age, physical and mental capacity.*

To remain eligible for benefits beyond the change in the definition of disability, your must be disabled from any occupation as stated above. Since your benefits began on January 8, 2019, the change in the definition will occur on January 7, 2021.

In order to determine your work capacity, your medical file was reviewed by a a physician board certified in physical medicine and rehabilitation. The following medical documentation was received from your treating physicians and were part of the review:

- Progress notes, Dr. Barnes, November 26, 2018- January 3, 2019
- Progress notes, First Health Hospital, January 8, 2019-November 11, 2020
- Progress notes, Dr. McKeithan, February 27, 2019
- Progress notes, Dr. Cadet, February 27, 2019-December 15, 2020
- Progress notes, Dr. Thomas, July 10, 2020-November 9, 2020

A summary of the review follows:

*"The information in the medical record supports chronic right shoulder pain {M25.511} with a history of articular rotator cuff tear {M75.102}, subacromial impingement {M75.121}and labral fraying {M75.41} with surgical repair on 5/07/2019 and with continuing pain; and chronic left shoulder pain {M25.512} with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 7/10/2018 as the primary impairing diagnoses.*

*The information in the medical record supports the following co-morbid conditions that may impact impairment:*

- *Chronic venous insufficiency- peripheral {I87.2}*
- *History of tuberculosis*

*Significant impairment exists due to chronic bilateral shoulder pain with limited motion for end ranges of rotation and overhead movement and weakness in these same ranges. In her self-description of function on 12/21/2020 the claimant noted that she is able to perform basic functional activities of self-care independently such as bathing, grooming and dressing with occasional assist from her daughter, driving up to 45 minutes, financial management and opening and responding to mail. She is helped for heavier chores by her children such as carrying groceries, cooking, cleaning and laundry. The above noted impairments translate reasonably to the following restrictions and limitations:*

- *Sitting up to an hour at a time with frequent position change recommended as instructed in P.T. as well as with the ability to elevate her legs as needed while in the seated position. Maximum sitting 8 hours in a work shift.*
- *Standing and walking each continuously no >30 minutes at a time and ideally alternating with sitting. Maximum stand and walk 3 hours in an 8- hour day.*
- *Avoidance of overhead reaching and lifting with any >10lbs. occasionally.*
- *Lifting from floor to waist and waist to shoulder no >16lbs. occasionally and 10 lbs. frequently. Carrying, pushing, pulling for short distances (not over 15 feet) no >20 lbs. occasionally and no > 10lbs. frequently.*
- *No restrictions for use of bilateral upper extremities in up to shoulder height range*

*including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as use of a keyboard or mouse.*

*Prognosis: Considering the nature, severity and course of the medical condition(s) as described in the medical records reviewed, a further period of 6 months (approximately 7/11/2021) would be expected before these restrictions and limitations would be likely to change. Given the age of the claimant, significant interventions and rehabilitation without improvement in status the above noted restrictions and limitations are most likely permanent. Recommend, however, given the lack of documentation regarding possible presence of CTS that clinical update be obtained in 6 months to determine if the above noted restrictions and limitations remain appropriate and if they are permanent.*

*Recommendations made by Dr. Cadet with his first evaluation and follow-up visit in April 2019, however, are not documented to have been followed with an appropriate work up of upper extremity numbness and tingling complaints. He recommended NCV/EMG (nerve conduction velocity testing and electromyography which evaluates the function of the nerves and the muscles they supply) to evaluate for cervical radiculopathy vs. carpal tunnel syndrome (CTS) which is appropriate. He also referred to a hand surgeon Dr. Schreiber, but there is no record present that this was ever accomplished. The claimant reported to therapy that the study showed that she had bilateral CTS but there is no mention by attending physicians or in the record of the study. Results of this testing and evaluation if done by the hand specialist would be helpful in determining if there is any functional weakness related to potential CTS.*

*On re-assessment of function in P.T. with Dr. Barnes for her left shoulder on 12/18/2018 just before she self-discharged on 12/31/2018 her therapist documented the following:*

*"Patient is currently 5 months post op but has only had 16 visits of PT. Patient  is behind schdule however compliance/attendance has been an issue. Patient has canclled and missed several appointments due to various reasons. Currently patient is function but remains week. Patient would benefit from continued PT to progress functional strength and endurance to aid in eventual return to work."*

*The information in the record indicates that the claimant has an attorney representing her. Her self-report of function documents that she has grown children but is single and lives alone. In a P.T. visit on 11/21/2019 Ms. McKeithan reported to her therapist that, "Patient indicates that she is tired as she was up very early this morning (4 am) with her granddaughter." It is not clear if this is a regular responsibility."*

The reviewer contacted your treating providers:

*"I attempted to reach Dr. Cadet on 1/04/2021 at 9:26 a.m. using option 1 for medical providers. I was placed on automated hold. Amelia came on the line and transferred me to Dr. Cadet's team where the call was answered by Samantha. She placed me on hold to see if the M.A. Rachel for Dr. Cadet is available, and if not said that she would schedule a time for the peer to peer call. Samantha transferred me to Rachel, and we talked. She is very familiar with the claimant and reported that the NCV/EMG was never done, and neither was the consult with Dr. Schreiber. "The claimant just never did it, and it was not an ongoing complaint that we have had the need to*

*address." Rachel noted that the claimant did about a year of P.T. and maximized her ability to advance. I reviewed the above noted R&L's and we reached a consensus that these are appropriate at this time. I thanked her for her time and advised her that I would be sending a letter documenting our conversation and the R&L's and we ended the call at 9:35 a.m. See letter to Rachel and Dr. Cadet 1/04/2021"*

In order to determine if there are any occupations that you are reasonably fitted by training, education, experience, age, physical and mental capacity, a vocational assessment was completed. The vocational assessment determined that you have the following transferable skills:

*"Manual Skills:*

- *Ability to operate or tend equipment to control chemical changes or reactions in the processing of industrial or consumer products.*
- *Monitor gauges, dials, or other indicators to make sure a machine is working properly.*
- *Control operations of equipment or systems.*
- *Determine causes of operating errors and decide what to do about it.*
- *Ability to complete repetitive tasks.*
- *Follow simple instructions.*
- *Work independently.*
- *Good organizational skills, paying attention to detail and handling multiple tasks simultaneously.*
- *Ability to access and enter information using an automated system quickly and accurately.*
- *Adjusting to performing repetitious, uncomplicated work.*
- *Loading, unloading, or tending assorted machines.*

*Manual Skills:*

- *Knowledge of inventory controls.*
- *Follow simple instructions*
- *Ability to complete repetitive tasks.*
- *Ability to work independently.*
- *Good organizational skills, paying attention to detail and handling multiple tasks.*
- *Ability to access and enter information using an automated system quickly and accurately.*
- *Accuracy and attention to detail.*
- *Ability to correctly inventory, pick, store, ship, and receive parts by applying simple arithmetic processes of addition, subtraction, multiplication, and division.*
- *Operate fork lift.*

Communication Skills:

- Communicate effectively with others.
- Ability to recognize problems/concerns.
- Inform and consult with staff.

The following occupations were identified in which you are reasonably fitted by training, education, experience, age, physical and mental capacity:

| Occupation | National Monthly Wage |
|---|---|
| Dispatcher, Maintenance Service | $3349 |
| Order Control Clerk, Blood Bank | $2853 |

Based on the review of your medical records, and a vocational assessment, it has been determined that you are capable of completing the above occupations, and there are not considered to be disabled from any occupation. Your claim has been approved through your policy's 24 month own occupation period, January 20, 2021, and will be closed effective January 21, 2021.

We reserve the right to re-evaluate your eligibility for further benefits in accordance with the policy provisions based on any additional information that may be submitted.

Any pending application(s) for benefits that are considered an offset under the disability policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Financial Group (LFG), you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the policy. Should LFG receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

There are two options available to you at this time regarding our decision:

- If you are providing new information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at 603-430-1583. Upon receipt, we will review for reconsideration of your benefits.
- If you do not intend to send us any new information such as the information described in our decision and you disagree with our decision, you may appeal our determination by following the steps below

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Any and all office notes, phone notes, diagnostic test results, consultations/evaluations, operative/procedure reports, hospital records including emergency room reports and discharge summaries, physical therapy notes, physical therapy evaluations and discharge plans, treatment plans, restrictions and limitations and/or pharmacy records from July 10, 2018 forward from any and all treating providers including but not limited to Dr. Thomas, First Health PT, Dr. Cadet, Dr. Barnes, & First Health Hospital.

Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the "outbreak period" to appeal a claim. The "outbreak period" started March 1, 2020 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln Financial Group will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh níínı́'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 430-1583

## Transferable Skills Analysis

**Date:** 1/15/2021
**Claimant:** Barbara McKeithan
**Claim #:** 8520656
**Policyholder:** Unilever, USA

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. McKeithan's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description, Training Education Experience Form, Peer Review by Dorothy Griggs, MD dated 1/11/2021; Transferable Skills Analysis dated 10/1/2020 by this VCM

**Education & Training:**
Education: High School graduate; computer skills include Microsoft Word, Excel, email, internet, databases

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 550.685-090 | Mixing Machine Tender | 4 | 5 | H |
| 929.687-030 | Material Handler | 3 | 2 | H |
| 222.387-050 | Shipping Receiving Clerk | 5 | 10+ | M |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of Peer Review by Dorothy Griggs, MD dated 1/11/2021

- Sitting up to an hour at a time with frequent position change as well as with the ability to elevate her legs as needed while in the seated position. Maximum sitting 8 hours in a work shift.
- Standing and walking each continuously no >30 minutes at a time and ideally alternating with sitting. Maximum stand and walk 3 hours in an 8- hour day.
- Avoidance of overhead reaching and lifting with any >10lbs. occasionally.
- Lifting from floor to waist and waist to shoulder no >16lbs. occasionally and 10 lbs. frequently. Carrying, pushing, pulling for short distances (not over 15 feet) no >20 lbs. occasionally and no > 10lbs. frequently.
- No restrictions for use of bilateral upper extremities in up to shoulder height range including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as use of a keyboard or mouse.

**Skills & Abilities:**
Manual Skills:

- Ability to operate or tend equipment to control chemical changes or reactions in the processing of industrial or consumer products.
- Monitor gauges, dials, or other indicators to make sure a machine is working properly.
- Control operations of equipment or systems.
- Determine causes of operating errors and decide what to do about it.
- Ability to complete repetitive tasks.
- Follow simple instructions.
- Work independently.
- Good organizational skills, paying attention to detail and handling multiple tasks simultaneously.
- Ability to access and enter information using an automated system quickly and accurately.
- Adjusting to performing repetitious, uncomplicated work.
- Loading, unloading, or tending assorted machines.

Manual Skills:

- Knowledge of inventory controls.
- Follow simple instructions.

- Ability to complete repetitive tasks.
- Ability to work independently.
- Good organizational skills, paying attention to detail and handling multiple tasks.
- Ability to access and enter information using an automated system quickly and accurately.
- Accuracy and attention to detail.
- Ability to correctly inventory, pick, store, ship, and receive parts by applying simple arithmetic processes of addition, subtraction, multiplication, and division.
- Operate fork lift.

Communication Skills:
- Communicate effectively with others.
- Ability to recognize problems/concerns.
- Inform and consult with staff.

**Profile Adjustments:**
- General Educational Development: Reasoning, Mathematics, Language adjusted to grades 9-12 based on high school graduate.
- Strength: Adjusted to sedentary based on restrictions/limitations.
- Physical: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Avoidance of overhead reaching and lifting with any >10lbs. occasionally assessed post hoc analysis.
- Environmental: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Noise: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud.
- Aptitudes: No adjustments performed.
- Situations: Working under specific instructions adjusted to yes based on following supervisors as necessary.
  Dealing with people adjusted to yes based on communicating with workers on line.
- Data: Copying adjusted to yes based on completing labels, documentation, etc.
- People: Instructing adjusted to yes based on training and directing new teammates.
  Speaking-signaling adjusted to yes based on communicating with workers on line.
- Things: Driving-operating adjusted to yes based on operation of forklift.
  Manipulating adjusted to yes based on equipment operations.

**Examples of Occupations identified based on National labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 239.367-014 | Dispatcher, Maintenance Service | 3 | S | $3349 |
| 245.367-026 | Order Control Clerk, Blood Bank | 3 | S | $2853 |

**Wage Information is based on median 2019 Bureau of Labor Statistical Data*

Although OASYS did not identify, based on my vocational expertise and Labor Market Survey Research, Ms. McKeithan would have the ability to perform: Information Clerk (237.367-022). This is based on her transferable skills of clerical documentation skills, decision making skills, ability to provide detailed information to others, judgement, etc. National median economy wages as an Information Clerk is $2,505. Wage Information is based on median 2019 Bureau of Labor Statistical Data.

The above noted occupations allow for her to have frequent position change as well as with the ability to elevate her legs as needed while in the seated position. This can be accomplished by simply utilizing a foot stool, turning over a small trashcan or even through a pile of books.

**Summary:**

***Occupations Identified:***
The Transferable Skills Analysis identified occupations that are within Ms. McKeithan's physical abilities and within their identified skill level. The following are examples of occupations Ms. McKeithan could perform: Dispatcher, Maintenance Service;

Order Control Clerk, Blood Bank; Information Clerk. The occupations meet their gainful amount of $2,064.40 in the national economy.

I have not met with Ms. McKeithan for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Counselor

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 550.685-090 | Mixing-Machine Tender | 4 | 5 | 0 | Y | Y | N | H | 06.04.11 |
| 929.687-030 | Material Handler | 3 | 2 | 0 | Y | N | N | H | 05.12.03 |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 10 | 0 | Y | N | N | M | 05.09.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 5 (6 months to 1 year) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 2 Grades 4-6 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | S Sedentary |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Unknown |
| Balancing | | Occasionally | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Occasionally | Unknown |
| Crouching | | Occasionally | Unknown |
| Crawling | | Occasionally | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Occasionally | Unknown |
| Extreme Heat | | Occasionally | Unknown |
| Wet and/or Humid | | Occasionally | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Frequently | Unknown |

| | | |
|---|---|---|
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | Unknown |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Frequently | Unknown |
| Noise Intensity Level | Loud | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | No | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | Yes | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | Yes |
| 4 Manipulating | No | Yes |
| 5 Tending | Yes | No Change |
| 6 Feeding-Offbearing | No | No Change |

Lincoln/McKeithan 0283

| | | |
|---|---|---|
| 7 Handling | Yes | No Change |

Lincoln/McKeithan 0283

Raleigh Orthopaedic Clinic

3001 Edwards Mill Rd. Suite 200

Raleigh

NC 27612

**FROM** **TO**

Name: Samantha Wert

Phone: 919-781-5600 Fax: 918668411415

Sent: 1/13/21 at: 11:00:28 AM 3 page(s) (including cover)

Subject: Barbara McKeithan

Comments:

**Samantha Wert** | Clinical Administrative Assistant
Dr. Mikles | Dr. Wein | Dr. Schreiber | Dr. Cadet
Raleigh Orthopaedic Clinic | 3001 Edwards Mill Road Suite 200 Raleigh, NC 27612
☎ Direct: 919-863-6854 | 🖷 Fax: 919-863-6821 | ✉ swert@raleighortho.com

Note: The information in this e-mail may be privileged and confidential and protected from disclosure. If the reader of this e-mail is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you received this e-mail in error, please notify the sender immediately by e-mail at mailto:HIPAA@raleighortho.com and delete this e-mail. Thank you.

Lincoln Financial Group®

**To:** **Dr. Cadet and Rachel**
Company:
Fax: 919-782-6578
Phone:

**From:**
Fax:
Phone:

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Tuesday, January 12, 2021 10:27:40 PM
**Number of pages including this cover sheet:** 02

Lincoln Financial Group®

Company of Boston, a Lincoln Financial Group company

Group Benefits Disability Claim
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

1/04/2021

Rachel and Dr. Cadet, M.D.
Fax: 919-782-6578

Re: Disability Benefits
Claimant Name: Barbara McKeithan
Claimant DOB:
Claim Number: 8520656

Dear Rachel and Dr. Cadet,

Thank you for taking my call earlier today. I am the physician who was asked by Lincoln Financial to review the medical records Ms. McKeithan submitted in support of her request for disability benefits. I appreciated your taking my call and am writing to summarize my understanding of our conversation.

As we discussed, the medical records indicate her primary impairing diagnoses are: chronic bilateral shoulder pain with a history of right rotator cuff repair with Dr. Cadet on 5/07/2019 with continuing chronic pain. You noted in answer to my questions about the referral for NCV/EMG and referral to hand surgeon Dr. Schreiber that Dr. Cadet suggested with his initial consult that the study or referral were never pursued by the claimant and that she has not had any recent complaints about numbness or hand symptoms. Dr. Cadet ordered an FCE upon which restrictions and limitations were based. I reviewed briefly the following current medical restrictions and limitations as:

- Sitting up to an hour at a time with frequent position change recommended as instructed in P.T. as well as with the ability to elevate her legs as needed while in the seated position. Maximum sitting 8 hours in a work shift.
- Standing and walking each continuously no >30 minutes at a time and ideally alternating with sitting. Maximum stand and walk 3 hours in an 8- hour day.
- Avoidance of overhead reaching and lifting with any >10lbs. occasionally.
- Lifting from floor to waist and waist to shoulder no >16lbs. occasionally and 10 lbs. frequently. Carrying, pushing, pulling for short distances (not over 15 feet) no >20 lbs. occasionally and no > 10lbs. frequently.
- No restrictions for use of bilateral upper extremities in up to shoulder height range including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as use of a keyboard or mouse.

During our discussion we reached a consensus that Ms. McKeithan's medical condition would allow her to participate in her usual life activities, including any work-related activities, which are within the above noted restrictions and limitations.

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415. Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Dorothy M. Griggs, M.D.
Board Certified, Physical Medicine & Rehabilitation

X No changes/comments, OR
__ With changes/comments as noted above

[signature] 1/13/2021
Rachel/ Dr. Cadet Date

**From:**RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
**Sent:**Tue, 12 Jan 2021 22:30:54 -0500
**To:**Griggs, Dorothy
**Subject:**Your fax has been successfully sent to Dr. Cadet and Rachel at 919-782-6578.

