**Request Corresponden**

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

EXHIBIT
3, part 2

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000182 LFPT2SD1 00000788

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan

Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative Barbara A McKeithan

Date of Birth: ________ Claim Number: 8520656 Date: 6/28/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial - CLTLTD
PO Box 1390 St. Peters, MO 63376

Lincoln Financial Group

# Request for Missing Records

RALEIGH ORTHOPAEDIC CLINIC
3001 EDWARDS MILL RD
ATTN: MEDICAL RECORDS
RALEIGH, NC 27612

**Date:** Dec 11, 2020
**RP No:** 7293989
**Patient:** MCKEITHAN, BARBARA
**DOB:**
**Originally Requested:**
any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications and complete the attached form - Seen By: RALEIGH ORTHOPAEDIC CLINIC

Provider Portal: https://portal.releasepoint.com
Access Key: ROOPC3

ReleasePoint recently received records provided by your facility on your patient listed above. We are requesting MISSING information be provided before we can complete the handling of this request.

**We need the following information:**

**ADDITIONAL INFO REQUESTED**: ** *** URGENT: ATTN: Treating doctor** Please have the physician complete the attached form. We already received the medical records. Thank you. ** Please fax it to 213-269-3452 ** URGENT *** Phone 213-266-7866 ***

- ☐ **I am emailing the additional records to providers@releasepoint.com**
- ☐ **I am faxing _____ pages to ReleasePoint, to this secure fax: (213) 884-4921**
- ☐ **I am mailing the requested additional information to ReleasePoint at:** ReleasePoint, PO Box 1390, St. Peters, MO 63376
- ☐ **Requested records are NOT available because:**

_______________________________________________

**Please provide last date of service:** ____________________

Missing information should be included with any fees for records already paid. If original records were billed by page count, ReleasePoint will only be responsible for page fees for the missing records, not additional search or retrieval fees. Please contact us at 800-999-9589 if you have questions.

Thank you in advance,
Joylyn Alba, QA Manager
(213) 266-7866
(213) 884-4921

**Copy services should consider this a RESCAN**

7293989

RPID: 7293989

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

1/22/2020

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7293989

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000182 LFPT2SD1 00000768

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary ~~and the provision of health~~ care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan
Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative Barbara A McKeithan
Date of Birth: ______________ Claim Number: 8520656 Date: 6/28/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7293989

# Quality Assurance Report

## Request Information

Report Date: December 16, 2020

**RP ID:** 7293989

Patient Name: MCKEITHAN, BARBARA

Provider Name: RALEIGH ORTHOPAEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From January 23, 2020 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications and complete the attached form - Seen By: RALEIGH ORTHOPAEDIC CLINIC

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: PGUEV

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. BARBARA MCKEITHAN

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

December 18, 2020

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation as a(n) technical operator 3.

However, Unilever, USA’s LTD Policy contains a change in the definition of disability, which states that after 24 months, disability will be evaluated based upon your inability to perform the material and substantial duties of your own or any other occupation for which you are or become reasonably fitted for by training, education or experience.

Therefore, to remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation. As your benefits began on January 8, 2019, the change in definition will occur on January 7, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

As part of our continuing review, we are in need of updated medical records in order to evaluate your continued eligibility for benefits beyond the change in definition. We have requested this information from your providers, and ask that you contact them to ensure a timely response to our requests.

You will continue to receive benefits during this review; however, this payment or any future payments should not be interpreted as an admission of present or ongoing liability. We reserve our right to enforce any and all provisions of the Policy at any time. We will notify you of our decision upon completion of our review.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 430-1583

## Medical Record Overview

**Date:** **December 11, 2020**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** RALEIGH ORTHOPAEDIC CLINIC
3001 EDWARDS MILL RD
RALEIGH, NC 27612
(919) 781-5600

**Request Scope:** From January 23, 2020 to Present

**Chart Range:** 04/22/2020 - 06/24/2020

**RP ID:** 7293989

**Client ID:** 8520656

**Source:** L-CLTLTD

**Req By:**

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 22 2020 | Jun 24 2020 | 18 | 2 |
| Request Correspondence | | | 4 | 20 |
| | | **Total Page Count:** | 22 | |

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED, SENDING TO SUPERVISOR FOR REVIEW

We only received medical records. Please request for completed form.

# Raleigh Orthopaedic

, ,

*Date of Service: June 24, 2020*   *Printed: December 10, 2020*

**Barbara McKeithan**   Work:
Female   DOB:   Patient ID:846622

**06/24/2020 - Work School Note: D43 - Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right Shoulder .

Patient may return to work on 06/24/2020 with the following restrictions:

Follow guidelines of FCE or Return to Work Test
Other restrictions: Light Duty, Occasional Lifting 16 lbs, frequent lifting = 10 lbs, and constant lifting = 4 lbs. Thank you

Treatment completed, patient has reached Max. Medical Improvement (MMI).

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Katie Woodlief LAT ATC on 06/24/2020 at 11:28 AM**

---

# Raleigh Orthopaedic

' '

*Date of Service: April 22, 2020*    *Printed: December 10, 2020*
**Barbara McKeithan**    Work:    1
Female  DOB    Patient ID:846622

**04/22/2020 - Work School Note: Work Status-D43**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right shoulder.

Patient may return to work on 04/22/2020 with the following restrictions:
No overhead use of the arm.
No pushing/pulling over 10 pounds.
No lifting over 10 pounds.
No carrying over 10 pounds.
Other restrictions: Light duty
Floor wto waist lifting Max 10lbs

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Loretta C Parker CMA on 04/22/2020 at 11:19 AM**

# Raleigh Orthopaedic

, ,

*Date of Service: June 24, 2020* *Printed: December 10, 2020*
**Barbara McKeithan** Work: ( ,
Female DOB: Patient ID:846622

**06/24/2020 - Office Visit: D43 - Right Shoulder REC**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic**

**History of Present Illness:**
Barbara is a 53 year old female here today for right shoulder and numbness and tingling my left arm and hand.
The problem started: Been year
Side the pain is on: both
Body part: shoulder and arm
The pain started: Year
The pain right now is: 5/10
The pain at its worst is: 8/10
Symptoms experienced since the start of the condition: loss of strength, numbness, swelling, tingling
Type of pain is: throbbing, aching
Had the following diagnostic tests: X-ray, MRI
Had the following treatments: rest, heat, elevation, muscle relaxants, narcotic pain meds, physical therapy, surgery, injection

Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now 11 months out from her rotator cuff repair. She has been battling shoulder stiffness. She has undergone a glenohumeral injection in August, a Medrol Dosepak in October, and most recently a ultrasound-guided subacromial injection 1 month ago. She is not gotten significant relief from any of these, and the least relief was received from the last injection. She has been continue with physical therapy, but still has pain and stiffness that is limiting her ability to fully use her arm. Her pain is a 3-4 out of 10 in severity. It is better than it was before surgery, this is a different type of pain.

We sent her for an FCE to better evaluate her postoperative restrictions given her function.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes Lt Shoulder
Right shoulder - 5/2019

# Raleigh Orthopaedic

, ,

*Date of Service: June 24, 2020*  *Printed: December 10, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**Allergies:**
PERCOCET (Mild)

**Medications:**
MELOXICAM 15 MG TABS (MELOXICAM) TAKE 1 TABLET BY MOUTH EVERY DAY WITH FOOD
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Review of Systems:**
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Confirms numbness, weakness arms. Denies blurred vision, cramps legs/arms, headaches, unsteady gait, weakness legs
Musculoskeletal: Denies joint pain, muscle pain
Psychiatric: Denies anxiety
Respiratory: Denies chronic cough, shortness of breath, wheezing
Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of control of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has symmetric active and passive range of motion compared to the contralateral side. Forward flexion to 170, ER to 45, IR to L1. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are mildly positive. Negative anterior load and shift and negative apprehension. Speed, O´Brien´s are weakly positive. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Imaging:**
I reviewed her postoperative MRI. The MRI demonstrates an intact supraspinatus tendon repair. She does have some mild delamination of the undersurface of the rotator cuff but the integrity of the rotator cuff repair is intact.

**Assessment and Plan:**
Assessment: Status post arthroscopic rotator cuff repair, approximately 12 months close to year following

# Raleigh Orthopaedic

, ,

*Date of Service: June 24, 2020*    *Printed: December 10, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

her surgery, with still some minor pain in the weakness with overhead activities.
Plan:
At this point, normally, we have patients return back to work without restrictions. She still having some issues. Her functional capacity evaluation demonstrates that she is eligible to do light duty work. There are weight restrictions of a maximum of 16 pounds with continuous overhead lifting, 10 pounds occasionally and 4 pounds frequently. I like for her to have discussed permanent work restrictions. If she does improve, we can certainly revisit these restrictions. She will see me back on an as-needed basis. I do not believe that she needs additional surgery. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

**Electronically signed by Edwin R Cadet MD on 06/24/2020 at 11:17 AM**

# Raleigh Orthopaedic Clinic
# Functional Capacity Evaluation

Barbara McKeihan (ROC Pt. I.D. #: 846622) was referred to Raleigh Orthopaedic Clinic on 06-08-2020 for a Functional Capacity Evaluation (FCE) to objectively quantify current maximum voluntary physical capacity. Psychophysical pain response to each portion of the evaluation was quantified by using a numeric pain scale ranging from 0 to 10. Consistency of effort and corresponding validity criteria were monitored throughout testing. Signed consent was obtained. Subheading information highlighted in gray represents abnormal findings. The results of the FCE are as follows:

## INJURY HISTORY

Barbara McKeihan is a 53 (02-22-1967) year old female, diagnosed with ***right shoulder rotator cuff tear*** which was a result of ***degenerative changes over time possibly due to repetitively lifting heavy objects at work.*** Onset: 02-01-2018. Surgery related to the injury included ***right shoulder rotator cuff repair, subacromial decompression and labral debridement on 05-07-2019***. Significant medical history is ***left shoulder rotator cuff repair on 7/10/2018, tubal ligation 1989 and allergic to Percocet***. Post injury treatments have consisted of **medication, physician care, physical therapy, glenohumeral injection in August 2019, medrol dosepak in October 2019 and ultrasound guided subacromial injection in March 2020**. These treatments have resulted in moderate perceived benefits. Current complaints include ***tightness of the right shoulder, aching and throbbing pain of the right anterior shoulder and weakness with overhead lifting***. The patient feels better with ***heating pad, sleeping on the left side and pain medication***. The patient feels worse with ***cold, driving and her right shoulder aches with walking***. Significant social limitations are reported in activities such as ***household chores, hobbies and sports. Pt. reported that she is unable to lift heavy household items, her grandchildren and weights for exercise; unable to perform sit-ups; unable to perform her job and she had to cut hair because she is unable to take care of it***.

| PHYSICIAN: | ATTORNEY: | INSURANCE BROKER: |
|---|---|---|
| Dr. Edwin Cadet | Brandon Briggs | Cigna |
| 3001 Edwards Mill Rd. | Heard & Smith, LLP | P.O. Box 182223 |
| Raleigh, NC 27612 | 10715 Gulfdale St., Suite 100 | |
| | San Antonio, TX 78216 | |

## DIAGNOSTICS

| Test | Result |
|---|---|
| X-Ray | **Positive** |
| Needle EMG | **Positive** |
| MRI | **Positive** |
| Injections | **Positive** |

Current medications: Tylenol 500 mg.
Previous medications: Meloxicam, Colace

**Therapist's Comments Concerning Diagnostics**: According to the radiologist's report, MRI on 3/19/2019 of the right shoulder showed irregular partial-thickness tear involving the junctional fibers of the supraspinatus and infraspinatus insertions focally exceeding 50% of tendon thickness. Cystic change of the supraspinatus footprint. Mild lateral acromial spurring. Low-grade AC joint arthrosis. Thin but elongated intramuscular cyst involving the superior aspect of the infraspinatus myotendinous junction. Low-grade interstitial tearing involving the subscapularis insertion superiorly.

According to radiologist's report, MRI on 12/26/2019 showed s/p supraspinatus tendon repair with interval development of a high-grade partial-thickness articular sided tear just proximal to the footprint, involving greater than 50% of the tendon thickness. No evidence of muscular atrophy.

Pt. reported that the EMG showed carpal tunnel syndrome of bilateral UE's.

## EMPLOYMENT HISTORY

At the time of injury Barbara McKeihan was employed by **Unilever** as a **Process Technician**. The patient's last day on the job was 07-03-2018. This position with the company is not available. Pt. reported that her job filled her position with someone else. According to pt. description, this position involves computer work, driving a forklift, lifting up to 55 lbs. pushing and pulling a


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

dolly loaded with up to 100 lbs. and a lot of overhead lifting up to 55 lbs. According to pt. description, this position involves a **Medium-Heavy PDC Level.** A written job description was not provided. According to the Dictionary of Occupational Titles (DOT), **(012.261-014) Quality Control Technician** involves a **Light PDC Level.** The patient's supervisor was Jeff Melvin and Steven Kessinger.

## PAIN PROFILE

The patient was instructed to rate her pain according to Borg's numeric pain scale ranging from 0 (no pain) to 10 (maximal pain). Pain ratings (PR) that fluctuate significantly during similar activities or are severe regardless of activity level indicate symptom magnification, especially if other physiological symptoms such as corresponding high heart rate, etc., are not present. If the patient reports pain levels of 6 or above without significant observed functional limits, this would also indicate symptom magnification.

| | |
|---|---|
| Worst Pain Over Last 30 Days | 5 |
| Least Pain Over Last 30 Days | 4 |
| Current Pain | 5 |
| Post FCE Pain | 4 |

VISUAL ANALOG SCALE

The patient was instructed to mark her pain intensity on a 10 cm vertical scale with 0 cm indicating "No pain at all" and 10 cm indicating "Pain as bad as it could be". The distance from 0 to the mark should be within 1 1/2 points of the numeric scale for good correlation. The score should also not be in a severe range.

| | |
|---|---|
| Numeric Pain Scale | 5 |
| Visual Analog Pain Scale | 4.8 |
| Result | **NORMAL** |

RANSFORD QUANTIFIED PAIN DRAWING

The Ransford Pain Drawing is a well recognized pain drawing system that has been correlated to the standard MMPI test to screen out 93 percent of those patients who are likely to have poor psychometrics regarding their injury without using a complicated scoring system. The patient was asked to complete a pain drawing by utilizing 4 distinct symbols to indicate numbness, pins and needles, burning, or stabbing. The drawing is then scored according to expected anatomical pain distribution. Scores of 1 or 2 on the pain drawing have been closely correlated to a normal MMPI indicating a valid response. Scores of 3 or more indicate poor psychometrics and are used to identify patients who more than likely are not psychologically prepared to benefit from conservative rehabilitation.

| | |
|---|---|
| Normal Score | <=2 |
| Patient Score | 0 |
| Result | **NORMAL** |

QUICK DISABILITIES OF THE ARM, SHOULDER AND HAND (DASH) QUESTIONNAIRE

The Disabilities of the Arm, Shoulder and Hand Questionnaire is a self-report questionnaire (11 items self-report) that measures physical function and symptoms in people with musculoskeletal disorders of the upper limb and indicates the degree of disability as perceived by the patient. The higher the score, the higher the perceived disability.

| | |
|---|---|
| Patient's Score | 45% |
| Degree of Perceived Disability | Severe Disability |
| Result | Pt. has a high perceived level of disability |

**Therapist's Comments Concerning Pain Profile**: Pt. tested negative with pain questionnaires for inappropriate illness behavior except for with the Quick DASH pt. did have a high perceived level of disability.

## CARDIOVASCULAR

The patient's initial heart rate (HR) and blood pressure (BP) are recorded as follows:

| | |
|---|---|
| Pre-test Heart Rate: | 68 |
| Pre-test Blood Pressure: | 117/82 |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

## ACTIVITY TOLERANCE

ROUTINE ACTIVITIES
The patient's tolerance to certain routine activities are documented as follows:

| Activity | Subjective Maximum Tolerance | Measured Maximum Tolerance | Required By Job |
|---|---|---|---|
| Sitting (up to 30 min) | Not limited | 47 min. | 180 min |
| Standing (up to 30 min) | Not limited | 42 min. | 240 min |
| Walking (200 yds / 2 min) | 30 min. | Not assessed | 240 min |
| Driving (up to 30 min) | Not limited * | Not assessed | 150 min |
| Lifting From Floor | 10 lbs | 20 lbs | 55 lbs |

* Pt. reported that she switches arms when driving.

REPETITIVE ACTIVITIES
The patient was asked to perform 20 to 25 repetitions of several different body movements to assess the consistency of movement patterns and the willingness to move through an expected range of motion within an expected period. The test is furthermore used to see if the patient's range of motion increases with repetition and how the patient's symptoms are affected by such activities. The results are as follows:

| Activity | Completed Tolerance | Time (sec) | PR | ROM | Movement Pattern | Effort Given | Patient's Activity Tolerance | Tolerance Required By Job | |
|---|---|---|---|---|---|---|---|---|---|
| Reach Overhead 20 x | 20 reps | 32 | 4.0 | 90% | Normal | Good | Frequent | Occasional | Met |
| Reach 2 Min | 103 sec | 103 | 3.0 | 90% | Normal | Good | Occasional | Rare | Met |

**Therapist's Comments Concerning Activity Tolerance**: Pt. demonstrated more AROM during repetitive activities than she did during the musculoskeletal exam. With repetitive overhead reaching, pt. was able to achieve approximately 160 deg. of right shoulder flexion and approximately 168 deg. for left shoulder flexion. Pt. was able to complete all 20 repetitions and reported 4/10 pain of the right anterior shoulder. With sustained overhead reaching, pt. could achieve approximately 160 deg. of right shoulder flexion and approximately 168 deg. for left shoulder flexion. Pt. was able to perform the overhead reach for 103 seconds and reported 3/10 pain of the right anterior shoulder and increased tingling of both hands.

## POSTURE

**Posture**: slight forward head, slight rounded shoulder; otherwise posture WNL

## REFLEXES / SENSATION

The patient's upper extremity reflexes were as follows:

| | Right | Left |
|---|---|---|
| Biceps | 2+ | 2+ |
| Triceps | 2+ | 2+ |
| Brachioradialis | 2+ | 2+ |

**Reflexes:** Pt. has normal reflexes for bilateral UE's.

**Sensation:** LT intact for bilateral UE's for C4-T1 dermatomes.

## STRENGTH / SPECIAL TESTS

The patient's manual muscle strengths were as follows:

| Muscle | Right | Left | CogWheel |
|---|---|---|---|
| Shoulder Flexion | 5/5 | 5/5 | No |
| Shoulder Abduction | 5/5 | 5/5 | No |
| Shoulder Extension | 5/5 | 5/5 | No |
| Shoulder IR at 0 deg. of abd. | 5/5 | 5/5 | No |
| Shoulder ER at 0 deg. of abd. | 5/5 | 5/5 | No |
| Shoulder IR at 90 deg. of abd. | 5/5 | 5/5 | No |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

| Muscle | Right | Left | CogWheel |
|---|---|---|---|
| Shoulder ER at 90 deg. of abd. | 5/5 | 5/5 | No |

**Therapist's Comments Concerning Strength**: Pt. has normal strength of the right shoulder with MMT.

***Special Tests:***

**Hawkin's Kennedy Test, Neer Impingement Test, O'Brien's Test, Empty Can Test, Lift Off Test, Apprehension Test, Crank Test and Phalen's Test:** all were negative bilaterally

**Speed's Test:** Left: Negative; Right: slightly positive

## PALPATION / JOINT MOBILITY

**Palpation**: Tender over right bicipital tendon and right lateral shoulder

**Joint Mobility:** Left Shoulder: hypomobility with inferior, anterior and lateral glides; Right Shoulder: hypomobility with anterior, posterior and inferior glides.

## GONIOMETRY

Goniometry entails measuring extremity joint range of motion according to the AMA Guides to Impairment. The patient's measurements are as follows:

| Joint | Motion | Right | Left |
|---|---|---|---|
| Shoulder | Flexion | 127 Pain of the right anterior shoulder | 150 |
| Shoulder | Abduction | 126 Pain of the right anterior shoulder | 140 |
| Shoulder | Extension | 34 Pulling of the right anterior shoulder | 38 |
| Shoulder | ER at 0 deg. of abd. | 57 Pain of the right anterior shoulder | 63 |
| Shoulder | Functional IR | T9 Pulling of the right anterior shoulder | T5 |
| Shoulder | IR at 45 deg. of abd. | 74 | 89 |
| Shoulder | ER at 90 deg. of abd. | 80 | 76 |
| Shoulder | IR at 90 deg. of abd. | 70 | 75 |

**Therapist's Comments Concerning Goniometry UE**: Pt. had increased AROM during the repetitive activities than she did during the musculoskeletal exam.

## STATIC TESTING

Static strength tests are performed isometrically in a variety of body postures. At least three trials are completed in each test position, and it is expected that the accompanying scores should be almost identical. Therefore, a coefficient of variation less than 15% is acceptable while less than 10% is considered normal. Since research documents that efforts close to 100% and efforts less than 15% can be reproduced within an acceptable coefficient of variation, the patient must also score higher than the 10th percentile to demonstrate expected behavior regardless of injury. Furthermore, tests to uninvolved body parts (U) should be stronger than tests to involved body parts (I).

The following results indicate a comparison of the patient's scores to that of normal industrial (N/A for gender not specified) at the coefficients of variation given:

**3-Trial Grip Test**

| Static Test | Involved/ Uninvolved | Average Force (lbs) | %tile | CV | Consistency | Validity |
|---|---|---|---|---|---|---|
| **Right Hand Grip** | Uninvolved | 27.0 | 43.0 | **63.0** | **Inconsistent** | **Invalid** |
| Left Hand Grip | Uninvolved | 26.0 | 48.0 | **34.0** | **Inconsistent** | **Invalid** |

**5-Trial Grip Test**

| Static Test | Position 1 | Position 2 | Position 3 | Position 4 | Position 5 | Bell Curve |
|---|---|---|---|---|---|---|
| **Right Hand Grip** | 18 | 32 | 24 | 21 | 19 | Consistent |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

| 5-Trial Grip Test | | | | | | |
|---|---|---|---|---|---|---|
| **Static Test** | **Position 1** | **Position 2** | **Position 3** | **Position 4** | **Position 5** | **Bell Curve** |
| Left Hand Grip | 22 | 27 | 21 | 16 | 14 | Consistent |

## DYNAMIC LIFTING

Standard dynamic lifts utilizing NIOSH boxes with handles are customarily lifted from various heights and are used to simulate essential job strength and posture requirements as well as to classify normal's and patients according to the Dictionary of Occupational Titles (DOT) physical demand levels of work. The 1991 NIOSH equation documents that any compromising variance from the standard requires more weight to be moved in order to remain safe at said classification.

The following results indicate a comparison of the patient's scores to that of normal industrial (N/A for gender not specified) at the coefficients of variation given:

| Activity | Weight (lbs) | Percentile | Reason Test Stopped | Effort Given | PR | Job Requirement | |
|---|---|---|---|---|---|---|---|
| Floor To Knuckle | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| 12" To Knuckle Lordosis | 30 | 6 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Knuckle To Shoulder | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Shoulder To Overhead | 15 | 5 | Maximum Safe Effort | Good | 4.0 | 55 | Not Met |
| Carrying 14 feet | 20 | 5 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Pushing 25 feet | 22 lbs./f | 5 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |
| Pulling 7 feet | 20 lbs./f | 6 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |

BODY MECHANICS

During the FCE the patient was instructed in appropriate body mechanics for lifting, rotation, and job specific activities. The patient was instructed in rotation/lifting body mechanics.

**Therapist's Comments Concerning Dynamic Lifting**: * Limited by pain and pt. did not want to strain her right shoulder. Except for shoulder to overhead lifting, therapist did not see signs of maximum physical exertion such as changes in posture and body mechanics, changes in velocity of movement and/or recruitment of accessory muscles. With floor to knuckle lifting, pt. reported 4/10 pain of the right anterior shoulder and when asked what was keeping her from lifting more weight reported that she did not want to strain her right shoulder. With 12" to knuckle lifting, pt. was able to lift a little more weight and reported 4/10 pain of the right anterior shoulder. With knuckle to shoulder lifting, pt. reported 4/10 pain of her right anterior shoulder. With shoulder to overhead lifting, therapist did see signs of maximum physical exertion such as changes in posture and body mechanics, changes in velocity of movement and/or recruitment of accessory muscles. Pt. reported 4/10 pain of the right anterior shoulder. With carrying, pt. reported strain of bilateral anterior shoulders. With pushing and pulling, pt. reported 4/10 pain of the right anterior shoulder. Pt. reported at her previous job she had to push and pull a dolly with wheels loaded with dye or fragrance weighing up to 100 lbs. It is unknown how many lbs. of force are required to push and pull this dolly with wheels loaded with 100 lbs. of dye or fragrance.

## ENDURANCE PROJECTIONS

The following endurance projections are based upon comparing the patient's observed maximum effort test results with that of normal and healthy industrial Females.

The projections are as follows:

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Floor To Knuckle | 20 lbs | 10.0 lbs | 4.0 lbs |
| 12" To Knuckle Lordosis | 30 lbs | 15.0 lbs | 6.0 lbs |
| Knuckle To Shoulder | 20 lbs | 10.0 lbs | 4.0 lbs |
| Shoulder To Overhead | 15 lbs | 7.5 lbs | 3.0 lbs |
| Carrying 14 feet | 20 lbs | 10.0 lbs | 4.0 lbs |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Pushing 25 feet | 22 lbs/f | 11.0 lbs/f | 4.4 lbs/f |
| Pulling 7 feet | 20 lbs/f | 10.0 lbs/f | 4.0 lbs/f |

# PERFORMANCE ISSUES

INAPPROPRIATE PERFORMANCE INDICATORS

Inappropriate performance indicators compare the relationship of the patient's subjective and objective responses to their diagnosis and function. When such indicators become disproportionate to true organic pathology, they become detrimental to an effective treatment protocol. When 50% or more of the indicators are positive, it may be beneficial to perform individualized physical/psychological "sincerity of effort" tests and/or/ other physiological assessment, if not included in this exam, to better understand the overall compliance capacity of the patient.

| | |
|---|---|
| Is the pre-test pain rating >= 5 ? | Positive |
| Did the patient have a Visual Analog score > 1.5 over current pain? | Negative |
| Is the Ransford Pain Drawing scored >= 3? | Negative |
| Did the patient report pain ratings >= 8 ? | Negative |

Positive in 1 of 4 categories tested.

CONSISTENCY PROFILE

Consistency criteria are built into the test regimen, to determine whether or not the patient performs equally for repeated measure with or without distraction, which indicates a good and consistent effort. When 50% or more of the criteria are "inconsistent", it may be beneficial to perform individualized physical/psychological "sincerity of effort" tests and/or other psychological assessments, if not included in this exam, to better understand the overall compliance capability of the patient unless the overall data does not support such a plan.

| | | |
|---|---|---|
| Did the 5-trial second position grip match the 2nd position 3-trial grip? | No | Inconsistent |
| Did the five position grip tests demonstrate the expected bell curve? | Yes | Consistent |
| Did the patient score in the 10th percentile or less on all static tests? | No | Consistent |
| Were any coefficients of variation equal to or exceed 15 percent? | Yes | Inconsistent |
| Did the patient score in the 10th percentile or less on all dynamic tests? | Yes | Inconsistent |

Inconsistent in 3 of 5 categories tested.

ATTITUDE AND REASONING ABILITY

Barbara McKeihan was generally **cooperative** during testing.

# RESULTS

Ambulation Quality: Normal
Gross Coordination: Normal

**Major Limiting Factors**
Pain.
Partial Self-limited Effort.

| | |
|---|---|
| Visual Analog | 4.8 **NORMAL** |
| Ransford Pain Drawing | 0 **NORMAL** |
| Pain Range | 3-4 |
| Inappropriate Illness Behavior | Positive in 1 of 4 categories tested |
| Consistency Profile | Inconsistent in 3 of 5 categories tested |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

**Therapist's Comments Concerning Significant Inconsistencies:** Pt. had more AROM of the right shoulder during the repetitive activities than she did during the musculoskeletal exam. The musculoskeletal exam was performed first so it is possible that her right shoulder loosened up during the musculoskeletal exam giving her more AROM during the repetitive activities. Pt. was inconsistent with gripping during the 3 trial gripping.

Statistically, test results indicate equivocal test data with indication of partial self-limited and inconsistent effort; however there was not any inappropriate illness behavior displayed during FCE testing except for pt. had a high perceived level of disability of the Quick DASH pain questionnaire. Due to equivocal results, FCE is considered to be a fair indicator of patient's functional capacity with a fair probability that patient could function at a higher level.

Patient performs material handling at a level of **Light PDC Level**. Patient's previous job required a **Medium-Heavy PDC Level.** Patient demonstrates limited tolerance for lifting, carrying, pushing and pulling due to right shoulder pain. Due to current physical limitations, modifications would need to be made to the regular job position.

## RECOMMENDATIONS

**Modifications Needed:**

**1) Repetitive Activities: None**

**2) Material Handling:**

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Floor To Knuckle | 20 lbs | 10.0 lbs | 4.0 lbs |
| 12" To Knuckle Lordosis | 30 lbs | 15.0 lbs | 6.0 lbs |
| Knuckle To Shoulder | 20 lbs | 10.0 lbs | 4.0 lbs |
| Shoulder To Overhead | 15 lbs | 7.5 lbs | 3.0 lbs |
| Carrying 14 feet | 20 lbs | 10.0 lbs | 4.0 lbs |
| Pushing 25 feet | 22 lbs/f | 11.0 lbs/f | 4.4 lbs/f |
| Pulling 7 feet | 20 lbs/f | 10.0 lbs/f | 4.0 lbs/f |

**3) Other:**

| Activity | Measured Maximum Tolerance |
|---|---|
| Sitting | At least 47 min. |
| Standing | At least 42 min. |
| Walking | Not assessed |
| Driving | Not assessed |

**Therapist's Comments Concerning Recommendations**: Pt.'s previous job is not available because it has been filled by someone else. Pt. did not meet the lifting requirements of her previous job. Recommend that pt. seek Process Technician jobs which do not require such heavy lifting and require a **Light PDC Level.** If that type of work is not available, then pt. may need to seek an alternate occupation and may benefit from vocational counseling to identify employment opportunities within her safe abilities.

## RETURN TO WORK

Does patient plan to return to work? Not to her previous job because it has been filled by someone else.

Return to Work Status: **Either seek a Process Technician job which requires a Light PDC Level or other occupation**

**Modifications Needed**
See above

## PHYSICAL DEMAND CLASSIFICATION


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

The U.S. Department of Labor standard for Physical Demand Classification (PDC) qualifies the individual at a Light PDC. However, lifts over five times per day at this level would place the individual at significant medical risk. As a result, WorkSTEPS Safe Recommended PDC would be Light with the accompanying endurance projections.

| **Floor To Knuckle** | | **Occasional** 0-33% of the time Approximate Repetitions: 1-100 | **Frequent** 34-66% of the time Approximate Repetitions: 100-500 | **Constant** 67-100% of the time Approximate Repetitions: 500+ |
|---|---|---|---|---|
| **Qualified** | Light | 20 lbs | 10.0 lbs | 4.0 lbs |
| **Safe Recommended** | Light | 16.0 lbs | 10.0 lbs | 4.0 lbs |

Thank you for your attention in these matters.

Katherine Melton, PT, MPT, COMPT

**Katherine Melton, PT, MPT, COMPT**
**Functional Testing Coordinator, License #: 8365**

**( FCE Testing performed on 6/8/2020 and 6/9/2020 for 2 hours and 2 hours and 22 minutes to write the report)**


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

WorkSTEPS, Inc.

# Raleigh Orthopedic Therapy Services
# Functional Capacity Evaluation Summary

Patient: Barbara McKeithan Date: 06/08/2020

Physician: Dr. Edwin Cadet Position: Process Technician

## VALIDITY AND INAPPROPRIATE ILLNESS BEHAVIOR

Validity- **Equivocal**
Inappropriate Illness Behaviors: **Overall Negative**

Statistically, test results indicate equivocal test data with indication of partial self-limited and inconsistent effort; however there was not any inappropriate illness behavior displayed during FCE testing except for pt. had a high perceived level of disability of the Quick DASH pain questionnaire. Due to equivocal results, FCE is considered to be a fair indicator of patient's functional capacity with a fair probability that patient could function at a higher level.

## REPETITIVE ACTIVITIES AND MATERIAL HANDLING

**Physical Demand Level Required: Medium-Heavy** per patient description and **Light** per Dictionary of Occupational Titles (DOT)
A written job description was not provided.
**Patient qualifies for: Light**

**RESULTS:**

**1) Repetitive Activities:**

| Activity | Completed Tolerance | Time (sec) | PR | ROM | Movement Pattern | Effort Given | Patient's Activity Tolerance | Tolerance Required By Job | |
|---|---|---|---|---|---|---|---|---|---|
| Reach Overhead 20 x | 20 reps | 32 | 4.0 | 90% | Normal | Good | Frequent | Occasional | Met |
| Reach 2 Min | 103 sec | 103 | 3.0 | 90% | Normal | Good | Occasional | Rare | Met |

**2) Material Handling:**

| Activity | Weight (lbs) | Percentile | Reason Test Stopped | Effort Given | PR | Job Requirement | |
|---|---|---|---|---|---|---|---|
| Floor To Knuckle | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| 12" To Knuckle Lordosis | 30 | 6 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Knuckle To Shoulder | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Shoulder To Overhead | 15 | 5 | Maximum Safe Effort | Good | 4.0 | 55 | Not Met |
| Carrying 14 feet | 20 | 5 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Pushing 25 feet | 22 lbs./f | 5 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |
| Pulling 7 feet | 20 lbs./f | 6 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |

**3) Other:**

| Activity | Subjective Maximum Tolerance | Measured Maximum Tolerance | Required By Job |
|---|---|---|---|
| Sitting (up to 30 min) | Not limited | 47 min. | 180 min |
| Standing (up to 30 min) | Not limited | 42 min. | 240 min |
| Walking (200 yds / 2 min) | 30 min. | Not assessed | 240 min |
| Driving (up to 30 min) | Not limited * | Not assessed | 150 min |

WorkSTEPS, Inc.

## RECOMMENDATIONS

**Modifications Needed:**

**1) Repetitive Activities: None**

**2) Material Handling:**

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Floor To Knuckle | 20 lbs | 10.0 lbs | 4.0 lbs |
| 12" To Knuckle Lordosis | 30 lbs | 15.0 lbs | 6.0 lbs |
| Knuckle To Shoulder | 20 lbs | 10.0 lbs | 4.0 lbs |
| Shoulder To Overhead | 15 lbs | 7.5 lbs | 3.0 lbs |
| Carrying 14 feet | 20 lbs | 10.0 lbs | 4.0 lbs |
| Pushing 25 feet | 22 lbs/f | 11.0 lbs/f | 4.4 lbs/f |
| Pulling 7 feet | 20 lbs/f | 10.0 lbs/f | 4.0 lbs/f |

**3) Other:**

| Activity | Measured Maximum Tolerance |
|---|---|
| Sitting | At least 47 min. |
| Standing | At least 42 min. |
| Walking | Not assessed |
| Driving | Not assessed |

**Therapist's Comments Concerning Recommendations**: Pt.'s previous job is not available because it has been filled by someone else. Pt. did not meet the lifting requirements of her previous job. Recommend that pt. seek Process Technician jobs which do not require such heavy lifting and require a **Light PDC Level.** If that type of work is not available, then pt. may need to seek an alternate occupation and may benefit from vocational counseling to identify employment opportunities within her safe abilities.

## PHYSICAL DEMAND CLASSIFICATION

The U.S. Department of Labor standard for Physical Demand Classification (PDC) qualifies the individual at a Light PDC. However, lifts over five times per day at this level would place the individual at significant medical risk. As a result, WorkSTEPS Safe Recommended PDC would be Light with the accompanying endurance projections.

| Floor To Knuckle | | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|---|
| **Qualified** | Light | 20 lbs | 10.0 lbs | 4.0 lbs |
| **Safe Recommended** | Light | 16.0 lbs | 10.0 lbs | 4.0 lbs |

Thank you for your attention in these matters.

Katherine Melton, PT, MPT, COMPT

**Katherine Melton, PT, MPT, COMPT**
**Functional Testing Coordinator, License #: 8365**

# Raleigh Orthopaedic

, ,

*Date of Service: April 22, 2020*   *Printed: December 10, 2020*
**Barbara McKeithan**   Work:
Female   DOB:   Patient ID:846622

**04/22/2020 - Office Notes: D43-Right shoulder**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
right shoulder rec

**History of Present Illness:**
Barbara is a 53 year old female here today for right shoulder and numbness and tingling my left arm and hand.
The problem started: Been year
Side the pain is on: both
Body part: shoulder and arm
The pain started: Year
The pain right now is: 5/10
The pain at its worst is: 8/10
Symptoms experienced since the start of the condition: loss of strength, numbness, swelling, tingling
Type of pain is: throbbing, aching
Had the following diagnostic tests: X-ray, MRI
Had the following treatments: rest, heat, elevation, muscle relaxants, narcotic pain meds, physical therapy, surgery, injection

Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now 11 months out from her rotator cuff repair. She has been battling shoulder stiffness. She has undergone a glenohumeral injection in August, a Medrol Dosepak in October, and most recently a ultrasound-guided subacromial injection 1 month ago. She is not gotten significant relief from any of these, and the least relief was received from the last injection. She has been continue with physical therapy, but still has pain and stiffness that is limiting her ability to fully use her arm. Her pain is a 3-4 out of 10 in severity. It is better than it was before surgery, this is a different type of pain.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes Lt Shoulder
Right shoulder - 5/2019

# Raleigh Orthopaedic

, ,

*Date of Service: April 22, 2020*  *Printed: December 10, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**Allergies:**
PERCOCET (Mild)

**Medications:**
MELOXICAM 15 MG TABS (MELOXICAM) TAKE 1 TABLET BY MOUTH EVERY DAY WITH FOOD
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Review of Systems:**
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Confirms numbness, weakness arms. Denies blurred vision, cramps legs/arms, headaches, unsteady gait, weakness legs
Musculoskeletal: Denies joint pain, muscle pain
Psychiatric: Denies anxiety
Respiratory: Denies chronic cough, shortness of breath, wheezing
Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of control of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

**Vital Signs:**
**Height (in):** 62 **Weight (lbs):** 145 **BMI:** 26.62

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has symmetric active and passive range of motion compared to the contralateral side. Forward flexion to 170, ER to 45, IR to L1. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are mildly positive. Negative anterior load and shift and negative apprehension. Speed, O´Brien´s are weakly positive. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Imaging:**
I reviewed her postoperative MRI. The MRI demonstrates an intact supraspinatus tendon repair. She does have some mild delamination of the undersurface of the rotator cuff but the integrity of the rotator cuff repair is intact.

# Raleigh Orthopaedic

, ,

*Date of Service: April 22, 2020*   *Printed: December 10, 2020*
**Barbara McKeithan**   Work:
Female   DOB:   Patient ID:846622

**Assessment and Plan:**
Assessment: Status post arthroscopic rotator cuff repair, approximately 11 months close to year following her surgery, with still some minor pain in the weakness with overhead activities.
Plan:
At this point, normally, we have patients return back to work without restrictions. She still having some issues. I would like to quantify her impairment with a functional capacity evaluation test. I written her for some work restrictions, specifically no overhead lifting and weight restriction of 10 pounds from floor to waist. She will see me back following the functional capacity evaluation. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

**Electronically signed by Edwin R Cadet MD on 04/22/2020 at 11:17 AM**

DMRS
Diversified Medical Records Services, Inc.

hXe.io

# CORONAVIRUS UPDATE - IMPORTANT INFORMATION TO ENSURE YOU CONTINUE RECEIVING RECORDS

Diversified Medical Records Services is **strongly advising that all record requesters submit their requests through our online platform, hXe.io** to minimize the chance of delays in obtaining records. Standard **hXe service fees will be waived during this time** ($2 per request normally). However, any applicable state regulated rates will still remain in effect.

As healthcare providers are beginning to move their non-clinical staff to remote work, there will be challenges in dealing with inbound faxes and mailed requests. Providers are working on implementing workarounds for these challenges, but most solutions are limited. By submitting your record requests through hXe, you can ensure our staff receives your medical record request and will continue to process these timely through remote services.

Please go to:

https://www.hxe.io and you can submit your request online.

## What is hXe.io?

hXe is a secure online platform to request and receive records electronically. You can submit a medical record request to any healthcare provider in the United States. The platform will help manage your medical record request follow up process, send reminders and monitor the progress for each of your requests. It also provides healthcare facilities with necessary tools to communicate electronically with your staff and upload records back to you.

Sincerely,

Diversified Medical Records Services, Inc.

Diversified Medical Records Services, Inc.
PO Box 526259
Salt Lake City, UT 84111

hXe, LLC
2600 West Olive Ave, 5th Floor - #5880
Burbank, CA 91505

hXe.io
health exchange evolved

# Records Request Attached (33973)

A request for medical or billing records is attached, please keep this with the request.

**The below record requester has sent you this transmission via hXe.io, a secure, HIPAA compliant platform designed to send and receive medical records electronically.**

**To:** Raleigh Orthopaedic Clinic (Medical Records Department)
Email: roc@dmrs.net

**From Org:** ReleasePoint
**From User:** Jester Espinosa
**Phone:** (800) 999-9589

**Regarding:** Mckeithan, Barbara (DOB: )

**Request Notes:** any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications and complete the attached form - Seen By: RALEIGH ORTHOPAEDIC CLINIC FROM 01/23/2020 TO PRESENT

You now have four options to submit your records back to your requester. The hXe.io platform is the most secure option as it applies multiple layers of security to guard your Protected Health Information (PHI).

## Records can be securely transmitted using the below instructions:

The hXe.io process is fast, easy to use and secure. Simply select the appropriate records in your EHR, save the files to PDF and drag and drop them to the hXe.io platform. Records are instantly received by the requestor and are sent more securely than mail or fax.

### Securely Upload Records to hXe:

1. Upload records to: https://www.hxe.io/upload
2. Use upload code: WQQ7
3. Use validation code: 1209

**OR**

**Standard submission options:**

**Option B -** Mail records 405 . Foothill , Blvd , Suite 204, Claremont, California 91711, United States

**Option C -** Fax records (see attached for number)

**Option D -** Secure email to jespinosa@releasepoint.com

**About hXe.io**

hXe.io is a HIPAA compliant platform to securely, and easily transmit medical records. It's designed around the workflow and security needs of healthcare. If have any questions regarding uploading or requesting through hXe.io, please e-mail support@hxe.io. **Request #: 33973**.

**Letter of Representation**

To view the Letter of Representation on file, go to https://www.hxe.io/lor/939. hXe is authorized to receive PHI on behalf of this requester.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Request Corresponden

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000182 LFPT2SD1 00000788

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan
Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self
Signature of claimant or legal representative Barbara A McKeithan
Date of Birth: ________ Claim Number: 8520656 Date: 6/28/2020

**A copy of this authorization will be considered as valid as the original.**

# Quality Assurance Report

## Request Information

Report Date: December 11, 2020

**RP ID:** 7293989

Patient Name: MCKEITHAN, BARBARA

Provider Name: RALEIGH ORTHOPAEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From January 23, 2020 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications and complete the attached form - Seen By: RALEIGH ORTHOPAEDIC CLINIC

Special Request Included? NO

Secondary Request Confirmed? YES

QC Notes:

REQUESTED ITEMS NOT RECEIVED, SENDING TO SUPERVISOR FOR REVIEW We only received medical records. Please request for completed form.

Chart Reviewed By: PGUEV

ReleasePoint

## Medical Record Overview

**Date:** **December 10, 2020**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** FERNCREEK CARDIOLOGY
3650 CAPE CENTER DRIVE
FAYETTEVILLE, NC 28304
(910) 483-0049

**Request Scope:** From August 6, 2020 to Present

**Chart Range:** 11/09/2020 - 11/09/2020

**RP ID:** 7293988

**Client ID:** 8520656

**Source:** L-CLTLTD

**Req By:**

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 9 2020 | Nov 9 2020 | 2 | 2 |
| Request Correspondence | | | 4 | 4 |

**Total Page Count:** 6

**Notes From QC:**

Completed form to follow.

FERNCREEK CARDIOLOGY, PA
EXPERTS IN HEART & VASCULAR DISEASES

# Mckeithan, Barbara A

53 Y old Female, DOB:
Account Number: 26674

Home:
Guarantor: Mckeithan, Barbara A Insurance: CIGNA Payer ID: 62308
PCP: Georgia Buckley Referring: Georgia Buckley
Appointment Facility: Ferncreek Cardiology PA

11/09/2020

Progress Notes: Manesh Thomas, MD, FACC, FSCAI

## Current Medications

Taking

- Naproxen 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs
- Tylenol 325 MG Tablet 1 tablet as needed Orally every 4 hrs
- Vitamin D2 50 MCG (2000 UT) Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient.

## Past Medical History

Medical History Verified..

## Surgical History

Partial Repair of rotator cuff 2018
Complete repair of rotator cuff 2019
Tubal Ligation

## Family History

Father: deceased
2 brother(s) , 2 sister(s) . 1 son(s) , 1 daughter(s) .

## Social History

Alcohol: socially, Type: , Frequency: ,Years: , Determination:.
Caffeine: yes, frequency: tea and coffee.

## Allergies

Percocet: itching - Allergy

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

Respiratory:
no Chest pain. no Cough. no DOE (dyspnea on exertion). no Hemoptysis. no Shortness of breath. no Wheezing.

Cardiovascular:
no Chest pain. no Claudication. no Cough. no Dizziness. no Dyspnea on exertion. no Fainting. no High blood pressure. no History of heart attack. no Known coronary artery disease. no Leg edema. no Murmurs. no Pain in legs while walking. no Palpitations. no Shortness of breath. Swelling of ankles yes. Varicose veins yes.

Constitutional:
no Fatigue. no Fever. no Loss of appetite. no Weight gain. no Weight loss.

Dermatologic:
no Hives. no Rash.

Endocrine:
no Diabetes. no Heat intolerance. no Weight loss.

Gastrointestinal:
no Blood in stool. no Constipation. no Diarrhea. no Dysphagia. no Heartburn. no Nausea. no Vomiting.

Hematologic:
no Bleeding. no Easy bruising. no Swollen glands.

## Reason for Appointment

1. 3MON F/U PER DR. THOMAS

## History of Present Illness

Interim History, Cardiology:

53-year-old woman with a history of chronic arthritis of hands, knees and hips, on anti-inflammatory medications. Referred for evaluation of bilateral upper extremity edema and lower extremity edema, pain and cramps.

Venous US: 07/2020 bilateral reflux Deep, GSV, and SSV

Echo: 07/2020 EF EF 50%. DDI

(Kx2) Venous insufficiency is controlled with compression stocking, elevation, and walk. She would like to continue with conservative treatment for now.

## Vital Signs

Height 62, Weight 141.2, body mass index (BMI) 25.82, heart rate (HR) 72, respiratory rate (RR) 16, blood pressure (BP) 106/60
98.

## Examination

Cardiovascular Examination:

General Appearance: alert and oriented, build: average. HEENT: within normal limits. Carotid Upstroke: no bruit. Jugular Venous Distention (JVD): none. Chest: normal shape and expansion. Lungs: clear to auscultation bilaterally. Cardiovascular nomal S1, S2, no murmur, rub, gallop or click. Abdomen: bowel sounds: normal. Extremities: no tremor, 1+ pitting edema at the ankle. Neurologic: alert, unremarkable. Peripheral Pulses: 2+ bilaterally. Mood: appropriate.

## Assessments

1. Venous insufficiency (chronic) (peripheral) - I87.2 (Primary)
2. Localized edema - R60.0

## Treatment

**1. Venous insufficiency (chronic) (peripheral)**

Notes: Continue with Thigh-high venous compression stockings 20-30 mmHg prescribed. Recommend daily walking, intermittent leg elevation. Pain medications prn. Patient symptoms has improved with conservative therapy.

**2. Localized edema**

Notes:

LVEF is normal. Edema has improved

## Preventive Medicine

Counseling: Diet . Exercise .

## Procedure Codes

G8417 BMI >=30 CALCUATE W/FOLLOWUP
G8427 DOC MEDS VERIFIED W/PT OR RE
G9903 Pt scrn tbco id as non user
G8783 BP SCR PRFRM RCMDD DEFIND SCR INTVL

Musculoskeletal:
no Bone pain. Joint pain yes, Both hands . no Joint stiffness. no Joint swelling. Leg cramps yes.
Neurologic:
no Headache. no Numbness/Tingling. no Seizures/Odd movements. no Weakness.
Ophthalmologic:
no Diminished vision.
Psychology:
no Anxiety. no Depression. no Eating disorder. no High stress level. no Sleep disturbances.
Urologic:
no Blood in urine. no Dysuria. no Nocturia.

**Follow Up**
6 Months



**Electronically signed by Manesh Thomas , MD on 11/10/2020 at 02:11 PM EST**

**Sign off status: Completed**

**Ferncreek Cardiology PA**
**3650 Cape Center Drive**
**Fayetteville, NC 283042139**
**Tel: 910-483-0049**
**Fax: 910-339-8905**

**Progress Note: Manesh Thomas, MD, FACC, FSCAI 11/09/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lincoln Financial Group**®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company Service Office:**
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

MSH
DEC 0 9 2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release Information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

Faxing Medical Records portion of this request. The request has been forwarded to the doctors Medical Assistant for Completion of the form.

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7293988

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**FERNCREEK CARDIOLOGY**
**3650 CAPE CENTER DRIVE**
**ATTN: MEDICAL RECORDS**
**FAYETTEVILLE, NC 28304**

Date: Dec 9, 2020

**Re: Long Term Disability Benefits**
Claim# 7293988 8520656
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: QQT400

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 6, 2020 to Present**

**any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications and complete the attached form - Seen By: FERNCREEK CARDIOLOGY**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7293988

RPID: 7293988

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

DOC000182 LFPT2SD1 00000785

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to;

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan
Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative Barbara A McKeithan
Date of Birth: ______ Claim Number: 8520656 Date: 4/28/2020

**A copy of this authorization will be considered as valid as the original.**

# F A X S H E E T

MSH
DEC 0 9 2020

| | |
|---|---|
| Date: | Dec-03-2020 11:49:28 |
| To: | LINCOLN FINANCIAL GROUP |
| Subject: | CLAIM # 8520656 MCKEITHAN, BARBARA |
| Fax Number: | 1-603-430-5863 |
| To Company: | |
| From Name: | Hall,Melissa S |
| From Company: | Ferncreek Cardiology PA |
| From Facility: | Ferncreek Cardiology PA |
| Support Contact: | 910-483-0049 |
| Number of Page(s): | 3 |

Refaxing all Ferncreek Cardiology medical records from 08/06/2020 to present. Due to receiving a second request.

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

# Quality Assurance Report

## Request Information

Report Date: December 10, 2020

**RP ID:** 7293988

Patient Name: MCKEITHAN, BARBARA

Provider Name: FERNCREEK CARDIOLOGY

## Quality Assurance Information

Scope Requested: **From August 6, 2020 to Present**

Special Request:

any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications and complete the attached form - Seen By: FERNCREEK CARDIOLOGY

Special Request Included? NO

Secondary Request Confirmed? YES

QC Notes:

Completed form to follow.

Chart Reviewed By: PGUEV

**From:** LincolnAbsenceNotification@lfg.com
**To:**
Corette.CosbertBoone@unilever.com;Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM;DENISE.JACKSON@UNILEVER.COM
**Cc:** wendy.colegrove@unilever.com;laverne.henegain@unilever.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Barbara Mckeithan, EmpID 000428836, Disability Claim No. 8520656

This is to notify you that there has been an approval or extension of your employee's Long Term disability claim.

There is **no action required** by you at this time unless the employee has returned to work. This email is for informational purposes only.

**Long Term Disability Information:**

Benefit Payments Period: 1/8/2019 thru 3/7/2021

**IMPORTANT NOTE —** Upon the employee's return to work, please ensure that they are properly restored to an active status in Workday. Failure to report the actual return to work date could result in a delay in payment of the employee's salary. Please instruct the employee's People Experience Lead (PEL) to make this update.

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 14081 or contact the assigned Case Manager at Renata.Johnson@lfg.com. Please be sure to reference claim number 8520656.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. BARBARA MCKEITHAN

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

December 9, 2020

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 8, 2020, we requested medical records from Dr.Thomas, First Health PT, Dr. Cadet, Dr. Barnes, & First Health Hospital This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through the present from Dr. Thomas, First Health PT, Dr. Cadet, Dr. Barnes, & First Health Hospital.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 21, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 20, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than January 21, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 430-1583

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

**Return To:** Renata Johnson



EMPLOYEE/CLAIMANT NAME: Barbara McKeithan

CLAIM NO: 8520656 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Unilever, USA

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends?______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

______________________________________________

______________________________________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

**Lincoln/McKeithan 0435**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) ___________________________________ Relationship ____________________

Signature of claimant or legal representative __________________________________________ Date: _______________________

Date of Birth: __________________ Claim Number: 8520656

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

**Return To:** Renata Johnson

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to 1/31/2021. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: ________________________________________ DATE: _____________________________________**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

**Return to:** Renata Johnson

**EMPLOYEE/CLAIMANT NAME:** Barbara McKeithan **CLAIM #:** 8520656
**EMPLOYER:** Unilever, USA **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:**______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# F A X S H E E T

| | |
|---|---|
| Date: | Dec-03-2020 11:49:28 |
| To: | LINCOLN FINANCIAL GROUP |
| Subject: | CLAIM # 8520656 MCKEITHAN, BARBARA |
| Fax Number: | 1-603-430-5863 |
| To Company: | |
| From Name: | Hall,Melissa S |
| From Company: | Ferncreek Cardiology PA |
| From Facility: | Ferncreek Cardiology PA |
| Support Contact: | 910-483-0049 |
| Number of Page(s): | 3 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

FERNCREEK CARDIOLOGY, PA
EXPERTS IN HEART & VASCULAR DISEASES

# Mckeithan, Barbara A

53 Y old Female, DOB:
Account Number: 26674

Home:
Guarantor: Mckeithan, Barbara A Insurance: CIGNA Payer ID: 62308
PCP: Georgia Buckley Referring: Georgia Buckley
Appointment Facility: Ferncreek Cardiology PA

**11/09/2020** **Progress Notes: Manesh Thomas, MD, FACC, FSCAI**

### Current Medications

Taking
- Naproxen 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs
- Tylenol 325 MG Tablet 1 tablet as needed Orally every 4 hrs
- Vitamin D2 50 MCG (2000 UT) Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Medical History Verified..

### Surgical History

Partial Repair of rotator cuff 2018
Complete repair of rotator cuff 2019
Tubal Ligation

### Family History

Father: deceased
2 brother(s) , 2 sister(s) . 1 son(s) , 1 daughter(s) .

### Social History

Alcohol: socially, Type: , Frequency: ,Years: , Determination:.
Caffeine: yes, frequency: tea and coffee.

### Allergies

Percocet: itching - Allergy

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

Respiratory:
no Chest pain. no Cough. no DOE (dyspnea on exertion). no Hemoptysis. no Shortness of breath. no Wheezing.
Cardiovascular:
no Chest pain. no Claudication. no Cough. no Dizziness. no Dyspnea on exertion. no Fainting. no High blood pressure. no History of heart attack. no Known coronary artery disease. no Leg edema. no Murmurs. no Pain in legs while walking. no Palpitations. no Shortness of breath. Swelling of ankles yes. Varicose veins yes.
Constitutional:
no Fatigue. no Fever. no Loss of appetite. no Weight gain. no Weight loss.
Dermatologic:
no Hives. no Rash.
Endocrine:
no Diabetes. no Heat intolerance. no Weight loss.
Gastrointestinal:
no Blood in stool. no Constipation. no Diarrhea. no Dysphagia. no Heartburn. no Nausea. no Vomiting.
Hematologic:
no Bleeding. no Easy bruising. no Swollen glands.

### Reason for Appointment

1. 3MON F/U PER DR. THOMAS

### History of Present Illness

Interim History, Cardiology:

53-year-old woman with a history of chronic arthritis of hands, knees and hips, on anti-inflammatory medications. Referred for evaluation of bilateral upper extremity edema and lower extremity edema, pain and cramps.

Venous US: 07/2020 bilateral reflux Deep, GSV, and SSV

Echo: 07/2020 EF EF 50%. DDI

(Kx2) Venous insufficiency is controlled with compression stocking, elevation, and walk. She would like to continue with conservative treatment for now.

### Vital Signs

Height 62, Weight 141.2, body mass index (BMI) 25.82, heart rate (HR) 72, respiratory rate (RR) 16, blood pressure (BP) 106/60
98.

### Examination

Cardiovascular Examination:

General Appearance: alert and oriented, build: average. HEENT: within normal limits. Carotid Upstroke: no bruit. Jugular Venous Distention (JVD): none. Chest: normal shape and expansion. Lungs: clear to auscultation bilaterally. Cardiovascular nomal S1, S2, no murmur, rub, gallop or click. Abdomen: bowel sounds: normal. Extremities: no tremor, 1+ pitting edema at the ankle. Neurologic: alert, unremarkable. Peripheral Pulses: 2+ bilaterally. Mood: appropriate.

### Assessments

1. Venous insufficiency (chronic) (peripheral) - I87.2 (Primary)
2. Localized edema - R60.0

### Treatment

**1. Venous insufficiency (chronic) (peripheral)**
Notes: Continue with Thigh-high venous compression stockings 20-30 mmHg prescribed. Recommend daily walking, intermittent leg elevation. Pain medications prn. Patient symptoms has improved with conservative therapy.

**2. Localized edema**
Notes:

LVEF is normal. Edema has improved

.

### Preventive Medicine

Counseling: Diet . Exercise .

### Procedure Codes

G8417 BMI >=30 CALCUATE W/FOLLOWUP
G8427 DOC MEDS VERIFIED W/PT OR RE
G9903 Pt scrn tbco id as non user
G8783 BP SCR PRFRM RCMDD DEFIND SCR INTVL

Musculoskeletal:
no Bone pain. Joint pain yes, Both hands . no Joint stiffness. no Joint swelling. Leg cramps yes.
Neurologic:
no Headache. no Numbness/Tingling. no Seizures/Odd movements. no Weakness.
Ophthalmologic:
no Diminished vision.
Psychology:
no Anxiety. no Depression. no Eating disorder. no High stress level. no Sleep disturbances.
Urologic:
no Blood in urine. no Dysuria. no Nocturia.

**Follow Up**
6 Months

**Electronically signed by Manesh Thomas , MD on 11/10/2020 at 02:11 PM EST**

**Sign off status: Completed**

**Ferncreek Cardiology PA**
**3650 Cape Center Drive**
**Fayetteville, NC 283042139**
**Tel: 910-483-0049**
**Fax: 910-339-8905**

**Progress Note: Manesh Thomas, MD, FACC, FSCAI 11/09/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. BARBARA MCKEITHAN

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1583

December 4, 2020

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
Phone No.: (800) 291-0112 Ext. 14081
Secure Fax No.: (603) 430-1583

# F A X S H E E T

| | |
|---|---|
| Date: | Dec-03-2020 11:49:28 |
| To: | LINCOLN FINANCIAL GROUP |
| Subject: | CLAIM # 8520656 MCKEITHAN, BARBARA |
| Fax Number: | 1-603-430-5863 |
| To Company: | |
| From Name: | Hall,Melissa S |
| From Company: | Ferncreek Cardiology PA |
| From Facility: | Ferncreek Cardiology PA |
| Support Contact: | 910-483-0049 |
| Number of Page(s): | 3 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

FERNCREEK CARDIOLOGY, PA
EXPERTS IN HEART & VASCULAR DISEASES

# Mckeithan, Barbara A

**53 Y old Female, DOB:**
**Account Number: 26674**

**Home:**
**Guarantor: Mckeithan, Barbara A Insurance: CIGNA Payer ID: 62308**
**PCP: Georgia Buckley Referring: Georgia Buckley**
**Appointment Facility: Ferncreek Cardiology PA**

**11/09/2020** **Progress Notes: Manesh Thomas, MD, FACC, FSCAI**

### Current Medications
Taking
- Naproxen 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs
- Tylenol 325 MG Tablet 1 tablet as needed Orally every 4 hrs
- Vitamin D2 50 MCG (2000 UT) Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

Past Medical History
Medical History Verified..

### Surgical History
Partial Repair of rotator cuff 2018
Complete repair of rotator cuff 2019
Tubal Ligation

### Family History
Father: deceased
2 brother(s) , 2 sister(s) . 1 son(s) , 1 daughter(s) .

### Social History
Alcohol: socially, Type: , Frequency: ,Years: , Determination:.
Caffeine: yes, frequency: tea and coffee.

### Allergies
Percocet: itching - Allergy

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
Respiratory:
no Chest pain. no Cough. no DOE (dyspnea on exertion). no Hemoptysis. no Shortness of breath. no Wheezing.
Cardiovascular:
no Chest pain. no Claudication. no Cough. no Dizziness. no Dyspnea on exertion. no Fainting. no High blood pressure. no History of heart attack. no Known coronary artery disease. no Leg edema. no Murmurs. no Pain in legs while walking. no Palpitations. no Shortness of breath. Swelling of ankles yes. Varicose veins yes.
Constitutional:
no Fatigue. no Fever. no Loss of appetite. no Weight gain. no Weight loss.
Dermatologic:
no Hives. no Rash.
Endocrine:
no Diabetes. no Heat intolerance. no Weight loss.
Gastrointestinal:
no Blood in stool. no Constipation. no Diarrhea. no Dysphagia. no Heartburn. no Nausea. no Vomiting.
Hematologic:
no Bleeding. no Easy bruising. no Swollen glands.

### Reason for Appointment
1. 3MON F/U PER DR. THOMAS

### History of Present Illness
Interim History, Cardiology:
53-year-old woman with a history of chronic arthritis of hands, knees and hips, on anti-inflammatory medications. Referred for evaluation of bilateral upper extremity edema and lower extremity edema, pain and cramps.

Venous US: 07/2020 bilateral reflux Deep, GSV, and SSV

Echo: 07/2020 EF EF 50%. DDI

(Kx2) Venous insufficiency is controlled with compression stocking, elevation, and walk. She would like to continue with conservative treatment for now.

### Vital Signs
Height 62, Weight 141.2, body mass index (BMI) 25.82, heart rate (HR) 72, respiratory rate (RR) 16, blood pressure (BP) 106/60
98.

### Examination
Cardiovascular Examination:
General Appearance: alert and oriented, build: average. HEENT: within normal limits. Carotid Upstroke: no bruit. Jugular Venous Distention (JVD): none. Chest: normal shape and expansion. Lungs: clear to auscultation bilaterally. Cardiovascular nomal S1, S2, no murmur, rub, gallop or click. Abdomen: bowel sounds: normal. Extremities: no tremor, 1+ pitting edema at the ankle. Neurologic: alert, unremarkable. Peripheral Pulses: 2+ bilaterally. Mood: appropriate.

### Assessments
1. Venous insufficiency (chronic) (peripheral) - I87.2 (Primary)
2. Localized edema - R60.0

### Treatment
**1. Venous insufficiency (chronic) (peripheral)**
Notes: Continue with Thigh-high venous compression stockings 20-30 mmHg prescribed. Recommend daily walking, intermittent leg elevation. Pain medications prn. Patient symptoms has improved with conservative therapy.

**2. Localized edema**
Notes:

LVEF is normal. Edema has improved

.

### Preventive Medicine
Counseling: Diet . Exercise .

### Procedure Codes
G8417 BMI >=30 CALCUATE W/FOLLOWUP
G8427 DOC MEDS VERIFIED W/PT OR RE
G9903 Pt scrn tbco id as non user
G8783 BP SCR PRFRM RCMDD DEFIND SCR INTVL

Musculoskeletal:
no Bone pain. Joint pain yes, Both hands . no Joint stiffness. no Joint swelling. Leg cramps yes.
Neurologic:
no Headache. no Numbness/Tingling. no Seizures/Odd movements. no Weakness.
Ophthalmologic:
no Diminished vision.
Psychology:
no Anxiety. no Depression. no Eating disorder. no High stress level. no Sleep disturbances.
Urologic:
no Blood in urine. no Dysuria. no Nocturia.

**Follow Up**
6 Months

**Electronically signed by Manesh Thomas , MD on 11/10/2020 at 02:11 PM EST**

**Sign off status: Completed**

**Ferncreek Cardiology PA**
**3650 Cape Center Drive**
**Fayetteville, NC 283042139**
**Tel: 910-483-0049**
**Fax: 910-339-8905**

**Progress Note: Manesh Thomas, MD, FACC, FSCAI 11/09/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

| | |
|---|---|
| Date: | November 13, 2020 |
| To: | MANESH THOMAS<br>FERNCREEK CARDIOLOGY, PA<br>3650 CAPE CENTER DRIVE<br>FAYETTEVILLE NC 28304 |
| Attn: | Medical Records |
| Fax: | (910) 339-8905 |
| From: | April Cloutier<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 430-5863 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

November 13, 2020

Manesh Thomas
Ferncreek Cardiology, Pa
3650 CAPE CENTER DRIVE
FAYETTEVILLE, NC 28304

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Manesh Thomas:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 15, 2020 through present

We ask that you provide this information by December 13, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5863 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. McKeithan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. McKeithan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: 8520656-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.09.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000162 LFPT2SD1 00000768

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary ~~and the provision of health~~ care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan

Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative Barbara A McKeithan

Date of Birth: ______ Claim Number: 8520656 Date: 4/28/2020

**A copy of this authorization will be considered as valid as the original.**

**From:**Cloutier, April
**Sent:**Mon, 9 Nov 2020 18:22:14 +0000
**To:**'Barbara Mckeithan'
**Subject:**RE: Social Security

Thank you Barbara, I appreciate the update!

---

**From:** Barbara Mckeithan <
**Sent:** Monday, November 9, 2020 1:12 PM
**To:** Cloutier, April <April.Cloutier@lfg.com>
**Subject:** Re: Social Security

Good afternoon I had my appointment today concerning my legs Dr Thomas wants me to keep wearing the compression socks and walk every day trying not to have surgery alongs the swelling stays down I go back to see him May 13,2021 10:30...I will be starting my therapy again on my right shoulder,January 2021 still having alot of pain @ First Health Raeford NC..thank you Barbara

Sent from Yahoo Mail for iPhone

On Tuesday, October 27, 2020, 9:08 AM, Cloutier, April <April.Cloutier@lfg.com> wrote:

> Thank you Barbara!
>
> ---
>
> **From:** Barbara Mckeithan <
> **Sent:** Monday, October 26, 2020 8:46 PM
> **To:** Cloutier, April <April.Cloutier@lfg.com>
> **Cc:** Cloutier, April <April.Cloutier@lfg.com>
> **Subject:** Re: Social Security
>
> ***This email is from an external source. Only open links and attachments from a Trusted Sender.***
>
> Good morning I received my hearing schedule notice in the mail today 10/26/2020....My hearing schedule February 23,2021 any more information I receive I will email it to you (Mrs.April Cloutier).thank you Barbara McKeithan
>
> Sent from Yahoo Mail for iPhone
>
> On Tuesday, October 6, 2020, 1:56 PM, Barbara Mckeithan
> < wrote:

No I haven't received anything yet

Sent from Yahoo Mail for iPhone

On Tuesday, October 6, 2020, 1:36 PM, Cloutier, April <April.Cloutier@lfg.com> wrote:

Hello Barbara,

I wanted to touch base with you to see if you have received a hearing date from Social Security regarding your application for benefits.  If you have a date, could you pass that along?

Thank you,
April


April Cloutier
Disability Case Manager
Long-Term Disability

**Lincoln Financial Group**
P.O.Box 7206
London, KY 40742-7206

800-210-0268 x89039 Office
603-430-5863 Direct Fax

**LincolnFinancial.com**



Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited

and may be unlawful. If you have received this E-mail in
error, please notify the
sender immediately and permanently delete the original and
any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Cloutier, April
**Sent:**Tue, 27 Oct 2020 13:08:40 +0000
**To:**'Barbara Mckeithan'
**Subject:**RE: Social Security

Thank you Barbara!

---

**From:** Barbara Mckeithan <
**Sent:** Monday, October 26, 2020 8:46 PM
**To:** Cloutier, April <April.Cloutier@lfg.com>
**Cc:** Cloutier, April <April.Cloutier@lfg.com>
**Subject:** Re: Social Security

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning I received my hearing schedule notice in the mail today 10/26/2020....My hearing schedule February 23,2021 any more information I receive I will email it to you (Mrs.April Cloutier).thank you Barbara McKeithan

Sent from Yahoo Mail for iPhone

On Tuesday, October 6, 2020, 1:56 PM, Barbara Mckeithan <
wrote:

> No I haven't received anything yet
>
> Sent from Yahoo Mail for iPhone
>
> On Tuesday, October 6, 2020, 1:36 PM, Cloutier, April <April.Cloutier@lfg.com> wrote:
>
> > Hello Barbara,
> >
> > I wanted to touch base with you to see if you have received a hearing date from Social Security regarding your application for benefits. If you have a date, could you pass that along?
> >
> > Thank you,
> >
> > April

April Cloutier
Disability Case Manager
Long-Term Disability

**Lincoln Financial Group**
P.O.Box 7206
London, KY 40742-7206

800-210-0268 x89039
Office

603-430-5863 Direct Fax

LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

**From:**Barbara Mckeithan <
**Sent:**Tue, 6 Oct 2020 17:56:44 +0000
**To:**Cloutier, April
**Cc:**Cloutier, April
**Subject:**Re: Social Security

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

No I haven't received anything yet

Sent from Yahoo Mail for iPhone

On Tuesday, October 6, 2020, 1:36 PM, Cloutier, April <April.Cloutier@lfg.com> wrote:

Hello Barbara,

I wanted to touch base with you to see if you have received a hearing date from Social Security regarding your application for benefits. If you have a date, could you pass that along?

Thank you,

April

April Cloutier
Disability Case Manager
Long-Term Disability

**Lincoln Financial Group**
P.O.Box 7206
London, KY 40742-7206

800-210-0268 x89039 Office

603-430-5863 Direct Fax

**LincolnFinancial.com**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Financial Group®

# Transferable Skills Analysis

**Date:** 10/1/2020
**Claimant:** Barbara McKeithan
**Claim #:** 8520656
**Policyholder:** Unilever, USA

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. McKeithan transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description, Training Education Experience Form, Nursing Memorandum dated 9/22/2020 by Lauryn G. RN, BSN dated 9/22/2020; MDS note by Crystal Cruse, Nurse Case Manager dated 9/23/2020

**Education & Training:**
Education: High School graduate; computer skills include Microsoft Word, Excel, email, internet, databases

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 550.685-090 | Mixing Machine Tender | 4 | 5 | H |
| 929.687-030 | Material Handler | 3 | 2 | H |
| 222.387-050 | Shipping Receiving Clerk | 5 | 10+ | M |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of Nursing Memorandum dated 9/22/2020 by Lauryn G. RN, BSN dated 9/22/2020 as well as MDS note by Crystal Cruse, Nurse Case Manager dated 9/23/2020

- sitting at least occasionally, standing/walking frequently, with occasionally lifting 16 lbs., frequently lifting 10 lbs., and constantly lifting 4 lbs.
- light duty
- no lifting over 10 pounds above shoulder level with either/both arms and no working/reaching overhead with either/both arm

**Skills & Abilities:**
Manual Skills:

- Ability to operate or tend equipment to control chemical changes or reactions in the processing of industrial or consumer products.
- Monitor gauges, dials, or other indicators to make sure a machine is working properly.
- Control operations of equipment or systems.
- Determine causes of operating errors and decide what to do about it.
- Ability to complete repetitive tasks.
- Follow simple instructions.
- Work independently.
- Good organizational skills, paying attention to detail and handling multiple tasks simultaneously.
- Ability to access and enter information using an automated system quickly and accurately.
- Adjusting to performing repetitious, uncomplicated work.
- Loading, unloading, or tending assorted machines.

Manual Skills:

- Knowledge of inventory controls.
- Follow simple instructions.
- Ability to complete repetitive tasks.
- Ability to work independently.
- Good organizational skills, paying attention to detail and handling multiple tasks.

- Ability to access and enter information using an automated system quickly and accurately.
- Accuracy and attention to detail.
- Ability to correctly inventory, pick, store, ship, and receive parts by applying simple arithmetic processes of addition, subtraction, multiplication, and division.
- Operate fork lift.

Communication Skills:

- Communicate effectively with others.
- Ability to recognize problems/concerns.
- Inform and consult with staff.

**Profile Adjustments:**

- General Educational Development: Reasoning, Mathematics, Language adjusted to grades 9-12 based on high school graduate.
- Strength: Adjusted to light based on restrictions/limitations.
- Physical: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Lifting above shoulder level and no working/reaching overhead were assessed separately.
- Environmental: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Noise: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud.
- Aptitudes: No adjustments performed.
- Situations: Working under specific instructions adjusted to yes based on following supervisors as necessary.
  Dealing with people adjusted to yes based on communicating with workers on line.
- Data: Copying adjusted to yes based on completing labels, documentation, etc.
- People: Instructing adjusted to yes based on training and directing new teammates.
  Speaking-signaling adjusted to yes based on communicating with workers on line.
- Things: Driving-operating adjusted to yes based on operation of forklift.
  Manipulating adjusted to yes based on equipment operations.

**Examples of Occupations identified based on National labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 239.367-014 | Dispatcher, Maintenance Service | 3 | S | $3349 |
| 245.367-026 | Order Control Clerk, Blood Bank | 3 | S | $2853 |

**Wage Information is based on median 2019 Bureau of Labor Statistical Data*

Although OASYS did not identify, based on my vocational expertise and Labor Market Survey Research, Ms. McKeithan would have the ability to perform: Information Clerk (237.367-022) and Gate Guard (372.667-030). This is based on her transferable skills of clerical documentation skills, decision making skills, ability to provide detailed information to others, observational skills, judgement, etc. National median economy wages as an Information Clerk is $2,505 and Gate Guard is $2,474. Wage Information is based on median 2019 Bureau of Labor Statistical Data.

**Summary:**

***Occupations Identified:***

The Transferable Skills Analysis identified occupations that are within Ms. McKeithan's physical abilities and within their identified skill level. The following are examples of occupations Ms. McKeithan could perform: Dispatcher, Maintenance Service; Order Control Clerk, Blood Bank; Information Clerk; Gate Guard. The occupations meet their gainful amount of $2,064.40 in the national economy.

I have not met with Ms. McKeithan for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 550.685-090 | Mixing-Machine Tender | 4 | 5 | 0 | Y | Y | N | H | 06.04.11 |
| 929.687-030 | Material Handler | 3 | 2 | 0 | Y | N | N | H | 05.12.03 |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 10 | 0 | Y | N | N | M | 05.09.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 5 (6 months to 1 year) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 2 Grades 4-6 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | L Light |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Unknown |
| Balancing | | Occasionally | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Occasionally | Unknown |
| Crouching | | Occasionally | Unknown |
| Crawling | | Occasionally | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Occasionally | Unknown |
| Extreme Heat | | Occasionally | Unknown |
| Wet and/or Humid | | Occasionally | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Frequently | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Frequently | Unknown |
| Noise Intensity Level | | Loud | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | No | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | Yes | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | Yes |
| 4 Manipulating | No | Yes |
| 5 Tending | Yes | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Consultation/Case Review Meeting

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: April Cloutier DATE: Wednesday, September 23, 2020

## CLAIM BACKGROUND

Claimant Name: BARBARA MCKEITHAN Claim Number: 8520656

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☑ YES ☐ NO

Employer: UNILEVER, USA

Change In DEF. Date: 01/07/2021

Pre-Disability Earnings: $3,440.67 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

Interdis consult with Lori Ashworth

DP 512

Lincoln Financial Group®

Date: September 22, 2020

Subject: **Nursing Memorandum**

*Claim#: 8520656*

*Claimant: Barbara McKeithan*

*Clinical Assessment:* Please see peer review on 4/8/20 for full file details. In review, the EE, who is a 53-year-old, ceased work to undergo a left rotator cuff tear repair surgery on 7/10/18 with Dr. Christopher Barnes {orthopedic surgery}. The EE was cleared to RTW from he left rotator cuff surgery on 1/17/19 by Dr. Barnes. However, she then underwent a right rotator cuff repair on 5/7/19 with Dr. Edwin Cadet MD {orthopedic surgery}. Additionally, the EE has comorbidities including arthritis, left carpal tunnel syndrome, and venous insufficiency { a condition that occurs when the **venous** wall and/or valves in the leg veins are not working effectively, making it difficult for blood to return to the heart from the legs}. Since her right shoulder surgery, she has undergone physical therapy {PT}, shoulder injections, and oral steroid and anti-inflammatory treatments related to prolonged stiffness and pain. She followed up with Dr. Cadet on 4/22/20 reporting this ongoing pain and stiffness were continuing to limit her activity. She reported a pain of 3-4/10 {on a scale of 0-10, 0/10 is no pain and 10/10 is severe pain}, but it was better than prior to surgery. Her exam showed some decreased range of motion {ROM} and good strength. Dr. Cadet reviewed the post-operative MRI that showed mild degenerative changes. He noted normally at this time he would release her to RTW without restrictions, however she had been having issues and he recommended a functional capacity evaluation {FCE}. She underwent this evaluation on 6/8/20. It showed good strength, 90% ROM {limited related to reported pain and pulling feeling}, limited lifting ability {the EE reported she didn't want to strain and was feeling pain}. The conclusion was the EE would require light duty restrictions. She followed up with Dr. Cadet to review the results on 6/24/20. He said the FCE showed she was eligible for light duty work. These were permanent restrictions. He did not feel additional surgery was needed and she could follow up as needed. Dr. Cadet provided an R&L form dated 8/13/20 that said she was released from his care, her LOV was 6/24/20. She had light restrictions with occasionally lifting 16lbs., frequently lifting 10lbs., and constantly lifting 4 lbs. permanently related to pain and weakness with overhead activities following her right shoulder surgery.

In addition to the EE's right shoulder condition she has been treating with Dr. Manesh Thomas MD {cardiology} related to extremity swelling/edema and pain. She established care on 7/10/20 reporting pain and swelling in her hands, aching in her wrist joints, bilateral leg pain/swelling, and foot swelling. Dr. Thomas diagnosed the EE with venous insufficiency recommended compression stockings, an ultrasound of her heart {echocardiogram}, and ultrasounds of her legs

{venous doppler}. She followed up to discuss the test results on 8/4/20. It was noted her echocardiogram was unremarkable. However, her venous doppler did support venous insufficiency. She reported the swelling in her hands and feet improved with compression and walking. She was walking daily without difficulty and her blood pressure was controlled. Her exam showed mild tenderness and swelling in both hands. Dr. Thomas recommended continuing compression stockings, daily walking, intermittent leg elevation, and to follow up in 3 months.

Based on the updated medical the EE had ongoing pain and stiffness in her right shoulder >1-year post-surgery. Her FCE noted light restrictions on 6/8/20. Additionally, she has venous insufficiency in her bilateral lower extremities. Dr. Cadet provided permanent R&Ls including sitting at least occasionally, standing/walking frequently, with occasionally lifting 16lbs., frequently lifting 10lbs., and constantly lifting 4 lbs. Given her right shoulder deficits > 1 year after surgery and her recent venous insufficiency diagnosis it would be reasonable to support the R&Ls provided by Dr. Cadet of sitting at least occasionally, standing/walking frequently, with occasionally lifting 16lbs., frequently lifting 10lbs., and constantly lifting 4 lbs. from 9/22/20 through 12/22/20 {3 months} but they are likely permanent R&Ls given she is >1 year postoperative, with venous insufficiency. NDC recommends CS obtains an update in 3 months from all treating providers {CS to confirm current treating providers at that time}, including R&L forms from all treating providers. When CS obtains all outlined information if R&Ls remain unclear CS may re-refer to MDS as needed. NDC assignment complete. CS updated.

Lauryn G, RN, BSN

Nurse Disability Consultant, Lincoln Financial Group

Lincoln Financial Group®

FAXED MSH SEP 11 2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

| | |
|---|---|
| Date: | September 11, 2020 |
| From: ~~To:~~ | MANESH THOMAS<br>FERNCREEK CARDIOLOGY, PA<br>3650 CAPE CENTER DRIVE<br>FAYETTEVILLE NC 28304<br>Faxing medical records portion of request. Thank you Melissa Medical Records Clerk |
| Attn: | Medical Records-2nd request — 1st request was given to Dr. Thomas medical Assistant due to request had Restrictions Form attached for MD to complete. |
| Fax: | (910) 339-8905 |
| To: ~~From:~~ | April Cloutier<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 430-5863 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

September 11, 2020

Manesh Thomas
Ferncreek Cardiology, Pa
3650 CAPE CENTER DRIVE
FAYETTEVILLE, NC 28304

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Manesh Thomas:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2020 through present.

We ask that you provide this information by September 25, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5863 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: 8520656-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.09.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

60000162 LFPT2SD1 00000788

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan

Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative Barbara A McKeithan

Date of Birth: _ _____ Claim Number: 8520656 Date: 6/28/2020

**A copy of this authorization will be considered as valid as the original.**

MCKEITHAN, Barbara A **DOB:** (53 yo F) **Acc No.** 26674 **DOS:** 08/04/2020

FERNCREEK CARDIOLOGY, PA
EXPERTS IN HEART & VASCULAR DISEASES

## Mckeithan, Barbara A

53 Y old Female, DOB:
Account Number: 26674

Home:
Guarantor: Mckeithan, Barbara A Insurance: CIGNA
Payer ID: 62308
PCP: Georgia Buckley Referring: Georgia Buckley
Appointment Facility: Ferncreek Cardiology PA

08/04/2020 Progress Notes: Manesh Thomas, MD, FACC, FSCAI

### Current Medications

Taking
- Naproxen 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs
- Tylenol 325 MG Tablet 1 tablet as needed Orally every 4 hrs
- Vitamin D2 50 MCG (2000 UT) Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Medical History Verified..

### Surgical History

Partial Repair of rotator cuff 2018
Complete repair of rotator cuff 2019
Tubal Ligation

### Family History

Father: deceased
2 brother(s) , 2 sister(s) . 1 son(s) , 1 daughter(s) .

### Social History

Alcohol: socially, Type: , Frequency: ,Years: , Determination:.
Caffeine: yes, frequency: tea and coffee.

### Allergies

Percocet: itching - Allergy

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

Respiratory:
no Chest pain. no Cough. no DOE (dyspnea on exertion). no Hemoptysis. no Shortness of

### Reason for Appointment

1. 4 WK F/U ECHO,VENUS DUPLEX PER DR.THOMAS

### History of Present Illness

Interim History, Cardiology:

53-year-old woman with a history of chronic arthritis of hands, knees and hips, on anti-inflammatory medications. Referred for evaluation of bilateral upper extremity edema and lower extremity edema, pain and cramps.

Venous US: 07/2020 bilateral reflux Deep, GSV, and SSV

Echo: 07/2020 EF EF 50%. DDI

(K) Patient's bilateral leg edema has improved with compression stocking. Hand edema has improved as well. She continues with daily walks without difficulties. BP is controlled. .

### Vital Signs

Height 62, Weight 141, body mass index (BMI) 25.79, heart rate (HR) 94, respiratory rate (RR) 16, blood pressure (BP) 108/64.

### Examination

Cardiovascular Examination:

General Appearance: alert and oriented, build: average. HEENT: within normal limits. Carotid Upstroke: no bruit. Jugular Venous Distention (JVD): none. Chest: normal shape and expansion. Lungs: clear to auscultation bilaterally. Cardiovascular nomal S1, S2, no murmur, rub, gallop or click. Abdomen: bowel sounds: normal. Extremities: no tremor, 1+ pitting edema at the ankle, mild tenderness and swelling on both hands.. Neurologic: alert, unremarkable. Peripheral Pulses: 2+ bilaterally. Mood: appropriate.

### Assessments

1. Venous insufficiency (chronic) (peripheral) - I87.2 (Primary)
2. Localized edema - R60.0

MCKEITHAN, Barbara A **DOB:** (53 yo F) Acc No. 26674 **DOS:** 08/04/2020

breath. no Wheezing.
Cardiovascular:
no Chest pain. no Claudication. no Cough. no Dizziness. no Dyspnea on exertion. no Fainting. no High blood pressure. no History of heart attack. no Known coronary artery disease. Leg edema yes.
no Murmurs. no Pain in legs while walking. no Palpitations.
no Shortness of breath. Swelling of ankles yes. Varicose veins yes.
Constitutional:
no Fatigue. no Fever. no Loss of appetite. no Weight gain. no Weight loss.
Dermatologic:
no Hives. no Rash.
Endocrine:
no Diabetes. no Heat intolerance. no Weight loss.
Gastrointestinal:
no Blood in stool.
no Constipation. no Diarrhea.
no Dysphagia. no Heartburn.
no Nausea. no Vomiting.
Hematologic:
no Bleeding. no Easy bruising.
no Swollen glands.
Musculoskeletal:
no Bone pain. Joint pain yes, Both hands . no Joint stiffness. no Joint swelling. Leg cramps yes.
Neurologic:
no Headache.
no Numbness/Tingling.
no Seizures/Odd movements.
no Weakness.
Ophthalmologic:
no Diminished vision.
Psychology:
no Anxiety. no Depression.
no Eating disorder. no High stress level. no Sleep disturbances.
Urologic:
no Blood in urine. no Dysuria.
no Nocturia.

**Treatment**

**1. Venous insufficiency (chronic) (peripheral)**
Notes: Continue with Thigh-high venous compression stockings 20-30 mmHg prescribed. Recommend daily walking, intermittent leg elevation. Pain medications prn. Patient symptoms has improved with conservative therapy.

**2. Localized edema**
Notes:

LVEF is normal. Edema has improved

**Preventive Medicine**
Counseling: Diet . Exercise .

**Procedure Codes**
G8420 BMI<30 AND >=22 CALC & DOCU
G8427 DOC MEDS VERIFIED W/PT OR RE
1036F TOBACCO NON-USER
G9744 PATIENT NOT ELIG D/T ACTIVE DX HTN

**Follow Up**
3 Months

**Electronically signed by Manesh Thomas , MD on 08/04/2020 at 06:02 PM EDT**

**Sign off status: Completed**

Ferncreek Cardiology PA
3650 Cape Center Drive
Fayetteville, NC 283042139
Tel: 910-483-0049
Fax: 910-339-8905

MCKEITHAN, Barbara A **DOB:** (53 yo F) **Acc No.** 26674 **DOS:** 07/10/2020

FERNCREEK CARDIOLOGY, PA
EXPERTS IN HEART & VASCULAR DISEASES

**Mckeithan, Barbara A**
53 Y old Female, DOB:
Account Number: 26674

Home:
Guarantor: Mckeithan, Barbara A Insurance: CIGNA
Payer ID: 62308
PCP: Georgia Buckley Referring: Georgia Buckley
Appointment Facility: Ferncreek Cardiology PA

07/10/2020 Progress Notes: Manesh Thomas, MD, FACC, FSCAI

### Reason for Appointment

1. SWELLING/VENOUS INSUFFICIENCY PER GEORGIA BUCKLEY,PA

### History of Present Illness

Interim History, Cardiology:

53-year-old woman with a history of chronic arthritis of hands, knees and hips, on anti-inflammatory medications. Referred for evaluation of bilateral upper extremity edema and lower extremity edema, pain and cramps.

Patient notices both hands swelled up in the morning hours and has difficulty to make fist. By evening, the hand swelling gets better. Also has aching pain on all the wrist joints. Patient also complaining of bilateral leg pain, edema and foot swelling. This is more in the evening hours. She also notices leg swelling more with standing and sitting down.

### Current Medications

Taking

- Naproxen 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs
- Tylenol 325 MG Tablet 1 tablet as needed Orally every 4 hrs
- Vitamin D2 50 MCG (2000 UT) Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Medical History Verified..

### Surgical History

Partial Repair of rotator cuff 2018
Complete repair of rotator cuff 2019
Tubal Ligation

### Family History

Father: deceased
2 brother(s) , 2 sister(s) . 1 son(s) , 1 daughter(s) .

### Social History

Alcohol: socially, Type: , Frequency: ,Years: , Determination:.
Caffeine: yes, frequency: tea and coffee.

### Allergies

Percocet: itching - Allergy

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

Respiratory:
no Chest pain. no Cough. no DOE (dyspnea on exertion). no Hemoptysis. no Shortness of breath. no Wheezing.

### Vital Signs

Height 62, Weight 146, body mass index (BMI) 26.70, heart rate (HR) 82, respiratory rate (RR) 16, blood pressure (BP) 128/80.

### Examination

Cardiovascular Examination:

General Appearance: alert and oriented, build: average. HEENT: within normal limits. Carotid Upstroke: no bruit. Jugular Venous Distention (JVD): none. Chest: normal shape and expansion. Lungs: clear to auscultation bilaterally. Cardiovascular nomal S1, S2, no murmur, rub, gallop or click. Abdomen: flat, no hepatosplenomegaly, bowel sounds: normal. Extremities: no tremor, 1+ pitting edema at the ankle, mild tenderness and swelling on both hands.. Neurologic: alert, unremarkable. Peripheral Pulses: 2+ bilaterally. Mood: appropriate.

### Assessments

1. Venous insufficiency (chronic) (peripheral) - I87.2 (Primary)
2. Localized edema - R60.0
3. Localized swelling, mass and lump, upper limb, bilateral - R22.33

MCKEITHAN, Barbara A DOB: (53 yo F) Acc No. 26674 DOS: 07/10/2020

Cardiovascular:
no Chest pain. no Claudication. no Cough. no Dizziness. no Dyspnea on exertion. no Fainting. no High blood pressure. no History of heart attack. no Known coronary artery disease. Leg edema yes.
no Murmurs. no Pain in legs while walking. no Palpitations.
no Shortness of breath. Swelling of ankles yes.
Constitutional:
no Fatigue. no Fever. no Loss of appetite. no Weight gain. no Weight loss.
Dermatologic:
no Hives. no Rash.
Endocrine:
no Diabetes. no Heat intolerance. no Weight loss.
Gastrointestinal:
no Blood in stool.
no Constipation. no Diarrhea.
no Dysphagia. no Heartburn.
no Nausea. no Vomiting.
Hematologic:
no Bleeding. no Easy bruising.
no Swollen glands.
Musculoskeletal:
no Bone pain. Joint pain yes, Both hands. no Joint stiffness. no Joint swelling. Leg cramps yes.
Neurologic:
no Headache.
no Numbness/Tingling.
no Seizures/Odd movements.
no Weakness.
Ophthalmologic:
no Diminished vision.
Psychology:
no Anxiety. no Depression.
no Eating disorder. no High stress level. no Sleep disturbances.
Urologic:
no Blood in urine. no Dysuria.
no Nocturia.

**Treatment**

**1. Venous insufficiency (chronic) (peripheral)**
IMAGING: Venous Duplex
Notes: Thigh-high venous compression stockings 20-30 mmHg prescribed. Recommend daily walking, intermittent leg elevation. Pain medications.

**2. Localized edema**
IMAGING: Echocardiogram
IMAGING: Venous Duplex
Notes: Rule out LV dysfunction.

**3. Localized swelling, mass and lump, upper limb, bilateral**
Notes: Patient's hand swelling is more on the morning hours with difficulty making a fist. Recommend ruling out chronic kidney disease like albuminuria, also recommend rheumatology referral to rule out polyarthritis and other autoimmune diseases..

**Preventive Medicine**
Counseling: Diet . Exercise ..

**Procedure Codes**
G8420 BMI<30 AND >=22 CALC & DOCU
G8427 DOC MEDS VERIFIED W/PT OR RE
G9903 Pt scrn tbco id as non user
G8783 BP SCR PRFRM RCMDD DEFIND SCR INTVL

**Follow Up**
4 Weeks

**Electronically signed by Manesh Thomas , MD on 07/10/2020 at 04:59 PM EDT**

**Sign off status: Completed**

Ferncreek Cardiology PA

MCKEITHAN, Barbara A **DOB:** (53 yo F) **Acc No.** 26674 **DOS:** 07/10/2020

3650 Cape Center Drive
Fayetteville, NC 283042139
Tel: 910-483-0049
Fax: 910-339-8905

**Progress Note: Manesh Thomas, MD, FACC, FSCAI 07/10/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

FERNCREEK CARDIOLOGY, PA

# Transthoracic Echocardiogram Study Report

**BARBARA MCKEITHAN**
**July 15, 2020**

**MRN:** 26674
**DOB:** **Age:** 53
**Gender:** F

**Study Time:** 08:56 AM
**Reading Group:** Manesh Thomas, MD, FACC, FSCAI
**Referring Group:** Georgia J Buckley PA-C
**Ordering Phys:** Manesh Thomas MD, FACC, FSCAI
**Sonographer:** Kimberly Person
**Location:** Ferncreek Cardiology
**Equipment:** VIVID-I

**Study Quality:** Fair
**Diagnosis Code:** (R60.0) Localized oedema

**Procedure Code:** 93306 Echocardiography, with spectral Doppler echocardiography, and with color flow Doppler echocardiography

| **Left Ventricle** | | **Normal** | **Left Atrium** | | **Normal** | **Aorta** | | **Normal** |
|---|---|---|---|---|---|---|---|---|
| LVEDV | 93.8 ml | | LA | 2.4 cm | (2.7 - 3.8) | AoD | 2.1 cm | |
| LVESV | 31.3 ml | | **Mitral Valve** | | | AoD CS | 1.4 cm | (1.5 - 2.6) |
| EF | 67.0 % | (54 - 74) | MV Pk E Vel | 0.8 m/s | (0.7 - 1.2) | **Aortic Valve** | | |
| LVSV | 62.5 ml | (31 - 67) | MV Pk A Vel | 1.0 m/s | (0.4 - 0.7) | LVOT Pk Vel | 0.87 m/s | |
| IVSd | 0.5 cm | (0.6 - 0.9) | MV E/A Ratio | 0.8 | (0.78 - 1.78) | LVOT Pk Grad | 3.1 mmHg | |
| LVIDd | 4.5 cm | (3.8 - 5.2) | MV Decel Time | 181.1 ms | (143 - 219) | AV Pk Vel | 1.15 m/s | |
| LVPWd | 0.7 cm | (0.6 - 0.9) | **Tricuspid Valve** | | | AV Pk Grad | 5.3 mmHg | (<10) |
| LV FS (midwall) | 37.0 % | (15 - 23) | TR Pk Vel | 2.5 m/s | | **Pulmonary Valve** | | |
| LVIDs | 2.9 cm | (2.2 - 3.5) | TR Pk Grad | 25.4 mmHg | | PV Pk Vel | 1.0 m/s | |
| LVRWT | 0.29 | | | | | PV Pk Grad | 4.2 mmHg | |

After informed consent, a complete Transthoracic Echocardiogram was performed.

## Findings:

1. Mild concentric hypertrophy of the left ventricle.
Visual EF is 50%.
Doppler evidence of grade I (impaired) diastolic dysfunction.
Left ventricle regional wall motion findings: No wall motion abnormalities.
2. Left atrial cavity is normal in size.
3. Right atrial cavity is normal in size.
4. Right ventricle cavity is normal in size.
Normal right ventricular function.
5. Structurally normal trileaflet aortic valve with no regurgitation noted.
6. Structurally normal mitral valve with no regurgitation noted.
7. Structurally normal tricuspid valve with no regurgitation noted.
8. Structurally normal pulmonic valve with no regurgitation noted.
9. No evidence of significant pericardial effusion.
10. The aortic root is normal.
11. Normal pulmonary artery.
12. IVC is normal with respiratory variation.



## Conclusions:

Mild concentric hypertrophy of the left ventricle.
Visual EF is 50%.
Doppler evidence of grade I (impaired) diastolic dysfunction.
Left ventricle regional wall motion findings: No wall motion abnormalities.
Calculated EF 67%.

*Dr. Manesh Thomas, MD, FACC, FSCAI*
Electronically Signed on Studycast
July 24, 2020 01:26 AM EDT



PAGE 10/11 * RCVD AT 9/11/2020 3:20:18 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/4 * DNIS:6034305863 * CSID: * ANI:19104830049 * DURATION (mm-ss):03-09

FERNCREEK CARDIOLOGY, PA

# Bilateral Duplex Venous Lower Extremity Study Report

**BARBARA MCKEITHAN**
**July 29, 2020**

| | | | | | |
|---|---|---|---|---|---|
| **MRN:** | 26674 | | | **Study Time:** | 08:59 AM |
| **DOB:** | 1967-02-22 | **Age:** | 53 | **Reading Group:** | Manesh Thomas, MD, FACC, FSCAI |
| **Gender:** | F | | | **Referring Group:** | Georgia J Buckley PA-C |
| **Height:** | 62 in | **Weight:** | 146 lbs | **Ordering Phys:** | Manesh Thomas MD, FACC, FSCAI |
| **BSA:** | 1.74 m$^2$ | | | **Sonographer:** | SEB |
| **BMI:** | 26.87 | | | **Location:** | Ferncreek Cardiology |
| | | | | **Equipment:** | vividi |

**Study Quality:** Excellent
**Diagnosis Code:** (R60.0) Localized edema

**Right Findings:**
There is no evidence of deep venous thrombosis of the right lower extremity.

The great saphenous vein (GSV) measures 8.9 mm at the SF junction, 3.2-3.6 mm at the thigh and 2.9-3.5 mm at the calf. The GSV has a venous valve reflux of 800 msec at the SF junction, 600-800 msec at the thigh and 1500-1800 msec at the calf.

The small saphenous vein measures 1.9-2.1 mm at the calf and has 1100-1700 msec valve reflux.

The CFV, FV and popliteal veins have 1200 msec valve reflux.

**Left Findings:**
There is no evidence of deep venous thrombosis of the left lower extremity.

The great saphenous vein (GSV) measures 6.6 mm at the SF junction, 4.2-5.4 mm at the thigh and 2.1-2.4 mm at the calf. The GSV has a venous valve reflux of 500 msec at the SF junction, 700-1600 msec at the thigh and 600-2800 msec at the calf.

The small saphenous vein measures 2.6 mm at the calf and has 600 msec valve reflux.

The CFV, FV and popliteal veins have 1000-1200 msec valve reflux.

**Conclusions:**
No evidence of deep vein thrombosis of the lower extremities.

Severe bilateral great saphenous vein valve reflux.

Severe bilateral small saphenous vein valve reflux.

Severe bilateral deep vein valve reflux.

August 13, 2020 10:49 PM EDT
Dr. Manesh Thomas, MD, FACC, FSCAI
Electronically Signed on Studycast



PAGE 11/11 * RCVD AT 9/11/2020 3:20:18 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/4 * DNIS:6034305863 * CSID: * ANI:19104830049 * DURATION (mm-ss):03-09

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

| | |
|---|---|
| Date: | September 11, 2020 |
| To: | MANESH THOMAS<br>FERNCREEK CARDIOLOGY, PA<br>3650 CAPE CENTER DRIVE<br>FAYETTEVILLE NC 28304 |
| Attn: | Medical Records-2nd request |
| Fax: | (910) 339-8905 |
| From: | April Cloutier<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 430-5863 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

September 11, 2020

Manesh Thomas
Ferncreek Cardiology, Pa
3650 CAPE CENTER DRIVE
FAYETTEVILLE, NC 28304

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Manesh Thomas:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2020 through present.

We ask that you provide this information by September 25, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5863 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: 8520656-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.09.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000162 LFPT2SD1 00000768

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary ~~and the provision of health~~ care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan
Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative Barbara A McKeithan
Date of Birth: ______ Claim Number: 8520656 Date: 6/28/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

| | |
|---|---|
| Date: | August 10, 2020 |
| To: | CHRISTOPHER BARNES<br>FAYETTEVILLE ORTHOPAEDICS<br>1991 FORDHAM DRIVE<br>SUITE 100<br>FAYETTEVILLE NC 28304 |
| Attn: | Medical Records |
| Fax: | (910) 484-8824 |
| From: | April Cloutier<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 430-5863 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

*Patient hasn't been seen in our facility since 2018.

FAYETTEVILLE ORTHOPAEDICS & SPORTS MEDICINE
1991 Fordham Drive, Suite 100
Fayetteville, NC 28304
910-484-3114
FAXED 8-24-20

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

August 10, 2020

Christopher Barnes
Fayetteville Orthopaedics
1991 FORDHAM DRIVE
SUITE 100
FAYETTEVILLE, NC 28304

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Christopher Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through present
- Restrictions Form

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by September 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5863 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. McKeithan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. McKeithan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: Restrictions Form
8520656-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.09.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

# Restrictions Form

**Return To:** April Cloutier

| Barbara McKeithan | | 8520656 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ________
   **DATE LAST TREATED** – ________
   **NEXT OFFICE VISIT** – ________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**From:**Cloutier, April
**Sent:**Mon, 24 Aug 2020 14:12:20 +0000
**To:**Barbara Mckeithan
**Cc:**Cloutier, April
**Subject:**Dr. Barnes

Hello Barbara,

I sent a medical records request to Dr. Christopher Barnes at Fayetteville Ortho and they responded and said that you haven't been seen since 2018. Can you confirm if you have been treated by Dr. Barnes since 2018? Its not an issue if you haven't seen him since then, I just wanted to confirm. We do have medical records from Dr. Cadet.

Thank you,
April

April Cloutier
Disability Case Manager
Long-Term Disability

**Lincoln Financial Group**
P.O.Box 7206
London, KY 40742-7206

800-210-0268 x89039 Office
603-430-5863 Direct Fax

LincolnFinancial.com

**From:**Barbara Mckeithan <
**Sent:**Mon, 24 Aug 2020 14:22:26 +0000 (UTC)
**To:**Cloutier, April
**Cc:**Cloutier, April
**Subject:**Re: Dr. Barnes

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

It's been sinceJuly- December 2018,January 2019 I started seeing Dr Cadet

Sent from Yahoo Mail for iPhone

On Monday, August 24, 2020, 10:12 AM, Cloutier, April <April.Cloutier@lfg.com> wrote:

Hello Barbara,

I sent a medical records request to Dr. Christopher Barnes at Fayetteville Ortho and they responded and said that you haven't been seen since 2018. Can you confirm if you have been treated by Dr. Barnes since 2018? Its not an issue if you haven't seen him since then, I just wanted to confirm. We do have medical records from Dr. Cadet.

Thank you,

April

April Cloutier
Disability Case Manager
Long-Term Disability

**Lincoln Financial Group**
P.O.Box 7206
London, KY 40742-7206

800-210-0268 x89039 Office

603-430-5863 Direct Fax

**LincolnFinancial.com**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Raleigh Orthopaedic Clinic

3001 Edwards Mill Rd. Suite 200

Raleigh

NC 27612

**FROM** | **TO**

Name: Marla Winstead

Phone: 919-781-5600 Fax: 916034305863

Sent: 8/13/20 at: 2:36:18 PM 22 page(s) (including cover)

---

Subject: Barbara McKeithan

Comments:

Note: The information in this e-mail may be privileged and confidential and protected from disclosure. If the reader of this e-mail is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you received this e-mail in error, please notify the sender immediately by e-mail at mailto:HIPAA@raleighortho.com and delete this e-mail. Thank you.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

August 10, 2020

Edwin Cadet
Raleigh Orthopaedic
3001 EDWARDS MILL ROAD
RALEIGH, NC 27612

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Edwin Cadet:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through present
- Restrictions Form

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by September 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5863 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. McKeithan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. McKeithan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: Restrictions Form
8520656-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.09.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

# Restrictions Form

**Return To:** April Cloutier

| Barbara McKeithan | | 8520656 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — 02/27/2019
   **DATE LAST TREATED** — 06/24/2020
   **NEXT OFFICE VISIT** — released from care

   pain in right shoulder (ICD-10: M25.511)
   incomplete rotator cuff tear of the right shoulder (ICD-10: M75.11)
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☑ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.**
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   1. Follow FCE guidelines (attached), occasional lifting 16lbs, frequent lifting 10lbs, comstant lifting 4lbs
   2. We do not evaluate for mental capacity

4. **RESTRICTIONS IMPOSED FROM** 06/24/2020 **TO** permanent.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________
   N/A- patient released from care

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   patient underwent right shoulder surgery. she still has minor pain/weakness with overhead activities. please see attached FCE.

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______________ **TO** ______________.

| | | |
|---|---|---|
| Edwin R. Cadet, MD | MD/Orthopaedics | 56-0941814 |
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| 3001 Edwards Mill Rd | 919.781.5600. | 919.863.6821. |
| **Street Address** | **Telephone Number** | **Fax Number** |
| Raleigh, NC 27612 | [signature] | 08/13/2020 |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000162 LFPT26D1 0000078

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan

Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative Barbara A McKeithan

Date of Birth: _ ______ Claim Number: 8520656 Date: 4/28/2020

**A copy of this authorization will be considered as valid as the original.**

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: April 22, 2020* *Printed: August 13, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**04/22/2020 - Office Notes: D43-Right shoulder**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
right shoulder rec

**History of Present Illness:**
Barbara is a 53 year old female here today for right shoulder and numbness and tingling my left arm and hand.
The problem started: Been year
Side the pain is on: both
Body part: shoulder and arm
The pain started: Year
The pain right now is: 5/10
The pain at its worst is: 8/10
Symptoms experienced since the start of the condition: loss of strength, numbness, swelling, tingling
Type of pain is: throbbing, aching
Had the following diagnostic tests: X-ray, MRI
Had the following treatments: rest, heat, elevation, muscle relaxants, narcotic pain meds, physical therapy, surgery, injection

Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now 11 months out from her rotator cuff repair. She has been battling shoulder stiffness. She has undergone a glenohumeral injection in August, a Medrol Dosepak in October, and most recently a ultrasound-guided subacromial injection 1 month ago. She is not gotten significant relief from any of these, and the least relief was received from the last injection. She has been continue with physical therapy, but still has pain and stiffness that is limiting her ability to fully use her arm. Her pain is a 3-4 out of 10 in severity. It is better than it was before surgery, this is a different type of pain.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes Lt Shoulder

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: April 22, 2020* *Printed: August 13, 2020*
**Barbara McKeithan** Work: (
Female DOB: 'atient ID:846622

Right shoulder - 5/2019

**Allergies:**
PERCOCET (Mild)

**Medications:**
MELOXICAM 15 MG TABS (MELOXICAM) TAKE 1 TABLET BY MOUTH EVERY DAY WITH FOOD
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Review of Systems:**
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Confirms numbness, weakness arms. Denies blurred vision, cramps legs/arms, headaches, unsteady gait, weakness legs
Musculoskeletal: Denies joint pain, muscle pain
Psychiatric: Denies anxiety
Respiratory: Denies chronic cough, shortness of breath, wheezing
Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of control of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

**Vital Signs:**
**Height (in):** 62 **Weight (lbs):** 145 **BMI:** 26.62

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has symmetric active and passive range of motion compared to the contralateral side. Forward flexion to 170, ER to 45, IR to L1. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are mildly positive. Negative anterior load and shift and negative apprehension. Speed, O´Brien´s are weakly positive. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Imaging:**
I reviewed her postoperative MRI. The MRI demonstrates an intact supraspinatus tendon repair. She

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: April 22, 2020* *Printed: August 13, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

does have some mild delamination of the undersurface of the rotator cuff but the integrity of the rotator cuff repair is intact.

**Assessment and Plan:**
Assessment: Status post arthroscopic rotator cuff repair, approximately 11 months close to year following her surgery, with still some minor pain in the weakness with overhead activities.
Plan:
At this point, normally, we have patients return back to work without restrictions. She still having some issues. I would like to quantify her impairment with a functional capacity evaluation test. I written her for some work restrictions, specifically no overhead lifting and weight restriction of 10 pounds from floor to waist. She will see me back following the functional capacity evaluation. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

**Electronically signed by Edwin R Cadet MD on 04/22/2020 at 11:17 AM**

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: June 24, 2020* *Printed: August 13, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**06/24/2020 - Office Visit: D43 - Right Shoulder REC**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic**

**History of Present Illness:**
Barbara is a 53 year old female here today for right shoulder and numbness and tingling my left arm and hand.
The problem started: Been year
Side the pain is on: both
Body part: shoulder and arm
The pain started: Year
The pain right now is: 5/10
The pain at its worst is: 8/10
Symptoms experienced since the start of the condition: loss of strength, numbness, swelling, tingling
Type of pain is: throbbing, aching
Had the following diagnostic tests: X-ray, MRI
Had the following treatments: rest, heat, elevation, muscle relaxants, narcotic pain meds, physical therapy, surgery, injection

Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now 11 months out from her rotator cuff repair. She has been battling shoulder stiffness. She has undergone a glenohumeral injection in August, a Medrol Dosepak in October, and most recently a ultrasound-guided subacromial injection 1 month ago. She is not gotten significant relief from any of these, and the least relief was received from the last injection. She has been continue with physical therapy, but still has pain and stiffness that is limiting her ability to fully use her arm. Her pain is a 3-4 out of 10 in severity. It is better than it was before surgery, this is a different type of pain.

We sent her for an FCE to better evaluate her postoperative restrictions given her function.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes Lt Shoulder

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: June 24, 2020* *Printed: August 13, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

Right shoulder - 5/2019

**Allergies:**
PERCOCET (Mild)

**Medications:**
MELOXICAM 15 MG TABS (MELOXICAM) TAKE 1 TABLET BY MOUTH EVERY DAY WITH FOOD
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Review of Systems:**
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Confirms numbness, weakness arms. Denies blurred vision, cramps legs/arms, headaches, unsteady gait, weakness legs
Musculoskeletal: Denies joint pain, muscle pain
Psychiatric: Denies anxiety
Respiratory: Denies chronic cough, shortness of breath, wheezing
Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of control of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has symmetric active and passive range of motion compared to the contralateral side. Forward flexion to 170, ER to 45, IR to L1. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are mildly positive. Negative anterior load and shift and negative apprehension. Speed, O´Brien´s are weakly positive. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Imaging:**
I reviewed her postoperative MRI. The MRI demonstrates an intact supraspinatus tendon repair. She does have some mild delamination of the undersurface of the rotator cuff but the integrity of the rotator cuff repair is intact.

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: June 24, 2020* *Printed: August 13, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**Assessment and Plan:**
Assessment: Status post arthroscopic rotator cuff repair, approximately 12 months close to year following her surgery, with still some minor pain in the weakness with overhead activities.
Plan:
At this point, normally, we have patients return back to work without restrictions. She still having some issues. Her functional capacity evaluation demonstrates that she is eligible to do light duty work. There are weight restrictions of a maximum of 16 pounds with continuous overhead lifting, 10 pounds occasionally and 4 pounds frequently. I like for her to have discussed permanent work restrictions. If she does improve, we can certainly revisit these restrictions. She will see me back on an as-needed basis. I do not believe that she needs additional surgery. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

**Electronically signed by Edwin R Cadet MD on 06/24/2020 at 11:17 AM**

# Raleigh Orthopaedic Clinic
# Functional Capacity Evaluation

Barbara McKeihan (ROC Pt. I.D. #: 846622) was referred to Raleigh Orthopaedic Clinic on 06-08-2020 for a Functional Capacity Evaluation (FCE) to objectively quantify current maximum voluntary physical capacity. Psychophysical pain response to each portion of the evaluation was quantified by using a numeric pain scale ranging from 0 to 10. Consistency of effort and corresponding validity criteria were monitored throughout testing. Signed consent was obtained. Subheading information highlighted in gray represents abnormal findings. The results of the FCE are as follows:

## INJURY HISTORY

Barbara McKeihan is a 53 (02-22-1967) year old female, diagnosed with ***right shoulder rotator cuff tear*** which was a result of ***degenerative changes over time possibly due to repetitively lifting heavy objects at work***. Onset: 02-01-2018. Surgery related to the injury included ***right shoulder rotator cuff repair, subacromial decompression and labral debridement on 05-07-2019***. Significant medical history is ***left shoulder rotator cuff repair on 7/10/2018, tubal ligation 1989 and allergic to Percocet***. Post injury treatments have consisted of **medication, physician care, physical therapy, glenohumeral injection in August 2019, medrol dosepak in October 2019 and ultrasound guided subacromial injection in March 2020**. These treatments have resulted in moderate perceived benefits. Current complaints include ***tightness of the right shoulder, aching and throbbing pain of the right anterior shoulder and weakness with overhead lifting***. The patient feels better with ***heating pad, sleeping on the left side and pain medication***. The patient feels worse with ***cold, driving and her right shoulder aches with walking***. Significant social limitations are reported in activities such as ***household chores, hobbies and sports. Pt. reported that she is unable to lift heavy household items, her grandchildren and weights for exercise; unable to perform sit-ups; unable to perform her job and she had to cut hair because she is unable to take care of it***.

PHYSICIAN:
Dr. Edwin Cadet
3001 Edwards Mill Rd.
Raleigh, NC 27612

ATTORNEY:
Brandon Briggs
Heard & Smith, LLP
10715 Gulfdale St., Suite 100
San Antonio, TX 78216

INSURANCE BROKER:
Cigna
P.O. Box 182223

## DIAGNOSTICS

| Test | Result |
|---|---|
| X-Ray | Positive |
| Needle EMG | Positive |
| MRI | Positive |
| Injections | Positive |

Current medications: Tylenol 500 mg.
Previous medications: Meloxicam, Colace

**Therapist's Comments Concerning Diagnostics**: According to the radiologist's report, MRI on 3/19/2019 of the right shoulder showed irregular partial-thickness tear involving the junctional fibers of the supraspinatus and infraspinatus insertions focally exceeding 50% of tendon thickness. Cystic change of the supraspinatus footprint. Mild lateral acromial spurring. Low-grade AC joint arthrosis. Thin but elongated intramuscular cyst involving the superior aspect of the infraspinatus myotendinous junction. Low-grade interstitial tearing involving the subscapularis insertion superiorly.

According to radiologist's report, MRI on 12/26/2019 showed s/p supraspinatus tendon repair with interval development of a high-grade partial-thickness articular sided tear just proximal to the footprint, involving greater than 50% of the tendon thickness. No evidence of muscular atrophy.

Pt. reported that the EMG showed carpal tunnel syndrome of bilateral UE's.

## EMPLOYMENT HISTORY

At the time of injury Barbara McKeihan was employed by **Unilever** as a **Process Technician**. The patient's last day on the job was 07-03-2018. This position with the company is not available. Pt. reported that her job filled her position with someone else. According to pt. description, this position involves computer work, driving a forklift, lifting up to 55 lbs. pushing and pulling a


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

dolly loaded with up to 100 lbs. and a lot of overhead lifting up to 55 lbs. According to pt. description, this position involves a **Medium-Heavy PDC Level.** A written job description was not provided. According to the Dictionary of Occupational Titles (DOT), **(012.261-014) Quality Control Technician** involves a **Light PDC Level.** The patient's supervisor was Jeff Melvin and Steven Kessinger.

## PAIN PROFILE

The patient was instructed to rate her pain according to Borg's numeric pain scale ranging from 0 (no pain) to 10 (maximal pain). Pain ratings (PR) that fluctuate significantly during similar activities or are severe regardless of activity level indicate symptom magnification, especially if other physiological symptoms such as corresponding high heart rate, etc., are not present. If the patient reports pain levels of 6 or above without significant observed functional limits, this would also indicate symptom magnification.

| | |
|---|---|
| Worst Pain Over Last 30 Days | 5 |
| Least Pain Over Last 30 Days | 4 |
| Current Pain | 5 |
| Post FCE Pain | 4 |

VISUAL ANALOG SCALE

The patient was instructed to mark her pain intensity on a 10 cm vertical scale with 0 cm indicating "No pain at all" and 10 cm indicating "Pain as bad as it could be". The distance from 0 to the mark should be within 1 1/2 points of the numeric scale for good correlation. The score should also not be in a severe range.

| | |
|---|---|
| Numeric Pain Scale | 5 |
| Visual Analog Pain Scale | 4.8 |
| Result | **NORMAL** |

RANSFORD QUANTIFIED PAIN DRAWING

The Ransford Pain Drawing is a well recognized pain drawing system that has been correlated to the standard MMPI test to screen out 93 percent of those patients who are likely to have poor psychometrics regarding their injury without using a complicated scoring system. The patient was asked to complete a pain drawing by utilizing 4 distinct symbols to indicate numbness, pins and needles, burning, or stabbing. The drawing is then scored according to expected anatomical pain distribution. Scores of 1 or 2 on the pain drawing have been closely correlated to a normal MMPI indicating a valid response. Scores of 3 or more indicate poor psychometrics and are used to identify patients who more than likely are not psychologically prepared to benefit from conservative rehabilitation.

| | |
|---|---|
| Normal Score | <=2 |
| Patient Score | 0 |
| Result | **NORMAL** |

QUICK DISABILITIES OF THE ARM, SHOULDER AND HAND (DASH) QUESTIONNAIRE

The Disabilities of the Arm, Shoulder and Hand Questionnaire is a self-report questionnaire (11 items self-report) that measures physical function and symptoms in people with musculoskeletal disorders of the upper limb and indicates the degree of disability as perceived by the patient. The higher the score, the higher the perceived disability.

| | |
|---|---|
| Patient's Score | 45% |
| Degree of Perceived Disability | Severe Disability |
| Result | Pt. has a high perceived level of disability |

**Therapist's Comments Concerning Pain Profile**: Pt. tested negative with pain questionnaires for inappropriate illness behavior except for with the Quick DASH pt. did have a high perceived level of disability.

## CARDIOVASCULAR

The patient's initial heart rate (HR) and blood pressure (BP) are recorded as follows:

| | |
|---|---|
| Pre-test Heart Rate: | 68 |
| Pre-test Blood Pressure: | 117/82 |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

## ACTIVITY TOLERANCE

ROUTINE ACTIVITIES

The patient's tolerance to certain routine activities are documented as follows:

| Activity | Subjective Maximum Tolerance | Measured Maximum Tolerance | Required By Job |
|---|---|---|---|
| Sitting (up to 30 min) | Not limited | 47 min. | 180 min |
| Standing (up to 30 min) | Not limited | 42 min. | 240 min |
| Walking (200 yds / 2 min) | 30 min. | Not assessed | 240 min |
| Driving (up to 30 min) | Not limited * | Not assessed | 150 min |
| Lifting From Floor | 10 lbs | 20 lbs | 55 lbs |

* Pt. reported that she switches arms when driving.

REPETITIVE ACTIVITIES

The patient was asked to perform 20 to 25 repetitions of several different body movements to assess the consistency of movement patterns and the willingness to move through an expected range of motion within an expected period. The test is furthermore used to see if the patient's range of motion increases with repetition and how the patient's symptoms are affected by such activities. The results are as follows:

| Activity | Completed Tolerance | Time (sec) | PR | ROM | Movement Pattern | Effort Given | Patient's Activity Tolerance | Tolerance Required By Job | |
|---|---|---|---|---|---|---|---|---|---|
| Reach Overhead 20 x | 20 reps | 32 | 4.0 | 90% | Normal | Good | Frequent | Occasional | Met |
| Reach 2 Min | 103 sec | 103 | 3.0 | 90% | Normal | Good | Occasional | Rare | Met |

**Therapist's Comments Concerning Activity Tolerance**: Pt. demonstrated more AROM during repetitive activities than she did during the musculoskeletal exam. With repetitive overhead reaching, pt. was able to achieve approximately 160 deg. of right shoulder flexion and approximately 168 deg. for left shoulder flexion. Pt. was able to complete all 20 repetitions and reported 4/10 pain of the right anterior shoulder. With sustained overhead reaching, pt. could achieve approximately 160 deg. of right shoulder flexion and approximately 168 deg. for left shoulder flexion. Pt. was able to perform the overhead reach for 103 seconds and reported 3/10 pain of the right anterior shoulder and increased tingling of both hands.

## POSTURE

**Posture**: slight forward head, slight rounded shoulder; otherwise posture WNL

## REFLEXES / SENSATION

The patient's upper extremity reflexes were as follows:

| | Right | Left |
|---|---|---|
| Biceps | 2+ | 2+ |
| Triceps | 2+ | 2+ |
| Brachioradialis | 2+ | 2+ |

**Reflexes:** Pt. has normal reflexes for bilateral UE's.

**Sensation:** LT intact for bilateral UE's for C4-T1 dermatomes.

## STRENGTH / SPECIAL TESTS

The patient's manual muscle strengths were as follows:

| Muscle | Right | Left | CogWheel |
|---|---|---|---|
| Shoulder Flexion | 5/5 | 5/5 | No |
| Shoulder Abduction | 5/5 | 5/5 | No |
| Shoulder Extension | 5/5 | 5/5 | No |
| Shoulder IR at 0 deg. of abd. | 5/5 | 5/5 | No |
| Shoulder ER at 0 deg. of abd. | 5/5 | 5/5 | No |
| Shoulder IR at 90 deg. of abd. | 5/5 | 5/5 | No |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

| Muscle | Right | Left | CogWheel |
|---|---|---|---|
| Shoulder ER at 90 deg. of abd. | 5/5 | 5/5 | No |

**Therapist's Comments Concerning Strength**: Pt. has normal strength of the right shoulder with MMT.

***Special Tests:***

**Hawkin's Kennedy Test, Neer Impingement Test, O'Brien's Test, Empty Can Test, Lift Off Test, Apprehension Test, Crank Test and Phalen's Test:** all were negative bilaterally

**Speed's Test:** Left: Negative; Right: slightly positive

## PALPATION / JOINT MOBILITY

**Palpation**: Tender over right bicipital tendon and right lateral shoulder

**Joint Mobility:** Left Shoulder: hypomobility with inferior, anterior and lateral glides; Right Shoulder: hypomobility with anterior, posterior and inferior glides.

## GONIOMETRY

Goniometry entails measuring extremity joint range of motion according to the AMA Guides to Impairment. The patient's measurements are as follows:

| Joint | Motion | Right | Left |
|---|---|---|---|
| Shoulder | Flexion | 127 Pain of the right anterior shoulder | 150 |
| Shoulder | Abduction | 126 Pain of the right anterior shoulder | 140 |
| Shoulder | Extension | 34 Pulling of the right anterior shoulder | 38 |
| Shoulder | ER at 0 deg. of abd. | 57 Pain of the right anterior shoulder | 63 |
| Shoulder | Functional IR | T9 Pulling of the right anterior shoulder | T5 |
| Shoulder | IR at 45 deg. of abd. | 74 | 89 |
| Shoulder | ER at 90 deg. of abd. | 80 | 76 |
| Shoulder | IR at 90 deg. of abd. | 70 | 75 |

**Therapist's Comments Concerning Goniometry UE**: Pt. had increased AROM during the repetitive activities than she did during the musculoskeletal exam.

## STATIC TESTING

Static strength tests are performed isometrically in a variety of body postures. At least three trials are completed in each test position, and it is expected that the accompanying scores should be almost identical. Therefore, a coefficient of variation less than 15% is acceptable while less than 10% is considered normal. Since research documents that efforts close to 100% and efforts less than 15% can be reproduced within an acceptable coefficient of variation, the patient must also score higher than the 10th percentile to demonstrate expected behavior regardless of injury. Furthermore, tests to uninvolved body parts (U) should be stronger than tests to involved body parts (I).

The following results indicate a comparison of the patient's scores to that of normal industrial (N/A for gender not specified) at the coefficients of variation given:

**3-Trial Grip Test**

| Static Test | Involved/ Uninvolved | Average Force (lbs) | %tile | CV | Consistency | Validity |
|---|---|---|---|---|---|---|
| **Right Hand Grip** | Uninvolved | 27.0 | 43.0 | **63.0** | **Inconsistent** | **Invalid** |
| Left Hand Grip | Uninvolved | 26.0 | 48.0 | **34.0** | **Inconsistent** | **Invalid** |

**5-Trial Grip Test**

| Static Test | Position 1 | Position 2 | Position 3 | Position 4 | Position 5 | Bell Curve |
|---|---|---|---|---|---|---|
| **Right Hand Grip** | 18 | 32 | 24 | 21 | 19 | Consistent |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

| 5-Trial Grip Test | | | | | | |
|---|---|---|---|---|---|---|
| **Static Test** | **Position 1** | **Position 2** | **Position 3** | **Position 4** | **Position 5** | **Bell Curve** |
| Left Hand Grip | 22 | 27 | 21 | 16 | 14 | Consistent |

## DYNAMIC LIFTING

Standard dynamic lifts utilizing NIOSH boxes with handles are customarily lifted from various heights and are used to simulate essential job strength and posture requirements as well as to classify normal's and patients according to the Dictionary of Occupational Titles (DOT) physical demand levels of work. The 1991 NIOSH equation documents that any compromising variance from the standard requires more weight to be moved in order to remain safe at said classification.

The following results indicate a comparison of the patient's scores to that of normal industrial (N/A for gender not specified) at the coefficients of variation given:

| Activity | Weight (lbs) | Percentile | Reason Test Stopped | Effort Given | PR | Job Requirement | |
|---|---|---|---|---|---|---|---|
| Floor To Knuckle | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| 12" To Knuckle Lordosis | 30 | 6 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Knuckle To Shoulder | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Shoulder To Overhead | 15 | 5 | Maximum Safe Effort | Good | 4.0 | 55 | Not Met |
| Carrying 14 feet | 20 | 5 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Pushing 25 feet | 22 lbs./f | 5 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |
| Pulling 7 feet | 20 lbs./f | 6 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |

BODY MECHANICS

During the FCE the patient was instructed in appropriate body mechanics for lifting, rotation, and job specific activities. The patient was instructed in rotation/lifting body mechanics.

**Therapist's Comments Concerning Dynamic Lifting**: * Limited by pain and pt. did not want to strain her right shoulder. Except for shoulder to overhead lifting, therapist did not see signs of maximum physical exertion such as changes in posture and body mechanics, changes in velocity of movement and/or recruitment of accessory muscles. With floor to knuckle lifting, pt. reported 4/10 pain of the right anterior shoulder and when asked what was keeping her from lifting more weight reported that she did not want to strain her right shoulder. With 12" to knuckle lifting, pt. was able to lift a little more weight and reported 4/10 pain of the right anterior shoulder. With knuckle to shoulder lifting, pt. reported 4/10 pain of her right anterior shoulder. With shoulder to overhead lifting, therapist did see signs of maximum physical exertion such as changes in posture and body mechanics, changes in velocity of movement and/or recruitment of accessory muscles. Pt. reported 4/10 pain of the right anterior shoulder. With carrying, pt. reported strain of bilateral anterior shoulders. With pushing and pulling, pt. reported 4/10 pain of the right anterior shoulder. Pt. reported at her previous job she had to push and pull a dolly with wheels loaded with dye or fragrance weighing up to 100 lbs. It is unknown how many lbs. of force are required to push and pull this dolly with wheels loaded with 100 lbs. of dye or fragrance.

## ENDURANCE PROJECTIONS

The following endurance projections are based upon comparing the patient's observed maximum effort test results with that of normal and healthy industrial Females.

The projections are as follows:

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Floor To Knuckle | 20 lbs | 10.0 lbs | 4.0 lbs |
| 12" To Knuckle Lordosis | 30 lbs | 15.0 lbs | 6.0 lbs |
| Knuckle To Shoulder | 20 lbs | 10.0 lbs | 4.0 lbs |
| Shoulder To Overhead | 15 lbs | 7.5 lbs | 3.0 lbs |
| Carrying 14 feet | 20 lbs | 10.0 lbs | 4.0 lbs |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Pushing 25 feet | 22 lbs/f | 11.0 lbs/f | 4.4 lbs/f |
| Pulling 7 feet | 20 lbs/f | 10.0 lbs/f | 4.0 lbs/f |

## PERFORMANCE ISSUES

INAPPROPRIATE PERFORMANCE INDICATORS

Inappropriate performance indicators compare the relationship of the patient's subjective and objective responses to their diagnosis and function. When such indicators become disproportionate to true organic pathology, they become detrimental to an effective treatment protocol. When 50% or more of the indicators are positive, it may be beneficial to perform individualized physical/psychological "sincerity of effort" tests and/or/ other physiological assessment, if not included in this exam, to better understand the overall compliance capacity of the patient.

Is the pre-test pain rating >= 5 ? Positive
Did the patient have a Visual Analog score > 1.5 over current pain? Negative
Is the Ransford Pain Drawing scored >= 3? Negative
Did the patient report pain ratings >= 8 ? Negative

Positive in 1 of 4 categories tested.

CONSISTENCY PROFILE

Consistency criteria are built into the test regimen, to determine whether or not the patient performs equally for repeated measure with or without distraction, which indicates a good and consistent effort. When 50% or more of the criteria are "inconsistent", it may be beneficial to perform individualized physical/psychological "sincerity of effort" tests and/or other psychological assessments, if not included in this exam, to better understand the overall compliance capability of the patient unless the overall data does not support such a plan.

Did the 5-trial second position grip match the 2nd position 3-trial grip? No Inconsistent
Did the five position grip tests demonstrate the expected bell curve? Yes Consistent
Did the patient score in the 10th percentile or less on all static tests? No Consistent
Were any coefficients of variation equal to or exceed 15 percent? Yes Inconsistent
Did the patient score in the 10th percentile or less on all dynamic tests? Yes Inconsistent

Inconsistent in 3 of 5 categories tested.

ATTITUDE AND REASONING ABILITY

Barbara McKeihan was generally **cooperative** during testing.

## RESULTS

Ambulation Quality: Normal
Gross Coordination: Normal

**Major Limiting Factors**
Pain.
Partial Self-limited Effort.

| | |
|---|---|
| Visual Analog | 4.8 **NORMAL** |
| Ransford Pain Drawing | 0 **NORMAL** |
| Pain Range | 3-4 |
| Inappropriate Illness Behavior | Positive in 1 of 4 categories tested |
| Consistency Profile | Inconsistent in 3 of 5 categories tested |


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

**Therapist's Comments Concerning Significant Inconsistencies:** Pt. had more AROM of the right shoulder during the repetitive activities than she did during the musculoskeletal exam. The musculoskeletal exam was performed first so it is possible that her right shoulder loosened up during the musculoskeletal exam giving her more AROM during the repetitive activities. Pt. was inconsistent with gripping during the 3 trial gripping.

Statistically, test results indicate equivocal test data with indication of partial self-limited and inconsistent effort; however there was not any inappropriate illness behavior displayed during FCE testing except for pt. had a high perceived level of disability of the Quick DASH pain questionnaire. Due to equivocal results, FCE is considered to be a fair indicator of patient's functional capacity with a fair probability that patient could function at a higher level.

Patient performs material handling at a level of **Light PDC Level**. Patient's previous job required a **Medium-Heavy PDC Level.** Patient demonstrates limited tolerance for lifting, carrying, pushing and pulling due to right shoulder pain. Due to current physical limitations, modifications would need to be made to the regular job position.

## RECOMMENDATIONS

**Modifications Needed:**

**1) Repetitive Activities: None**

**2) Material Handling:**

| Lift | Occasional<br>0-33% of the time<br>Approximate Repetitions: 1-100 | Frequent<br>34-66% of the time<br>Approximate Repetitions: 100-500 | Constant<br>67-100% of the time<br>Approximate Repetitions: 500+ |
|---|---|---|---|
| Floor To Knuckle | 20 lbs | 10.0 lbs | 4.0 lbs |
| 12" To Knuckle Lordosis | 30 lbs | 15.0 lbs | 6.0 lbs |
| Knuckle To Shoulder | 20 lbs | 10.0 lbs | 4.0 lbs |
| Shoulder To Overhead | 15 lbs | 7.5 lbs | 3.0 lbs |
| Carrying 14 feet | 20 lbs | 10.0 lbs | 4.0 lbs |
| Pushing 25 feet | 22 lbs/f | 11.0 lbs/f | 4.4 lbs/f |
| Pulling 7 feet | 20 lbs/f | 10.0 lbs/f | 4.0 lbs/f |

**3) Other:**

| Activity | Measured Maximum Tolerance |
|---|---|
| Sitting | At least 47 min. |
| Standing | At least 42 min. |
| Walking | Not assessed |
| Driving | Not assessed |

**Therapist's Comments Concerning Recommendations**: Pt.'s previous job is not available because it has been filled by someone else. Pt. did not meet the lifting requirements of her previous job. Recommend that pt. seek Process Technician jobs which do not require such heavy lifting and require a **Light PDC Level.** If that type of work is not available, then pt. may need to seek an alternate occupation and may benefit from vocational counseling to identify employment opportunities within her safe abilities.

## RETURN TO WORK

Does patient plan to return to work? Not to her previous job because it has been filled by someone else.

Return to Work Status: **Either seek a Process Technician job which requires a Light PDC Level or other occupation**

**Modifications Needed**
See above

## PHYSICAL DEMAND CLASSIFICATION


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

The U.S. Department of Labor standard for Physical Demand Classification (PDC) qualifies the individual at a Light PDC. However, lifts over five times per day at this level would place the individual at significant medical risk. As a result, WorkSTEPS Safe Recommended PDC would be Light with the accompanying endurance projections.

| Floor To Knuckle | | **Occasional** 0-33% of the time Approximate Repetitions: 1-100 | **Frequent** 34-66% of the time Approximate Repetitions: 100-500 | **Constant** 67-100% of the time Approximate Repetitions: 500+ |
|---|---|---|---|---|
| **Qualified** | Light | 20 lbs | 10.0 lbs | 4.0 lbs |
| **Safe Recommended** | Light | 16.0 lbs | 10.0 lbs | 4.0 lbs |

Thank you for your attention in these matters.

Katherine Melton, PT, MPT, COMPT

**Katherine Melton, PT, MPT, COMPT**
**Functional Testing Coordinator, License #: 8365**

**( FCE Testing performed on 6/8/2020 and 6/9/2020 for 2 hours and 2 hours and 22 minutes to write the report)**


WorkSTEPS Copyright (1986-2018) This unpublished work contains WorkSTEPS' trade secret information and is proprietary and confidential. Any unauthorized possession, use or copying is forbidden.

WorkSTEPS, Inc.

# Raleigh Orthopedic Therapy Services
# Functional Capacity Evaluation Summary

Patient: Barbara McKeithan    Date: 06/08/2020

Physician: Dr. Edwin Cadet    Position: Process Technician

## VALIDITY AND INAPPROPRIATE ILLNESS BEHAVIOR

Validity- **Equivocal**
Inappropriate Illness Behaviors: **Overall Negative**

Statistically, test results indicate equivocal test data with indication of partial self-limited and inconsistent effort, however there was not any inappropriate illness behavior displayed during FCE testing except for pt. had a high perceived level of disability of the Quick DASH pain questionnaire. Due to equivocal results, FCE is considered to be a fair indicator of patient's functional capacity with a fair probability that patient could function at a higher level.

## REPETITIVE ACTIVITIES AND MATERIAL HANDLING

**Physical Demand Level Required: Medium-Heavy** per patient description and **Light** per Dictionary of Occupational Titles (DOT)
A written job description was not provided.
**Patient qualifies for: Light**

**RESULTS:**

**1) Repetitive Activities:**

| Activity | Completed Tolerance | Time (sec) | PR | ROM | Movement Pattern | Effort Given | Patient's Activity Tolerance | Tolerance Required By Job | |
|---|---|---|---|---|---|---|---|---|---|
| Reach Overhead 20 x | 20 reps | 32 | 4.0 | 90% | Normal | Good | Frequent | Occasional | Met |
| Reach 2 Min | 103 sec | 103 | 3.0 | 90% | Normal | Good | Occasional | Rare | Met |

**2) Material Handling:**

| Activity | Weight (lbs) | Percentile | Reason Test Stopped | Effort Given | PR | Job Requirement | |
|---|---|---|---|---|---|---|---|
| Floor To Knuckle | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| 12" To Knuckle Lordosis | 30 | 6 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Knuckle To Shoulder | 20 | 4 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Shoulder To Overhead | 15 | 5 | Maximum Safe Effort | Good | 4.0 | 55 | Not Met |
| Carrying 14 feet | 20 | 5 | Subject's Request | Limited * | 4.0 | 55 | Not Met |
| Pushing 25 feet | 22 lbs./f | 5 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |
| Pulling 7 feet | 20 lbs./f | 6 | Subject's Request | Limited * | 4.0 | Unknown | Unknown |

**3) Other:**

| Activity | Subjective Maximum Tolerance | Measured Maximum Tolerance | Required By Job |
|---|---|---|---|
| Sitting (up to 30 min) | Not limited | 47 min. | 180 min |
| Standing (up to 30 min) | Not limited | 42 min. | 240 min |
| Walking (200 yds / 2 min) | 30 min. | Not assessed | 240 min |
| Driving (up to 30 min) | Not limited * | Not assessed | 150 min |

## RECOMMENDATIONS

**Modifications Needed:**

**1) Repetitive Activities: None**

**2) Material Handling:**

| **Lift** | **Occasional** 0-33% of the time Approximate Repetitions: 1-100 | **Frequent** 34-66% of the time Approximate Repetitions: 100-500 | **Constant** 67-100% of the time Approximate Repetitions: 500+ |
|---|---|---|---|
| Floor To Knuckle | 20 lbs | 10.0 lbs | 4.0 lbs |
| 12" To Knuckle Lordosis | 30 lbs | 15.0 lbs | 6.0 lbs |
| Knuckle To Shoulder | 20 lbs | 10.0 lbs | 4.0 lbs |
| Shoulder To Overhead | 15 lbs | 7.5 lbs | 3.0 lbs |
| Carrying 14 feet | 20 lbs | 10.0 lbs | 4.0 lbs |
| Pushing 25 feet | 22 lbs/f | 11.0 lbs/f | 4.4 lbs/f |
| Pulling 7 feet | 20 lbs/f | 10.0 lbs/f | 4.0 lbs/f |

**3) Other:**

| **Activity** | **Measured Maximum Tolerance** |
|---|---|
| Sitting | At least 47 min. |
| Standing | At least 42 min. |
| Walking | Not assessed |
| Driving | Not assessed |

**Therapist's Comments Concerning Recommendations**: Pt.'s previous job is not available because it has been filled by someone else. Pt. did not meet the lifting requirements of her previous job. Recommend that pt. seek Process Technician jobs which do not require such heavy lifting and require a **Light PDC Level.** If that type of work is not available, then pt. may need to seek an alternate occupation and may benefit from vocational counseling to identify employment opportunities within her safe abilities.

## PHYSICAL DEMAND CLASSIFICATION

The U.S. Department of Labor standard for Physical Demand Classification (PDC) qualifies the individual at a Light PDC. However, lifts over five times per day at this level would place the individual at significant medical risk. As a result, WorkSTEPS Safe Recommended PDC would be Light with the accompanying endurance projections.

| **Floor To Knuckle** | | **Occasional** 0-33% of the time Approximate Repetitions: 1-100 | **Frequent** 34-66% of the time Approximate Repetitions: 100-500 | **Constant** 67-100% of the time Approximate Repetitions: 500+ |
|---|---|---|---|---|
| **Qualified** | Light | 20 lbs | 10.0 lbs | 4.0 lbs |
| **Safe Recommended** | Light | 16.0 lbs | 10.0 lbs | 4.0 lbs |

Thank you for your attention in these matters.

Katherine Melton, PT, MPT, COMPT

**Katherine Melton, PT, MPT, COMPT**
**Functional Testing Coordinator, License #: 8365**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

| | |
|---|---|
| Date: | August 10, 2020 |
| To: | EDWIN CADET<br>RALEIGH ORTHOPAEDIC<br>3001 EDWARDS MILL ROAD<br>RALEIGH NC 27612 |
| Attn: | Medical Records |
| Fax: | (919) 782-6578 |
| From: | April Cloutier<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 430-5863 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

August 10, 2020

Edwin Cadet
Raleigh Orthopaedic
3001 EDWARDS MILL ROAD
RALEIGH, NC 27612

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Edwin Cadet:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through present
- Restrictions Form
- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by September 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5863 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. McKeithan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. McKeithan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: Restrictions Form
8520656-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.09.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

# Restrictions Form

**Return To:** April Cloutier

| Barbara McKeithan | | 8520656 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________ ______________________
   **DATE LAST TREATED** – ____________ ______________________
   **NEXT OFFICE VISIT** – ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

________________________________________________
________________________________________________
________________________________________________
________________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

________________________________________________
________________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

________________________________________________
________________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000162 LFPT2SD1 00000768

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary ~~and the provision of health~~ care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan
Name of legal representative, if applicable (print) Barbara A McKeithan Relationship SELF

Signature of claimant or legal representative Barbara A McKeithan
Date of Birth: ____ Claim Number: 8520656 Date: 4/28/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

| | |
|---|---|
| Date: | August 10, 2020 |
| To: | CHRISTOPHER BARNES<br>FAYETTEVILLE ORTHOPAEDICS<br>1991 FORDHAM DRIVE<br>SUITE 100<br>FAYETTEVILLE NC 28304 |
| Attn: | Medical Records |
| Fax: | (910) 484-8824 |
| From: | April Cloutier<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 430-5863 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

August 10, 2020

Christopher Barnes
Fayetteville Orthopaedics
1991 FORDHAM DRIVE
SUITE 100
FAYETTEVILLE, NC 28304

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Christopher Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through present
- Restrictions Form

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by September 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5863 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. McKeithan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. McKeithan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: Restrictions Form
8520656-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.09.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

# Restrictions Form

**Return To:** April Cloutier

| Barbara McKeithan | | 8520656 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary ~~and the provision of health~~ care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan

Name of legal representative, if applicable (print) Barbara A McKeithan Relationship SELF

Signature of claimant or legal representative Barbara A McKeithan

Date of Birth: ______ Claim Number: 8520656 Date: 6/28/2020

**A copy of this authorization will be considered as valid as the original.**





00000162 LFPT2SD1 00000768

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

| | |
|---|---|
| Date: | August 10, 2020 |
| To: | THOMAS MANESH<br>FERNCREEK CARDIOLOGY, PA<br>3650 CAPE CENTER DRIVE<br>FAYETTEVILLE NC 28304 |
| Attn: | Medical Records |
| Fax: | (910) 339-8905 |
| From: | April Cloutier<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 430-5863 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

August 10, 2020

Thomas Manesh
Ferncreek Cardiology, Pa
3650 CAPE CENTER DRIVE
FAYETTEVILLE, NC 28304

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Thomas Manesh:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2020 through present to include most recent office visit note from 08/04/2020 visit.

We ask that you provide this information by September 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5863 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. McKeithan allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. McKeithan's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: Restrictions Form
8520656-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.09.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

# Restrictions Form

**Return To:** April Cloutier

| Barbara McKeithan | | 8520656 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

   **DATE LAST TREATED** — ____________ ____________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000162 LFPT2SD1 00000768

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary ~~and the provision of health~~ care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan
Name of legal representative, if applicable (print) Barbara A McKeithan Relationship SELF

Signature of claimant or legal representative Barbara A McKeithan
Date of Birth: ____ Claim Number: 8520656 Date: 6/28/2020

**A copy of this authorization will be considered as valid as the original.**

**From:**Barbara Mckeithan <
**Sent:**Tue, 4 Aug 2020 16:35:54 +0000
**To:**Cloutier, April
**Subject:**Update/results

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

My heart test came back good,my legs Venous Insufficiency both legs



Page 1 of 1

APPOINTMENT CARD

**Patient Name:** Mckeithan, Barbara A

**Appointment:** Thursday, November 5, 2020 at 9:45 AM
**Provider:** Manesh Thomas, MD
**Resource:** Thomas, Manesh
**Facility:** Ferncreek Cardiology PA
3650 Cape Center Drive
Fayetteville, NC-283042139
Tel:910-483-0049 Fax:910-339-8905

**Reason:** 3MON F/U PER DR. THOMAS

Venous Insufficiency
in both legs / come back
in 3 mths to see if I have
to have surgery; wear the
compression socks (thigh socks)
to see if it helps

https://ncfecaapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/getfutureappts.jsp?EncId=60... 8/4/2020

**From:**Cloutier, April
**Sent:**Tue, 4 Aug 2020 11:54:18 +0000
**To:**Barbara Mckeithan
**Cc:**Cloutier, April
**Subject:**RE: Update

Hi Barbara, I can see the payment issued last night 08/03/2020. It can take up to 3 business days to hit your account depending on when your bank sweeps deposits. Please let me know if you have any issues.

Thank you,
April


April Cloutier
Disability Case Manager
Long-Term Disability

**Lincoln Financial Group**
P.O.Box 7206
London, KY 40742-7206

800-210-0268 x89039 Office
603-430-5863 Direct Fax

LincolnFinancial.com


---

**From:** Barbara Mckeithan <
**Sent:** Tuesday, August 4, 2020 5:13 AM
**To:** Cloutier, April <April.Cloutier@lfg.com>
**Subject:** Re: Update

Good morning have my disability check been cut off I haven't received a payment for August

Sent from Yahoo Mail for iPhone

On Tuesday, July 14, 2020, 8:57 AM, Cloutier, April <April.Cloutier@lfg.com> wrote:

> Thank you Barbara!
>
> ---
>
> **From:** Barbara Mckeithan <
> **Sent:** Friday, July 10, 2020 4:37 PM

**To:** Cloutier, April <April.Cloutier@lfg.com>
**Subject:** Update

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

My appointments for testing on my veins and heart for circulation (poor blood) any question please call me thank you

## APPOINTMENT CARD

**Patient Name:** Mckeithan, Barbara A

**Appointment:** Wednesday, July 15, 2020 at 8:30 AM
**Provider:** Manesh Thomas, MD
**Resource:** Echocardiogram
**Facility:** Ferncreek Cardiology PA
3650 Cape Center Drive
Fayetteville, NC-283042139
Tel:910-483-0049 Fax:910-339-8905
**Reason:** ECHO PER DR.THOMAS

**Appointment:** Wednesday, July 29, 2020 at 8:30 AM
**Provider:** Manesh Thomas, MD
**Resource:** Vascular Studies
**Facility:** Ferncreek Cardiology PA
3650 Cape Center Drive
Fayetteville, NC-283042139
Tel:910-483-0049 Fax:910-339-8905
**Reason:** VENOUS DUPLEX PER DR.THOMAS

**Appointment:** Tuesday, August 4, 2020 at 11:45 AM
**Provider:** Manesh Thomas, MD
**Resource:** Hospital Fups/Urgent Appts
**Facility:** Ferncreek Cardiology PA
3650 Cape Center Drive
Fayetteville, NC-283042139
Tel:910-483-0049 Fax:910-339-8905
**Reason:** 4 WK F/U ECHO,VENUS DUPLEX PER DR.THOMAS


APPOINTMENT CA

medi

Physician's Rx

Patient Name McKeithan, Barbara Date 7/10/20

Diagnosis R60.0

Prognosis

Compression Levels

Therapeutic: ☐ 15-20 mmHg

Medical: ☑ 20-30 mmHg ☐ 30-40 mmHg ☐ 40-50 mmHg

Style

| calf | thigh | thigh w/ waist att. | panty | maternity panty | men's leotard | armsleeve | glove | gauntlet |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ L ☐ R | ☐ | ☐ | ☐ | ☐ L ☐ R | ☐ L ☐ R | ☐ L ☐ R |

Activity Level

☑ Daytime/Active and/or ☐ Nighttime/Sedentary

Product Selections

☐ mediven® Elastic
- ☐ circular knit
- ☐ flat knit
- ☐ multi-layer

☐ circaid® Inelastic
- ☐ juxtalite
- ☐ juxtafit
- ☐ graduate

Donning/Doffing Accessories

| leg butler donning aid | arm butler donning aid | butler off doffing aid | 2 in 1 donning/doffing aid |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

Physician Signature (Do Not Substitute)

Printed Name Maresh Thomas

Phone Qty 1 Refills Ø Duration

P0402 RevO

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Barbara Mckeithan <
**Sent:**Fri, 10 Jul 2020 20:36:55 +0000
**To:**Cloutier, April
**Subject:**Update

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

My appointments for testing on my veins and heart for circulation (poor blood) any question please call me thank you



**APPOINTMENT CARD**

**Patient Name:** Mckeithan, Barbara A

**Appointment:** Wednesday, July 15, 2020 at 8:30 AM
**Provider:** Manesh Thomas, MD
**Resource:** Echocardiogram
**Facility:** Ferncreek Cardiology PA
3650 Cape Center Drive
Fayetteville, NC-283042139
Tel:910-483-0049 Fax:910-339-8905
**Reason:** ECHO PER DR.THOMAS

**Appointment:** Wednesday, July 29, 2020 at 8:30 AM
**Provider:** Manesh Thomas, MD
**Resource:** Vascular Studies
**Facility:** Ferncreek Cardiology PA
3650 Cape Center Drive
Fayetteville, NC-283042139
Tel:910-483-0049 Fax:910-339-8905
**Reason:** VENOUS DUPLEX PER DR.THOMAS

**Appointment:** Tuesday, August 4, 2020 at 11:45 AM
**Provider:** Manesh Thomas, MD
**Resource:** Hospital Fups/Urgent Appts
**Facility:** Ferncreek Cardiology PA
3650 Cape Center Drive
Fayetteville, NC-283042139
Tel:910-483-0049 Fax:910-339-8905
**Reason:** 4 WK F/U ECHO,VENUS DUPLEX PER DR.THOMAS



APPOINTM[illegible]T CA

medi

## Physician's Rx

Patient Name McKeithan, Barbara Date 7/10/20

Diagnosis R60.0

Prognosis

**Compression Levels**

Therapeutic: ☐ 15-20 mmHg

Medical: ☑ 20-30 mmHg ☐ 30-40 mmHg ☐ 40-50 mmHg

**Style**

| calf | thigh | thigh w/ waist att. | panty | maternity panty | men's leotard | armsleeve | glove | gauntlet |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐L ☐R | ☐ | ☐ | ☐ | ☐L ☐R | ☐L ☐R | ☐L ☐R |

**Activity Level**

☑ Daytime/Active and/or ☐ Nightime/Sedentary

**Product Selections**

☐ mediven® Elastic
- ☐ circular knit
- ☐ flat knit
- ☐ multi-layer

☐ circaid® Inelastic
- ☐ juxtalite
- ☐ juxtafit
- ☐ graduate

**Donning/Doffing Accessories**

| leg butler donning aid | arm butler donning aid | butler off doffing aid | 2 in 1 donning/doffing aid |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

Physician Signature [signature]
(Do Not Substitute)

Printed Name Maresh Thomas

Phone ______ Qty 1 Refills Ø Duration ______

P0402 RevO

OMAS

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, July 9, 2020 12:19:12 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Unilever, USA Claim No. 8520656 Barbara McKeithan |
| Attachments: | ztyuwn1wcywpbupqcsvd_8635816.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

July 9, 2020

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by August 9, 2020:

- Completion of the Enclosed Forms:

  _X_ Authorization - Medical
  _X_ Claimant Supplementary Statement
  __ Other

If you have any questions regarding this correspondence, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: Authorization - Medical
Claimant Supplementary Statement

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 8520656 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

**Return to:** April Cloutier

**EMPLOYEE/CLAIMANT NAME:** Barbara McKeithan **CLAIM #:** 8520656
**EMPLOYER:** Unilever, USA **DATE OF BIRTH:** __________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

Return To: April Cloutier

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA    DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/01/2020 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Edwin Cadet MD Raleigh Ortho Clinic
Specialty: Doctor on my Surgery
Address: 1325 Timber Drive East Garner NC 27529-6924
Telephone No.: (919) 781-5600 Fax No.: ( )

Name: Therapist Katherine Melton
Specialty: PT Wellness Test
Address: 3001 Edwards Mill Rd Raleigh NC 27612
Telephone No.: (919) 781-5600 Fax No.: ( )

Name: Therapist Nick Zarrella
Specialty: Therapy
Address: 313 Teal Dr Rockford NC 28376
Telephone No.: (910) 904-2350 Fax No.: ( )

Name: Fernclear Cardiology PA
Specialty: Swelling / arthritis / carpal tunnel /
Address: 3650 Cape Center Drive Fayetteville NC 28304
Telephone No.: (910) 483-0049 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Cigna Health & Life Ins
Specialty: Health Insurance
Address:
Telephone No.: (800) ~~648~~ ~~8583~~ 244-6224 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS 522 Owen Dr
Specialty: Meds
Address: 522 Owen Drive Fayetteville NC 28304
Telephone No.: (910) 484-7183 Fax No.: ( )

Name: CVS
Specialty: Meds
Address: 3026 Bragg Blvd Fayetteville NC 28303
Telephone No.: (910) 864-4556 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

→



00000162 LFPT2SD1 00000769

Walgreen
Meds
~~3296~~
3296 Village Dr
Fayetteville NC 28304
910-433-4681

SIGNATURE: Barbara A McKeithan DATE: 4/28/2020

00000162 LFPT2SD1 00000770

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

**Return to:** April Cloutier

**EMPLOYEE/CLAIMANT NAME:** Barbara McKeithan **CLAIM #:** 8520656
**EMPLOYER:** Unilever, USA **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.) McKeithan Barbara A | Social Security # 246434065 | Email Address barbaramckeithan1967@y

Street Address | City | State | Zip Code

Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status S

Spouse's Full Name and Date of Birth N/A | Number of Children 2 | Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death)
Name Brittany A Norfleet Relationship to you? daughter 50/50 Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☑ | ☑ (crossed out, "error") | Social Security (disability or retirement) | $ | | | 10/2018 |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Barbara A McKeithan

**DATE:** 6/28/2020 **EMPLOYEE'S SIGNATURE:** Barbara A McKeithan

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: N/A Certificate Program completed: N/A

Associates Degree: N/A College: number of years: N/A

Bachelor's Degree: BA /BS Major: N/A Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: N/A

Professional Training, License, Certificates(s): Safety Training at work

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school:

List any other Training or Classes Attended or Plan to Attend: N/A

Primary language spoken: English Other language(s) spoken fluently: N/A

Additional Skills, Hobbies & Volunteer Work Church

Did you serve in the Armed Forces? ☐ Y ☑ N From: — To: —

Branch of Service: N/A Specialty: N/A

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Unilever Department: Warehouse From: Sept 2011 To: 2013
   Job Title(s): Supply materials to the lines, load & unload trucks
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties/Physical Requirements (please be specific): drive forklift, pick supplies for the lines, communicate with workers on the lines

2. Company: Unilever Department: Process Tech From: 2013 To: still there on medical leave
   Job Title(s): Process Tech
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Drive forklift, print labels, Measure Chemicals make bodywash, shampoo, do paperwork for each work order, heavy lifting, use drum carry, pull + push 100lbs more lift up to 50 lbs or more, alot of walking, bending, pull numbers for workorders (batches) write in the book when complete, up and down stairs,





00000162 LFPT2SD1 00000772

00080162 LFPT2SO1 00000773 E

3. Company: Zurns Department: Warehouse / Workorders From: Apr 2009 To: Sept 2011
Job Title(s): make labels / Data Process
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): make labels, for packages for UPS, Fed-ex, DHL, stack on pallets for pick up

4. Company: Wm Wright Department: Warehouse / line supplier From: April 2003 To: Apr 2009
Job Title(s): Shipping & Supply
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): Check product on the list of the work order box up send out to customers Advance, Auto Zone, Pep Boys etc.

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | | | |
| Word Processing (MS Word) | ☐ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☑ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☑ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) 10
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: barbaramckeithan1967@yahoo.com Work: Barbara.McKeithan@unilever.com

SIGNATURE: Barbara McKeithan PHONE NO: (910 670 6531

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

00000162 LFPT2SD1 00000768

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan
Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative [signature]
Date of Birth: ___ ______ Claim Number: 8520656 Date: 6/28/2020

**A copy of this authorization will be considered as valid as the original.**

**From:**Cloutier, April
**Sent:**Thu, 9 Jul 2020 16:16:52 +0000
**To**:
**Cc:**Cloutier, April
**Subject:**Long Term Disability

Hi Barbara,

Contact Information for LTD is noted below. Please feel free to email me with updates or if you have questions. I am going to send you the forms that I need completed in case I don't receive them via mail. I will send those in a separate email. I omitted some of the forms sent previously due to our phone conversation. Thank you again for speaking with me today.

April Cloutier
Disability Case Manager
Long-Term Disability

**Lincoln Financial Group**
P.O.Box 7206
London, KY 40742-7206

800-210-0268 x89039 Office
603-430-5863 Direct Fax

**LincolnFinancial.com**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

June 20, 2020

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on January 8, 2019, the change in definition will occur on January 8, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by July 10, 2020:

X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Training Education Experience
__ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

April Cloutier
Ltd Case Manager
Phone No.: (800) 210-0268 Ext. 89039
Secure Fax No.: (603) 430-5863

Attachments: Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Training Education Experience

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ____________________

Signature of claimant or legal representative ______________________________

Date of Birth: ______________ Claim Number: 8520656 Date: ____________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

**Return To:** April Cloutier

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/01/2020 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ______________________________________ DATE: ___________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

**Return to:** April Cloutier

**EMPLOYEE/CLAIMANT NAME:** Barbara McKeithan **CLAIM #:** 8520656
**EMPLOYER:** Unilever, USA **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 210-0268
Secure Fax No.: (603) 430-5863

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan

CLAIM NO: 8520656

EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: __________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: __________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: __________ Certificate Program completed: __________

Associates Degree: __________ College: number of years: __________

Bachelor's Degree: BA /BS Major: __________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: __________

Professional Training, License, Certificates(s): __________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: __________

List any other Training or Classes Attended or Plan to Attend: __________

Primary language spoken: __________ Other language(s) spoken fluently: __________

Additional Skills, Hobbies & Volunteer Work __________

Did you serve in the Armed Forces? ☐ Y ☐ N From: __________ To: __________

Branch of Service: __________ Specialty: __________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: __________ Department: __________ From: ______ To: ______
   Job Title(s): __________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): __________

2. Company: __________ Department: __________ From: ______ To: ______
   Job Title(s): __________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): __________

3. Company: ______________ Department: ______________ From: ________ To: ________

Job Title(s): ______________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________

______________________________

4. Company: ______________ Department: ______________ From: ________ To: ________

Job Title(s): ______________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________

______________________________

5. Company: ______________ Department: ______________ From: ________ To: ________

Job Title(s): ______________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________

______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: __________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (      )** ______________

Unilever works to create a better future every day. We help people feel good, look good and get more out of life with brands and services that are good for them and good for others. Each day, around the world, consumers make 160 million decisions to purchase Unilever products. In the United States, Canada and the Greater Caribbean (Trinidad & Tobago, Dominican Republic, Puerto Rico) the portfolio includes brand icons such as: Axe, Becel, Ben & Jerry's, Bertolli, Blue Band, Breyers, Caress, Country Crock, Degree, Dove personal care products, Hellmann's, Klondike, Knorr, Lipton, Omo, Popsicle, Promise, Q-Tips, Skippy, Slim-Fast, Suave, Sunsilk and Vaseline. All of the preceding brand names are registered trademarks of the Unilever Group of Companies. Dedicated to serving consumers and the communities where we live, work and play, Unilever employs more than 13,000 people across North America generating nearly $10 billion in sales in 2009. For more information, visit www.unileverusa.com.

Process Tech/Compounder

Job Purpose Statement:
Mix and blend raw chemical materials (liquids and/or powders) to provide bulk product to manufacturing departments.

Job Responsibilities:
1. Operate compounding equipment and make required adjustments to ensure quality and efficiency of the compounding process. Weigh and combine various raw materials in precise amounts in a prescribed manner while monitoring the process as to temperature and blending time. Lead effective and safe changeover, start-up, and shutdown of all equipment in assigned work area.
2. Maintain a clean Compounding area according to prescribed procedures to meet Food and Drug Administration and Good Manufacturing Practice requirements. Perform routine lubrication, and basic maintenance of equipment. Develop, maintain, and follow cleaning, lubrication, and inspection standards.
3. Communicate regularly with Production personnel and other departments to ensure product is delivered in an efficient manner. Participate in TPM small group activities and assist in the preparation of necessary documents needed to complete AM Steps and assist in making presentations for step audits.
4. Ensure production, reconciliation, and inventory documents are completed neatly and accurately.
5. Assist Mechanics with major repairs and installations. Perform minor maintenance to equipment under direction of coach, Senior Compounder, or maintenance mechanic.
6. Direct and train new teammates.
7. Submit focused improvement ideas and participate in improvement activities using 5-Why analysis, CAP-Do, and other problem solving techniques.

Job Skills
1. Understand interaction of equipment and systems, identify equipment abnormalities, monitor equipment condition to improve outputs, interpret data (SPC, graphs, charts, OEE), identify problems (5-Why Analysis, CAP-Do Cycle), and formulate proper decisions. Must be able to use PC functions such as MS Outlook and the AS400 systems.
2. Understand basic manufacturing principles including operation and maintenance of compounding equipment
3. Understand and implement quality concepts and controls as related to specific equipment and processes. Locate, understand, and apply Standard Operating Procedures and One Point Lessons. Express verbal and written ideas clearly. Develop and train other team members on SOPs and OPLs. Must be able to complete QA and production reports dealing with additions, subtraction, multiplication and division of whole numbers, fractions, and decimals.
4. Understand TPM principles and demonstrate a commitment to those principles.
5. Demonstrate a personal commitment to plant safety procedures. Work in a safe manner. Follow ZES procedures; Communicate unsafe conditions to appropriate personnel. Understand how to locate and use MSDS documents. Must be able to pass Pulmonary Function Test.
6. Demonstrate a personal commitment to housekeeping standards. Understand and follow 5S process.
7. Understand different team roles and demonstrate effective communication and leadership skills in areas of responsibility. Must be able to gain respect and support of others.

Knowledge:
Use of addition, subtraction, multiplication and the division of numbers including decimals and fractions; simple use of formulas, charts, tables, drawings, specifications, schedules, wiring diagrams, computer scanning devices, use of adjustable measuring instruments; checking of reports, forms, records, and comparable data where interpretation is required involving basic skills knowledge.

Experience:
Minimum one year experience as a compounder. High School diploma or equivalent. Associates Degree in Math or Science desired. Require forklift experience, sit-down or stand-up.

Unilever offers a competitive compensation package which includes: Medical & Dental Plans, Life Insurance, including eligible spouses, domestic partners & children; Retirement & Savings Plans, Paid Vacation and Holidays.

Unilever is an equal opportunity employer. It prohibits discrimination based on age, color, disability, marital or parental status, national origin, race, religion, sex, sexual orientation, gender identity, veteran status or any other legally protected status in accordance with applicable federal, state and local laws.

Employment is subject to verification of pre-employment drug-screening results and background investigation.

Raleigh Orthopaedic Clinic

3001 Edwards Mill Rd. Suite 200

Raleigh

NC 27612

| FROM | TO |
|---|---|
| Name: Sandy MacNeill | |
| Phone: 919-781-5600 Fax: | 918668411415 |

Sent: 4/10/20 at: 9:35:20 AM 3 page(s) (including cover)

Subject: McKeithan.pdf

Comments:
McKeithan.pdf

Note: The information in this e-mail may be privileged and confidential and protected from disclosure. If the reader of this e-mail is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you received this e-mail in error, please notify the sender immediately by e-mail at mailto:HIPAA@raleighortho.com and delete this e-mail. Thank you.

Lincoln Financial Group®

**To:** **Edwin Cadet, M.D.**
Company:
Fax: 9197826578
Phone:

**From:**
Fax:
Phone:

**NOTES:**

Please give to Dr. Edwin Cadet

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, April 8, 2020 12:42:04 PM
**Number of pages including this cover sheet:** 02

RMA
Rehabilitation Medicine Associates

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

April 8, 2020

Edwin Cadet, M.D.
Fax: (919) 782-6578

Re: Disability Benefits
Claimant Name: Barbara McKeithan
Claimant DOB:
Claim Number: 8520656

Dear Dr. Cadet,

Your patient's disability case manager requested that I review the medical records that were submitted to request disability benefits. I attempted to reach you by telephone to discuss the clinical information in the medical records, but we have not been able to speak. I am therefore writing this letter to summarize what the submitted records document regarding the medical condition and what can be concluded regarding any resulting restrictions and limitations on function.

The medical records indicate your primary impairing diagnoses are: s/p right shoulder arthroscopy with rotator cuff repair, subacromial decompression, labral debridement with chronic right shoulder pain and limited range of motion; s/p left shoulder subacromial decompression and rotator cuff repair; rule out left carpal tunnel syndrome. As a result, the records reasonably support medical restrictions and limitations of:

- No limitation with sitting.
- No limitation with standing and walking.
- No limitation with bending, squatting or kneeling.
- Occasional lifting and carrying up to 10 lbs. (up to chest height level) with the right upper extremity.
- Occasional lifting and carrying 15 lbs. (up to chest height level) with the left upper extremity.
- No overhead reaching with the right upper extremity.
- Occasional overhead reaching with the left upper extremity.
- Occasional gripping and fingering on the left.
- No limitation with fingering and gripping on the right.
- *Frequent means up to 66% of the time or 40 minutes out of every hour.*
- *Occasional means up to 33% of the time or 20 minutes out of every hour.*
- Available records reviewed do not reflect the inability to work for 8 hours per day within the above listed restrictions and limitations.

The clinical information in the records does not reasonably support discontinuation of their usual activities, including activities related to employment, as long as those activities are within the above restrictions and limitations.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Patient restrictions will be re-evaluated at upcoming appointment 4/22/2020.

Thank you for your assistance

-Electronically Signed-

Craig H. Rosenberg, M.D.
Board Certified, Phys. Med. & Rehab.

__ No changes/comments, OR
__ With changes/comments as noted above

[signature]
Edwin Cadet, M.D.

4/10/2020
Date

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| UNILEVER, USA | BARBARA MCKEITHAN | 8520656 |

| | | | |
|---|---|---|---|
| Referred By: | Katherine Ellis | Claimant DOB: | |
| Referral Date: | 03/31/2020 | Job Title: | TECHNICAL OPERATOR 3 - COMPOUNDING |
| Due Date: | 04/15/2020 | Medical/ Surgical Condition: | rotator cuff tear |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 07/09/2018 |
| Report Date: | 04/08/2020 | DOD: | 07/10/2018 |
| Physical Demands: | | BBD: | 01/08/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

- Pain bilateral shoulders, M25.51
- Shoulder stiffness, NEC, M25.61

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

- (Rule out) left carpal tunnel syndrome, G56.02

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 03/31/2020 to 01/07/2021 and ongoing, and comment on the expected duration.

Response: Based upon discussion with Dominick Vincent Zarella, P.T., review of the records, the current scientific literature and standards of care, reasonable supported restrictions include:

- No limitation with sitting.
- No limitation with standing and walking.
- No limitation with bending, squatting or kneeling.
- Occasional lifting and carrying up to 10 lbs. (up to chest height level) with the right upper extremity.
- Occasional lifting and carrying 15 lbs. (up to chest height level) with the left upper extremity.
- No overhead reaching with the right upper extremity.

- Occasional overhead reaching with the left upper extremity.
- Occasional gripping and fingering on the left.
- No limitation with fingering and gripping on the right.
- *Frequent means up to 66% of the time or 40 minutes out of every hour*.
- *Occasional means up to 33% of the time or 20 minutes out of every hour*.
- Available records reviewed do not reflect the inability to work for 8 hours per day within the above listed restrictions and limitations.
- Time frames: Restrictions and limitations are supported from 03/31/2020 for an additional 3 months. While it is possible that restrictions and limitations may continue through 01/07/2021 and beyond despite treatment, updated medical records in 3 months will be necessary to confirm support for any restrictions and limitations beyond that point.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)?

Response: Yes.

Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

- Response: No, although the records suggest that attendance in physical therapy was an issue following both shoulder surgeries.

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?

Response: No.

Brief overview of clinical presentation and course:

53-year-old female came under the care of Christopher Barnes, M.D., Orthopedics secondary to complaints of left shoulder pain. Dr. Barnes performed left shoulder subacromial decompression with partial acromioplasty, distal calviculectomy and left rotator cuff repair on 07/10/2018. She went for postoperative physical therapy from 07/12/2018 through 12/31/2018. Dr. Barnes performed a left shoulder cortisone injection around August 2018 and she was last seen in that practice in January 2019. She was examined by Edwin Cadet, M.D., Orthopedics on 02/27/2019 for complaints related to her right shoulder and she had complaints of persistent symptoms in her left shoulder. Dr. Cadet also suspected left carpal tunnel syndrome and he recommended NCV/EMG studies of the left upper extremity with a referral to Dr. Schreiber, Hand Surgery. Dr. Cadet sent her for MRI studies of the bilateral shoulders on 03/19/2019. Right shoulder MRI studies revealed degenerative findings and a partial thickness tear of the supraspinatus (rotator cuff). Left shoulder MRI studies revealed an intact rotator cuff repair with mild inflammation and bursitis. Dr. Cadet performed right shoulder arthroscopic surgery with subacromial decompression, rotator cuff repair and labral debridement on 05/07/2019. She began postoperative physical therapy with Dominick Vincent Zarella, PT, First Health of the Carolinas on 06/13/2019. Dominick Zarella documented on 09/12/2019 that she had not been in therapy for almost a month and she was lacking end range with range of motion with guarding. Dominick Zarella discontinued physical therapy on 11/26/2019 due to continued complaints of pain and he recommended follow up with Orthopedics. A Medrol dosepak was prescribed in October 2019 and a subacromial injection was performed in December 2019. Dr. Cadet last examined the claimant

on 01/22/2020, and he prescribed another course of physical therapy for the right shoulder. During the last documented PT visit on 03/09/2020, Dominick Zarella, PT performed soft tissue mobilization and he noted that he had difficulty progressing the patient due to constant pain.

## Analysis and Support for Conclusions

- She was last examined Scott Olson, PA-C from Dr. Barnes' practice on 01/30/2019 and she was cleared to return to work on 01/17/2019 (related to her left shoulder condition). The claimant was medically cleared to RTW light duty on 10/09/2019 with restrictions of no pushing/pulling greater than 5 lbs., no carrying over 5 lbs. and desk/administrative type work. Dr. Cadet signed a disability note on 01/22/2020 listing restrictions of no lifting more than 5 lbs. His last office visit note in January 2020 reflected that impingement tests were negative, shoulder strength was intact and there was limited right shoulder ROM especially with internal rotation and external rotation. During the discussion on 04/08/2020, Dominick Zarella, P.T. noted that her current right shoulder limitations are related to pain and guarding, and he plans on discharging her from physical therapy on 04/06/2020.

## Records Reviewed:

All medical records referred by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: 03/09/2020 (PT note).

## AP Contact

Dominick Vincent Zarrella, PT, First Health of the Carolinas, Ph: 910 (904)-7407, Fax: (910) 904-7425
Date of call 04/08/2020 Time 11:45 AM
Date letter sent to AP 04/08/2020

## No AP Contact

Edwin Cadet, M.D., Ph: (919) 781-5600, Fax: (919) 782-6578
Date of call 04/07/2020, Time 3:35 PM
Date of call 04/08/2020 Time 11:35 AM
Date letter sent to AP 04/08/2020

Electronically Signed

Craig H. Rosenberg, M.D.
Board Certified in Physical Medicine & Rehabilitation

Rehabilitation Medicine Associates



April 8, 2020

Edwin Cadet, M.D.
Fax: (919) 782-6578

Re: Disability Benefits
Claimant Name: Barbara McKeithan
Claimant DOB:
Claim Number: 8520656

Dear Dr. Cadet,

Your patient's disability case manager requested that I review the medical records that were submitted to request disability benefits. I attempted to reach you by telephone to discuss the clinical information in the medical records, but we have not been able to speak. I am therefore writing this letter to summarize what the submitted records document regarding the medical condition and what can be concluded regarding any resulting restrictions and limitations on function.

The medical records indicate your primary impairing diagnoses are: s/p right shoulder arthroscopy with rotator cuff repair, subacromial decompression, labral debridement with chronic right shoulder pain and limited range of motion; s/p left shoulder subacromial decompression and rotator cuff repair; rule out left carpal tunnel syndrome. As a result, the records reasonably support medical restrictions and limitations of:

- No limitation with sitting.
- No limitation with standing and walking.
- No limitation with bending, squatting or kneeling.
- Occasional lifting and carrying up to 10 lbs. (up to chest height level) with the right upper extremity.
- Occasional lifting and carrying 15 lbs. (up to chest height level) with the left upper extremity.
- No overhead reaching with the right upper extremity.
- Occasional overhead reaching with the left upper extremity.
- Occasional gripping and fingering on the left.
- No limitation with fingering and gripping on the right.
- *Frequent means up to 66% of the time or 40 minutes out of every hour*.
- *Occasional means up to 33% of the time or 20 minutes out of every hour*.
- Available records reviewed do not reflect the inability to work for 8 hours per day within the above listed restrictions and limitations.

The clinical information in the records does not reasonably support discontinuation of their usual activities, including activities related to employment, as long as those activities are within the above restrictions and limitations.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-

Craig H. Rosenberg, M.D.
Board Certified, Phys. Med. & Rehab.

__ No changes/comments, OR
__ With changes/comments as noted above

____________________ ______
Edwin Cadet, M.D. Date

Rehabilitation Medicine Associates

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

April 8, 2020

Dominick Vincent Zarella, P.T.
Fax: (910) 904-7425

Re: Disability Benefits
Claimant Name: Barbara McKeithan
Claimant DOB:
Claim Number: 8520656

Dear Dominick Zarella, P.T.,

Thank you for returning my call today, Wednesday, April 8, 2020. I am the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits. I appreciated the chance to speak with you and I am writing to summarize my understanding of our conversation.

As discussed, the medical records indicate your primary impairing diagnoses are: S/p right shoulder arthroscopy with rotator cuff repair, subacromial decompression, and labral debridement with chronic right shoulder pain and guarding. As a result, restrictions and limitations are:

- No limitation with sitting.
- No limitation with standing and walking.
- No limitation with bending, squatting or kneeling.
- Occasional lifting and carrying up to 10 lbs. (up to chest height level) with the right upper extremity.
- Occasional lifting and carrying 15 lbs. (up to chest height level) with the left upper extremity.
- No overhead reaching with the right upper extremity.
- Occasional overhead reaching with the left upper extremity.
- Occasional gripping and fingering on the left.
- No limitation with fingering and gripping on the right.
- *Frequent means up to 66% of the time or 40 minutes out of every hour*.
- *Occasional means up to 33% of the time or 20 minutes out of every hour*.
- Available records reviewed do not reflect the inability to work for 8 hours per day within the above listed restrictions and limitations.

The clinical information in the records does not reasonably support discontinuation of their usual activities, including activities related to employment, as long as those activities are within the above restrictions and limitations.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-

Craig H. Rosenberg, M.D.
Board Certified, Phys. Med. & Rehab.

__ No changes/comments, OR
__ With changes/comments as noted above

____________________ ______
Dominick Vincent Zarella, P.T. Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Fri, 3 Apr 2020 13:59:32 +0000
**To:**Ellis, Katherine
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Physical Medicine & Rehabilitation (PM&R) for claim number 8520656 has been assigned to Dr. Craig Rosenberg. The anticipated due date for this request is 04/15/2020.

## Billing Statement:

**Invoice Date: 04/03/2020** **Invoice #: 711615-560**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Mar 1 2020 and Mar 31 2020**

**LIBMT1** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6238130<br>8520656 | MCKEITHAN, BARBARA<br>FIRSTHEALTH OF THE CAROLINAS | Complete | 03/31/20<br>K Ellis | $ 8.00 | $ 44.00 | $ 0.00 | $ 0.00<br>21 | **$ 52.00** |
| 6238129<br>8520656 | MCKEITHAN, BARBARA<br>RALEIGH ORTHOPAEDIC CLINIC | Complete | 03/05/20<br>K Ellis | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>5 | **$ 8.00** |

**ReleasePoint**

**Total Amount Due:** **$ 60.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

ReleasePoint

**Medical Record Overview**

**Date:** **March 30, 2020**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** FIrst Health Physical Therapy
313 Teal Dr.
Raeford, NC 28376
(910) 904-7400

**Request Scope:** From January 1, 2020 to Present

**Chart Range:** 01/20/2020 - 03/09/2020

**RP ID:** 6238130

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 20 2020 | Mar 9 2020 | 21 | 2 |
| | | **Total Page Count:** | 21 | |

**Notes From QC:**

**First Health of the Carolinas Account Transaetion Results**

155 Memorial Dr
Pinehurst, NC 28374
Phone # 910-715-7506

| | |
|---|---|
| Status: | **approved** |
| Transaction ID: | **036-0008428845** |
| Response Code: | |
| Description: | **Unknown** |

Transaction Details

| | |
|---|---|
| Date: | **03-24-2020 10:49 EDT** |
| Transaction Type: | **sale** |
| Amount: | **$44.00** |
| Card Type: | **Visa** |
| Account Number: | **xxxxxxxxx-1841** |
| Name: | **ReleasePoint** |
| Ticket: | **5990149 McKeithan Barbara** |
| Authcode: | **097624** |

Customer Signature **X** Phone

**FirstHealth** OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000795193
Visit date: 1/20/2020

Sex: F

**Reason for Visit**

PT Initial Eval

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 1/20/2020 1:45 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 1/29/2020 7:18 AM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 1/20/2020
Author Type: Physical Therapist
Status: Signed

## Physical Therapy Initial Evaluation

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Today's Date: 1/20/2020

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Referring Physician: Cadet, Edwin, MD

## Patient Medical History

There is no problem list on file for this patient.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SHOULDER SURGERY | Left | 07/10/2019 |

*arthroscopic SAD with partial acromioplasty, distal claviculectomy (mumford), RTC repair of partial tear*

## History of Present Illness

Subjective

HPI

**Subjective Evaluation**

**History of Present Illness**
Mechanism of injury: The patient returns to PT as referred/ advised by her orthopedic surgeon. She is S/P right RTC repair on 5/7/2019. Please refer to her previous episode/ encounter of PT for details. According to the patient, she had a recent right shoulder MRI that showed a "great deal of scar tissue." She had a cortisone injection that did not help. She is following up with her surgeon on 1/22. Surgery may be indicated. The patient's c/o right shoulder pain and stiffness are mainly the same as at the time of her discharge from her last episode of PT.

**Pain**
Quality: burning, dull ache, throbbing, tight, pressure and sharp
Alleviating factors: none.
Aggravating factors: lifting and overhead activity
Progression: no change

Hand dominance: right

**Treatments**
Previous treatment: physical therapy
**Patient Goals**
Patient goals for therapy: decreased pain, increased motion and increased strength

## Objective Findings

**Objective**

**Static Posture**

**Head**
Forward.

**Shoulders**
Elevated and rounded.

**Palpation**

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 1/20/2020 1:45 PM (continued)** Version 1 of 1

Right Tenderness of the anterior deltoid, biceps, infraspinatus, levator scapulae, posterior deltoid, rhomboids, subscapularis, supraspinatus and upper trapezius.
Trigger point to rhomboids, supraspinatus and upper trapezius.

**Tenderness**

Right Shoulder
Tenderness in the acromion, bicipital groove, medial scapula and supraspinatus tendon.

**Active Range of Motion**

Right Shoulder
Flexion: 145 degrees with pain
Extension: 40 degrees with pain
Abduction: 125 degrees with pain
External rotation 0°: 35 degrees with pain
Internal rotation 0°: 30 degrees with pain

**Strength/Myotome Testing**

Right Shoulder

Planes of Motion
Flexion: 3+
Extension: 4-
Abduction: 3-
External rotation at 0°: 3-
Internal rotation at 0°: 3-

Additional Strength Details
Strength measured in available range

**Tests**

Right Shoulder
Positive resisted supine external rotation.

## Physical Therapy Assessment

**Assessment & Plan**

**Assessment**
Impairments: abnormal or restricted ROM, activity intolerance, impaired physical strength and pain with function
Assessment details: Chronic right shoulder pain with signs of impingement S/P right RTC repair on 5/7/2019. Considering the elapsed time since surgery, the patient is not doing well. Her last episode of physical therapy was unsuccessful in eliminating her pain.
Prognosis: poor

**Goals**
STGs (within 5 weeks):
Patient will independently verbalize and demo full understanding with initial HEP.
Patient will verbalize pain management strategies including cryotherapy and moist heat therapy in order to manage symptoms with lifting and standing activities.
Patient will demo improved postural and shoulder alignment in order to improve GH joint mechanics with ADLs.
Patient will report decreased max shoulder pain to a 5/10 on a VAS in order to improve quality of life and improve performance with work related activities.
LTGs (within 10 weeks):
Patient will improve SPADI score by 25% in order to improve tolerance and performance with overhead lifting >3#.
Patient will present with improved shoulder girdle strength to >4/5 MMT grade in order to improve shoulder stabilization with overhead activities.
Patient will present with improved shoulder AROM to WNL in order to improve GH/scapular mobility with FIR/FER activities.
Patient will report decreased shoulder pain to 0-3/10 on a VAS in order to return to PLOF with recreational and leisure activities.

**Plan**
Planned therapy interventions: aquatic therapy, electrical stimulation- pain relief, hot/cold pack application, manual therapy, therapeutic exercise and ultrasoound
Frequency: 1x week
Duration in weeks: 10
Treatment plan discussed with: patient

## PT Complexity Statement

**Medical History Domain**

Personal factors and / or comorbidities:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

Other

As listed above, this patient has a history of 1 personal factors and / or comorbidities that impact this plan of care.

**Body Systems Domain**

As seen in the problem list and functional limitations listed above, this patient presents with 3 elements form: body structures and functions, activity limitations, and / or participating restrictions that impact this plan of care.

## Functional Outcomes Domain

The results of this functional outcomes measure indicate a Low level of functional disability / impairment requiring that level of complexity in clinical decision making for the completion of this evaluation and plan of care.

## Clinical Presentation

This patient's clinical presentation is stable and unchanging.

## Overall Complexity

**Low**

## Treatment / Interventions

physical therapy evaluation completed (20 minutes)

Manual therapy x 24 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles; grade I, II short axis distraction right shoulder. PROM stretch right shoulder all planes.

Despite familiarity with PT treatment, patient has a tendency to muscle guard.

Initiate POC next.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000795193
Visit date: 1/20/2020

Sex: F

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 1/20/2020 1:45 PM (continued)** Version 1 of 1

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 1/29/2020 7:18 AM

## Flowsheets (all recorded)

**SPADI - Mon January 20, 2020**

| Row Name | 1423 |
|---|---|
| SPADI | |
| 1p. At its worst? | 5 -DZ |
| 2p. When lying on the involved side | 7 -DZ |
| 3p. Reaching for something on a high shelf | 6 -DZ |
| 4p. Touching the back of your neck | 6 -DZ |
| 5p. Pushing with the involved arm | 6 -DZ |
| 1d. Washing your hair | 5 -DZ |
| 2d. Washing your back | 5 -DZ |
| 3d. Putting on an undershirt or jumper | 6 -DZ |
| 4d. Putting on a shirt that buttons down the front | 4 -DZ |
| 5d. Putting on your pants | 6 -DZ |
| 6d. Placing an object on a high shelf | 6 -DZ |
| 7d. Carrying a heavy object of 10 pounds | 6 -DZ |
| 8d. Removing something from your back pocket | 5 -DZ |
| SPADI Pain Scale Score | 30 -DZ |
| SPADI Disability Score | 43 -DZ |
| Total SPADI Score | 73 -DZ |

**Physical Therapy Charges - Mon January 20, 2020**

| Row Name | 1429 |
|---|---|
| Time Calculation | |
| Start Time | 1345 -DZ |
| Stop Time | 1429 -DZ |
| Time Calculation | 44 min -DZ |
| Physical Therapy Charges | |
| PT Evaluation - Low Complexity | 1 20 -DZ |
| $ Manual Therapy Techniques | 2 24 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000795193
Visit date: 1/20/2020

## Flowsheets (all recorded)

**G-Codes - Mon January 20, 2020**

| Row Name | 1346 |
|---|---|
| PT G-Codes | |
| Functional Assessment Tool Used | SPADI -DZ |
| Score | 73 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000795193
Visit date: 1/29/2020

Sex: F

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 1/29/2020 1:15 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 1/30/2020 6:03 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 1/29/2020
Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth

MRN #: 3778305

Treatment Date: 1/29/2020

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | Pain, joint, shoulder, right | M25.511 |

Physician: Cadet, Edwin, MD

## Subjective

Subjective: Patient indicates that she had a follow up appointment with her doctor who identified "a lot of scar tissue" in her right shoulder; however, he indicated that there was no rush to surgery. He wants her to continue PT x 3 months and follow up with him in April.

## Treatment / Interventions

Objective: Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboid, anterior/ posterior muscles; grade I, II short axis distraction; PROM stretch right shoulder all planes.

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 1/29/2020 1:15 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: Proceed with POC to restore right shoulder ROM, strength, function.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 1/30/2020 6:03 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Wed January 29, 2020**

| Row Name | 1355 |
| --- | --- |
| Time Calculation | |
| Start Time | 1315 -DZ |
| Stop Time | 1355 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 40 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
| --- | --- | --- |
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000830056
Visit date: 2/7/2020

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 2/7/2020 1:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physicel Therapist
Filed: 2/10/2020 9:21 AM Encounter Date: 2/7/2020 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 2/7/2020

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | Pain, joint, shoulder, right | M25.511 |

Physician: Cadet, Edwin, MD

## Subjective

Subjective: patient continues to report constant right shoulder pain w/ increased sensitivity at the region of the right deltopectoral groove.

## Treatment / Interventions

Objective:

Continuous ultrasound @ 1.6 w/cm2 x 10 minutes to right shoulder shoulder, especially at right deltopectoral groove.

Manual therapy x 30 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, anterior/ posterior deltoid muscles; grade I, II short axis distraction, posterior/ anterior mobs; PROM stretch right shoulder all planes.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000830056
Visit date: 2/7/2020

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 2/7/2020 1:00 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: Patient continues to report right shoulder pain. Lacking right shoulder end range of motion w/ c/o pain at slight overpressure. Proceed w/ POC.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 2/10/2020 9:21 AM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Fri February 07, 2020**

| Row Name | 1340 |
|---|---|
| Time Calculation | |
| Start Time | 1300 -DZ |
| Stop Time | 1340 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 2 30 -DZ |
| $ Ultrasound each 15 minutes | 1 10 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000830056
Visit date: 2/12/2020

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

Physical Therapy Notes

**Progress Notes by Dominick Vincent Zarrella, PT at 2/12/2020 12:15 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 2/13/2020 8:25 AM Encounter Date: 2/12/2020 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 2/12/2020

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Cadet, Edwin, MD

## Subjective

Subjective: "My shoulder (right) stays sore."

## Treatment / Interventions

Objective:

Therapeutic exercise x 8 minutes: UBE x 8 minutes, lvl 2;

Manual therapy x 32 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, biceps muscles; grade I, II short axis distraction, posterior/ anterior mobs; PROM stretch right shoulder: all planes.

## Physical Therapy Plan

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000830056
Visit date: 2/12/2020

Sex: F

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 2/12/2020 12:15 PM (continued)** Version 1 of 1

Assessment/Plan : Continued c/o right shoulder "soreness." Decreased forward shoulder/ elevated shoulder post treatment. Increase therex as tolerated next.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 2/13/2020 8:25 AM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Wed February 12, 2020**

| Row Name | 1255 |
|---|---|
| Time Calculation | |
| Start Time | 1215 -DZ |
| Stop Time | 1255 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 2 32 -DZ |
| $ Therapeutic Exercises | 1 8 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000830056
Visit date: 2/17/2020

Sex: F

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 2/17/2020 1:45 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 2/18/2020 7:09 AM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

Service: —
Encounter Date: 2/17/2020

Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 2/17/2020

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Cadet, Edwin, MD

## Subjective

Subjective: "I have lots of knots in the muscles of my right shoulder. My left shoulder is starting to hurt now, too."

## Treatment / Interventions

Objective: Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, anterior/ posterior deltoid muscles; grade I, II short axis distraction;

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000830056
Visit date: 2/17/2020

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 2/17/2020 1:45 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: decreased trigger point activity right shoulder post treatment, resulting in decreased c/o right shoulder "soreness." Proceed w/ POC.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 2/18/2020 7:09 AM

Flowsheets (all recorded)

**Physical Therapy Charges - Mon February 17, 2020**

| Row Name | 1425 |
|---|---|
| Time Calculation | |
| Start Time | 1345 -DZ |
| Stop Time | 1425 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 40 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000830056
Visit date: 2/24/2020

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 2/24/2020 1:45 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT  Service: —  Author Type: Physical Therapist
Filed: 2/24/2020 5:29 PM  Encounter Date: 2/24/2020  Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 2/24/2020

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | Pain, joint, shoulder, right | M25.511 |

Physician: Cadet, Edwin, MD

## Subjective

Subjective: Patient relates how she collided with another woman as they both tried to help at a motorcycle accident scene. She has a few scrapes and a cut on her RUE (wrist and hand)

## Treatment / Interventions

Objective:

Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, anterior/ posterior deltoid muscles; grade I, II short axis distraction. PROM stretch for abduction, IR, ER.

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 2/24/2020 1:45 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: Despite the fact that much time has now passed since right RTC repair on 5/7/2019, the patient is still having limiting right shoulder pain. She is prone to frequent exacerbations that makes progress difficult.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 2/24/2020 5:29 PM

Flowsheets (all recorded)

**Physical Therapy Charges - Mon February 24, 2020**

| Row Name | 1430 |
|---|---|
| Time Calculation | |
| Start Time | 1350 -DZ |
| Stop Time | 1430 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 40 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000830057
Visit date: 3/9/2020

Sex: F

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 3/9/2020 1:45 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 3/10/2020 12:29 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

Service: —
Encounter Date: 3/9/2020

Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 3/9/2020

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Cadet, Edwin, MD

## Subjective

Subjective "I think my shoulder hurts more now after the surgery then before the surgery."

## Treatment / Interventions

Objective: Therapeutic exercise x 8 minutes: UBE x 8 minutes @ lvl 2

Manual therapy x 33 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles; .grade I, II, III short axis distraction, posterior/ anterior mobs; PROM stretch right shoulder.

## Physical Therapy Plan

## Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 3/9/2020 1:45 PM (continued)** Version 1 of 1

Assessment/Plan: Difficulty progressing patient due to constant complaint of pain. Increase therex as tolerated next.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 3/10/2020 12:29 PM

## Flowsheets (all recorded)

**Physical Therapy Charges - Mon March 09, 2020**

| Row Name | 1441 |
|---|---|
| Time Calculation | |
| Start Time | 1400 -DZ |
| Stop Time | 1441 -DZ |
| Time Calculation | 41 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 2 33 -DZ |
| $ Therapeutic Exercises | 1 8 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

## END OF REPORT

# Quality Assurance Report

## Request Information

Report Date: March 30, 2020

**RP ID:** 6238130

Patient Name: MCKEITHAN, BARBARA

Provider Name: FIRSTHEALTH OF THE CAROLINAS

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:

Please provide medical records - Seen By: FIrst Health Physical Therapy

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

March 31, 2020

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On March 30, 2020, we requested medical records from First Health Physical Therapy. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through the present from First Health Physical Therapy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 12, 2020, 15 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

May 12, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than May 12, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katherine Ellis
LTD Claims Specialist II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

ReleasePoint

## Medical Record Overview

**Date:** **March 5, 2020**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** RALEIGH ORTHOPAEDIC CLINIC
3001 EDWARDS MILL RD
RALEIGH, NC 27612
(919) 781-5600

**Request Scope:** From January 1, 2020 to Present

**Chart Range:** 01/22/2020 - 01/22/2020

**RP ID:** 6238129

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 22 2020 | Jan 22 2020 | 3 | 2 |
| Non Medical/Other | | | 2 | 5 |
| | | **Total Page Count:** | 5 | |

**Notes From QC:**

# Raleigh Orthopaedic

*Date of Service: January 22, 2020* *Printed: March 3, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**01/22/2020 - Office Notes: D43 Rec Right shoulde**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
rec right shoulder

**History of Present Illness:**
Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now 8.5 months out from her rotator cuff repair. She has been battling shoulder stiffness. She has undergone a glenohumeral injection in August, a Medrol Dosepak in October, and most recently a ultrasound-guided subacromial injection 1 month ago. She is not gotten significant relief from any of these, and the least relief was received from the last injection. She has been continue with physical therapy, but still has pain and stiffness that is limiting her ability to fully use her arm. Her pain is a 5 out of 10 in severity. It is better than it was before surgery, this is a different type of pain.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes Lt Shoulder
Right shoulder - 5/2019

**Allergies:**
PERCOCET (Mild)

**Medications:**
MELOXICAM 15 MG TABS (MELOXICAM) TAKE 1 TABLET BY MOUTH EVERY DAY WITH FOOD
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Review of Systems:**
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Confirms numbness, weakness arms. Denies blurred vision, cramps legs/arms, headaches, unsteady gait, weakness legs
Musculoskeletal: Denies joint pain, muscle pain

# Raleigh Orthopaedic

*Date of Service: January 22, 2020* *Printed: March 3, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

Psychiatric: Denies anxiety
Respiratory: Denies chronic cough, shortness of breath, wheezing
Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of control of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

**Vital Signs:**
**Height (in):** 62 **Weight (lbs):** 145 **BMI:** 26.62

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has symmetric active and passive range of motion compared to the contralateral side. Forward flexion to 160, ER to 45, IR to L1. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are negative. Negative anterior load and shift and negative apprehension. Speed, O'Brien's are weakly positive. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Assessment and Plan:**
Assessment: She is status post right shoulder arthroscopy and rotator cuff repair. She still feels as if she needs more time in terms of maintaining restrictions for work.
Plan:
She has now reached the one-year mark following her arthroscopic procedure. I do think that she is can continue to improve. My recommendation would be to continue strengthening exercises. We will still maintain her on some work restrictions. We will see her back in 3 months. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

# Raleigh Orthopaedic

*Date of Service: January 22, 2020* *Printed: March 3, 2020*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**Electronically signed by Edwin R Cadet MD on 01/22/2020 at 12:01 PM**

---

Raleigh Orthopaedic Clinic

3001 Edwards Mill Rd. Suite 200

Raleigh

NC 27612

| FROM | TO |
|---|---|
| Name: Dana Stricklin | Lincoln Financial Group |
| Phone: 919-781-5600 Fax: | 912138844921 |

Sent: 3/3/20 at: 9:05:06 AM 5 page(s) (including cover)

Subject: BARBARA MCKEITHAN

Comments:

Note: The information in this e-mail may be privileged and confidential and protected from disclosure. If the reader of this e-mail is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you received this e-mail in error, please notify the sender immediately by e-mail at mailto:HIPAA@raleighortho.com and delete this e-mail. Thank you.

#846622

Lincoln Financial Group

**Lincoln Financial Group**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

**RALEIGH ORTHOPAEDIC CLINIC**
**3001 EDWARDS MILL RD**
**ATTN: MEDICAL RECORDS**
**RALEIGH, NC 27612**

Date: Feb 28, 2020

**Re: Long Term Disability Benefits**
Claim# 6238129 8520656
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ROOPC3

Dear ext 6910/6879,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From January 1, 2020 to Present**
**- Seen By: RALEIGH ORTHOPAEDIC CLINIC**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Trisha Historillo
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

6238129

# Quality Assurance Report

## Request Information

Report Date: March 5, 2020

**RP ID:** 6238129

Patient Name: MCKEITHAN, BARBARA

Provider Name: RALEIGH ORTHOPAEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:
- Seen By: RALEIGH ORTHOPAEDIC CLINIC

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: HAMAD

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

February 28, 2020

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On February 27, 2020, we requested medical records from Dr. Cadet and First Health Physical Therapy. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2019 through the present from Dr. Cadet and First Health Physical Therapy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 12, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by May 12, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than May 12, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katherine Ellis
LTD Claims Specialist II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Tue, 28 Jan 2020 14:49:35 +0000
**To:**Ellis, Katherine
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Physical Medicine & Rehabilitation (PM&R) for claim number 8520656 has been assigned to Dr. David Monti, Jr.. The anticipated due date for this request is 01/28/2020.

# Raleigh Orthopaedic Clinic

1325 Timber Drive East, Garner, NC 27529-6924
(919) 781-5600

*Date of Service: January 22, 2020* *Printed: January 22, 2020*
**Barbara McKeithan** Work: (
Female DOE Patient ID:846622

**01/22/2020 - Work School Note: Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right shoulder.

Patient may return to work on 01/22/2020 with the following restrictions:

No lifting over 5 pounds.
Other restrictions: Light Duty

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Michelle Jackson CMA on 01/22/2020 at 11:43 AM**

RALEIGH ORTHOPAEDIC

## Appointment Reminder

| | |
|---|---|
| **Patient:** | McKeithan, Barbara |
| **Patient #:** | 846622 |
| **Resource:** | Cadet MD, Edwin R |
| **Date & Time:** | 04/22/2020 11:15 AM |
| **Facility:** | Garner ROC Clinic<br>1325 Timber Drive East<br>Garner, NC 27529-6924<br>(919) 781-5600 |

Cadence Scheduling | FIRSTHEALTH OF THE CAROLINAS | Page: 1

**Patient Itinerary**

Printed: 1/20/20 2:19 PM

Name: McKeithan,Barbara
Address:

Gender: Female
DOB:
Home Ph

| Date | Time | Provider/Resource | Dept Phone |
|---|---|---|---|
| 1/20/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 1/29/20 Wed | 1:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/7/20 Fri | 1:00 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/12/20 Wed | 12:15 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/17/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 2/24/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 3/2/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 3/9/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |

Cadence Scheduling

FIRSTHEALTH OF THE CAROLINAS

**Patient Itinerary**



Printed: 1/20/20 2:19 PM

Name: McKeithan,Barbara
Address:

Gender: Female
DOB:
Home Ph:

| Date | Time | Provider/Resource | Dept Phone |
|---|---|---|---|
| 3/16/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 3/23/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 3/30/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 4/6/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |
| 4/13/20 Mon | 1:45 PM | ZARRELLA, DOMINICK VINCENT [N1909] | 910-904-7407 |

# Billing Statement:

**Invoice Date: 01/02/2020** **Invoice #: 710977-546**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Dec 1 2019 and Dec 31 2019**

**LIBMT1** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6004063<br>8520656 | MCKEITHAN, BARBARA<br>FIRSTHEALTH HOKE HOSPITAL | Complete | 12/27/19<br>K Ellis | 8.00 | 42.90 | 0.00 | 0.00<br>20 | **50.90** |
| 6004062<br>8520656 | MCKEITHAN, BARBARA<br>RALEIGH ORTHOPAEDIC CLINIC | Complete | 12/20/19<br>K Ellis | 8.00 | 0.00 | 0.00 | 0.00<br>6 | **8.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due: 58.90**

**Tax ID: 95-2843455**

ReleasePoint

## Medical Record Overview

**Date:** **December 27, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** First Health Physical Therapy
313 Teal Dr
Raeford, NC 28376
(910) 904-7400

**Request Scope:** From October 8, 2019 to Present

**Chart Range:** 10/24/2019 - 11/26/2019

**RP ID:** 6004063

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 24 2019 | Nov 26 2019 | 18 | 2 |
| Request Corr. | | | 2 | 20 |
| | | **Total Page Count:** | 20 | |

**Notes From QC:**

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000735101
Visit date: 11/26/2019

**Reason for Visit**

PT Discharge

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 11/26/2019 1:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 11/26/2019 5:07 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 11/26/2019
Author Type: Physical Therapist
Status: Signed

## Physical Therapy Discharge Summary

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Today's Date: 11/26/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Referring Physician: Taylor, Rachael E., PA-C

## Patient Medical History

There is no problem list on file for this patient.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SHOULDER SURGERY<br>*arthroscopic SAD with partial acromioplasty, distal claviculectomy (mumford), RTC repair of partial tear* | Left | 07/10/2019 |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000735101
Visit date: 11/26/2019

Sex: F



## History of Present Illness

HPI

Subjective: Despite ample PT sessions the patient continues to complain of right shoulder pain. Patient and therapist agree to d/c PT at this time as the patient will further investigate this with her referring doctor on Dec.12.

## Objective Findings

Objective : **Progress reported between inclusive dates 10/24/2019 and 11/26/2019 for a total of 8 visits.**

(Patient had a total of 11 PT sessions between the inclusive dates of 6/13/2019 to 10/7/2019 to equal 19 sessions in total).

**Range of Motion**

Right Shoulder
Flexion: 155 degrees
Extension: 40 degrees
Abduction: 126 degrees
External rotation 0°: 35 degrees
Internal rotation 0°: 35 degrees

**Passive Range of Motion**

Right Shoulder

Flexion: 163 degrees

Extension: 40 degrees

Abduction: 140 degrees

External rotation 0°: 40 degrees

Internal rotation 0°: 40 degrees

**Strength/Myotome Testing**

Right Shoulder

Planes of Motion
Flexion: 4-
Extension: 4
Abduction: 3
External rotation at 0°: 3
Internal rotation at 0°: 3

## Physical Therapy Assessment

**Assessment & Plan**

**Assessment**
Assessment details: PT progression appears halted secondary to patient's continued c/o pain Will d/c PT. Patient is returning to referring MD on Dec. 12.

**Goals**
STGs (within 4 weeks):
Patient will independently verbalize and demo full understanding with initial HEP.
Patient will verbalize pain management strategies including cryotherapy and moist heat therapy in order to manage symptoms with lifting and standing activities. (achieved 8/15/2019)
Patient will demo improved postural and shoulder alignment in order to improve GH joint mechanics with ADLs. (achieved 10/7/2019)
Patient will report decreased max shoulder pain to a 5/10 on a VAS in order to improve quality of life and improve performance with work related activities.(intermittently met 11/26/2019)
LTGs (within 8 weeks):
Patient will improve SPADI score by 25% in order to improve tolerance and performance with overhead lifting >2#. ( not met 11/26/2019)
Patient will present with improved shoulder girdle strength to >4/5 MMT grade in order to improve shoulder stabilization with overhead activities. (not met 11/26/2019, but slow progress w/ modest strength gains)
Patient will present with improved shoulder AROM to WNL in order to improve GH/scapular mobility with FIR/FER activities. (not met 11/26/2019)
Patient will report decreased shoulder pain to 0-3/10 on a VAS in order to return to PLOF with recreational and leisure activities. (intermittently met 11/26/2019 35% of the time)

## Treatment / Interventions

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000735101
Visit date: 11/26/2019

Sex: F

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 11/26/2019 1:00 PM (continued)** Version 1 of 1

Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles; PROM stretch all planes.

Patient with continued c/o right shoulder pain.

Advised return to referring MD. D/C PT.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 11/26/2019 5:07 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Tue November 26, 2019**

| Row Name | 1345 |
|---|---|
| Time Calculation | |
| Start Time | 1305 -DZ |
| Stop Time | 1345 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 40 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000735101
Visit date: 11/21/2019

Sex: F

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 11/21/2019 2:30 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 11/21/2019 6:25 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 11/21/2019
Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth

MRN #: 3778305

Treatment Date: 11/21/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: Patient indicates that she is tired as she was up very early this morning (4 am) with her granddaughter.

## Treatment / Interventions

Objective:

Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, pec minor muscles; grade I, II, III short axis distraction.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000735101
Visit date: 11/21/2019

Sex: F

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 11/21/2019 2:30 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: Return to therex as tolerated next. Patient continues to report right shoulder tightness, pain at end ranges of motion.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 11/21/2019 6:25 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu November 21, 2019**

| Row Name | 1517 |
|---|---|
| Time Calculation | |
| Start Time | 1437 -DZ |
| Stop Time | 1517 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 40 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000735101
Visit date: 11/19/2019

Sex: F

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 11/19/2019 1:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 11/19/2019 3:39 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

Service: —
Encounter Date: 11/19/2019

Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 11/19/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: "Certain spots on my shoulder just stay sore."

## Treatment / Interventions

Objective:

Therapeutic exercise x 15 minutes: UBE x 8 minutes, lvl 1; UE Ranger for FF 2x 20, for abduction 2 x10 (c/o pain with abduction);

Manual therapy x 28 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, supraspinatus, anterior deltoid muscles; grade I, II short axis distraction.

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 11/19/2019 1:00 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: Patient continues to c/o right shoulder pain despite all efforts. Will proceed with POC with attempts to eliminate pain and overcome limitations at end range of right shoulder ROM.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 11/19/2019 3:39 PM

Flowsheets (all recorded)

**Physical Therapy Charges - Tue November 19, 2019**

| Row Name | 1343 |
|---|---|
| **Time Calculation** | |
| Start Time | 1300 -DZ |
| Stop Time | 1343 -DZ |
| Time Calculation | 43 min -DZ |
| **Physical Therapy Charges** | |
| $ Manual Therapy Techniques | 2 28 -DZ |
| $ Therapeutic Exercises | 1 15 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000735101
Visit date: 11/14/2019

**Diagnoses**

| | Comments |
|---|---|
| **Pain, joint, shoulder, right** - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 11/14/2019 2:30 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 11/15/2019 2:50 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 11/14/2019
Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth

MRN #: 3778305

Treatment Date: 11/14/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: Patient indicates that her left shoulder is hurting in addition to her right shoulder.

## Treatment / Interventions

Objective: Therapeutic exercise x 15 minutes: UBE x 8 minutes, lvl 2; UE ranger for FF x 20; for abduction/ adduction x 20;

Manual therapy x 252 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, pec. minor muscles; grade I, II, III short axis distraction, posterior/ anterior mobs; PROM stretch all planes.

## Physical Therapy Plan

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000735101
Visit date: 11/14/2019

Sex: F

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 11/14/2019 2:30 PM (continued)** Version 1 of 1

Assessment/Plan: Continued c/o bilateral shoulder pain. Proceed with POC , avoiding exacerbation of pain.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 11/15/2019 2:50 PM

Flowsheets (all recorded)

**Physical Therapy Charges - Thu November 14, 2019**

| Row Name | 1510 |
|---|---|
| Time Calculation | |
| Start Time | 1430 -DZ |
| Stop Time | 1510 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 2 25 -DZ |
| $ Therapeutic Exercises | 1 15 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000735101
Visit date: 11/12/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 11/12/2019 1:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 11/12/2019 4:55 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 11/12/2019
Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 11/12/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: "It's getting cold outside and it's making my (right) shoulder hurt."

## Treatment / Interventions

Objective: Therapeutic exercise x 15 minutes: UBE x 8 minutes, lvl 2; UE ranger for FF 3x10, for abduction/ adduction 3x10;

Manual therapy x 25 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, anterior and posterior deltoid muscles; PROM stretch right shoulder all planes.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000735101
Visit date: 11/12/2019

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 11/12/2019 1:00 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: continues to demonstrate tightness, c/o discomfort with slight overpressure at end ranges of right shoulder PROM; patient indicates there her doctor may be planning to reorder an MRI of her right shoulder if she continues to have such pain. She is concerned that she may have reinjured it after having fallen on it a few months ago.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 11/12/2019 4:55 PM

Flowsheets (all recorded)

**Physical Therapy Charges - Tue November 12, 2019**

| Row Name | 1340 |
|---|---|
| Time Calculation | |
| Start Time | 1300 -DZ |
| Stop Time | 1340 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 2 25 -DZ |
| $ Therapeutic Exercises | 1 15 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000735101
Visit date: 11/7/2019

Sex: F

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 11/7/2019 2:30 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 11/8/2019 3:32 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

Service: —
Encounter Date: 11/7/2019

Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 11/7/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective : continues to report "nagging" right shoulder pain. "I keep thinking I did something to it when I fell that time."

## Treatment / Interventions

Objective

Therapeutic exercise x 8 minutes: UBE x 8 minutes @ lvl 3; (c/o right shoulder "soreness.")

Manual therapy x 32 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles; grade I, II short axis distraction: PROM stretch right shoulder all planes;

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000735101
Visit date: 11/7/2019

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 11/7/2019 2:30 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: Despite extended period of time since right RTC repair on 5/7/2019, the patient continues to report pain; demonstrates muscle guarding and sensitivity to palpation at various trigger points; proceed with POC, advancing therex as tolerated.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 11/8/2019 3:32 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu November 07, 2019**

| Row Name | 1510 |
|---|---|
| Time Calculation | |
| Start Time | 1430 -DZ |
| Stop Time | 1510 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| S Manual Therapy Techniques | 2 32 -DZ |
| $ Therapeutic Activities | — -DZ |
| $ Therapeutic Exercises | 1 8 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000682679
Visit date: 10/31/2019

Sex: F

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

Physical Therapy Notes

**Progress Notes by Dominick Vincent Zarrella, PT at 10/31/2019 2:30 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 10/31/2019 3:32 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

Service: —
Encounter Date: 10/31/2019

Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 10/31/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: Patient reports that she is suffering from sinusitis and a sinus headache today. "I think my shoulder hurts more today than before the operation."

## Treatment / Interventions

Objective: Manual therapy x 40 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboids, anterior/ posterior deltoid muscles; grade I, II, III short axis distraction.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000682679
Visit date: 10/31/2019

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 10/31/2019 2:30 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: decreased forward shoulder posture post treatment w/ decreased c/o pain; resume therex as tolerated next.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 10/31/2019 3:32 PM

Flowsheets (all recorded)

**Physical Therapy Charges - Thu October 31, 2019**

| Row Name | 1508 |
|---|---|
| Time Calculation | |
| Start Time | 1428 -DZ |
| Stop Time | 1508 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 40 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000682679
Visit date: 10/24/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 10/24/2019 3:15 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 10/24/2019 6:15 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 10/24/2019
Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 10/24/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: continued c/o right shoulder pain. "The doctor said it was probably scar tissue. I might need another MRI and possibly another surgery."

## Treatment / Interventions

Objective:

Therapeutic exercise x 10 minutes:UBE x 8 minutes, lvl 1; gentle PROM stretch for shoulder flexion.

Manual therapy x 30 minutes: Soft tissue mobilization t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles; grade I, II, III short axis distraction & posterior/ anterior mobs.

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 10/24/2019 3:15 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: Patient has had a complicated course of PT with frequent exacerbations (especially after having sustained a mechanical fall). Proceed with POC, including therex to tolerance.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 10/24/2019 6:15 PM

Flowsheets (all recorded)

**Physical Therapy Charges - Thu October 24, 2019**

| Row Name | 1600 |
|---|---|
| Time Calculation | |
| Start Time | 1520 -DZ |
| Stop Time | 1600 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 2 30 -DZ |
| $ Therapeutic Exercises | 1 10 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

3778305

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

FIRSTHEALTH HOKE HOSPITAL
PO BOX 3000
ATTN: MEDICAL RECORDS
PINEHURST, NC 28374

Date: Dec 16, 2019

**Re: Long Term Disability Benefits**
Claim# 8520656 6004063
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: FIR185

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From October 8, 2019 to Present**
**Please provide all medical records for the timeframe - Seen by:**
**First Health Physical Therapy**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

**FirstHealth of the Carolinas**
HIM - Release of Information
155 Memorial Drive
PO Box 3000
Pinehurst, NC 28374

12/19/19

RELEASEPOINT
PO BOX 1390
SAINT PETERS, MO 63376

RE: Request ID: 5308859
Records of: Barbara Mckeithan
MRN: 3778305
Date of Birth:
Date request received: 12/16/2019

TO: RELEASEPOINT:

The enclosed records for Barbara Mckeithan have been provided to you by the Release of Information Unit at Firsthealth of the Carolinas. These photocopies have been made from the original records and the confidentiality of these records is protected by both State and Federal laws. These copies are intended exclusively for the requested purpose and should not be redisclosed without the written authorization of the person to whom they pertain or as specifically permitted by law. If you have any questions, please contact us at (910) 715-2443.

Thank you.

# Quality Assurance Report

## Request Information

Report Date: December 27, 2019

**RP ID:** 6004063

Patient Name: MCKEITHAN, BARBARA

Provider Name: FIRSTHEALTH HOKE HOSPITAL

## Quality Assurance Information

Scope Requested: **From October 8, 2019 to Present**

Special Request:

Please provide all medical records for the timeframe -
Seen by: First Health Physical Therapy

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JBUEN

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: December 26, 2019* *Printed: December 26, 2019*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**12/26/2019 - Work School Note: Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right Shoulder .

Patient may return to work on 12/26/2019 with the following restrictions:

Other restrictions: Light Duty.
No lifting over 5 pounds.
We will see patient back in 4 weeks.

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Hope Millner RMA on 12/26/2019 at 2:30 PM**

New ____ Rec (circled) Injection ___ H+P ___ New Prob ___

EMG ___ Global ___ W/C ___ SPEC ___

DME Charges:____________

CD collected/delivered Y / N

**Superbill for Patient**

**Patient Name:** Barbara McKeithan

**Date of Birth:** **Patient ID:** 846622

| Surgery Date | Surgery Code and Description | Global Days Left and End Date | Last Visit Date and Provider |
|---|---|---|---|
| 05/07/2019 | 29823 - Arthroscopy, shoulder, surgical; debride | | 12/11/2019 Cadet, Edwin |
| 05/07/2019 | 29826 - Arthroscopy, shoulder, surgical; decom | | 10/09/2019 Cadet, Edwin |
| 05/07/2019 | 29827 - Arthroscopy, shoulder, surgical; with rot | | 08/21/2019 Taylor, Rachael |
| 05/07/2019 | 29823 - Arthroscopy, shoulder, surgical; debride | | 06/19/2019 Cadet, Edwin |
| 05/07/2019 | 29826 - Arthroscopy, shoulder, surgical; decom | | 06/19/2019 Cadet, Edwin |
| 05/07/2019 | 29827 - Arthroscopy, shoulder, surgical; with rot | | |

US Injection
7:2

| | |
|---|---|
| M75.111 | Incomplete rotator cuff tear or rupture of rigl |
| M25.611 | Stiffness of right shoulder, not elsewhere cl |
| S43.82XD | Sprain of other specified parts of left should |
| U124.0 | Dummy Code |

12/26/2019 01:45pm Barbara McKeithan 69.16 12/11/2019

1169774 Edwin R Cadet MD Edwards Mill ROC C / 52 years

**846622** Barbara McKeithan **REC 15 rec right shoulder, MRI F/u. HMillner, RMA**

F

0.00 0.00 0.00 0.00 69.16

**Insurance 100%** Cigna

**Cigna** NEXT APPOINTMENT: Days ___ Weeks 4 Months ___

# RALEIGH ORTHOPAEDIC

## Appointment Reminder

| | |
|---|---|
| **Patient:** | McKeithan, Barbara |
| **Patient #:** | 846622 |
| **Resource:** | Cadet MD, Edwin R |
| **Date & Time:** | 01/22/2020 11:00 AM |
| **Facility:** | Garner ROC Clinic<br>1325 Timber Drive East<br>Garner, NC 27529-6924<br>(919) 781-5600 |

**Medical Record Overview**

ReleasePoint

**Date:** **December 20, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** Dr. Edwin Cadet
10880 Durant Road
Raleigh, NC 27614
(919) 781-5600

**Request Scope:** From October 8, 2019 to Present

**Chart Range:** 10/09/2019 - 12/11/2019

**RP ID:** 6004062

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 9 2019 | Dec 11 2019 | 4 | 2 |
| Request Corr. | | | 2 | 6 |

**Total Page Count:** 6

**Notes From QC:**

# Raleigh Orthopaedic

*Date of Service: December 11, 2019* *Printed: December 19, 2019*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**12/11/2019 - Office Notes: D43 Rec Right shoulder**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
rec right shoulder

**History of Present Illness:**
Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now approximately 7 months out from her right rotator cuff repair. She is complaining that she still has pain, primarily anteriorly. Her main issue right now is stiffness. She notes that she has improved since her surgery date.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes

**Allergies:**
PERCOCET (Mild)

**Medications:**
MELOXICAM 15 MG TABS (MELOXICAM) TAKE 1 TABLET BY MOUTH EVERY DAY WITH FOOD
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Vital Signs:**
**Height (in):** 62 **Weight (lbs):** 145 **BMI:** 26.62

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration

# Raleigh Orthopaedic

*Date of Service: December 11, 2019* *Printed: December 19, 2019*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has limited active and passive range of motion compared to the contralateral side. Forward flexion to 160, ER to 20, IR to 0. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are negative. Negative anterior load and shift and negative apprehension. Speed, O'Brien's are negative. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Assessment and Plan:**
Assessment: Status post arthroscopic rotator cuff repair with still persistent symptoms. Her symptoms being more of stiffness and pain.
Plan:
She has improved in terms of strength however she is battling a lot of stiffness my recommendation at this point would be to proceed with an MRI just to better evaluate the integrity of the rotator cuff. Given her clinical exam, does not appear to be a significant tear nor infection. She does have good strength. Furthermore, I have written her for more physical therapy. We will check back with her after her MRI. She still on light duty for work. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

**Electronically signed by Edwin R Cadet MD on 12/11/2019 at 10:11 AM**

# Raleigh Orthopaedic

, ,

*Date of Service: October 9, 2019* *Printed: December 19, 2019*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**10/09/2019 - Office Visit: D43 Rec Rt shoulder**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic**

**History of Present Illness:**
Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now approximately 5 months out from her right rotator cuff repair. She is still in physical therapy. She is complaining that she still has significant pain, primarily anteriorly. Her main issue right now is stiffness.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes

**Allergies:**
PERCOCET (Mild)

**Medications:**
MEDROL 4 MG ORAL TABLET THERAPY PACK (METHYLPREDNISOLONE) Take tablets as directed on the package; Route: ORAL
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has limited active and passive range of motion compared to the contralateral side. Forward flexion to 160, ER to 20, IR to 0. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are negative. Negative anterior load and shift and negative apprehension. Speed,

# Raleigh Orthopaedic

*Date of Service: October 9, 2019* *Printed: December 19, 2019*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

O'Brien's are negative. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Assessment and Plan:**
I think she is doing well in terms of her strength, but I am concerned regarding her range of motion. I think her postoperative stiffness is was causing the majority of her pain. I would like her to focus on range of motion exercises still, and I gave her additional stretches to do at home today. I gave her a prescription for a Medrol Dosepak. If her symptoms do not improve, then my recommendation would be a lysis of adhesions and manipulation under anesthesia. We will see her back in 2 months. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

**Electronically signed by Edwin R Cadet MD on 10/09/2019 at 11:25 AM**

Raleigh Orthopaedic Clinic

3001 Edwards Mill Rd. Suite 200

Raleigh

NC 27612

**FROM**

Name: Dana Stricklin

Phone: 919-781-5600 Fax:

**TO**

Lincoln Financial

912138844921

Sent: 12/19/19 at: 11:16:15 AM 6 page(s) (including cover)

Subject: BARBARA MCKEITHAN

Comments:

Note: The information in this e-mail may be privileged and confidential and protected from disclosure. If the reader of this e-mail is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you received this e-mail in error, please notify the sender immediately by e-mail at mailto:HIPAA@raleighortho.com and delete this e-mail. Thank you.

#846622

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**RALEIGH ORTHOPAEDIC CLINIC**
**3001 EDWARDS MILL RD**
**ATTN: MEDICAL RECORDS**
**RALEIGH, NC 27612**

Date: Dec 17, 2019

**Re: Long Term Disability Benefits**
Claim# 8520656 6004062
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ROOPC3

Dear ext 6910/6879,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From October 8, 2019 to Present**
**Please provide all medical records for the timeframe - Seen by:**
**Dr. Edwin Cadet**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Danielle Anne Salangsang
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

6004062

# Quality Assurance Report

## Request Information

Report Date: December 20, 2019

**RP ID:** 6004062

Patient Name: MCKEITHAN, BARBARA

Provider Name: RALEIGH ORTHOPAEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From October 8, 2019 to Present**

Special Request:

Please provide all medical records for the timeframe -
Seen by: Dr. Edwin Cadet

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: AGVIV

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

December 17, 2019

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On December 16, 2019, we requested medical records from Dr. Cadet and First Health Physical Therapy. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 8, 2019 through the present from Dr. Cadet and First Health Physical Therapy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 19, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 28, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 28, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katherine Ellis
LTD Claims Specialist II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

# Billing Statement:

ReleasePoint

**Invoice Date: 11/13/2019** **Invoice #: 710723-887**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Oct 1 2019 and Oct 31 2019**

**LIBMT1** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5792403<br>8520656 | MCKEITHAN, BARBARA<br>RALEIGH ORTHOPAEDIC CLINIC | Complete | 10/19/19<br>K Ellis | 8.00 | 0.00 | 0.00 | 0.00<br>11 | **8.00** |
| 5792417<br>8520656 | MCKEITHAN, BARBARA<br>FIRSTHEALTH HOKE HOSPITAL | Complete | 10/22/19<br>K Ellis | 8.00 | 46.20 | 0.00 | 0.00<br>24 | **54.20** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due: 62.20**

**Tax ID: 95-2843455**

## Billing Statement:

**Invoice Date: 10/10/2019** **Invoice #: 710535-1447**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Sep 1 2019 and Sep 30 2019**

**LIBMT1** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5434912<br>8520656 | MCKEITHAN, BARBARA<br>FIRSTHEALTH OF THE CAROLINAS | Complete | 09/10/19<br>K Ellis | 8.00 | 42.90 | 0.00 | 0.00<br>21 | **50.90** |
| 5434911<br>8520656 | MCKEITHAN, BARBARA<br>RALEIGH ORTHOPAEDIC CLINIC | Complete | 07/08/19<br>K Ellis | 8.00 | 0.00 | 0.00 | 0.00<br>7 | **8.00** |

**ReleasePoint**

**Total Amount Due:** **58.90**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

ReleasePoint

## Medical Record Overview

**Date:** **October 19, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** Dr. Edwin Cadet
10880 Durant Toad
Raleigh, NC 27614
(919) 781-5600

**Request Scope:** From August 1, 2019 to Present

**Chart Range:** 08/21/2019 - 10/09/2019

**RP ID:** 5792403

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 21 2019 | Oct 9 2019 | 7 | 2 |
| Request Corr. | | | 4 | 9 |

**Total Page Count:** 11

**Notes From QC:**

# Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: October 9, 2019* *Printed: October 14, 2019*

**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**10/09/2019 - Office Visit: D43 Rec Rt shoulder**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic**

**History of Present Illness:**
Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now approximately 5 months out from her right rotator cuff repair. She is still in physical therapy. She is complaining that she still has significant pain, primarily anteriorly. Her main issue right now is stiffness.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes

**Allergies:**
PERCOCET (Mild)

**Medications:**
MEDROL 4 MG ORAL TABLET THERAPY PACK (METHYLPREDNISOLONE) Take tablets as directed on the package; Route: ORAL
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has limited active and passive range of motion compared to the contralateral side.

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: October 9, 2019* *Printed: October 14, 2019*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

Forward flexion to 160, ER to 20, IR to 0. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are negative. Negative anterior load and shift and negative apprehension. Speed, O´Brien´s are negative. Negative drop arm sign. 5 out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Assessment and Plan:**
I think she is doing well in terms of her strength, but I am concerned regarding her range of motion. I think her postoperative stiffness is was causing the majority of her pain. I would like her to focus on range of motion exercises still, and I gave her additional stretches to do at home today. I gave her a prescription for a Medrol Dosepak. If her symptoms do not improve, then my recommendation would be a lysis of adhesions and manipulation under anesthesia. We will see her back in 2 months. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

***Disclaimer: This note was created utilizing voice recognition software and may contain transcription errors that were missed during proofreading. Errors DO NOT reflect on the standard of medical care.***

**Electronically signed by Edwin R Cadet MD on 10/09/2019 at 11:25 AM**

---

**10/09/2019 - Append: D43 MIPS Update**
**Provider: Hope Millner RMA**
**Location of Care: Raleigh Orthopaedic Clinic**

## Clinical Lists Changes

### Observations:
Added new observation of PROBLEMS REV: Done (10/09/2019 11:33)
Added new observation of MEDS REVIEW: Done (10/09/2019 11:33)
Added new observation of ALLERGY REV: Done (10/09/2019 11:33)
Added new observation of DIET COUNSEL: yes (10/09/2019 11:33)
Added new observation of CHIEF CMPLNT: Rec Rt shoulder (10/09/2019 11:33)
Added new observation of BMI: 26.62 (10/09/2019 11:33)
Added new observation of WEIGHT: 145 lb (10/09/2019 11:33)
Added new observation of HEIGHT: 62 in (10/09/2019 11:33)

**Raleigh Orthopaedic Clinic**

3001 Edwards Mill Road, Raleigh, NC 27612-5243

(919) 781-5600

*Date of Service: October 9, 2019* *Printed: October 14, 2019*

**Barbara McKeithan** Work: ,

Female DOB: Patient ID:846622

**Electronically signed by Hope Millner RMA on 10/09/2019 at 11:34 AM**

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: October 9, 2019* *Printed: October 14, 2019*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**10/09/2019 - Work School Note: Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right Shoulder .

Patient may return to work on 10/09/2019 with the following restrictions:

No pushing/pulling over 5 pounds.
No lifting over 5 pounds.
No carrying over 5 pounds.
Other restrictions: Desk/admininistrative work with lifting restrictions as noted.

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Hope Millner RMA on 10/09/2019 at 11:14 AM**

## Raleigh Orthopaedic Clinic
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: August 21, 2019* *Printed: October 14, 2019*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**08/21/2019 - Office Notes: A33 - Right Shoulder REC**
**Provider: Rachael E Taylor PAC**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
Right Shoulder

**History of Present Illness:**
Date of surgery: 5/7/2019
Procedure: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Ms. McKeithan is now approximately 3-1/2 months out from her right rotator cuff repair. She is still in physical therapy. She is complaining that she still has significant pain, primarily anteriorly. Occasionally she also gets pain that goes all the way down to her hand. She is taking Tylenol for discomfort.
[Right/Left] shoulder: Patient has limited active and passive range of motion compared to the contralateral side. Forward flexion to [dictated], ER to [dictated], IR to [dictated]. [Negative/Positive] pain at AC joint, [negative/positive] pain at the bicipital groove. Neer and Hawkins are [positive/negative]. Negative anterior load and shift and negative apprehension. Speed, O'Brien's are positive. Negative drop arm sign. [dictated] out of 5 strength with active forward flexion of the arm, [dictated] out of 5 with resistent ER, [positive/negative] belly press.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes

**Allergies:**
PERCOCET (Mild)

**Medications:**
OXYCODONE HCL 5 MG ORAL TABLET (OXYCODONE HCL) Take 1 or 2 tablets by mouth every 4-6 hours as needed for pain; Route: ORAL
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL

## Raleigh Orthopaedic Clinic
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: August 21, 2019* *Printed: October 14, 2019*
**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**Vital Signs:**
**Height (in):** 62 **Weight (lbs):** 145 **BMI:** 26.62

**Physical Exam:**
Right shoulder: Patient has limited active and passive range of motion compared to the contralateral side. Forward flexion to 160, ER to 20, IR to 0. Negative pain at AC joint, negative pain at the bicipital groove. Neer and Hawkins are negative. Negative anterior load and shift and negative apprehension. Speed, O´Brien´s are negative. Negative drop arm sign. 4+ out of 5 strength with active forward flexion of the arm, 5 out of 5 with resistent ER, negative belly press. No global joint laxity. Skin is intact. Sensation to light touch is intact. Brisk capillary refill is present.

**Assessment and Plan:**
I think she is doing well in terms of her strength, but I am concerned regarding her range of motion. I think her postoperative stiffness is was causing the majority of her pain. I would like her to focus on range of motion exercises still, and I gave her additional stretches to do at home today. I will also like to put her on an anti-inflammatory, and I sent a prescription for Mobic to her pharmacy. We discussed options as well including a steroid Dosepak versus an intra-articular injection, and she would like to move forward with the latter. Hopefully this will significantly help her symptoms and she will be much improved at her next visit. We will see her back in 6 weeks for recheck. Over 15 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

After discussing the risks, benefits, and alternatives to a cortisone injection, the patient desired to proceed and 6 mL of 1% lidocaine and 80 mg of Depomedrol were injected in the normal sterile fashion through the anterior approach into the glenohumeral joint. I aspirated and found no bloody return. The patient tolerated the procedure well and was instructed on post-procedure care.

**Electronically signed by Rachael E Taylor PAC on 08/21/2019 at 10:57 AM**

## Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: August 21, 2019* *Printed: October 14, 2019*

**Barbara McKeithan** Work:
Female DOB: Patient ID:846622

**08/21/2019 - Work School Note: Work Status**
**Provider: Rachael E Taylor PAC**
**Location of Care: Raleigh Orthopaedic Clinic**

### Work Status

Body part being treated: right shoulder.

Patient may not return to work at this time.
They will be re-evaluated at next office visit in 6 weeks.

No pushing/pulling over 5 pounds.
No lifting over 5 pounds.
No carrying over 5 pounds.
Other restrictions: Desk/admininistrative work with lifting restrictions as noted.

**Treating Provider:** Rachael E Taylor PAC

Rachael E. Taylor, PA-C

**Electronically signed by Rachael E Taylor PAC on 08/21/2019 at 10:51 AM**

---

# 846622

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

RALEIGH ORTHOPAEDIC CLINIC
3001 EDWARDS MILL RD STE 100
ATTN: MEDICAL RECORDS
RALEIGH, NC 27612

Date: Oct 11, 2019
**Re: Long Term Disability Benefits**
Claim# 8520656 5792403
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ROOPC3

Dear ext 6910/6879,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From August 1, 2019 to Present**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Milyn Callejo
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

5792403

5792403

## Authorization for Release of Protected Health Information

**PATIENT NAME:** MCKEITHAN, BARBARA
**DATE OF BIRTH:** ____________

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name) RALEIGH ORTHOPAEDIC CLINIC

2. The following person (or class of persons) *may receive* protected health information about me:
   Lincoln Financial Group (c/o ReleasePoint)
   PO Box 1390
   St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
   From August 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: 12 months from date signed.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| Barbara Mckeithan | [signature] | Apr 3, 2019 |
|---|---|---|
| Print Name | Signature of Patient/Guardian | Date |

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

8/27/2019

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Quality Assurance Report

## Request Information

Report Date: October 19, 2019

**RP ID:** 5792403

Patient Name: MCKEITHAN, BARBARA

Provider Name: RALEIGH ORTHOPAEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From August 1, 2019 to Present**

Special Request:

Please provide all medical records for the timeframe -
Seen by: Dr. Edwin Cadet

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: AGVIV

ReleasePoint

## Medical Record Overview

**Date:** **October 22, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** First Health Physical Therapy
313 Teal Dr
Raeford, NC 28376
(910) 904-7400

**Request Scope:** From August 1, 2019 to Present

**Chart Range:** 08/01/2019 - 10/07/2019

**RP ID:** 5792417

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 1 2019 | Oct 7 2019 | 22 | 2 |
| Request Corr. | | | 2 | 24 |

**Total Page Count:** 24

**Notes From QC:**

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000682679
Visit date: 10/7/2019

**Reason for Visit**

PT Progress Note

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 10/7/2019 3:15 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Service: —
Author Type: Physical Therapist
Filed: 10/10/2019 3:45 PM
Encounter Date: 10/7/2019
Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Physical Therapy Progress Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Today's Date: 10/7/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Referring Physician: Taylor, Rachael E., PA-C

## Patient Medical History

There is no problem list on file for this patient.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SHOULDER SURGERY | Left | 07/10/2019 |
| *arthroscopic SAD with partial acromioplasty, distal claviculectomy (mumford), RTC repair of partial tear* | | |

## History of Present Illness

HPI

Subjective: "I'm not sure what I did to it, but my right shoulder is really sore today." (Despite being almost 22 weeks post-op ,(sx 5/7/2019), patient is still c/o pain and decreased right shoulder function.)

## Objective Findings

Objective:

**Progress reported between inclusive dates 9/12/2019 and 10/7/2019 for a total of 5 visits.** (Patient has had a total of 11 PT sessions between the inclusive dates of 6/13/2019 to 10/7/2019).

**Range of Motion**

Right Shoulder
Flexion: 150 degrees
Extension: 40 degrees
Abduction: 120 degrees
External rotation 0°: 35 degrees
Internal rotation 0°: 35 degrees

**Passive Range of Motion**

Right Shoulder

Flexion: 156 degrees

Extension: 40 degrees

Abduction: 137 degrees

External rotation 0°: 40 degrees

Internal rotation 0°: 40 degrees

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal DriveMcKeithan, Barbara
313 Teal Drive MRN: 3778305, DOB: , Sex: F
Raeford NC 28376-2527 Acct #: 10000682679
Physcial Therapy Record Visit date: 10/7/2019

Physical Therapy Notes (continued)

Progress Notes by Dominick Vincent Zarrella, PT at 10/7/2019 3:15 PM (continued) Version 1 of 1

## Strength/Myotome Testing

Right Shoulder

Planes of Motion
Flexion: 3+
Extension: 4-
Abduction: 3
External rotation at 0°: 3
Internal rotation at 0°: 3

## Physical Therapy Assessment

**Assessment & Plan**

**Assessment**
Impairments: abnormal or restricted ROM, impaired physical strength, lacks appropriate home exercise program and pain with function
Assessment details: Very slow progress S/P right rotator cuff repair on right RTC repair on 5/7/2019 (22 weeks post-op). Continued deficits with complaints of right shoulder pain, decreased right shoulder ROM/ strength/ function. Patient will benefit from ongoing, skilled PT services 2 x week for an additional 8 weeks.

**Goals**
Goals
STGs (within 4 weeks):
Patient will independently verbalize and demo full understanding with initial HEP.
Patient will verbalize pain management strategies including cryotherapy and moist heat therapy in order to manage symptoms with lifting and standing activities. (achieved 8/15/2019)
Patient will demo improved postural and shoulder alignment in order to improve GH joint mechanics with ADLs. (achieved 10/7/2019)
Patient will report decreased max shoulder pain to a 5/10 on a VAS in order to improve quality of life and improve performance with work related activities.(intermittently met 10/7/2019)
LTGs (within 8 weeks):
Patient will improve SPADI score by 25% in order to improve tolerance and performance with overhead lifting >2#. ( not met 10/7/2019)
Patient will present with improved shoulder girdle strength to >4/5 MMT grade in order to improve shoulder stabilization with overhead activities. (not met 10/7/2019, but slow progress w/ modest strength gains)
Patient will present with improved shoulder AROM to WNL in order to improve GH/scapular mobility with FIR/FER activities. (progressing with improved ROM 10/7/2019)
Patient will report decreased shoulder pain to 0-3/10 on a VAS in order to return to PLOF with recreational and leisure activities. (intermittently met 10/7/2019 35% of the time)

**Plan**

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000682679
Visit date: 10/7/2019

Sex: F

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 10/7/2019 3:15 PM (continued)** Version 1 of 1

Planned therapy interventions: aquatic therapy, electrical stimulation- pain relief, hot/cold pack application, manual therapy, therapeutic exercise, ultrasoound and therapeutic activities
Frequency: 2x week
Duration in weeks: 8
Treatment plan discussed with: patient

## Treatment / Interventions

Manual therapy x 39 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap, anterior and posterior deltoid, rhomboid muscles; PROM stretch right shoulder all planes; grade I, II PAs, short axis distraction.

Good right shoulder PROM post treatment w/ decreased c/o pain. Resume POC, therex as tolerated next.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 10/10/2019 3:45 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Mon October 07, 2019**

| Row Name | 1554 |
|---|---|
| Time Calculation | |
| Start Time | 1515 -DZ |
| Stop Time | 1554 -DZ |
| Time Calculation | 39 min -DZ |
| Physical Therapy Charges | |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000682679
Visit date: 10/7/2019

## Flowsheets (all recorded) (continued)

**Physical Therapy Charges - Mon October 07, 2019 (continued)**

| Row Name | 1554 |
|---|---|
| $ Manual Therapy Techniques | 3 39 -DZ |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

## END OF REPORT

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000682679
Visit date: 10/4/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 10/4/2019 8:45 AM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Service: —
Author Type: Physical Therapist
Filed: 10/4/2019 3:34 PM
Encounter Date: 10/4/2019
Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 10/4/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: Patient reports that she has been performing her HEP to the best of her ability, but today her right shoulder is very tight and painful today.

## Treatment / Interventions

Objective: Therapeutic exercise x 6 minutes: UBE x 6 minutes, lvl 1 (with c/o right shoulder "tightness, pain.")

Manual therapy x 38 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap, anterior and posterior deltoid muscles; grade I, II PAs, short axis distraction.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal DriveMcKeithan, Barbara
313 Teal Drive MRN: 3778305, DOB: , Sex: F
Raeford NC 28376-2527 Acct #: 10000682679
Physcial Therapy Record Visit date: 10/4/2019

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 10/4/2019 8:45 AM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: Patient w/ no obvious reason for increase in right shoulder pain other than increased muscle tension, tightness. Decreased c/o pain post treatment. Resume therex as tolerated next.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 10/4/2019 3:34 PM

Flowsheets (all recorded)

**Physical Therapy Charges - Fri October 04, 2019**

| Row Name | 0929 |
|---|---|
| Time Calculation | |
| Start Time | 0845 -DZ |
| Stop Time | 0929 -DZ |
| Time Calculation | 44 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 38 -DZ |
| $ Therapeutic Exercises | —6 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

**FirstHealth** OF THE CAROLINAS

FirstHealth Raeford Teal DriveMcKeithan, Barbara
313 Teal Drive MRN: 3778305, DOB: , Sex: F
Raeford NC 28376-2527 Acct #: 10000682678
Physcial Therapy Record Visit date: 9/26/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 9/26/2019 3:15 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 9/30/2019 7:35 AM Encounter Date: 9/26/2019 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 9/26/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: Patient indicates that she is "still having problems" with her right shoulder and that it currently would be impossible for to perform the heavy lifting required on her job.

## Treatment / Interventions

Objective: Therapeutic exercise x 25 minutes: UBE x 8 minutes @ lvl 3; UE Ranger for FF 3 x 10, for abd/add 3 x 10; Keiser functional trainer: standing single arm rows 3 sets x 12 reps, 3lbs; finger ladder for FF x 5;

Manual therapy x 15 minutes: STM t/o right shoulder girdle; PROM stretch R shoulder for all planes. Grade I, II joint mobs, short axis distraction.

## Physical Therapy Plan

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000682678
Visit date: 9/26/2019

Sex: F

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 9/26/2019 3:15 PM (continued)** Version 1 of 1

Assessment/Plan: Patient demonstrating good R shoulder AROM, fair strength in the mid range of motion, but she is still experiencing limitations, weakness at end range for all planes of motion. Proceed w/ POC, emphasizing restoration of full ROM.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 9/30/2019 7:35 AM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu September 26, 2019**

| Row Name | 1555 |
|---|---|
| Time Calculation | |
| Start Time | 1515 -DZ |
| Stop Time | 1555 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 1 15 -DZ |
| $ Therapeutic Exercises | 2 25 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000682678
Visit date: 9/19/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 9/19/2019 3:15 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 9/20/2019 1:44 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 9/19/2019
Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 9/19/2019

Diagnosis:

| | ICD-10-CM |
|---|---|
| 1. **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: patient indicates that she received a cortisone injection to her right shoulder at her doctor's office, but her "arm still hurts."

## Treatment / Interventions

Objective:

Manual therapy x 38 minutes: STM t/o right shoulder girdle; trigger point release to right ant/ posterior deltoid muscles. Grade I, II joint mobs, short axis distraction; PROM stretch in all planes.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000682678
Visit date: 9/19/2019

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 9/19/2019 3:15 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: Good PROM right shoulder with c/o pain at end range; proceed with POC, therex as tolerated next.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 9/20/2019 1:44 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu September 19, 2019**

| Row Name | 1608 |
|---|---|
| Time Calculation | |
| Start Time | 1530 -DZ |
| Stop Time | 1608 -DZ |
| Time Calculation | 38 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 38 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000682678
Visit date: 9/12/2019

Sex: F

**Reason for Visit**

| | |
|---|---|
| PT Treatment | R shoulder pain |

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Donna M Deatkine, LPTA at 9/12/2019 7:00 AM** Version 1 of 1

Author: Donna M Deatkine, LPTA
Filed: 9/12/2019 8:07 AM
Editor: Donna M Deatkine, LPTA (Physical Therapy Assistant)
Service: —
Encounter Date: 9/12/2019
Author Type: Physical Therapy Assistant
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 9/12/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective

Pt reports she is on a new medication, Meloxicam, from the MD and she received an injection that has helped. Her visit with them was Aug 23rd. The doctor did not take any new imaging. Pt pt report, the surgeon told her to continue with therapy.

## Treatment / Interventions

Objective

R RCR Surgery 5/7/19

US to R shoulder, pt seated, 1.0 mHz 50% pulsed, 1.0 w/cm2 Pt instructed in modality application and expectations.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000682678
Visit date: 9/12/2019

**Physical Therapy Notes (continued)**

**Progress Notes by Donna M Deatkine, LPTA at 9/12/2019 7:00 AM (continued)** Version 1 of 1

UBE L 2 3 min forward 3 min retro

Pulleys in flexion and abduction/scaption x 3 each
Wall ladder x 3 in flexion
Wall wipes with towel x 10
Gentle mid rows with tband X 10
Cane flexion/press up x 10

PROM in supine for flexion , abd, ER

CP to R shoulder, pt seated, call bell in reach

Functional Status:

## Physical Therapy Plan

Assessment/Plan

Pt had not been to therapy in almost a month. Per pt report, she had to get approval through the surgeon ( who is in Raleigh) to continue with therapy.
Pt lacking end ranges and is guarded with attempts at PROM .
Initiated all AAROM and gentle strengthening. Pt reports she has all colored bands at home.

Donna Marie Deatkine, LPTA

## Physical Therapy Notes (continued)

**Progress Notes by Donna M Deatkine, LPTA at 9/12/2019 7:00 AM (continued)** Version 1 of 1

Electronically Authenticated by Donna M Deatkine, LPTA on 9/12/2019 8:07 AM

## Flowsheets (all recorded)

**Physical Therapy Charges - Thu September 12, 2019**

| Row Name | 0806 |
|---|---|
| **Time Calculation** | |
| Start Time | 0700 -DD |
| Stop Time | 0755 -DD |
| Time Calculation | 55 min -DD |
| **Physical Therapy Charges** | |
| $ Hot/Cold Pack Application | 1 10 mins -DD |
| $ Manual Therapy Techniques | 1 10 mins -DD |
| $ Therapeutic Exercises | 1 20 mins -DD |
| $ Ultrasound each 15 minutes | 1 8 mins -DD |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DD | Donna M Deatkine, LPTA | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB , Sex: F
Acct #: 10000625102
Visit date: 8/15/2019

**Reason for Visit**

PT Progress Note

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/15/2019 4:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT  Service: —  Author Type: Physical Therapist
Filed: 9/12/2019 8:35 AM  Encounter Date: 8/15/2019  Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Physical Therapy Progress Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Today's Date: 8/15/2019

Diagnosis:

| | ICD-10-CM |
|---|---|
| **1. - - Pain, joint, shoulder, right** | **M25.511** |

Referring Physician: Taylor, Rachael E., PA-C

## Patient Medical History

There is no problem list on file for this patient.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SHOULDER SURGERY *arthroscopic SAD with partial acromioplasty, distal claviculectomy (mumford), RTC repair of partial tear* | Left | 07/10/2019 |

## History of Present Illness

HPI

Subjective: patient indicates that her right shoulder is still somewhat painful (reports having fallen on it x 2). She indicates that there is no way she can do her current job which requires handling heavy objects.

## Objective Findings

**Objective**

**Active Range of Motion**

Right Shoulder
Flexion: 130 degrees
Extension: 40 degrees
Abduction: 115 degrees
External rotation 0°: 35 degrees
Internal rotation 0°: 35 degrees

**Passive Range of Motion**

Right Shoulder
Flexion: 150 degrees
Extension: 40 degrees
Abduction: 125 degrees
External rotation 0°: 40 degrees
Internal rotation 0°: 40 degrees

**Strength/Myotome Testing**

Right Shoulder

Planes of Motion
Flexion: 3-
Extension: 3
Abduction: 3-
External rotation at 0°: 3-
Internal rotation at 0°: 3-

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal DriveMcKeithan, Barbara
313 Teal Drive MRN: 3778305, DOB: Sex: F
Raeford NC 28376-2527 Acct #: 10000625102
Physcial Therapy Record Visit date: 8/15/2019

Physical Therapy Notes (continued)

Progress Notes by Dominick Vincent Zarrella, PT at 8/15/2019 4:00 PM (continued) Version 1 of 1

## Physical Therapy Assessment

**Assessment & Plan**

**Assessment**
Impairments: abnormal or restricted ROM, activity intolerance, impaired physical strength, lacks appropriate home exercise program and pain with function
Assessment details: Slow progress S/P right RTC repair on 5/7/2019. Patient claims to have fallen twice on her shoulder. She waiting to see her doctor concerning this. No observable injury other than patient's c/o increased pain. Normal post-op protocol still applies.

**Goals**
STGs (within 4 weeks):
Patient will independently verbalize and demo full understanding with initial HEP.
Patient will verbalize pain management strategies including cryotherapy and moist heat therapy in order to manage symptoms with lifting and standing activities. (achieved 8/15/2019)
Patient will demo improved postural and shoulder alignment in order to improve GH joint mechanics with ADLs. (partially met 8/15/2019)
Patient will report decreased max shoulder pain to a 5/10 on a VAS in order to improve quality of life and improve performance with work related activities.(partially met 8/15/2019)
LTGs (within 8 weeks):
Patient will improve SPADI score by 25% in order to improve tolerance and performance with overhead lifting >2#. (not met 8/15/2019)
Patient will present with improved shoulder girdle strength to >4/5 MMT grade in order to improve shoulder stabilization with overhead activities. (not met 8/15/2019)
Patient will present with improved shoulder AROM to WNL in order to improve GH/scapular mobility with FIR/FER activities. (not met 8/15/2019)
Patient will report decreased shoulder pain to 0-3/10 on a VAS in order to return to PLOF with recreational and leisure activities. (not met 8/15/2019)

**Plan**
Planned therapy interventions: aquatic therapy, dry needling, electrical stimulation- pain relief, hot/cold pack application, manual therapy, ultrasoound and therapeutic exercise
Frequency: 1x week
Duration in weeks: 10

## Treatment / Interventions

Therapeutic exercise x 23 minutes: UBE x 8 min, lvl 1; UE ranger x 3 min for FF x 3 min for abd;

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000625102
Visit date: 8/15/2019

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/15/2019 4:00 PM (continued)** Version 1 of 1

pulleys for FF x 5min; shoulder retraction with Keiser functional trainer 3 x 12, 3#;
Manual therapy x 17 minutes: STM t/o right shoulder girdle; PROM stretch R shoulder all planes.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 9/12/2019 8:35 AM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu August 15, 2019**

| Row Name | 1640 |
|---|---|
| Time Calculation | |
| Start Time | 1600 -DZ |
| Stop Time | 1640 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 1 17 -DZ |
| $ Therapeutic Exercises | 2 23 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000625102
Visit date: 8/8/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/8/2019 4:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 8/8/2019 4:59 PM Encounter Date: 8/8/2019 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 8/8/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | Pain, joint, shoulder, right | M25.511 |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: continues to report R shoulder pain, especially at night when she is trying to sleep.

## Treatment / Interventions

Objective

Therapeutic exercise x 24 minutes: UBE x 8 minutes, lvl 1; UE Ranger for FF 2x15; abd/ add 2x15; Keiser cable column: 1 arm rows 3# 3x10;

Manual therapy x 18 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap, biceps, rhomboid muscles; grade I,II

Short axis distraction.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000625102
Visit date: 8/8/2019

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/8/2019 4:00 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: tenderness noted at right deltopectoral groove. Patient to follow up with MD on 8/21/2019.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 8/8/2019 4:59 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu August 08, 2019**

| Row Name | 1632 |
|---|---|
| Time Calculation | |
| Start Time | 1550 -DZ |
| Stop Time | 1632 -DZ |
| Time Calculation | 42 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 1 18 -DZ |
| $ Therapeutic Exercises | 2 24 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000625102
Visit date: 8/1/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/1/2019 4:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT    Service: —    Author Type: Physical Therapist
Filed: 8/1/2019 5:00 PM    Encounter Date: 8/1/2019    Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 8/1/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: Patient is still having R shoulder pain, especially at night. She is hoping the doctor will do another MRI because of when she fell after surgery. She is relying on Tylenol for pain.

## Treatment / Interventions

Objective: Therapeutic exercise x 19 minutes: UBE x 8 minutes @ lvl 1; UE ranger for FF x 20, for abd/add x 20; one arm rows with Kaiser functional trainer 3# 2 x 10;

Manual therapy x 23 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles; grade I, II short axis distraction.

## Physical Therapy Plan

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive McKeithan, Barbara
313 Teal Drive MRN: 3778305, DOB: Sex: F
Raeford NC 28376-2527 Acct #: 10000625102
Physcial Therapy Record Visit date: 8/1/2019

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/1/2019 4:00 PM (continued)** Version 1 of 1

Assessment/Plan; R shoulder ROM improving; however, continued c/o pain, especially at night. Proceed with POC with focus on strengthening.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 8/1/2019 5:00 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu August 01, 2019**

| Row Name | 1642 |
|---|---|
| Time Calculation | |
| Start Time | 1600 -DZ |
| Stop Time | 1642 -DZ |
| Time Calculation | 42 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 2 23 -DZ |
| $ Therapeutic Exercises | 1 19 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

Request Corr.

3778305

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

First Health Physical Therapy
313 Teal Dr
ATTN: MEDICAL RECORDS
Raeford, NC 28376

Date: Oct 11, 2019
**Re: Long Term Disability Benefits**
Claim# 8520656 5792417
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: FIR012

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
From August 1, 2019 to Present
- Seen By: First Health Physical Therapy

RECEIVED
OCT 16 2019
FHC HEALTH INFORMATION MANAGEMENT SERVICES

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Milyn Callejo
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

5792417

Request Corr.

**FirstHealth of the Carolinas**
HIM - Release of Information
155 Memorial Drive
PO Box 3000
Pinehurst, NC 28374

10/18/19

RELEASEPOINT
PO BOX 1390
SAINT PETERS, MO 63376

RE: Request ID: 4858399
Records of: Barbara Mckeithan
MRN: 3778305
Date of Birth:
Date request received: 10/16/2019

TO: RELEASEPOINT:

The enclosed records for Barbara Mckeithan have been provided to you by the Release of Information Unit at Firsthealth of the Carolinas. These photocopies have been made from the original records and the confidentiality of these records is protected by both State and Federal laws. These copies are intended exclusively for the requested purpose and should not be redisclosed without the written authorization of the person to whom they pertain or as specifically permitted by law. If you have any questions, please contact us at (910) 715-2443.

Thank you.

# Quality Assurance Report

## Request Information

Report Date: October 22, 2019

**RP ID:** 5792417

Patient Name: MCKEITHAN, BARBARA

Provider Name: FIRSTHEALTH HOKE HOSPITAL

## Quality Assurance Information

Scope Requested: **From August 1, 2019 to Present**

Special Request:
records - Seen By: First Health Physical Therapy

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MAIJU

**HEARD & SMITH, L.L.P.**
Attorneys at Law
10715 Gulfdale St
San Antonio, Texas 78216
Phone: (877) 606-3737
Fax: (210) 820-3777

Partners:
**JOHN R. HEARD**
Board Certified-Civil Trial Lawyer
Texas Board of Legal Specialization
**MARK STANTON SMITH**

October 18, 2019

**ATTN: KATY ELLIS**

Barbara Mckeithan

To Whom It May Concern:

My office represents Barbara Mckeithan in a claim for Social Security Disability and/or Supplemental Security Income benefits. My office is in the process of filing a Request for Hearing with the Office of Disability Adjudication and Review. It takes approximately 12-18 months for a hearing to be scheduled.

My client is disabled and unable to work and any assistance is appreciated until Barbara Mckeithan is approved for benefits. If you have any questions, please call my office at 877-606-3737.

Sincerely,

John R. Heard
Attorney at Law

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

October 10, 2019

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On October 10, 2019, we requested medical records from Dr. Cadet and First Health Physical Therapy. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 1, 2019 through the present from Dr. Cadet and First Health Physical Therapy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 23, 2019, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 23, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 23, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

**Raleigh Orthopaedic Clinic**
1325 Timber Drive East, Garner, NC 27529-6924
(919) 781-5600

*Date of Service: October 9, 2019* *Printed: October 9, 2019*
**Barbara McKeithan** Work
Female DOB: Patient ID:846622

**10/09/2019 - Work School Note: Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right Shoulder .

Patient may return to work on 10/09/2019 with the following restrictions:

No pushing/pulling over 5 pounds.
No lifting over 5 pounds.
No carrying over 5 pounds.
Other restrictions: Desk/admininistrative work with lifting restrictions as noted.

**Treating Provider:** Edwin R Cadet MD

ER Cadet

Edwin R. Cadet, MD

**Electronically signed by Hope Millner RMA on 10/09/2019 at 11:14 AM**

ReleasePoint

**Medical Record Overview**

**Date:** **September 10, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** First Health Physical Therapy
313 Teal Dr
Raeford, NC 28376
(910) 904-7400

**Request Scope:** From June 1, 2019 to Present

**Chart Range:** 06/13/2019 - 08/08/2019

**RP ID:** 5434912

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 13 2019 | Aug 8 2019 | 19 | 2 |
| Request Corr. | | | 2 | 21 |

**Total Page Count:** 21

**Notes From QC:**

**FirstHealth OF THE CAROLINAS**

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000625102
Visit date: 8/8/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/8/2019 4:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 8/8/2019 4:59 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 8/8/2019
Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 8/8/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: continues to report R shoulder pain, especially at night when she is trying to sleep.

## Treatment / Interventions

Objective

Therapeutic exercise x 24 minutes: UBE x 8 minutes, lvl 1; UE Ranger for FF 2x15; abd/ add 2x15; Keiser cable column: 1 arm rows 3# 3x10;

Manual therapy x 18 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap, biceps, rhomboid muscles; grade I,II

Short axis distraction.

**FirstHealth** OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB , Sex: F
Acct #: 10000625102
Visit date: 8/8/2019

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/8/2019 4:00 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan: tenderness noted at right deltopectoral groove. Patient to follow up with MD on 8/21/2019.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 8/8/2019 4:59 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu August 08, 2019**

| Row Name | 1632 |
|---|---|
| Time Calculation | |
| Start Time | 1550 -DZ |
| Stop Time | 1632 -DZ |
| Time Calculation | 42 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 1 18 -DZ |
| $ Therapeutic Exercises | 2 24 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

**END OF REPORT**

**FirstHealth** OF THE CAROLINAS

FirstHealth Raeford Teal DriveMcKeithan, Barbara
313 Teal Drive MRN: 3778305, DOB: Sex: F
Raeford NC 28376-2527 Acct #: 10000625102
Physcial Therapy Record Visit date: 8/1/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/1/2019 4:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 8/1/2019 5:00 PM Encounter Date: 8/1/2019 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 8/1/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: Patient is still having R shoulder pain, especially at night. She is hoping the doctor will do another MRI because of when she fell after surgery. She is relying on Tylenol for pain.

## Treatment / Interventions

Objective: Therapeutic exercise x 19 minutes: UBE x 8 minutes @ lvl 1; UE ranger for FF x 20, for abd/add x 20; one arm rows with Kaiser functional trainer 3# 2 x 10;

Manual therapy x 23 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles; grade I, II short axis distraction.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal DriveMcKeithan, Barbara
313 Teal Drive MRN: 3778305, DOB: Sex: F
Raeford NC 28376-2527 Acct #: 10000625102
Physcial Therapy Record Visit date: 8/1/2019

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 8/1/2019 4:00 PM (continued)** Version 1 of 1

## Physical Therapy Plan

Assessment/Plan; R shoulder ROM improving; however, continued c/o pain, especially at night. Proceed with POC with focus on strengthening.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 8/1/2019 5:00 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu August 01, 2019**

| Row Name | 1642 |
|---|---|
| Time Calculation | |
| Start Time | 1600 -DZ |
| Stop Time | 1642 -DZ |
| Time Calculation | 42 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 2 23 -DZ |
| $ Therapeutic Exercises | 1 19 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000625100
Visit date: 7/18/2019

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 7/18/2019 4:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 7/18/2019 5:28 PM Encounter Date: 7/18/2019 Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 7/18/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | Pain, joint, shoulder, right | M25.511 |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: Patient indicates that she is still having right shoulder pain and that she is trying to get to see her doctor before her August 21 appointment.

## Treatment / Interventions

Objective: Manual therapy x 40 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap, biceps, anterior/ posterior deltoid muscles; grade I, II PAS, short axis distraction; PROM stretch in all planes.

## Physical Therapy Plan

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB: , Sex: F
Acct #: 10000625100
Visit date: 7/18/2019

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 7/18/2019 4:00 PM (continued)** Version 1 of 1

Assessment/Plan : Patient with good functional use RUE with hand below shoulder level, but experiencing moderate pain as hand begins to approach 90* shoulder flexion and above.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 7/18/2019 5:28 PM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu July 18, 2019**

| Row Name | 1645 |
|---|---|
| Time Calculation | |
| Start Time | 1605 -DZ |
| Stop Time | 1645 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 40 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrell, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000625100
Visit date: 7/11/2019

Sex: F

**Reason for Visit**

PT Treatment

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 7/11/2019 4:00 PM** Version 1 of 1

Author: Dominick Vincent Zarrella, PT
Filed: 7/11/2019 5:58 PM
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Service: —
Encounter Date: 7/11/2019
Author Type: Physical Therapist
Status: Signed

## Out-Patient Physical Therapy Daily Treatment Note

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Treatment Date: 7/11/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| 1. | **Pain, joint, shoulder, right** | **M25.511** |

Physician: Taylor, Rachael E., PA-C

## Subjective

Subjective: Patient reports that she is taking Tylenol 4x daily because of her right shoulder pain. She is having a difficult time sleeping. "I'm going to call my doctor and see if I can get a shot."

## Treatment / Interventions

Objective: Manual therapy x 40 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap; anterior and posterior deltoids, rhomboid muscles; gentle grade I short axis distraction, PAs.

## Physical Therapy Plan

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000625100
Visit date: 7/11/2019

Sex: F

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 7/11/2019 4:00 PM (continued)** Version 1 of 1

Assessment/Plan: Patient with less muscle guarding, decreased forward shoulder posture and decreased c/o pain post treatment. Proceed with POC.

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 7/11/2019 5:58 PM

Flowsheets (all recorded)

**Physical Therapy Charges - Thu July 11, 2019**

| Row Name | 1645 |
|---|---|
| Time Calculation | |
| Start Time | 1605 -DZ |
| Stop Time | 1645 -DZ |
| Time Calculation | 40 min -DZ |
| Physical Therapy Charges | |
| $ Manual Therapy Techniques | 3 40 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal DriveMcKeithan, Barbara
313 Teal Drive MRN: 3778305, DOB: Sex: F
Raeford NC 28376-2527 Acct #: 10000608599
Physcial Therapy Record Visit date: 6/13/2019

**Reason for Visit**

PT Initial Eval

**Diagnoses**

| | Comments |
|---|---|
| Pain, joint, shoulder, right - Primary | |

**Physical Therapy Notes**

**Progress Notes by Dominick Vincent Zarrella, PT at 6/13/2019 4:00 PM** Version 2 of 2

Author: Dominick Vincent Zarrella, PT Service: — Author Type: Physical Therapist
Filed: 7/11/2019 3:21 PM Encounter Date: 6/13/2019 Status: Addendum
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Related Notes: Original Note by Dominick Vincent Zarrella, PT (Physical Therapist) filed at 6/24/2019 9:23 AM

## Physical Therapy Initial Evaluation

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Today's Date: 6/13/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Referring Physician: Taylor, Rachael E., PA-C

## Patient Medical History

There is no problem list on file for this patient.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SHOULDER SURGERY<br>*arthroscopic SAD with partial acromioplasty, distal claviculectomy (mumford), RTC repair of partial tear* | Left | 07/10/2019 |

## History of Present Illness

Subjective

HPI

**Subjective Evaluation**

**History of Present Illness**
Mechanism of injury: The patient reports that she is no longer able to work at her old job because of the heavy items that she must lift. She has already been subjected to left shoulder surgery (7/10/2018) and a right shoulder surgery (right RTC repair on 5/7/2019). She has removed her post-operative sling, and she presents to PT for normal rehab protocol.

**Pain**
Current pain rating: 5
At best pain rating: 3
At worst pain rating: 7
*Quality:* dull ache, throbbing, tight and pulling

**Patient Goals**
Patient goals for therapy: decreased pain, increased motion, increased strength and independence with ADLs/IADLs

## Objective Findings

**Objective**

**Palpation**

Right Tenderness of the anterior deltoid, biceps, levator scapulae, posterior deltoid, rhomboids, supraspinatus, thoracic paraspinals and upper trapezius.
Trigger point to levator scapulae, rhomboids, thoracic paraspinals and upper trapezius.

**Tenderness**

Right Shoulder
Tenderness in the bicipital groove, medial scapula and supraspinatus tendon.

**Passive Range of Motion**

Right Shoulder
Flexion: 65 degrees with pain

Extension: 20 degrees with pain
Abduction: 45 degrees with pain
External rotation 0°: 15 degrees with pain
Internal rotation 0°: 15 degrees with pain

**Strength/Myotome Testing**

Right Shoulder

Planes of Motion
Flexion: 2+
Extension: 2+
Abduction: 2+
External rotation at 0°: 2+
Internal rotation at 0°: 2+

## Physical Therapy Assessment

**Assessment & Plan**

**Assessment**
Impairments: abnormal or restricted ROM, activity intolerance, impaired physical strength, lacks appropriate home exercise program and pain with function
Assessment details: S/P right RTC repair on 5/7/2019. Normal post-operative protocol applies. Skilled PT required 2 x week for 8 weeks to address all deficit areas and to educate patient in HEP for self-management of condition.

**Goals**
STGs (within 4 weeks):
Patient will independently verbalize and demo full understanding with initial HEP.
Patient will verbalize pain management strategies including cryotherapy and moist heat therapy in order to manage symptoms with lifting and standing activities.
Patient will demo improved postural and shoulder alignment in order to improve GH joint mechanics with ADLs.
Patient will report decreased max shoulder pain to a 5/10 on a VAS in order to improve quality of life and improve performance with work related activities.
LTGs (within 8 weeks):
Patient will improve SPADI score by 25% in order to improve tolerance and performance with overhead lifting >2#.
Patient will present with improved shoulder girdle strength to >4/5 MMT grade in order to improve shoulder stabilization with overhead activities.
Patient will present with improved shoulder AROM to WNL in order to improve GH/scapular mobility with FIR/FER activities.
Patient will report decreased shoulder pain to 0-3/10 on a VAS in order to return to PLOF with recreational and leisure activities.

**Plan**

Planned therapy interventions: aquatic therapy, dry needling, electrical stimulation- pain relief, hot/cold pack application, manual therapy, therapeutic exercise, therapeutic activities and ultrasoound
Frequency: 2x week
Duration in visits: 16
Duration in weeks: 8
Treatment plan discussed with: patient

## PT Complexity Statement

**Medical History Domain**

Personal factors and / or comorbidities:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

Other

As listed above, this patient has a history of 3 personal factors and / or comorbidities that impact this plan of care.

**Body Systems Domain**

As seen in the problem list and functional limitations listed above, this patient presents with 3 elements form: body structures and functions, activity limitations, and / or participating restrictions that impact this plan of care.

**Functional Outcomes Domain**

The results of this functional outcomes measure indicate a Low level of functional disability / impairment requiring that level of complexity in clinical decision making for the completion of this evaluation and plan of care.

**Clinical Presentation**

This patient's clinical presentation is stable and unchanging.

**Overall Complexity**

**Low**

## Treatment / Interventions

physical therapy evaluation completed (20 minutes).

Manual therapy x 23 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles.

Patient also instructed in pendulum exercises.

Proceed with normal RC repair protocol, POC next.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000608599
Visit date: 6/13/2019

Sex: F

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 6/13/2019 4:00 PM (continued)** Version 2 of 2

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 6/24/2019 9:23 AM
Electronically Authenticated by Dominick Vincent Zarrella, PT on 7/11/2019 3:21 PM

**Progress Notes by Dominick Vincent Zarrella, PT at 6/13/2019 4:00 PM** Version 1 of 2

Author: Dominick Vincent Zarrella, PT    Service: —    Author Type: Physical Therapist
Filed: 6/24/2019 9:23 AM    Encounter Date: 6/13/2019    Status: Signed
Editor: Dominick Vincent Zarrella, PT (Physical Therapist)
Related Notes: Addendum by Dominick Vincent Zarrella, PT (Physical Therapist) filed at 7/11/2019 3:21 PM

## Physical Therapy Initial Evaluation

Patient Name: Barbara McKeithan

Date of Birth:

MRN #: 3778305

Today's Date: 6/24/2019

Diagnosis:

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Pain, joint, shoulder, right** | **M25.511** |

Referring Physician: Taylor, Rachael E., PA-C

## Patient Medical History

There is no problem list on file for this patient.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

**Past Surgical History:**

FirstHealth
OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000608599
Visit date: 6/13/2019

Sex: F

Physical Therapy Notes (continued)

**Progress Notes by Dominick Vincent Zarrella, PT at 6/13/2019 4:00 PM (continued)** Version 1 of 2

| Procedure | Laterality | Date |
|---|---|---|
| • SHOULDER SURGERY<br>*arthroscopic SAD with partial acromioplasty, distal claviculectomy (mumford), RTC repair of partial tear* | Left | 07/10/2019 |

## History of Present Illness

Subjective

HPI

**Subjective Evaluation**

**History of Present Illness**
Mechanism of injury: The patient reports that she is no longer able to work at her old job because of the heavy items that she must lift. She has already been subjected to left shoulder surgery (7/10/2018) and a right shoulder surgery (right RTC repair on 5/7/2019). She has removed her post-operative sling, and she presents to PT for normal rehab protocol.

**Pain**
Current pain rating: 5
At best pain rating: 3
At worst pain rating: 7
Quality: dull ache, throbbing, tight and pulling

**Patient Goals**
Patient goals for therapy: decreased pain, increased motion, increased strength and independence with ADLs/IADLs

## Objective Findings

**Objective**

**Palpation**

Right Tenderness of the anterior deltoid, biceps, levator scapulae, posterior deltoid, rhomboids, supraspinatus, thoracic paraspinals and upper trapezius.
Trigger point to levator scapulae, rhomboids, thoracic paraspinals and upper trapezius.

**Tenderness**

Right Shoulder
Tenderness in the bicipital groove, medial scapula and supraspinatus tendon.

**Passive Range of Motion**

Right Shoulder
Flexion: 65 degrees with pain
Extension: 20 degrees with pain
Abduction: 45 degrees with pain
External rotation 0°: 15 degrees with pain
Internal rotation 0°: 15 degrees with pain

**Strength/Myotome Testing**

Right Shoulder

Planes of Motion
Flexion: 2+
Extension: 2+
Abduction: 2+
External rotation at 0°: 2+
Internal rotation at 0°: 2+

## Physical Therapy Assessment

**Assessment & Plan**

**Assessment**
Impairments: abnormal or restricted ROM, activity intolerance, impaired physical strength, lacks appropriate home exercise program and pain with function
Assessment details: S/P right RTC repair on 5/7/2019. Normal post-operative protocol applies. Skilled PT required 2 x week for 8 weeks to address all deficit areas and to educate patient in HEP for self-management of condition.

**Goals**
STGs (within 4 weeks):
Patient will independently verbalize and demo full understanding with initial HEP.
Patient will verbalize pain management strategies including cryotherapy and moist heat therapy in order to manage symptoms with lifting and standing activities.
Patient will demo improved postural and shoulder alignment in order to improve GH joint mechanics with ADLs.
Patient will report decreased max shoulder pain to a 5/10 on a VAS in order to improve quality of life and improve performance with work related activities.
LTGs (within 8 weeks):
Patient will improve SPADI score by 25% in order to improve tolerance and performance with overhead lifting >2#.
Patient will present with improved shoulder girdle strength to >4/5 MMT grade in order to improve shoulder stabilization with overhead activities.
Patient will present with improved shoulder AROM to WNL in order to improve GH/scapular mobility with

FIR/FER activities.
Patient will report decreased shoulder pain to 0-3/10 on a VAS in order to return to PLOF with recreational and leisure activities.

**Plan**

Planned therapy interventions: aquatic therapy, dry needling, electrical stimulation- pain relief, hot/cold pack application, manual therapy, therapeutic exercise, therapeutic activities and ultrasoound
Frequency: 2x week
Duration in visits: 16
Duration in weeks: 8
Treatment plan discussed with: patient

## PT Complexity Statement

**Medical History Domain**

Personal factors and / or comorbidities:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Body mass index (BMI) greater than 25 | |
| • Chronic left shoulder pain | |
| • Subacromial impingement of right shoulder | |

Other

As listed above, this patient has a history of 3 personal factors and / or comorbidities that impact this plan of care.

**Body Systems Domain**

As seen in the problem list and functional limitations listed above, this patient presents with 3 elements form: body structures and functions, activity limitations, and / or participating restrictions that impact this plan of care.

**Functional Outcomes Domain**

The results of this functional outcomes measure indicate a Low level of functional disability / impairment requiring that level of complexity in clinical decision making for the completion of this evaluation and plan of care.

**Clinical Presentation**

This patient's clinical presentation is stable and unchanging.

**Overall Complexity**

**Low**

## Treatment / Interventions

physical therapy evaluation completed (20 minutes).

Manual therapy x 23 minutes: STM t/o right shoulder girdle; trigger point release to right upper trap, rhomboid muscles.

Patient also instructed in pendulum exercises.

Proceed with normal RC repair protocol, POC next.

FirstHealth OF THE CAROLINAS

FirstHealth Raeford Teal Drive
313 Teal Drive
Raeford NC 28376-2527
Physcial Therapy Record

McKeithan, Barbara
MRN: 3778305, DOB:
Acct #: 10000608599
Visit date: 6/13/2019

Sex: F

**Physical Therapy Notes (continued)**

**Progress Notes by Dominick Vincent Zarrella, PT at 6/13/2019 4:00 PM (continued)** Version 1 of 2

Dominick Vincent Zarrella, PT

Electronically Authenticated by Dominick Vincent Zarrella, PT on 6/24/2019 9:23 AM

**Flowsheets (all recorded)**

**Physical Therapy Charges - Thu June 13, 2019**

| Row Name | 1643 |
|---|---|
| Time Calculation | |
| Start Time | 1600 -DZ |
| Stop Time | 1643 -DZ |
| Time Calculation | 43 min -DZ |
| Physical Therapy Charges | |
| PT Evaluation - Low Complexity | 1 20 -DZ |
| $ Manual Therapy Techniques | 2 23 -DZ |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DZ | Dominick Vincent Zarrella, PT | 06/29/18 - |

Request Corr.

3778305

RECEIVED

SEP 03 2019

FHC HEALTH INFORMATION MANAGEMENT SERVICES

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

FIRSTHEALTH OF THE CAROLINAS
10 Aviemore Drive
ATTN: MEDICAL RECORDS
PINEHURST, NC 28374

Date: Aug 27, 2019
Re: Long Term Disability Benefits
Claim# 8520656 5434912
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: MTMH4

Dear MR 910 715 2443 opt0,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

From June 1, 2019 to Present
Please provide medical records - Seen by: First Health Physical Therapy

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Carlo Angelo Toledo
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

1

5434912

Request Corr.

**FirstHealth of the Carolinas**
HIM - Release of Information
155 Memorial Drive
PO Box 3000
Pinehurst, NC 28374

9/5/19

RELEASEPOINT
PO BOX 1390
SAINT PETERS, MO 63376

RE: Request ID: 4473085
Records of: Barbara Mckeithan
MRN: 3778305
Date of Birth:
Date request received: 9/3/2019

TO: RELEASEPOINT:

The enclosed records for Barbara Mckeithan have been provided to you by the Release of Information Unit at Firsthealth of the Carolinas. These photocopies have been made from the original records and the confidentiality of these records is protected by both State and Federal laws. These copies are intended exclusively for the requested purpose and should not be redisclosed without the written authorization of the person to whom they pertain or as specifically permitted by law. If you have any questions, please contact us at (910) 715-2443.

Thank you.

# Quality Assurance Report

## Request Information

Report Date: September 10, 2019

**RP ID:** 5434912

Patient Name: MCKEITHAN, BARBARA

Provider Name: FIRSTHEALTH OF THE CAROLINAS

## Quality Assurance Information

Scope Requested: **From June 1, 2019 to Present**

Special Request:

Please provide medical records - Seen by: First Health Physical Therapy

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MLGER

**From:** LincolnAbsenceNotification@lfg.com
**To:**
Corette.CosbertBoone@unilever.com;Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Barbara Mckeithan, EmpID 000428836, Disability Claim No. 8520656

This is to notify you that there has been an approval or extension of your employee's Long Term disability claim.

There is **no action required** by you at this time unless the employee has returned to work. This email is for informational purposes only.

**Long Term Disability Information:**

Benefit Payments Period: 1/8/2019 thru 1/7/2021

**IMPORTANT NOTE —** Upon the employee's return to work, please ensure that they are properly restored to an active status in Workday. Failure to report the actual return to work date could result in a delay in payment of the employee's salary. Please instruct the employee's People Experience Lead (PEL) to make this update.

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 14293 or contact the assigned Case Manager at Katherine.Ellis@lfg.com. Please be sure to reference claim number 8520656.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1757

| | |
|---|---|
| Date: | September 3, 2019 |
| To: | FIRST HEALTH |
| Attn: | |
| Fax: | (910) 715-2456 |
| From: | Aimee Mullen<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1757 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1757

September 3, 2019

First Health

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

To Whom It May Concern:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to Barbara McKeithan's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by September 4, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Aimee Mullen
Claims Examiner
Phone No.: (800) 291-0112 Ext. 14261
Secure Fax No.: (603) 430-1757

Attachments: 8520656-MEDICAL-FORMS - TREATING PROVIDER-08.16.2019

Fax [crossed out] For My
Medical Records
910-715-2456

08/03/2019 SAT 09:22 [TX/RX NO 9999] 001

5434912

# AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS# optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial) | Birth Date (MM/DD/YYYY) | Social Security Number | MR# -Internal Use |
|---|---|---|---|
| * MCKEITHAN, BARBARA Ann | * | | |
| * Mailing Address (Include Street/PO Box, City and Zip Code) | | * Telephone# (Including Area Code) | |
| * Date/s of Treatment Covered Under Request: FROM: 06/01/2019 TO: Present | Date Copies Needed By: | * Mail ☐ Pick-up ☐ (Positive ID Required) | |

* I hereby authorize: ☒ FirstHealth - FIRSTHEALTH OF THE CAROLINAS
☐

* to release copies of records on the above patient to ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

**ADDRESS:** PO Box 1390 St. Peters MO 63376
*(Indicate complete mailing address if different from patient address)*

**PHONE NUMBER:** 1-800-381-0112 **FAX NUMBER:** 603 559 1812 ATTN Katie Ellis

* **INFORMATION TO BE RELEASED INCLUDES** *(Check applicable box/s and include other information in the space below. Please also be aware that you may be charged for any records copied):*

- ☐ ED Physician Report
- ☐ History and Physical
- ☐ Discharge Summary
- ☐ Consultation Report/s
- ☐ Operative Reports
- ☐ Pathology Report/s
- ☐ Laboratory Report/s
- ☒ Other all PHI excluding x-ray films
- ☐ EKG Report/s
- ☐ X-ray Report(s)
- ☐ X-ray Films
- ☐ Abstract (All MD dictations & diagnostics)
- ☐ Complete Record
- ☐ Record Review Request

* **BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:
(____) Alcohol or drug abuse, (____) Mental or behavioral health or psychiatric care,
(____) AIDS and/or HIV diagnoses (____) Psychotherapy session notes and records

* **PURPOSE OF RELEASE:** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective except to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

* Barbara A McKeithan * 8/1/2019 * 3:27pm
**Signature of Patient/**Individual With Legal Authority to Sign** Date (Time)

* BNak * 8/8/2019 *
**Signature of Witness** (Date) (Time)

******THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION)***

Patient is unable to authorize release of records/information as a result of the following (check one):

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other)________

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth** OF THE CAROLINAS

**Authorization to Release Health Information**

Place Patient Label
Inside This Box

Page 1 of 1 Original: Patient Chart 1ROI001 3181.92.15009 03.ihs Sunset Date: 11/2019

FROM:Corvias TO:9107152456 08/03/2019 08:16:13 #434 P.001/001

FROM:Corvias TO:16035591812 08/16/2019 12:37:46 #451 P.002/004

5434912

AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial) | Birth Date (MM/DD/YYYY) | Social Security Number | MR# Internal Use |
|---|---|---|---|
| MCKEITHAN, BARBARA Ann | | | |
| Mailing Address (Include Street/PO Box, City and Zip Code) | | Telephone # (Include Area Code) | |
| Dates of Treatment Covered Under Request: FROM: 06/01/2019 TO: Present | Date Copies Needed By: | Mail ☐ Pick-up ☐ (Positive ID Required) | |

I hereby authorize: ☒ FirstHealth - FIRSTHEALTH OF THE CAROLINAS
☐

to release copies of records on the above patient to: ☐ myself ☒ Other ATTN. Lincoln Financial Group (c/o ReleasePoint)

**ADDRESS:** PO Box 1390 St. Peters MO 63376
*(Indicate complete mailing address if different from patient address)*

**PHONE NUMBER:** 1-800-331-6722 / 517633 **FAX NUMBER:** 603 559 1812 ATTN Katie Ellis

**INFORMATION TO BE RELEASED INCLUDES** *(Check applicable boxes and indicate other information in the space below. Please also be aware that you may be charged for any records copied)*:

| | | | |
|---|---|---|---|
| ☐ ED Physician Report | ☐ Operative Report/s | ☐ EKG Report/s | ☐ Abstract (All MD dictations & diagnostics) |
| ☐ History and Physical | ☐ Pathology Report/s | ☐ X-ray Report(s) | ☐ Complete Record |
| ☐ Discharge Summary | ☐ Laboratory Report/s | ☐ X-ray Films | ☐ Record Review Request |
| ☐ Consultation Report/s | ☒ Other all PHI, excluding x-ray films | | |

**BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:

(____) Alcohol or drug abuse, (____) Mental or behavioral health or psychiatric care,
(____) AIDS and/or HIV diagnoses (____) Psychotherapy session notes and records

**PURPOSE OF RELEASE:** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke the authorization**. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

Barbara A McKeithan — 8/1/2019 — 3:27pm
**Signature of Patient/***Individual With Legal Authority to Sign** (Date) (Time)

Wayne McNair — 8/8/19
**Signature of Witness** (Date) (Time)

******THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION:***

If patient is unable to authorize release of records/information as a result of the following (check one):

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other) ____________

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth** OF THE CAROLINAS

**Authorization to Release Health Information**

Place Patient Label

1ROI001

Page 1 of 1 Original: Patient Chart 818? 99.15009 03.the Revised Date: 11/2019



**Lincoln/McKeithan 0720**

08/03/2019 SAT 09:20 [TX/RX NO 9998] 001

5434912

AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial): MCKEITHAN, BARBARA Ann | Birth Date (MM/DD/YYYY): | Social Security Number | MR# -Internal Use |
|---|---|---|---|
| Mailing Address (Include Street/PO Box, City and Zip Code): | | Telephone # (including Area Code): | |
| Dates of Treatment Covered Under Request: FROM: 06/01/2019 TO: Present | Date Copies Needed By: | Mail ☐ Pick-up ☐ (Positive ID Required) | |

I hereby authorize: ☒ FirstHealth: FIRSTHEALTH OF THE CAROLINAS
☐

to release copies of records on the above patient to: ☐ myself ☒ Other: ATTN: Lincoln Financial Group (c/o ReleasePoint)

**ADDRESS:** PO Box 1390 St. Peters MO 63376
*(Indicate complete mailing address if different from patient address)*

**PHONE NUMBER:** 1-800-331-0112   **FAX NUMBER:** 603 559 1812 ATTN Katie Ellis

**INFORMATION TO BE RELEASED INCLUDES** *(Check applicable boxes and indicate other information in the space below. Please also be aware that you may be charged for any records copied)*:

☐ ED Physician Report ☐ Operative Report/s ☐ EKG Report/s ☐ Abstract (All MD dictations & diagnosis)
☐ History and Physical ☐ Pathology Report/s ☐ X-ray Report(s) ☐ Complete Record
☐ Discharge Summary ☐ Laboratory Report/s ☐ X-ray Films ☐ Record Review Request
☐ Consultation Report/s ☒ Other: all PHI, excluding x-ray films

**BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:

(____) Alcohol or drug abuse, (____) Mental or behavioral health or psychiatric care,
(____) AIDS and/or HIV diagnoses (____) Psychotherapy session notes and records

**PURPOSE OF RELEASE:** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

Barbara A McKeithan   8/1/2019   3:27pm
**Signature of Patient/**Individual With Legal Authority to Sign**   (Date)   (Time)

[signature]   8/18/2019   11:11 pm
**(Signature of Witness)**   (Date)   (Time)

*****THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION***

Patient is unable to authorize release of records/information as a result of the following (check one):

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other)____

NOTE: If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth** OF THE CAROLINAS

Authorization to Release Health Information

Page 1 of 1   Original: Patient Chart

1ROI001

Place Patient Label Inside This Box

8181 99 13009 03.ttc   Sunset Date: 11/2019

FROM:Corvias TO:19107152456 08/03/2019 08:14:04 #432 P.001/001

FROM:Corvias TO:16035591812 08/16/2019 12:40:22 #451 P.004/004

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

| | |
|---|---|
| Date: | August 28, 2019 |
| To: | FIRST HEALTH |
| Attn: | |
| Fax: | (910) 715-2456 |
| From: | Margaret LaBossiere<br>Claims Case Manager<br>On Behalf Of: Katie Ellis<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-1812 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 8520656<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

August 28, 2019

First Health

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656
Claimant: Barbara McKeithan
Claimant D.O.B.:

To Whom It May Concern:

Please see Ms. Mckeithan's 3 pages of signed and witnessed authorizations to release medical records. Please forward the previously requested records to us so that we can restart her disability payments.
If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Margaret LaBossiere
Claims Case Manager
On Behalf Of: Katie Ellis
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Attachments: 8520656-MEDICAL-FORMS - TREATING PROVIDER-08.16.2019

Fax For My

Medical Records

910-715-2456

**FirstHealth**
OF THE CAROLINAS

**Authorization to Release Health Information**

Page 1 of 1 Original: Patient Chart

1ROI001

Place Patient Label
Inside This Box

3181.92.1500903.ihs Sunset Date: 11/2019

NOTE: If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

Patient is unable to authorize release of records/information as a result of the following (check one):

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other) ____________

***THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION)

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

* Barbara A McKeithan * 8/1/2019 * 3:27pm
Signature of Patient/**Individual With Legal Authority to Sign Date (Time)

* BNap * 8/8/2019 *
Signature of Witness (Date) (Time)

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective except to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

* **PURPOSE OF RELEASE:** Claims - Disability Insurance

( ) Alcohol or drug abuse, ( ) Mental or behavioral health or psychiatric care,
( ) AIDS and/or HIV diagnoses ( ) Psychotherapy session notes and records

* **BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:

| | | | |
|---|---|---|---|
| ☐ ED Physician Report | ☐ Operative Reports | ☐ EKG Reports | ☐ Abstract (All MD dictations & diagnostics) |
| ☐ History and Physical | ☐ Pathology Reports | ☐ X-ray Report(s) | ☐ Complete Record |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ X-ray Films | ☐ Record Review Request |
| ☐ Consultation Reports | ☒ Other all PHI excluding x-ray films | | |

* **INFORMATION TO BE RELEASED INCLUDES** (Check applicable boxes and include other information in the space below. Please also be aware that you may be charged for any records copied):

**PHONE NUMBER:** 1-800-381-0112 **FAX NUMBER:** 603 559 1812 ATTN Katie Ellis

(Indicate complete mailing address if different from patient address)

**ADDRESS:** PO Box 1390 St. Peters MO 63376

* to release copies of records on the above patient to ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

* I hereby authorize: ☒ FirstHealth - FIRSTHEALTH OF THE CAROLINAS
☐

| | | | |
|---|---|---|---|
| * Printed Patient Name (Last, First, Middle Initial): MCKEITHAN, BARBARA Ann | * Birth Date (MM/DD/YYYY): | Social Security Number | MR# -Internal Use |
| * Mailing Address (Include Street/PO Box, City and Zip Code): | | * Telephone # (Including Area Code): | |
| * Dates of Treatment Covered Under Request: FROM: 06/01/2019 TO: Present | Date Copies Needed By: | * Mail ☐ Pick-up ☐ (Positive ID Required) | |

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated (SS# optional). Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

AUTHORIZATION TO RELEASE HEALTH INFORMATION

5434912

5434912

AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| | | | |
|---|---|---|---|
| Printed Patient Name (Last, First, Middle Initial): MCKEITHAN, BARBARA | Birth Date (MM/DD/YYYY): | Social Security Number | MR# Internal Use |
| Mailing Address (Include Street/PO Box, City and Zip Code): | | Telephone# (Including Area Code): | |
| Date/s of Treatment Covered Under Request: FROM: 06/01/2019 TO: Present | Date Copies Needed By: | Mail ☐ Pick up ☐ (Positive ID Required) | |

I hereby authorize: ☒ FirstHealth - FIRSTHEALTH OF THE CAROLINAS
☐

to release copies of records on the above patient to ☐ myself ☒ Other: ATTN: Lincoln Financial Group (c/o ReleasePoint)

**ADDRESS:** PO Box 1390 St. Peters MO 63376
*(Indicate complete mailing address if different from patient address)*

**PHONE NUMBER:** 1-800-331-0112 617822 **FAX NUMBER:** 603 559 1812 ATTN Katie Ellis

**INFORMATION TO BE RELEASED INCLUDES** *(Check applicable boxes and indicate other information in the space below. Please also be aware that you may be charged for any records copied)*:

| | | | |
|---|---|---|---|
| ☐ ED Physician Report | ☐ Operative Report/s | ☐ EKG Report/s | ☐ Abstract (AB MD dictations & diagnostics) |
| ☐ History and Physical | ☐ Pathology Report/s | ☐ X-ray Report(s) | ☐ Complete Record |
| ☐ Discharge Summary | ☐ Laboratory Report/s | ☐ X-ray Films | ☐ Record Review Request |
| ☐ Consultation Report/s | ☒ Other all PHI, excluding x-ray films | | |

**BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:

(____) Alcohol or drug abuse, (____) Mental or behavioral health or psychiatric care,
(____) AIDS and/or HIV diagnoses (____) Psychotherapy session notes and records

**PURPOSE OF RELEASE:** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

[signature] Barbara A McKeithan 8/1/2019 3:27pm
**Signature of Patient/**Individual With Legal Authority to Sign** (Date) (Time)

[signature] Annie McNair 8/8/19
**Signature of Witness** (Date) (Time)

*****THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION:***

If patient is unable to authorize release of records/information as a result of the following (check one):
☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or
☐ Deceased/Other (clearly state reason if other) ______

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth** OF THE CAROLINAS

**Authorization to Release Health Information**

Place Patient Label
Or Name, Title, Etc.

1RO1001

Page 1 of 1 Original: Patient Chart 8187 99 13009 03 .ibc Revised Date: 11/2019

FROM:Corvias TO:16035591812 08/16/2019 12:39:03 #451 P.003/004

FROM:Corvias TO:9107152456 08/03/2019 08:11:53 #433 P.001/001

08/03/2019 SAT 09:18 [TX/RX NO 9997] 001

Lincoln/McKeithan 0726

08/03/2019 SAT 09:20 [TX/RX NO 9998] 001

5434912

AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial) | Birth Date (MM/DD/YYYY) | Social Security Number | MR# Internal Use |
|---|---|---|---|
| MCKEITHAN, BARBARA | | | |

Mailing Address (Include Street/PO Box, City and Zip Code):

Telephone # (Including Area Code):

Dates of Treatment Covered Under Request: FROM: 06/01/2019 TO: Present

Date Copies Needed By: ☐ Mail ☐ Pick-up (Positive ID Required)

I hereby authorize: ☒ FirstHealth: FIRSTHEALTH OF THE CAROLINAS
☐

to release copies of records on the above patient to: ☐ myself ☒ Other: ATTN: Lincoln Financial Group (c/o ReleasePoint)

**ADDRESS** PO Box 1390 St. Peters MO 63376
*(Indicate complete mailing address if different from patient address)*

**PHONE NUMBER** 1-800-331-0122 (ext 2822) **FAX NUMBER** 603 559 1812 ATTN Katie Ellis

**INFORMATION TO BE RELEASED INCLUDES** *(Check applicable boxes and indicate other information in the space below. Please also be aware that you may be charged for any records copied)*:

- ☐ ED Physician Report
- ☐ History and Physical
- ☐ Discharge Summary
- ☐ Consultation Report/s
- ☐ Operative Report/s
- ☐ Pathology Report/s
- ☐ Laboratory Report/s
- ☒ Other all PHI, excluding x-ray films
- ☐ EKG Report/s
- ☐ X-ray Report(s)
- ☐ X-ray Films
- ☐ Abstract (All MD dictations & diagnosis)
- ☐ Complete Record
- ☐ Record Review Request

**BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:
( ) Alcohol or drug abuse, ( ) Mental or behavioral health or psychiatric care,
( ) AIDS and/or HIV diagnoses ( ) Psychotherapy session notes and records

**PURPOSE OF RELEASE** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

Barbara A McKeithan — 8/1/2019 — 3:27pm
**Signature of Patient/**Individual With Legal Authority to Sign** — Date — (Time)

[signature] — 8/8/2019 — 11:11 pm
**(Signature of Witness)** — (Date) — (Time)

******THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION***

Patient is unable to authorize release of records/information as a result of the following (check one):
☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or
☐ Deceased/Other (clearly state reason if other)

NOTE: If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth** OF THE CAROLINAS

**Authorization to Release Health Information**

1ROI001

Place Patient Label Inside This Box

Page 1 of 1 Original: Patient Chart 8181 99 13009 03.doc Sunset Date 11/2019

Fax # For My
Medical Records
910-715-2456

First Health

08/03/2019 SAT 09:22 [TX/RX NO 9999] ☑001

5434912

AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial) | Birth Date (MM/DD/YYYY) | Social Security Number | MR# Internal Use |
|---|---|---|---|
| MCKEITHAN, BARBARA Ann | | | |
| Mailing Address (Include Street/PO Box, City and Zip Code) | | Telephone # (including Area Code) | |
| Date/s of Treatment Covered Under Request FROM: 06/01/2019 TO: Present | Date Copies Needed By | Mail ☐ Pick-up ☐ (Positive ID Required) | |

I hereby authorize: ☒ FirstHealth FIRSTHEALTH OF THE CAROLINAS
☐

to release copies of records on the above patient to ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

**ADDRESS** PO Box 1390 St. Peters MO 63376
*(Indicate complete mailing address if different from patient address)*

**PHONE NUMBER** 1-800-391-0112 Ext 74382 **FAX NUMBER** 603 559 1812 ATTN Katie Ellis

**INFORMATION TO BE RELEASED INCLUDES** (*Check applicable box/s and indicate other information in the space below.* Please also be aware that you may be charged for any records copied):

| | | | |
|---|---|---|---|
| ☐ ED Physician Report | ☐ Operative Report/s | ☐ EKG Report/s | ☐ Abstract (All MD dictations & diagnostics) |
| ☐ History and Physical | ☐ Pathology Report/s | ☐ X-ray Report(s) | ☐ Complete Record |
| ☐ Discharge Summary | ☐ Laboratory Report/s | ☐ X-ray Films | ☐ Record Review Request |
| ☐ Consultation Report/s | ☒ Other all PHI excluding x-ray films | | |

**BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:
(____) Alcohol or drug abuse, (____) Mental or behavioral health or psychiatric care,
(____) AIDS and/or HIV diagnoses (____) Psychotherapy session notes and records

**PURPOSE OF RELEASE** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

Barbara A McKeithan 8/1/2019 3:27 pm
**Signature of Patient/***Individual With Legal Authority to Sign** (Date) (Time)

BNap 8/8/2019
**(Signature of Witness)** (Date) (Time)

******THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION)***

Patient is unable to authorize release of records/information as a result of the following (check one):

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other)

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth** OF THE CAROLINAS

**Authorization to Release Health Information**

Place Patient Label Inside This Box

1ROI001

**Page 1 of 1** Original: Patient Chart 8181-99-15009 03.ihc Sunset Date: 11/2019

FROM:Corvias TO:9107152456 08/03/2019 08:16:13 #434 P.001/001

FROM:Corvias TO:16035591812 08/27/2019 09:24:17 #474 P.002/007

5434912

AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial) | Birth Date (MM/DD/YYYY) | Social Security Number | MR# Internal Use |
|---|---|---|---|
| MCKEITHAN, BARBARA Ann | | | |
| Mailing Address (include Street/PO Box, City and Zip Code) | | Telephone # (including Area Code) | |
| Date/s of Treatment Covered Under Request FROM: 06/01/2019 TO: Present | Date Copies Needed By | Mail ☐ Pick-up ☐ (Positive ID Required) | |

I hereby authorize: ☒ FirstHealth - FIRSTHEALTH OF THE CAROLINAS

☐

to release copies of records on the above patient to ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

**ADDRESS** PO Box 1390 St. Peters MO 63376

*(Indicate complete mailing address if different from patient address)*

**PHONE NUMBER** 1-800-351-412 ext 47853 **FAX NUMBER** 603 559 1812 ATTN Katie Ellis

**INFORMATION TO BE RELEASED INCLUDES** *(Check applicable boxes and indicate other information in the space below. Please also be aware that you may be charged for any records copied)*

| | | | |
|---|---|---|---|
| ☐ ED Physician Report | ☐ Operative Report/s | ☐ EKG Report/s | ☐ Abstract (All MD dictations & diagnostics) |
| ☐ History and Physical | ☐ Pathology Report/s | ☐ X-ray Report(s) | ☐ Complete Record |
| ☐ Discharge Summary | ☐ Laboratory Report/s | ☐ X-ray Films | ☐ Record Review Request |
| ☐ Consultation Report/s | ☒ Other all PHI, excluding x-ray films | | |

**BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:

(____)Alcohol or drug abuse, (____)Mental or behavioral health or psychiatric care,
(____)AIDS and/or HIV diagnoses (____)Psychotherapy session notes and records

**PURPOSE OF RELEASE** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

Barbara A McKeithan 8/1/2019 3:27pm

**Signature of Patient/**Individual With Legal Authority to Sign** (Date) (Time)

Annie McNair 8/8/19

**Signature of Witness** (Date) (Time)

*****THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION***

Patient is unable to authorize release of records/information as a result of the following (check one):

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other)________

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth** OF THE CAROLINAS

**Authorization to Release Health Information**

Place Patient Label

1ROI001

Page 1 of 1 Original: Patient Chart 818/99 15009 03.thc Sensed Date: 11/2019

5434912

AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial) | Birth Date (MM/DD/YYYY) | Social Security Number | MR# -Internal Use |
|---|---|---|---|
| MCKEITHAN, BARBARA *Ann* | | | |

| Mailing Address (Include Street/PO Box, City and Zip Code) | Telephone (including Area Code) |
|---|---|
| | |

| Dates of Treatment Covered Under Request | Date Copies Needed By | Mail ☐ Pick-up ☐ (Positive ID Required) |
|---|---|---|
| FROM: 06/01/2019 TO: Present | | |

I hereby authorize: ☒ FirstHealth FIRSTHEALTH OF THE CAROLINAS
☐

to release copies of records on the above patient to ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

**(ADDRESS)** PO Box 1390 St. Peters MO 63376
(Indicate complete mailing address if different from patient address)

**PHONE NUMBER** *1-800-331-0112 Ext 18293* **FAX NUMBER** *603 559 1812 ATTN Katie Ellis*

**INFORMATION TO BE RELEASED INCLUDES** (*Check applicable boxes and indicate other information in the space below. Please also be aware that you may be charged for any records copied*):

- ☐ ED Physician Report
- ☐ History and Physical
- ☐ Discharge Summary
- ☐ Consultation Report/s
- ☐ Operative Report/s
- ☐ Pathology Report/s
- ☐ Laboratory Report/s
- ☒ Other all PHI, excluding x-ray films
- ☐ EKG Report/s
- ☐ X-ray Report(s)
- ☐ X-ray Films
- ☐ Abstract (All MD dictations & diagnostics)
- ☐ Complete Record
- ☐ Record Review Request

**BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:
(____) Alcohol or drug abuse, (____) Mental or behavioral health or psychiatric care,
(____) AIDS and/or HIV diagnoses (____) Psychotherapy session notes and records

**PURPOSE OF RELEASE** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

*[signature]* *8/1/2019* *3:27pm*
**Signature of Patient/**Individual With Legal Authority to Sign** Date Time

*[signature]* *8/8/2019* *11:11 pm*
**Signature of Witness** Date Time

*****THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION***

Patient is unable to authorize release of records/information as a result of the following (**check one**):
☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or
☐ Deceased/Other (clearly state reason if other)____

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth** OF THE CAROLINAS

**Authorization to Release Health Information**

Place Patient Label Inside This Box

Page 1 of 1 Original: Patient Chart 1ROI001 8181-99 15009.03.tb Sunset Date: 11/2019

Claim #
85211626
LTD Benefits

ATTN:

Katie Ellis

Appt 8/21/2018
10:20am

I Got a Cortisone Shot
And They put me on
Meloxicam 15 mg
for pain

Next Appt Oct 9, 2018 10:00am

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: August 21, 2019* *Printed: August 21, 2019*
**Barbara McKeithan** Work: (
Female DOE Patient ID:846622

**08/21/2019 - Work School Note: Work Status**
**Provider: Rachael E Taylor PAC**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right shoulder.

Patient may not return to work at this time.
They will be re-evaluated at next office visit in 6 weeks.

No pushing/pulling over 5 pounds.
No lifting over 5 pounds.
No carrying over 5 pounds.
Other restrictions: Desk/admininistrative work with lifting restrictions as noted.

**Treating Provider:** Rachael E Taylor PAC

R Taylor PA-C

Rachael E. Taylor, PA-C

**Electronically signed by Rachael E Taylor PAC on 08/21/2019 at 10:51 AM**

RALEIGH ORTHOPAEDIC

## Appointment Reminder

| | |
|---|---|
| **Patient:** | McKeithan, Barbara |
| **Patient #:** | 846622 |
| **Resource:** | Cadet MD, Edwin R |
| **Date & Time:** | 10/09/2019 10:00 AM |
| **Facility:** | Garner ROC Clinic<br>1325 Timber Drive East<br>Garner, NC 27529-6924<br>(919) 781-5600 |

Claim#
8520[illegible]
LTD Benefits

ATTN:
Katie Ellis

Appt 8/21/2018
10:20am

I Got a Cortisone Shot
And They put me on
Meloxicam 15mg
for Pain
Next Appt Oct 9, 2018 10:00am

# Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: August 21, 2019* *Printed: August 21, 2019*

**Barbara McKeithan** Work

Female DOB: Patient ID:846622

**08/21/2019 - Work School Note: Work Status**
**Provider: Rachael E Taylor PAC**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body part being treated: right shoulder.

Patient may not return to work at this time.
They will be re-evaluated at next office visit in 6 weeks.

No pushing/pulling over 5 pounds.
No lifting over 5 pounds.
No carrying over 5 pounds.
Other restrictions: Desk/admininistrative work with lifting restrictions as noted.

**Treating Provider:** Rachael E Taylor PAC



Rachael E. Taylor, PA-C

**Electronically signed by Rachael E Taylor PAC on 08/21/2019 at 10:51 AM**

RALEIGH ORTHOPAEDIC

**Appointment Reminder**

| | |
|---|---|
| **Patient:** | McKeithan, Barbara |
| **Patient #:** | 846622 |
| **Resource:** | Cadet MD, Edwin R |
| **Date & Time:** | 10/09/2019 10:00 AM |
| **Facility:** | Garner ROC Clinic<br>1325 Timber Drive East<br>Garner, NC 27529-6924<br>(919) 781-5600 |

**HEARD & SMITH, L.L.P.**
Attorneys at Law
10715 Gulfdale St
San Antonio, Texas 78216
Phone: (877) 606-3737
Fax: (210) 820-3777

Partners:
**JOHN R. HEARD**
Board Certified-Civil Trial Lawyer
Texas Board of Legal Specialization
**MARK STANTON SMITH**

August 16, 2019

Barbara Mckeithan

To Whom It May Concern:

My office represents Barbara Mckeithan in a claim for Social Security Disability and/or Supplemental Security Income benefits. My office is in the process of filing a Request for Reconsideration with the Disability Determination Service office. It takes approximately 3-6 months for a decision to be issued.

My client is disabled and unable to work and any assistance is appreciated until Barbara Mckeithan is approved for benefits. If you have any questions, please call my office at 877-606-3737.

Sincerely,

John R. Heard
Attorney at Law

Fax # For My
Medical Records
910-715-2456

5434912

AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| | | | |
|---|---|---|---|
| Printed Patient Name (Last, First, Middle Initial): MCKEITHAN, BARBARA Ann | Birth Date (MM/DD/YYYY): | Social Security Number | MR# -Internal Use |
| Mailing Address (Include Street/PO Box, City and Zip Code) | | Telephone# (Include Area Code) | |
| Dates of treatment Covered Under Request: FROM: 06/01/2019 TO: Present | Date Copies Needed By | Mail ☐ Pick-up ☐ (Positive ID Required) | |

I hereby authorize: ☒ (FirstHealth) FIRSTHEALTH OF THE CAROLINAS
☐

to release copies of records on the above patient to ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

**ADDRESS:** PO Box 1390 St. Peters MO 63376
*(Indicate complete mailing address if different from patient address.)*

**PHONE NUMBER:** 1-800-381-0112 ext 17882 **FAX NUMBER:** 603 559 1812 ATTN: Katie Ellis

**INFORMATION TO BE RELEASED INCLUDES** (*Check applicable box/s and indicate other information in the space below. Please also be aware that you may be charged for any records copied*):

| | | | |
|---|---|---|---|
| ☐ ED Physician Report | ☐ Operative Report/s | ☐ EKG Report/s | ☐ Abstract (All MD dictations & diagnostics) |
| ☐ History and Physical | ☐ Pathology Report/s | ☐ X-ray Report(s) | ☐ Complete Record |
| ☐ Discharge Summary | ☐ Laboratory Report/s | ☐ X-ray Films | ☐ Record Review Request |
| ☐ Consultation Report/s | ☒ Other: all PHI, excluding x-ray films | | |

**BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:
(____) Alcohol or drug abuse, (____) Mental or behavioral health or psychiatric care,
(____) AIDS and/or HIV diagnoses (____) Psychotherapy session notes and records

**PURPOSE OF RELEASE:** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

Barbara A McKeithan — 8/1/2019 — 3:27pm
**Signature of Patient/***Individual With Legal Authority to Sign** (Date) (Time)

BNap — 8/8/2019
**(Signature of Witness)** (Date) (Time)

******THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION***

Patient is unable to authorize release of records/information as a result of the following (check one):
☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or
☐ Deceased/Other (clearly state reason if other) ________

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

FirstHealth OF THE CAROLINAS

**Authorization to Release Health Information**

Place Patient Label Inside This Box

1ROI001

Page 1 of 1 Original: Patient Chart 8181-99-13009 03.ihc Sunset Date: 11/2019

FROM:Corvias TO:9107152456 08/03/2019 08:16:13 #434 P.001/001

FROM:Corvias TO:16035591812 08/16/2019 12:37:46 #451 P.002/004

08/03/2019 SAT 09:22 [TX/RX NO 9999] 001

Lincoln/McKeithan 0740

5434912

AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial) | Birth Date (MM/DD/YYYY) | Social Security Number | MR# Internal Use |
|---|---|---|---|
| MCKEITHAN, BARBARA | | | |
| Mailing Address (Include Street/PO Box, City and Zip Code) | | Telephone # (including Area Code) | |
| Date/s of Treatment Covered Under Request: FROM: 06/01/2019 TO: Present | Date Copies Needed By | Mail ☐ Pick-up ☐ (Positive ID Required) | |

I hereby authorize: ☒ FirstHealth - FIRSTHEALTH OF THE CAROLINAS
☐

to release copies of records on the above patient to ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

**ADDRESS:** PO Box 1390 St. Peters MO 63376

*(Indicate complete mailing address if different from patient address)*

**PHONE NUMBER:** 1-800-321-412 (ext. 47223) **FAX NUMBER:** 603 559 1812 ATTN: Katie Ellis

**INFORMATION TO BE RELEASED INCLUDES** *(Check applicable boxes and indicate other information in the space below. Please also be aware that you may be charged for any records copied)*:

- ☐ ED Physician Report
- ☐ History and Physical
- ☐ Discharge Summary
- ☐ Consultation Report/s
- ☐ Operative Report/s
- ☐ Pathology Report/s
- ☐ Laboratory Report/s
- ☒ Other all PHI, excluding x-ray films
- ☐ EKG Report/s
- ☐ X-ray Report(s)
- ☐ X-ray Films
- ☐ Abstract (All MD dictations & diagnostics)
- ☐ Complete Record
- ☐ Record Review Request

**BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:

(____) Alcohol or drug abuse, (____) Mental or behavioral health or psychiatric care,
(____) AIDS and/or HIV diagnoses (____) Psychotherapy session notes and records

**PURPOSE OF RELEASE:** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

Barbara A McKeithan — 8/1/2019 — 3:27pm

**Signature of Patient/***Individual With Legal Authority to Sign** — Date — (Time)

Lynne McNave — 8/8/19

**Signature of Witness** — (Date) — (Time)

******THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION)***

Patient is unable to authorize release of records/information as a result of the following (**check one**):

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other) ____

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth** OF THE CAROLINAS

**Authorization to Release Health Information**

Place Patient Label

1ROI001

Page 1 of 1 Original: Patient Chart 818/ 99.15009 03.ihc Sunset Date: 11/2019

Lincoln/McKeithan 0742

08/03/2019 SAT 09:20 [TX/RX NO 9998] 001

5434912

# AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| | | | |
|---|---|---|---|
| * Printed Patient Name (Last, First, Middle Initial): MCKEITHAN, BARBARA Ann | * Birth Date (MM/DD/YYYY): | Social Security Number | MR# -Internal Use |
| * Mailing | | * Telephone # (Including Area Code) | |
| * Date/s of Treatment Covered Under Request: FROM: 06/01/2019 TO: Present | Date Copies Needed By | * Mail ☐ Pick-up ☐ (Positive ID Required) | |

* I hereby authorize: ☒ FirstHealth - FIRSTHEALTH OF THE CAROLINAS ☐

* to release copies of records on the above patient to: ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

(ADDRESS) PO Box 1390 St. Peters MO 63376

*(Indicate complete mailing address if different from patient address)*

(PHONE NUMBER) 1-800-331-012 ext 78293 (FAX NUMBER) 603 559 1812 ATTN Katie Ellis

* **INFORMATION TO BE RELEASED INCLUDES** *(Check applicable box/s and indicate other information in the space below. Please also be aware that you may be charged for any records copied)*:

| | | | |
|---|---|---|---|
| ☐ ED Physician Report | ☐ Operative Report/s | ☐ EKG Report/s | ☐ Abstract (All MD dictations & diagnostics) |
| ☐ History and Physical | ☐ Pathology Report/s | ☐ X-ray Report(s) | ☐ Complete Record |
| ☐ Discharge Summary | ☐ Laboratory Report/s | ☐ X-ray Films | ☐ Record Review Request |
| ☐ Consultation Report/s | ☒ Other all PHI, excluding x-ray films | | |

* **BY INITIALING BELOW**, I further authorize release of information that may be present in my record to include information related:

(____) Alcohol or drug abuse, (____) Mental or behavioral health or psychiatric care,

(____) AIDS and/or HIV diagnoses (____) Psychotherapy session notes and records

* **PURPOSE OF RELEASE:** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

* Barbara A McKeithan * 8/1/2019 * 3:27pm

(Signature of Patient/**Individual With Legal Authority to Sign) (Date) (Time)

* [signature] * 8/8/2019 * 11:11 pm

(Signature of Witness) (Date) (Time)

*****THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION***

(Patient is unable to authorize release of records/information as a result of the following (check one):

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other)____________

NOTE: If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

FirstHealth OF THE CAROLINAS

Authorization to Release Health Information

Place Patient Label Inside This Box

1RCI001

Page 1 of 1 Original: Patient Chart 8181 99 15009 03.rhc Sunset Date: 11/2019

FROM:Corvias TO:19107152456 08/03/2019 08:14:04 #432 P.001/001

FROM:Corvias TO:16035591812 08/16/2019 12:40:22 #451 P.004/004

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

August 5, 2019

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are contacting you with important information regarding your claim for benefits, submitted under Unilever, USA's Long Term Disability (LTD) Policy. Benefits have been suspended effective August 5, 2019.

We previously requested information from you and advised that benefits would be suspended if we did not receive the necessary information to further evaluate your claim. Specifically, we are in need of the following information:

Medical records from First Health Physical Therapy for the time period of June 1, 2019 through the present. Additionally, we will need a copy of your appeal for your Social Security Disability application.

As we have not yet received this necessary information, your benefits are suspended.

Although benefit payments will not be issued, your file will remain open until September 3, 2019. We encourage you to submit the above information in a timely manner. Should we not receive the requested information by September 3, 2019, your claim will be closed.

Once this information is received, your claim will be evaluated and benefits reinstated accordingly.

If you have any questions regarding this correspondence, please contact me at the number listed below.

Sincerely,

Katie Ellis
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

July 19, 2019

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On July 19, 2019, we requested medical records from First Health Physical Therapy. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2019 through the present from First Health Physical Therapy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You have informed us that a negligent third party may have caused your claim for disability benefits.

The Policy under which you are covered states that when a covered person's disability is due to another party, Liberty Life Assurance Company of Boston is entitled to recover disability benefits paid to the covered person.

In order to comply with this provision, you or your legal representative must complete the enclosed Third Party Liability and Reimbursement Agreement forms. These forms must be returned no later than September 3, 2019. If we do not receive the requested information by this date, your benefits will not be continued.

Please complete the forms indicated below and return them to our office by September 3, 2019:

_X_ Physical Therapy Authorization

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by August 2, 2019, 15 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by September 3, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than September 3, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Attachments: 8520656-MEDICAL-FORMS - TREATING PROVIDER-07.11.2019

5434912

## AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial) | Birth Date (MM/DD/YYYY) | Social Security Number | MR# -Internal Use |
|---|---|---|---|
| * MCKEITHAN, BARBARA | * | | |

| Mailing Address (Include Street/PO Box, City and Zip Code) | Telephone# (Including Area Code) |
|---|---|
| * | * ( ) |

| Date/s of Treatment Covered Under Request | Date Copies Needed By | Mail / Pick-up (Positive ID Required) |
|---|---|---|
| * FROM: 06/01/2019 TO: Present | | * ☐ Mail ☐ Pick-up (Positive ID Required) |

* I hereby authorize: ☒ (FirstHealth)- FIRSTHEALTH OF THE CAROLINAS
☐

* to release copies of records on the above patient to ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

(ADDRESS) PO Box 1390 St. Peters MO 63376

*(Indicate complete mailing address if different from patient address).*

(PHONE NUMBER) ______ (FAX NUMBER) ______

* **INFORMATION TO BE RELEASED INCLUDES** *(Check applicable box/s and indicate other information in the space below. Please also be aware that you may be charged for any records copied)*

- ☐ ED Physician Report
- ☐ History and Physical
- ☐ Discharge Summary
- ☐ Consultation Report/s
- ☐ Operative Report/s
- ☐ Pathology Report/s
- ☐ Laboratory Report/s
- ☒ Other all PHI, excluding x-ray films
- ☐ EKG Report/s
- ☐ X-ray Report(s)
- ☐ X-ray Films
- ☐ Abstract (All MD dictations & diagnostics)
- ☐ Complete Record
- ☐ Record Review Request

* **BY INITIALING BELOW,** I further authorize release of information that may be present in my record to include information related:

( ) Alcohol or drug abuse, ( ) Mental or behavioral health or psychiatric care,
( ) AIDS and/or HIV diagnoses ( ) Psychotherapy session notes and records

* (PURPOSE OF RELEASE) Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

* ______ * ______ * ______
**(Signature of Patient/***Individual With Legal Authority to Sign)** **(Date)** **(Time)**

* ______ * ______ * ______
**(Signature of Witness)** **(Date)** **(Time)**

***(***THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION.)***

(Patient is unable to authorize release of records/information as a result of the following **(check one)**:)

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other)______

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth**
OF THE CAROLINAS

**Authorization to Release Health Information**

1ROI001

Place Patient Label Inside This Box



**Lincoln/McKeithan 0749**

5434912

# AUTHORIZATION TO RELEASE HEALTH INFORMATION

**INSTRUCTIONS FOR COMPLETING FORM:** Please write legibly and complete all sections **including witness signature** as indicated *(SS # optional)*. Return the completed and signed form to: **Health Information Management, Release of Information PO Box 3000, Pinehurst, NC 28374**

| Printed Patient Name (Last, First, Middle Initial) | Birth Date (MM/DD/YYYY) | Social Security Number | MR# -Internal Use |
|---|---|---|---|
| MCKEITHAN, BARBARA | | | |

| Mailing Address (Include Street/PO Box, City and Zip Code) | Telephone# (Including Area Code) |
|---|---|
| | ( ) |

| Date/s of Treatment Covered Under Request | Date Copies Needed By | Mail ☐ Pick-up ☐ (Positive ID Required) |
|---|---|---|
| FROM: 06/01/2019 TO: Present | | |

I hereby authorize: ☒ FirstHealth– FIRSTHEALTH OF THE CAROLINAS
☐

to release copies of records on the above patient to ☐ myself ☒ Other ATTN: Lincoln Financial Group (c/o ReleasePoint)

(ADDRESS) PO Box 1390 St. Peters MO 63376

*(Indicate complete mailing address if different from patient address).*

(PHONE NUMBER) (FAX NUMBER)

**INFORMATION TO BE RELEASED INCLUDES** (*Check applicable box/s and indicate other information in the space below. Please also be aware that you may be charged for any records copied*):

☐ ED Physician Report ☐ Operative Report/s ☐ EKG Report/s ☐ Abstract (All MD dictations & diagnostics)
☐ History and Physical ☐ Pathology Report/s ☐ X-ray Report(s) ☐ Complete Record
☐ Discharge Summary ☐ Laboratory Report/s ☐ X-ray Films ☐ Record Review Request
☐ Consultation Report/s ☒ Other all PHI, excluding x-ray films

**BY INITIALING BELOW,** I further authorize release of information that may be present in my record to include information related:

( )Alcohol or drug abuse, ( )Mental or behavioral health or psychiatric care,
( )AIDS and/or HIV diagnoses ( )Psychotherapy session notes and records

**PURPOSE OF RELEASE** Claims - Disability Insurance

I understand that this authorization is voluntary and that I may refuse to sign it. I need not sign this form to ensure healthcare treatment or payment for such treatment.

This authorization is void 180 days after the date signed or anytime I, as the patient, guardian, or legally authorized representative make a **specific written request to the entity noted above to revoke** the authorization. Such revocation shall be effective *except* to the extent that the facility has already used or disclosed information in reliance on the authorization.

I understand that once information is used or disclosed based on this authorization it may be re-disclosed by the recipient and at such time may no longer be protected by federal privacy laws or regulations.

**(Signature of Patient/***Individual With Legal Authority to Sign)** **(Date)** **(Time)**

**(Signature of Witness)** **(Date)** **(Time)**

***(***THE FOLLOWING SECTION MUST BE COMPLETED WHENEVER PATIENT IS UNABLE TO PERSONALLY SIGN FOR RELEASE OF PROTECTED HEALTH INFORMATION)***

(Patient is unable to authorize release of records/information as a result of the following (**check one**):)

☐ Patient is a minor, ☐ Patient is mentally incompetent, ☐ Patient has a physical disability that prohibits signing, or

☐ Deceased/Other (clearly state reason if other)

**NOTE:** If the patient is deceased, only the executor and/or administrator of the estate or next-of-kin may authorize release of copies of medical records. Documentation reflecting such individuals' legal authority to sign for release of records must be provided.

**FirstHealth**
OF THE CAROLINAS

**Authorization to Release Health Information**

1ROI001

Place Patient Label Inside This Box

ReleasePoint

## Medical Record Overview

**Date:** **July 8, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** Dr. Edwin Cadet
10880 Durant Road
Raleigh, NC 27614
(919) 781-5600

**RP ID:** 5434911

**Client ID:** 8520656

**Source:** LIBMT1

**Request Scope:** From June 1, 2019 to Present

**Req By:** K Ellis
05-290886

**Chart Range:** 06/19/2019 - 07/05/2019

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 19 2019 | Jul 5 2019 | 4 | 2 |
| Request Corr. | | | 2 | 6 |
| Questionnaire | Jul 5 2019 | Jul 5 2019 | 1 | 8 |
| | | **Total Page Count:** | 7 | |

**Notes From QC:**

# RALEIGH ORTHOPAEDIC

*Pioneering Orthopaedics Since 1919*

• Hand & Wrist • Shoulder & Elbow • Spine • Hip & Knee • Foot & Ankle •
• Sports Medicine • General Orthopaedics • Total Joint Replacements •

**Lincoln Clm# 8520656**

**ATTENDING PHYSICIAN'S STATEMENT**

| | |
|---|---|
| **Date:** | 07/05/2019 |
| **Name of Patient:** | Barbara McKeithan |
| **DOB:** | |
| **ROC Patient #:** | 846622 |
| **Diagnosis and ICD:** | M75.121, S43.431A, M75.41- Right shoulder high grade partial articular sided rotator cuff tear, impingement, labral fraying; Onset- @ 1 year |
| **Date of Surgery:** | 05/07/2019 |
| **Surgical Procedure:** | CPT#s 29823, 29826, 29827- Right shoulder arthroscopy with rotator cuff repair, subacromial decompression and extensive labral debridement |
| **Name of Hospital:** | Raleigh Orthopaedic Surgery Center, 3001 Edwards Mill Rd., #100, Raleigh, NC 27612; (919) 719-3070 |
| **Admission Status:** | Outpatient |
| **Dates of Total Disability:** | 05/07/2019 – 06/19/2019 |
| **Dates of Partial Disability:** | 02/27/19 – 05/06/19; 06/19/2019 – Approx. 08/21/2019 |
| **Dates of Office Visits:** | 02/27, 03/19(MRIs), 04/03, 05/22, 06/19/19 |
| **Next Appointment:** | 08/21/2019 |
| **Comments:** | Patient released to return to restricted work duty on 06/19: "desk/admin work with 2 pound max lifting, no overhead lifting". (If this work is unavailable, remain out of work.) To continue PT for ROM/strength. Work status to be reassessed on 08/21. Cc 06/19 notes attached for details. |

**Name of Attending Physician:** Edwin R. Cadet, MD NC Lic.# 201300934

**Signature of Attending Physician:** ER Cadet

**Fax: 919-863-6821** **Tax ID#:** 56-0941814

It is the policy of Raleigh Orthopaedic Clinic to provide generic attending physician statements that can be generated and revised on the computer rather than completing individual claim forms that require use of handwriting or a typewriter. This is both cost-efficient and expeditious. Our generic attending physician statement provides the information most commonly requested on claim forms and should be sufficient in its place. It is also our policy that disability forms or information requests may take up to 5 – 7 business days for completion due to the high volume of requests. Thank you.

**Phone 919.781.5600 • www.raleighortho.com**

• CLINIC • SURGERY CENTER • URGENT CARE • MRI • THERAPY SERVICES • ORTHOTICS, PROSTHETICS & PEDORTHICS •

| Raleigh Office | Cary Office | Garner Office | Holly Springs Office | North Raleigh Office |
|---|---|---|---|---|
| 3001 Edwards Mill Road | 222 Ashville Avenue #20 | 1325 Timber Drive East | 781 Avent Ferry Road #110 | 10880 Durant Road #300 |
| Raleigh, NC 27612 | Cary, NC 27518 | Garner, NC 27529 | Holly Springs, NC 27540 | Raleigh, NC 27614 |

# Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: June 19, 2019* *Printed: July 8, 2019*
**Barbara McKeithan** Work: Cellular: (910) 977-2478
Female DOB: Patient ID:846622

**06/19/2019 - Office Notes: D43 Rec Rt shoulder**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
Rec Rt shoulder

**History of Present Illness:**
Date of surgery: Right shoulder rotator cuff repair, subacromial decompression, labral debridement.

Procedure: 5/7/2019

Ms. MKeithan returns for her second postoperative check. She has just discontinued the sling per our instructions. She is doing well.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes

**Allergies:**
PERCOCET (Mild)
Allergies were reviewed with the patient during this visit.
**Medications:**
OXYCODONE HCL 5 MG ORAL TABLET (OXYCODONE HCL) Take 1 or 2 tablets by mouth every 4-6 hours as needed for pain; Route: ORAL
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL
Medications were reviewed with the patient during this visit.

**Review of Systems:**
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Confirms numbness, weakness arms. Denies blurred vision, cramps legs/arms, headaches, unsteady gait, weakness legs
Musculoskeletal: Denies joint pain, muscle pain
Psychiatric: Denies anxiety

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: June 19, 2019* *Printed: July 8, 2019*

**Barbara McKeithan** Work: Cellular: (910) 977-2478
Female DOB: Patient ID:846622

Respiratory: Denies chronic cough, shortness of breath, wheezing
Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of controls of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

**Vital Signs:**
**Height (in):** 62 **Weight (lbs):** 145 **BMI:** 26.62

**Physical Exam:**
Incisions are well-healed without sign of infection. Minimal swelling in the shoulder. I can passively forward flex to 120°, externally rotate to 60°, abduct to 90°. Sensation to light touch is intact. Brisk capillary refill is present.

**Assessment and Plan:**
She is going to continue physical therapy to regain strength and range of motion. We will see her back in 2 months.

**Electronically signed by Edwin R Cadet MD on 06/19/2019 at 11:56 AM**

## Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: June 19, 2019* *Printed: July 8, 2019*

**Barbara McKeithan** Work: Cellular: (910) 977-2478
Female DOB: Patient ID:846622

**06/19/2019 - Work School Note: Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

### Work Status

Body part being treated: right Shoulder .

Patient may return to work on 06/19/2019 with the following restrictions:

Other restrictions: Desk/admin work. No overhead lifting. Wt restrictions 2 lbs

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Hope Millner RMA on 06/19/2019 at 11:34 AM**

**RALEIGH ORTHOPAEDIC**

*Pioneering Orthopaedics Since 1919*

• Hand & Wrist • Shoulder & Elbow • Spine • Hip & Knee • Foot & Ankle •
• Sports Medicine • General Orthopaedics • Total Joint Replacement •

# FAX COVER SHEET

**DATE:** 7-8-14

**NUMBER OF PAGES:** 7

**TO:** Lincoln/Release Pt.

**FAX:** 415 491 0277

**PHONE:**

**RE:** Barbara McKeithan

**FROM: Kathy V. Brinkley, BS, Secretary to:**

**Daniel J. Albright, MD, David W. Boone, MD, Edwin R. Cadet, MD, David M. Dare, MD, Wesley S. Eagle, PA-C, Tiffany S. Stephens, PA-C & Rachael E. Taylor, PA-C**

**Phone: 919-863-6858 Fax: 919-863-6821 (or 919-782-6578)**
**Email:** kbrinkley@raleighortho.com

**Comments:** This facsimile message is confidential and may contain privileged information intended only for the use of the individual of the facility named. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so that we may arrange for the return of the original message to us. Thank you.

**Phone 919.781.5600 • www.raleighortho.com**

• CLINIC • SURGERY CENTER • URGENT CARE • MRI • THERAPY SERVICES • ORTHOTICS, PROSTHETICS & PEDORTHICS •

| Raleigh Office | Cary Office | Garner Office | Holly Springs Office | North Raleigh Office |
|---|---|---|---|---|
| 3001 Edwards Mill Road | 115 Kildaire Park Dr #102 | 1325 Timber Drive East | 781 Avent Ferry Road #110 | 10880 Durant Road #300 |
| Raleigh, NC 27612 | Cary, NC 27518 | Garner, NC 27529 | Holly Springs, NC 27540 | Raleigh, NC 27614 |

8466622

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

RALEIGH ORTHOPAEDIC CLINIC
3001 EDWARDS MILL RD
ATTN: MEDICAL RECORDS
RALEIGH, NC 27612

Date: Jun 21, 2019
**Re: Long Term Disability Benefits**
Claim# 8520656 5434911
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: RQQPC3

Dear ext 6910/6879,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From June 1, 2019 to Present**
Please provide medical records and complete the attached form -
Seen by: Dr. Edwin Cadet

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (402) 739-8287 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Tristan Arman Clavio
Disability Information Specialist
Phone No.: (213) 266-7861
Fax No: (402) 739-8287

5434911

Liberty Mutual. INSURANCE

# Restrictions Form

Barbara McKeithan
Employee /Claimant Name — Date of Birth — 8520656 Claim Number

To be completed by physician:

1. DATE FIRST TREATED — *See Attached ROC, HPS & Notes*
DATE LAST TREATED —
NEXT OFFICE VISIT —
DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | [signature] Signature | 07/05/2019 Date |

# Quality Assurance Report

## Request Information

Report Date: July 8, 2019

**RP ID:** 5434911

Patient Name: MCKEITHAN, BARBARA

Provider Name: RALEIGH ORTHOPAEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From June 1, 2019 to Present**

Special Request:

Please provide medical records and complete the attached form - Seen by: Dr. Edwin Cadet

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KCHIO

# Billing Statement:

ReleasePoint

**Invoice Date: 06/10/2019** **Invoice #: 709893-1518**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between May 1 2019 and May 31 2019**

**LIBMT1** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5035307<br>8520656 | MCKEITHAN, BARBARA<br>FAYETTEVILLE ORTHOPEDIC AND SP... | Complete | 04/04/19<br>K Ellis | 8.00 | 0.00 | 0.00 | 0.00<br>21 | **8.00** |
| 5300165<br>8520656 | MCKEITHAN, BARBARA<br>RALEIGH ORTHOPAEDIC CLINIC | Complete | 05/22/19<br>K Ellis | 8.00 | 0.00 | 0.00 | 0.00<br>10 | **8.00** |
| 5173022<br>8520656 | MCKEITHAN, BARBARA<br>FAYETTEVILLE ORTHOPAEDICS | Complete | 05/10/19<br>K Ellis | 8.00 | 0.00 | 0.00 | 0.00<br>84 | **8.00** |
| 5173037<br>8520656 | MCKEITHAN, BARBARA<br>RALEIGH ORTHOPAEDIC CLINIC | Complete | 04/27/19<br>K Ellis | 8.00 | 0.00 | 0.00 | 0.00<br>17 | **8.00** |

**ReleasePoint**

**Total Amount Due: 32.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**Lincoln/McKeithan 0760**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

June 20, 2019

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On June 20, 2019, we requested medical records from Dr. Cadet and First Health Physical Therapy. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2019 through the present from Dr. Cadet.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by August 3, 2019, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information

by September 3, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than September 3, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

**HEARD & SMITH, L.L.P.**
Attorneys at Law
10715 Gulfdale St
San Antonio, Texas 78216
Phone: (877) 606-3737
Fax: (210) 820-3777

Partners:
**JOHN R. HEARD**
Board Certified-Civil Trial Lawyer
Texas Board of Legal Specialization
**MARK STANTON SMITH**

May 23, 2019

Barbara Mckeithan

To Whom It May Concern:

My office represents Barbara Mckeithan in a claim for Social Security Disability and/or Supplemental Security Income benefits. My office filed an Initial Application with the Social Security Administration on 10/16/2018. It could take on average 4-6 months for a decision to be issued.

My client is disabled and unable to work and any assistance is appreciated until Barbara Mckeithan is approved for benefits. If you have any questions, please call my office at 877-606-3737.

Sincerely,

John R. Heard
Attorney at Law

ReleasePoint

## Medical Record Overview

**Date:** **May 22, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** Dr. Edwin Cadet
10880 Durant Road
Raleigh, NC 27614
(919) 781-5600

**Request Scope:** From May 1, 2019 to Present

**Chart Range:** 05/03/2019 - 05/22/2019

**RP ID:** 5300165

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 3 2019 | May 22 2019 | 6 | 2 |
| Labs/Diagnostics | May 7 2019 | May 7 2019 | 2 | 8 |
| Request Corr. | | | 2 | 10 |

**Total Page Count:** 10

**Notes From QC:**

# RALEIGH ORTHOPAEDIC

*Pioneering Orthopaedics Since 1919*

• Hand & Wrist • Shoulder & Elbow • Spine • Hip & Knee • Foot & Ankle •
• Sports Medicine • General Orthopaedics • Total Joint Replacements •

**Lincoln Clm# 8520656**

**ATTENDING PHYSICIAN'S STATEMENT**

| | |
|---|---|
| **Date:** | 05/22/2019 |
| **Name of Patient:** | Barbara McKeithan |
| **DOB:** | |
| **ROC Patient #:** | 846622 |
| **Diagnosis and ICD:** | M75.121, S43.431A, M75.41- Right shoulder high grade partial articular sided rotator cuff tear, impingement, labral fraying; Onset- @ 1 year |
| **Date of Surgery:** | 05/07/2019 |
| **Surgical Procedure:** | CPT#s 29823, 29826, 29827- Right shoulder arthroscopy with rotator cuff repair, subacromial decompression and extensive labral debridement |
| **Name of Hospital:** | Raleigh Orthopaedic Surgery Center, 3001 Edwards Mill Rd., #100, Raleigh, NC 27612; (919) 719-3070 |
| **Admission Status:** | Outpatient |
| **Dates of Total Disability:** | 05/07/2019 - Approx. 4-6 weeks |
| **Dates of Partial Disability:** | *02/27/19 – 05/06/19; Postop: to be determined at postop appointments. |
| **Dates of Office Visits:** | 02/27, 03/19(MRIs), 04/03, 05/22/19 |
| **Next Appointment:** | 06/19/19 |
| **Comments:** | *Patient remains in sling with no use of right shoulder/arm for any work tasks or ADLs. To begin PT protocol next week. Work status to be reassessed on 06/19. Cc Operative report & 05/22 office note attached for details. |

**Name of Attending Physician:** Edwin R. Cadet, MD NC Lic.# 201300934

**Signature of Attending Physician:** ER Cadet

**Fax: 919-863-6821** **Tax ID#:** 56-0941814

It is the policy of Raleigh Orthopaedic Clinic to provide generic attending physician statements that can be generated and revised on the computer rather than completing individual claim forms that require use of handwriting or a typewriter. This is both cost-efficient and expeditious. Our generic attending physician statement provides the information most commonly requested on claim forms and should be sufficient in its place. It is also our policy that disability forms or information requests may take up to 5 – 7 business days for completion due to the high volume of requests. Thank you.

# Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: May 22, 2019* *Printed: May 22, 2019*

**Barbara McKeithan** Work: ( Cellular:
Female DOB: Patient ID:846622

**05/22/2019 - Office Visit: A33 Post Op Rt shoulder**
**Provider: Rachael E Taylor PAC**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
PO Rt shoulder

**History of Present Illness:**
Date of surgery: Right shoulder rotator cuff repair, subacromial decompression, labral debridement
Procedure: 5/7/2019

Ms. MKeithan returns for her first postoperative check. She has been compliant with sling use and her pain is well controlled. She denies any concerning symptoms.

**Past Medical History:**
None

**Family History:**
Cancer: Sister

**Social History**
Smoking status: Never smoker
Caretaker available: Yes
Alcohol use: No
Drug use: No

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes

**Allergies:**
PERCOCET (Mild)

**Medications:**
OXYCODONE HCL 5 MG ORAL TABLET (OXYCODONE HCL) Take 1 or 2 tablets by mouth every 4-6 hours as needed for pain; Route: ORAL
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation; Route: ORAL
EC-NAPROXEN 500 MG ORAL TABLET DELAYED RELEASE (NAPROXEN) Take 1 tablet by mouth 2 times per day with food as needed for pain/swelling; Route: ORAL

**Review of Systems:**
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Confirms numbness, weakness arms. Denies blurred vision, cramps legs/arms, headaches, unsteady gait, weakness legs
Musculoskeletal: Denies joint pain, muscle pain
Psychiatric: Denies anxiety
Respiratory: Denies chronic cough, shortness of breath, wheezing

## Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: May 22, 2019* *Printed: May 22, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of controls of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

**Vital Signs:**
**Height (in):** 62 **Weight (lbs):** 145 **BMI:** 26.62

**Physical Exam:**
Incisions are well-healed without sign of infection. Minimal swelling in the shoulder. I can passively forward flex to 80°, externally rotate to 60°, abduct to 90°. Sensation to light touch is intact. Brisk capillary refill is present.

**Assessment and Plan:**
Sutures were removed and steri-strips placed. Intra-operative findings were reviewed and questions answered. The plan will be to continue the sling for 2 more weeks and she can start physical therapy next week to work on passive range of motion. We will see the patient back in 4-6 weeks. I answered all of her questions today.

**Electronically signed by Rachael E Taylor PAC on 05/22/2019 at 11:11 AM**

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: May 22, 2019* *Printed: May 22, 2019*
**Barbara McKeithan** Work: 1 Cellular:
Female DOB: Patient ID:846622

**05/22/2019 - Clinical Orders: Therapy Order**
**Provider: Ashlee Lyles RMA**
**Location of Care: Raleigh Orthopaedic Clinic**

**INITIAL EVALUATION APPOINTMENTS: (919)863-6996. All others call a location below**
**Raleigh Orthopaedic Therapy Services**
3001 Edwards Mill Rd.Raleigh, NC 27612 Ph: (919) 781-4060 Fax: (919) 781-5246
1325 Timber Drive East, Garner, NC 27529 Ph: (919) 863-6991
10880 Durant Rd.Suite 312, Raleigh, NC 27614 Ph: (919) 453-5638
115 Kildaire Park Dr. Suite 314, Cary, NC 27518-7248 Ph: (919) 863-5924
781 Avent Ferry Rd, Suite 110, Holly Springs, NC 27540 Ph: (919) 645-1411
**PT/Wellness -** 1105 Copeland Oaks Drive, Morrisville, NC 27560 Ph: (919) 863-6975
**Performance Center -** 2400 Sumner Blvd., Raleigh, NC 27616 Ph: (919) 876-1100
1823 NW Maynard Rd., Cary, NC 27513 Ph: (919) 535-8845
***The patient is responsible for taking the prescription to their orthopaedic rehabilitation service provider of choice. Please consider filling this prescription at one of our rehabilitation facilities***

## Therapy Order

Diagnosis #1: S/p RCR
Frequency: 1-2 times per week for 6 weeks.

**Precautions/Instructions:** To begin PT week 3, please follow protocol

**Therapeutic Exercise-Manual Therapy for:** Evaluation and Treatment

I certify that the above referenced patient is currently under my care and that Physical/Hand Therapy is medically necessary for this patient's condition on an outpatient basis.

**Ordering Provider:** Rachael E Taylor PAC

R Taylor PA-C

Rachael E. Taylor, PA-C

**Electronically signed by Ashlee Lyles RMA on 05/22/2019 at 11:01 AM**

# Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: May 3, 2019* *Printed: May 22. 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**05/03/2019 - Rx Refill: Rx Refill**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

**Medications:**
TYLENOL EXTRA STRENGTH 500 MG ORAL TABLET (ACETAMINOPHEN) 2 tablets PO every 8 hours for pain #60 x 0
Route:ORAL
Entered by: Hope Millner RMA
Authorized by: Edwin R Cadet MD
Electronically signed by: Hope Millner RMA on 05/03/2019
Method used: Print then Give to Patient
Note to Pharmacy: Route: ORAL;
RxID: 1872503857705070
ZOFRAN 4 MG ORAL TABLET (ONDANSETRON HCL) Take 1 tablet by mouth every 6 hours as needed for nausea #30 x 1
Route:ORAL
Entered by: Hope Millner RMA
Authorized by: Edwin R Cadet MD
Electronically signed by: Hope Millner RMA on 05/03/2019
Method used: Print then Give to Patient
Note to Pharmacy: Route: ORAL;
RxID: 1872503810701750
OXYCODONE HCL 5 MG ORAL TABLET (OXYCODONE HCL) Take 1 or 2 tablets by mouth every 4-6 hours as needed for pain #40 x 0
Route:ORAL
Entered by: Hope Millner RMA
Authorized by: Edwin R Cadet MD
Electronically signed by: Hope Millner RMA on 05/03/2019
Method used: Print then Give to Patient
Note to Pharmacy: Route: ORAL;
RxID: 1872503810701690
COLACE 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take 1 caspule by mouth 3 times per day for constipation #40 x 0
Route:ORAL
Entered by: Hope Millner RMA
Authorized by: Edwin R Cadet MD
Electronically signed by: Hope Millner RMA on 05/03/2019
Method used: Print then Give to Patient
Note to Pharmacy: Route: ORAL;
RxID: 1872503810701620
EC-NAPROXEN 500 MG ORAL TABLET DELAYED RELEASE (NAPROXEN) Take 1 tablet by mouth 2 times per day with food as needed for pain/swelling #60 x 2
Route:ORAL
Entered by: Hope Millner RMA
Authorized by: Edwin R Cadet MD
Electronically signed by: Hope Millner RMA on 05/03/2019
Method used: Print then Give to Patient
Note to Pharmacy: Route: ORAL;
RxID: 1872503771699720

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: May 3, 2019* *Printed: May 22, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**Electronically signed by Hope Millner RMA on 05/03/2019 at 11:57 AM**

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: May 7, 2019* *Printed: May 22, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**05/07/2019 - Operative Report**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic**

## OPERATIVE REPORT

**Date of Surgery:** 05/07/2019

**PROCEDURE:**
Preoperative diagnosis: Right rotator cuff tear, shoulder impingement.
Postoperative diagnosis: Right rotator cuff tear, shoulder impingement, labral fraying.
Procedure:
1. Right shoulder arthroscopy.
2. Subacromial decompression.
3. Rotator cuff repair.
4. Labral debridement (extensive).

Primary Surgeon: Edwin R Cadet, MD.
First Assist: Rachael Taylor, PA.
Anesthesia: Interscalene block.
Implants: 4.5 mm HEALICOIL anchor (1)

Indication for surgery:
This is a 52 year-old female with persistent right shoulder pain. Preoperative imaging demonstrated the presence of a high-grade partial to full-thickness rotator cuff tear. I counseled the patient at length regarding the risk of surgery. Risks, benefits, and alternatives to the proposed surgery were discussed with the patient. Risks including infection, nerve or vessel injury, complication from anesthesia, complications with hardware needed additional surgery, deep venous thrombosis, pulmonary embolism, stiffness, scarring, persistent pain, recurrence of pain, and the need for further surgery among others were discussed. She was understanding all the risks of surgery and wanted to proceed.

Operative course:
The patient was brought into the operative room in stable condition. Antibiotics were given as per routine. The right upper extremity was sterilely prepped and draped. Surgical timeout was performed prior to the incision to identify the correct patient site.

Examination of the glenohumeral joint confirmed extensive labral fraying at the anterior, superior, and posterior labrum consistent with a type I SLAP tear. This was debrided using an arthroscopic shaver. The chondral surfaces had 0 wear. The biceps was intact

Attention was then turned to the subacromial space. There was extensive subacromial bursitis which was debrided. There was a high-grade partial to full-thickness supraspinatus tendon tear retracted minimally. The coracoacromial ligament was released and a type II acromion morphology was identified. An acromioplasty was performed to create a type I acromial morphology using a high speed shaver/burr. The

# Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: May 7, 2019* *Printed: May 22, 2019*
**Barbara McKeithan** Work: Cellular
Female DOB: Patient ID:846622

greater tuberosity footprint was then debrided. 1 vented anchor was placed at the lateral aspect of the greater tuberosity footprint and for suture limbs were then passed through the good substance of the rotator cuff and tied in a simple repair fashion. Excellent compression of the rotator cuff repair was accomplished across the footprint.

The portals were closed with interrupted 4-0 nylon suture. Sterile dressing and a sling was applied. The patient was transferred to the recovery room in stable condition. All operative findings were discussed with the patient's family member in the waiting room. The patient will wear the sling for 4 weeks and start physical therapy in 3 weeks.

**Electronically signed by Edwin R Cadet MD on 05/07/2019 at 3:14 PM**

# RALEIGH ORTHOPAEDIC

*Pioneering Orthopaedics Since 1919*

• Hand & Wrist • Shoulder & Elbow • Spine • Hip & Knee • Foot & Ankle •
• Sports Medicine • General Orthopaedics • Total Joint Replacement •

## FAX COVER SHEET

**DATE:** 5-22-19

**NUMBER OF PAGES:** 10

**TO:** Lincoln Div / Release Pt.

**FAX:** 213 884 4921

**PHONE:**

**RE:** Barbara McKeithan

**FROM: Kathy V. Brinkley, BS, Secretary to:**

**Daniel J. Albright, MD, David W. Boone, MD, Edwin R. Cadet, MD, David M. Dare, MD, Wesley S. Eagle, PA-C, Tiffany S. Stephens, PA-C & Rachael E. Taylor, PA-C**

**Phone: 919-863-6858 Fax: 919-863-6821 (or 919-782-6578)**
**Email:** kbrinkley@raleighortho.com

**Comments:** This facsimile message is confidential and may contain privileged information intended only for the use of the individual of the facility named. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so that we may arrange for the return of the original message to us. Thank you.

8466622

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

RALEIGH ORTHOPAEDIC CLINIC
3001 EDWARDS MILL RD
ATTN: MEDICAL RECORDS
RALEIGH, NC 27612

May 10, 2019
**Re: Long Term Disability Benefits**
Claim# 8520656 5300165
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ROOPC3

Dear ext 6910/6879,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From May 1, 2019 to Present**
-seen by: Dr. Edwin Cadet

(update)

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Kevin Michael Lituania
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

# Quality Assurance Report

## Request Information

Report Date: May 22, 2019

**RP ID:** 5300165

Patient Name: MCKEITHAN, BARBARA

Provider Name: RALEIGH ORTHOPAEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From May 1, 2019 to Present**

Special Request:
-seen by: Dr. Edwin Cadet

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: NTUBI

ReleasePoint

## Medical Record Overview

**Date:** **May 10, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** BARNES, CHRISTOPHER
3308 Melrose Rd
Fayetteville, NC 28304
(910) 484-3114

**Request Scope:** From December 1, 2018 to Present

**Chart Range:** 07/12/2018 - 12/31/2018

**RP ID:** 5173022

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 12 2018 | Dec 31 2018 | 82 | 2 |
| Other Records | | | 1 | 84 |
| Request Corr. | | | 1 | 85 |

**Total Page Count:** 84

**Notes From QC:**

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 12/31/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 4/4 | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | | 4/4 | | | | | 1:1 w/Therapist *FT* |

Manual: Mobilization

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 15 | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | | 15 | | | | | 1:1 w/Therapist *FT* |

foam roller stretching arm scissoring

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 2 | | | | | 1:1 w/Therapist *JA* |

*2018-12-31: 1/2 roll*

supine pec stretch over foam roller

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 2 | | | | | 1:1 w/Therapist *JA* |

*2018-12-31: 1/2 roll*

doorframe stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | 3/:30 | | | | | | 1:1 w/Assistant *FT* |

SHO: doorway stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | 3 | :30 | | | | | 1:1 w/Therapist *JA* |

*2018-12-31: 90*

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | 20 | | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | 20 | | | | | | 1:1 w/Assistant *FT* |

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | red/3/10 | | | | | | 1:1 w/Therapist *JA* |



Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | red/3/10 | | | | | | 1:1 w/Assistant *FT* |

SHO: IR and ER

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | yellow/3/10 | | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | yellow/3/10 | | | | | | 1:1 w/Assistant *FT* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | 4 | 30" | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | 4 | 30" | | | | | 1:1 w/Assistant *FT* |

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | 4 | 30" | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | 4 | 30" | | | | | 1:1 w/Assistant *FT* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 10 | | | | | 1:1 w/Therapist *JA* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

Fayetteville Orthopaedics & SPORTS MEDICINE Physical & Occupational Therapy

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 18

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 12/31/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Patient mentioned she has pain and discomfort in her shoulder and it has not changed since last visit. She stated she continually has numbness and tingling into her arms and hands. She is worried about having to return to work tomorrow and stated she has call to schedule with Dr. Barnes to discuss returning to work but has not made an appointment yet. She was informed she can walk over after PT and inquire about appointments.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>UBE; initiation of scapular and cuff strengthening | 2 |
| 97140 | Manual Therapy<br>See flowsheet; to increase left shoulder ROM | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient stated she enjoyed the new exercise progressions without any increase in pain and they actually felt good. Continue to progress as tolerated and incorporate UE ROM with weights next visit.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/31/2018

6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18

Joshua Andrews

Joshua Andrews
License #18271
*Initiated by Joshua Andrews on December 31, 2018 at 10:23 am*

Courtney Taylor PT

Courtney Taylor, MPT
License #13149
*Electronically Co-Signed by Courtney Taylor, MPT on January 1, 2019 at 10:21 pm*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 12/26/2018 **Start Date:** 07/12/2018
**Physician:** C. Barnes, MD (1770587255)
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | | 4/4 | | | | | | 1:1 w/Therapist *JA* |

Manual: Mobilization

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | | 15 | | | | | | 1:1 w/Therapist *JA* |

*2018-12-26: Grade 3 A/P and inferior glides with PROM stretching*

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | 20 | | | | | | | 1:1 w/Therapist *JA* |

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | red/3/10 | | | | | | | 1:1 w/Therapist *JA* |

SHO: IR and ER

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | yellow/3/10 | | | | | | | 1:1 w/Therapist *JA* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | 4 | 30" | | | | | | 1:1 w/Therapist *JA* |

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | 4 | 30" | | | | | | 1:1 w/Therapist *JA* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | | 10 | | | | | | 1:1 w/Therapist *JA* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256



Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

## FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

Fayetteville Orthopaedics & SPORTS MEDICINE Physical & Occupational Therapy

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 17

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 12/26/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Patient stated she has some soreness and discomfort in her shoulder. She mentioned she is scheduled to return to work next week but her work requires her to lift >55lbs and use heavy machinery. She stated there is no modified duty and she doesn't feel that she is ready to start back yet.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>UBE; initiation of scapular and cuff strengthening; updated HEP | 2 |
| 97140 | Manual Therapy<br>See flowsheet; to increase left shoulder ROM | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach, HEP updated to improve functional reach | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient was able to tolerate exercise progressions without any increase in pain symptoms. She continues to state she is worried about returning to work secondary to decreased strength and limited motion. Patient was educated on compliance with PT in order to increase strength/ROM to allow her to return to work without difficulty. Continue to progress per protocol.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/26/2018

5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Joshua Andrews

Joshua Andrews
License #18271
*Initiated by Joshua Andrews on December 26, 2018 at 11:49 am*

Courtney Taylor PT

Courtney Taylor, MPT
License #13149
*Electronically Co-Signed by Courtney Taylor, MPT on December 27, 2018 at 10:20 am*

Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 12/18/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | | 4/4 | | | | | 1:1 w/Assistant *KL* |

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | 1/20 | | | | | | 1:1 w/Assistant *KL* |

*2018-12-18: yellow med ball*

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | red/3/10 | | | | | | 1:1 w/Assistant *KL* |

*2018-12-18: and punch*

SHO: IR and ER

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | yellow/2/10 | | | | | | 1:1 w/Assistant *KL* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | 4 | 30" | | | | | 1:1 w/Assistant *KL* |

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | 4 | 30" | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Recertification Note

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 16

**Date of Recertification:** 12/18/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**History of Present Condition/Mechanism of Injury:** Patient is a 51 y.o. female that presents s/p L SAD/DCE/RCR on 7/10/18 by Dr. Barnes. Patient works as Processing Tech and notes insidious onset of shoulder pain in December 2017. Job duties include heavy lifting and carrying, including overhead activities. She is out of work until October.
**Current Complaints / Gains:** pt states she is doing okay; has not returned to work yet "I'm supposed to go back Jan 4th and I'm worried about it"
**Aggravating Factors:** movement
**General Health:** Good
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Body Mass Index**

| | |
|---|---|
| Weight | 135 |
| Height | 62 |
| Units | lbs/in |
| Index | 24.69 |

### Outcome Measurement Tools

**Upper Extremity**

| Shoulder Pain and Disability Index | | *Previous Findings as of 10/06/2018 |
|---|---|---|
| Total %: | 34% | *54%* |
| Pain %: | 40% | *44%* |
| Disability %: | 30% | *60%* |

### Range of Motion

**Previous Findings as of 10/06/2018*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Recertification Note

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/18/2018

**Comments** PROM: full all planes — *PROM: flexion 135 Scaption 161 IR 55 ER 47**

AROM: flexion 140 Scaption 140 IR T8 ER T2 — *AROM: flexion 140 Scaption 140 IR L5 ER C6*

**Strength** — **Previous Findings as of 10/06/2018*

**Comments** MMT Flexion: 4+/5 Scaption 4/5 IR 4+/5 ER 4/5 — *MMT Flexion: 4+/5 Scaption 4/5 IR 4+/5 ER 4-/5*

(pain with abd and ER testing) — *(pain with abd and ER testing)*

**Neuro-Vascular**

**Comments**

**Palpation**

**Comments**

## Assessment

**Assessment/Diagnosis:** Pt is currently 5 months post op but has only had 16 visits of PT - Pt is behind schedule however compliance/attendance has been an issue. Pt has cancelled and missed several appointments due to various reasons. Currently pt is functional but remains weak. Updated HEP with basic scapular and cuff strengthening exercises. Pt would benefit from continued PT to progress functional strength and endurance to aid in eventual return to work.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Rehab Potential:** Good

**Patient Problems:**

- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**

1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |

**Long Term Goals:**

1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Recertification Note

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/18/2018

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Vasopneumatic, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (910)484-4653.

Please sign and return: Fax#: (910)483-9256

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on December 19, 2018 at 11:55 am*

Physician Signature____________________
C. Barnes, MD
Date:____________

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Co-Signed by Hilary Renee Bauer, PT, DPT on December 19, 2018 at 3:24 pm*

Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 16

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 12/18/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** pt states she is doing okay; has not returned to work yet "I'm supposed to go back Jan 4th and I'm worried about it"
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>UBE; initiation of scapular and cuff strengthening; updated HEP | 2 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach, HEP updated to improve functional reach | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt is currently 5 months post op but has only had 16 visits of PT - Pt is behind schedule however compliance/attendance has been an issue. Pt has cancelled and missed several appointments due to various reasons. Currently pt is functional but remains weak. Updated HEP with basic scapular and cuff strengthening exercises. Pt would benefit from continued PT to progress functional strength and endurance to aid in eventual return to work.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/18/2018

7: (16 weeks) | 50% | Patient will be independent with HEP. |
Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on December 19, 2018 at 10:24 am*

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Signed by Hilary Renee Bauer, PT, DPT on December 19, 2018 at 3:24 pm*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Plan of Care

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 16

**Date of Plan of Care:** 12/18/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:** Pt is currently 5 months post op but has only had 16 visits of PT - Pt is behind schedule however compliance/attendance has been an issue. Pt has cancelled and missed several appointments due to various reasons. Currently pt is functional but remains weak. Updated HEP with basic scapular and cuff strengthening exercises. Pt would benefit from continued PT to progress functional strength and endurance to aid in eventual return to work.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |
Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/18/2018

# Plan of Care

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Vasopneumatic, Cryotherapy, Hot Packs
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (910)484-4653.

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on December 19, 2018 at 11:55 am*

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Co-Signed by Hilary Renee Bauer, PT, DPT on December 19, 2018 at 3:24 pm*

Please sign and return: Fax#: (910)483-9256

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
____________________________________________

Physician Signature______________________________
C. Barnes, MD

Date:______________

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 11/15/2018 **Start Date:** 07/12/2018
**Physician:** C. Barnes, MD (1770587255)
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

open book stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-15 | | | | | | | | 1:1 w/Assistant *GC* |

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-15 | | 4/4 | | | | | | 1:1 w/Assistant *GC* |

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-15 | 2# | 4/4 | | | | | | 1:1 w/Assistant *GC* |

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-15 | 1/20ea | | | | | | | 1:1 w/Assistant *GC* |

3-way cane

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-15 | 1/20 | | | | | | | 1:1 w/Assistant *GC* |

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-15 | red /3/10 | | | | | | | 1:1 w/Therapist *GC* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-15 | 4 | 30" | | | | | | 1:1 w/Assistant *GC* |

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-15 | 3ea | 30" | | | | | | 1:1 w/Assistant *GC* |

inferior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-15 | 3 | 30" | | | | | | 1:1 w/Assistant *GC* |


Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

SHO: supine Levy

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-11-15 | 2/2/10 | | | | | | 1:1 w/Assistant *GC* |

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-11-15 | | 10 | | | | | 1:1 w/Assistant *GC* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-11-15 | | 10 | | | | | 1:1 w/Assistant *GC* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*



Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

Fayetteville Orthopaedics & SPORTS MEDICINE Physical & Occupational Therapy

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 15

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 11/15/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Patient reports her arm feels stiff today due to the weather.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>pulleys; AAROM activities | 1 |
| 97140 | Manual Therapy<br>PROM all planes | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach, HEP updated to improve functional reach | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient with good tolerance to exercises this session despite reports of soreness and stiffness prior to session. Improving ROM noted in all planes. Patient reports she will need to be able to lift 25 lbs overhead in order to return to normal work duties.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 11/15/2018

6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Gina Cherico, PT, DPT

Gina Cherico
License #15181
*Electronically Signed by Gina Cherico on November 16, 2018 at 8:53 am*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 11/08/2018 **Start Date:** 07/12/2018
**Physician:** C. Barnes, MD (1770587255)
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

open book stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-08 | 1/10 | 10" | | | | | | 1:1 w/Assistant *KL* |

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-08 | | 4/4 | | | | | | 1:1 w/Assistant *KL* |

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-08 | 2# | 4/4 | | | | | | 1:1 w/Assistant *KL* |

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-08 | 1/20ea | | | | | | | 1:1 w/Assistant *KL* |

*2018-11-08: flexion and scaption (wall wash)*

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-08 | 4 | 30" | | | | | | 1:1 w/Assistant *KL* |

*2018-11-08: t-band for post glide at shoulder*

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-08 | 3ea | 30" | | | | | | 1:1 w/Assistant *KL* |

*2018-11-08: added STM with lacross ball*

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-08 | | 15 | | | | | | 1:1 w/Assistant *KL* |

*2018-11-08: PROM all planes; MFR to pecs, subscap, scap stabs with pt AROM into abd*

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-08 | | 5 | | | | | | 1:1 w/Assistant *KL* |


Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

## Flowsheet Notes

| | |
|---|---|
| *07/12/2018: FS* | *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*<br>**Small RCR protocol; begin table slides 7/25* |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

Fayetteville Orthopaedics & SPORTS MEDICINE Physical & Occupational Therapy

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD
**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 14
**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 11/08/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** pt states she is doing okay; still having a lot of stiffness in her shoulder.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>pulleys; AAROM activities | 1 |
| 97140 | Manual Therapy<br>PROM all planes; MFR to pecs, subscap, scap stabs with pt AROM into abd | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach, HEP updated to improve functional reach | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Progressed self stretching ex and focused on scapular release. Added self STM with lacross ball which pt tolerated well. Pt remains limited passively with ER>IR, mild improvement with trigger point release to subscap and pecs. Will continue to progress.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 11/08/2018

6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Electronically Signed by Krista J Lewis, PTA on November 8, 2018 at 11:34 am*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 11/01/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-01 | | 4/4 | | | | | | 1:1 w/Assistant *JM* |

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-01 | 2# | 4/4 | | | | | | 1:1 w/Assistant *JM* |

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-01 | 20 | | | | | | | 1:1 w/Assistant *JM* |

3-way cane

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-01 | 1/20 | | | | | | | 1:1 w/Assistant *JM* |

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-01 | red /3/10 | | | | | | | 1:1 w/Therapist *JM* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-01 | 3 | 30" | | | | | | 1:1 w/Assistant *JM* |

SHO: supine Levy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-01 | 2/2/10 | | | | | | | 1:1 w/Assistant *JM* |

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-01 | | 10 | | | | | | 1:1 w/Assistant *JM* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-11-01 | | 10 | | | | | | 1:1 w/Assistant *JM* |

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256



Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

## Flowsheet Notes

| | |
|---|---|
| *07/12/2018: FS* | *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*<br>**Small RCR protocol; begin table slides 7/25* |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

Fayetteville Orthopaedics & SPORTS MEDICINE Physical & Occupational Therapy

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 13

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 11/01/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Pt has not been seen for 1 week due to illness. Pt reports mild stiffness along posterior shoulder and into thoracic region
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 1 |
| 97140 | Manual Therapy<br>LUE PROM all planes; posterior jt mobs grade II/III | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach, HEP updated to improve functional reach | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt began session on UBE as a warm up than received STM to reduce trigger point in muscles surrounding scapula. Pt tolerated all exercises without an increase in pain. Pt still limited in AROM above shoulder height. Progress per protocol.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 11/01/2018

6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

MD FU Friday 10-12-18

Johntavis Mallary

Johntavis Mallary
License #18256
*Initiated by Johntavis Mallary on November 1, 2018 at 9:08 am*

Courtney Taylor PT

Courtney Taylor, MPT
License #13149
*Electronically Co-Signed by Courtney Taylor, MPT on November 2, 2018 at 5:35 am*

Powered by WebPT