Your fax has been successfully sent to Dr. Cadet and Rachel at 919-782-6578.
-------------------------------------------------------------
10:27:49 PM 1/12/2021 Conversion Error Record
[RFP3C77.tmp.PRT]
Type: application/postscript
G3 to TIFF #1: Success (75ms)
GhostScript TIFF #1: Success (224ms)

10:27:56 PM 1/12/2021 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (525ms)
Image Optimization #1: Success (218ms)
PCL6 #1: Success (495ms)

1/12/2021 10:28:06 PM Transmission Record
Sent to 919-782-6578 with remote ID "9197826578"
Inbound user ID DOIGR8, routing code 100
Result: (0) Success
Page record: 1 - 2
Elapsed time: 01:37 on channel 1

Physical Medicine & Rehabilitation Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| UNILEVER, USA | BARBARA MCKEITHAN | 8520656 |

| | | | |
|---|---|---|---|
| Referred By: | Katherine Ellis | Claimant DOB: | |
| Referral Date: | 12/28/2020 | Job Title: | TECHNICAL OPERATOR 3 - COMPOUNDING |
| Due Date: | 01/12/2021 | Medical/ Surgical Condition: | Unspecified rotator cuff tear or rupture |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 07/09/2018 |
| Report Date: | 1/11/2021 | DOD: | 07/10/2018 |
| Physical Demands: | | BBD: | 01/08/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

The information in the medical record supports chronic right shoulder pain {M25.511} with a history of articular rotator cuff tear {M75.102}, subacromial impingement {M75.121}and labral fraying {M75.41} with surgical repair on 5/07/2019 and with continuing pain; and chronic left shoulder pain {M25.512} with a history of rotator cuff repair, subacromial decompression with distal clavicle excision on 7/10/2018 as the primary impairing diagnoses.

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

The information in the medical record supports the following co-morbid conditions that may impact impairment:

- Chronic venous insufficiency- peripheral {I87.2}
- History of tuberculosis

3. Taking into consideration the entire clinical picture, including standards of care and evidence -based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/28/2020 to ongoing, and comment on the expected duration.

a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

Significant impairment exists due to chronic bilateral shoulder pain with limited motion for end ranges of rotation and overhead movement and weakness in these same ranges. In her self-description of function on 12/21/2020 the claimant noted that she is able

to perform basic functional activities of self-care independently such as bathing, grooming and dressing with occasional assist from her daughter, driving up to 45 minutes, financial management and opening and responding to mail. She is helped for heavier chores by her children such as carrying groceries, cooking, cleaning and laundry. The above noted impairments translate reasonably to the following restrictions and limitations:

- Sitting up to an hour at a time with frequent position change recommended as instructed in P.T. as well as with the ability to elevate her legs as needed while in the seated position. Maximum sitting 8 hours in a work shift.
- Standing and walking each continuously no >30 minutes at a time and ideally alternating with sitting. Maximum stand and walk 3 hours in an 8- hour day.
- Avoidance of overhead reaching and lifting with any >10lbs. occasionally.
- Lifting from floor to waist and waist to shoulder no >16lbs. occasionally and 10 lbs. frequently. Carrying, pushing, pulling for short distances (not over 15 feet) no >20 lbs. occasionally and no > 10lbs. frequently.
- No restrictions for use of bilateral upper extremities in up to shoulder height range including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as use of a keyboard or mouse.

Prognosis: Considering the nature, severity and course of the medical condition(s) as described in the medical records reviewed, a further period of 6 months (approximately 7/11/2021) would be expected before these restrictions and limitations would be likely to change. Given the age of the claimant, significant interventions and rehabilitation without improvement in status the above noted restrictions and limitations are most likely permanent. Recommend, however, given the lack of documentation regarding possible presence of CTS that clinical update be obtained in 6 months to determine if the above noted restrictions and limitations remain appropriate and if they are permanent.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

Treatment with orthopedic surgery is consistent with the standard of care. Recommendations made by Dr. Cadet with his first evaluation and follow-up visit in April 2019, however, are not documented to have been followed with an appropriate work up of upper extremity numbness and tingling complaints. He recommended NCV/EMG (nerve conduction velocity testing and electromyography which evaluates the function of the nerves and the muscles they supply) to evaluate for cervical radiculopathy vs. carpal tunnel syndrome (CTS) which is appropriate. He also referred to a hand surgeon Dr. Schreiber, but there is no record present that this was ever accomplished. The claimant reported to therapy that the study showed that she had bilateral CTS but there is no mention by attending physicians or in the record of the study. Results of this testing and evaluation if done by the hand specialist would be helpful in determining if there is any functional weakness related to potential CTS.

On re-assessment of function in P.T. with Dr. Barnes for her left shoulder on 12/18/2018 just before she self-discharged on 12/31/2018 her therapist documented the following:

**Assessment/Diagnosis:** Pt is currently 5 months post op but has only had 16 visits of PT - Pt is behind schedule however compliance/attendance has been an issue. Pt has cancelled and missed several appointments due to various reasons. Currently pt is functional but remains weak. Updated HEP with basic scapular and cuff strengthening exercises. Pt would benefit from continued PT to progress functional strength and endurance to aid in eventual return to work.

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?

The information in the record indicates that the claimant has an attorney representing her. Her self-report of function documents that she has grown children but is single and lives alone. In a P.T. visit on 11/21/2019 Ms. McKeithan reported to her therapist that, "Patient indicates that she is tired as she was up very early this morning (4 am) with her grand-daughter." It is not clear if this is a regular responsibility.

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:
Name: Dr. Thomas Phone Number: 1 (910) 483 0049 Fax Number: (910) 339-8905
Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter. DR. CADET/RALEIGH ORTHO P: (919) 781-5600, F: (919) 782-6578, DR. BARNES P: (910) 484-3114, F: (910) 484-8824, FIRST HEALTH HOSPITAL P: (910) 878-6000, F: (910) 715-2456

I attempted to reach Dr. Cadet on 1/04/2021 at 9:26 a.m. using option 1 for medical providers. I was placed on automated hold. Amelia came on the line and transferred me to Dr. Cadet's team where the call was answered by Samantha. She placed me on hold to see if the M.A. Rachel for Dr. Cadet is available, and if not said that she would schedule a time for the peer to peer call. Samantha transferred me to Rachel, and we talked. She is very familiar with the claimant and reported that the NCV/EMG was never done, and neither was the consult with Dr. Schreiber. "The claimant just never did it, and it was not an ongoing complaint that we have had the need to address." Rachel noted that the claimant did about a year of P.T. and maximized her ability to advance. I reviewed the above noted R&L's and we reached a consensus that these are appropriate at this time. I thanked her for her time and advised her that I would be sending a letter documenting our conversation and the R&L's and we ended the call at 9:35 a.m. See letter to Rachel and Dr. Cadet 1/04/2021.

**<u>Analysis and Support for Conclusions</u>:**

Ms. Barbara McKeithan is a 53 year- old right-hand dominant Process Technician for Unilever whose last day of work was on 7/9/2018 due to complaints of escalating bilateral shoulder pain. She underwent left shoulder rotator cuff repair on 7/10/2018 with orthopedic surgeon Christopher Barnes, M.D. of Fayetteville Orthopaedics & Sports Medicine and participated in post-operative physical therapy (P.T.) with 18 visits documented from 7/12/2018 through 12/31/2018. The most recent measurement prior to her last visit notes ROM actively to 140 degrees flexion, abduction=140 degrees and internal rotation to T8. Strength was limited to 4+/5 flexion and abduction =4/5. Dr. Barnes performed a steroid injection in August 2018 and was last seen there in January 2019.

Dr. Barnes noted in follow up in his last available progress note in the record on 11/26/2018 that the claimant was lifting 3 lbs. in P.T., progressing well with no regular need for pain medication and had near full shoulder ROM on exam with no pain on the extremes of motion and with good strength of the rotator cuff. He noted that she was progressing nicely with a plan to complete P.T. on site over the next 4 weeks and return to work in the new year without restrictions. He wrote a release for return to work for 1/01/2019 without restrictions with follow up from that point forward to be on an as needed basis. A follow up note, however, was written on 12/31/2018 noting that the claimant could not work until follow up office visit on 1/07/2019. There are no further progress notes from Dr. Barnes. There is then a

note from Pinehurst Surgical (part of Dr. Barnes practice) on 1/03/2019 indicating that the claimant attended a clinic appointment on that date and could return to work on 1/17/2018 (assumed to mean 2019) without restrictions listed by Scott Olson, PA-C. There is an appointment card copied that indicates that the claimant was scheduled for an appointment with Scott Olson-PA-C at Pinehurst Surgical Clinic on 1/24/2019.

Ms. McKeithan continued to complain of left shoulder pain and was evaluated by orthopedic surgeon Edwin Cadet, M.D. on 2/27/2019 for right shoulder pain as well. Dr. Cadet opined that the claimant could have left CTS vs. cervical radiculopathy as the cause of her reported left arm and hand numbness and recommended NCV/EMG (nerve conduction velocity testing and electromyography that evaluates the function of the nerves and the muscles they supply) and referred her to hand surgeon Dr. Schreiber. X-rays of both shoulders were done and interpreted as normal. He ordered bilateral shoulder MRI's as well as evaluate the integrity of the rotator cuff. On 4/03/2019 Dr. Cadet again recommended that the claimant see Dr. Schreiber regarding evaluation of ongoing arm and hand complaints. There are no medical records from this provider and no record of NCV/EMG having been completed. He reviewed the MRI's and noted the left shoulder study showed an intact rotator cuff with mild inflammation and bursitis. The right shoulder MRI showed degenerative changes in the joint and a >50% tendon thickness tear of the supraspinatus muscle, 8mm tear of the subscapularis tendon. He performed a steroid injection into the left shoulder and recommended surgical repair for the right shoulder. A right shoulder rotator cuff repair, subacromial decompression, extensive labral debridement and distal clavicle excision was performed by Dr. Edwin Cadet on 5/07/2019. Despite significant ongoing treatment that has included injections, Medrol Dose pack, muscle relaxants, narcotic pain medications, rest, heat, ice, and extensive P.T. the claimant continues to have difficulty with active shoulder ROM (range of motion), strength and functional use for lifting, carrying, overhead reaching, and resisted rotational movements.

Post-operative P.T. was performed after the sling was removed at 4 weeks with Dominick Zarella beginning on 6/13/2019 with a total of 19 sessions and was discharged on 11/26/2019 due to continued complaints of shoulder pain with most goals for ROM and pain unmet. On 7/18/2019 Mr. Zarrella documented that the claimant had good functional use of the right upper extremity with her hand below shoulder level, but experienced moderate pain as the hand began to approach 90 degrees shoulder flexion and above. During the treatment interval the claimant missed a month of treatment that was documented on 9/12/2019 that she reported was due to needing to get approval through the surgeon, and Mr. Zarella documented that the claimant was lacking end ROM and was guarding with attempts at passive ROM. The claimant was given all colors of resistance bands and was able to use the UBE (upper body ergometer) for 8 minutes. The claimant noted on 8/15/2019 shoulder was somewhat painful and the note documents that she had fallen on it x 2 and reported, "there is no way she can do her current job which requires handling heavy objects." Dr. Cadet performed a steroid injection into the right glenohumeral joint on 8/21/2019 with short term improvement in pain. Dr. Cadet ordered first a Medrol Dosepak 10/2019 noting that strength was improving nicely but that he was concerned about her ROM. He opined that if symptoms didn't improve that he would recommend a lysis of adhesions and manipulation under anesthesia. In follow-up on 12/11/2019, however, he wrote for more therapy and ordered an updated MRI of the right shoulder. On 12/26/2019 he performed a subacromial steroid injection.

An MRI on 12/26/2019 showed s/p supraspinatus tendon repair with interval development of a high-grade partial thickness articular sided tear just proximal to the footprint, involving >50% of the tendon thickness. An NCV/EMG was reported to have showed bilateral CTS (carpal tunnel syndrome) no report is found in the record and no verbal

report from any attending physician found. On 4/22/2020 Dr. Cadet noted a return to work on that date with restrictions of no overhead use of the right arm, no push/pull over 10 lbs., no lift/carry over 10 lbs., floor to waist lift max=10 lbs."

Raleigh Orthopaedic Clinic therapist Katherine Melton, MPT, COMPT performed an FCE on 6/08/2020. The therapist noted that the claimant scored 45% or severely disabled on her self-assessment of perceived level of disability. She improved her AROM during repetitive activities compared with what she demonstrated during the musculoskeletal exam (right flexion=127, left=150 during exam). She was observed during repetitive activities to achieve 160 degrees of right shoulder flexion and 168 degrees left shoulder flexion (170 considered normal). She complained of an increase in tingling of both hands with overhead reaching activities but was able to perform for 103 seconds. Sensation was noted to be normal in both upper extremities in all dermatomes. Manual muscle testing was=5/5 for all muscles tested. Impingement testing was negative for the right shoulder and for Phalen's test for CTS. Speeds biceps test was slightly positive on the right. She had tenderness to palpation (TTP) over the right biceps tendon and right lateral shoulder (outside). Abduction was measured on the right=126, left=140; extension right=34, left=38; external rotation with elbow at side right =57, left=63; internal rotation tight=T9 left=T5. Grip strength 3-trial grip for both hands was invalid due to inconsistent effort. Single right hand 5-trail grip test revealed consistent effort with a bell curve with best grip at position 2 with 32 lbs. and left with 27 lbs. at the same optimum position. Effort was limited for all but overhead lifting tests with the therapist documenting that the claimant did not want to strain her right shoulder. Endurance was noted for floor to knuckle lift 20lbs.occasionally, 10 lbs. frequently and 4 lbs. constantly. 12 inches to knuckle height 30 lbs. occasionally, 15 lbs. frequently and 6 lbs. constantly. Knuckle to shoulder height 20 lbs. occasionally, 10 frequently and 4 constantly. Shoulder to overhead 15lbs. occasionally, 7.5 lbs. frequently, and 3 lbs. constantly. Carrying 14 feet 20 lbs. occasionally, 10 lbs. frequently, and 4 lbs. constantly. Pushing 25 feet with 22 lbs. occasionally, 11 lbs. frequently and 4.4 lbs. constantly and pulling 7 feet with 20 lbs. occasionally, 10 lbs. frequently and 4 lbs. constantly. Sitting tolerance was 47 minutes and standing 42 minutes. Consistency of effort was problematic with the report noting that >50% of criteria "inconsistency may indicate that it would be beneficial to perform individualized physical/psychological sincerity of effort tests and/or other psychological assessments, if not included in this exam to better understand the overall compliance capability of the patient unless the overall data does not support such a plan." The claimant scored inconsistent in 3 of 5 categories tested. Overall, she was cooperative but did self-limit on testing. Her gait and coordination were documented as normal. Because of these results the therapist noted that the FCE was a fair indicator of functional capacity with a fair probability that the claimant could function at a higher level.

On 6/24/2020 Dr. Cadet noted that the claimant could return to work on that date with restrictions of, "Follow guidelines of FCE or RTW test. Other restrictions: Light Duty, Occasional lifting 16 lbs., frequent lifting=10 lbs. and constant lifting =4 lbs. Treatment completed, patient has reach Maximal medical Improvement (MMI)." In the progress note on that date Dr. Cadet noted that the claimant continued to complain of 5-8/10 right shoulder pain and numbness and tingling in the left arm and hand. He noted prior treatments included heat, rest, elevation, muscle relaxants, narcotic pain meds, physical therapy, surgery and injections. Surgery performed on 5/07/2019 for right shoulder rotator cuff repair, subacromial decompression and labral debridement. At 11 months out from her repair he noted she had been battling shoulder stiffness. He noted that she had undergone a glenohumeral injection in August, a Medrol Dosepak in October and an ultrasound guided subacromial injection a month prior without significant relief from any. He noted that pain was better than prior to surgery but now was a different type of pain reported. He noted that he had sent her for an

FCE (functional capacity evaluation) to better evaluate her postoperative restrictions. He noted that she had symmetric active and passive ROM compared to the opposite side. Flexion=170, External rotation=45 degrees, internal rotation to L1 (can reach behind her back to the L1 level). He noted that biceps tendonitis and glenohumeral impingement tests were mildly positive. Strength=5/5 for flexion and external rotation, no joint laxity. Sensation was intact. He reviewed the post-operative MRI noting that it demonstrated an intact supraspinatus tendon repair, mild delamination of the undersurface of the rotator cuff but with the integrity of the rotatory cuff repair intact. He reviewed the FCE noting that she was still having some issues and outlined the above noted restrictions. He opined that she did not need additional surgery. Follow-up was to be on an as needed basis which is considered to be a discharge from regular care. On 1/22/2020 Dr. Cadet wrote for light duty and no lifting >5lbs. with the right shoulder.

The claimant participated in another 12 sessions of P.T. upon referral from Dr. Cadet from 1/20/2020 through discharge on 4/13/2020 with therapist Dominick Vincent Zarrella, P.T. He noted on her initial evaluation that her prognosis for recovery was poor. Planned interventions included aquatic therapy, electrical stimulation, hot/cold packs, manual therapy, therapeutic exercise and ultrasound. There is no documentation that aquatics was ever tried. Notes document that progression was difficult due to constant complaints of pain. On discharge she was noted to have continuing tenderness to the right deltoid, rhomboids, supraspinatus and upper trapezius with trigger points. AROM (active range of motion) was flexion=145 (normal 170-180), abduction=125 (170-180), extension=40 (60 normal), external rotation=35 degrees and internal rotation=30 degrees (normal 90). Strength in the available range was 3-/5 for both rotations, abduction=3+/5, flexion=4-/5 and extension=4/5. The claimant verbalized to the therapist that her MRI showed a “lot of scar tissue” and the decision was made to discontinue P.T. until the orthopedic surgeon could follow up to decide regarding ongoing management. He noted that she was fully independent with an ongoing home exercise program (HEP).

Ferncreek Cardiology, PA with Manesh Thomas, M.D. saw the claimant on 7/10/. He noted chronic arthritis of hands, knees and hips on anti-inflammatory medications. Referral was for evaluation of bilateral upper extremity edema and lower extremity edema, pain and cramps. He noted mild swelling and tenderness of both hands as well as 1+ pitting edema in the ankles with otherwise normal exam. He ordered a rheumatology evaluation bloodwork to rule out chronic kidney disease like albuminuria as well as an echocardiogram and venous duplex scan of both legs. On 11/09/2020 on three- month follow up he documented a venous ultrasound (US) bilateral reflux deep GSV and SSV; and an echocardiogram on 7/2020 with ejection fraction=50%. Venous insufficiency controlled with compression stockings, elevation and walking. The claimant noted that she would like to continue with conservative treatment at present. On exam BMI=25, and normal exam except for 1+ pitting edema at the ankle. Assessment was for chronic venous insufficiency and localized edema. Plan was to continue with thigh-high venous compression stockings 20-30 mmHg as prescribed with recommendation for daily walking, intermittent leg elevation, pain medications as needed.

The most recent documentation in the current record is from the emergency department at First Health of the Carolina’s with Christopher Lundberg, D.O. The claimant presented on 11/11/2020 with complaints of sharp left upper back pain causing shortness of breath, dizziness and an episode of urinary incontinence. Exam was normal including full range of motion of the neck without pain and normal motor, sensory function and gait. There was tenderness to palpation of the left upper thoracic paraspinal muscles and the claimant was diagnosed with thoracic strain. She responded well to Advil and Flexeril muscle relaxant given in the E.R. A chest x-ray was normal as was an EKG.

Records Reviewed:
All medical records referred by Lincoln Financial Group as of today's date were reviewed
Additional action to consider (if applicable)
Refer back to: (place an "x" where appropriate)
x Me or
x Physician specialty: PM&R
Nurse
LCSW
If or when: In six months to obtain clinical update and to determine if the above noted R&L's remain appropriate. It would be very helpful to obtain the NCV/EMG study if completed as well as the hand surgeon evaluation with Dr. Schreiber if this was completed to determine if there is CTS present, the severity as well as the plan for management if the claimant notes this as an ongoing complaint as it has not recently been addressed in the record. Recent notes document a work up for internal medicine. Depending on how the claimant progresses a review by IM could be appropriate.

-*Electronically Signed*-

Dorothy M. Griggs, M.D., FAAPMR
Board Certified in Physical Medicine and Rehabilitation

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company

Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

1/04/2021

Rachel and Dr. Cadet, M.D.
Fax: 919-782-6578

Re: Disability Benefits
Claimant Name: Barbara McKeithan
Claimant DOB:
Claim Number: 8520656

Dear Rachel and Dr. Cadet,

Thank you for taking my call earlier today. I am the physician who was asked by Lincoln Financial to review the medical records Ms. McKeithan submitted in support of her request for disability benefits. I appreciated your taking my call and am writing to summarize my understanding of our conversation.

As we discussed, the medical records indicate her primary impairing diagnoses are: chronic bilateral shoulder pain with a history of right rotator cuff repair with Dr. Cadet on 5/07/2019 with continuing chronic pain. You noted in answer to my questions about the referral for NCV/EMG and referral to hand surgeon Dr. Schreiber that Dr. Cadet suggested with his initial consult that the study or referral were never pursued by the claimant and that she has not had any recent complaints about numbness or hand symptoms. Dr. Cadet ordered an FCE upon which restrictions and limitations were based. I reviewed briefly the following current medical restrictions and limitations as:

- Sitting up to an hour at a time with frequent position change recommended as instructed in P.T. as well as with the ability to elevate her legs as needed while in the seated position. Maximum sitting 8 hours in a work shift.
- Standing and walking each continuously no >30 minutes at a time and ideally alternating with sitting. Maximum stand and walk 3 hours in an 8- hour day.
- Avoidance of overhead reaching and lifting with any >10lbs. occasionally.
- Lifting from floor to waist and waist to shoulder no >16lbs. occasionally and 10 lbs. frequently. Carrying, pushing, pulling for short distances (not over 15 feet) no >20 lbs. occasionally and no > 10lbs. frequently.
- No restrictions for use of bilateral upper extremities in up to shoulder height range including use of elbows, wrists, and hands including gripping, firm gripping, pinching and fine motor manipulation such as use of a keyboard or mouse.

During our discussion we reached a consensus that Ms. McKeithan's medical condition would allow her to participate in her usual life activities, including any work-related activities, which are within the above noted restrictions and limitations.

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415. Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Dorothy M. Griggs, M.D.
Board Certified, Physical Medicine & Rehabilitation

__ No changes/comments, OR
__ With changes/comments as noted above

_______________ _______________
Rachel/ Dr. Cadet Date

00000283 LFPA5CD1 00001469

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

**Return To:** Renata Johnson



EMPLOYEE/CLAIMANT NAME: Barbara McKeithan

CLAIM NO: 8520656 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Unilever, USA

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit 30min - 1 hour @ a time stand 20 minutes walk 20 minutes

How many hours a day do you:

sit 9 hours average stand 2 hours average walk 3 hours average

Do you take a nap during the day?

Yes Sometimes No ________

If Yes, for how long? ________ At what time of the day? different times

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a: NO

cane N/A walker N/A crutches N/A wheelchair N/A other N/A

How long are you able to sit in a car? 1 hour

Do you hold a valid driver's license?

Yes ✓ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? 30-45 minutes before my shoulder/hand starts hurting

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Call / phone

Do you have children?

Yes ✓ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ✓ No ________ If Yes, please explain Amaya 6 yrs old

How many times a day do you leave the house during the week? 3

On the weekends? 1

How often do you run errands? 2

Please describe what errands you most commonly run: Doctor appts, pick up school books, store

Lincoln Financial Group®



00000283 LFPA5CD1 00001470

How often do you get outdoors? 5 days to get air / Relax

Are you left or right hand dominant? Left ______ Right ✓

Are you able to work in your garden? Yes ______ No ✓

Are you able to work on your house? Yes ______ No ✓

Are you able to wash your car? Yes ______ No ✓

How much time is spent daily on your home computer?
✓ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ✓ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails
______ Visit chat rooms ______ Photos Other: NONE

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics
______ Photo software (Photoshop) ______ Programming Other: NONE

Do you have a working home copy machine/fax machine? ______ Yes ✓ No

If yes, please explain purpose and usage: ______

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Brittany / Anthony | YES |
| Carrying groceries into the house | Brittany / Anthony | YES |
| Cooking meals | Brittany | YES |
| Cleaning after meals | Brittany | YES |
| Cleaning bathrooms | Amaya | YES |
| Vacuuming | Brittany / Anthony | YES |
| Doing the laundry | Brittany / Amaya | YES |
| Opening and responding to mail | — | — |
| Managing your finances | — | — |
| Balancing your checkbook | — | — |
| Bathing yourself | — | — |
| Styling your own hair | — | — Cut all my hair off |
| Getting dressed | Brittany | YES |
| Going up and down stairs | — | — |

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact Information: ______

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

**Return To:** Renata Johnson

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to 1/31/2021. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr Manesh Thomas, MD
Specialty: FernCreek Cardiology PA
Address: 3650 Cape Drive
Fayetteville NC 28304
Telephone No.: (910) 483 0049 Fax No.: (910) 339-8905

Name: Dr. Edwin R Cadet MD
Specialty: Raleigh Orthopaedic
Address: 1325 Timber Drive, East
Garner NC 27529
Telephone No.: (919) 7815600 Fax No.: ( )

Name: FirstHealth of the Carolinas
Specialty: Physical Theraph Dr. Nick
Address: 313 Teal Drive
Raeford NC 28376
Telephone No.: (910) 904 2350 Fax No.: ( )

Name: Dr Christopher, Barnes MD
Specialty: 1991 Fordham Dr # 100
Address: Fayetteville NC 28304
Telephone No.: (910) 484 3114 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Cigna
Specialty:
Address: P.O Box 182223
Telephone No.: (800) 244 6224 Fax No.: ( )

Next page →

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS
Specialty: Prescriptions
Address: 522 Owen Drive
Fayetteville NC 28304
Telephone No.: (910) 484 7183 Fax No.: ( )

Name: CVS
Specialty: Prescriptions
Address: 3026 Bragg Blvd
Fayetteville NC 28303
Telephone No.: (910) 864 4556 Fax No.: ( )

Next page →

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

00000283 LFPA5CD1 00001473

SIGNATURE: Barbara A McKeithan DATE: 12/21/2020

First Health Family Medicine Hoke / Regional Hospital
6408 Fayetteville Rd
Raeford NC 28376
910-878-6000

Walgreens: prescriptions
3256 Village Drive
Fayetteville NC 28304
910-433-4681

00000283 LFPA5CD1 00001474

00001 12/31/2020 01003110 004 058

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

**Return to:** Renata Johnson

**EMPLOYEE/CLAIMANT NAME:** Barbara McKeithan **CLAIM #:** 8520656
**EMPLOYER:** Unilever, USA **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle In.) Barbara Ann McKeithan | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status S |
| Spouse's Full Name and Date of Birth N/A | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Richard L. McKeithan Jr Relationship to you? Son 50% Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) Benefits thr Unilever? | $ | | | |
| ☒ | ☐ | Other income/money/benefit (describe) 2604 mthly LT through my job (Unilever) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Barbara Ann McKeithan
**DATE:** 12/21/2020 **EMPLOYEE'S SIGNATURE:** Barbara A McKeithan

DR 400

00001 12/31/2020 01003110 004 059

Brittanya Norfleet 50% daughter

To whom it may concern:

After having my 2018 shoulder surgery, I have had to change a multitude of things in my life to accommodate these problems. I have had problems from blood clotting that affects my entire body. These problems include but are not limited to:

- I had to cut off my hair as I could not raise my arms to brush it. I also struggled with washing it
- I had to limit the amount of weight I can carry. This includes groceries and necessities
- To combat the pain, I had to stop working out
- My daily walks were dramatically shortened
- There are times that I need help putting on and taking off a shirt
- Repetitive motions such as sweeping and mopping are nearly impossible
- I cannot type for long periods of time which limits my job pool
- Long distance driving causes a strain on my shoulder
- I cannot reach behind my back
- Cold air causes severe pain throughout
- Numbness and tingling
- Swelling of the legs
- Requiring compression socks
- To help prevent the swelling, I have to constantly keep my feet raised
- Problems sleeping due to pain
- I cannot properly care for my grandchildren

I am now on multiple medications, including Meloxicam (15mg) and Tylenol PM (1000mg). While attempting to sit up without causing more pain, I unfortunately pinched a nerve in my back. This lead to an emergency room visit. I was prescribed Ibuprofen (600mg twice a day), Cyclobenzaprine (10 mg twice a day) and a Lidocaine patch (5% daily). This are constant changes in my life that I did not have to face prior to the damage on my shoulders.

Very Respectfully,

Barbara Ann McKeithan

Cont. page 2-3

Lincoln Financial Group®

How often do you travel or take vacation? None

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

- how many hours per day? ____
- how many hours per week? ____
- for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Constant pain in shoulders area since surgery Hand stiffing and ~~[illegible]~~ numbness, still having problems with the pinched nerve in my back, and pain in my legs (small veins) swelling in my legs

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Getting up every morning helping granddaughter with vitrual school, fix lunch,

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

Yes

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Brittany McFleet ( daughter)

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Barbara A McKeithan Date: 12/21/2020

Signature: Barbara McKeithan

00000283 LFPA5CD1 00001471

00000283 LFPA5CD1 00001472

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara Ann McKeithan

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative [signature] Date: 12/21/2020

Date of Birth: ______________ Claim Number: 8520656

**A copy of this authorization will be considered as valid as the original.**

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Wed, 30 Dec 2020 00:22:32 +0000
**To:**Ellis, Katherine
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Physical Medicine & Rehabilitation (PM&R) for claim number 8520656 has been assigned to Dr. Dorothy Griggs. The anticipated due date for this request is 01/12/2021.

ReleasePoint

## Medical Record Overview

**Date:** **December 23, 2020**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** FIRSTHEALTH MOORE REGIONAL HOSPITAL
6408 Fayetteville Rd
Raeford, NC 28376
(910) 878-6000

**RP ID:** 7293991

**Client ID:** 8520656

**Source:** L-CLTLTD

**Request Scope:** From January 1, 2020 to Present

**Req By:**

**Chart Range:** 11/11/2020 - 11/11/2020

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 11 2020 | Nov 11 2020 | 7 | 2 |
| EKG/Cardiology | Nov 11 2020 | Nov 11 2020 | 2 | 9 |
| Labs/Diagnostics | Nov 11 2020 | Nov 11 2020 | 1 | 11 |
| Non Medical/Other | | | 1 | 12 |
| Request Correspondence | | | 2 | 13 |
| | | **Total Page Count:** | 13 | |

**Notes From QC:**

| FirstHealth OF THE CAROLINAS | FirstHealth Moore Regional Hoke<br>6408 Fayetteville Rd<br>Raeford NC 28376-7977 | McKeithan, Barbara<br>MRN: 3778305, DOB: Sex: F<br>Acct #: 17000202010<br>Admit 11/11/2020, Disch 11/11/2020 |
|---|---|---|

**Primary Visit Coverage Subscriber (continued)**

**Admission Information**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 11/11/2020 1041 | Admit Date/Time: | 11/11/2020 1103 | IP Adm. Date/Time: | |
| Admission Type: | Urgent | Point of Origin: | Non-healthcare Facility | Admit Category: | |
| Means of Arrival: | Car | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | FIRSTHEALTH | Unit: | FirstHealth Emergency Department Hoke |
| Admit Provider: | | Attending Provider: | Christopher J Lundberg, DO | Referring Provider: | |

FirstHealth OF THE CAROLINAS

FirstHealth Moore Regional Hoke
6408 Fayetteville Rd
Raeford NC 28376-7977

McKeithan, Barbara
MRN: 3778305, DOB: Sex: F
Acct #: 17000202010
Admit 11/11/2020, Disch 11/11/2020

**ED Provider Notes - ED Notes**

**ED Provider Notes by Christopher J Lundberg, DO at 11/11/2020 12:16 PM**

| | | |
|---|---|---|
| Author: Christopher J Lundberg, DO | Service: — | Author Type: Physician |
| Filed: 11/12/2020 10:08 AM | Date of Service: 11/11/2020 12:16 PM | Status: Signed |
| Editor: Christopher J Lundberg, DO (Physician) | | |

**EMERGENCY DEPARTMENT PROVIDER NOTE**
FirstHealth Emergency Department Hoke

**ED Arrival:** 11/11/2020 11:03 AM
**Patient Name:** Barbara McKeithan
**Date of Birth:**
**MRN:** 3778305

HPI

**Chief Complaint**
Patient presents with
- Back Pain

  *Pt reports sharp pain to L upper back causing SOB, dizziness, and episode of incontinence 1 hr ago.*

History provided by: **Patient**
Patient is a 53-year-old female with no past medical history who presents for the evaluation of left upper musculoskeletal back pain. Patient reports she woke up and rolled over on her left side the wrong way this morning and has since been feeling a pinching sensation in her left upper back which is reproducible on exam. Patient denies any chest pain or shortness of breath. Patient reports pain is worse with movement and overhead left shoulder range of motion. Patient denies any cough or fevers. Patient denies any long car rides, plane rides, train rides, recent surgeries, or hormone use. Patient denies any DVT/PE history. Patient reports has not taken anything for the pain. Patient denies any nausea or vomiting.

Patient History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SHOULDER SURGERY | Left | 07/10/2019 |
| *arthroscopic SAD with partial acromioplasty, distal claviculectomy (mumford), RTC repair of partial tear* | | |

No family history on file.
**Social History**

## ED Provider Notes - ED Notes (continued)

**ED Provider Notes by Christopher J Lundberg, DO at 11/11/2020 12:16 PM (continued)**

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics
- Alcohol use: Yes
  *Comment: rarely*
- Drug use: No

### Review of Systems

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for ear pain and sore throat.
Eyes: Negative for photophobia and pain.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria and flank pain.
Musculoskeletal: Positive for back pain. Negative for myalgias.
Skin: Negative for rash and wound.
Neurological: Negative for dizziness and headaches.
All other systems reviewed and are negative.

### Physical Exam

ED Triage Vitals [11/11/20 1057]

| Temperature | Heart Rate | Resp | BP | SpO2 |
|---|---|---|---|---|
| **37.2 °C (99 °F)** | **78** | **18** | **(!) 133/71** | **98 %** |

| Temp Source | Heart Rate Source | Patient Position | BP Location | FiO2 (%) |
|---|---|---|---|---|
| **Oral** | **--** | **--** | **Left arm** | **--** |

**Physical Exam**
Vitals signs and nursing note reviewed.
Constitutional:
General: She is awake. She is not in acute distress.
Appearance: Normal appearance. She is well-developed and normal weight. She is not ill-appearing.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
General: Lids are normal.

**ED Provider Notes - ED Notes (continued)**

**ED Provider Notes by Christopher J Lundberg, DO at 11/11/2020 12:16 PM (continued)**

Extraocular Movements: Extraocular movements intact.
Pupils: Pupils are equal, round, and reactive to light.

Neck:
Musculoskeletal: Normal range of motion and neck supple. No spinous process tenderness or muscular tenderness.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: No murmur. No gallop.

Pulmonary:
Breath sounds: Normal breath sounds. No decreased breath sounds, wheezing, rhonchi or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no right CVA tenderness, left CVA tenderness, guarding or rebound.

Musculoskeletal:
Thoracic back: She exhibits tenderness and spasm. She exhibits no deformity, no laceration and normal pulse.
Back:




1: Mild tenderness to palpation of left lateral thoracic paraspinal muscles, pain worse with left shoulder overhead range of motion, no rash, no ecchymosis, distal neurovascular intact, cap refill less than 2 seconds, soft compartments.

Right lower leg: No edema.
Left lower leg: No edema.

Skin:
General: Skin is warm.
Capillary Refill: Capillary refill takes less than 2 seconds.
Findings: No rash.

Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time. Mental status is at baseline.

**ED Provider Notes - ED Notes (continued)**

**ED Provider Notes by Christopher J Lundberg, DO at 11/11/2020 12:16 PM (continued)**

Cranial Nerves: Cranial nerves are intact.
Sensory: Sensation is intact.
Motor: Motor function is intact.
Gait: Gait is intact.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood and affect normal.
Speech: Speech normal.
Behavior: Behavior normal. Behavior is cooperative.

ED Course & MDM

**MDM**

Number of Diagnoses or Management Options

Strain of thoracic region, initial encounter:
Diagnosis management comments: Imaging reviewed, nontoxic-appearing, vital signs stable, afebrile, stable independent ambulatory gait, patient presented with left-sided thoracic back strain, pain significantly improved with NSAIDs and muscle relaxers in the emergency department, will treat conservatively with NSAIDs, muscle relaxers, and lidocaine patches in the outpatient basis, advised close outpatient PCP follow-up for repeat evaluation within 48 hours, advised strict return precautions, patient agrees with plan.

Amount and/or Complexity of Data Reviewed

Tests in the radiology section of CPT®: ordered and reviewed
Independent visualization of images, tracings, or specimens: yes

Risk of Complications, Morbidity, and/or Mortality

Presenting problems: low
Diagnostic procedures: low
Management options: low

Patient Progress

Patient progress: stable

**ED Course** as of Nov 12 1008

**Christopher J Lundberg's Documentation**

**Wed Nov 11, 2020**

| | |
|---|---|
| 1200 | EKG interpreted by ED physician, normal sinus rhythm, 76 beats per minute, normal axis, no prior for comparison, QTC: 427.<br>**ECG 12-Lead** |
| 1201 | IMPRESSION<br>No acute pulmonary process.<br>**X-Ray Chest PA and Lateral** |
| 1227 | Re-evaluated and patient feels significantly better at this time, requesting discharge. |

**ED Provider Notes - ED Notes (continued)**

**ED Provider Notes by Christopher J Lundberg, DO at 11/11/2020 12:16 PM (continued)**

**Clinical Impressions** as of Nov 12 1008
Strain of thoracic region, initial encounter

X-Ray Chest PA and Lateral
**Final Result**
No acute pulmonary process.

Allen M Joseph, MD 11/11/2020 11:57 AM

ED Disposition

Discharge

ED Discharge Medications

**ED Prescriptions**

| Medication | Sig | Dispense | Start Date | End Date | Auth. Provider |
|---|---|---|---|---|---|
| **ibuprofen (ADVIL) 600 mg tablet** | Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for mild pain (pain or fever) for up to 10 days. | 30 tablet | 11/11/2020 | 11/21/2020 | Christopher J Lundberg, DO |
| **cyclobenzaprine (FLEXERIL) 10 mg tablet** | Take 1 tablet (10 mg total) by mouth two times a day as needed for muscle spasms for up to 10 days. | 20 tablet | 11/11/2020 | 11/21/2020 | Christopher J Lundberg, DO |
| **lidocaine (LIDODERM) 5 % patch** | Apply 1 patch topically daily. | 30 patch | 11/11/2020 | 12/11/2020 | Christopher J Lundberg, DO |

*Only medications prescribed or modified are during this ED encounter are included in this list.*

**ED Provider Notes - ED Notes (continued)**

**ED Provider Notes by Christopher J Lundberg, DO at 11/11/2020 12:16 PM (continued)**

Christopher J Lundberg, DO
11/12/20 1008

Electronically Authenticated by Christopher J Lundberg, DO on 11/12/2020 10:08 AM

## ED Notes - ED Notes

**ED Notes by Elizabeth Diane Witkowski, RN at 11/11/2020 11:49 AM**

| | | |
|---|---|---|
| Author: Elizabeth Diane Witkowski, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 11/11/2020 11:50 AM | Date of Service: 11/11/2020 11:49 AM | Status: Signed |
| Editor: Elizabeth Diane Witkowski, RN (Registered Nurse) | | |

Pt awakened this day with a sharp pain with inspiration that radiates from left shoulder blade down to back
States that she has never had this before

Elizabeth Diane Witkowski, RN
11/11/20 1150

Electronically Authenticated by Elizabeth Diane Witkowski, RN on 11/11/2020 11:50 AM

FirstHealth OF THE CAROLINAS

FirstHealth Moore Regional Hoke
6408 Fayetteville Rd
Raeford NC 28376-7977

McKeithan, Barbara
MRN: 3778305, DOB: Sex: F
Acct #: 17000202010
Admit 11/11/2020, Disch 11/11/2020

## All Results (continued)

**ECG 12-Lead [19521978] (continued)**

Resulted: 11/11/20 1128, Result status: Final result

Ordering provider: Christopher J Lundberg, DO 11/11/20 1112
Resulted by: Christopher J Lundberg, DO
Resulting lab: MUSE
Signed by: Christopher J Lundberg, DO on 11/11/2020 11:28 AM

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | — | 11/11/20 1128 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE | 76 | BPM | — | 16 |
| ATRIAL RATE | 76 | BPM | — | 16 |
| P-R INTERVAL | 154 | ms | — | 16 |
| QRS DURATION | 80 | ms | — | 16 |
| Q-T INTERVAL | 380 | ms | — | 16 |
| QTC CALCULATION(BAZETT) | 427 | ms | — | 16 |
| CALCULATED P AXIS | 63 | degrees | — | 16 |
| CALCULATED R AXIS | 61 | degrees | — | 16 |
| CALCULATED T AXIS | 49 | degrees | — | 16 |
| DIAGNOSIS | -- | — | — | 16 |

Result:
Normal sinus rhythm
Normal ECG
No previous ECGs available
Confirmed by LUNDBERG, CHRISTOPHER (24815) on 11/11/2020 12:01:07 PM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - Unknown** | MUSE | Unknown | Unknown | 04/14/16 1015 - Present |
| **24 - FHS** | FIRST HEALTH OF THE CAROLINAS | FIRSTHEALTH OF THE CAROLINAS IMAGING | P.O BOX 3000 Pinehurst NC 28374 | 07/20/17 1159 - Present |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents - 11/11/2020:**

EKG - Scan on 11/11/2020 12:01 PM (below)

FirstHealth OF THE CAROLINAS

FirstHealth Moore Regional Hoke
6408 Fayetteville Rd
Raeford NC 28376-7977

McKeithan, Barbara
MRN: 3778305, DOB: Sex: F
Acct #: 17000202010
Admit 11/11/2020, Disch 11/11/2020

## Order-Level Documents - 11/11/2020: (continued)

MCKEITHAN, BARBARA ID:3778305 11-NOV-2020 11:28:30 FIRSTHEALTH OF THE CAROLINAS-HC-MS ROUTINE RECORD

53 yr)
Female Black

Room:HAL1
Loc:53

| | | |
|---|---|---|
| Vent. rate | 76 | BPM |
| PR interval | 154 | ms |
| QRS duration | 80 | ms |
| QT/QTc | 380/427 | ms |
| P-R-T axes | 63 61 | 49 |

Normal sinus rhythm
Normal ECG
No previous ECGs available
Confirmed by LUNDBERG, CHRISTOPHER (24815) on 11/11/2020 12:01:07 PM

Technician: TD
Test ind:

HEART DR: CALL TIME: Confirmed By: CHRISTOPHER LUNDBERG




25mm/s 10mm/mV 150Hz 9.0.8 12SL 241 CID: 2 EID:24815 EDT: 12:01 11-NOV-2020 ORDER: 19521978 ACCOUNT: 1821039106

Page 1 of 1

**END OF REPORT**

FirstHealth
OF THE CAROLINAS

FirstHealth Moore Regional
Hoke
6408 Fayetteville Rd
Raeford NC 28376-7977

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 17000202010
Admit 11/11/2020, Disch 11/11/2020

## All Results

Resulted: 11/11/20 1157, Result status: Final result

### X-Ray Chest PA and Lateral [19521979]

Ordering provider: Christopher J Lundberg, DO 11/11/20 1112
Resulted by: Allen Joseph, MD
Performed: 11/11/20 1122 - 11/11/20 1145
Accession number: 4999435
Resulting lab: FIRST HEALTH OF THE CAROLINAS
Signed by: Allen Joseph, MD on 11/11/2020 11:57 AM
Narrative:
HISTORY: Left back pain

TECHNIQUE: Frontal and lateral views of the chest were obtained.

Comparison none

FINDINGS: The cardiomediastinal silhouette is unremarkable. The lungs are clear. There is no effusion or pneumothorax.

Impression:
No acute pulmonary process.

Allen M Joseph, MD 11/11/2020 11:57 AM

Resulted: 11/11/20 1128, Result status: Final result

### ECG 12-Lead [19521978]

Ordering provider: Christopher J Lundberg, DO 11/11/20 1112
Resulted by: Christopher J Lundberg, DO
Resulting lab: MUSE
Signed by: Christopher J Lundberg, DO on 11/11/2020 11:28 AM

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | — | 11/11/20 1128 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE | 76 | BPM | — | 16 |
| ATRIAL RATE | 76 | BPM | — | 16 |
| P-R INTERVAL | 154 | ms | — | 16 |
| QRS DURATION | 80 | ms | — | 16 |
| Q-T INTERVAL | 380 | ms | — | 16 |
| QTC CALCULATION(BAZETT) | 427 | ms | — | 16 |
| CALCULATED P AXIS | 63 | degrees | — | 16 |
| CALCULATED R AXIS | 61 | degrees | — | 16 |
| CALCULATED T AXIS | 49 | degrees | — | 16 |
| DIAGNOSIS | -- | — | — | 16 |

Result:
Normal sinus rhythm
Normal ECG
No previous ECGs available
Confirmed by LUNDBERG, CHRISTOPHER (24815) on 11/11/2020 12:01:07 PM

Resulted: 11/11/20 1128, Result status: Final result

### ECG 12-Lead [19521978]

FirstHealth OF THE CAROLINAS

Patient Demographics

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| McKeithan, Barbara | 3778305 | | Female | (53 yrs) |

| Address | Phone | Email |
|---|---|---|
| 374 Spear Dr<br>Fort Bragg NC 28307-2254 | 910-670-6531 (H) | barbaramckeithan1967@yahoo.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Provider Not In System | 11/11/20 | 12/11/20 |

## Employment History

No employment history on file.

## Family and Education

| Marital Status |
|---|
| Divorced |

## Social Identity

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Not Hispanic, Latino/a, or Spanish origin | Black or African American |

## Financial Resource Strain

No financial resource strain value on file

## Food Insecurity

No food insecurity information on file

## Transportation Needs

No transportation needs information on file

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| McKeithan, Barbara | 3778305 | | Female | (53 yrs) |

| Address | Phone | Email |
|---|---|---|
| | (H) | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Provider Not In System | 11/11/20 | 12/11/20 |

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|

## Primary Visit Coverage

| Payer | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| CIGNA | CIGNA | | 3341104 | |

## Primary Visit Coverage Subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| U6597209401 | MCKEITHAN,BARBARA | |

RELEASEPOINT/WFI, INC
DEC 23 2020
POSTMARK

Lincoln Financial Group

3778305

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

FIRSTHEALTH MOORE REGIONAL HOSPITAL
6408 Fayetteville Rd
ATTN: MEDICAL RECORDS
Raeford, NC 28376

Date: Dec 9, 2020

Re: Long Term Disability Benefits
Claim# 7293991 8520656
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: VTHLGZ

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
From January 1, 2020 to Present
any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Seen By: FIRSTHEALTH MOORE REGIONAL HOSPITAL

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

RECEIVED
DEC 9 2020
FHC HEALTH INFORMATION
MANAGEMENT SERVICES

RPID: 7293991

7293991

**FirstHealth of the Carolinas**
HIM - Release of Information
155 Memorial Drive
PO Box 3000
Pinehurst, NC 28374

12/15/20

RELEASEPOINT
PO BOX 1390
SAINT PETERS, MO 63376

RE: Request ID: 8971033
Records of: Barbara Mckeithan
MRN: 3778305
Date of Birth:
Date request received: 12/10/2020

TO: RELEASEPOINT:

The enclosed records for Barbara Mckeithan have been provided to you by the Release of Information Unit at Firsthealth of the Carolinas. These photocopies have been made from the original records and the confidentiality of these records is protected by both State and Federal laws. These copies are intended exclusively for the requested purpose and should not be redisclosed without the written authorization of the person to whom they pertain or as specifically permitted by law. If you have any questions, please contact us at (910) 715-2443.

Thank you.

# Quality Assurance Report

## Request Information

Report Date: December 23, 2020

**RP ID:** 7293991

Patient Name: MCKEITHAN, BARBARA

Provider Name: FIRSTHEALTH MOORE REGIONAL HOSPITAL

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Seen By: FIRSTHEALTH MOORE REGIONAL HOSPITAL

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ACOSM

ReleasePoint

## Medical Record Overview

**Date:** **December 22, 2020**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** FIRST HEALTH PT

,
(910) 904-7407

**Request Scope:** From April 1, 2020 to Present

**Chart Range:** 04/06/2020 - 04/13/2020

**RP ID:** 7293987

**Client ID:** 8520656

**Source:** L-CLTLTD

**Req By:**

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 6 2020 | Apr 13 2020 | 9 | 2 |
| Request Correspondence | | | 2 | 11 |
| | | **Total Page Count:** | 11 | |

**Notes From QC:**

**FirstHealth** OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Amb Encounter Report

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000830058
Visit date: 4/13/2020

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| McKeithan, Barbara | 3778305 | | Female | (53 yrs) |
| Address | Phone | Email | | |
| | | | | |
| Reg Status | PCP | Date Last Verified | Next Review Date | |
| Verified | Provider Not In System | 11/11/20 | 12/11/20 | |

## Emergency Contact(s)

| Name | Relation | Home | Work | Mobile |
|---|---|---|---|---|
| Shappy,Brittany | Daughter | | 000-000-0000 | |

## Primary Visit Coverage

| Payer | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| CIGNA | CIGNA | | 3341104 | |

## Primary Visit Coverage Subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| U6597209401 | MCKEITHAN,BARBARA | |

### Reason for Visit

PT Discharge

### Diagnoses

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

### Physical Therapy Notes

**Progress Notes by Dominick Vincent Zarrella, PT at 4/13/2020 1:45 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 4/13/2020 2:53 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 4/13/2020
Author Type: Physical Therapist
Status: Signed

## Physical Therapy Discharge Summary

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Today's Date: 4/13/2020

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Referring Physician: Cadet, Edwin, MD

## Patient Medical History

There is no problem list on file for this patient.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SHOULDER SURGERY | Left | 07/10/2019 |

*arthroscopic SAD with partial acromioplasty, distal claviculectomy (mumford), RTC repair of partial tear*

## History of Present Illness

HPI

Subjective: Patient with continued c/o right shoulder pain that causes limitations in functional use of her RUE.

## Objective Findings

Objective: Progress reported between inclusive dates 1/20/220 and 4/13/2020 for a total of 12 visits.

**Static Posture**

**Head**

Forward. (improved since initial evaluation 1/20/2020)

**Shoulders**

Elevated and rounded.(improved since initial evaluation 1/20/2020)

**Palpation**

Right Tenderness of the anterior deltoid, posterior deltoid, rhomboids, supraspinatus and upper trapezius.
Trigger point to rhomboids, supraspinatus and upper trapezius.

**Tenderness**

Right Shoulder

Tenderness in the acromion, bicipital groove, medial scapula and supraspinatus tendon.

**Active Range of Motion**

Right Shoulder
Flexion: 145 degrees with pain
Extension: 40 degrees with pain
Abduction: 125 degrees with pain
External rotation 0°: 35 degrees with pain
Internal rotation 0°: 30 degrees with pain

**Strength/Myotome Testing**

Right Shoulder

Planes of Motion
Flexion: 4- (improved since initial evaluation 1/20/2020)
Extension: 4 (improved since initial evaluation 1/20/2020)

Abduction: 3+ (improved since initial evaluation 1/20/2020)
External rotation at 0°: 3-
Internal rotation at 0°: 3-

Additional Strength Details
Strength measured in available range

**Tests**

Right Shoulder
Positive resisted supine external rotation.

## Physical Therapy Assessment

**Assessment & Plan**

**Assessment**
Assessment details: Patient and therapist agree to discharge from PT at this time as patient is still having significant c/o right shoulder pain. As reported by the patient, her most recent MRI of the right shoulder showed " a lot of scar tissue." Patient is currently independent with HEP. She is scheduled to follow up with her orthopedic surgeon next week to seek alternative measures to her right shoulder pain.

**Goals**
STGs (within 5 weeks):
Patient will independently verbalize and demo full understanding with initial HEP. (achieved 4/13/2020)
Patient will verbalize pain management strategies including cryotherapy and moist heat therapy in order to manage symptoms with lifting and standing activities. (achieved 4/13/2020)
Patient will demo improved postural and shoulder alignment in order to improve GH joint mechanics with ADLs. (achieved 4/13/2020)
Patient will report decreased max shoulder pain to a 5/10 on a VAS in order to improve quality of life and improve performance with work related activities. (not met 4/13/2020)
LTGs (within 10 weeks):
Patient will improve SPADI score by 25% in order to improve tolerance and performance with overhead lifting >3#. (not met 4/13/2020)
Patient will present with improved shoulder girdle strength to >4/5 MMT grade in order to improve shoulder stabilization with overhead activities. (not met 4/13/2020)
Patient will present with improved shoulder AROM to WNL in order to improve GH/scapular mobility with FIR/FER activities. (not met 4/13/2020)

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 4/13/2020 1:45 PM (continued)** Version 1 of 1

Patient will report decreased shoulder pain to 0-3/10 on a VAS in order to return to PLOF with recreational and leisure activities. (not met 4/13/2020)

## Treatment / Interventions

Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, supraspinatus muscles; grade I, II short axis distraction right shoulder.

D/C PT with patient to return to orthopedic surgeon to seek alternative measures for continued right shoulder pain.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 4/13/2020 2:53 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Mon April 13, 2020**

| Row Name | 1415 |
|---|---|
| **Time Calculation** | |
| Start Time | 1335 -DZ |
| Stop Time | 1415 -DZ |
| Time Calculation | 40 min -DZ |
| **Physical Therapy Charges** | |
| $ Manual Therapy Techniques | 3 40 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000830058
Visit date: 4/13/2020

Sex: F

**END OF REPORT**

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Amb Encounter Report

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000830058
Visit date: 4/6/2020

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| McKeithan, Barbara | 3778305 | | Female | (53 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Provider Not In System | 11/11/20 | 12/11/20 |

## Emergency Contact(s)

| Name | Relation | Home | Work | Mobile |
|---|---|---|---|---|
| Shappy,Brittany | Daughter | | 000-000-0000 | |

## Primary Visit Coverage

| Payer | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| CIGNA | CIGNA | | 3341104 | |

## Primary Visit Coverage Subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| U6597209401 | MCKEITHAN,BARBARA | |

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 4/6/2020 1:45 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 4/6/2020 3:31 PM Encounter Date: 4/6/2020 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

**Out-Patient Physical Therapy Daily Treatment Note**

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 4/6/2020

Diagnosis:

ICD-10-CM

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 4/6/2020 1:45 PM (continued)** Version 1 of 1

1. **Pain, joint, shoulder, right** **M25.511**

Physician: Cadet, Edwin, MD

## Subjective

Subjective: Right shoulder is "about the same. It still hurts. The doctor said I have a lot of scar tissue in there."

## Treatment / Interventions

Objective Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, supraspinatus, pec minor, rhomboid muscles; grade I, II posterior/ anterior mobs; short axis distraction; PROM stretch right shoulder all planes.

## Physical Therapy Plan

Assessment/Plan: Reassessment next. Will plan on holding PT until after patient's doctor visit.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 4/6/2020 3:31 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Mon April 06, 2020**

| Row Name | 1425 |
|---|---|
| Time Calculation | |
| Start Time | 1345 -DZ |
| Stop Time | 1425 -DZ |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000830058
Visit date: 4/6/2020

Sex: F

## Flowsheets (all recorded) (continued)

### Physical Therapy Charges - Mon April 06, 2020 (continued)

| Row Name | 1425 |
|---|---|
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 40 -DZ |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

3778305

RECEIVED
DEC 14 2020
FHC HEALTH INFORMATION MANAGEMENT SERVICES

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

FIRSTHEALTH OF THE CAROLINAS
PO BOX 3000
ATTN: MEDICAL RECORDS
PINEHURST, NC 28374

Date: Dec 9, 2020

**Re: Long Term Disability Benefits**
Claim# 7293987 8520656
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: MTMH4

Dear MR 9107152443 opt0,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2020 to Present**
any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Seen By: FIRST HEALTH PT

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7293987

RPID: 7293987

**FirstHealth of the Carolinas**
HIM - Release of Information
155 Memorial Drive
PO Box 3000
Pinehurst, NC 28374

12/16/20

RELEASEPOINT
PO BOX 1390
SAINT PETERS, MO 63376

RE: Request ID: 9022904
Records of: Barbara Mckeithan
MRN: 3778305
Date of Birth:
Date request received: 12/14/2020

TO: RELEASEPOINT:

The enclosed records for Barbara Mckeithan have been provided to you by the Release of Information Unit at Firsthealth of the Carolinas. These photocopies have been made from the original records and the confidentiality of these records is protected by both State and Federal laws. These copies are intended exclusively for the requested purpose and should not be redisclosed without the written authorization of the person to whom they pertain or as specifically permitted by law. If you have any questions, please contact us at (910) 715-2443.

Thank you.

# Quality Assurance Report

## Request Information

Report Date: December 22, 2020

**RP ID:** 7293987

Patient Name: MCKEITHAN, BARBARA

Provider Name: FIRSTHEALTH OF THE CAROLINAS

## Quality Assurance Information

Scope Requested: **From April 1, 2020 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications - Seen By: FIRST HEALTH PT

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JDLIW

# FERNCREEK CARDIOLOGY, PA

EXPERTS IN HEART & VASCULAR DISEASES

3650 Cape Center Drive
Fayetteville, NC 28304
T 910-483-0049
F 910-339-8905

MATTHEW A DAKA, MD, FACC, FSCAI ❖ SELVARATNAM SINNA, MD, FACC, FASE ❖ MANESH THOMAS, MD FACC, FSCAI


## FAX COVER SHEET

TO: Lincoln Financial Group FROM: Melissa

Company: ______ Date: 12/22/2020

Phone Number: ______ No Of Pages Including Fax Cover: 20

Fax Number: 1-603-430-1583 Ref Number: ______

RE: McKeithan, Barbara

✓ Review ✓ Urgent ___ Response Required

Comments:

Faxing all Ferncreek Cardiology, PA Medical records again. Patient called stating you did not receive records on 12/22/2020. Fax confirmations are included in this fax. Thank you, Melissa

(This is a confidential transmission and should be only given to the person to whom it is addressed. Should you receive this fax in error, please notify us then destroy the information)

P. 1

* * * Communication Result Report ( Dec. 9. 2020 4:22PM ) * * *

1)
2)

Date/Time: Dec. 9. 2020 4:20PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0862 | Memory TX | 12138844921 | P. 6 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size
E. 6) Destination does not support IP-Fax

From [illegible] Incorporated [illegible] Wed Dec 9 [illegible] 2020 EST Page 2 of 8

Lincoln Financial Group

[illegible]

1/22/2020

DEC 0 9 2020

The Lincoln National Life Insurance Company [illegible]
[illegible]

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charle@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 929-6539.

Sincerely,

Kathryn Leombruno
*Director, Claims Operations*
Lincoln Financial Group Claims

Faxing Medical Records portion of this request. The request has been forwarded to the doctors Medical Assistant for Completion of the form.

ReleasePoint
PO Box 1350
St. Peters, MO 63376

©2016 Lincoln National Corporation [illegible]
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

[illegible] 7203988

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

1/22/2020

FAXED
DEC 0 9 2020

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- ✓ Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

Faxing Medical Records portion of this request. The request has been forwarded to the doctors Medical Assistant for completion of the form.

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7293988

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**FERNCREEK CARDIOLOGY**
**3650 CAPE CENTER DRIVE**
**ATTN: MEDICAL RECORDS**
**FAYETTEVILLE, NC 28304**

Date: Dec 9, 2020

**Re: Long Term Disability Benefits**
Claim# 7293988 8520656
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: QQT400

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 6, 2020 to Present**
**any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications and complete the attached form - Seen By: FERNCREEK CARDIOLOGY**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7293988

RPID: 7293988

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 1207
London, KY 40742-1207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000182 LFPT2SD1 00000788

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print): Barbara A McKeithan

Name of legal representative, if applicable (print): Barbara A McKeithan Relationship: Self

Signature of claimant or legal representative: Barbara A McKeithan

Date of Birth: ______ Claim Number: 8520656 Date: 6/28/2020

**A copy of this authorization will be considered as valid as the original.**

# F A X S H E E T

FAXED
MSH
DEC 0 9 2020

Date: Dec-03-2020 11:49:28
To: LINCOLN FINANCIAL GROUP
Subject: CLAIM # 8520656 MCKEITHAN, BARBARA
Fax Number: 1-603-430-5863
To Company:
From Name: Hall,Melissa S
From Company: Ferncreek Cardiology PA
From Facility: Ferncreek Cardiology PA
Support Contact: 910-483-0049
Number of Page(s): 3

Refaxing all Ferncreek Cardiology medical records from 08/06/2020 to present. Due to receiving a second request.

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

FERNCREEK CARDIOLOGY, PA
EXPERTS IN HEART & VASCULAR DISEASE

# Mckeithan, Barbara A

53 Y old Female, DOB:
Account Number: 26674

Home:
Guarantor: Mckeithan, Barbara A Insurance: CIGNA Payer ID: 62308
PCP: Georgia Buckley Referring: Georgia Buckley
Appointment Facility: Ferncreek Cardiology PA

11/09/2020 Progress Notes: Manesh Thomas, MD, FACC, FSCAI

### Current Medications
Taking
- Naproxen 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs
- Tylenol 325 MG Tablet 1 tablet as needed Orally every 4 hrs
- Vitamin D2 50 MCG (2000 UT) Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Partial Repair of rotator cuff 2018
Complete repair of rotator cuff 2019
Tubal Ligation

### Family History
Father: deceased
2 brother(s), 2 sister(s). 1 son(s), 1 daughter(s).

### Social History
Alcohol: socially, Type: , Frequency: ,Years: .
Determination:.
Caffeine: yes, frequency: tea and coffee.

### Allergies
Percocet: itching - Allergy

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
Respiratory:
no Chest pain. no Cough. no DOE (dyspnea on exertion). no Hemoptysis. no Shortness of breath. no Wheezing.
Cardiovascular:
no Chest pain. no Claudication. no Cough. no Dizziness. no Dyspnea on exertion. no Fainting. no High blood pressure. no History of heart attack. no Known coronary artery disease. no Leg edema. no Murmurs. no Pain in legs while walking. no Palpitations. no Shortness of breath. Swelling of ankles yes. Varicose veins yes.
Constitutional:
no Fatigue. no Fever. no Loss of appetite. no Weight gain. no Weight loss.
Dermatologic:
no Hives. no Rash.
Endocrine:
no Diabetes. no Heat Intolerance. no Weight loss.
Gastrointestinal:
no Blood in stool. no Constipation. no Diarrhea. no Dysphagia. no Heartburn. no Nausea. no Vomiting.
Hematologic:
no Bleeding. no Easy bruising. no Swollen glands.

### Reason for Appointment
1. 3MON F/U PER DR. THOMAS

### History of Present Illness
Interim History, Cardiology:

53-year-old woman with a history of chronic arthritis of hands, knees and hips, on anti-inflammatory medications. Referred for evaluation of bilateral upper extremity edema and lower extremity edema, pain and cramps.

Venous US: 07/2020 bilateral reflux Deep, GSV, and SSV

Echo: 07/2020 EF EF 50%. DDI

(Kx2) Venous insufficiency is controlled with compression stocking, elevation, and walk. She would like to continue with conservative treatment for now.

### Vital Signs
Height 62, Weight 141.2, body mass index (BMI) 25.82, heart rate (HR) 72, respiratory rate (RR) 16, blood pressure (BP) 106/60
98.

### Examination
Cardiovascular Examination:
General Appearance: alert and oriented, build: average. HEENT: within normal limits. Carotid Upstroke: no bruit. Jugular Venous Distention (JVD): none. Chest: normal shape and expansion. Lungs: clear to auscultation bilaterally. Cardiovascular nomal S1, S2, no murmur, rub, gallop or click. Abdomen: bowel sounds: normal. Extremities: no tremor, 1+ pitting edema at the ankle. Neurologic: alert, unremarkable. Peripheral Pulses: 2+ bilaterally. Mood: appropriate.

### Assessments
1. Venous insufficiency (chronic) (peripheral) - I87.2 (Primary)
2. Localized edema - R60.0

### Treatment
**1. Venous insufficiency (chronic) (peripheral)**
Notes: Continue with Thigh-high venous compression stockings 20-30 mmHg prescribed. Recommend daily walking, intermittent leg elevation. Pain medications prn. Patient symptoms has improved with conservative therapy.

**2. Localized edema**
Notes:

LVEF is normal. Edema has improved

### Preventive Medicine
Counseling: Diet . Exercise .

### Procedure Codes
G8417 BMI >=30 CALCUATE W/FOLLOWUP
G8427 DOC MEDS VERIFIED W/PT OR RE
G9903 Pt scrn tbco Id as non user
G8783 BP SCR PRFRM RCMDD DEFIND SCR INTVL

Musculoskeletal:
no Bone pain. Joint pain yes, Both hands. no Joint stiffness. no Joint swelling. Leg cramps yes.
Neurologic:
no Headache. no Numbness/Tingling. no Seizures/Odd movements. no Weakness.
Ophthalmologic:
no Diminished vision.
Psychology:
no Anxiety. no Depression. no Eating disorder. no High stress level. no Sleep disturbances.
Urologic:
no Blood in urine. no Dysuria. no Nocturia.

**Follow Up**
6 Months

**Electronically signed by Manesh Thomas , MD on 11/10/2020 at 02:11 PM EST**

**Sign off status: Completed**

**Ferncreek Cardiology PA**
**3650 Cape Center Drive**
**Fayetteville, NC 283042139**
**Tel: 910-483-0049**
**Fax: 910-339-6905**

P. 1

* * * Communication Result Report ( Sep. 11. 2020 3:27PM ) * * *

1)
2)

Date/Time: Sep. 11. 2020 3:23PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0216 | Memory TX | 16034305863 | P. 11 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size
E. 6) Destination does not support IP-Fax

09/11/20 11:03:32 Lincoln Financial -> A Happy FaxTalk User Lincoln Financial Gr Page 001

Lincoln Financial Group

FAXED
msh
SEP 11 2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

| | |
|---|---|
| Date: | September 11, 2020 |
| From: To: | MANESH THOMAS<br>FERNCREEK CARDIOLOGY, PA<br>3650 CAPE CENTER DRIVE<br>FAYETTEVILLE NC 28304<br>Faxing medical records portion of request. Thank you<br>Melissa<br>Medical Records Clerk |
| Attn: | Medical Records-2nd request — 1st request was given to Dr. Thomas medical Assistant due to request had Restrictions Form attached for MD to complete |
| Fax: | (910) 339-8905 |
| To: From: | April Chandler<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 430-5863 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8520656<br>Claimant: Barbara McKeithan<br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently delete the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

FAXED
MSH
SEP 1 1 2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

| | |
|---|---|
| Date: | September 11, 2020 |
| From: ~~To:~~ | MANESH THOMAS<br>FERNCREEK CARDIOLOGY, PA<br>3650 CAPE CENTER DRIVE<br>FAYETTEVILLE NC 28304<br>Faxing medical records portion of request. Thank you -Melissa Medical Records Clerk |
| Attn: | Medical Records-2nd request — 1st request was given to Dr. Thomas medical Assistant due to request had Restrictions Form attached for MD to complete. |
| Fax: | (910) 339-8905 |
| To: ~~From:~~ | April Cloutier<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 430-5863 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

September 11, 2020

Manesh Thomas
Ferncreek Cardiology, Pa
3650 CAPE CENTER DRIVE
FAYETTEVILLE, NC 28304

RE: Long-Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Manesh Thomas:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2020 through present.

We ask that you provide this information by September 25, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5863 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: 8520656-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.09.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (If self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan

Name of legal representative, if applicable (print) Barbara A McKeithan Relationship SELF

Signature of claimant or legal representative Barbara A McKeithan

Date of Birth: _____ Claim Number: 8520656 Date: 12/28/2020

**A copy of this authorization will be considered as valid as the original.**

MCKEITHAN, Barbara A DOB: ( (53 yo F) Acc No. 26674 DOS: 08/04/2020

FERNCREEK CARDIOLOGY, PA
EXPERTS IN HEART & VASCULAR DISEASES

**Mckeithan, Barbara A**
53 Y old Female, DOB: ‹
Account Number: 26674

Home:
Guarantor: Mckeithan, Barbara A Insurance: CIGNA
Payer ID: 62308
PCP: Georgia Buckley Referring: Georgia Buckley
Appointment Facility: Ferncreek Cardiology PA

08/04/2020 Progress Notes: Manesh Thomas, MD, FACC, FSCAI

### Current Medications

Taking
- Naproxen 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs
- Tylenol 325 MG Tablet 1 tablet as needed Orally every 4 hrs
- Vitamin D2 50 MCG (2000 UT) Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Medical History Verified..

### Surgical History

Partial Repair of rotator cuff 2018
Complete repair of rotator cuff 2019
Tubal Ligation

### Family History

Father: deceased
2 brother(s) , 2 sister(s) . 1 son(s) , 1 daughter(s) .

### Social History

Alcohol: socially, Type: , Frequency: ,Years: , Determination:.
Caffeine: yes, frequency: tea and coffee.

### Allergies

Percocet: itching - Allergy

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

Respiratory:
no Chest pain. no Cough. no DOE (dyspnea on exertion). no Hemoptysis. no Shortness of

### Reason for Appointment

1. 4 WK F/U ECHO,VENUS DUPLEX PER DR.THOMAS

### History of Present Illness

Interim History, Cardiology:

53-year-old woman with a history of chronic arthritis of hands, knees and hips, on anti-inflammatory medications. Referred for evaluation of bilateral upper extremity edema and lower extremity edema, pain and cramps.

Venous US: 07/2020 bilateral reflux Deep, GSV, and SSV

Echo: 07/2020 EF EF 50%. DDI

(K) Patient's bilateral leg edema has improved with compression stocking. Hand edema has improved as well. She continues with daily walks without difficulties. BP is controlled. .

### Vital Signs

Height 62, Weight 141, body mass index (BMI) 25.79, heart rate (HR) 94, respiratory rate (RR) 16, blood pressure (BP) 108/64.

### Examination

Cardiovascular Examination:

General Appearance: alert and oriented, build: average. HEENT: within normal limits. Carotid Upstroke: no bruit. Jugular Venous Distention (JVD): none. Chest: normal shape and expansion. Lungs: clear to auscultation bilaterally. Cardiovascular nomal S1, S2, no murmur, rub, gallop or click. Abdomen: bowel sounds: normal. Extremities: no tremor, 1+ pitting edema at the ankle, mild tenderness and swelling on both hands.. Neurologic: alert, unremarkable. Peripheral Pulses: 2+ bilaterally. Mood: appropriate.

### Assessments

1. Venous insufficiency (chronic) (peripheral) - I87.2 (Primary)
2. Localized edema - R60.0

MCKEITHAN, Barbara A **DOB:** (53 yo F) Acc No. 26674 **DOS:** 08/04/2020

breath. no Wheezing.
Cardiovascular:
no Chest pain. no Claudication. no Cough. no Dizziness. no Dyspnea on exertion. no Fainting. no High blood pressure. no History of heart attack. no Known coronary artery disease. Leg edema yes.
no Murmurs. no Pain in legs while walking. no Palpitations.
no Shortness of breath. Swelling of ankles yes. Varicose veins yes.
Constitutional:
no Fatigue. no Fever. no Loss of appetite. no Weight gain. no Weight loss.
Dermatologic:
no Hives. no Rash.
Endocrine:
no Diabetes. no Heat intolerance. no Weight loss.
Gastrointestinal:
no Blood in stool.
no Constipation. no Diarrhea.
no Dysphagia. no Heartburn.
no Nausea. no Vomiting.
Hematologic:
no Bleeding. no Easy bruising.
no Swollen glands.
Musculoskeletal:
no Bone pain. Joint pain yes, Both hands . no Joint stiffness. no Joint swelling. Leg cramps yes.
Neurologic:
no Headache.
no Numbness/Tingling.
no Seizures/Odd movements.
no Weakness.
Ophthalmologic:
no Diminished vision.
Psychology:
no Anxiety. no Depression.
no Eating disorder. no High stress level. no Sleep disturbances.
Urologic:
no Blood in urine. no Dysuria.
no Nocturia.

**Treatment**

**1. Venous insufficiency (chronic) (peripheral)**
Notes: Continue with Thigh-high venous compression stockings 20-30 mmHg prescribed. Recommend daily walking, intermittent leg elevation. Pain medications prn. Patient symptoms has improved with conservative therapy.

**2. Localized edema**
Notes:

LVEF is normal. Edema has improved

**Preventive Medicine**
Counseling: Diet . Exercise .

**Procedure Codes**
G8420 BMI<30 AND >=22 CALC & DOCU
G8427 DOC MEDS VERIFIED W/PT OR RE
1036F TOBACCO NON-USER
G9744 PATIENT NOT ELIG D/T ACTIVE DX HTN

**Follow Up**
3 Months

Manesh Thomas

**Electronically signed by Manesh Thomas , MD on 08/04/2020 at 06:02 PM EDT**

**Sign off status: Completed**

**Ferncreek Cardiology PA**
**3650 Cape Center Drive**
**Fayetteville, NC 283042139**
**Tel: 910-483-0049**
**Fax: 910-339-8905**

MCKEITHAN, Barbara A DOB: (53 yo F) Acc No. 26674 DOS: 07/10/2020

FERNCREEK CARDIOLOGY, PA
EXPERTS IN HEART & VASCULAR DISEASES

**Mckeithan, Barbara A**
53 Y old Female, DOB:
Account Number: 26674

Home:
Guarantor: Mckeithan, Barbara A Insurance: CIGNA
Payer ID: 62308
PCP: Georgia Buckley Referring: Georgia Buckley
Appointment Facility: Ferncreek Cardiology PA

07/10/2020 Progress Notes: Manesh Thomas, MD, FACC, FSCAI

### Reason for Appointment
1. SWELLING/VENOUS INSUFFICIENCY PER GEORGIA BUCKLEY,PA

### History of Present Illness
Interim History, Cardiology:

53-year-old woman with a history of chronic arthritis of hands, knees and hips, on anti-inflammatory medications. Referred for evaluation of bilateral upper extremity edema and lower extremity edema, pain and cramps.

Patient notices both hands swelled up in the morning hours and has difficulty to make fist. By evening, the hand swelling gets better. Also has aching pain on all the wrist joints. Patient also complaining of bilateral leg pain, edema and foot swelling. This is more in the evening hours. She also notices leg swelling more with standing and sitting down.

### Vital Signs
Height 62, Weight 146, body mass index (BMI) 26.70, heart rate (HR) 82, respiratory rate (RR) 16, blood pressure (BP) 128/80.

### Examination
Cardiovascular Examination:

General Appearance: alert and oriented, build: average. HEENT: within normal limits. Carotid Upstroke: no bruit. Jugular Venous Distention (JVD): none. Chest: normal shape and expansion. Lungs: clear to auscultation bilaterally. Cardiovascular nomal S1, S2, no murmur, rub, gallop or click. Abdomen: flat, no hepatosplenomegaly, bowel sounds: normal. Extremities: no tremor, 1+ pitting edema at the ankle, mild tenderness and swelling on both hands.. Neurologic: alert, unremarkable. Peripheral Pulses: 2+ bilaterally. Mood: appropriate.

### Assessments
1. Venous insufficiency (chronic) (peripheral) - I87.2 (Primary)
2. Localized edema - R60.0
3. Localized swelling, mass and lump, upper limb, bilateral - R22.33

### Current Medications
Taking
- Naproxen 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs
- Tylenol 325 MG Tablet 1 tablet as needed Orally every 4 hrs
- Vitamin D2 50 MCG (2000 UT) Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Partial Repair of rotator cuff 2018
Complete repair of rotator cuff 2019
Tubal Ligation

### Family History
Father: deceased
2 brother(s) , 2 sister(s) . 1 son(s) , 1 daughter(s) .

### Social History
Alcohol: socially, Type: , Frequency: - ,Years: , Determination:.
Caffeine: yes, frequency: tea and coffee.

### Allergies
Percocet: itching - Allergy

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
Respiratory:

no Chest pain. no Cough. no DOE (dyspnea on exertion). no Hemoptysis. no Shortness of breath. no Wheezing.

MCKEITHAN, Barbara A DOB: (53 yo F) Acc No. 26674 DOS: 07/10/2020

Cardiovascular:
no Chest pain. no Claudication. no Cough. no Dizziness. no Dyspnea on exertion. no Fainting. no High blood pressure. no History of heart attack. no Known coronary artery disease. Leg edema yes. no Murmurs. no Pain in legs while walking. no Palpitations. no Shortness of breath. Swelling of ankles yes.
Constitutional:
no Fatigue. no Fever. no Loss of appetite. no Weight gain. no Weight loss.
Dermatologic:
no Hives. no Rash.
Endocrine:
no Diabetes. no Heat intolerance. no Weight loss.
Gastrointestinal:
no Blood in stool. no Constipation. no Diarrhea. no Dysphagia. no Heartburn. no Nausea. no Vomiting.
Hematologic:
no Bleeding. no Easy bruising. no Swollen glands.
Musculoskeletal:
no Bone pain. Joint pain yes, Both hands. no Joint stiffness. no Joint swelling. Leg cramps yes.
Neurologic:
no Headache. no Numbness/Tingling. no Seizures/Odd movements. no Weakness.
Ophthalmologic:
no Diminished vision.
Psychology:
no Anxiety. no Depression. no Eating disorder. no High stress level. no Sleep disturbances.
Urologic:
no Blood in urine. no Dysuria. no Nocturia.

**Treatment**

**1. Venous insufficiency (chronic) (peripheral)**
IMAGING: Venous Duplex
Notes: Thigh-high venous compression stockings 20-30 mmHg prescribed. Recommend daily walking, intermittent leg elevation. Pain medications.

**2. Localized edema**
IMAGING: Echocardiogram
IMAGING: Venous Duplex
Notes: Rule out LV dysfunction.

**3. Localized swelling, mass and lump, upper limb, bilateral**
Notes: Patient's hand swelling is more on the morning hours with difficulty making a fist. Recommend ruling out chronic kidney disease like albuminuria, also recommend rheumatology referral to rule out polyarthritis and other autoimmune diseases..

**Preventive Medicine**
Counseling: Diet . Exercise ..

**Procedure Codes**
G8420 BMI<30 AND >=22 CALC & DOCU
G8427 DOC MEDS VERIFIED W/PT OR RE
G9903 Pt scrn tbco id as non user
G8783 BP SCR PRFRM RCMDD DEFIND SCR INTVL

**Follow Up**
4 Weeks

**Electronically signed by Manesh Thomas , MD on 07/10/2020 at 04:59 PM EDT**

**Sign off status: Completed**

Ferncreek Cardiology PA

MCKEITHAN, Barbara A **DOB:** (53 yo F) **Acc No.** 26674 **DOS:** 07/10/2020

3650 Cape Center Drive
Fayetteville, NC 283042139
Tel: 910-483-0049
Fax: 910-339-8905

**Progress Note: Manesh Thomas, MD, FACC, FSCAI 07/10/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

FERNCREEK CARDIOLOGY, PA

# Transthoracic Echocardiogram Study Report

**BARBARA MCKEITHAN**
**July 15, 2020**

**MRN:** 26674
**DOB:**
**Age:** 53
**Gender:** F

**Study Time:** 08:56 AM
**Reading Group:** Manesh Thomas, MD, FACC, FSCAI
**Referring Group:** Georgia J Buckley PA-C
**Ordering Phys:** Manesh Thomas MD, FACC, FSCAI
**Sonographer:** Kimberly Person
**Location:** Ferncreek Cardiology
**Equipment:** VIVID-I

**Study Quality:** Fair
**Diagnosis Code:** (R60.0) Localized oedema

**Procedure Code:** 93306 Echocardiography, with spectral Doppler echocardiography, and with color flow Doppler echocardiography

| Left Ventricle | | Normal | Left Atrium | | Normal | Aorta | | Normal |
|---|---|---|---|---|---|---|---|---|
| LVEDV | 93.8 ml | | LA | 2.4 cm | (2.7 - 3.8) | AoD | 2.1 cm | |
| LVESV | 31.3 ml | | **Mitral Valve** | | | AoD CS | 1.4 cm | (1.5 - 2.6) |
| EF | 67.0 % | (54 - 74) | MV Pk E Vel | 0.8 m/s | (0.7 - 1.2) | **Aortic Valve** | | |
| LVSV | 62.5 ml | (31 - 87) | MV Pk A Vel | 1.0 m/s | (0.4 - 0.7) | LVOT Pk Vel | 0.87 m/s | |
| IVSd | 0.5 cm | (0.6 - 0.9) | MV E/A Ratio | 0.8 | (0.78 - 1.78) | LVOT Pk Grad | 3.1 mmHg | |
| LVIDd | 4.5 cm | (3.8 - 5.2) | MV Decel Time | 181.1 ms | (143 - 219) | AV Pk Vel | 1.16 m/s | |
| LVPWd | 0.7 cm | (0.6 - 0.9) | **Tricuspid Valve** | | | AV Pk Grad | 5.3 mmHg | (<10) |
| LV FS (midwall) | 37.0 % | (15 - 23) | TR Pk Vel | 2.5 m/s | | **Pulmonary Valve** | | |
| LVIDs | 2.9 cm | (2.2 - 3.5) | TR Pk Grad | 25.4 mmHg | | PV Pk Vel | 1.0 m/s | |
| LVRWT | 0.29 | | | | | PV Pk Grad | 4.2 mmHg | |

After informed consent, a complete Transthoracic Echocardiogram was performed.

## Findings:

1. Mild concentric hypertrophy of the left ventricle.
Visual EF is 50%.
Doppler evidence of grade I (impaired) diastolic dysfunction.
Left ventricle regional wall motion findings: No wall motion abnormalities.
2. Left atrial cavity is normal in size.
3. Right atrial cavity is normal in size.
4. Right ventricle cavity is normal in size.
Normal right ventricular function.
5. Structurally normal trileaflet aortic valve with no regurgitation noted.
6. Structurally normal mitral valve with no regurgitation noted.
7. Structurally normal tricuspid valve with no regurgitation noted.
8. Structurally normal pulmonic valve with no regurgitation noted.
9. No evidence of significant pericardial effusion.
10. The aortic root is normal.
11. Normal pulmonary artery.
12. IVC is normal with respiratory variation.



**Conclusions:**
Mild concentric hypertrophy of the left ventricle.
Visual EF is 50%.
Doppler evidence of grade I (impaired) diastolic dysfunction.
Left ventricle regional wall motion findings: No wall motion abnormalities.
Calculated EF 67%.

*Dr. Manesh Thomas, MD, FACC, FSCAI*
Electronically Signed on Studycast
July 24, 2020 01:26 AM EDT



PAGE 19/20 * RCVD AT 12/22/2020 4:13:47 PM [Eastern Standard Time] * SVR:VA1PWFAX101/2 * DNIS:6034301583 * CSID: * ANI:19104830049 * DURATION (mm-ss):05-43

Lincoln/McKeithan 0360

FERNCREEK CARDIOLOGY, PA

# Bilateral Duplex Venous Lower Extremity Study Report

**BARBARA MCKEITHAN**
July 29, 2020

| | | | | | |
|---|---|---|---|---|---|
| **MRN:** | 26674 | | | **Study Time:** | 08:59 AM |
| **DOB:** | | **Age:** | 53 | **Reading Group:** | Manesh Thomas, MD, FACC, FSCAI |
| **Gender:** | F | | | **Referring Group:** | Georgia J Buckley PA-C |
| **Height:** | 62 in | **Weight:** | 146 lbs | **Ordering Phys:** | Manesh Thomas MD, FACC, FSCAI |
| **BSA:** | 1.74 m$^2$ | | | **Sonographer:** | SEB |
| **BMI:** | 26.87 | | | **Location:** | Ferncreek Cardiology, |
| | | | | **Equipment:** | vividi |

**Study Quality:** Excellent

**Diagnosis Code:** (R60.0) Localized edema

**Right Findings:**

There is no evidence of deep venous thrombosis of the right lower extremity.

The great saphenous vein (GSV) measures 8.9 mm at the SF junction, 3.2-3.6 mm at the thigh and 2.9-3.5 mm at the calf. The GSV has a venous valve reflux of 800 msec at the SF junction, 600-800 msec at the thigh and 1500-1800 msec at the calf.

The small saphenous vein measures 1.9-2.1 mm at the calf and has 1100-1700 msec valve reflux.

The CFV, FV and popliteal veins have 1200 msec valve reflux.

**Left Findings:**

There is no evidence of deep venous thrombosis of the left lower extremity.

The great saphenous vein (GSV) measures 6.6 mm at the SF junction, 4.2-5.4 mm at the thigh and 2.1-2.4 mm at the calf. The GSV has a venous valve reflux of 500 msec at the SF junction, 700-1600 msec at the thigh and 600-2800 msec at the calf.

The small saphenous vein measures 2.6 mm at the calf and has 600 msec valve reflux.

The CFV, FV and popliteal veins have 1000-1200 msec valve reflux.

**Conclusions:**

No evidence of deep vein thrombosis of the lower extremities.

Severe bilateral great saphenous vein valve reflux.

Severe bilateral small saphenous vein valve reflux.

Severe bilateral deep vein valve reflux.

August 13, 2020 10:49 PM EDT
Dr. Manesh Thomas, MD, FACC, FSCAI
Electronically Signed on Studycast

ReleasePoint

## Medical Record Overview

**Date:** **December 16, 2020**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** RALEIGH ORTHOPAEDIC CLINIC
3001 EDWARDS MILL RD
RALEIGH, NC 27612
(919) 781-5600

**Request Scope:** From January 23, 2020 to Present

**Chart Range:** 04/22/2020 - 12/15/2020

**RP ID:** 7293989

**Client ID:** 8520656

**Source:** L-CLTLTD

**Req By:**

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 22 2020 | Jun 24 2020 | 18 | 2 |
| Questionnaires | Dec 15 2020 | Dec 15 2020 | 2 | 20 |
| Request Correspondence | | | 10 | 22 |
| | | **Total Page Count:** | 30 | |

**Notes From QC:**

# Raleigh Orthopaedic

*Date of Service: June 24, 2020*   *Printed: December 10, 2020*
**Barbara McKeithan**   Work:
Female   DOB:   Patient ID:846622

**06/24/2020 - Work School Note: D43 - Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right Shoulder .

Patient may return to work on 06/24/2020 with the following restrictions:

Follow guidelines of FCE or Return to Work Test
Other restrictions: Light Duty, Occasional Lifting 16 lbs, frequent lifting = 10 lbs, and constant lifting = 4 lbs. Thank you

Treatment completed, patient has reached Max. Medical Improvement (MMI).

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Katie Woodlief LAT ATC on 06/24/2020 at 11:28 AM**

# Raleigh Orthopaedic

*Date of Service: April 22, 2020*    *Printed: December 10, 2020*

**Barbara McKeithan**    Work:

Female  DOB:    Patient ID:846622

**04/22/2020 - Work School Note: Work Status-D43**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right shoulder.

Patient may return to work on 04/22/2020 with the following restrictions:
No overhead use of the arm.
No pushing/pulling over 10 pounds.
No lifting over 10 pounds.
No carrying over 10 pounds.
Other restrictions: Light duty
Floor wto waist lifting Max 10lbs

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Loretta C Parker CMA on 04/22/2020 at 11:19 AM**

---

# Raleigh Orthopaedic

, ,

*Date of Service: June 24, 2020* *Printed: December 10, 2020*
**Barbara McKeithan** Work: ( ,
Female DOB: Patient ID:846622

**06/24/2020 - Office Visit: D43 - Right Shoulder REC**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic**

**History of Present Illness:**
Barbara is a 53 year old female here today for right shoulder and numbness and tingling my left arm and hand.
The problem started: Been year
Side the pain is on: both
Body part: shoulder and arm
The pain started: Year
The pain right now is: 5/10
The pain at its worst is: 8/10
Symptoms experienced since the start of the condition: loss of strength, numbness, swelling, tingling
Type of pain is: throbbing, aching
Had the following diagnostic tests: X-ray, MRI
Had the following treatments: rest, heat, elevation, muscle relaxants, narcotic pain meds, physical therapy, surgery, injection

Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now 11 months out from her rotator cuff repair. She has been battling shoulder stiffness. She has undergone a glenohumeral injection in August, a Medrol Dosepak in October, and most recently a ultrasound-guided subacromial injection 1 month ago. She is not gotten significant relief from any of these, and the least relief was received from the last injection. She has been continue with physical therapy, but still has pain and stiffness that is limiting her ability to fully use her arm. Her pain is a 3-4 out of 10 in severity. It is better than it was before surgery, this is a different type of pain.

We sent her for an FCE to better evaluate her postoperative restrictions given her function.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes Lt Shoulder
Right shoulder - 5/2019

# Raleigh Orthopaedic

, ,

*Date of Service: June 24, 2020*    *Printed: December 10, 2020*

**Barbara McKeithan**    Work:
Female DOB:    Patient ID:846622

**Allergies:**
PERCOCET (Mild)

**Medications:**
MELOXICAM 15 MG TABS (MELOXICAM) TAKE 1 TABLET BY MOUTH EVERY DAY WITH FOOD
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Review of Systems:**
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Confirms numbness, weakness arms. Denies blurred vision, cramps legs/arms, headaches, unsteady gait, weakness legs
Musculoskeletal: Denies joint pain, muscle pain
Psychiatric: Denies anxiety
Respiratory: Denies chronic cough, shortness of breath, wheezing
Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of control of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has symmetric active and passive range of motion compared to the contralateral side. Forward flexion to 170, ER to 45, IR to L1. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are mildly positive. Negative anterior load and shift and negative apprehension. Speed, O´Brien´s are weakly positive. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Imaging:**
I reviewed her postoperative MRI. The MRI demonstrates an intact supraspinatus tendon repair. She does have some mild delamination of the undersurface of the rotator cuff but the integrity of the rotator cuff repair is intact.

**Assessment and Plan:**
Assessment: Status post arthroscopic rotator cuff repair, approximately 12 months close to year following

# Raleigh Orthopaedic

, ,

*Date of Service: June 24, 2020*  *Printed: December 10, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

her surgery, with still some minor pain in the weakness with overhead activities.
Plan:
At this point, normally, we have patients return back to work without restrictions. She still having some issues. Her functional capacity evaluation demonstrates that she is eligible to do light duty work. There are weight restrictions of a maximum of 16 pounds with continuous overhead lifting, 10 pounds occasionally and 4 pounds frequently. I like for her to have discussed permanent work restrictions. If she does improve, we can certainly revisit these restrictions. She will see me back on an as-needed basis. I do not believe that she needs additional surgery. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

**Electronically signed by Edwin R Cadet MD on 06/24/2020 at 11:17 AM**

# Raleigh Orthopaedic Clinic
# Functional Capacity Evaluation

Barbara McKeihan (ROC Pt. I.D. #: 846622) was referred to Raleigh Orthopaedic Clinic on 06-08-2020 for a Functional Capacity Evaluation (FCE) to objectively quantify current maximum voluntary physical capacity. Psychophysical pain response to each portion of the evaluation was quantified by using a numeric pain scale ranging from 0 to 10. Consistency of effort and corresponding validity criteria were monitored throughout testing. Signed consent was obtained. Subheading information highlighted in gray represents abnormal findings. The results of the FCE are as follows:

## INJURY HISTORY

Barbara McKeihan is a 53 (02-22-1967) year old female, diagnosed with ***right shoulder rotator cuff tear*** which was a result of ***degenerative changes over time possibly due to repetitively lifting heavy objects at work.*** Onset: 02-01-2018. Surgery related to the injury included ***right shoulder rotator cuff repair, subacromial decompression and labral debridement on 05-07-2019.*** Significant medical history is ***left shoulder rotator cuff repair on 7/10/2018, tubal ligation 1989 and allergic to Percocet.*** Post injury treatments have consisted of **medication, physician care, physical therapy, glenohumeral injection in August 2019, medrol dosepak in October 2019 and ultrasound guided subacromial injection in March 2020**. These treatments have resulted in moderate perceived benefits. Current complaints include ***tightness of the right shoulder, aching and throbbing pain of the right anterior shoulder and weakness with overhead lifting.*** The patient feels better with ***heating pad, sleeping on the left side and pain medication.*** The patient feels worse with ***cold, driving and her right shoulder aches with walking.*** Significant social limitations are reported in activities such as ***household chores, hobbies and sports. Pt. reported that she is unable to lift heavy household items, her grandchildren and weights for exercise; unable to perform sit-ups; unable to perform her job and she had to cut hair because she is unable to take care of it***.

PHYSICIAN:
Dr. Edwin Cadet
3001 Edwards Mill Rd.
Raleigh, NC 27612

ATTORNEY:
Brandon Briggs
Heard & Smith, LLP
10715 Gulfdale St., Suite 100
San Antonio, TX 78216

INSURANCE BROKER:
Cigna
P.O. Box 182223

## DIAGNOSTICS

| Test | Result |
|---|---|
| X-Ray | **Positive** |
| Needle EMG | **Positive** |
| MRI | **Positive** |
| Injections | **Positive** |

Current medications: Tylenol 500 mg.
Previous medications: Meloxicam, Colace

**Therapist's Comments Concerning Diagnostics**: According to the radiologist's report, MRI on 3/19/2019 of the right shoulder showed irregular partial-thickness tear involving the junctional fibers of the supraspinatus and infraspinatus insertions focally exceeding 50% of tendon thickness. Cystic change of the supraspinatus footprint. Mild lateral acromial spurring. Low-grade AC joint arthrosis. Thin but elongated intramuscular cyst involving the superior aspect of the infraspinatus myotendinous junction. Low-grade interstitial tearing involving the subscapularis insertion superiorly.

According to radiologist's report, MRI on 12/26/2019 showed s/p supraspinatus tendon repair with interval development of a high-grade partial-thickness articular sided tear just proximal to the footprint, involving greater than 50% of the tendon thickness. No evidence of muscular atrophy.

Pt. reported that the EMG showed carpal tunnel syndrome of bilateral UE's.

## EMPLOYMENT HISTORY

At the time of injury Barbara McKeihan was employed by **Unilever** as a **Process Technician**. The patient's last day on the job was 07-03-2018. This position with the company is not available. Pt. reported that her job filled her position with someone else. According to pt. description, this position involves computer work, driving a forklift, lifting up to 55 lbs. pushing and pulling a


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

dolly loaded with up to 100 lbs. and a lot of overhead lifting up to 55 lbs. According to pt. description, this position involves a **Medium-Heavy PDC Level.** A written job description was not provided. According to the Dictionary of Occupational Titles (DOT), **(012.261-014) Quality Control Technician** involves a **Light PDC Level.** The patient's supervisor was Jeff Melvin and Steven Kessinger.

## PAIN PROFILE

The patient was instructed to rate her pain according to Borg's numeric pain scale ranging from 0 (no pain) to 10 (maximal pain). Pain ratings (PR) that fluctuate significantly during similar activities or are severe regardless of activity level indicate symptom magnification, especially if other physiological symptoms such as corresponding high heart rate, etc., are not present. If the patient reports pain levels of 6 or above without significant observed functional limits, this would also indicate symptom magnification.

| | |
|---|---|
| Worst Pain Over Last 30 Days | 5 |
| Least Pain Over Last 30 Days | 4 |
| Current Pain | 5 |
| Post FCE Pain | 4 |

VISUAL ANALOG SCALE

The patient was instructed to mark her pain intensity on a 10 cm vertical scale with 0 cm indicating "No pain at all" and 10 cm indicating "Pain as bad as it could be". The distance from 0 to the mark should be within 1 1/2 points of the numeric scale for good correlation. The score should also not be in a severe range.

| | |
|---|---|
| Numeric Pain Scale | 5 |
| Visual Analog Pain Scale | 4.8 |
| Result | **NORMAL** |

RANSFORD QUANTIFIED PAIN DRAWING

The Ransford Pain Drawing is a well recognized pain drawing system that has been correlated to the standard MMPI test to screen out 93 percent of those patients who are likely to have poor psychometrics regarding their injury without using a complicated scoring system. The patient was asked to complete a pain drawing by utilizing 4 distinct symbols to indicate numbness, pins and needles, burning, or stabbing. The drawing is then scored according to expected anatomical pain distribution. Scores of 1 or 2 on the pain drawing have been closely correlated to a normal MMPI indicating a valid response. Scores of 3 or more indicate poor psychometrics and are used to identify patients who more than likely are not psychologically prepared to benefit from conservative rehabilitation.

| | |
|---|---|
| Normal Score | <=2 |
| Patient Score | 0 |
| Result | **NORMAL** |

QUICK DISABILITIES OF THE ARM, SHOULDER AND HAND (DASH) QUESTIONNAIRE

The Disabilities of the Arm, Shoulder and Hand Questionnaire is a self-report questionnaire (11 items self-report) that measures physical function and symptoms in people with musculoskeletal disorders of the upper limb and indicates the degree of disability as perceived by the patient. The higher the score, the higher the perceived disability.

| | |
|---|---|
| Patient's Score | 45% |
| Degree of Perceived Disability | Severe Disability |
| Result | Pt. has a high perceived level of disability |

**Therapist's Comments Concerning Pain Profile**: Pt. tested negative with pain questionnaires for inappropriate illness behavior except for with the Quick DASH pt. did have a high perceived level of disability.

## CARDIOVASCULAR

The patient's initial heart rate (HR) and blood pressure (BP) are recorded as follows:

| | |
|---|---|
| Pre-test Heart Rate: | 68 |
| Pre-test Blood Pressure: | 117/82 |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

## ACTIVITY TOLERANCE

ROUTINE ACTIVITIES
The patient's tolerance to certain routine activities are documented as follows:

| Activity | Subjective Maximum Tolerance | Measured Maximum Tolerance | Required By Job |
|---|---|---|---|
| Sitting (up to 30 min) | Not limited | 47 min. | 180 min |
| Standing (up to 30 min) | Not limited | 42 min. | 240 min |
| Walking (200 yds / 2 min) | 30 min. | Not assessed | 240 min |
| Driving (up to 30 min) | Not limited * | Not assessed | 150 min |
| Lifting From Floor | 10 lbs | 20 lbs | 55 lbs |

* Pt. reported that she switches arms when driving.

REPETITIVE ACTIVITIES
The patient was asked to perform 20 to 25 repetitions of several different body movements to assess the consistency of movement patterns and the willingness to move through an expected range of motion within an expected period. The test is furthermore used to see if the patient's range of motion increases with repetition and how the patient's symptoms are affected by such activities. The results are as follows:

| Activity | Completed Tolerance | Time (sec) | PR | ROM | Movement Pattern | Effort Given | Patient's Activity Tolerance | Tolerance Required By Job | |
|---|---|---|---|---|---|---|---|---|---|
| Reach Overhead 20 x | 20 reps | 32 | 4.0 | 90% | Normal | Good | Frequent | Occasional | Met |
| Reach 2 Min | 103 sec | 103 | 3.0 | 90% | Normal | Good | Occasional | Rare | Met |

**Therapist's Comments Concerning Activity Tolerance**: Pt. demonstrated more AROM during repetitive activities than she did during the musculoskeletal exam. With repetitive overhead reaching, pt. was able to achieve approximately 160 deg. of right shoulder flexion and approximately 168 deg. for left shoulder flexion. Pt. was able to complete all 20 repetitions and reported 4/10 pain of the right anterior shoulder. With sustained overhead reaching, pt. could achieve approximately 160 deg. of right shoulder flexion and approximately 168 deg. for left shoulder flexion. Pt. was able to perform the overhead reach for 103 seconds and reported 3/10 pain of the right anterior shoulder and increased tingling of both hands.

## POSTURE

**Posture**: slight forward head, slight rounded shoulder; otherwise posture WNL

## REFLEXES / SENSATION

The patient's upper extremity reflexes were as follows:

| | Right | Left |
|---|---|---|
| Biceps | 2+ | 2+ |
| Triceps | 2+ | 2+ |
| Brachioradialis | 2+ | 2+ |

**Reflexes**: Pt. has normal reflexes for bilateral UE's.

**Sensation:** LT intact for bilateral UE's for C4-T1 dermatomes.

## STRENGTH / SPECIAL TESTS

The patient's manual muscle strengths were as follows:

| Muscle | Right | Left | CogWheel |
|---|---|---|---|
| Shoulder Flexion | 5/5 | 5/5 | No |
| Shoulder Abduction | 5/5 | 5/5 | No |
| Shoulder Extension | 5/5 | 5/5 | No |
| Shoulder IR at 0 deg. of abd. | 5/5 | 5/5 | No |
| Shoulder ER at 0 deg. of abd. | 5/5 | 5/5 | No |
| Shoulder IR at 90 deg. of abd. | 5/5 | 5/5 | No |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

| Muscle | Right | Left | CogWheel |
|---|---|---|---|
| Shoulder ER at 90 deg. of abd. | 5/5 | 5/5 | No |

**Therapist's Comments Concerning Strength**: Pt. has normal strength of the right shoulder with MMT.

***Special Tests:***

**Hawkin's Kennedy Test, Neer Impingement Test, O'Brien's Test, Empty Can Test, Lift Off Test, Apprehension Test, Crank Test and Phalen's Test:** all were negative bilaterally

**Speed's Test:** Left: Negative; Right: slightly positive

## PALPATION / JOINT MOBILITY

**Palpation**: Tender over right bicipital tendon and right lateral shoulder

**Joint Mobility:** Left Shoulder: hypomobility with inferior, anterior and lateral glides; Right Shoulder: hypomobility with anterior, posterior and inferior glides.

## GONIOMETRY

Goniometry entails measuring extremity joint range of motion according to the AMA Guides to Impairment. The patient's measurements are as follows:

| Joint | Motion | Right | Left |
|---|---|---|---|
| Shoulder | Flexion | 127 Pain of the right anterior shoulder | 150 |
| Shoulder | Abduction | 126 Pain of the right anterior shoulder | 140 |
| Shoulder | Extension | 34 Pulling of the right anterior shoulder | 38 |
| Shoulder | ER at 0 deg. of abd. | 57 Pain of the right anterior shoulder | 63 |
| Shoulder | Functional IR | T9 Pulling of the right anterior shoulder | T5 |
| Shoulder | IR at 45 deg. of abd. | 74 | 89 |
| Shoulder | ER at 90 deg. of abd. | 80 | 76 |
| Shoulder | IR at 90 deg. of abd. | 70 | 75 |

**Therapist's Comments Concerning Goniometry UE**: Pt. had increased AROM during the repetitive activities than she did during the musculoskeletal exam.

## STATIC TESTING

Static strength tests are performed isometrically in a variety of body postures. At least three trials are completed in each test position, and it is expected that the accompanying scores should be almost identical. Therefore, a coefficient of variation less than 15% is acceptable while less than 10% is considered normal. Since research documents that efforts close to 100% and efforts less than 15% can be reproduced within an acceptable coefficient of variation, the patient must also score higher than the 10th percentile to demonstrate expected behavior regardless of injury. Furthermore, tests to uninvolved body parts (U) should be stronger than tests to involved body parts (I).

The following results indicate a comparison of the patient's scores to that of normal industrial (N/A for gender not specified) at the coefficients of variation given:

| 3-Trial Grip Test | | | | | | |
|---|---|---|---|---|---|---|
| **Static Test** | **Involved/ Uninvolved** | **Average Force (lbs)** | **%tile** | **CV** | **Consistency** | **Validity** |
| **Right Hand Grip** | Uninvolved | 27.0 | 43.0 | **63.0** | **Inconsistent** | **Invalid** |
| Left Hand Grip | Uninvolved | 26.0 | 48.0 | **34.0** | **Inconsistent** | **Invalid** |

| 5-Trial Grip Test | | | | | | |
|---|---|---|---|---|---|---|
| **Static Test** | **Position 1** | **Position 2** | **Position 3** | **Position 4** | **Position 5** | **Bell Curve** |
| **Right Hand Grip** | 18 | 32 | 24 | 21 | 19 | Consistent |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

| 5-Trial Grip Test | | | | | | |
|---|---|---|---|---|---|---|
| **Static Test** | **Position 1** | **Position 2** | **Position 3** | **Position 4** | **Position 5** | **Bell Curve** |
| Left Hand Grip | 22 | 27 | 21 | 16 | 14 | Consistent |

## DYNAMIC LIFTING

Standard dynamic lifts utilizing NIOSH boxes with handles are customarily lifted from various heights and are used to simulate essential job strength and posture requirements as well as to classify normal's and patients according to the Dictionary of Occupational Titles (DOT) physical demand levels of work. The 1991 NIOSH equation documents that any compromising variance from the standard requires more weight to be moved in order to remain safe at said classification.

The following results indicate a comparison of the patient's scores to that of normal industrial (N/A for gender not specified) at the coefficients of variation given:

| Activity | Weight (lbs) | Percentile | Reason Test Stopped | Effort Given | PR | Job Requirement | |
|---|---|---|---|---|---|---|---|
| Floor To Knuckle | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| 12" To Knuckle Lordosis | 30 | 6 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Knuckle To Shoulder | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Shoulder To Overhead | 15 | 5 | Maximum Safe Effort | Good | 4.0 | 55 | Not Met |
| Carrying 14 feet | 20 | 5 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Pushing 25 feet | 22 lbs./f | 5 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |
| Pulling 7 feet | 20 lbs./f | 6 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |

BODY MECHANICS
During the FCE the patient was instructed in appropriate body mechanics for lifting, rotation, and job specific activities. The patient was instructed in rotation/lifting body mechanics.

**Therapist's Comments Concerning Dynamic Lifting**: * Limited by pain and pt. did not want to strain her right shoulder. Except for shoulder to overhead lifting, therapist did not see signs of maximum physical exertion such as changes in posture and body mechanics, changes in velocity of movement and/or recruitment of accessory muscles. With floor to knuckle lifting, pt. reported 4/10 pain of the right anterior shoulder and when asked what was keeping her from lifting more weight reported that she did not want to strain her right shoulder. With 12" to knuckle lifting, pt. was able to lift a little more weight and reported 4/10 pain of the right anterior shoulder. With knuckle to shoulder lifting, pt. reported 4/10 pain of her right anterior shoulder. With shoulder to overhead lifting, therapist did see signs of maximum physical exertion such as changes in posture and body mechanics, changes in velocity of movement and/or recruitment of accessory muscles. Pt. reported 4/10 pain of the right anterior shoulder. With carrying, pt. reported strain of bilateral anterior shoulders. With pushing and pulling, pt. reported 4/10 pain of the right anterior shoulder. Pt. reported at her previous job she had to push and pull a dolly with wheels loaded with dye or fragrance weighing up to 100 lbs. It is unknown how many lbs. of force are required to push and pull this dolly with wheels loaded with 100 lbs. of dye or fragrance.

## ENDURANCE PROJECTIONS

The following endurance projections are based upon comparing the patient's observed maximum effort test results with that of normal and healthy industrial Females.

The projections are as follows:

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Floor To Knuckle | 20 lbs | 10.0 lbs | 4.0 lbs |
| 12" To Knuckle Lordosis | 30 lbs | 15.0 lbs | 6.0 lbs |
| Knuckle To Shoulder | 20 lbs | 10.0 lbs | 4.0 lbs |
| Shoulder To Overhead | 15 lbs | 7.5 lbs | 3.0 lbs |
| Carrying 14 feet | 20 lbs | 10.0 lbs | 4.0 lbs |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Pushing 25 feet | 22 lbs/f | 11.0 lbs/f | 4.4 lbs/f |
| Pulling 7 feet | 20 lbs/f | 10.0 lbs/f | 4.0 lbs/f |

# PERFORMANCE ISSUES

INAPPROPRIATE PERFORMANCE INDICATORS

Inappropriate performance indicators compare the relationship of the patient's subjective and objective responses to their diagnosis and function. When such indicators become disproportionate to true organic pathology, they become detrimental to an effective treatment protocol. When 50% or more of the indicators are positive, it may be beneficial to perform individualized physical/psychological "sincerity of effort" tests and/or/ other physiological assessment, if not included in this exam, to better understand the overall compliance capacity of the patient.

Is the pre-test pain rating >= 5 ? Positive
Did the patient have a Visual Analog score > 1.5 over current pain? Negative
Is the Ransford Pain Drawing scored >= 3? Negative
Did the patient report pain ratings >= 8 ? Negative

Positive in 1 of 4 categories tested.

CONSISTENCY PROFILE

Consistency criteria are built into the test regimen, to determine whether or not the patient performs equally for repeated measure with or without distraction, which indicates a good and consistent effort. When 50% or more of the criteria are "inconsistent", it may be beneficial to perform individualized physical/psychological "sincerity of effort" tests and/or other psychological assessments, if not included in this exam, to better understand the overall compliance capability of the patient unless the overall data does not support such a plan.

Did the 5-trial second position grip match the 2nd position 3-trial grip? No Inconsistent
Did the five position grip tests demonstrate the expected bell curve? Yes Consistent
Did the patient score in the 10th percentile or less on all static tests? No Consistent
Were any coefficients of variation equal to or exceed 15 percent? Yes Inconsistent
Did the patient score in the 10th percentile or less on all dynamic tests? Yes Inconsistent

Inconsistent in 3 of 5 categories tested.

ATTITUDE AND REASONING ABILITY

Barbara McKeihan was generally **cooperative** during testing.

# RESULTS

Ambulation Quality: Normal
Gross Coordination: Normal

**Major Limiting Factors**
Pain.
Partial Self-limited Effort.

| | |
|---|---|
| Visual Analog | 4.8 **NORMAL** |
| Ransford Pain Drawing | 0 **NORMAL** |
| Pain Range | 3-4 |
| Inappropriate Illness Behavior | Positive in 1 of 4 categories tested |
| Consistency Profile | Inconsistent in 3 of 5 categories tested |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

**Therapist's Comments Concerning Significant Inconsistencies:** Pt. had more AROM of the right shoulder during the repetitive activities than she did during the musculoskeletal exam. The musculoskeletal exam was performed first so it is possible that her right shoulder loosened up during the musculoskeletal exam giving her more AROM during the repetitive activities. Pt. was inconsistent with gripping during the 3 trial gripping.

Statistically, test results indicate equivocal test data with indication of partial self-limited and inconsistent effort; however there was not any inappropriate illness behavior displayed during FCE testing except for pt. had a high perceived level of disability of the Quick DASH pain questionnaire. Due to equivocal results, FCE is considered to be a fair indicator of patient's functional capacity with a fair probability that patient could function at a higher level.

Patient performs material handling at a level of **Light PDC Level**. Patient's previous job required a **Medium-Heavy PDC Level.** Patient demonstrates limited tolerance for lifting, carrying, pushing and pulling due to right shoulder pain. Due to current physical limitations, modifications would need to be made to the regular job position.

## RECOMMENDATIONS

**Modifications Needed:**

**1) Repetitive Activities: None**

**2) Material Handling:**

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Floor To Knuckle | 20 lbs | 10.0 lbs | 4.0 lbs |
| 12" To Knuckle Lordosis | 30 lbs | 15.0 lbs | 6.0 lbs |
| Knuckle To Shoulder | 20 lbs | 10.0 lbs | 4.0 lbs |
| Shoulder To Overhead | 15 lbs | 7.5 lbs | 3.0 lbs |
| Carrying 14 feet | 20 lbs | 10.0 lbs | 4.0 lbs |
| Pushing 25 feet | 22 lbs/f | 11.0 lbs/f | 4.4 lbs/f |
| Pulling 7 feet | 20 lbs/f | 10.0 lbs/f | 4.0 lbs/f |

**3) Other:**

| Activity | Measured Maximum Tolerance |
|---|---|
| Sitting | At least 47 min. |
| Standing | At least 42 min. |
| Walking | Not assessed |
| Driving | Not assessed |

**Therapist's Comments Concerning Recommendations**: Pt.'s previous job is not available because it has been filled by someone else. Pt. did not meet the lifting requirements of her previous job. Recommend that pt. seek Process Technician jobs which do not require such heavy lifting and require a **Light PDC Level.** If that type of work is not available, then pt. may need to seek an alternate occupation and may benefit from vocational counseling to identify employment opportunities within her safe abilities.

## RETURN TO WORK

Does patient plan to return to work? Not to her previous job because it has been filled by someone else.

Return to Work Status: **Either seek a Process Technician job which requires a Light PDC Level or other occupation**

**Modifications Needed**
See above

## PHYSICAL DEMAND CLASSIFICATION


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

The U.S. Department of Labor standard for Physical Demand Classification (PDC) qualifies the individual at a Light PDC. However, lifts over five times per day at this level would place the individual at significant medical risk. As a result, WorkSTEPS Safe Recommended PDC would be Light with the accompanying endurance projections.

| **Floor To Knuckle** | | **Occasional**<br>0-33% of the time<br>Approximate Repetitions: 1-100 | **Frequent**<br>34-66% of the time<br>Approximate Repetitions: 100-500 | **Constant**<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|---|
| **Qualified** | Light | 20 lbs | 10.0 lbs | 4.0 lbs |
| **Safe Recommended** | Light | 16.0 lbs | 10.0 lbs | 4.0 lbs |

Thank you for your attention in these matters.

Katherine Melton, PT, MPT, COMPT

**Katherine Melton, PT, MPT, COMPT**
**Functional Testing Coordinator, License #: 8365**

**( FCE Testing performed on 6/8/2020 and 6/9/2020 for 2 hours and 2 hours and 22 minutes to write the report)**


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

WorkSTEPS, Inc.

# Raleigh Orthopedic Therapy Services
# Functional Capacity Evaluation Summary

Patient: Barbara McKeithan Date: 06/08/2020

Physician: Dr. Edwin Cadet Position: Process Technician

## VALIDITY AND INAPPROPRIATE ILLNESS BEHAVIOR

Validity- **Equivocal**
Inappropriate Illness Behaviors: **Overall Negative**

Statistically, test results indicate equivocal test data with indication of partial self-limited and inconsistent effort; however there was not any inappropriate illness behavior displayed during FCE testing except for pt. had a high perceived level of disability of the Quick DASH pain questionnaire. Due to equivocal results, FCE is considered to be a fair indicator of patient's functional capacity with a fair probability that patient could function at a higher level.

## REPETITIVE ACTIVITIES AND MATERIAL HANDLING

**Physical Demand Level Required: Medium-Heavy** per patient description and **Light** per Dictionary of Occupational Titles (DOT)
A written job description was not provided.
**Patient qualifies for: Light**

**RESULTS:**

**1) Repetitive Activities:**

| Activity | Completed Tolerance | Time (sec) | PR | ROM | Movement Pattern | Effort Given | Patient's Activity Tolerance | Tolerance Required By Job | |
|---|---|---|---|---|---|---|---|---|---|
| Reach Overhead 20 x | 20 reps | 32 | 4.0 | 90% | Normal | Good | Frequent | Occasional | Met |
| Reach 2 Min | 103 sec | 103 | 3.0 | 90% | Normal | Good | Occasional | Rare | Met |

**2) Material Handling:**

| Activity | Weight (lbs) | Percentile | Reason Test Stopped | Effort Given | PR | Job Requirement | |
|---|---|---|---|---|---|---|---|
| Floor To Knuckle | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| 12" To Knuckle Lordosis | 30 | 6 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Knuckle To Shoulder | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Shoulder To Overhead | 15 | 5 | Maximum Safe Effort | Good | 4.0 | 55 | Not Met |
| Carrying 14 feet | 20 | 5 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Pushing 25 feet | 22 lbs./f | 5 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |
| Pulling 7 feet | 20 lbs./f | 6 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |

**3) Other:**

| Activity | Subjective Maximum Tolerance | Measured Maximum Tolerance | Required By Job |
|---|---|---|---|
| Sitting (up to 30 min) | Not limited | 47 min. | 180 min |
| Standing (up to 30 min) | Not limited | 42 min. | 240 min |
| Walking (200 yds / 2 min) | 30 min. | Not assessed | 240 min |
| Driving (up to 30 min) | Not limited * | Not assessed | 150 min |

WorkSTEPS, Inc.

## RECOMMENDATIONS

**Modifications Needed:**

**1) Repetitive Activities: None**

**2) Material Handling:**

| Lift | **Occasional** 0-33% of the time Approximate Repetitions: 1-100 | **Frequent** 34-66% of the time Approximate Repetitions: 100-500 | **Constant** 67-100% of the time Approximate Repetitions: 500+ |
|---|---|---|---|
| Floor To Knuckle | 20 lbs | 10.0 lbs | 4.0 lbs |
| 12" To Knuckle Lordosis | 30 lbs | 15.0 lbs | 6.0 lbs |
| Knuckle To Shoulder | 20 lbs | 10.0 lbs | 4.0 lbs |
| Shoulder To Overhead | 15 lbs | 7.5 lbs | 3.0 lbs |
| Carrying 14 feet | 20 lbs | 10.0 lbs | 4.0 lbs |
| Pushing 25 feet | 22 lbs/f | 11.0 lbs/f | 4.4 lbs/f |
| Pulling 7 feet | 20 lbs/f | 10.0 lbs/f | 4.0 lbs/f |

**3) Other:**

| Activity | Measured Maximum Tolerance |
|---|---|
| Sitting | At least 47 min. |
| Standing | At least 42 min. |
| Walking | Not assessed |
| Driving | Not assessed |

**Therapist's Comments Concerning Recommendations**: Pt.'s previous job is not available because it has been filled by someone else. Pt. did not meet the lifting requirements of her previous job. Recommend that pt. seek Process Technician jobs which do not require such heavy lifting and require a **Light PDC Level.** If that type of work is not available, then pt. may need to seek an alternate occupation and may benefit from vocational counseling to identify employment opportunities within her safe abilities.

## PHYSICAL DEMAND CLASSIFICATION

The U.S. Department of Labor standard for Physical Demand Classification (PDC) qualifies the individual at a Light PDC. However, lifts over five times per day at this level would place the individual at significant medical risk. As a result, WorkSTEPS Safe Recommended PDC would be Light with the accompanying endurance projections.

| **Floor To Knuckle** | | **Occasional** 0-33% of the time Approximate Repetitions: 1-100 | **Frequent** 34-66% of the time Approximate Repetitions: 100-500 | **Constant** 67-100% of the time Approximate Repetitions: 500+ |
|---|---|---|---|---|
| **Qualified** | Light | 20 lbs | 10.0 lbs | 4.0 lbs |
| **Safe Recommended** | Light | 16.0 lbs | 10.0 lbs | 4.0 lbs |

Thank you for your attention in these matters.

Katherine Melton, PT, MPT, COMPT

**Katherine Melton, PT, MPT, COMPT**
**Functional Testing Coordinator, License #: 8365**

# Raleigh Orthopaedic

, ,

*Date of Service: April 22, 2020*　　*Printed: December 10, 2020*
**Barbara McKeithan**　Work:
Female　DOB:　　Patient ID:846622

**04/22/2020 - Office Notes: D43-Right shoulder**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
right shoulder rec

**History of Present Illness:**
Barbara is a 53 year old female here today for right shoulder and numbness and tingling my left arm and hand.
The problem started: Been year
Side the pain is on: both
Body part: shoulder and arm
The pain started: Year
The pain right now is: 5/10
The pain at its worst is: 8/10
Symptoms experienced since the start of the condition: loss of strength, numbness, swelling, tingling
Type of pain is: throbbing, aching
Had the following diagnostic tests: X-ray, MRI
Had the following treatments: rest, heat, elevation, muscle relaxants, narcotic pain meds, physical therapy, surgery, injection

Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now 11 months out from her rotator cuff repair. She has been battling shoulder stiffness. She has undergone a glenohumeral injection in August, a Medrol Dosepak in October, and most recently a ultrasound-guided subacromial injection 1 month ago. She is not gotten significant relief from any of these, and the least relief was received from the last injection. She has been continue with physical therapy, but still has pain and stiffness that is limiting her ability to fully use her arm. Her pain is a 3-4 out of 10 in severity. It is better than it was before surgery, this is a different type of pain.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes Lt Shoulder
Right shoulder - 5/2019

# Raleigh Orthopaedic

, ,

*Date of Service: April 22, 2020*    *Printed: December 10, 2020*
**Barbara McKeithan**    Work:
Female  DOB:    Patient ID:846622

**Allergies:**
PERCOCET (Mild)

**Medications:**
MELOXICAM 15 MG TABS (MELOXICAM) TAKE 1 TABLET BY MOUTH EVERY DAY WITH FOOD
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Review of Systems:**
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Confirms numbness, weakness arms. Denies blurred vision, cramps legs/arms, headaches, unsteady gait, weakness legs
Musculoskeletal: Denies joint pain, muscle pain
Psychiatric: Denies anxiety
Respiratory: Denies chronic cough, shortness of breath, wheezing
Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of control of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

**Vital Signs:**
**Height (in):** 62  **Weight (lbs):** 145  **BMI:** 26.62

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has symmetric active and passive range of motion compared to the contralateral side. Forward flexion to 170, ER to 45, IR to L1. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are mildly positive. Negative anterior load and shift and negative apprehension. Speed, O´Brien´s are weakly positive. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Imaging:**
I reviewed her postoperative MRI. The MRI demonstrates an intact supraspinatus tendon repair. She does have some mild delamination of the undersurface of the rotator cuff but the integrity of the rotator cuff repair is intact.

# Raleigh Orthopaedic

, ,

*Date of Service: April 22, 2020*   *Printed: December 10, 2020*
**Barbara McKeithan**   Work:
Female   DOB:   Patient ID:846622

**Assessment and Plan:**
Assessment: Status post arthroscopic rotator cuff repair, approximately 11 months close to year following her surgery, with still some minor pain in the weakness with overhead activities.
Plan:
At this point, normally, we have patients return back to work without restrictions. She still having some issues. I would like to quantify her impairment with a functional capacity evaluation test. I written her for some work restrictions, specifically no overhead lifting and weight restriction of 10 pounds from floor to waist. She will see me back following the functional capacity evaluation. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

**Electronically signed by Edwin R Cadet MD on 04/22/2020 at 11:17 AM**

Lincoln Financial Group®

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

| Full Name (First) | (M.I.) | (Last Name) | Social Security Number |
|---|---|---|---|
| Barbara | | McKeithan | |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 62 in. | 145 lbs. | | |

## 2. Diagnosis

| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
|---|---|
| Incomplete rotator curr tear or rupture of right shoulder | M75.111 |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

**Pregnancy** N/A

First Treated: ___/___/_____ Estimated Delivery: ___/___/_____ Date of Delivery: ___/___/_____ ☐ Vaginal ☐ C-Section

See attached office note from 6/24/2020

Symptoms

See attached office note from 6/24/2020

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - *Check if applicable*

☐ Illness ☒ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| Approx. 2/2018 | 2/27/2019 | N/A |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 2 / 27 / 2019 | 6 / 24 / 20 | PRN - As needed |

Dates hospital confined: N/A to ___/___/_____

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Light Duty, Occasional Lifting 16 lbs, frequent lifting = 10 lbs, and constant lifting = 4 lbs. - See attached FCE

Restrictions (what the patient SHOULD NOT do)

Light Duty, Occasional Lifting 16 lbs, frequent lifting = 10 lbs, and constant lifting = 4 lbs. - See attached FCE

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 bs. | C | Standing | | Crouching | | Overhead | |
| 6-10 lbs. | F | Walking | | Crawling | | Desk Level | |
| 11-25 lbs. | O - Maximum of 16 lbs. | Sitting | | Grasping | | Below Waist | |
| 26-50 lbs. | | Balancing | | Climbing | | | |
| 51-100 lbs. | | Stooping | | Pushing | ***See attached FCE*** | | |
| 100 + lbs. | | Kneeling | | Pulling | | | |
| | | Fingering | | Bending | | | |

Light Duty, Occasional Lifting 16 lbs, frequent lifting = 10 lbs, and constant lifting = 4 lbs.
See attached FCE

What job modifications would allow the patient to return to work?

## 5. Treatment

See attached office note from 6/24/2020

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

See attached office note from 6/24/2020

Describe the patients prognosis for recovery

## 7. Physician's Information

Edwin R. Cadet, MD

Name

3001 Edwards Mills Road, Suite 200

Street Address

Raleigh — NC — 27612

City — State — Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

N/A

Continence ____ / ____ / ____

Dressing ____ / ____ / ____

Transferring ____ / ____ / ____

Bathing ____ / ____ / ____

Toileting ____ / ____ / ____

Eating ____ / ____ / ____

Date patient experienced loss of

Cognitive Functioning: ____ / ____ / ____

See attached office note from 6/24/2020

Describe ongoing treatment frequency

Yes with restrictions

Patient able to return to work Full-Time on:

6 / 24 / 2020 to Permanent ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

919-781-5600 ext 5206 — 919-863-6821

Phone Number — Fax Number

[signature] — 12/15/2020

**Signature** — **Date**

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

DMRS
Diversified Medical Records Services, Inc.

hXe.io

# CORONAVIRUS UPDATE - IMPORTANT INFORMATION TO ENSURE YOU CONTINUE RECEIVING RECORDS

Diversified Medical Records Services is **strongly advising that all record requesters submit their requests through our online platform, hXe.io** to minimize the chance of delays in obtaining records. Standard **hXe service fees will be waived during this time** ($2 per request normally). However, any applicable state regulated rates will still remain in effect.

As healthcare providers are beginning to move their non-clinical staff to remote work, there will be challenges in dealing with inbound faxes and mailed requests. Providers are working on implementing workarounds for these challenges, but most solutions are limited. By submitting your record requests through hXe, you can ensure our staff receives your medical record request and will continue to process these timely through remote services.

Please go to:

https://www.hxe.io and you can submit your request online.

## What is hXe.io?

hXe is a secure online platform to request and receive records electronically. You can submit a medical record request to any healthcare provider in the United States. The platform will help manage your medical record request follow up process, send reminders and monitor the progress for each of your requests. It also provides healthcare facilities with necessary tools to communicate electronically with your staff and upload records back to you.

Sincerely,

Diversified Medical Records Services, Inc.

Diversified Medical Records Services, Inc.
PO Box 526259
Salt Lake City, UT 84111

hXe, LLC
2600 West Olive Ave, 5th Floor - #5980
Burbank, CA 91505

hXe.io
health exchange evolved

# Records Request Attached (33973)

A request for medical or billing records is attached, please keep this with the request.

**The below record requester has sent you this transmission via hXe.io, a secure, HIPAA compliant platform designed to send and receive medical records electronically.**

| | | | |
|---|---|---|---|
| **To:** | Raleigh Orthopaedic Clinic (Medical Records Department)<br>Email: roc@dmrs.net | **From Org:**<br>**From User:**<br>**Phone:** | ReleasePoint<br>Jester Espinosa<br>(800) 999-9589 |

**Regarding:** Mckeithan, Barbara (DOB: )

**Request Notes:** any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications and complete the attached form - Seen By: RALEIGH ORTHOPAEDIC CLINIC FROM 01/23/2020 TO PRESENT

You now have four options to submit your records back to your requester. The hXe.io platform is the most secure option as it applies multiple layers of security to guard your Protected Health Information (PHI).

## Records can be securely transmitted using the below instructions:

The hXe.io process is fast, easy to use and secure. Simply select the appropriate records in your EHR, save the files to PDF and drag and drop them to the hXe.io platform. Records are instantly received by the requestor and are sent more securely than mail or fax.

### Securely Upload Records to hXe:

1. Upload records to: https://www.hxe.io/upload
2. Use upload code: WQQ7
3. Use validation code: 1209

**OR**

**Standard submission options:**

**Option B -** Mail records 405 . Foothill , Blvd , Suite 204, Claremont, California 91711, United States

**Option C -** Fax records (see attached for number)

**Option D -** Secure email to jespinosa@releasepoint.com

**About hXe.io**

hXe.io is a HIPAA compliant platform to securely, and easily transmit medical records. It's designed around the workflow and security needs of healthcare. If have any questions regarding uploading or requesting through hXe.io, please e-mail support@hxe.io. **Request #: 33973**.

**Letter of Representation**

To view the Letter of Representation on file, go to https://www.hxe.io/lor/939. hXe is authorized to receive PHI on behalf of this requester.