FILED
2023 Aug-31 AM 05:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 10/12/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | | 4/4 | | | | | 1:1 w/Assistant *JM* |

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | 2# | 4/4 | | | | | 1:1 w/Assistant *JM* |

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | 20 | | | | | | 1:1 w/Assistant *JM* |

3-way cane

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | 1/20 | | | | | | 1:1 w/Assistant *JM* |

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | yellow /3/10 | | | | | | 1:1 w/Therapist *JM* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | 3 | 30" | | | | | 1:1 w/Assistant *JM* |

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | 3ea | 30" | | | | | 1:1 w/Assistant *JM* |

SHO: supine Levy

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | 2/10 | | | | | | 1:1 w/Assistant *JM* |

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | | 10 | | | | | 1:1 w/Assistant *JM* |

Date: **2018-10-12**



Powered by WebPT

EXHIBIT
3, part 3

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**MODALITIES: vasopneumatic compression**

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-12 | | 10 | | | | | 1:1 w/Assistant *JM* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*


Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 12

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 10/12/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Pt reports mild pain upon arrival. Pt states she continues to have progression with functional reaching behind her back.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 1 |
| 97140 | Manual Therapy<br>LUE PROM all planes; posterior jt mobs grade II/III | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach, HEP updated to improve functional reach | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt completed all exercises without an increase in pain. Pt displayed an increase in ROM with IR noted with manual PROM and IR stretch with strap. Pt continues to progress with ROM and strength exercises. Recommend progression of strengthening exercises that promote IR/ER.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

## Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 10/12/2018

6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

MD FU Friday 10-12-18

Johntavis Mallary
License #18256
*Initiated by Johntavis Mallary on October 12, 2018 at 12:17 pm*

Courtney Taylor, MPT
License #13149
*Electronically Co-Signed by Courtney Taylor, MPT on October 15, 2018 at 7:09 am*

Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 10/10/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-10 | | 4/4 | | | | | 1:1 w/Assistant *KL* |

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-10 | *2#* | 4/4 | | | | | 1:1 w/Assistant *KL* |

3-way cane

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-10 | 1/20 | | | | | | 1:1 w/Assistant *KL* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-10 | 3 | 30" | | | | | 1:1 w/Assistant *KL* |

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-10 | 3ea | 30" | | | | | 1:1 w/Assistant *KL* |

inferior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-10 | 3 | 30" | | | | | 1:1 w/Assistant *KL* |

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-10 | | 10 | | | | | 1:1 w/Assistant *KL* |

*2018-10-10: excessive guarding ER and flex*

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-10 | | 10 | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*



Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 11

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 10/10/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** LUE pain.
**Aggravating Factors:** movement
**Occupation/Social History:**
 **Name of Occupation:** Processing Tech (chemical factory)
 **Status of Occupation:** Full Time
 **Duty Level:** Heavy
 **Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 1 |
| 97140 | Manual Therapy<br>LUE PROM all planes; posterior jt mobs grade II/III | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach, HEP updated to improve functional reach | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

Objective Findings
present swelling upper arm(bicep) L
PROM; FE 150, Abd full, ER 59, IR 51; AROM; FE 131, Abd 117, ER T1, IR T10
IR and ER 4/5, Abd and Flex 4-/5

## Assessment

**Assessment/Diagnosis:** Pt has good attitude and shows good effort. Displays good awareness to instructions for improve quality, posture, and OH mechanics. However, pt struggles with relaxation passive stretch all planes specifically ER and flex. Guards all planes except abd. C/o shoulder px all planes.
**Patient Education:** stretches; doorway, inferior/posterior capsular, IR with belt, butterfly(modified at ear), sleeper and reverse sleeper
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 10/10/2018

1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

tubi sleeve L bicep
sleeper and reverse sleeper stretch against wall
MD FU Friday 10-12-18

Kathy Lobban, PTA

Kathy Lobban, PTA
License #A4366
*Electronically Signed by Kathy Lobban, PTA on October 10, 2018 at 8:16 pm*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 10/06/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-10-06 | | 4/4 | | | | | | 1:1 w/Assistant *KL* |

prone scapular depression/retraction

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-10-06 | 2/10 | | | | | | | 1:1 w/Assistant *KL* |

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-10-06 | 2# | 4/4 | | | | | | 1:1 w/Assistant *KL* |

*2018-10-06: cues for scap mechanics*

3-way cane

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-10-06 | 1/20 | | | | | | | 1:1 w/Assistant *KL* |

*2018-10-06: indep lower*

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-10-06 | 3 | 30" | | | | | | 1:1 w/Assistant *KL* |

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-10-06 | | 20 | | | | | | 1:1 w/Assistant *KL* |

*2018-10-06: PROM all planes; MFR to pecs, subscap, upper trap/levator scap, rhomboids/mid trap*

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-10-06 | | 10 | | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*


Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Progress Note

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 9

**Date of Progress Note:** 10/06/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**History of Present Condition/Mechanism of Injury:** Patient is a 51 y.o. female that presents s/p L SAD/DCE/RCR on 7/10/18 by Dr. Barnes. Patient works as Processing Tech and notes insidious onset of shoulder pain in December 2017. Job duties include heavy lifting and carrying, including overhead activities. She is out of work until October.
**Current Complaints / Gains:** Pt states she is still having pain and swelling in her arm; pain medication does help some.
**Aggravating Factors:** movement
**General Health:** Good
**Occupation/Social History:**
- **Name of Occupation:** Processing Tech (chemical factory)
- **Status of Occupation:** Full Time
- **Duty Level:** Heavy
- **Description:** Heavy lifting and carrying, overhead lifting

**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Body Mass Index**

| | |
|---|---|
| Weight | 135 |
| Height | 62 |
| Units | lbs/in |
| Index | 24.69 |

### Outcome Measurement Tools

**Upper Extremity**

| Shoulder Pain and Disability Index | | |
|---|---|---|
| Total %: | 54% | *87%* |
| Pain %: | 44% | *72%* |
| Disability %: | 60% | *96%* |

### Range of Motion

**Previous Findings as of 08/20/2018*

**Comments** PROM: flexion 135 Scaption 161 IR 55 ER 47* — *PROM: flexion 135 Scaption 150 IR 60 ER 45*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Physical Therapy Progress Note**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 10/06/2018

AROM: flexion 140 Scaption 140 IR L5 ER C6

**Strength** **Previous Findings as of 08/20/2018*

**Comments** MMT Flexion: 4+/5 Scaption 4/5 IR 4+/5 ER 4-/5 *Deferred d/t protocol*

(pain with abd and ER testing)

**Neuro-Vascular**

**Comments**

**Palpation**

**Comments** mild TTP mid-delotoid with mild edema noted. significant tightness in upper trap and levator scap

## Assessment

**Assessment/Diagnosis:** Pt is currently 12 weeks post op and is making very slow progress toward goals. SPADI has improved from 87% to 54%. Pt has missed several visits (2-3 weeks at a time) due to weather, pain and pt scheduling. Pt has recently finished a Medrol dose pac from MD which helped some however unfortunately it was not during a time that pt was attending PT consistently. Pt has been educated on importance of compliance with HEP and PT attendance. Continue PT to progress ROM and scapular mechanics correction to maximize use of L UE.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Rehab Potential:** Good

**Patient Problems:**

- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**

1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |

**Long Term Goals:**

1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Progress Note

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 10/06/2018

## Plan

**Frequency:** 2 times a week
**Duration:** 6 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Vasopneumatic, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (910)484-4653.

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on October 6, 2018 at 3:16 pm*

Please sign and return: Fax#: (910)483-9256

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________________

Physician Signature________________________
C. Barnes, MD

Date:______________

Cody Ziegenfus

Cody Ziegenfus, DPT
License #17346
*Electronically Co-Signed by Cody Ziegenfus, DPT on October 9, 2018 at 12:46 pm*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

Fayetteville Orthopaedics & Sports Medicine Physical & Occupational Therapy

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 9

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 10/06/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Pt states she is still having pain and swelling in her arm; pain medication does help some.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 2 |
| 97140 | Manual Therapy<br>PROM all planes; MFR to pecs, subscap, upper trap/levator scap, rhomboids/mid trap | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of pain and inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt is currently 12 weeks post op and is making very slow progress toward goals. SPADI has improved from 87% to 54%. Pt has missed several visits (2-3 weeks at a time) due to weather, pain and pt scheduling. Pt has recently finished a Medrol dose pac from MD which helped some however unfortunately it was not during a time that pt was attending PT consistently. Pt has been educated on importance of compliance with HEP and PT attendance. Continue PT to progress ROM and scapular mechanics correction to maximize use of L UE.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |

**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 10/06/2018

5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |
Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on October 9, 2018 at 8:46 am*

Cody Ziegenfus

Cody Ziegenfus, DPT
License #17346
*Electronically Signed by Cody Ziegenfus, DPT on October 9, 2018 at 12:46 pm*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 10/04/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

### SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-04 | | 4/4 | | | | | 1:1 w/Assistant *KL* |

### SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-04 | 20 | | | | | | 1:1 w/Assistant *KL* |

### 3-way cane

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-04 | 20ea | | | | | | 1:1 w/Assistant *KL* |

### incline dusting

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-04 | 2/10 | | | | | | 1:1 w/Assistant *KL* |

### rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-04 | yellow /3/10 | | | | | | 1:1 w/Therapist *KL* |

### SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-04 | 3 | 30" | | | | | 1:1 w/Assistant *KL* |

### doorway stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-04 | 5ea | 10" | | | | | 1:1 w/Assistant *KL* |

*2018-10-04: forward, rotation*

### inferior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-10-04 | 3 | 30" | | | | | 1:1 w/Assistant *KL* |

### Manual therapy

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

## FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-10-04 | | 20 | | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*



Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 9

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 10/04/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** pain reach behind head.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 2 |
| 97140 | Manual Therapy<br>LUE PROM | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

Objective Findings focus functional reach, limitations OH and behind the head.

## Assessment

**Assessment/Diagnosis:** Weakness, pain limit functional mobility. Encourage pt's HEP compliance to improve functional use of UE, and CP prn.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 25% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 10/04/2018

6: (16 weeks) | 5% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Kathy Lobban, PTA

Kathy Lobban, PTA
License #A4366
*Electronically Signed by Kathy Lobban, PTA on October 6, 2018 at 4:35 pm*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 09/26/2018 **Start Date:** 07/12/2018
**Physician:** C. Barnes, MD (1770587255)
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | | 4/4 | | | | | 1:1 w/Assistant *JM* |

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | yellow /3/10 | | | | | | 1:1 w/Therapist *JM* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | 10 | :10 | | | | | 1:1 w/Assistant *JM* |

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | 20 | | | | | | 1:1 w/Assistant *JM* |

incline dusting

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | 2/10 | | | | | | 1:1 w/Assistant *JM* |

SHO: Ball roll (flexion/scaption)

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | | 4/4 | | | | | 1:1 w/Assistant *JM* |

table step backs

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | 1/10 | 10" | | | | | 1:1 w/Assistant *JM* |

SHO: supine Levy

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | 2/10 | | | | | | 1:1 w/Assistant *JM* |

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | | 10 | | | | | 1:1 w/Assistant *JM* |


Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

*2018-09-26: soft tissue Teres minor/major, infraspinatus, PROM flex,abd,IR,ER*

**MODALITIES: vasopneumatic compression**

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-09-26 | | 10 | | | | | 1:1 w/Assistant *JM* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 8

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 09/26/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Pt reports seeing the Dr. and receiving medication for the inflammation in her arm which has reduced pain significantly.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 2 |
| 97140 | Manual Therapy<br>soft tissue mobilization on teres minor/major and infraspinatus. | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of pain and inflammation | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt reports seeing the Dr. and receiving medication for the inflammation in her arm which has reduced pain significantly. Pt began session on pulleys as a warm up followed by several ROM exercises to aid in pain free ROM. PT tolerated the addition of rows and pull downs without an increase in pain. Pt then received manual therapy to reduce trigger points in teres minor, major and infrapinatus. Pt will benefit from skilled PT to address strength and ROM deficits.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 25% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 09/26/2018

6: (16 weeks) | 5% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Johntavis Mallary

Johntavis Mallary
License #18256
*Initiated by Johntavis Mallary on September 26, 2018 at 11:26 am*

Courtney Taylor PT

Courtney Taylor, MPT
License #13149
*Electronically Co-Signed by Courtney Taylor, MPT on September 28, 2018 at 6:20 am*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 09/10/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-09-10 | 10 | :10 | | | | | | 1:1 w/Assistant *MS* |

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-09-10 | 20 | | | | | | | 1:1 w/Assistant *MS* |

Incline dusting

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-09-10 | 2/10 | | | | | | | 1:1 w/Assistant *MS* |

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-09-10 | | 4/4 | | | | | | 1:1 w/Assistant *MS* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-09-10 | | 10 | | | | | | 1:1 w/Assistant *MS* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*



Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 7

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 09/10/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Pt reports increased pain at night and swelling to lateral aspect of upper arm.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 2 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of pain and inflammation | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Progressed AA exercises this date with to improve OH and functional reach. Tolerated well with no reports of increased pain. AROM measurements taken today: FE 120*, ABD 90*, IR reach to sacrum, and ER reach to L upper trap. Pt reports she has missed the past 2 weeks of therapy d/t family issues. ROM is slowly but steadily improving. She would benefit from continued skilled therapy to address ROM and strength deficits for return to PLOF.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 25% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 5% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 09/10/2018

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Madilyn A. Smith, PTA

Madilyn A Smith, PTA
License #A5715
*Electronically Signed by Madilyn A Smith, PTA on September 11, 2018 at 10:18 pm*

Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 08/20/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

### incline dusting

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-20 | 2/10 | | | | | | | 1:1 w/Assistant *KL* |

### SHO: Ball roll (flexion/scaption)

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-20 | | 4/4 | | | | | | 1:1 w/Assistant *KL* |

### SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-20 | | 4/4 | | | | | | 1:1 w/Assistant *KL* |

### supine ER with cane

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-20 | 1/10 | 10" | | | | | | 1:1 w/Assistant *KL* |

### SHO: supine Levy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-20 | 2/10 | | | | | | | 1:1 w/Assistant *KL* |

### Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-20 | | 10 | | | | | | 1:1 w/Assistant *KL* |

*2018-08-20: flexion 135 scap 150 IR 60 ER 45*

### MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-20 | | 10 | | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Progress Note

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 6

**Date of Progress Note:** 08/20/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**History of Present Condition/Mechanism of Injury:** Patient is a 51 y.o. female that presents s/p L SAD/DCE/RCR on 7/10/18 by Dr. Barnes. Patient works as Processing Tech and notes insidious onset of shoulder pain in December 2017. Job duties include heavy lifting and carrying, including overhead activities. She is out of work until October.
**Current Complaints / Gains:** pt states she is doing okay; pain is average 4/10
**Aggravating Factors:** movement
**General Health:** Good
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Body Mass Index**

| | |
|---|---|
| Weight | 135 |
| Height | 62 |
| Units | lbs/in |
| Index | 24.69 |

**Comments** Post-op bulky dressing removed prior to PT. Pain pump removed and brought in by family member; black tip intact. Incision sites intact with no drainage observed. Covered with clean, dry dressing by PT student.

### Outcome Measurement Tools

**Upper Extremity**

| Shoulder Pain and Disability Index | | |
|---|---|---|
| Total %: | 87% | *90%* |
| Pain %: | 72% | *100%* |
| Disability %: | 96% | *84%* |

### Range of Motion

**Previous Findings as of 07/12/2018*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Physical Therapy Progress Note**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 08/20/2018

**Comments** PROM: flexion 135 Scaption 150 IR 60 ER 45 *Deferred d/t protocol*

**Strength** **Previous Findings as of 07/12/2018*

**Comments** Deferred d/t protocol *Deferred d/t protocol*

**Neuro-Vascular**

**Comments** LT intact

## Assessment

**Assessment/Diagnosis:** Pt is nearly 6 weeks post op small RCR and is progressing appropriately for current phase of healing. ROM is slowly but steadily improving. Pt remains guarded with increased muscle tension noted in pecs. SPADI has improved from 90* to 87* Pt would benefit from continued PT to progress ROM per protocol.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 25% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 5% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |
Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Progress Note

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 08/20/2018

## Plan

**Frequency:** 1-2 times a week
**Duration:** 6 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Vasopneumatic, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (910)484-4653.

Please sign and return: Fax#: (910)483-9256

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
____________________________________________

Physician Signature______________________________
C. Barnes, MD

Date:_______________

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on August 20, 2018 at 12:39 pm*

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Co-Signed by Hilary Renee Bauer, PT, DPT on August 20, 2018 at 2:30 pm*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 6

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 08/20/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** pt states she is doing okay; pain is average 4/10
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 2 |
| 97140 | Manual Therapy<br>10 min PROM all planes to tolerance | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of pain and inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt is nearly 6 weeks post op small RCR and is progressing appropriately for current phase of healing. ROM is slowly but steadily improving. Pt remains guarded with increased muscle tension noted in pecs. SPADI has improved from 90* to 87* Pt would benefit from continued PT to progress ROM per protocol.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 25% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 5% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 08/20/2018

Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on August 20, 2018 at 10:30 am*

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Signed by Hilary Renee Bauer, PT, DPT on August 20, 2018 at 2:30 pm*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

Fayetteville Orthopaedics & SPORTS MEDICINE Physical & Occupational Therapy

# Plan of Care

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 6

**Date of Plan of Care:** 08/20/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:** Pt is nearly 6 weeks post op small RCR and is progressing appropriately for current phase of healing. ROM is slowly but steadily improving. Pt remains guarded with increased muscle tension noted in pecs. SPADI has improved from 90* to 87* Pt would benefit from continued PT to progress ROM per protocol.

**Rehab Potential:** Good

**Patient Problems:**

- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**

1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |

**Long Term Goals:**

1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 25% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 5% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 08/20/2018

# Plan of Care

## Plan

**Frequency:** 1-2 times a week
**Duration:** 6 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Vasopneumatic, Cryotherapy, Hot Packs
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (910)484-4653.

Please sign and return: Fax#: (910)483-9256

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
______________________________________________

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on August 20, 2018 at 12:39 pm*

Physician Signature______________________________
C. Barnes, MD
Date:_______________

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Co-Signed by Hilary Renee Bauer, PT, DPT on August 20, 2018 at 2:30 pm*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 08/16/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: Ball roll (flexion/scaption)

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-16 | | 4/4 | | | | | | 1:1 w/Assistant *KL* |

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-16 | | 4/4 | | | | | | 1:1 w/Assistant *KL* |

SHO: Wall Wash

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-16 | 1/5-6 | | | | | | | 1:1 w/Assistant *KL* |

*2018-08-16: 6 flexion; 3x scaption; try incline dusting next visit*

table step backs

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-16 | 1/10 | 10" | | | | | | 1:1 w/Assistant *KL* |

supine ER with cane

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-16 | 1/10 | 10" | | | | | | 1:1 w/Assistant *KL* |

SHO: supine Levy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-16 | 2/10 | | | | | | | 1:1 w/Assistant *KL* |

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-16 | | 10 | | | | | | 1:1 w/Assistant *KL* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-16 | | 10 | | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*



Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

## FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD
**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 5
**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 08/16/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** pt states she is doing okay, the only time she wears her sling is when she goes walking for exercise (3 miles)
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 2 |
| 97140 | Manual Therapy<br>10 min PROM all planes to tolerance | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of pain and inflammation | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Attempted to add wall wash this date however pt was too painful; will modify to incline table slide next visit. Pt otherwise tolerates exercises well without lasting pain; improving tolerance and comfort with passive/manual stretching by therapist.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 08/16/2018

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Electronically Signed by Krista J Lewis, PTA on August 16, 2018 at 4:56 pm*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 08/13/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: Ball roll (flexion/scaption)

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-13 | | 4/4 | | | | | | 1:1 w/Assistant *KL* |

SHO: pulleys

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-13 | | 4 | | | | | | 1:1 w/Assistant *KL* |

table step backs

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-13 | 1/10 | 10" | | | | | | 1:1 w/Assistant *KL* |

supine ER with cane

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-13 | 1/10 | 10" | | | | | | 1:1 w/Assistant *KL* |

SHO: supine Levy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-13 | 2/10 | | | | | | | 1:1 w/Assistant *KL* |

*2018-08-13: with assist through pain-free range*

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-13 | | 10 | | | | | | 1:1 w/Assistant *KL* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-08-13 | | 10 | | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*



Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 4

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 08/13/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** pt states she is feeling a little better but still very sore on top of her shoulder. pt reports she is doing okay with weaning from her sling but gets very tired.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; pulleys; AAROM activities | 2 |
| 97140 | Manual Therapy<br>10 min PROM all planes to tolerance | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of pain and inflammation | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt is currently 5 weeks post op and is progressing as expected. Added pulleys and Levy this date with good tolerance. Advised pt not to push into painful end ranges. Mild guarding remains with PROM. Will continue to progress ROM per protocol.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 08/13/2018

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Electronically Signed by Krista J Lewis, PTA on August 15, 2018 at 10:37 pm*

Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 08/08/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: Ball roll (flexion/scaption)

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-08-08 | | 4/4 | | | | | 1:1 w/Assistant *KL* |

table step backs

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-08-08 | 1/10 | 10" | | | | | 1:1 w/Assistant *KL* |

Manual therapy

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-08-08 | | 10 | | | | | 1:1 w/Assistant *KL* |

*2018-08-08: PROM to tolerance*

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-08-08 | | 10 | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*


Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 3

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 08/08/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** pt states she is a little sore where the doctor scrapped the bone.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>ball roll; table slides; gentle self passive ROM | 2 |
| 97140 | Manual Therapy<br>10 min PROM all planes to tolerance | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of pain and inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt tolerated ball roll and table step backs well requiring cues to decrease upper trap compensation. Moderately guarded with PROM however this is the first time she's ever been stretched so this is expected. Will continue to progress per protocol.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

## Plan

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 08/08/2018

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Electronically Signed by Krista J Lewis, PTA on August 8, 2018 at 3:21 pm*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 07/25/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

Shoulder post-op HEP (SCOI)

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-07-25 | | 15 | | | | | 1:1 w/Assistant *KL* |

*2018-07-25: reviewed SCOI and added passive ER and pendulums*

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-07-25 | | 10 | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

Fayetteville Orthopaedics & SPORTS MEDICINE Physical & Occupational Therapy

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 2

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 07/25/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** pt states she just saw the doctor and he said everything is looking good
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>reviewed SCOI, added pendulums; and passive ER; initiated table slides | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of pain and inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt with good return demonstration of SCOI, added pendulums and passive ER without difficulty. Initiated table slides this date per MD orders; good tolerance noted however did require cues to avoid upper trap compensation. Will progress per small protocol
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | Patient will report 25% improvement in L shoulder pain. |

**Long Term Goals:**
1: (6 Weeks) | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit

Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 07/25/2018

L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Electronically Signed by Krista J Lewis, PTA on July 25, 2018 at 10:54 am*

Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 07/13/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

Shoulder post-op HEP (SCOI)

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-07-12 | | 10 | | | | | | 1:1 w/Therapist *FS* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-07-12 | | 10 | | | | | | 1:1 w/Therapist *HB* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Initial Examination

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD
**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

**Date of Initial Examination:** 07/12/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Visit No.:** 1

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**History of Present Condition/Mechanism of Injury:** Patient is a 51 y.o. female that presents s/p L SAD/DCE/RCR on 7/10/18 by Dr. Barnes. Patient works as Processing Tech and notes insidious onset of shoulder pain in December 2017. Job duties include heavy lifting and carrying, including overhead activities. She is out of work until October.
**Primary Concern/Chief Complaint:** L shoulder pain
**Pain Location:** L shoulder
**Pain Scale: Worst:** 7 **Best:** 3 **Current:** 7
**Pain Description:** Sharp
**Pain Follow-up Plan:** Modalities, stretching, ther ex, activity modification, manual therapy, HEP
**Aggravating Factors:** movement
**General Health:** Good
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Diagnostic Testing/Imaging:** N/A
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
**Patient Goals:** Decrease pain

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Body Mass Index**

| | |
|---|---|
| Weight | 135 |
| Height | 62 |
| Units | lbs/in |
| Index | 24.69 |

**Comments** Post-op bulky dressing removed prior to PT. Pain pump removed and brought in by family member; black tip intact. Incision sites intact with no drainage observed. Covered with clean, dry dressing by PT student.

### Outcome Measurement Tools

**Upper Extremity**

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Initial Examination

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 07/12/2018

Shoulder Pain and Disability Index

| | |
|---|---|
| Total %: | 90% |
| Pain %: | 100% |
| Disability %: | 84% |

**Observation**

**Brace Immobilizer**

| | |
|---|---|
| Type | Sling shot with abduction pillow |
| Compliant with use | Yes |

**Range of Motion**

**Comments** Deferred d/t protocol

**Strength**

**Comments** Deferred d/t protocol

**Neuro-Vascular**

**Comments** LT intact

## Assessment

**Assessment/Diagnosis:** Patient is a 51 y.o. female that presents s/p L SAD/DCE/RCR on 7/10/18 by Dr. Barnes. Patient works as Processing Tech at chemical factory. Job duties include heavy lifting and carrying, including overhead activities. Patient will benefit from skilled PT to improve ROM and strength for functional activities and return to prior level of function. Will progress per MD protocol.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** Post-op restrictions/protocol, wound care, showering, ADLs, use of sling, use of ice, activity modification, POC/prognosis, HEP (SCOI)

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**

1: (2 Weeks) | Patient will report 25% improvement in L shoulder pain.

**Long Term Goals:**

1: (6 Weeks) | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs.
2: (6 Weeks) | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM.
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility.
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting.
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities.
6: (16 weeks) | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF
7: (16 weeks) | Patient will be independent with HEP.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 16 weeks
**Plan:** Begin Plan as Outlined

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Initial Examination

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 07/12/2018

**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Vasopneumatic, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (910)484-4653.

Sincerely,

______________________________
FOSM Student
*Initiated by FOSM Student on July 12, 2018 at 7:52 pm*

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Co-Signed by Hilary Renee Bauer, PT, DPT on July 13, 2018 at 8:05 am*

Please sign and return: Fax#: (910)483-9256

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_________________
______________________________________________

Physician Signature______________________________
C. Barnes, MD

Date:_______________

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 1

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 07/12/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** L shoulder pain
**Pain Location:** L shoulder
**Pain Scale: Worst:** 7 **Best:** 3 **Current:** 7
**Pain Description:** Sharp
**Pain Follow-up Plan:** Modalities, stretching, ther ex, activity modification, manual therapy, HEP
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet. Patient education re: post-op restrictions, ADLs, wound care, use of sling and ice; and initiation of HEP (SCOI exercises) | 3 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97162 | PT Evaluation: Moderate Complexity | 1 |
| 97016 | Vasopneumatic Device<br>L shoulder for control of pain and inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient is a 51 y.o. female that presents s/p L SAD/DCE/RCR on 7/10/18 by Dr. Barnes. Patient works as Processing Tech at chemical factory. Job duties include heavy lifting and carrying, including overhead activities. Patient will benefit from skilled PT to improve ROM and strength for functional activities and return to prior level of function. Will progress per MD protocol.
**Patient Education:** Post-op restrictions/protocol, wound care, showering, ADLs, use of sling, use of ice, activity modification, POC/prognosis, HEP (SCOI)
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |

Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 07/12/2018

3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

FOSM Student
*Initiated by FOSM Student on July 13, 2018 at 4:05 am*

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Signed by Hilary Renee Bauer, PT, DPT on July 13, 2018 at 8:05 am*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Plan of Care

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 1

**Date of Plan of Care:** 07/12/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:** Patient is a 51 y.o. female that presents s/p L SAD/DCE/RCR on 7/10/18 by Dr. Barnes. Patient works as Processing Tech at chemical factory. Job duties include heavy lifting and carrying, including overhead activities. Patient will benefit from skilled PT to improve ROM and strength for functional activities and return to prior level of function. Will progress per MD protocol.

**Patient Education:** Post-op restrictions/protocol, wound care, showering, ADLs, use of sling, use of ice, activity modification, POC/prognosis, HEP (SCOI)

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**

1: (2 Weeks) | Patient will report 25% improvement in L shoulder pain. |

**Long Term Goals:**

1: (6 Weeks) | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | Patient will be independent with HEP. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 07/12/2018

# Plan of Care

## Plan

**Frequency:** 2-3 times a week
**Duration:** 16 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

### Procedures

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Vasopneumatic, Cryotherapy, Hot Packs
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (910)484-4653.

Sincerely,

______________________________
FOSM Student
*Initiated by FOSM Student on July 12, 2018 at 7:52 pm*

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Co-Signed by Hilary Renee Bauer, PT, DPT on July 13, 2018 at 8:05 am*

Please sign and return: Fax#: (910)483-9256

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________________
______________________________________________

Physician Signature______________________________
C. Barnes, MD

Date:_______________

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Fax Cover Sheet

**To: *SD*, LINCOLN FINANCIAL GROUP**
**Fax: 2132693255**

**From: Hilary Renee Bauer, PT, DPT**
**Sent on: May 10, 2019**

**Regarding: INFO RELEASE.pdf, Flowsheet: 07/13/2018, Flowsheet: 07/25/2018, Flowsheet: 08/08/2018, Flowsheet: 08/13/2018, Flowsheet: 08/16/2018, Flowsheet: 08/20/2018, Flowsheet: 09/10/2018, Flowsheet: 09/26/2018, Flowsheet: 10/04/2018, Flowsheet: 10/06/2018, Flowsheet: 10/10/2018, Flowsheet: 10/12/2018, Flowsheet: 11/01/2018, Flowsheet: 11/08/2018, Flowsheet: 11/15/2018, Flowsheet: 12/18/2018, Flowsheet: 12/26/2018, Flowsheet: 12/31/2018, Daily Note: 12/31/2018, Daily Note: 12/26/2018, Recertification Note: 12/18/2018, Daily Note: 12/18/2018, Plan of Care: 12/18/2018, Daily Note: 11/15/2018, Daily Note: 11/08/2018, Daily Note: 11/01/2018, Daily Note: 10/12/2018, Daily Note: 10/10/2018, Progress Note: 10/06/2018, Daily Note: 10/06/2018, Daily Note: 10/04/2018, Daily Note: 09/26/2018, Daily Note: 09/10/2018, Progress Note: 08/20/2018, Daily Note: 08/20/2018, Plan of Care: 08/20/2018, Daily Note: 08/16/2018, Daily Note: 08/13/2018, Daily Note: 08/08/2018, Daily Note: 07/25/2018, Initial Examination: 07/12/2018, Daily Note: 07/12/2018, Plan of Care: 07/12/2018 for MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA**

Records were sent on 4/22 to fax number (213)884-4921.

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Powered by WebPT

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

May 1, 2019
Re: Disability Benefits
Claim# 8520656 5173022
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key 250883

FAYETTEVILLE ORTHOPAEDICS
1991 FORDHAM DR. STE 100
ATTN: JULIE
FAYETTEVILLE, NC 28304

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On 04/02/2019 we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at: (213) 269-3255

☐ I am FAXING records to: (213) 269-3255

☐ I am MAILING records on or before (date): ____________ (See mailing address above)

☐ Records are being review, and will be released no later than (DATE): ____________

☐ Records cannot be released because:

______________________________________________

☐ Other status information we should know.

Records were sent on 4/22 to (213) 884-4921
resending to the # on the page

If you have any questions regarding this matter, please contact me.

Sincerely,
Mark Cerise Macaso
Disability Information Specialist
Phone No.: (213) 266-5033
Fax No.: (213) 269-3255

# Quality Assurance Report

## Request Information

Report Date: May 10, 2019

**RP ID:** 5173022

Patient Name: MCKEITHAN, BARBARA

Provider Name: FAYETTEVILLE ORTHOPAEDICS

## Quality Assurance Information

Scope Requested: **From December 1, 2018 to Present**

Special Request:

Please provide medical records - Seen by: BARNES, CHRISTOPHER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: AATIE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

May 9, 2019

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On May 9, 2019, we requested medical records from Dr. Cadet. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2019 through the present from Dr. Cadet

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by June 22, 2019, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

July 23, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 23, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

May 9, 2019

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Doherty, Cella, and Keane, a Social Security claimant representative. Doherty, Cella, and Keane specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum. If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits. This will be explained to you in greater detail upon accepting representation by Doherty, Cella, and Keane.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Unilever, USA's LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 45 days from the date of this letter, June 22, 2019.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Liberty Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Liberty Life Assurance Company of Boston will be reduced by the amount you receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Liberty Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Katie Ellis
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

ReleasePoint

## Medical Record Overview

**Date:** **April 27, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** Edwin R. Cadet
10880 Durant Road
Raleigh, NC 27614
(919) 781-5600

**RP ID:** 5173037

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis

**Request Scope:** From December 1, 2018 to Present

**Chart Range:** 02/27/2019 - 04/24/2019

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 27 2019 | Apr 24 2019 | 11 | 2 |
| Labs/Diagnostics | Mar 19 2019 | Mar 19 2019 | 4 | 13 |
| Request Corr. | | | 2 | 17 |

**Total Page Count:** 17

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

# RALEIGH ORTHOPAEDIC

*Pioneering Orthopaedics Since 1919*

• Hand & Wrist • Shoulder & Elbow • Spine • Hip & Knee • Foot & Ankle •
• Sports Medicine • General Orthopaedics • Total Joint Replacements •

**Lincoln Clm# 8520656**

**ATTENDING PHYSICIAN'S STATEMENT**

| | |
|---|---|
| **Date:** | 04/24/2019 |
| **Name of Patient:** | Barbara McKeithan |
| **DOB:** | |
| **ROC Patient #:** | 846622 |
| **Diagnosis and ICD:** | M75.111- Right shoulder high grade partial articular sided rotator cuff tear with impingement and tendinopathy; Onset- @ 1 year |
| **Date of Surgery:** | 05/07/2019 |
| **Surgical Procedure:** | Right shoulder arthroscopy with rotator cuff repair, subacromial decompression and labral debridement |
| **Name of Hospital:** | Raleigh Orthopaedic Surgery Center, 3001 Edwards Mill Rd., #100, Raleigh, NC 27612; (919) 719-3070 |
| **Admission Status:** | Outpatient |
| **Dates of Total Disability:** | 05/07/2019 - Approx. 4-6 weeks |
| **Dates of Partial Disability:** | *02/27/19 – 05/06/19; Postop: to be determined at postop appointments. |
| **Dates of Office Visits:** | 02/27, 03/19(MRIs), 04/03/19 |
| **Next Appointment:** | 05/07/19 surgery, then first postop exam @ 10-14 days later |
| **Comments:** | *Patient placed on modified work duty with lifting restrictions (see worknotes). Postop, will remain out of work with no use of right shoulder/arm until adequate healing occurs. PT protocol to be prescribed. Cc all office, work and Mri notes attached for details. |

**Name of Attending Physician:** Edwin R. Cadet, MD NC Lic.# 201300934

**Signature of Attending Physician:** ER Cadet

**Fax: 919-863-6821** **Tax ID#:** 56-0941814

It is the policy of Raleigh Orthopaedic Clinic to provide generic attending physician statements that can be generated and revised on the computer rather than completing individual claim forms that require use of handwriting or a typewriter. This is both cost-efficient and expeditious. Our generic attending physician statement provides the information most commonly requested on claim forms and should be sufficient in its place. It is also our policy that disability forms or information requests may take up to 5 – 7 business days for completion due to the high volume of requests. Thank you.

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: April 3, 2019* *Printed: April 25, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**04/03/2019 - Office Notes: D43 Rec bilat shoulders**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
Rec Bilat sahoulders

**History of Present Illness:**
Barbara is a 52 year old female here today for right shoulder and numbness and tingling my left arm and hand. The pain started approximately a year ago. She states the pain right now is 5/10. She states the pain at its worst is 8/10. The additional symptoms experienced since the start of the condition include; loss of strength, numbness, swelling, tingling. The pain is described as throbbing, aching. She has had X-ray, MRI. She has tried rest, heat, elevation, muscle relaxants, narcotic pain meds, physical therapy, surgery, injection.

**Past Medical History:**
Tuberculosis

**Family History:**
Cancer: Sister

**Past Surgical History:**
Tubal Ligation
July 10 - Dr.Barnes

**Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
Right shoulder: Patient has limited active range of motion compared to the contralateral side. Negative pain at AC joint or bicipital groove. Neer and Hawkins are positive. 1+ anterior load and shift. Negative apprehension. Speed, O'Brien's are negative. 1+ sulcus sign. Positive drop arm sign. Weakness with active forward flexion of the arm. Left shoulder: Patient has full range of motion with forward flexion to 180, external rotation to 70, IR to T7. No pain over AC joint or bicipital groove. Neer and Hawkins are positive. Speed, O'Brien's are negative. No apprehension, no signs of instability, and a negative sulcus. 5/5 supraspinatus, ER, and IR strength. Incisions are well-healed. Left wrist: Positive Phalen's test. Positive carpal tunnel compression test at the left wrist. Negative thenar atrophy. Right and left elbow exam demonstrates full range of motion with 0-140 degrees of flexion, full pronation and supintaion. Stable to valgus and varus stress. Negative tenderness to palpation along the medial and lateral epicondylar region. Negative moving valgus stress test. No evidence of posterolateral instability. Negative Tinel sign at the left elbow and cubital tunnel.

**Allergies:**
PERCOCET (Mild)

# Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: April 3, 2019* *Printed: April 25, 2019*

**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

Allergies were reviewed with the patient during this visit.
**Medications:**
No Known Medications
Medications were reviewed with the patient during this visit.

**Vital Signs:**
**Height (in):** 62 **Weight (lbs):** 145 **BMI:** 26.62
**Imaging:**
Three views of the right and left shoulder (AP, Axillary, SOV) that were previously ordered, performed, and interpreted by me today demonstrates no significant fractures, desiccation or osteoarthritis. MRI of the right shoulder demonstrates a high-grade partial supraspinatus tendon tear from the articular side which is approximately 80% of the attachment on a coronal view. MRI of the left shoulder demonstrates an intact rotator cuff repair with tendinopathy.

**Assessment and Plan:**
Assessment:
1. Status post arthroscopic rotator cuff repair with persistent impingement and tendinopathy.
2. Right shoulder high-grade partial articular sided rotator cuff tear

Plan:
For the patient's carpal tunnel symptoms, I would like the patient to see Dr. Schreiber our hand specialist for surgical consultation for carpal tunnel release. For the right shoulder, my recommendation would be a right shoulder arthroscopy subacromial decompression and rotator cuff repair. For the left shoulder, my recommendation would be an ultrasound-guided injection. After discussing the risks, benefits, and alternatives to a cortisone injection, the patient desired to proceed and 2 mL of 1% lidocaine and 80 mg of Depomedrol and 2 cc 0.25% Marcaine was injected in the normal sterile fashion through the lateral portal into the shoulder joint. This injection was done under direct ultrasound visualization to correctly identify the needle in the subacromial bursa and to avoid iatrogenic injury to the adjacent neurovascular structures and an image of it was obtained as the injection was performed. The patient tolerated the procedure well and was instructed on post-procedure care. I discussed with her the risks of surgery. Risks, benefits, and alternatives to the proposed surgery were discussed with the patient. Risks including infection, nerve or vessel injury, complication from anesthesia, complications with hardware needed additional surgery, deep venous thrombosis, pulmonary embolism, stiffness, scarring, persistent pain, recurrence of pain, and the need for further surgery among others were discussed. We will see her back for surgery. Over 25 minutes were spent with direct face to face interaction with the patient with over 50 percent of this time spent counseling the patient regarding the details of the diagnosis and treatment plan.

**Electronically signed by Edwin R Cadet MD on 04/03/2019 at 3:23 PM**

## Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: April 3, 2019* *Printed: April 25, 2019*

**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**04/03/2019 - History and Physical: H&P Rt shoulder RCR**
**Provider: Rachael E Taylor PAC**
**Location of Care: Raleigh Orthopaedic Clinic**

### History and Physical ROSC

**Patient Name:** Barbara McKeithan **DOB:** 02/22/1967

**Surgical Diagnosis:** Complete rotator cuff tear or rupture of right shoulder not specified as traumatic (ICD-727.61) (ICD10-M75.121)
**Surgeon:** Edwin Cadet
**Planned Procedure:** Right shoulder arthroscopy, rotator cuff repair, subacromial decomresssion, labral debridement **Side:** Right
**Were the risks, benefits and alternative treatments explained?** Yes

**Medications:**
No Known Medications

**Allergies:**
PERCOCET (Mild)

**Chief Complaint:**
Right shoulder pain

**History of Present Illness**
Patient has a history of prolonged right shoulder pain. Physical exam and MRI are consistent with rotator cuff tear and she has been indicated for surgical management.

**Family History**
Cancer: Sister

**Past Medical History**
None

**Physical Exam:**
**Height:** 62 in **Weight:** 145 lbs. **BMI:** 26.62
**Blood Pressure:** 122/ 76 **Pulse:** 86
**Cardio:** regular rate and rhythm
**Resp:** Clear to auscultation bilaterally
**Abdomen:** abdomen is soft; non-tender and no distention.

**Operative Site:** Complete rotator cuff tear or rupture of right shoulder not specified as traumatic (ICD-727.61) (ICD10-M75.121)
**Are the history, physical and additional studies consistent with the diagnosis and planned procedure?** Yes

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: April 3, 2019* *Printed: April 25, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**Pre-Operative Orders:**
1. Obtain consent for Planned Procedure as listed above.
2. Antibiotics and skin prep according to the Pre-operative Standing Order Set.
3. Initiate DVT Prevention Protocol.
4. Additional pre-op orders or exceptions to the above are listed below:
Additional PreOp Orders: Patient has a history of intolerance to Percocet. Her intolerance is itching. I told her this could be a possible side effect with any narcotic. I advised her to get Benadryl prior to surgery to use as needed.

**Post-Operative Order:**
1. The patient may be discharged when anesthesia provider determines the patient has recovered from anesthesia.

**Electronically signed by Rachael E Taylor PAC on 04/03/2019 at 3:01 PM**

## Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: April 3, 2019* *Printed: April 25, 2019*

**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**04/03/2019 - Work School Note: Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

### Work Status

Body parts being treated: left and right Shoulders.

Patient may return to work on 04/03/2019 with the following restrictions:

Other restrictions: Floor to waist limit 15 lbs. Waist to shoulder limit 5 lbs; No overhead lifting.

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Hope Millner RMA on 04/03/2019 at 2:59 PM**

## Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: March 12, 2019* *Printed: April 25, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**03/12/2019 - Work School Note: Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

### Work Status

Body part being treated: Left & Right Shoulders.

Patient may return to work on 03/12/2019 with the following restrictions:

Other restrictions: Floor to waist limit 15 lbs.; Waist to shoulder limit 5 lbs.; No overhead lifting. Patient is just being scheduled for EMG study at Raleigh Neurology and is still waiting for insurance to approve shoulder MRIs, so recheck appointment rescheduled for 03/27/19, and restrictions will remain in effect until that date.

**Treating Provider:** Edwin R Cadet MD

**Electronically signed by Kathy Brinkley on 03/12/2019 at 10:50 AM**

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: February 27, 2019* *Printed: April 25, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**02/27/2019 - Office Visit: D43 New 2nd OPN**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

**Chief Complaint:**
Lt shoulder / Rt shoulder 2nd OPN

**History of Present Illness:**
Barbara is a 52 year old female here today for right shoulder and numbness and tingling my left arm and hand. The pain started approximately a year ago. She states the pain right now is 5/10. She states the pain at its worst is 8/10. The additional symptoms experienced since the start of the condition include; loss of strength, numbness, swelling, tingling. The pain is described as throbbing, aching. She has had X-ray, MRI. She has tried rest, heat, elevation, muscle relaxants, narcotic pain meds, physical therapy, surgery, injection.

**Past Medical History:**
Tuberculosis

**Past Surgical History:**
Tubal Ligation

**Past Orthopedic Surgery:**
July 10 - Dr.Barnes

**Family History:**
Cancer: Sister

**Social History**
**Smoking Status:** Never smoker Oral Tobacco Use: No
Alcohol Use: no Drug Use: no

**Review of Systems:**
Numbness, Weakness arms.
Constitutional: Denies fatigue, fever/chills, unexpected weight gain, unexpected weight loss
Skin: Denies redness, skin rash, sores
Hematologic: Denies easy bleeding or bruising
Neurologic: Denies blurred vision, cramps legs/arms, headaches, numbness, unsteady gait, weakness arms, weakness legs
Musculoskeletal: Denies joint pain, muscle pain
Psychiatric: Denies anxiety
Respiratory: Denies chronic cough, shortness of breath, wheezing
Cardiovascular: Denies chest pain, fainting, palpitations
Gastrointestinal: Denies abdominal pain, black or bloody stools, constipation, diarrhea, difficulty swallowing, loss of controls of bowels
Genitourinary: Denies inability to empty bladder, loss of control of bladder, urinary frequency, urinary tract infection
Endocrine: Denies cold or heat intolerance, dizziness, poor wound healing, tremors

# Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: February 27, 2019* *Printed: April 25, 2019*

**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**Allergies:**
PERCOCET (Mild)
Allergies were reviewed with the patient during this visit.
**Medications:**
No Known Medications
Medications were reviewed with the patient during this visit.

**Vital Signs:**
**Height (in):** 62 **Weight (lbs):** 146 **BMI:** 26.70 **Blood Pressure:** 128/ 72 **Pulse:** 70

**General Physical Exam:**
Constitutional: Well appearing, no acute distress. Respirations 14-16/minute
Psych: Alert and oriented times three, pleasant mood and affect
Eyes: Pupils equal and round, conjunctiva clear
Cardiovascular: No upper extremity varicosities, regular radial pulse
Respiratory: Unlabored breathing, symmetric chest rise
Neurologic: Brachioradialis reflex regular, no facial symmetry
Skin: No visible rashes, no induration
Lymphatic: No antecubital or axillary lymphadenopathy
**Musculoskeletal Exam Upper:**
Right shoulder: Patient has full range of motion with forward flexion to 180, external rotation to 70, IR to T7. No pain over AC joint or bicipital groove. Neer and Hawkins are positive. Speed, O'Brien's are negative. No apprehension, no signs of instability, and a negative sulcus. 5/5 supraspinatus, ER, and IR strength. Left shoulder: Patient has full range of motion with forward flexion to 180, external rotation to 70, IR to T7. No pain over AC joint or bicipital groove. Neer and Hawkins are positive. Speed, O'Brien's are negative. No apprehension, no signs of instability, and a negative sulcus. 5/5 supraspinatus, ER, and IR strength. Incisions are well-healed. Left wrist: Positive Phalen's test. Positive carpal tunnel compression test at the left wrist. Negative thenar atrophy. Right and left elbow exam demonstrates full range of motion with 0-140 degrees of flexion, full pronation and supintaion. Stable to valgus and varus stress. Negative tenderness to palpation along the medial and lateral epicondylar region. Negative moving valgus stress test. No evidence of posterolateral instability. Negative Tinel sign at the left elbow and cubital tunnel.

**Imaging:**
Three views of the right and left shoulder (AP, Axillary, SOV) were ordered, performed, and interpreted by me today demonstrates no cinnamon fractures, desiccation or osteoarthritis.

**Assessment and Plan:**
Assessment:
1. Left carpal tunnel syndrome versus cervical radiculopathy.
2. Status post arthroscopic rotator cuff repair with persistent symptoms.
3. Right shoulder impingement versus rotator cuff tear.

Plan:
For the patient's neurological symptoms, I would like to get a EMG nerve conduction study of the left upper extremity to rule out a cervical radiculopathy versus carpal tunnel syndrome. Second elect to get an MRI of both the right and left shoulder to evaluate the integrity of the rotator cuff repair as well as to rule out a rotator cuff tear on the right side given the fact that she has had a previous rotator cuff tear on the left side. I wrote her for some work restrictions and some weight modifications. I will see her back after

**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: February 27, 2019* *Printed: April 25, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

her studies.

**Electronically signed by Edwin R Cadet MD on 02/27/2019 at 4:41 PM**

# Raleigh Orthopaedic Clinic

3001 Edwards Mill Road, Raleigh, NC 27612-5243
(919) 781-5600

*Date of Service: February 27, 2019* *Printed: April 25, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**02/27/2019 - Work School Note: Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body parts being treated: left and right shoulders.

Patient may return to work on 02/27/2019 with the following restrictions:

Other restrictions: Floor to waist limit 15 lbs. Waist to shoulder 5 lbs. No overhead lifting.

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Hope Millner RMA on 02/27/2019 at 4:40 PM**

Wake Radiology Consultants, PA
**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Rd, Raleigh NC, 27612
Phone: 919-782-7666

**Patient Name:** **McKeithan, Barbara**

**DOB:** **Age:** 52 Y **Visit #:** C: H:
**MRN:** 00890163 **Accession:** 3980250

Cadet, Edwin R, MD
Raleigh Orthopaedic Clinic
3001 Edwards Mill Rd
Raleigh, NC 27612
(919) 781-5600

**Requesting:** Cadet, Edwin R, MD
**Attending:** Cadet, Edwin R, MD

**Exam:** MRI Upper Extremity Joint WO GAD LT **Exam Date:** 03/19/2019 5:30 PM

**Exam:** MR left shoulder

**Technique:** Standard non-arthrographic imaging of the left left shoulder.

**History:** Evaluate for rotator cuff tear. Arthroscopy July 2018. Pain for 3 months.

**Comparison:** Radiographs 2/27/2019.

**Findings:**

ACROMION/SUBACROMIAL OUTLET: Status post acromioplasty. There has been a distal clavicle resection. No residual narrowing of the subacromial outlet. Mild postsurgical scarring.

ROTATOR CUFF: There is mild subacromial/subdeltoid bursitis. There has been a supraspinatus tendon repair with a single suture anchor anteriorly. The adjacent repaired tendon demonstrates tendinosis. In addition, it is mildly attenuated at the level of the suture anchor and posterior to this which may indicate articular sided partial tearing. There is no full-thickness tear however. Mild osteitis adjacent to the suture anchor. This is best demonstrated on coronal series 6, images 11-13. The infraspinatus tendon is preserved. The subscapularis tendon is intact. The teres minor tendon is unremarkable.
The rotator cuff muscle bellies demonstrate normal signal and volume without evidence for atrophy.

BICEPS TENDON: Low-grade proximal biceps tendinosis.

LABRAL AND CAPSULAR STRUCTURES: The glenoid labrum is intact circumferentially. No para labral cyst. The glenohumeral ligaments and capsule are intact.

GLENOHUMERAL JOINT: Normal alignment, articular cartilage, and marrow signal.

**Impression:**
1. Status post supraspinatus tendon repair. No full-thickness re-tear. There is mild to moderate attenuation of the anterior supraspinatus tendon which may indicate articular sided partial tearing.

2. Mild osteitis adjacent to the suture anchor, without displacement.

3. Mild subacromial/subdeltoid bursitis.

4. Status post acromioplasty and distal clavicle resection.

Wake Radiology Consultants, PA
**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Rd, Raleigh NC, 27612
Phone: 919-782-7666

**Patient Name:** **McKeithan, Barbara**

**DOB:** **Age:** 52 Y **Visit #:** C: H:
**MRN:** 00890163 **Accession:** 3980250

5. Mild proximal biceps tendinosis.

Interpreted by: Wasudev, Nik M.D.
Electronically Signed By: Wasudev, Nik, M.D. 03/20/2019 2:59 PM
Transcribed by: BL

Wake Radiology Consultants, PA
**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Rd, Raleigh NC, 27612
Phone: 919-782-7666

**Patient Name:** **McKeithan, Barbara**

**DOB:** **Age:** 52 Y **Visit #:** C: H:
**MRN:** 00890163 **Accession:** 3980196

Cadet, Edwin R, MD
Raleigh Orthopaedic Clinic
3001 Edwards Mill Rd
Raleigh, NC 27612
(919) 781-5600

**Requesting:** Cadet, Edwin R, MD
**Attending:** Cadet, Edwin R, MD

**Exam:** MRI Upper Extremity Joint WO GAD RT **Exam Date:** 03/19/2019 5:05 PM

**Exam:** MR right shoulder

**Technique:** Standard non-arthrographic imaging of the right shoulder.

**History:** Arthroscopy July 2018. Right shoulder pain worsening over the past 3 months. Evaluate for rotator cuff tear.

**Comparison:** Radiographs 2/27/2019.

**Findings:**

ACROMION/SUBACROMIAL OUTLET: There is a type I acromion. There is mild lateral acromial spurring. Mild capsular and osseous hypertrophy of the AC joint with only minimal subchondral cystic change. No significant mass effect upon the underlying supraspinatus muscle belly.

ROTATOR CUFF: There is no significant subacromial/subdeltoid bursitis. There is an irregular partial-thickness tear involving the posterior aspect of the supraspinatus insertion near the junctional fibers with the infraspinatus. This tear measures 9 mm in AP dimension on the sagittal sequence and up to 6 mm mediolateral on the coronal sequence. It does focally exceeds 50% of tendon thickness as seen on coronal series 7, image 15. The tear is predominantly interstitial, though does appear to extend to the articular and bursal surfaces. Cystic change of the adjacent supraspinatus footprint. There is a thin but elongated intramuscular cyst within the superior aspect of the infraspinatus, centered at the myotendinous junction. This measures up to 2.3 cm mediolateral and 6 mm in axial caliber. The subscapularis tendon demonstrates interstitial tearing superiorly. This tear is 8 mm in craniocaudal extent and 5 mm mediolateral. It is low-grade. The teres minor tendon is unremarkable.
The rotator cuff muscle bellies demonstrate normal signal and volume without evidence for atrophy.

BICEPS TENDON: Mild proximal biceps tendinosis without medial subluxation.

LABRAL AND CAPSULAR STRUCTURES: Fraying at the base of the superior labrum but no SLAP tear. The remainder of the labrum is intact. Mild scarring of the inferior joint capsule. Otherwise intact capsule.

GLENOHUMERAL JOINT: Normal alignment, articular cartilage, and marrow signal.

**Impression:**
1. Irregular partial-thickness tear involving the junctional fibers of the supraspinatus and infraspinatus insertions focally exceeding 50% of tendon thickness. Cystic change of the supraspinatus footprint.

2. Mild lateral acromial spurring.

Wake Radiology Consultants, PA
**Raleigh Orthopaedic Clinic**
3001 Edwards Mill Rd, Raleigh NC, 27612
Phone: 919-782-7666

**Patient Name:** **McKeithan, Barbara**

**DOB:** **Age:** 52 Y **Visit #:** C: H:
**MRN:** 00890163 **Accession:** 3980196

3. Low-grade AC joint arthrosis.

4. Thin but elongated intramuscular cyst involving the superior aspect of the infraspinatus myotendinous junction.

5. Low-grade interstitial tearing involving the subscapularis insertion superiorly.

Interpreted by: Wasudev, Nik M.D.
Electronically Signed By: Wasudev, Nik, M.D. 03/20/2019 3:00 PM
Transcribed by: BL

# RALEIGH ORTHOPAEDIC

*Pioneering Orthopaedics Since 1919*

• Hand & Wrist • Shoulder & Elbow • Spine • Hip & Knee • Foot & Ankle •
• Sports Medicine • General Orthopaedics • Total Joint Replacements •

## FAX COVER SHEET

DATE: 4/25/19

NUMBER OF PAGES: 17

TO: Lincoln / RKPt

FAX: 213 884-4921

PHONE:

RE: Barbara McKeithan

FROM: Kathy V. Brinkley, BS, Secretary to:

Daniel J. Albright, MD, David W. Boone, MD, Edwin R. Cadet, MD, Tyler S. Watters, MD, David M. Dare, MD, Maggie L. Bradford, PA-C, Wesley S. Eagle, PA-C, Tiffany S. Stephens, PA-C & Rachael E. Taylor, PA-C

Phone: 919-863-6858 Fax: 919-863-6821 (or 919-782-6578)
Email: kbrinkley@raleighortho.com

Comments: This facsimile message is confidential and may contain privileged information intended only for the use of the individual of the facility named. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so that we may arrange for the return of the original message to us. Thank you.

84662

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

Apr 3, 2019

RALEIGH ORTHOPAEDIC CLINIC
3001 EDWARDS MILL RD
ATTN: MEDICAL RECORDS
RALEIGH, NC 27612

**Re: Long Term Disability Benefits**
Claim# 8520656 5173037
Claimant: MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ROOPC3

Dear ext 6910/6879,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From December 1, 2018 to Present**

Please provide medical records - Seen by: Edwin R. Cadet

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Mechille Albios

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

5173037
DEUC 4.91.0.1020

# Quality Assurance Report

## Request Information

Report Date: April 27, 2019

**RP ID:** 5173037

Patient Name: MCKEITHAN, BARBARA

Provider Name: RALEIGH ORTHOPAEDIC CLINIC

## Quality Assurance Information

Scope Requested: **From December 1, 2018 to Present**

Special Request:

Please provide medical records - Seen by: Edwin R. Cadet

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: KCHIO

ReleasePoint

## Medical Record Overview

**Date:** **April 4, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** FAYETTEVILLE ORTHOPAEDICS
1991 FORDHAM DR, STE 100
FAYETTEVILLE, NC 28304
(910) 484-3114

**Request Scope:** From December 1, 2018 to Present

**Chart Range:** 12/18/2018 - 12/31/2018

**RP ID:** 5035307

**Client ID:** 8520656

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 18 2018 | Dec 31 2018 | 16 | 2 |
| Request Corr. | | | 5 | 18 |

**Total Page Count:** 21

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 12/31/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 4/4 | | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | | 4/4 | | | | | | 1:1 w/Therapist *FT* |

Manual: Mobilization

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 15 | | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | | 15 | | | | | | 1:1 w/Therapist *FT* |

foam roller stretching arm scissoring

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 2 | | | | | | 1:1 w/Therapist *JA* |

*2018-12-31: 1/2 roll*

supine pec stretch over foam roller

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 2 | | | | | | 1:1 w/Therapist *JA* |

*2018-12-31: 1/2 roll*

doorframe stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-31 | 3/:30 | | | | | | | 1:1 w/Assistant *FT* |

SHO: doorway stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-31 | 3 | :30 | | | | | | 1:1 w/Therapist *JA* |

*2018-12-31: 90*

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-31 | 20 | | | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | 20 | | | | | | | 1:1 w/Assistant *FT* |

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-31 | red/3/10 | | | | | | | 1:1 w/Therapist *JA* |

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | red/3/10 | | | | | | 1:1 w/Assistant *FT* |

SHO: IR and ER

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | yellow/3/10 | | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | yellow/3/10 | | | | | | 1:1 w/Assistant *FT* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | 4 | 30" | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | 4 | 30" | | | | | 1:1 w/Assistant *FT* |

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | 4 | 30" | | | | | 1:1 w/Therapist *JA* |
| 2018-12-31 | 4 | 30" | | | | | 1:1 w/Assistant *FT* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-31 | | 10 | | | | | 1:1 w/Therapist *JA* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

Fayetteville Orthopaedics & SPORTS MEDICINE Physical & Occupational Therapy

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 18

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 12/31/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Patient mentioned she has pain and discomfort in her shoulder and it has not changed since last visit. She stated she continually has numbness and tingling into her arms and hands. She is worried about having to return to work tomorrow and stated she has call to schedule with Dr. Barnes to discuss returning to work but has not made an appointment yet. She was informed she can walk over after PT and inquire about appointments.
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>UBE; initiation of scapular and cuff strengthening | 2 |
| 97140 | Manual Therapy<br>See flowsheet; to increase left shoulder ROM | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient stated she enjoyed the new exercise progressions without any increase in pain and they actually felt good. Continue to progress as tolerated and incorporate UE ROM with weights next visit.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |

Powered by WebPT™

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/31/2018

6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18

Joshua Andrews

Joshua Andrews
License #18271
*Initiated by Joshua Andrews on December 31, 2018 at 10:23 am*

Courtney Taylor, MPT
License #13149
*Electronically Co-Signed by Courtney Taylor, MPT on January 1, 2019 at 10:21 pm*

Powered by WebPT

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 12/26/2018 **Start Date:** 07/12/2018
**Physician:** C. Barnes, MD (1770587255)
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | | 4/4 | | | | | | 1:1 w/Therapist *JA* |

Manual: Mobilization

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | | 15 | | | | | | 1:1 w/Therapist *JA* |

*2018-12-26: Grade 3 A/P and inferior glides with PROM stretching*

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | 20 | | | | | | | 1:1 w/Therapist *JA* |

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | red/3/10 | | | | | | | 1:1 w/Therapist *JA* |

SHO: IR and ER

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | yellow/3/10 | | | | | | | 1:1 w/Therapist *JA* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | 4 | 30" | | | | | | 1:1 w/Therapist *JA* |

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | 4 | 30" | | | | | | 1:1 w/Therapist *JA* |

MODALITIES: vasopneumatic compression

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2018-12-26 | | 10 | | | | | | 1:1 w/Therapist *JA* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 17

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 12/26/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** Patient stated she has some soreness and discomfort in her shoulder. She mentioned she is scheduled to return to work next week but her work requires her to lift >55lbs and use heavy machinery. She stated there is no modified duty and she doesn't feel that she is ready to start back yet.
**Aggravating Factors:** movement
**Occupation/Social History:**
- **Name of Occupation:** Processing Tech (chemical factory)
- **Status of Occupation:** Full Time
- **Duty Level:** Heavy
- **Description:** Heavy lifting and carrying, overhead lifting

**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>UBE; initiation of scapular and cuff strengthening; updated HEP | 2 |
| 97140 | Manual Therapy<br>See flowsheet; to increase left shoulder ROM | 1 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach, HEP updated to improve functional reach | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient was able to tolerate exercise progressions without any increase in pain symptoms. She continues to state she is worried about returning to work secondary to decreased strength and limited motion. Patient was educated on compliance with PT in order to increase strength/ROM to allow her to return to work without difficulty. Continue to progress per protocol.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Daily Note / Billing Sheet**

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/26/2018

5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Joshua Andrews

Joshua Andrews
License #18271
*Initiated by Joshua Andrews on December 26, 2018 at 11:49 am*

Courtney Taylor PT

Courtney Taylor, MPT
License #13149
*Electronically Co-Signed by Courtney Taylor, MPT on December 27, 2018 at 10:20 am*

Powered by WebPT™

1991 Fordham Dr Ste 102
Fayetteville, NC, 28304-3774
P: (910)484-4653
F: (910)483-9256

Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

# FLOWSHEET

**Patient:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

**Date:** 12/18/2018 **Start Date:** 07/12/2018

**Physician:** C. Barnes, MD (1770587255)

**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

SHO: UBE

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | | 4/4 | | | | | 1:1 w/Assistant *KL* |

SHO: Ball up wall

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | 1/20 | | | | | | 1:1 w/Assistant *KL* |

*2018-12-18: yellow med ball*

rows/pulldowns

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | red/3/10 | | | | | | 1:1 w/Assistant *KL* |

*2018-12-18: and punch*

SHO: IR and ER

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | yellow/2/10 | | | | | | 1:1 w/Assistant *KL* |

SHO: IR Belt Stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | 4 | 30" | | | | | 1:1 w/Assistant *KL* |

posterior capsular stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2018-12-18 | 4 | 30" | | | | | 1:1 w/Assistant *KL* |

**Flowsheet Notes**

*07/12/2018: FS* *L SAC/DCE/RCR - 7/10/18 - Dr. Barnes*
**Small RCR protocol; begin table slides 7/25*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Recertification Note

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 16

**Date of Recertification:** 12/18/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**History of Present Condition/Mechanism of Injury:** Patient is a 51 y.o. female that presents s/p L SAD/DCE/RCR on 7/10/18 by Dr. Barnes. Patient works as Processing Tech and notes insidious onset of shoulder pain in December 2017. Job duties include heavy lifting and carrying, including overhead activities. She is out of work until October.
**Current Complaints / Gains:** pt states she is doing okay; has not returned to work yet "I'm supposed to go back Jan 4th and I'm worried about it"
**Aggravating Factors:** movement
**General Health:** Good
**Occupation/Social History:**
  **Name of Occupation:** Processing Tech (chemical factory)
  **Status of Occupation:** Full Time
  **Duty Level:** Heavy
  **Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Body Mass Index**

| | |
|---|---|
| Weight | 135 |
| Height | 62 |
| Units | lbs/in |
| Index | 24.69 |

### Outcome Measurement Tools

**Previous Findings as of 10/06/2018*

**Upper Extremity**

| Shoulder Pain and Disability Index | | *Previous* |
|---|---|---|
| Total %: | 34% | *54%* |
| Pain %: | 40% | *44%* |
| Disability %: | 30% | *60%* |

### Range of Motion

**Previous Findings as of 10/06/2018*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Recertification Note

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/18/2018

**Comments** PROM: full all planes

AROM: flexion 140 Scaption 140 IR T8 ER T2

*PROM: flexion 135 Scaption 161 IR 55 ER 47**

*AROM: flexion 140 Scaption 140 IR L5 ER C6*

**Strength**

**Previous Findings as of 10/06/2018*

**Comments** MMT Flexion: 4+/5 Scaption 4/5 IR 4+/5 ER 4/5

(pain with abd and ER testing)

*MMT Flexion: 4+/5 Scaption 4/5 IR 4+/5 ER 4-/5*

*(pain with abd and ER testing)*

**Neuro-Vascular**

**Comments**

**Palpation**

**Comments**

## Assessment

**Assessment/Diagnosis:** Pt is currently 5 months post op but has only had 16 visits of PT - Pt is behind schedule however compliance/attendance has been an issue. Pt has cancelled and missed several appointments due to various reasons. Currently pt is functional but remains weak. Updated HEP with basic scapular and cuff strengthening exercises. Pt would benefit from continued PT to progress functional strength and endurance to aid in eventual return to work.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Rehab Potential:** Good

**Patient Problems:**

- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**

1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |

**Long Term Goals:**

1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Physical Therapy Recertification Note

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/18/2018

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Vasopneumatic, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (910)484-4653.

Please sign and return: Fax#: (910)483-9256

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on December 19, 2018 at 11:55 am*

Physician Signature____________________
C. Barnes, MD
Date:____________

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Co-Signed by Hilary Renee Bauer, PT, DPT on December 19, 2018 at 3:24 pm*

Powered by WebPT

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 16

**Insurance Name:** CIGNA HEALTHCARE

**Date of Daily Note:** 12/18/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**Specific Physician Orders:** Yes; modified small protocol; begin table slides 7/25/18.
**Current Complaints / Gains:** pt states she is doing okay; has not returned to work yet "I'm supposed to go back Jan 4th and I'm worried about it"
**Aggravating Factors:** movement
**Occupation/Social History:**
**Name of Occupation:** Processing Tech (chemical factory)
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** Heavy lifting and carrying, overhead lifting
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Work duties (heavy lifting and carrying, including overhead activities)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>UBE; initiation of scapular and cuff strengthening; updated HEP | 2 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; to improve functional reach, HEP updated to improve functional reach | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97016 | Vasopneumatic Device<br>L shoulder for control of inflammation | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt is currently 5 months post op but has only had 16 visits of PT - Pt is behind schedule however compliance/attendance has been an issue. Pt has cancelled and missed several appointments due to various reasons. Currently pt is functional but remains weak. Updated HEP with basic scapular and cuff strengthening exercises. Pt would benefit from continued PT to progress functional strength and endurance to aid in eventual return to work.
**Rehab Potential:** Good
**Patient Problems:**
- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**
1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |
**Long Term Goals:**
1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

## Daily Note / Billing Sheet

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/18/2018

7: (16 weeks) | 50% | Patient will be independent with HEP. |
Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

## Plan

**Instructions:** Progressing Patient Next Visit
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on December 19, 2018 at 10:24 am*

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Signed by Hilary Renee Bauer, PT, DPT on December 19, 2018 at 3:24 pm*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Plan of Care

**Patient Name:** MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Referring Physician(s):** Barnes, Christopher MD

**Surgery:** (Date/Type) 07/10/2018 L SAC/DCE/RCR
**Visit No.:** 16

**Date of Plan of Care:** 12/18/2018
**Injury/Onset/Change of Status Date:** 12/01/2017 Insidious
**Diagnosis:** ICD10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 07/12/2018
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M25.612: Stiffness of left shoulder, not elsewhere classified, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:** Pt is currently 5 months post op but has only had 16 visits of PT - Pt is behind schedule however compliance/attendance has been an issue. Pt has cancelled and missed several appointments due to various reasons. Currently pt is functional but remains weak. Updated HEP with basic scapular and cuff strengthening exercises. Pt would benefit from continued PT to progress functional strength and endurance to aid in eventual return to work.

**Rehab Potential:** Good

**Patient Problems:**

- L shoulder pain with stiffness and muscle weakness

**Short Term Goals:**

1: (2 Weeks) | 50% | Patient will report 25% improvement in L shoulder pain. |

**Long Term Goals:**

1: (6 Weeks) | 75% | Patient will report less than 5/10 L shoulder pain with activity to improve ease of ADLs. |
2: (6 Weeks) | 75% | Patient will increase L shoulder PROM to WNL across all planes to facilitate return of AROM. |
3: (12 Weeks) | 50% Patient will demonstrate pain-free R shoulder AROM WNL to aid in functional mobility. |
4: (12 Weeks) | 75% Patient will demonstrate at least 4+/5 L UE strength to improve overhead lifting. |
5: (12 Weeks) | 25% Patient will report less than 2/10 L shoulder pain with activity to improve ease of activities. |
6: (16 weeks) | 50% | 4: (12-16 weeks) | Patient will decrease score on SPADI to less than or equal to 20% to help return to PLOF |
7: (16 weeks) | 50% | Patient will be independent with HEP. |

Documentation has been reviewed and services provided by the PTA were administered under the direct supervision of a therapist.

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

**Patient Name:** MCKEITHAN, BARBARA 213676
D.O.I. 12.1.17 BARNES L SHOULDER CIGNA
**Date of Birth:**
**Document Date:** 12/18/2018

# Plan of Care

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Vasopneumatic, Cryotherapy, Hot Packs
L SAC/DCE/RCR - 7/10/18 - Dr. Barnes
*Small RCR protocol; begin table slides 7/25

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (910)484-4653.

Please sign and return: Fax#: (910)483-9256

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Krista J Lewis, PTA

Krista J Lewis, PTA
License #3062
*Initiated by Krista J Lewis, PTA on December 19, 2018 at 11:55 am*

Physician Signature______________________________
C. Barnes, MD
Date:_______________

Hilary Bauer, PT, DPT

Hilary Renee Bauer, PT, DPT
License #P13161
*Electronically Co-Signed by Hilary Renee Bauer, PT, DPT on December 19, 2018 at 3:24 pm*

**Fayetteville Orthopaedics and Sports Medicine**
1991 Fordham Dr Ste 102
Fayetteville, NC 28304-3774
Phone: (910)484-4653
Fax: (910)483-9256

# Fax Cover Sheet

**To: ALBIOS, MECHILLE**
**Fax: 2138844921**

**From: Hilary Renee Bauer, PT, DPT**
**Sent on: April 2, 2019**

## Regarding: MED RELEASE.pdf, Flowsheet: 12/18/2018, Flowsheet: 12/26/2018, Flowsheet: 12/31/2018, Daily Note: 12/31/2018, Daily Note: 12/26/2018, Recertification Note: 12/18/2018, Daily Note: 12/18/2018, Plan of Care: 12/18/2018 for MCKEITHAN, BARBARA 213676 D.O.I. 12.1.17 BARNES L SHOULDER CIGNA

I'm sorry that these are just now getting to you. I just received the request. If you have any questions please call or email me at sahara.davenport@irg.net

Thank you!

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Powered by WebPT

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

Mar 29, 2019

FAYETTEVILLE ORTHOPEDIC AND SPORTS
1991 FORDHAM DRIVE STE 102
ATTN: MEDICAL RECORDS
FAYETTEVILLE, NC

**Re: Long Term Disability Benefits**
Claim# 8520656 5035307
Claimant MCKEITHAN, BARBARA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: FAY104

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From December 1, 2018 to Present**
Please provide medical records and please include the records on
12/31/18 visit - Seen by: FAYETTEVILLE ORTHOPAEDICS

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required - admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Mechtile Albios

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No. (213) 884-4921

# Attention:

**In order to fulfill this request for records, please locate and connect the patient's signed authorization that you have on file.**

**Please do not delay the delivery of these records.**

**Thank you.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.lincolnfinancial.com

11/8/2018

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincolnfinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | MCKEITHAN, BARBARA |
| RP ID: | 5035307 |
| Access Code: | FAY104 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

# Quality Assurance Report

## Request Information

Report Date: April 4, 2019

**RP ID:** 5035307

Patient Name: MCKEITHAN, BARBARA

Provider Name: FAYETTEVILLE ORTHOPEDIC AND SPORTS

## Quality Assurance Information

Scope Requested: **From December 1, 2018 to Present**

Special Request:

Please provide medical records and please include the records on 12/31/18 visit - Seen by: FAYETTEVILLE ORTHOPAEDICS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: EIGNA

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

March 20, 2019

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On March 20, 2019, we requested medical records from Fayetteville Orthopedics. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2018 through the present from Fayetteville Orthopedics.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 8, 2019, 15 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

May 7, 2019, 45 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than May 7, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

**Raleigh Orthopaedic Clinic**
1325 Timber Drive East, Garner, NC 27529-6924
(919) 781-5600

*Date of Service: February 27, 2019* *Printed: February 27, 2019*
**Barbara McKeithan** Work: Cellular:
Female DOB: Patient ID:846622

**02/27/2019 - Work School Note: Work Status**
**Provider: Edwin R Cadet MD**
**Location of Care: Raleigh Orthopaedic Clinic**

## Work Status

Body parts being treated: left and right shoulders.

Patient may return to work on 02/27/2019 with the following restrictions:

Other restrictions: Floor to waist limit 15 lbs. Waist to shoulder 5 lbs. No overhead lifting.

**Treating Provider:** Edwin R Cadet MD

Edwin R. Cadet, MD

**Electronically signed by Hope Millner RMA on 02/27/2019 at 4:40 PM**

RALEIGH ORTHOPAEDIC

**Appointment Reminder**

| | |
|---|---|
| **Patient:** | McKeithan, Barbara |
| **Patient #:** | 846622 |
| **Resource:** | Cadet MD, Edwin R |
| **Date & Time:** | 03/13/2019 2:30 PM |
| **Facility:** | Garner ROC Clinic<br>1325 Timber Drive East<br>Garner, NC 27529-6924<br>(919) 781-5600 |

3/13/2019 - Update DRL X-Rays
(2) Appts MRI for both shoulders
MRI for the Nerve in
my chin to see if I
have pinch Nerve

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

February 21, 2019

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On February 21, 2019, we requested medical records from Fayetteville Orthopedics. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2018 through the present from Fayetteville Orthopedics.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 6, 2019, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

May 7, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than May 7, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

# Billing Statement:

ReleasePoint

**Invoice Date: 02/04/2019** **Invoice #: 709310**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Jan 1 2019 and Jan 31 2019**

**LIBMT1** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4748809<br>6030340 | MCKEITHAN, BARBARA<br>FAYETTEVILLE ORTHOPAEDICS | Complete | 02/02/19<br>K Ellis | 8.00 | 0.00 | 0.00 | 0.00<br>7 | **8.00** |

**ReleasePoint**

**Total Amount Due:** **8.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**Lincoln/McKeithan 0919**

# DIRECT DEPOSIT APPLICATION

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

Liberty Mutual. INSURANCE

**Return To:** Katherine Ellis

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA　DATE OF BIRTH:

**CHECK ONE:** ☑ New ☐ Change
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** **CITY:** **STATL.** **ZIP:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ Checking ☐ Savings　**BANK NAME:** BB&T
**9 DIGIT ABA ROUTING NUMBER:**　**BANK ADDRESS:** 3012 Raeford Rd Fay NC 28303
**YOUR ACCOUNT NUMBER**　**CITY:** Fayetteville **STATE:** NC **ZIP:** 28303
**BANK PHONE:** ( / ) 800-226-5228

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Barbara McKeithan　Date: 12/31/2018

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

ReleasePoint

## Medical Record Overview

**Date:** **February 2, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** BARNES, CHRISTOPHER
3308 Melrose Rd
Fayetteville, NC 28304
(910) 484-3114

**RP ID:** 4748809

**Client ID:** 6030340

**Source:** LIBMT1

**Request Scope:** From October 13, 2018 to Present

**Req By:** K Ellis
05-290886

**Chart Range:** 11/26/2018 - 11/26/2018

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 26 2018 | Nov 26 2018 | 3 | 2 |
| Request Corr. | | | 4 | 5 |
| | | **Total Page Count:** | 7 | |

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan Encounter Date: 11/26/2018 Date of Birth:

## Chief Complaint

## History of Present Illness

The patient returns today for follow up for Improving left shoulder pain and function status post rotator cuff repair, which was done on 7/10/18.

There has been no significant changes in the current symptoms. Pain is mild to moderate, with a rating of 3/10. She is not taking any medication on a consistent basis for the shoulder, but she does states she takes Tylenol every other day or so.

The patient presents today with pain in the lateral aspect of the left shoulder. She reports her pain radiates down into the left arm as well. She reports she can lift 3lbs in physical therapy, and she feels it is going well. She denies any new symptoms in the left shoulder at this time.

Of note, the patient was told at her place of employment that she should not come back to work until she has no restrictions.

## Medical History

Medical history reviewed and updated in the patient's chart on 11/26/2018

## Review of Systems

Relevant review of system reviewed and updated in the patient's chart on 11/26/2018.

**Vital Signs:** Blood Pressure: 120/82, Height: 5ft 2.00in, Weight: 145lbs, Pulse: 96 BMI 26.52

## General Exam:

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** Skin is intact in exposed areas.
**Mental Status:** The patient has a normal mood and affect.
**Vascular:** Peripheral pulses are palpable bilaterally. Both extremeties are well perfused.
**Neurological:** There is normal a sensation and motor function distally.
**Chest:** Breathing is unlabored. No wheezing.

**ELECTRONICALLY SIGNED BY Christopher Barnes, MD**
**11/26/2018**

## Left Shoulder Examination

Examination today reveals definite improvement with near full shoulder range of motion and no pain on the extremes. There is good strength with rotator cuff testing

## Assessment and Plan:

### Diagnosis Codes:

M25.512 Pain in left shoulder

### Impression:

Improving left shoulder pain and function status post rotator cuff repair

## Prescriptions:

A prescription for Tylenol 500 mg, #60, two tablets three times a day as needed for inflammation and pain was given. If any allergic reactions are noted, the patient should stop taking the medication and call immediately.

## Treatment Plan:

The patient was advised I would like her to complete her physical therapy on site over the next 4 weeks. She'll take Tylenol as need for any pain. We will clear her to return to work without restrictions after the new year
A course of physical therapy was recommended. The patient was given education on increasing their activity and exercise level. The patient was given education on maintaining their healthy weight. A work status report was created and given to the patient. The patient is instructed to complete physical therapy and follow up on a PRN basis.

## Clinical Quality Reporting:

Patient's blood pressure reading was normal. Patient was screened for tobacco use and identified as a non-tobacco user. Cessation intervention is not needed. All of the patient's medications were fully documented including her prescriptions, OTC, herbals and vitamin / mineral / dietary (nutritional) supplements. The patient's calculated BMI is within the normal range for the patient's age. A follow up plan regarding weight is not needed. The patient was encouraged to exercise. A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient.
The plan is understood and agreed upon. There are no unanswered questions. The patient will call with any questions or concerns.



Electronically signed by: Christopher Barnes, MD
Date of Service: 11/26/2018

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

## STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB:
Physician: **Christopher Barnes** Office Visit Date: **11/26/2018**
Next Appointment Date: PRN Time:

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

**Work Status**

☐ Cannot work
☐ Return to work immediately
☐ Released from office
☐ PPI assessed
☐ Return to work with modified duties
☐ Modified duties effective until return visit
☐ These restrictions are permanent
☑ Do not return to work until: 1/1/19

**Work Restrictions** ☑ **None**

**Upper Extremity** ☐ Right ☑ Left

☐ No use of affected extremity
☐ No firm gripping
☐ Must wear sling/cast
☐ No awkward wrist position
☐ No lifting over lbs.
☐ No repetitive motion
☐ No vibratory tools
☐ No overhead work (above shoulder)
☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left

☐ Seated work only/mainly
☐ No squatting/kneeling/twisting
☐ No climbing stairs/ladders
☐ No prolonged standing or walking
☐ Work with brace/cast
☐ No lifting over lbs.
☐ Elevate when possible/continuous
☐ Crutches/cane/walker
☐ No twisting, pushing, pulling

☐ Other Appropriate Duties / Comments/Special Instructions:

*****_**If no job is available with the stated modified duties, consider**_ Barbara A Mckeithan _**to be off work.**_*****

Date: 11/26/2018
Electronically Signed By: Christopher Barnes, MD

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

Jan 22, 2019
Re: Disability Benefits
Claim# 6030340 4748809
Claimant: MCKEITHAN, BARBARA
Claimant DOB:

FAYETTEVILLE ORTHOPAEDICS
1991 FORDHAM DR. STE 100
ATTN: JULIE
FAYETTEVILLE, NC 28304

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On Nov 28, 2018 we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- ☑ I am FAXING records to: (213) 884-4921
- ☐ I am MAILING records on or before (date): ___________ (See mailing address above)
- ☐ Records are being review, and will be released no later than (DATE): ___________
- ☐ Records cannot be released because:

______________________________________________

- ☐ Other status information we should know:

______________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,

Milyn Callejo

Disability Information Specialist

Phone No.: (213) 266-5038

Fax No.: (213) 884-4921.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

| | |
|---|---|
| Date: | December 4, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | Medical Records |
| Fax: | (910) 484-8824 |
| From: | Katie Ellis<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-1812 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

December 4, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 13, 2018 through the present

We ask that you provide this information by December 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1812 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

# Quality Assurance Report

## Request Information

Report Date: February 2, 2019

**RP ID:** 4748809

Patient Name: MCKEITHAN, BARBARA

Provider Name: FAYETTEVILLE ORTHOPAEDICS

## Quality Assurance Information

Scope Requested: **From October 13, 2018 to Present**

Special Request:

Please provide medical records - Seen By: BARNES, CHRISTOPHER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: MLGER

# DIRECT DEPOSIT APPLICATION

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return To:** Katherine Ellis

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/McKeithan 0930**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln/McKeithan 0932

Fayetteville Orthopaedics & Sports Medicine
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

# STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB:
Physician: **Christopher Barnes** Office Visit Date: **12/31/2018**
Next Appointment Date: 1/7/2019 Time: 11:00AM

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

## Work Status

- ☑ Cannot work
- ☐ Return to work immediately
- ☐ Released from office
- ☐ PPI assessed
- ☐ Return to work with modified duties
- ☐ Modified duties effective until return visit
- ☐ These restrictions are permanent
- ☐ Do not return to work until:

## Work Restrictions ☐ None

**Upper Extremity** ☐ Right ☐ Left

- ☐ No use of affected extremity
- ☐ No firm gripping
- ☐ Must wear sling/cast
- ☐ No awkward wrist position
- ☐ No lifting over lbs.
- ☐ No repetitive motion
- ☐ No vibratory tools
- ☐ No overhead work (above shoulder)
- ☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left

- ☐ Seated work only/mainly
- ☐ No squatting/kneeling/twisting
- ☐ No climbing stairs/ladders
- ☐ No prolonged standing or walking
- ☐ Work with brace/cast
- ☐ No lifting over lbs.
- ☐ Elevate when possible/continuous
- ☐ Crutches/cane/walker
- ☐ No twisting, pushing, pulling

☑ Other Appropriate Duties / Comments/Special Instructions:
OUT OF WORK UNTIL NEXT APPT. ON 1/7/19.
*****_**If no job is available with the stated modified duties, consider**_ Barbara A Mckeithan _**to be off work.**_*****

Date: 12/31/2018
Electronically Signed By: Christopher Barnes, MD

Dr. Christopher Barnes



FROM:Corvias TO:16035591812 01/09/2019 15:13:22 #278 P.001/001

FROM:Corvias TO:16035591812 01/09/2019 08:30:16 #272 P.001/001

Fayetteville Orthopaedics & Sports Medicine
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

## STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB
Physician: **Christopher Barnes** Office Visit Date: **12/31/2018**
Next Appointment Date: 1/7/2019 Time: 11:00AM

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

**Work Status**

- ☑ Cannot work
- ☐ Return to work immediately
- ☐ Released from office
- ☐ PPI assessed
- ☐ Return to work with modified duties
- ☐ Modified duties effective until return visit
- ☐ These restrictions are permanent
- ☐ Do not return to work until:

**Work Restrictions** ☐ **None**

**Upper Extremity** ☐ Right ☐ Left

- ☐ No use of affected extremity
- ☐ No firm gripping
- ☐ Must wear sling/cast
- ☐ No awkward wrist position
- ☐ No lifting over lbs.
- ☐ No repetitive motion
- ☐ No vibratory tools
- ☐ No overhead work (above shoulder)
- ☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left

- ☐ Seated work only/mainly
- ☐ No squatting/kneeling/twisting
- ☐ No climbing stairs/ladders
- ☐ No prolonged standing or walking
- ☐ Work with brace/cast
- ☐ No lifting over lbs.
- ☐ Elevate when possible/continuous
- ☐ Crutches/cane/walker
- ☐ No twisting, pushing, pulling

☑ Other Appropriate Duties / Comments/Special Instructions:
OUT OF WORK UNTIL NEXT APPT. ON 1/7/19.
*****_If no job is available with the stated modified duties, consider_ Barbara A Mckeithan _to be off work._*****

Date: 12/31/2018
Electronically Signed By: Christopher Barnes, MD



Lincoln/McKeithan 0933

Lincoln/McKeithan 0934

**FirstHealth**
OF THE CAROLINAS

**Scott Olson, PA-C**
Pinehurst Surgical Clinic - Orthopaedics

6322 Fayetteville Road
Raeford, NC 28376

www.firsthealth.org

Main Line (910) 878-6730
Fax (910) 878-6735

Barbara
has an appointment on

O Mon. O Tues. O Wed. ☒ Thurs. O Fri. O Sat.

1/24 (Date) at 4 A.M. / (P.M.)

If you are unable to keep your appointment, please give us 24 hours notice.

# PINEHURST SURGICAL

5 FirstVillage Dr, Pinehurst NC, 28374
Telephone: 910-295-6831

**Patient Name:** MCKEITHAN, BARBARA **DOB:**

**Date:** 01/03/2019

Pt to remain out of work x 2 weeks.

- [x] Attended clinic appointment today.
- [ ] Is under treatment in this office.
- [ ] Is unable to work until further notice.
- [ ] Will return to Clinic for recheck
- [x] May return to work/school as of 1/17/2018
- [ ] May do light work with the following restrictions:
  - [ ] No Heavy Lifting ___ lbs.
  - [ ] Restrict prolonged/repetitive: [ ] Bending [ ] Squatting [ ] Kneeling [ ] Climbing
  - [ ] Restrict prolong: [ ] Sitting [ ] Walking [ ] Standing to ___ hrs/day
  - [ ] Frequent Change of Position
  - [ ] Restrict Pushing/Pulling/Carrying greater than ___ lbs. max
  - [ ] Restrict Overhead Reaching/Lifting greater than ___ lbs. max
  - [ ] Restrict repetitive use of upper extremities
  - [ ] Restrict typing/keyboard activity
  - [ ] Use of Upper extremity [ ] Minimal (1-2 lbs.) [ ] Light (2-5 lbs.) [ ] Moderate (5-10 lbs.)
  - [ ] One handed work only [ ] No production
  - [ ] Sedentary Work only
  - [ ] Limit Vehicle Operation to ___ hrs/day
  - [ ] Tempature Restrcitions ___ degrees
- [ ] Light Duty with Gradual Increase to Full Duty Over ___ Week [ ] Restrictions Permanent

*If light duty is not available, patient should be considered unable to work until next appointment.*

- [ ] Continue current job/school activity [ ] Out of work if restrictions not available
- [ ] Work limited to ___ hrs/day. Advance hrs. as tolerated.
- [ ] Out of Gym/Sports until
- [ ] Patient scheduled for surgery on ___ Patient will be out of work/school for approximately ___ weeks following surgery.
- [ ] Patient is pregnant with an estimated delivery date of

**Provider:** Scott Olson, PA-C

# PINEHURST SURGICAL

5 FirstVillage Dr, Pinehurst NC, 28374
Telephone: 910-295-6831

**Patient Name:** MCKEITHAN, BARBARA **DOB:**

**Date:** 01/03/2019

Pt to remain out of work x 2 weeks.

- [x] Attended clinic appointment today.
- [ ] Is under treatment in this office.
- [ ] Is unable to work until further notice.
- [ ] Will return to Clinic for recheck
- [x] May return to work/school as of 1/17/2018
- [ ] May do light work with the following restrictions:
  - [ ] No Heavy Lifting ___ lbs.
  - [ ] Restrict prolonged/repetitive: [ ] Bending [ ] Squatting [ ] Kneeling [ ] Climbing
  - [ ] Restrict prolong: [ ] Sitting [ ] Walking [ ] Standing to ___ hrs/day
  - [ ] Frequent Change of Position
  - [ ] Restrict Pushing/Pulling/Carrying greater than ___ lbs. max
  - [ ] Restrict Overhead Reaching/Lifting greater than ___ lbs. max
  - [ ] Restrict repetitive use of upper extremities
  - [ ] Restrict typing/keyboard activity
  - [ ] Use of Upper extremity [ ] Minimal (1-2 lbs.) [ ] Light (2-5 lbs.) [ ] Moderate (5-10 lbs.)
  - [ ] One handed work only [ ] No production
  - [ ] Sedentary Work only
  - [ ] Limit Vehicle Operation to ___ hrs/day
  - [ ] Tempature Restrcitions ___ degrees
- [ ] Light Duty with Gradual Increase to Full Duty Over ___ Week [ ] Restrictions Permanent

*If light duty is not available, patient should be considered unable to work until next appointment.*

- [ ] Continue current job/school activity [ ] Out of work if restrictions not available
- [ ] Work limited to ___ hrs/day. Advance hrs. as tolerated.
- [ ] Out of Gym/Sports until
- [ ] Patient scheduled for surgery on ___ Patient will be out of work/school for approximately ___ weeks following surgery.
- [ ] Patient is pregnant with an estimated delivery date of

**Provider:** Scott Olson, PA-C

Dr. Scott Olson

# PINEHURST SURGICAL

5 FirstVillage Dr, Pinehurst NC, 28374
Telephone: 910-295-6831

**Patient Name:** MCKEITHAN, BARBARA **DOB:**

**Date:** 01/03/2019

Pt to remain out of work x 2 weeks.

- [x] Attended clinic appointment today.
- [ ] Is under treatment in this office.
- [ ] Is unable to work until further notice.
- [ ] Will return to Clinic for recheck
- [x] May return to work/school as of 1/17/2018
- [ ] May do light work with the following restrictions:
  - [ ] No Heavy Lifting ____ lbs.
  - [ ] Restrict prolonged/repetitive: [ ] Bending [ ] Squatting [ ] Kneeling [ ] Climbing
  - [ ] Restrict prolong: [ ] Sitting [ ] Walking [ ] Standing to ____ hrs/day
  - [ ] Frequent Change of Position
  - [ ] Restrict Pushing/Pulling/Carrying greater than ____ lbs. max
  - [ ] Restrict Overhead Reaching/Lifting greater than ____ lbs. max
  - [ ] Restrict repetitive use of upper extremities
  - [ ] Restrict typing/keyboard activity
  - [ ] Use of Upper extremity [ ] Minimal (1-2 lbs.) [ ] Light (2-5 lbs.) [ ] Moderate (5-10 lbs.)
  - [ ] One handed work only [ ] No production
  - [ ] Sedentary Work only
  - [ ] Limit Vehicle Operation to ____ hrs/day
  - [ ] Tempature Restrcitions ____ degrees
- [ ] Light Duty with Gradual Increase to Full Duty Over ____ Week [ ] Restrictions Permanent

*If light duty is not available, patient should be considered unable to work until next appointment.*

- [ ] Continue current job/school activity [ ] Out of work if restrictions not available
- [ ] Work limited to ____ hrs/day. Advance hrs. as tolerated.
- [ ] Out of Gym/Sports until
- [ ] Patient scheduled for surgery on ____ Patient will be out of work/school for approximately ____ weeks following surgery.
- [ ] Patient is pregnant with an estimated delivery date of

**Provider:** Scott Olson, PA-C

Dr. Scott Olson

**FirstHealth**
OF THE CAROLINAS

**Scott Olson, PA-C**
Pinehurst Surgical Clinic · Orthopaedics

6322 Fayetteville Road
Raeford, NC 28376

www.firsthealth.org

Main Line (910) 878-6730
Fax (910) 878-6735

Barbara
has an appointment on

O Mon. O Tues. O Wed. X Thurs. O Fri. O Sat.

Date 1/24 at 4 A.M. (P.M.)

If you are unable to keep your appointment, please give us 24 hours notice.

ATTN: Katie
Ellis

Claim # 8520626

Ms. Barbara A. McKeithan

Long Term Disab.
Do I get 66 2/3 % or 60%
I received 66 2/3 on short term

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:** Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Approval of Long Term Disability for Barbara Mckeithan, EmpID 000428836, Disability Claim No. 8520656

This is to notify you that there has been an approval or extension of your employee's Long Term disability claim.

There is **no action required** by you at this time unless the employee has returned to work. This email is for informational purposes only.

**Long Term Disability Information:**

Benefit Payments Period: 1/8/2019 thru 1/7/2021

**IMPORTANT NOTE** — Upon the employee's return to work, please ensure that they are properly restored to an active status in Workday. Failure to report the actual return to work date could result in a delay in payment of the employee's salary. Please instruct the employee's People Experience Lead (PEL) to make this update.

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 14293 or contact the assigned Case Manager at Katherine.Ellis@lfg.com. Please be sure to reference claim number 8520656.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

## Initial Payment Calculation Worksheet

**Claimant's Name** Barbara McKeithan **DOB**

**Customer** Unilever USA

**LTD Claim #** 8520656 **Work State:** NC

**Associated Claims** 6030340 Type STD Type

**Benefit End date of associated claims** 1/7/2019

**Contractual EP** > of the end of STD or 180 days

**LTD Benefit begin date** 1/8/2019 **DOD** 7/10/2018 **AGE** 51

**Max Benefit date** 2/21/2032 To age 65 (but not less than 5 yrs)

**Does policy include COLA provision** No

**Sources used to verify BME amount**

STD Eligibility effective date 4/1/2018 $19.85 hourly x 40 hours x 52 weeks / 12 months = $3440.67 monthly

**BME amount** $3,440.67 **Benefit percentage** 60.00

**Gross modal benefit** $2,064.40

**Benefit Begin date** 1/8/2019

**Approved thru date** 1/7/2021 24 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| N/A per phone note 1 | |
| | |
| | |

**Deductions entered** **Effective:** **Through**

| Type | Amount | Type | Amount |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** N/A **State** N/A

**Completed by:** **Kristen Springmeier** **Approved by:**

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:** Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Approval of Long Term Disability for Barbara Mckeithan, EmpID 000428836, Disability Claim No. 8520656

This is to notify you that there has been an approval or extension of your employee's Long Term disability claim.

There is **no action required** by you at this time unless the employee has returned to work. This email is for informational purposes only.

**Long Term Disability Information:**

Benefit Payments Period: 1/6/2019 thru 1/5/2021

**IMPORTANT NOTE** — Upon the employee's return to work, please ensure that they are properly restored to an active status in Workday. Failure to report the actual return to work date could result in a delay in payment of the employee's salary. Please instruct the employee's People Experience Lead (PEL) to make this update.

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 14293 or contact the assigned Case Manager at Katherine.Ellis@lfg.com. Please be sure to reference claim number 8520656.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

December 14, 2018

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"**Disability**" or "**Disabled**" means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> > *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
> >
> > *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
> > *"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is July 10, 2018 and your benefits begin on January 6, 2019. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by January 27, 2019.

X Direct Deposit Application
X W-4S 2018
__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com on your computer or mobile device.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Attachments: Direct Deposit Application
W-4S 2018

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return To:** Katherine Ellis

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ________
**ADDRESS:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ________

**9 DIGIT ABA ROUTING NUMBER:** ________ **BANK ADDRESS:** ________

**YOUR ACCOUNT NUMBER:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**BANK PHONE:** ( ) ________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ________ Date: ________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to www.irs.gov/FormW4S for the latest information.**

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1. | Enter amount of adjusted gross income that you expect in 2018 | 1 | |
| 2. | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3. | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4. | Tax. Figure your tax on line 3 by using the **2018** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2017 Form 1040, 1040A, or 1040EZ instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5. | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | 5 | |
| 6. | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7. | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2018 or paid or to be paid with 2018 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8. | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9. | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10. | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under Amount to be withheld below. If it does, enter this amount on Form W-4S above | 10 | |

## General Instructions

**Purpose of form**. Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition**. Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld**. Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form**. Form **W-4S** is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*



**Lincoln/McKeithan 0949**

**Changing your withholding**. Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

**Line 2—Deductions**

**Itemized deductions**. Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2018, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . | $24,000* |
| Head of household. . . . . . . . . . . . . . . . | $18,000* |
| Single or Married filing separately. . . . . . . . . . | $12,000* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see Limited standard deduction for dependents, later.

**Additional standard deduction for the elderly or blind.** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older and blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older and blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,600 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,200 if 65 or older and blind. See Pub. 505, Worksheet 2-4.

**Limited standard deduction for dependents.** If you are a dependent of another person, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

**Line 5—Credits**

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

**Line 7—Tax Withholding and Estimated Tax**

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2018 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

# 2018 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 500,000 | **45,689.50 + 35%** | **200,000** |
| 500,000 | and greater | **150,689.50 + 37%** | **500,000** |

### Schedule Z—Head of household

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $13,600 | **$0 + 10%** | **$0** |
| 13,600 | 51,800 | **1,360 + 12%** | **13,600** |
| 51,800 | 82,500 | **5,944 + 22%** | **51,800** |
| 82,500 | 157,500 | **12,698 + 24%** | **82,500** |
| 157,500 | 200,000 | **30,698 + 32%** | **157,500** |
| 200,000 | 500,000 | **44,298 + 35%** | **200,000** |
| 500,000 | and greater | **149,298 + 37%** | **500,000** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $19,050 | **$0 + 10%** | **$0** |
| 19,050 | 77,400 | **1,905 + 12%** | **19,050** |
| 77,400 | 165,000 | **8,907 + 22%** | **77,400** |
| 165,000 | 315,000 | **28,179 + 24%** | **165,000** |
| 315,000 | 400,000 | **64,179 + 32%** | **315,000** |
| 400,000 | 600,000 | **91,379 + 35%** | **400,000** |
| 600,000 | and greater | **161,379 + 37%** | **600,000** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 300,000 | **45,689.50 + 35%** | **200,000** |
| 300,000 | and greater | **80,689.50 + 37%** | **300,000** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/McKeithan 0950**

**n0220937**

---

**From:** Blowers, Patrick
**Sent:** Tuesday, December 11, 2018 6:27:06 PM
**To:** Ellis, Katherine; Patel, Vidhi
**Subject:** Re: Barbara McKeithan (EE ID: 000428836) - Eligibility
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

Coverage is effective 11/1/2011.

Regards,
Patrick

Get [Outlook for iOS]

---

**From:** Ellis, Katherine <katherine.ellis@lfg.com>
**Sent:** Tuesday, December 11, 2018 3:23 PM
**To:** Blowers, Patrick; Patel, Vidhi
**Subject:** Barbara McKeithan (EE ID: 000428836) - Eligibility

Good Morning,

When you have a moment, could you confirm the date Ms. McKeithan became eligible for her LTD benefits?

Thank You,

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.

**Katie Ellis**

LTD Specialist I

Lincoln Financial Group

P.O. Box 7207

London, KY 40742

800.291.0112 Office

14293 Extension

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

IMPORTANT NOTICE: This email and any attachments may contain information that is

confidential and privileged. It is intended to be received only by persons entitled to receive the information. If you are not the intended recipient, please delete it from your system and notify the sender. You should not copy it or use it for any purpose nor disclose or distribute its contents to any other person.

**n0220937**

---

**From:** Ellis, Katherine
**Sent:** Tuesday, December 11, 2018 3:12:06 PM
**To:** 'Patrick.Blowers@unilever.com'; 'Vidhi.Patel@Unilever.com'
**Subject:** Barbara McKeithan (EE ID: 000428836) - Eligibility
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Good Morning,

When you have a moment, could you confirm the date Ms. McKeithan became eligible for her LTD benefits?

Thank You,

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.


**Katie Ellis**

LTD Specialist I

Lincoln Financial Group

P.O. Box 7207

London, KY 40742

800.291.0112 Office

14293 Extension


LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Barbara A McKeithan

Date of Birth: ______ ______ Claim Number: 8520656 Date: 12/6/2018

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return To:** Katherine Ellis

**EMPLOYEE/CLAIMANT NAME:** Barbara McKeithan
**CLAIM NO:** 8520656
**EMPLOYER/SPONSOR:** Unilever, USA **DATE OF BIRTH:** ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 07/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Georgia Buckley
Specialty: 2547 Ravenhill Dr
Address: Fay NC
Telephone No.: (910) 307 1576 Fax No.: ( )

Name: Fayetteville Ambulatory
Specialty: Surgery
Address: 1781 Metromedical
Fay NC
Telephone No.: (910) 323 1647 Fax No.: ( )

Name: Valley Radiology (MRI)
Specialty: 3184 Village Drive
Address: Fay NC
Telephone No.: (910) 486 5700 Fax No.: ( )

Name: Dr. Barnes Fayetteville
Specialty: Orthopedics Surgery/Theraphy
Address: 1991 Fordham Dr
Telephone No.: (910) 484 3114 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS Pharmacy
Specialty: Drug Store, Owen Drive
Address: 532 Owen Drive
Telephone No.: (910) 484 7183 Fax No.: ( )

Name: Capefear Discount Drugs
Specialty: Drug Store
Address: 2800-18 Raeford Rd
Telephone No.: (910) 484 6100 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Barbara McKeithan DATE: 12/6/2018

3N344180061

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

Return to: Katherine Ellis

**EMPLOYEE/CLAIMANT NAME:** Barbara McKeithan **CLAIM #:** 8520656
**EMPLOYER:** Unilever, USA **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) McKeithan Barbara A. | Social Security #, | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status S | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Brittany A Norfleet Relationship to you? daughter Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability or State Disability $176 WKLY 197.75 8/2/18 8/28/2018 | $ 196.14 WKLY | 11/9/2018 | | |
| ☐ | ☑ | Pension or Retirement Benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Barbara A McKeithan

**DATE:** 12/6/2018 **EMPLOYEE'S SIGNATURE:** Barbara A McKeithan

DP 409

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

Return To: Katherine Ellis



EMPLOYEE/CLAIMANT NAME: Barbara McKeithan

CLAIM NO: 8520656 DATE OF BIRTH: ____

EMPLOYER/SPONSOR: Unilever, USA

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 2-3 hours stand 2-3 hours walk 2-3 hours

How many hours a day do you:
sit 5-6 hours stand 5-6 hours walk 5-6 hours

Do you take a nap during the day?
Yes ✓ No ____

If Yes, for how long? 1 or 2 hours At what time of the day? different times

How many hours a day do you spend in bed? 6-8 hours night day I'm up unless I take a nap!!

Do you require any assistive devices such as a:
cane NO walker NO crutches NO wheelchair NO other ____

How long are you able to sit in a car? really I havent been anywhere, last trip I made was 2 hours 30 minutes

Do you hold a valid driver's license?
Yes ✓ No ____

If No, please explain: ____

If Yes, how long are you able to drive a car? ____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone

Do you have children?
Yes ✓ No ____ If Yes, what are their dates of birth / / / / / /

Do you need help caring for your children?
Yes ____ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ____ No ✓ If Yes, please explain ____

How many times a day do you leave the house during the week? Average 3-4 days
On the weekends? Sat + Sun

How often do you run errands? 1 or 2

Please describe what errands you most commonly run: Theraphy or doctors appts

Liberty Mutual.
INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? everyday check mail box or just go on the porch

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: I don't have a home computer
N/A N/A N/A

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: N/A
N/A N/A

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | SELF | First 2 months daughter/son help after surgery |
| Carrying groceries into the house | SELF | |
| Cooking meals | SELF | |
| Cleaning after meals | SELF | |
| Cleaning bathrooms | SELF | |
| Vacuuming | SELF | |
| Doing the laundry | SELF | |
| Opening and responding to mail | SELF | |
| Managing your finances | SELF | |
| Balancing your checkbook | N/A | |
| Bathing yourself | SELF | |
| Styling your own hair | SELF | |
| Getting dressed | SELF | |
| Going up and down stairs | SELF | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual. INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? N/A None

Where do you go? How do you get there (transportation method)?

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe

Do you participate in an exercise program? Yes ____ No ____

If Yes, please describe Therapy work 30 minutes with my arm And hand goes numb.

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day?

how many hours per week?

for whom?

Are you working for wages? Yes ✓ No ____

If Yes, please provide employer's name Unilever

**Describe in your own words, what prevents you from engaging in any gainful employment.**

heavy Lifting, the chemicals that goes in a kit or 25-100 lbs daily They have No Light duty, because I didn't get hurt on the job. Leadership make sure I'm 100% coming back

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Home, or unless I go sit, visit my kids And Grandkids.. Money is short being on short term disability

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

YES

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

N/A

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Barbara McKeithan Date: 2/6/2018

Signature: [signature]

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

Return to: Katherine Ellis

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ✓ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ________ DOB: ________

Do you have children or dependents*? Yes ✓ No ____ grown 29/31 (grown)
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren N/A
- Children not residing in your household
- Custodial Grandchildren N/A
- A child 18 or older with a disability that started before age 22
- Adopted Children N/A
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| Both Kids are grown! | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Barbara A McKeithan Date: 12/6/2018

3N344180061

LIBERTY MUTUAL GROUP
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Liberty Mutual. INSURANCE

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Barbara McKeithan Date of Birth: ________

Employer: Unilever, USA Policy/Plan Sponsor No. 05 - 290886

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) Barbara A McKeithan

(Address) ________

(Date) 12/6/2018

***Please retain a copy for your records or one can be provided upon request.***

3N344180061

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

A Liberty Mutual Company

3N344180061

3. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☑ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☑ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Barbara McKeithan B60@yahoo Work: B.McKeithan@ Unilever.com

SIGNATURE: Barbara A McKeithan PHONE NO ______



Lincoln/McKeithan 0965

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:** Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Change in Status of Short Term Disability/Leave Status for Barbara Mckeithan, EmpID 000428836, Disability Claim No. 6030340

This e-mail is to inform you that there has been a change in the status of the Short Term Disability (STD) and/or Family and Medical Leave (FMLA) claims for Barbara Mckeithan.

**ACTION REQUIRED:**

**Please connect with the employee's People Experience Lead (PEL) on next steps.**

**Short Term Disability Information:**

Benefit Payments Period: 7/17/2018 thru 1/7/2019

Disability Claim Status: Closed - The claim has closed and a new claim for long term disability is being reviewed.

**Family Medical Leave (FMLA) Information:**

Approved Leave Period: Not Applicable

Leave Status: Not Applicable

**If either benefit listed above is in a Pending status you will receive separate notice once that determination is made.**

The employee has been notified of the denial decision. This notification includes his or her right to appeal the decision as well as instructions on how to do so.

**IMPORTANT NOTE —** Upon the employee's return to work, he or she must be properly restored to an active status in Workday. Please instruct the employee's People Experience Lead (PEL) to make this update.

**Failure to report the employee's return to work in a timely manner could result in a delay in payment of his or her salary.**

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 14293 or contact the assigned Case Manager at Katherine.Ellis@lfg.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

| | |
|---|---|
| Date: | December 4, 2018 |
| To: | DR. CHRISTFER BARNES<br>FAYETTEVILLE ORTHOPAEDICS & SPORTS MEDICINE<br>1991 Fordham Drive, Suite 100<br>P.O. Box 87089<br>Fayetteville, NC 28304 |
| Attn: | Medical Records<br>FAXED 12/6/18 DS |
| Fax: | (910) 484-8824 |
| From: | Katie Ellis<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-1812 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

December 4, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 13, 2018 through the present

We ask that you provide this information by December 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1812 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan  Encounter Date: 11/26/2018  Date of Birth:

## Chief Complaint

## History of Present Illness

The patient returns today for follow up for Improving left shoulder pain and function status post rotator cuff repair, which was done on 7/10/18.

There has been no significant changes in the current symptoms. Pain is mild to moderate, with a rating of 3/10. She is not taking any medication on a consistent basis for the shoulder, but she does states she takes Tylenol every other day or so.

The patient presents today with pain in the lateral aspect of the left shoulder. She reports her pain radiates down into the left arm as well. She reports she can lift 3lbs in physical therapy, and she feels it is going well. She denies any new symptoms in the left shoulder at this time.

Of note, the patient was told at her place of employment that she should not come back to work until she has no restrictions.

## Medical History

Medical history reviewed and updated in the patient's chart on 11/26/2018

## Review of Systems

Relevant review of system reviewed and updated in the patient's chart on 11/26/2018.

**Vital Signs:** Blood Pressure: 120/82, Height: 5ft 2.00in, Weight: 145lbs, Pulse: 96 BMI 26.52

## General Exam:

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** Skin is intact in exposed areas.
**Mental Status:** The patient has a normal mood and affect.
**Vascular:** Peripheral pulses are palpable bilaterally. Both extremeties are well perfused.
**Neurological:** There is normal a sensation and motor function distally.
**Chest:** Breathing is unlabored. No wheezing.

**ELECTRONICALLY SIGNED BY Christopher Barnes, MD**
**11/26/2018**

**Patient Name:** Mckeithan, Barbara A
**DOB:**

### Left Shoulder Examination
Examination today reveals definite improvement with near full shoulder range of motion and no pain on the extremes. There is good strength with rotator cuff testing

### Assessment and Plan:
**Diagnosis Codes:**
M25.512 Pain in left shoulder
**Impression:**
Improving left shoulder pain and function status post rotator cuff repair

### Prescriptions:
A prescription for Tylenol 500 mg, #60, two tablets three times a day as needed for inflammation and pain was given. If any allergic reactions are noted, the patient should stop taking the medication and call immediately.

### Treatment Plan:
The patient was advised I would like her to complete her physical therapy on site over the next 4 weeks. She'll take Tylenol as need for any pain. We will clear her to return to work without restrictions after the new year
A course of physical therapy was recommended. The patient was given education on increasing their activity and exercise level. The patient was given education on maintaining their healthy weight. A work status report was created and given to the patient. The patient is instructed to complete physical therapy and follow up on a PRN basis.

### Clinical Quality Reporting:
Patient's blood pressure reading was normal. Patient was screened for tobacco use and identified as a non-tobacco user. Cessation intervention is not needed. All of the patient's medications were fully documented including her prescriptions, OTC, herbals and vitamin / mineral / dietary (nutritional) supplements. The patient's calculated BMI is within the normal range for the patient's age. A follow up plan regarding weight is not needed. The patient was encouraged to exercise. A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient.
The plan is understood and agreed upon. There are no unanswered questions. The patient will call with any questions or concerns.

Electronically signed by: Christopher Barnes, MD
Date of Service: 11/26/2018

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

**PHYSICAL THERAPY REQUEST FORM**

| | | |
|---|---|---|
| Name: **Barbara A Mckeithan** | Home Phone | Weight: **Weight 145lbs** |
| DOB: | Work Phone | Sex: **female** |

Referring Provider: **Christopher Barnes, MD**
Suggested Diagnosis: **M25.512 Pain in left shoulder**
Frequency: ☐ Once (HEP) ☐ Once a week ☑ Twice a week ☐ Three Times a week
Duration (weeks): ☐ 1 ☐ 2 ☐ 3 ☑ 4 ☐ 5 ☐ 6
URGENCY (Seen by/on): ☐ TODAY ☐ ASAP (1-3 days) ☐ ROUTINE (7-10 days)

☑ **Evaluate and Treat**
**Special Instruction:**

**MODALITIES**
- ☐ Hot/cold Packs
- ☐ Paraffin
- ☐ Ultrasound
- ☐ Phonophoresis
- ☐ Whirlpool
- ☐ Electrical Stimulation
- ☐ Iontophoresis

- ☐ Passive ROM
- ☐ Active-Assistive ROM
- ☐ Progressive Resistive Exerc.
- ☐ Gait Training
- ☐ Pre-Operative Program
- ☐ Home Exercise
- ☐ McKenzie Back Program

**ISOKINETICS**
- ☐ Cybex Testing For
- ☐ Back Testing - B200
- ☐ Rehabilitation Program

Other:

- ☐ FCE

**TRACTION**
- ☐ Pelvic
- ☐ Cervical
- ☐ Home Unit

**OCCUPATIONAL THERAPY**
- ☐ Evaluate and Treat
- ☐ Splitting
- ☐ FCA
- ☐ Work Hardening

**OTHER PROCEDURES**
- ☐ Protocol
- ☐ Tens Unit
- ☐ Tens Home

☐ Custom Orthotics & Gait Evaluation

Electronically signed by: Christopher Barnes, MD
Date of Service: 11/26/2018

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

## STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB
Physician: **Christopher Barnes** Office Visit Date: **11/26/2018**
Next Appointment Date: Time:

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

**Work Status**

- ☐ Cannot work
- ☐ Return to work immediately
- ☐ Released from office
- ☐ PPI assessed
- ☐ Return to work with modified duties
- ☐ Modified duties effective until return visit
- ☐ These restrictions are permanent
- ☑ Do not return to work until: 1/1/19

**Work Restrictions** ☑ **None**

**Upper Extremity** ☐ Right ☑ Left

- ☐ No use of affected extremity
- ☐ No firm gripping
- ☐ Must wear sling/cast
- ☐ No awkward wrist position
- ☐ No lifting over lbs.
- ☐ No repetitive motion
- ☐ No vibratory tools
- ☐ No overhead work (above shoulder)
- ☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left

- ☐ Seated work only/mainly
- ☐ No squatting/kneeling/twisting
- ☐ No climbing stairs/ladders
- ☐ No prolonged standing or walking
- ☐ Work with brace/cast
- ☐ No lifting over lbs.
- ☐ Elevate when possible/continuous
- ☐ Crutches/cane/walker
- ☐ No twisting, pushing, pulling

☐ Other Appropriate Duties / Comments/Special Instructions:

*****_**If no job is available with the stated modified duties, consider**_ Barbara A Mckeithan _**to be off work.**_*****

Date: 11/26/2018
Electronically Signed By: Christopher Barnes, MD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

| | |
|---|---|
| Date: | December 4, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | Medical Records |
| Fax: | (910) 484-8824 |
| From: | Katie Ellis<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-1812 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

December 4, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 13, 2018 through the present

We ask that you provide this information by December 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1812 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

November 26, 2018

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) Benefits
Unilever, USA
Claim #: 8520656

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Unilever, USA's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On November 26, 2018, we requested medical records from Dr. Barnes. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 13, 2018 through the present from Dr. Barnes.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by December 22, 2018:

_X_ Activities Questionnaire Form
_X_ Authorization - Medical
_X_ Claimant Information Form
_X_ Claimant Supplementary Statement
_X_ Family Information Questionnaire
_X_ SS Reimbursement Agreement
_X_ Training Education Experience

__ Other

Unilever, USA's LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than December 22, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return To:** Katherine Ellis ______



EMPLOYEE/CLAIMANT NAME: Barbara McKeithan ______

CLAIM NO: 8520656 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Unilever, USA ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left _________ Right _________

Are you able to work in your garden? Yes _________ No _________

Are you able to work on your house? Yes _________ No _________

Are you able to wash your car? Yes _________ No _________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ___________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ___________________________

Do you have a working home copy machine/fax machine? _________ Yes _________ No

If yes, please explain purpose and usage: ______________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _________ No _________

If Yes, please provide reason and hospital contact Information: ______________________________

_____________________________________________________________________________

_____________________________________________________________________________

Liberty Mutual INSURANCE



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

**Lincoln/McKeithan 0983**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) __________________________________ Relationship ___________________

Signature of claimant or legal representative ________________________________________

Date of Birth: ____________________ Claim Number: 8520656 Date: ____________________________

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/McKeithan 0984**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return To:** Katherine Ellis

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 07/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

**Lincoln/McKeithan 0985**

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return to:** Katherine Ellis

**EMPLOYEE/CLAIMANT NAME:** Barbara McKeithan **CLAIM #:** 8520656
**EMPLOYER:** Unilever, USA **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return to:** Katherine Ellis

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA  DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Barbara McKeithan **Date of Birth:** ____________

**Employer:** Unilever, USA **Policy/Plan Sponsor No.** 05 - 290886

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan

CLAIM NO: 8520656

EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

4. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

5. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (      )** ______________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

November 26, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On November 26, 2018, we requested medical records from Dr. Barnes. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 13, 2018 through the present from Dr. Barnes.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than January 9, 2019 as required under the

terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

November 8, 2018

Ms. Barbara A. McKeithan

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 8520656 and 6030340

Dear Ms. Barbara McKeithan:

We have been informed that you have been unable to work since July 10, 2018 due to your condition.

Please note that receipt of benefits prior to the Long Term Disability benefit begin date does not automatically mean that your Long Term Disability claim will be approved. The provisions and requirements in the Long Term Disability Plan differ from those of other income replacement contracts.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Liberty within 20 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 90 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

Should you be unable to return to work by November 26, 2018 we will require all updated medical records. This will include:

A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from October 13, 2018 through November 26, 2018.

All medical records are needed no later than August 31, 2017 in order to assess your claim for Long Term Disability Benefits.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Unilever, USA's Long Term Disability (LTD) Policy. The provisions and requirements in the LTD Policy differ from those of the Group Life Insurance Plan and may require that we request additional information prior to making a claim determination.

To assist us with our review, please complete the following forms and return them no later than December 22, 2018.

X Training Education Experience
X Family Information Questionnaire
X SS Reimbursement Agreement
X Claimant Information Form
X Claimant Supplementary Statement
X Activities Questionnaire Form
X Authorization - Medical
X A valid copy of your driver's license

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return To:** Katherine Ellis ______



EMPLOYEE/CLAIMANT NAME: Barbara McKeithan ______

CLAIM NO: 8520656 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Unilever, USA ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Liberty Mutual INSURANCE

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

____________________

____________________

How often do you travel or take vacation? ________________

Where do you go? How do you get there (transportation method)? ________________

________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

________________

________________

________________

________________

________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

________________

________________

________________

________________

________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ________________ Date: ________________

Signature: ________________

**Lincoln/McKeithan 1000**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) ___________________________________ Relationship ____________________

Signature of claimant or legal representative __________________________________________

Date of Birth: __ ________ Claim Number: 8520656 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return To:** Katherine Ellis

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 07/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return to:** Katherine Ellis

**EMPLOYEE/CLAIMANT NAME:** Barbara McKeithan **CLAIM #:** 8520656

**EMPLOYER:** Unilever, USA **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) __________ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

**Return to:** Katherine Ellis

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:
- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

**Lincoln/McKeithan 1004**

Liberty Mutual INSURANCE

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Barbara McKeithan **Date of Birth:** ____________

**Employer:** Unilever, USA **Policy/Plan Sponsor No.** 05 - 290886

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

**Lincoln/McKeithan 1005**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

EMPLOYEE/CLAIMANT NAME: Barbara McKeithan
CLAIM NO: 8520656
EMPLOYER/SPONSOR: Unilever, USA DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | | | |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (   )** ______________

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:** Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Barbara Mckeithan EmpID 000428836, Disability Claim No. 6030340

This e-mail is to inform you that there has been an approval or extension of the Short Term Disability (STD) and/or Family and Medical Leave (FMLA) claims for Barbara Mckeithan.

There is **no action required** by you at this time unless the employee has returned to work. This email is for informational purposes only.

**Short Term Disability Information:**
Last Day Worked: 7/9/2018

Date of Disability: 7/10/2018

Benefit Payments Period: 7/17/2018 thru 11/26/2018
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to his or her date of disability.*

Disability Claim Status: Approved

**Family and Medical Leave (FMLA) Information:**
Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until FMLA reaches maximum period of entitlement.*

Leave Status: Not Applicable

**If either benefit listed above is in a Pending status you will receive separate notice once that determination is made.**

**IMPORTANT NOTE —** Upon the employee's return to work, he or she must be properly restored to an active status in Workday. Please instruct the employee's People Experience Lead (PEL) to make this update.

**Failure to report the employees return to work in a timely manner could result in a delay in payment of his or her salary.**

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Liberty Mutual at (800) 291-0112 13950 or contact the assigned Case Manager at Rhakeem.Brown@lfg.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

October 15, 2018

FAYETTEVILLE ORTHOPAEDICS & SPORTS MEDICINE
1991 Fordham Drive, Suite 100
P.O. Box 87089
Fayetteville, NC 28304

FAXED 10.22.18

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030840
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by October 22, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | October 15, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan Encounter Date: 10/12/2018 Date of Birth:

## Chief Complaint

## History of Present Illness

The patient returns today for follow up for Status post left shoulder arthroscopic SAD/DCE/RCR, which was done on 7/10/18. There has been no significant changes in the current symptoms.

Pain is moderate, with a rating of 4/10. She notes pain in the lateral and anterior aspect of the left shoulder. The patient reports swelling in the lateral aspect of the left shoulder. The patient reports lifting her left arm exacerbates the pain.

Of note, the patient did see benefit while on the Celebrex I prescribed her. She is progressing reasonably well at therapy.

## Medical History

Medical history reviewed and updated in the patient's chart on 10/12/2018

## Review of Systems

Relevant review of system reviewed and updated in the patient's chart on 10/12/2018.

**Vital Signs:** Blood Pressure: 136/81, Height: 5ft 2.00in, Weight: 142lbs, Pulse: 86 BMI 25.97

## General Exam:

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** Skin is intact in exposed areas.
**Mental Status:** The patient has a normal mood and affect.
**Vascular:** Peripheral pulses are palpable bilaterally. Both extremeties are well perfused.
**Neurological:** There is normal a sensation and motor function distally.
**Chest:** Breathing is unlabored. No wheezing.

## Left Shoulder Examination

Examination today reveals definite improvement with shoulder range of motion as follows: 140/110/70. There is 5-/5 strength with supraspinatus testing at 90°

**Imaging Orders:** AP and axillary lateral views of the left shoulder were ordered, obtained and interpreted from an orthopaedic standpoint.

**ELECTRONICALLY SIGNED**
**10/12/2018**

**Patient Name:** Mckeithan, Barbara A
**DOB:**

**Shoulder Xrays:** Left shoulder x-rays reveal well-preserved joint space without offset

## Assessment and Plan:

### Diagnosis Codes:

M25.512 Pain in left shoulder

### Impression:

Improving left shoulder pain and function status post rotator cuff repair

### Prescriptions:

Celebrex 200 mg capsules, 1 capsule by mouth once a day with food #30 were prescribed; side effects were discussed and appropriate instructions were provided. If any allergic reactions are noted, the patient should stop taking the medication and call immediately.

### Treatment Plan:

The patient was advised that she should continue to see improvement in her shoulder with time and therapy. We will have her resume the use of Celebrex 200 mg daily.

A course of physical therapy was recommended. The patient was given education on increasing their activity and exercise level. The patient was given education on maintaining their healthy weight. A work status report was created and given to the patient. Patient to return in 4-6 weeks for follow up.

### Clinical Quality Reporting:

Patient's blood pressure reading was normal. Patient was screened for tobacco use and identified as a non-tobacco user. Cessation intervention is not needed. All of the patient's medications were fully documented including her prescriptions, OTC, herbals and vitamin / mineral / dietary (nutritional) supplements. The patient's calculated BMI is within the normal range for the patient's age. A follow up plan regarding weight is not needed. The patient was encouraged to exercise. A strength training regimen was recommended to the patient. A stretching regimen was recommended to the patient. The patient was encouraged to exercise.
The plan is understood and agreed upon. There are no unanswered questions. The patient will call with any questions or concerns.

Electronically signed by: Christopher Barnes, MD
Date of Service: 10/12/2018

Fayetteville Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

# STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB:
Physician: **Christopher Barnes** Office Visit Date: **10/12/2018**
Next Appointment Date: Time:

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

## Work Status

- ☑ Cannot work
- ☐ Return to work immediately
- ☐ Released from office
- ☐ PPI assessed
- ☐ Return to work with modified duties
- ☐ Modified duties effective until return visit
- ☐ These restrictions are permanent
- ☐ Do not return to work until:

## Work Restrictions ☐ None

**Upper Extremity** ☐ Right ☐ Left

- ☐ No use of affected extremity
- ☐ No firm gripping
- ☐ Must wear sling/cast
- ☐ No awkward wrist position
- ☐ No lifting over lbs.
- ☐ No repetitive motion
- ☐ No vibratory tools
- ☐ No overhead work (above shoulder)
- ☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left

- ☐ Seated work only/mainly
- ☐ No squatting/kneeling/twisting
- ☐ No climbing stairs/ladders
- ☐ No prolonged standing or walking
- ☐ Work with brace/cast
- ☐ No lifting over lbs.
- ☐ Elevate when possible/continuous
- ☐ Crutches/cane/walker
- ☐ No twisting, pushing, pulling

☐ Other Appropriate Duties / Comments/Special Instructions:

*****_If no job is available with the stated modified duties, consider_ Barbara A Mckeithan _to be off work._*****

Date: 10/12/2018
Electronically Signed By: Christopher Barnes, MD

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

**PHYSICAL THERAPY REQUEST FORM**

Name: **Barbara A Mckeithan** Home Phone Weight: **Weight 142lbs**
DOB: Work Phone: Sex: **female**

Referring Provider: **Christopher Barnes, MD**
Suggested Diagnosis: **M25.512 Pain in left shoulder**
Frequency: ☐ Once (HEP) ☐ Once a week ☑ Twice a week ☐ Three Times a week
Duration (weeks): ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☑ 6
URGENCY (Seen by/on): ☐ TODAY ☐ ASAP (1-3 days) ☐ ROUTINE (7-10 days)

☑ **Evaluate and Treat**
**Special Instruction:**

**MODALITIES**
- ☐ Hot/cold Packs
- ☐ Paraffin
- ☐ Ultrasound
- ☐ Phonophoresis
- ☐ Whirlpool
- ☐ Electrical Stimulation
- ☐ Iontophoresis

- ☐ Passive ROM
- ☐ Active-Assistive ROM
- ☐ Progressive Resistive Exerc.
- ☐ Gait Training
- ☐ Pre-Operative Program
- ☐ Home Exercise
- ☐ McKenzie Back Program

**ISOKINETICS**
- ☐ Cybex Testing For
- ☐ Back Testing - B200
- ☐ Rehabilitation Program

Other:
- ☐ FCE

**TRACTION**
- ☐ Pelvic
- ☐ Cervical
- ☐ Home Unit

**OCCUPATIONAL THERAPY**
- ☐ Evaluate and Treat
- ☐ Splitting
- ☐ FCA
- ☐ Work Hardening

**OTHER PROCEDURES**
- ☐ Protocol
- ☐ Tens Unit
- ☐ Tens Home

☐ Custom Orthotics & Gait Evaluation

Electronically signed by: Christopher Barnes, MD
Date of Service: 10/12/2018

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | October 15, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

October 15, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by October 22, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

October 16, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On October 15, 2018, we requested medical records from Dr. .Barnes This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 12, 2018 through the present from Dr. Barnes

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than November 12, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:**
Christine.James@unilever.com;Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Barbara Mckeithan EmpID 000428836, Disability Claim No. 6030340

This e-mail is to inform you that there has been an approval or extension of the Short Term Disability (STD) and/or Family and Medical Leave (FMLA) claims for Barbara Mckeithan.

There is **no action required** by you at this time unless the employee has returned to work. This email is for informational purposes only.

**Short Term Disability Information:**
Last Day Worked: 7/9/2018

Date of Disability: 7/10/2018

Benefit Payments Period: 7/17/2018 thru 10/12/2018
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to his or her date of disability.*

Disability Claim Status: Approved

**Family and Medical Leave (FMLA) Information:**
Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until FMLA reaches maximum period of entitlement.*

Leave Status: Not Applicable

**If either benefit listed above is in a Pending status you will receive separate notice once that determination is made.**

**IMPORTANT NOTE —** Upon the employee's return to work, he or she must be properly restored to an active status in Workday. Please instruct the employee's People Experience Lead (PEL) to make this update.

**Failure to report the employees return to work in a timely manner could result in a delay in payment of his or her salary.**

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Liberty Mutual at (800) 291-0112 13950 or contact the assigned Case Manager at Rhakeem.Brown@lfg.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 12, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

# Send Result Report

MFP

ECOSYS M3660idn

Firmware Version 2TA_S000.001.319 2018.03.15

R4L8600452
09/21/2018 09:32
[2TA_1000.001.027] [2T6_1100.001.001] [2TA_7000.001.319]

Job No.: 003787 Total Time: 0°01'55" Page: 004

# Complete

Document: doc00378720180921092944

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy
W. Dickson Schaefer, MD • Christopher ... MD • ... MD
Kimberly A. Sarra, MD • Toby L. Anderton, MD • Michael E. Ellis, PA-C ATC-L

Tax ID# 561066812
Invoice No.: 09212018 –213676

Client:
Liberty Mutual
PO Box 7207
London, KY 40742
Phone: (800) 291 0112
Fax: (603) 334 0239

Description: Records &/or Billing Patient: R. McKeithan DOB

Number of Pages – 4
Total Due upon receipt of statement – $ 2.00

*****As of 04/11/2016, prepayment is now required for ALL records requests*****

Visa and Mastercard accepted via phone at (910) 484-3114 ext.261

Make checks payable to: Fayetteville Orthopaedics and Sports Medicine
Please be sure to enclose a copy of this invoice when mailing your payment.
Send payment to: Fayetteville Orthopaedics and Sports Medicine
Attn: Mark Macejko
1991 Fordham Drive, Suite 200
Fayetteville, NC 28304

Thank you. If we can be of further service, please contact Mark Macejko at 910 323-2007 or mmacejko@favortho.com

Pd

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 09/21/18 09:30 | 16033340239 | 0°01'55" | FAX | OK | 200x100 Normal/On |

ECOSYS®

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr, Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan Encounter Date: 9/12/2018 Date of Birth:

**Date of Surgery:** 7/10/18

**Surgical Procedure:** Left shoulder arthroscopic SAD/DCE/RCR

## Subjective:

The patient is here for follow-up of her left shoulder. There has been no significant changes in the current symptoms. Pain is moderate to severe, with a rating of 7/10. The patient reports no new acute injury to her left shoulder. She states that she is experiencing numbness radiating down her arm into the fingers of her left hand. She states that the shoulder pain wakes her up at night. She takes ibuprofen, which questionable pain relief.

For therapy, the patient has been making progress on site despite her subjective complaints of pain

## Left Shoulder Examination

The patient appears in good health. Breath sounds are unlabored. There is no concerning bruising. The patient has a normal mood and affect. There is intact sensation and perfusion in both upper extremities.

The patient has good-looking portal sights and no significant swelling about the shoulder. The neurovascular exam is symmetric in both upper extremities.

There is mild to moderate limitation in active assisted range of motion is as follows: 130 degrees of forward elevation, 110 degrees of abduction and 60 degrees of external rotation.

**Diagnosis Codes:**
Z47.89 Encounter for other orthopedic aftercare
**Impression:**
Status post left shoulder arthroscopic SAD/DCE/RCR

**Prescriptions:**
Celebrex 200 mg capsules, 1 capsule by mouth once a day with food #30 were prescribed; side effects were discussed and appropriate instructions were provided. If any allergic reactions are noted, the patient should stop taking the medication and call immediately. A prescription for Medrol Dose Pack 4 mg, #1 pack, to be taken as directed for inflammation and pain was given. If any allergic reactions are noted, the patient should stop taking the medication and call immediately.

**Treatment Plan:**

**ELECTRONICALLY SIGNED BY Christopher Barnes, MD**
**9/12/2018**

Fayetteville Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan Encounter Date: 9/12/2018 Date of Birth:

The patient will continue physical therapy twice weekly on site. The emphasis should be on restoring full range of motion as she is behind the curve currently. To help with her symptoms, she received written instructions to discontinue ibuprofen and start Celebrex 200 mg every night after dinner and to start a six-day steroid taper tomorrow.

A course of physical therapy was recommended. The patient was given education on increasing their activity and exercise level. The patient was given education on maintaining their healthy weight. A work status report was created and given to the patient. Patient to return in 5 weeks for follow up. X-ray left shoulder on return, including AP and axillary lateral views.

**Clinical Quality Reporting:**

The patient's calculated BMI is within the normal range for the patient's age. A follow up plan regarding weight is not needed. All of the patient's medications were fully documented including her prescriptions, OTC, herbals and vitamin / mineral / dietary (nutritional) supplements. Patient was screened for tobacco use and identified as a non-tobacco user. Cessation intervention is not needed. Patient's blood pressure reading was normal. The patient was encouraged to exercise. A stretching regimen was recommended to the patient.
The plan is understood and agreed upon. There are no unanswered questions. The patient will call with any questions or concerns.

Electronically signed by: Christopher Barnes, MD
Date of Service: 9/12/2018

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

**PHYSICAL THERAPY REQUEST FORM**

Name: **Barbara A Mckeithan** Home Phone: Weight: **Weight 137lbs**
DOB: Work Phone: Sex: **female**

Referring Provider: **Christopher Barnes, MD**
Suggested Diagnosis: **Z47.89 Encounter for other orthopedic aftercare**
Frequency: ☐ Once (HEP) ☐ Once a week ☑ Twice a week ☐ Three Times a week
Duration (weeks): ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☑ 6
URGENCY (Seen by/on): ☐ TODAY ☐ ASAP (1-3 days) ☑ ROUTINE (7-10 days)

☑ **Evaluate and Treat**
**Special Instruction:**

**MODALITIES**
- ☐ Hot/cold Packs
- ☐ Paraffin
- ☐ Ultrasound
- ☐ Phonophoresis
- ☐ Whirlpool
- ☐ Electrical Stimulation
- ☐ Iontophoresis

- ☐ Passive ROM
- ☐ Active-Assistive ROM
- ☐ Progressive Resistive Exerc.
- ☐ Gait Training
- ☐ Pre-Operative Program
- ☐ Home Exercise
- ☐ McKenzie Back Program

**ISOKINETICS**
- ☐ Cybex Testing For
- ☐ Back Testing - B200
- ☐ Rehabilitation Program

Other:

- ☐ FCE

**TRACTION**
- ☐ Pelvic
- ☐ Cervical
- ☐ Home Unit

**OCCUPATIONAL THERAPY**
- ☐ Evaluate and Treat
- ☐ Splitting
- ☐ FCA
- ☐ Work Hardening

**OTHER PROCEDURES**
- ☐ Protocol
- ☐ Tens Unit
- ☐ Tens Home

☐ Custom Orthotics & Gait Evaluation

[signature] MD

Electronically signed by: Christopher Barnes, MD
Date of Service: 9/12/2018

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

# STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB
Physician: **Christopher Barnes** Office Visit Date: **9/12/2018**
Next Appointment Date: 10/12/2018 Time: 940 AM

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

## Work Status

- ☑ Cannot work
- ☐ Return to work immediately
- ☐ Released from office
- ☐ PPI assessed
- ☐ Return to work with modified duties
- ☐ Modified duties effective until return visit
- ☐ These restrictions are permanent
- ☐ Do not return to work until:

## Work Restrictions ☐ None

**Upper Extremity** ☐ Right ☑ Left

- ☐ No use of affected extremity
- ☐ No firm gripping
- ☐ Must wear sling/cast
- ☐ No awkward wrist position
- ☐ No lifting over lbs.
- ☐ No repetitive motion
- ☐ No vibratory tools
- ☐ No overhead work (above shoulder)
- ☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left

- ☐ Seated work only/mainly
- ☐ No squatting/kneeling/twisting
- ☐ No climbing stairs/ladders
- ☐ No prolonged standing or walking
- ☐ Work with brace/cast
- ☐ No lifting over lbs.
- ☐ Elevate when possible/continuous
- ☐ Crutches/cane/walker
- ☐ No twisting, pushing, pulling

☐ Other Appropriate Duties / Comments/Special Instructions:

*****_**If no job is available with the stated modified duties, consider**_ Barbara A Mckeithan _**to be off work.**_*****

Date: 9/12/2018
Electronically Signed By: Christopher Barnes, MD

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 26, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 26, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to Barbara McKeithan's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Barnes. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 3, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Attachments: 6030340-REQUEST-PROVIDER-09.12.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 12, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 27, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 10, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Attachments: 6030340-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-09.12.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 13, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 12, 2018, we requested medical records from Dr. .Barnes This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 12, 2018 through the present from Dr. Barnes

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than October 10, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Fayetteville Orthopaedics
& SPORTS MEDICINE
*Physical & Occupational Therapy*

W. Dickson Schaefer, MD • Christopher J. Barnes, MD • Daniel E. McBrayer, MD
Kimberly A. Barrie, MD • Toby L. Anderton, MD • Michael E. Dilello, PA-C, ATC-L

**Tax ID# 561066512**
**Invoice No.: 09212018 –213676**

**Client:**
Liberty Mutual
PO Box 7207
London, KY 40742
Phone: (800) 291 0112
Fax: (603) 334 0239

**Description:** Records &/or Billing **Patient:** B. McKeithan **DOB:**

**Nnmber of Pages =4**
**Total Due upon receipt of statement = $ 2.00**

*****_As of 04/11/2016, prepayment is now required for ALL records requests_*****

**Visa and Mastercard accepted via phone at (910) 484-3114 ext.161**

Make checks payable to: Fayetteville Orthopaedics and Sports Medicine
**Please be sure to enclose a copy of this invoice when mailing your payment.**
Send payment to: Fayetteville Orthopaedics and Sports Medicine
Attn: Mark Macejko
1991 Fordham Drive, Suite 100
Fayetteville, NC 28304

Thank you. If we can be of further service, please contact Mark Macejko at 910 223-2007 or mmacejko@fayortho.com

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance

LMG 9/12/2018 4:48:55 PM PAGE 2/003 Fax Server

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 12, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 12, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 13, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 12, 2018, we requested medical records from Dr. .Barnes This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 12, 2018 through the present from Dr. Barnes

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than October 10, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:** Christine.James@unilever.com;Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Barbara Mckeithan EmpID 000428836, Disability Claim No. 6030340

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 7/9/2018

Date of Disability: 7/10/2018

Benefit Payments Period: 7/17/2018 thru 9/12/2018
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 7/10/2018 thru 9/12/2018
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

**IMPORTANT NOTE —** Upon the employee's return to work, please ensure that they are properly restored to an active status in Workday. Failure to report the actual return to work date could result in a delay in payment of the employee's salary. Employees, Line Managers and HR have access to submit the Return to Work under Time Off module of Workday.

Please follow the below steps to return your employee in Workday:

- Select Team Time Off or Search for Employee's Name
- Select Related Actions Button
- Select Time and Leave from the Actions menu
- Return Worker from Leave
- Confirm First Day Back at Work and Actual Last Day of Leave

If you have further questions, please call Liberty Mutual at (800) 291-0112 13950 or contact the assigned Case Manager at Rhakeem.Brown@lfg.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:**
Christine.James@unilever.com;Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Barbara Mckeithan EmpID 000428836, Disability Claim No. 6030340

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 7/9/2018

Date of Disability: 7/10/2018

Benefit Payments Period: 7/17/2018 thru 9/3/2018
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 7/10/2018 thru 9/3/2018
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

**IMPORTANT NOTE —** Upon the employee's return to work, please ensure that they are properly restored to an active status in Workday. Failure to report the actual return to work date could result in a delay in payment of the employee's salary. Employees, Line Managers and HR have access to submit the Return to Work under Time Off module of Workday.

Please follow the below steps to return your employee in Workday:

- Select Team Time Off or Search for Employee's Name
- Select Related Actions Button
- Select Time and Leave from the Actions menu
- Return Worker from Leave
- Confirm First Day Back at Work and Actual Last Day of Leave

If you have further questions, please call Liberty Mutual at (800) 291-0112 13950 or contact the assigned Case Manager at Rhakeem.Brown@libertymutual.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Mutual. INSURANCE

Fax
603-334-0239

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan

Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative ______________________

Date of Birth: ______________ Claim Number: ____________ Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# OPERATIVE REPORT

## Fayetteville Ambulatory Surgery Center

Account #: 206974-1
Patient Name: MCKEITHAN, BARBARA
MRN: 206974
Sex: Female
Date of Birth:
Proceduralist/Surgeon: Christopher Barnes MD

Date of Procedure: 07/10/2018
Admitting Provider: ,
Attending Provider: BARNES, MD, CHRISTOPHER J
Referring Provider: ,



PRE-OPERATIVE DIAGNOSES:
- Nontraumatic rotator cuff tear (degenerative)
  - Incomplete; Left shoulder
- Injury of biceps
  - Long head of biceps; Strain; Left arm; Initial encounter
- Primary shoulder osteoarthritis
  - Left

POST-OPERATIVE DIAGNOSES:
- Nontraumatic rotator cuff tear (degenerative)
  - Incomplete; Left shoulder
- Primary shoulder osteoarthritis
  - Left

PROCEDURES PERFORMED:
- Shoulder arthroscopy
  - Left Side
  - Subacromial decompression with partial acromioplasty
    - Left Side
  - Distal claviculectomy, including distal articular surface (Mumford)
    - Left Side
  - Rotator cuff repair of partial tear
    - Left Side

ASSISTANTS:
None

ESTIMATED BLOOD LOSS:
Minimal

FINDINGS:
see technique

SPECIMEN REMOVED:
None

INDICATIONS:
This is a 51-year-old African American female with shoulder pain and weakness. She had an MRI that showed a possible biceps tendon tear, partial thickness, and a partial-thickness rotator cuff repair as well as AC joint arthrosis. She understood the risks and benefits of surgery to include subacromial decompression, distal clavicle excision, possible rotator cuff repair, and possible open biceps tenodesis including infection, bleeding, stiffness, re-tear, failure of this to fully alleviate her shoulder pain, etc., and she is willing to proceed.

Copyright 2008-2018 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2017 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 3

# OPERATIVE REPORT

Fayetteville Ambulatory Surgery Center

Account #: 206974-1
MRN: 206974
Patient Name: MCKEITHAN, BARBARA
Date of Birth:
Date of Procedure: 07/10/2018



TECHNIQUE:

After informed consent was verified, the patient was taken to the operating room and given general anesthesia. Exam under anesthesia showed mild limitation in forward elevation (to 130 degrees), so a gentle manipulation was performed which restored full range of motion. She was prepped and draped and hung in 12 pounds of traction in the arthroscopy position.

A standard posterior portal was made and an inside-out technique was used to establish an anterior portal. Arthroscopic evaluation of the glenohumeral joint showed normal-appearing articular cartilage. The biceps tendon looked essentially normal with just a little synovitis around it, but there was generalized synovitis and no tearing of the biceps tendon itself or subscapularis tendon tearing, so I was happy with that.

The patient had a near full-thickness/partial-thickness rotator cuff tear with some scar intervening between the tendon edges. I debrided the "footprint" from below and placed a shuttle relay medial and posterior to the zone of injury to mark this from below as well as to help pass our posterior stitch of our rotator cuff anchor.

The subacromial space was debrided with a shaver and I windowed open the small amount of bursal sided fibers that were still remaining. I used a punch to expand the tear a little bit anteriorly so we could see better to make sure we got our stitches medial to the delaminated component of the tear. We then did a bursectomy and took down the CA ligament.

A high-speed bur was used to block cut about 5 mm of the anterior acromion to make that flat or slightly concave. We performed a subacromial decompression. We then outlined the distal clavicle which was degenerative and block cut enough space to create at least 1 cm between the distal clavicle and the acromial facet with care not to disrupt the AC ligament.

The total width of the undersurface rotator cuff tear was about 1 cm to 12 mm wide. I placed a 4.5 triple-loaded anchor in the medial half of the rotator cuff "footprint" and then placed three simple stitches using the previously placed shuttle first and then a turn to the left and a turn to the right. Our middle stitch was the most medial so we tied that first and then reinforced the stitches from anterior and posterior. When we were done we had a good looking reduction of the tendon down to bone, and thus I placed two "vascular channels" laterally to create some blood flow to the repair site and finish the procedure.

A pain pump catheter was put in the subacromial space. We removed all instruments from the shoulder. The patient was put in a bulky dressing and a brace. She is going home today with routine post shoulder repair instructions.

The patient is going to have oxycodone and Tylenol for pain. She will begin physical therapy on the small rotator cuff repair protocol in two days and see me back in about two weeks.

Electronically signed by
**Christopher Barnes MD**
07/10/2018 19:35 EDT

Copyright 2008-2018 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2017 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 3

# OPERATIVE REPORT
Fayetteville Ambulatory Surgery Center

Account #: 206974-1
MRN: 206974
Patient Name: MCKEITHAN, BARBARA
Date of Birth:
Date of Procedure: 07/10/2018



WWW3732111.3 by Christopher Barnes MD, 07/10/2018 19:35 EDT

CC:
Fayetteville Orthopaedics - 910.484.8824

Copyright 2006-2018 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2017 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 3

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | July 11, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

July 11, 2018

*No Records Found For Dates of service Requested* 7/11/18 (IP)

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 10, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by July 18, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | July 11, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

July 11, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 10, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by July 18, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

July 12, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On July 11, 2018, we requested medical records from Dr. .Barnes This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 10, 2018 through the present from Dr. Barnes

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than August 8, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

BARBARA MCKEITHAN

0000

*40000003002587*

Lincoln/McKeithan 1071

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 25, 2018

BARBARA MCKEITHAN

0000

RE: Short Term Disability Benefits
Unilever, USA
Claim #: 6030340

Thank you for contacting Liberty Life Assurance Company of Boston (Liberty Life), Unilever's Leave of Absence administrator. Your application for Short Term Disability (STD) benefits has been received and is currently under review.

Liberty Life will be contacting your current treating physician(s) to obtain specific medical information about your condition and prognosis. Before a decision can be made on your STD claim, supporting documentation must be received from your current treating physician(s).

**Actions Required:**

1. **Complete and return the enclosed "Authorization to Obtain and Release Information" form.**
   - This form allows Liberty Life to request medical information from your current treating physician(s) on your behalf; however, it is ultimately your responsibility to ensure that the medical information requested is submitted.
   - Fax the completed release form to Liberty Life at 603-334-0380, or mail it to:
     Liberty Life Assurance Company of Boston
     Group Benefits Disability Claims
     P.O. Box 7207
     London, KY 40742-7207
   - Provide a copy of the completed release form to your treating physician(s).

2. **Request that your current treating physician(s) provide medical documentation to Liberty Life.**
   - Delay in or failure to submit medical documentation *may* result in a delay in pay, or denial of STD benefits.

After Liberty Life receives medical documentation from your treating physician(s), your claim will be evaluated and you will be notified of our decision via a telephone call.

**Employees Eligible for Statutory (State) Disability Benefits**

If you work in California, New Jersey, New York, Hawaii, Rhode Island, or Puerto Rico, you may be eligible for state disability benefits. To receive the maximum benefit, you are entitled to, you may also have to report your disability to your state disability program.

- For employees working in New York, New Jersey and Hawaii, Liberty Life manages the state disability program. You will have a statutory disability claim created and managed by Liberty Life and **will not** need to file a separate claim with your state disability program.
- For employees working in California, please contact the California Employment Development Department at 800-480-3287 to file your claim. You may also visit their website for additional information at www.edd.cahwnet.gov.
- For employees working in Rhode Island, please contact the Rhode Island Department of Labor and Training at 401-462-8420 or visit their website at http://www.dlt.ri.gov/tdi/ to file your claim.
- For employees working in Puerto Rico, please call the Puerto Rico Bureau of Employment Security at 787-754-5824 to file your claim. You may also visit their website for additional information at www.trabajo.pr.gov.

Note: Any STD benefits you are entitled to, which will be paid to you directly by Unilever, will be reduced by the amount you receive from your statutory disability claim. If you are entitled to statutory benefits in New York, New Jersey, or Hawaii they will be paid by check from Liberty Life. If you are entitled to benefits in California, Rhode Island, or Puerto Rico they will be paid directly from the state. You will receive payment from Unilever through your normal payroll for any remaining benefits due after the adjustment for state benefits has been made. The combined value of these two separate payments will be equal to the total STD payment that you are entitled to.

**STD Payment and Timing**

Based on the timing of the filing of your STD claim, as well as the timing of the Unilever payroll cycle cutoff dates, there is a possibility that your STD payments paid from Unilever could be overpaid. If your benefit is overpaid Unilever has the right to recover the amount overpaid in full and may therefore adjust future paychecks as needed if an overpayment does occur. Note that the recovery of overpayment amounts will result in a reduced, or in some instances, $0 paycheck from Unilever.

If you have any questions regarding this information, please contact our office at (800) 291-0112, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Group Market Disability Claims

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rhakeem Brown

EMPLOYEE/CLAIMANT NAME: BARBARA MCKEITHAN
CLAIM NO: 6030340 S.S. NO: ____
EMPLOYER/SPONSOR: UNILEVER, USA DATE OF BIRTH: ____

I authorize any licensed physician, medical provider, hospital, HMO, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor(Self Insured Plan), or to persons or other organizations providing claims management services.

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and all other work related information; all records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications, other financial information including bank records, complete copies of Federal and State tax returns; including all attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company, has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing and false, incomplete, or misleading information may be guilty of a criminal act punishable

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

| | |
|---|---|
| Print Name | Social Security Number |
| Signature | Date |

DP432 07/01

Lincoln/McKeithan 1075

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:** Christine.James@unilever.com; Denise.Jackson@unilever.com; STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Acknowledgement of Short Term Disability/Leave request for Barbara Mckeithan, Employee ID 000428836, Disability Claim No. 6030340

**This e-mail is to inform you that Barbara Mckeithan has applied for a Short Term Disability(STD).** The STD and FMLA requests are currently under review.

You will receive an additional notification once a determination is made. Please note that if STD is not approved within 15 days FMLA will be reviewed separately. You may receive separate notices if determinations are made at different times.

The employee reported a Last Day Worked of 7/9/2018.

**ACTION REQUIRED BY YOU:**

1. If your employee works a variable work schedule that deviates from the typical Monday through Friday work week, please contact the assigned Liberty Mutual Case Manager at Rhakeem.Brown@libertymutual.com immediately to provide the accurate work schedule. **Failure to provide this information timely could impact your employee's disability pay.**

2. Upon the employee's return to work, he or she must properly restored to an active status in Workday. Please instruct the Human Resources Data Specialist responsible for your function to make this update.

Failure to report the employees actual return to work in a timely manner could result in a delay in payment of his or her salary.

If you have any questions, please call Liberty Mutual at (800) 291-0112 ext. 13950 or contact the assigned Case Manager at Rhakeem.Brown@libertymutual.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 6030340 Claim Last Updated 12/06/2018 Printed On 12/14/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | BARBARA A MCKEITHAN | SSN | | Birth Date | |
| Address | | Salary Amount $ | 794.00 | Mode | W |
| | | Date of Hire | 09/19/2011 | | |
| | | Last Work Date | 07/09/2018 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Light | | |

JobDesc TECHNICAL OPERATOR 3 - COMPOUNDING

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 06/21/2018 |
| Disability Date | 07/10/2018 | Close Date | 01/08/2019 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 01/07/2019 | RTW FT / PT | |
| Ben Begin Date | 07/17/2018 | Apprv Thru Date | 01/07/2019 | Gross Ben $ | |

Diagnosis 1 Code/Desc M75.10 Unsp rotatr-cuff tear/ruptr, not specified as traumatic

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 290886 UNILEVER, USA

Subsidiary 0000

Location 20680000 RAEFORD, NC

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2013

Class 09 ALL FULL TIME HOURLY EMPLOYEES OF RAEFORD NOT SUBJECT TO A COLLECTI

Waiting Period: New/Mode-Current/Mode 0 | | 0 | Days in WRKWK 5

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 14 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 11/01/2011 |
| PD | 01 | STD | 09 | 09/19/2011 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 6030340 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**03/01/2021 11:40 AM - CLAIM Note 37**
Claim/Event/Leave: 6030340
NoteSubject : Other
Other Subject : COPY JOB
Text: [03/01/2021 - ROSZELLE, MICHAEL]REQUEST HAS BEEN COMPLETED TO INCLUDE ALL DOCS & LETTERS IN DOC LIST EXCEPT CORRESPONDENCE VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED LEGACY@ECNIME.COM.

**02/19/2019 4:56 PM - CLAIM Note 36**
Claim/Event/Leave: 6030340
NoteSubject : Other
Other Subject : VNDR PMT
Text: [02/19/2019 - THEOFRASTOU, ELIZABETH]INVOICE RECEIVED ON 2/4/19 FROM RELEASEPOINT. INV # 709310, IN THE AMOUNT OF $8 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**12/06/2018 1:50 PM - PHONE Note 38**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : EXT
Text: [12/06/2018 - ELLIS, KATIE]DCM CALLED EE AT TO DAV OF STD EXT AND ADV WILL PUT IN RECOMMENDATION TO GET LTD CLAIM APPROVED. EE ACK AND HAD NO OTHER QUESTIONS. DCM THANKED AND CALL ENDED.

**12/06/2018 12:58 PM - CLAIM Note 35**
Claim/Event/Leave: 6030340
NoteSubject : Extended Benefits
Other Subject : THROUGH 1/7
Text: [12/06/2018 - ELLIS, KATIE]DCM RECOMMENDS EXTENDING BENEFITS THROUGH 1/7/19 AND CLOSING CLAIM FOR MAX DURATION TO LTD. MEDICAL RECORDS SHOW EE HAS ROTATOR CUFF REPAIR ON 7/10/18 - EE CAN LIFE 3 LBS IN PT AND FEELS IT'S GOING WELL. EE TO CONTINUE WITH PT AND WILL F/U IN 4 WEEKS. GIVEN EE'S ABILITY TO ONLY LIFE 3 LBS,EE WOULD BE UNABLE TO PERFORM OWN JOB, THEREFORE, DCM FINDS EXTENSION REASONABLE.

**12/04/2018 7:32 AM - CLAIM Note 34**
Claim/Event/Leave: 6030340
NoteSubject : LTR to AP
Other Subject : DR. BARNES
Text: [12/04/2018 - ELLIS, KATIE]DCM RESENT MEDICAL REQUEST TO DR. BARNES FOR THE TIME PERIOD OF 10/13/18-THE PRESENT

**11/26/2018 9:18 AM - CLAIM Note 33**
Claim/Event/Leave: 6030340
NoteSubject : LTR to EE
Other Subject : ONGOING PROOF
Text: [11/26/2018 - ELLIS, KATIE]DCM SENT ONGOING PROOF LETTER TO EE - PROOF DUE 1/9

**11/26/2018 9:17 AM - CLAIM Note 32**
Claim/Event/Leave: 6030340
NoteSubject : Ref to Other
Other Subject : RP
Text: [11/26/2018 - ELLIS, KATIE]DCM REQUESTED MEDICAL RECORDS FROM DR. BARNES - OBTAIN RECORDS FROM OCTOBER 13, 2018 TO PRESENT FOR THIS PATIENT ******* YOUR WEBORDER TRANSACTION ID IS: 53303007

**11/08/2018 8:16 AM - CLAIM Note 31**
Claim/Event/Leave: 6030340

NoteSubject : Other
Other Subject : ESCALATIONS
Text: [11/08/2018 - HARRIS, MICHAEL]CLAIM ASSIGNED TO DCM K. ELLIS

**11/07/2018 4:24 PM - CLAIM Note 30**
Claim/Event/Leave: 6030340
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [11/07/2018 - ROBINSON, DANIELLE]AGREE WITH ESCALATION TO LTD

**11/06/2018 4:11 PM - CLAIM Note 29**
Claim/Event/Leave: 6030340
NoteSubject : Ref to Other
Other Subject : M1 REVIEW
Text: [11/06/2018 - BROWN, RHAKEEM]STD MAX DATE: 01/07/2019 APPRVD THRU DATE: 11/26/2018 CLMT: BARBARA MCKEITHAN LDW: 07/09/2018 DOD: 07/10/2018 DX: LEFT SHOLDER ROUTER IS CRUSHED LOV: 10/12/18 NOV:11/26/18 PROVIDERS: BARNES DCM FINDS IT REASONABLE TO ESCALATE CLAIM TO LTD

**10/23/2018 8:26 AM - PHONE Note 37**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : UPDATE
Text: [10/23/2018 - BROWN, RHAKEEM]MADE CALL TO EE TO ADVISE OF EXTENSION THROUGH 11/26/18 AND EXPLAINED THAT DCM WILL F/U WITH EE AFTER OV AND EE HAD NFQ

**10/23/2018 8:24 AM - CLAIM Note 28**
Claim/Event/Leave: 6030340
NoteSubject : Extended Benefits
Other Subject :
Text: [10/23/2018 - BROWN, RHAKEEM]DCM FINDS IT REASONABLE TO EXTEND CLAIM OUT THROUGH 11/26/18

**10/23/2018 8:23 AM - CLAIM Note 27**
Claim/Event/Leave: 6030340
NoteSubject : Med Records Rcvd
Other Subject : BARNES
Text: [10/23/2018 - BROWN, RHAKEEM]RECEIVED MR FROM AP FROM OV ON 10/12/18

**10/22/2018 1:14 PM - PHONE Note 36**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : VM
Text: [10/22/2018 - BROWN, RHAKEEM]EE LEFT VM STATING THAT AP ADVISED HER THAT THEY ARE SOME DAYS BEHIND AND THAT MR WERE SENT TO DCM ON 10/15/18

**10/22/2018 11:39 AM - PHONE Note 35**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : DAY 7
Text: [10/22/2018 - BROWN, RHAKEEM]MADE CALL TO EE TO ADVISE THAT DCM HAS NOT RECEIVED MR FROM AP YET, NO ONE WAS AVAILABLE AND DCM LEFT VM

**10/22/2018 11:37 AM - PHONE Note 34**
Claim/Event/Leave: 6030340
NoteSubject : Called AP
Other Subject : DAY 7 BARNES
Text: [10/22/2018 - BROWN, RHAKEEM]MADE CALL TO AP NO ONE WAS AVAILABLE AND DCM LEFT VM

**10/15/2018 12:05 PM - CLAIM Note 26**
Claim/Event/Leave: 6030340
NoteSubject : LTR to AP
Other Subject : BARNES
Text: [10/15/2018 - BROWN, RHAKEEM]SENT REQUEST FOR MR TO AP

**10/15/2018 12:04 PM - CLAIM Note 25**
Claim/Event/Leave: 6030340
NoteSubject : Notice/Proof Review
Other Subject :
Text: [10/15/2018 - BROWN, RHAKEEM]NP FOR MR FROM 10/12-P. DEADLINES ARE DAY 7: 10/21/18, DAY 15: 10/29/18 AND DAY 30: 11/13/18

**10/15/2018 12:02 PM - PHONE Note 33**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : F/U OV

Text: [10/15/2018 - BROWN, RHAKEEM]SPOKE TO EE WHO STATED THAT HER NOV IS 11/26/18 AND LOV WAS 10/12/18 AND DCM ADVISED THAT I WILL REQUEST UPDATED MR FROM AP AND ONC RECEIVED CLAIM WILL BE EXTENDED AND EE HAD NFQ

**10/05/2018 9:00 AM - PHONE Note 32**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject :
Text: [10/05/2018 - HILAIRE, ALICIA]EE CALLED TO CHECK STATUS OF PAYMENT. STATES SHE WANTED TO KNOW HOW MANY DAYS SHE WOULD BE PAID. DCM EXPLAINED THAT CLAIM APPROVED THRU 10/12, WASN'T APPROVED UNTIL 10/3 AFTER PAYROLL CUTOFF. ADVISED THAT LAST ISSUANCE WAS FOR DATES 9/13-10/6. EE THANKED DCM AND HUNG UP.

**10/03/2018 10:20 PM - CLAIM Note 24**
Claim/Event/Leave: 6030340
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**10/03/2018 10:40 AM - PHONE Note 31**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : UPDATE
Text: [10/03/2018 - BROWN, RHAKEEM]EE CALLED TO SEE IF MR HAVE BEEN RECEIVED FROM AP BARNES AND DCM ADVISED THAT MR HAVE BEEN RECEIVED AND CLAIM HAS BEEN EXTENDED TO 10/12/18 AND EE UNDERSTOOD AND ASKED HOW MUCH AND WHEN SHE WILL BE PAID AND DCM REFERREDEE TO HR AND EE HAD NFQ

**10/03/2018 7:38 AM - CLAIM Note 23**
Claim/Event/Leave: 6030340
NoteSubject : Extended Benefits
Other Subject :
Text: [10/03/2018 - BROWN, RHAKEEM]DCM FINDS IT REASONABLE TO EXTEND CLAIM OUT THROUGH 10/12/18

**10/03/2018 7:37 AM - CLAIM Note 22**
Claim/Event/Leave: 6030340
NoteSubject : Med Records Rcvd
Other Subject : BARNES
Text: [10/03/2018 - BROWN, RHAKEEM]RECEIVED MR FROM 9/12 OV

**10/02/2018 10:23 PM - CLAIM Note 21**
Claim/Event/Leave: 6030340
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR NO ADDITIONAL MEDICAL RECEIVED

**09/28/2018 12:46 PM - PHONE Note 30**
Claim/Event/Leave: 6030340
NoteSubject : AP Called
Other Subject : DR. BARNES NURSE
Text: [09/28/2018 - BASS, SHARESSA]DCM RECEIVED A CALL FROM DR. BARNES NURSE AND SHE STATED THAT SHE WAS RETURNING A CALL FROM DCM. DCM TRANSFERRED THE NURSE TO THE DCM FOR A RETURN CALL BACK.

**09/26/2018 11:31 AM - PHONE Note 29**
Claim/Event/Leave: 6030340
NoteSubject : Called AP
Other Subject : DAY 15
Text: [09/26/2018 - BROWN, RHAKEEM]MADE CALL TO AP TO SEE IF PAYMENT FOR MR HAVE BEEN RECEIVED YET, NO ONE WAS AVAILABLE AND DCM LEFT VM

**09/26/2018 11:28 AM - CLAIM Note 20**
Claim/Event/Leave: 6030340
NoteSubject : LTR to AP
Other Subject : DAY 15 BARNES
Text: [09/26/2018 - BROWN, RHAKEEM]SENT REQUEST FOR MR TO AP

**09/26/2018 11:27 AM - CLAIM Note 19**
Claim/Event/Leave: 6030340
NoteSubject : LTR to EE
Other Subject : DAY 15
Text: [09/26/2018 - BROWN, RHAKEEM]SENT DAY 15 NOTICE TO EE

**09/26/2018 11:26 AM - PHONE Note 28**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : DAY 15
Text: [09/26/2018 - BROWN, RHAKEEM]MADE CALL TO EE TO ADVISE THAT PAYMENT WAS SENT TO AP AND WE ARE JUST

Text: [09/26/2018 - BROWN, RHAKEEM]MADE CALL TO EE TO ADVISE THAT PAYMENT WAS SENT TO AP AND WE ARE JUST WAITING ON MR NO ONE WAS AVAILABLE AND DCM LEFT VM

**09/25/2018 6:33 PM - CLAIM Note 18**
Claim/Event/Leave: 6030340
NoteSubject : Other
Other Subject : VNDR PMT
Text: [09/25/2018 - THEOFRASTOU, ELIZABETH]INVOICE REC'D 9/24/18, FROM FAYETTEVILLE ORTHO, INVOICE #09212018-213676, IN THE AMT OF $2 FOR 4 PGS OF MEDICAL RECORDS FROM AP BARNES. INVOICE PAID IN FULL

**09/25/2018 12:42 PM - PHONE Note 27**
Claim/Event/Leave: 6030340
NoteSubject : AP Called
Other Subject :
Text: [09/25/2018 - CROWDER, RHONDA]RCVD CALL FROM PROVIDER STATING INVOICE WAS SENT AND WANTED TO MAKE SURE INVOICE WAS RCVD; DCM STATED INVOICE WAS RCVD AND SENT TO PAYMENT UNIT FOR PROCESSING

**09/24/2018 9:36 AM - PHONE Note 26**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : RTC
Text: [09/24/2018 - BROWN, RHAKEEM]MADE CALL TO EE TO ADVISE THAT INVOICE WAS RECEIVED FROM AP AND WE ARE NOW WAITING ON MR, AND EE HAD NFQ

**09/24/2018 9:35 AM - PHONE Note 25**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : VM
Text: [09/24/2018 - BROWN, RHAKEEM]EE LEFT VM ASKING FOR AN UPDATE

**09/24/2018 8:38 AM - CLAIM Note 17**
Claim/Event/Leave: 6030340
NoteSubject : Medical Status
Other Subject : INVOICE
Text: [09/24/2018 - BROWN, RHAKEEM]RECEIVED INVOICE FROM AP FOR $2.00 SENT TO JAMES BEST

**09/20/2018 8:24 AM - PHONE Note 24**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : RTC
Text: [09/20/2018 - BROWN, RHAKEEM]SPOKE TO EE AND ADVISED THAT MR ARE NEEDED TO MAKE THE EXTENSION ON THE CLAIM, EE STATED SHE HAS NOT BEEN PAID THIS MORNING AND DCM ADVISED THAT'S BC WE NEED MR TO EXTEND CLAIM, EE STATED SHE LIVES AROUND THE CORNER FROMAP AND WILL GO TO AP OFFICE TODAY AND HAVE THEM SEND MR TO DCM

**09/20/2018 8:20 AM - PHONE Note 23**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : VM
Text: [09/20/2018 - BROWN, RHAKEEM]EE LEFT VM STATING THAT HE CLAIM STOPPED AS OF 8/12 AND WANTS TO KNOW WHAT ELSE IS NEEDED TO EXTEND THE CLAIM

**09/18/2018 12:12 PM - PHONE Note 22**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : DAY 7
Text: [09/18/2018 - BROWN, RHAKEEM]SPOKE TO EE WHO STATED SHE HAS NOT BEEN RELEASED TO RTW YET AND WILL NOT SEE AP UNTIL OCTOBER, DCM ADVISED EE THAT MR ARE NEEDED TO MAKE EXT AND ADVISED THAT DCM LEFT AP A VM AND WILL LET EE KNOW ONCE MR ARE RECEIVED ANDEE HAD NFQ

**09/18/2018 12:08 PM - PHONE Note 21**
Claim/Event/Leave: 6030340
NoteSubject : Called AP
Other Subject : DAY 7 BARNES
Text: [09/18/2018 - BROWN, RHAKEEM]MADE CALL TO AP TO CX FAX REQUEST WAS RECEIVED, JACKIE WAS NOT AVAILABLE AND DCM LEFT VM ASKING FOR A RTC ON STATUS OF MR

**09/12/2018 4:45 PM - CLAIM Note 16**
Claim/Event/Leave: 6030340
NoteSubject : LTR to AP
Other Subject :
Text: [09/12/2018 - BROWN, RHAKEEM]SENT REQUEST FOR MR TO AP BARNES

**09/12/2018 4:45 PM - CLAIM Note 15**
Claim/Event/Leave: 6030340

NoteSubject : Notice/Proof Review
Other Subject :
Text: [09/12/2018 - BROWN, RHAKEEM]NP FOR MR FROM 9/12-P. DEADLINES ARE DAY 7: 9/18/18, DAY 15: 9/26/18, AND DAY 30: 10/11/18

**09/12/2018 4:44 PM - PHONE Note 20**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : RTC
Text: [09/12/2018 - BROWN, RHAKEEM]MADE CALL TO EE TO ADVISE THAT DCM WIL BE REQUESTING MR FROM AP AND NO ONE WAS AVAILBALE AND DCM LEFT VM

**09/12/2018 10:50 AM - PHONE Note 19**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject :
Text: [09/12/2018 - WILLIAMS, TORRON]EE CALLED, STATES JUST LEFT AP OV; AP ADV OOW THRU NOV: 10/12 FOR REVALUATION.

**09/04/2018 6:06 PM - CLAIM Note 14**
Claim/Event/Leave: 6030340
NoteSubject : Other
Other Subject : PR REVIEW
Text: [09/04/2018 - ROBINSON, DANIELLE]AGREE WITH CLAIM DURATION

**08/17/2018 4:02 PM - PHONE Note 18**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : UPDATE
Text: [08/17/2018 - BROWN, RHAKEEM]MADE CALL TO EE TO ADVISE THAT CLAIM WILL BE EXTENDED TO NOV ON 9/12/18

**08/17/2018 4:01 PM - CLAIM Note 13**
Claim/Event/Leave: 6030340
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**08/17/2018 4:00 PM - CLAIM Note 12**
Claim/Event/Leave: 6030340
NoteSubject : Extended Benefits
Other Subject :
Text: [08/17/2018 - BROWN, RHAKEEM]DCM FINDS IT REASONABLE TO EXT CLAIM TO NOV ON 9/12/18

**08/14/2018 9:50 AM - PHONE Note 17**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : RTC
Text: [08/14/2018 - BROWN, RHAKEEM]MADE CALL TO EE AND EE STATED THAT SHE WAS ADVISED BY DCM THAT HER CLAIM WAS APPROVED OUT THROUGH 4 WEEKS AND DCM ADVISED EE THAT I DID NOT TELL HER THAT AND TM ADVISED EE OF APPROVAL THROUGH 8 WEEKS ON 7/17/18, DCM THENEXPLAINED PAY TO EE AND EE STATED HER NOV WILL BE 9/12/18 AND EE HAD NFQ[08/17/2018 - BROWN, RHAKEEM]APPROVED THORUGH 8 WEEKS 9/3/18

**08/13/2018 1:21 PM - PHONE Note 16**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : UPDATE
Text: [08/13/2018 - AYALA, JUSTINE]REC'VD ESCALATED CALL FROM EE WANTING TO KNOW WHY SHE HASN'T RETURNED A CALL BACK FROM ADCM. DCM APOLOGIZED. EE ADVISED SHE IS GOING TO EMAIL THE CORPORATE OFFICE AND POST ON FB HOW AWFUL HER EXPERIENCE HAS BEEN. DCM APOOLOGIZED AND ASKED WHAT DCM CAN ASSIST WITH. EE ADVISED SHE DIDN'T KNOW SHE WAS APPROVED THRU 09/03 SHE THOUGHT SHE WAS APPROVED 4 WEEKS. DCM APOLOGIZED FOR MISUNDERSTANDING AND ADVISED CLAIM HAS NO BEEN EFFECTED. EE THANKED, NO FURTHER QUESTIONS. EMAIL TO ADCM.

**08/01/2018 8:25 AM - PHONE Note 15**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : ACD CALL
Text: [08/01/2018 - HOPSON, CORT]EE CALLED IN. SHE WANTED TO KNOW HOW HER BENEFITS ARE CALCULATED. ADVISED EE OF 66.67 STRAIGHT CALCULATION OF PRE TAX PRE DISABILY WEEKLY EARNINGS. EE THANKED AN ENDED CALL.

**08/01/2018 8:18 AM - PHONE Note 14**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : CSU

Other Subject : CSU
Text: [08/01/2018 - MUDRICK, CARIN]EE CD FOR PAYMENT INFO - BEST TO SPEAK TO A DCM - ADCM NOT IN OFF, WARM TRF TO TM. THANKED ME C.E.

**07/31/2018 11:33 AM - PHONE Note 13**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : VM
Text: [07/31/2018 - BROWN, RHAKEEM]EE LEFT VM ASKING HOW SHE WILL BE PAID

**07/19/2018 11:57 AM - PHONE Note 12**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : CSU
Text: [07/19/2018 - VAN ETTEN, STACY]EE INQ STD PAYMENT. ADV ER PAYS DIRECTLY- EP BENEFIT BEGIN DATE 07/17. NFQ THANKED/ CC

**07/18/2018 11:13 AM - CLAIM Note 11**
Claim/Event/Leave: 6030340
NoteSubject : Other
Other Subject : AUTH FORM
Text: [07/18/2018 - BROWN, RHAKEEM]RECEIVED AUTH FORM FROM EE

**07/17/2018 2:30 PM - PHONE Note 11**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : RTC/APPROVED
Text: [07/17/2018 - DETWEILER, JOSEPH]CALLED EE TO RTC AND ADVISED THAT OP RECORDS RECEIVED AND WAS ABLE TO APPROVE CLAIM FOR 8 WEEKS. EE ADVISED THAT AP STATED THAT OOW FOR 3 MONTHS AND I ADV THAT ADCM WILL BE FOLLOWING UP IN SEVERAL WEEKS FOR AN UPDATE.EE THANKED, NFQ.

**07/17/2018 2:26 PM - CLAIM Note 10**
Claim/Event/Leave: 6030340
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**07/17/2018 2:26 PM - CLAIM Note 9**
Claim/Event/Leave: 6030340
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**07/17/2018 2:22 PM - PHONE Note 10**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : VM
Text: [07/17/2018 - DETWEILER, JOSEPH]VOICEMAIL, 7/16 CALLED LAST WEEK AND LEFT MESSAGE TO SEE IF RECEIVED ALL PAPERWORK NEEDED FOR CLAIM. BUT CHECKED THIS MORNING AND HAVE NOT RECEIVED ANYTHING, 6030340

**07/17/2018 12:26 PM - PHONE Note 9**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject : ACD
Text: [07/17/2018 - JONES, ASHLEY]EE CALLED TO SEE IF MEDICAL RECORDS WERE RECEIVED ADVISE THEY WERE JUST RECEIVED ADCM IS REVIEWING. ASKED TO SPEAK WITH ADCM.

**07/17/2018 11:50 AM - PHONE Note 8**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : LVM
Text: [07/17/2018 - HART, TIFFANY]CALLED CLMT TO ADV THAT MR'S HAVE BEEN RCVD CX SX DATE OF 7.10.18. CALLED CLMT TO GET ESTIMATED RECOVERY TIME TO APPROVE CLAIM. UTC. LVM TO CONTACT ADCM REGARDING CLAIM.

**07/17/2018 11:46 AM - CLAIM Note 8**
Claim/Event/Leave: 6030340
NoteSubject : Med Records Rcvd
Other Subject :
Text: [07/17/2018 - HART, TIFFANY]OP REPORT 7/10/18 AND AUTH RLS RCVD

**07/17/2018 9:14 AM - PHONE Note 7**
Claim/Event/Leave: 6030340
NoteSubject : EE Called

NoteSubject : EE Called
Other Subject : CSU
Text: [07/17/2018 - CHAVEZ, ALMA]EE CALLED FOR STATUS, ADV WAITING ON MED RECDS, STATED WOULD CALL AP TODAY, NFQ THANKED AND ENDED CALL

**07/13/2018 11:23 AM - PHONE Note 6**
Claim/Event/Leave: 6030340
NoteSubject : EE Called
Other Subject :
Text: [07/13/2018 - JACOBS, JOSIE]EE CALLED STATED THAT SHE DID HAVE SX ON 7/10 WITH AP BARNES. DCM ADV AP SENT OVER PAPERWORK STATING SHE WAS NOT TX. DCM PROVIDED ADCM FAX EE STATED SHE WILL GO TO AP OFFICE AND HAVE THEM FAX OVER RECORDS

**07/12/2018 3:04 PM - PHONE Note 5**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : UPDATE
Text: [07/12/2018 - BROWN, RHAKEEM]MADE CALL TO EE TO ADVISE THAT AP IS SAYING THEY DO NOT HAVE ANY MR FOR EE. NO ONE WAS AVAILABLE AND DCM LEFT VM

**07/12/2018 3:02 PM - CLAIM Note 7**
Claim/Event/Leave: 6030340
NoteSubject : Medical Status
Other Subject :
Text: [07/12/2018 - BROWN, RHAKEEM]AP SENT FAX STATING THAT ARE NO MR FOR EE FROM 7/10/18-PRESENT

**07/11/2018 11:30 AM - PHONE Note 4**
Claim/Event/Leave: 6030340
NoteSubject : Called EE
Other Subject : UPDATE
Text: [07/11/2018 - BROWN, RHAKEEM]MADE CALL TO EE TO PROVIDE UPDATE ON THE CLAIM NO ONE WAS AVAILABLE AND CM LEFT VM

**07/11/2018 11:24 AM - CLAIM Note 6**
Claim/Event/Leave: 6030340
NoteSubject : LTR to AP
Other Subject :
Text: [07/11/2018 - BROWN, RHAKEEM]SENT REQUEST FOR MR TO AP

**07/11/2018 11:24 AM - CLAIM Note 5**
Claim/Event/Leave: 6030340
NoteSubject : Notice/Proof Review
Other Subject :
Text: [07/11/2018 - BROWN, RHAKEEM]NP FOR MR FROM 7/10/18-P. DEADLINES ARE DAY 7: 7/17/18, DAY 15: 7/25/18, AND DAY 30: 8/9/18

**07/11/2018 11:23 AM - PHONE Note 3**
Claim/Event/Leave: 6030340
NoteSubject : Called AP
Other Subject : SX
Text: [07/11/2018 - BROWN, RHAKEEM]MADE CALL TO AP TO CX EE SX AP ASSISTANT WAS NOT AVAILABLE AND DCM LEFT VM AND CALLED BACK AND GOT FAX # FROM MR DEPARTMENT

**07/11/2018 10:34 AM - PHONE Note 2**
Claim/Event/Leave: 6030340
NoteSubject : Called AP
Other Subject : BARNES
Text: [07/11/2018 - GETCHIUS, SHEENA]CALLED (910) 484-3114, LVOM TO CALL THE DCM TO CX THE SURGERY DATE: DATE OF FOLLOW UP APPT.: SURGERY TYPE: LEFT SHOULDER SURGERY, ICD10 OR CPT CODE: ESTIMATED TIME OF RECOVERY: FAX NUMBER FOR MED RECORDS REQUEST: THANKED AND ENDED CALL.

**06/25/2018 2:39 PM - CLAIM Note 4**
Claim/Event/Leave: 6030340
NoteSubject : Other
Other Subject : EMAIL
Text: [06/25/2018 - LACEWELL, TORIEA]AGREE

**06/25/2018 2:38 PM - CLAIM Note 3**
Claim/Event/Leave: 6030340
NoteSubject : Status Report
Other Subject : EAP
Text: OTHER EE TOOK NUMBER FOR EAP AND ADVISED WOULD CALL LATER

**06/25/2018 2:37 PM - PHONE Note 1**
Claim/Event/Leave: 6030340

NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [06/25/2018 - LACEWELL, TORIEA]CALLED EE TO CONDUCT II. EE CX S1 INFORMATION. LDW 7/9 DOD 7/10. DX LEFT SHOULDER. EE IS UNSURE OF WHAT SX. EE STATED NOT DUE TO AN INJURY, DEVELOPED OVER TIME. EE CX TX WITH AP BONES. EE STATED THAT AP HAS RTW AS 10/8.EE WILL BE DOING PT WHILE OOW. EXPLAINED BENEFITS, EP, PAY BY ER, SX CX WITH AP AND THEN MR WILL BE REQUESTED. EE EMAIL IS BARBARA.MCKEITHAN@UNILEVER.

**06/21/2018 11:46 AM - CLAIM Note 2**
Claim/Event/Leave: 6030340
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 07/10/2018 AND THE LEAVE END DATE IS 10/01/2018.

**06/21/2018 11:46 AM - CLAIM Note 1**
Claim/Event/Leave: 6030340
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: LEFT SHOLDER ROUTER IS CRUSHED

# Billing Statement:

ReleasePoint

**Invoice Date: 02/04/2019** **Invoice #: 709310**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Jan 1 2019 and Jan 31 2019**

**LIBMT1** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4748809<br>6030340 | MCKEITHAN, BARBARA<br>FAYETTEVILLE ORTHOPAEDICS | Complete | 02/02/19<br>K Ellis | 8.00 | 0.00 | 0.00 | 0.00<br>7 | **8.00** |

**ReleasePoint**

**Total Amount Due:** **8.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

ReleasePoint

## Medical Record Overview

**Date:** **February 2, 2019**

**Patient Name:** MCKEITHAN, BARBARA

**Records From:** BARNES, CHRISTOPHER
3308 Melrose Rd
Fayetteville, NC 28304
(910) 484-3114

**Request Scope:** From October 13, 2018 to Present

**Chart Range:** 11/26/2018 - 11/26/2018

**RP ID:** 4748809

**Client ID:** 6030340

**Source:** LIBMT1

**Req By:** K Ellis
05-290886

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 26 2018 | Nov 26 2018 | 3 | 2 |
| Request Corr. | | | 4 | 5 |
| | | **Total Page Count:** | 7 | |

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan Encounter Date: 11/26/2018 Date of Birth:

## Chief Complaint

## History of Present Illness

The patient returns today for follow up for Improving left shoulder pain and function status post rotator cuff repair, which was done on 7/10/18.

There has been no significant changes in the current symptoms. Pain is mild to moderate, with a rating of 3/10. She is not taking any medication on a consistent basis for the shoulder, but she does states she takes Tylenol every other day or so.

The patient presents today with pain in the lateral aspect of the left shoulder. She reports her pain radiates down into the left arm as well. She reports she can lift 3lbs in physical therapy, and she feels it is going well. She denies any new symptoms in the left shoulder at this time.

Of note, the patient was told at her place of employment that she should not come back to work until she has no restrictions.

## Medical History

Medical history reviewed and updated in the patient's chart on 11/26/2018

## Review of Systems

Relevant review of system reviewed and updated in the patient's chart on 11/26/2018.

**Vital Signs:** Blood Pressure: 120/82, Height: 5ft 2.00in, Weight: 145lbs, Pulse: 96 BMI 26.52

## General Exam:

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** Skin is intact in exposed areas.
**Mental Status:** The patient has a normal mood and affect.
**Vascular:** Peripheral pulses are palpable bilaterally. Both extremeties are well perfused.
**Neurological:** There is normal a sensation and motor function distally.
**Chest:** Breathing is unlabored. No wheezing.

**ELECTRONICALLY SIGNED BY Christopher Barnes, MD
11/26/2018**

Patient Name: Mckeithan, Barbara A
DOB:

## Left Shoulder Examination

Examination today reveals definite improvement with near full shoulder range of motion and no pain on the extremes. There is good strength with rotator cuff testing

## Assessment and Plan:

### Diagnosis Codes:

M25.512 Pain in left shoulder

### Impression:

Improving left shoulder pain and function status post rotator cuff repair

## Prescriptions:

A prescription for Tylenol 500 mg, #60, two tablets three times a day as needed for inflammation and pain was given. If any allergic reactions are noted, the patient should stop taking the medication and call immediately.

## Treatment Plan:

The patient was advised I would like her to complete her physical therapy on site over the next 4 weeks. She'll take Tylenol as need for any pain. We will clear her to return to work without restrictions after the new year
A course of physical therapy was recommended. The patient was given education on increasing their activity and exercise level. The patient was given education on maintaining their healthy weight. A work status report was created and given to the patient. The patient is instructed to complete physical therapy and follow up on a PRN basis.

## Clinical Quality Reporting:

Patient's blood pressure reading was normal. Patient was screened for tobacco use and identified as a non-tobacco user. Cessation intervention is not needed. All of the patient's medications were fully documented including her prescriptions, OTC, herbals and vitamin / mineral / dietary (nutritional) supplements. The patient's calculated BMI is within the normal range for the patient's age. A follow up plan regarding weight is not needed. The patient was encouraged to exercise. A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient.
The plan is understood and agreed upon. There are no unanswered questions. The patient will call with any questions or concerns.

Electronically signed by: Christopher Barnes, MD
Date of Service: 11/26/2018

**ELECTRONICALLY SIGNED BY Christopher Barnes, MD**
**11/26/2018**

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

## STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB:
Physician: **Christopher Barnes** Office Visit Date: **11/26/2018**
Next Appointment Date: PRN Time:

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

**Work Status**

- ☐ Cannot work
- ☐ Return to work immediately
- ☐ Released from office
- ☐ PPI assessed
- ☐ Return to work with modified duties
- ☐ Modified duties effective until return visit
- ☐ These restrictions are permanent
- ☑ Do not return to work until: 1/1/19

**Work Restrictions** ☑ **None**

**Upper Extremity** ☐ Right ☑ Left

- ☐ No use of affected extremity
- ☐ No firm gripping
- ☐ Must wear sling/cast
- ☐ No awkward wrist position
- ☐ No lifting over lbs.
- ☐ No repetitive motion
- ☐ No vibratory tools
- ☐ No overhead work (above shoulder)
- ☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left

- ☐ Seated work only/mainly
- ☐ No squatting/kneeling/twisting
- ☐ No climbing stairs/ladders
- ☐ No prolonged standing or walking
- ☐ Work with brace/cast
- ☐ No lifting over lbs.
- ☐ Elevate when possible/continuous
- ☐ Crutches/cane/walker
- ☐ No twisting, pushing, pulling

☐ Other Appropriate Duties / Comments/Special Instructions:

*****_If no job is available with the stated modified duties, consider_ Barbara A Mckeithan _to be off work._*****

Date: 11/26/2018
Electronically Signed By: Christopher Barnes, MD

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

Jan 22, 2019
Re: Disability Benefits
Claim# 6030340 4748809
Claimant: MCKEITHAN, BARBARA
Claimant DOB:

FAYETTEVILLE ORTHOPAEDICS
1991 FORDHAM DR. STE 100
ATTN: JULIE
FAYETTEVILLE, NC 28304

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On Nov 28, 2018 we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- ☑ I am FAXING records to: (213) 884-4921
- ☐ I am MAILING records on or before (date): ____________ (See mailing address above)
- ☐ Records are being review, and will be released no later than (DATE): ____________
- ☐ Records cannot be released because:

____________________________________________

- ☐ Other status information we should know:

____________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,

Milyn Callejo

Disability Information Specialist

Phone No.: (213) 266-5038

Fax No.: (213) 884-4921.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

| | |
|---|---|
| Date: | December 4, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | Medical Records |
| Fax: | (910) 484-8824 |
| From: | Katie Ellis<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-1812 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

December 4, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 13, 2018 through the present

We ask that you provide this information by December 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1812 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

# Quality Assurance Report

## Request Information

Report Date: February 2, 2019

**RP ID:** 4748809

Patient Name: MCKEITHAN, BARBARA

Provider Name: FAYETTEVILLE ORTHOPAEDICS

## Quality Assurance Information

Scope Requested: **From October 13, 2018 to Present**

Special Request:

Please provide medical records - Seen By: BARNES, CHRISTOPHER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: MLGER

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:** Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Change in Status of Short Term Disability/Leave Status for Barbara Mckeithan, EmpID 000428836, Disability Claim No. 6030340

This e-mail is to inform you that there has been a change in the status of the Short Term Disability (STD) and/or Family and Medical Leave (FMLA) claims for Barbara Mckeithan.

**ACTION REQUIRED:**

**Please connect with the employee's People Experience Lead (PEL) on next steps.**

**Short Term Disability Information:**

Benefit Payments Period: 7/17/2018 thru 1/7/2019

Disability Claim Status: Closed - The claim has closed and a new claim for long term disability is being reviewed.

**Family Medical Leave (FMLA) Information:**

Approved Leave Period: Not Applicable

Leave Status: Not Applicable

**If either benefit listed above is in a Pending status you will receive separate notice once that determination is made.**

The employee has been notified of the denial decision. This notification includes his or her right to appeal the decision as well as instructions on how to do so.

**IMPORTANT NOTE —** Upon the employee's return to work, he or she must be properly restored to an active status in Workday. Please instruct the employee's People Experience Lead (PEL) to make this update.

**Failure to report the employee's return to work in a timely manner could result in a delay in payment of his or her salary.**

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 14293 or contact the assigned Case Manager at Katherine.Ellis@lfg.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

| | |
|---|---|
| Date: | December 4, 2018 |
| To: | DR. CHRISTFER BARNES<br>FAYETTEVILLE ORTHOPAEDICS & SPORTS MEDICINE<br>1991 Fordham Drive, Suite 100<br>P.O. Box 87089<br>Fayetteville, NC 28304 |
| Attn: | Medical Records<br>FAXED 12/6/18 DS |
| Fax: | (910) 484-8824 |
| From: | Katie Ellis<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-1812 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

December 4, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 13, 2018 through the present

We ask that you provide this information by December 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1812 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan Encounter Date: 11/26/2018 Date of Birth:

## Chief Complaint

## History of Present Illness

The patient returns today for follow up for Improving left shoulder pain and function status post rotator cuff repair, which was done on 7/10/18.

There has been no significant changes in the current symptoms. Pain is mild to moderate, with a rating of 3/10. She is not taking any medication on a consistent basis for the shoulder, but she does states she takes Tylenol every other day or so.

The patient presents today with pain in the lateral aspect of the left shoulder. She reports her pain radiates down into the left arm as well. She reports she can lift 3lbs in physical therapy, and she feels it is going well. She denies any new symptoms in the left shoulder at this time.

Of note, the patient was told at her place of employment that she should not come back to work until she has no restrictions.

## Medical History

Medical history reviewed and updated in the patient's chart on 11/26/2018

## Review of Systems

Relevant review of system reviewed and updated in the patient's chart on 11/26/2018.

**Vital Signs:** Blood Pressure: 120/82, Height: 5ft 2.00in, Weight: 145lbs, Pulse: 96 BMI 26.52

## General Exam:

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** Skin is intact in exposed areas.
**Mental Status:** The patient has a normal mood and affect.
**Vascular:** Peripheral pulses are palpable bilaterally. Both extremeties are well perfused.
**Neurological:** There is normal a sensation and motor function distally.
**Chest:** Breathing is unlabored. No wheezing.

**ELECTRONICALLY SIGNED BY Christopher Barnes, MD**
**11/26/2018**

**Patient Name:** Mckeithan, Barbara A
**DOB:**

## Left Shoulder Examination

Examination today reveals definite improvement with near full shoulder range of motion and no pain on the extremes. There is good strength with rotator cuff testing

## Assessment and Plan:

### Diagnosis Codes:

M25.512 Pain in left shoulder

### Impression:

Improving left shoulder pain and function status post rotator cuff repair

## Prescriptions:

A prescription for Tylenol 500 mg, #60, two tablets three times a day as needed for inflammation and pain was given. If any allergic reactions are noted, the patient should stop taking the medication and call immediately.

## Treatment Plan:

The patient was advised I would like her to complete her physical therapy on site over the next 4 weeks. She'll take Tylenol as need for any pain. We will clear her to return to work without restrictions after the new year
A course of physical therapy was recommended. The patient was given education on increasing their activity and exercise level. The patient was given education on maintaining their healthy weight. A work status report was created and given to the patient. The patient is instructed to complete physical therapy and follow up on a PRN basis.

## Clinical Quality Reporting:

Patient's blood pressure reading was normal. Patient was screened for tobacco use and identified as a non-tobacco user. Cessation intervention is not needed. All of the patient's medications were fully documented including her prescriptions, OTC, herbals and vitamin / mineral / dietary (nutritional) supplements. The patient's calculated BMI is within the normal range for the patient's age. A follow up plan regarding weight is not needed. The patient was encouraged to exercise. A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient.
The plan is understood and agreed upon. There are no unanswered questions. The patient will call with any questions or concerns.

Electronically signed by: Christopher Barnes, MD
Date of Service: 11/26/2018

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

**PHYSICAL THERAPY REQUEST FORM**

Name: **Barbara A Mckeithan** Home Phone Weight: **Weight 145lbs**
DOB: Work Phone Sex: **female**

Referring Provider: **Christopher Barnes, MD**
Suggested Diagnosis: **M25.512 Pain in left shoulder**
Frequency: ☐ Once (HEP) ☐ Once a week ☑ Twice a week ☐ Three Times a week
Duration (weeks): ☐ 1 ☐ 2 ☐ 3 ☑ 4 ☐ 5 ☐ 6
URGENCY (Seen by/on): ☐ TODAY ☐ ASAP (1-3 days) ☐ ROUTINE (7-10 days)

☑ **Evaluate and Treat**
**Special Instruction:**

**MODALITIES**
- ☐ Hot/cold Packs
- ☐ Paraffin
- ☐ Ultrasound
- ☐ Phonophoresis
- ☐ Whirlpool
- ☐ Electrical Stimulation
- ☐ Iontophoresis

- ☐ Passive ROM
- ☐ Active-Assistive ROM
- ☐ Progressive Resistive Exerc.
- ☐ Gait Training
- ☐ Pre-Operative Program
- ☐ Home Exercise
- ☐ McKenzie Back Program

**ISOKINETICS**
- ☐ Cybex Testing For
- ☐ Back Testing - B200
- ☐ Rehabilitation Program

Other:

- ☐ FCE

**TRACTION**
- ☐ Pelvic
- ☐ Cervical
- ☐ Home Unit

**OCCUPATIONAL THERAPY**
- ☐ Evaluate and Treat
- ☐ Splitting
- ☐ FCA
- ☐ Work Hardening

**OTHER PROCEDURES**
- ☐ Protocol
- ☐ Tens Unit
- ☐ Tens Home

☐ Custom Orthotics & Gait Evaluation

Electronically signed by: Christopher Barnes, MD
Date of Service: 11/26/2018

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

## STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB
Physician: **Christopher Barnes** Office Visit Date: **11/26/2018**
Next Appointment Date: Time:

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

**Work Status**

- ☐ Cannot work
- ☐ Return to work immediately
- ☐ Released from office
- ☐ PPI assessed
- ☐ Return to work with modified duties
- ☐ Modified duties effective until return visit
- ☐ These restrictions are permanent
- ☑ Do not return to work until: 1/1/19

**Work Restrictions** ☑ **None**

**Upper Extremity** ☐ Right ☑ Left
- ☐ No use of affected extremity
- ☐ No firm gripping
- ☐ Must wear sling/cast
- ☐ No awkward wrist position
- ☐ No lifting over lbs.
- ☐ No repetitive motion
- ☐ No vibratory tools
- ☐ No overhead work (above shoulder)
- ☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left
- ☐ Seated work only/mainly
- ☐ No squatting/kneeling/twisting
- ☐ No climbing stairs/ladders
- ☐ No prolonged standing or walking
- ☐ Work with brace/cast
- ☐ No lifting over lbs.
- ☐ Elevate when possible/continuous
- ☐ Crutches/cane/walker
- ☐ No twisting, pushing, pulling

☐ Other Appropriate Duties / Comments/Special Instructions:

*****<u>*If no job is available with the stated modified duties, consider*</u> **Barbara A Mckeithan** <u>*to be off work.*</u>*****

Date: 11/26/2018
Electronically Signed By: Christopher Barnes, MD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

| | |
|---|---|
| Date: | December 4, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | Medical Records |
| Fax: | (910) 484-8824 |
| From: | Katie Ellis<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-1812 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

December 4, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 13, 2018 through the present

We ask that you provide this information by December 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1812 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-1812

November 26, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On November 26, 2018, we requested medical records from Dr. Barnes. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 13, 2018 through the present from Dr. Barnes.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than January 9, 2019 as required under the

terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Ellis
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14293
Secure Fax No.: (603) 559-1812

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:** Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Barbara Mckeithan EmpID 000428836, Disability Claim No. 6030340

This e-mail is to inform you that there has been an approval or extension of the Short Term Disability (STD) and/or Family and Medical Leave (FMLA) claims for Barbara Mckeithan.

There is **no action required** by you at this time unless the employee has returned to work. This email is for informational purposes only.

**Short Term Disability Information:**
Last Day Worked: 7/9/2018

Date of Disability: 7/10/2018

Benefit Payments Period: 7/17/2018 thru 11/26/2018
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to his or her date of disability.*

Disability Claim Status: Approved

**Family and Medical Leave (FMLA) Information:**
Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until FMLA reaches maximum period of entitlement.*

Leave Status: Not Applicable

**If either benefit listed above is in a Pending status you will receive separate notice once that determination is made.**

**IMPORTANT NOTE —** Upon the employee's return to work, he or she must be properly restored to an active status in Workday. Please instruct the employee's People Experience Lead (PEL) to make this update.

**Failure to report the employees return to work in a timely manner could result in a delay in payment of his or her salary.**

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Liberty Mutual at (800) 291-0112 13950 or contact the assigned Case Manager at Rhakeem.Brown@lfg.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

October 15, 2018

FAYETTEVILLE ORTHOPAEDICS & SPORTS MEDICINE
1991 Fordham Drive, Suite 100
P.O. Box 87089
Fayetteville, NC 28304

FAXED 10-22-18

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by October 22, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | October 15, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan    Encounter Date: 10/12/2018    Date of Birth:

## Chief Complaint

## History of Present Illness

The patient returns today for follow up for Status post left shoulder arthroscopic SAD/DCE/RCR, which was done on 7/10/18. There has been no significant changes in the current symptoms.

Pain is moderate, with a rating of 4/10. She notes pain in the lateral and anterior aspect of the left shoulder. The patient reports swelling in the lateral aspect of the left shoulder. The patient reports lifting her left arm exacerbates the pain.

Of note, the patient did see benefit while on the Celebrex I prescribed her. She is progressing reasonably well at therapy.

## Medical History

Medical history reviewed and updated in the patient's chart on 10/12/2018

## Review of Systems

Relevant review of system reviewed and updated in the patient's chart on 10/12/2018.

**Vital Signs:** Blood Pressure: 136/81, Height: 5ft 2.00in, Weight: 142lbs, Pulse: 86 BMI 25.97

## General Exam:

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** Skin is intact in exposed areas.
**Mental Status:** The patient has a normal mood and affect.
**Vascular:** Peripheral pulses are palpable bilaterally. Both extremeties are well perfused.
**Neurological:** There is normal a sensation and motor function distally.
**Chest:** Breathing is unlabored. No wheezing.

## Left Shoulder Examination

Examination today reveals definite improvement with shoulder range of motion as follows: 140/110/70. There is 5-/5 strength with supraspinatus testing at 90°

**Imaging Orders:** AP and axillary lateral views of the left shoulder were ordered, obtained and interpreted from an orthopaedic standpoint.

**ELECTRONICALLY SIGNED**
**10/12/2018**

**Shoulder Xrays:** Left shoulder x-rays reveal well-preserved joint space without offset

## Assessment and Plan:

### Diagnosis Codes:

M25.512 Pain in left shoulder

### Impression:

Improving left shoulder pain and function status post rotator cuff repair

### Prescriptions:

Celebrex 200 mg capsules, 1 capsule by mouth once a day with food #30 were prescribed; side effects were discussed and appropriate instructions were provided. If any allergic reactions are noted, the patient should stop taking the medication and call immediately.

### Treatment Plan:

The patient was advised that she should continue to see improvement in her shoulder with time and therapy. We will have her resume the use of Celebrex 200 mg daily.

A course of physical therapy was recommended. The patient was given education on increasing their activity and exercise level. The patient was given education on maintaining their healthy weight. A work status report was created and given to the patient. Patient to return in 4-6 weeks for follow up.

### Clinical Quality Reporting:

Patient's blood pressure reading was normal. Patient was screened for tobacco use and identified as a non-tobacco user. Cessation intervention is not needed. All of the patient's medications were fully documented including her prescriptions, OTC, herbals and vitamin / mineral / dietary (nutritional) supplements. The patient's calculated BMI is within the normal range for the patient's age. A follow up plan regarding weight is not needed. The patient was encouraged to exercise. A strength training regimen was recommended to the patient. A stretching regimen was recommended to the patient. The patient was encouraged to exercise.
The plan is understood and agreed upon. There are no unanswered questions. The patient will call with any questions or concerns.

Electronically signed by: Christopher Barnes, MD
Date of Service: 10/12/2018

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

# STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB:
Physician: **Christopher Barnes** Office Visit Date: **10/12/2018**
Next Appointment Date: Time:

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

## Work Status

- ☑ Cannot work
- ☐ Return to work immediately
- ☐ Released from office
- ☐ PPI assessed
- ☐ Return to work with modified duties
- ☐ Modified duties effective until return visit
- ☐ These restrictions are permanent
- ☐ Do not return to work until:

## Work Restrictions ☐ None

**Upper Extremity** ☐ Right ☐ Left

- ☐ No use of affected extremity
- ☐ No firm gripping
- ☐ Must wear sling/cast
- ☐ No awkward wrist position
- ☐ No lifting over lbs.
- ☐ No repetitive motion
- ☐ No vibratory tools
- ☐ No overhead work (above shoulder)
- ☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left

- ☐ Seated work only/mainly
- ☐ No squatting/kneeling/twisting
- ☐ No climbing stairs/ladders
- ☐ No prolonged standing or walking
- ☐ Work with brace/cast
- ☐ No lifting over lbs.
- ☐ Elevate when possible/continuous
- ☐ Crutches/cane/walker
- ☐ No twisting, pushing, pulling

☐ Other Appropriate Duties / Comments/Special Instructions:

*****_If no job is available with the stated modified duties, consider_ Barbara A Mckeithan _to be off work._*****

Date: 10/12/2018
Electronically Signed By: Christopher Barnes, MD

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

**PHYSICAL THERAPY REQUEST FORM**

| | | |
|---|---|---|
| Name: **Barbara A Mckeithan** | Home Phone | Weight: **Weight 142lbs** |
| DOB: | Work Phone: | Sex: **female** |

Referring Provider: **Christopher Barnes, MD**
Suggested Diagnosis: **M25.512 Pain in left shoulder**
Frequency: ☐ Once (HEP) ☐ Once a week ☑ Twice a week ☐ Three Times a week
Duration (weeks): ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☑ 6
URGENCY (Seen by/on): ☐ TODAY ☐ ASAP (1-3 days) ☐ ROUTINE (7-10 days)

☑ **Evaluate and Treat**

**Special Instruction:**

**MODALITIES**
- ☐ Hot/cold Packs
- ☐ Paraffin
- ☐ Ultrasound
- ☐ Phonophoresis
- ☐ Whirlpool
- ☐ Electrical Stimulation
- ☐ Iontophoresis

- ☐ Passive ROM
- ☐ Active-Assistive ROM
- ☐ Progressive Resistive Exerc.
- ☐ Gait Training
- ☐ Pre-Operative Program
- ☐ Home Exercise
- ☐ McKenzie Back Program

**ISOKINETICS**
- ☐ Cybex Testing For
- ☐ Back Testing - B200
- ☐ Rehabilitation Program

Other:
- ☐ FCE

**TRACTION**
- ☐ Pelvic
- ☐ Cervical
- ☐ Home Unit

**OCCUPATIONAL THERAPY**
- ☐ Evaluate and Treat
- ☐ Splitting
- ☐ FCA
- ☐ Work Hardening

**OTHER PROCEDURES**
- ☐ Protocol
- ☐ Tens Unit
- ☐ Tens Home

☐ Custom Orthotics & Gait Evaluation

Electronically signed by: Christopher Barnes, MD
Date of Service: 10/12/2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | October 15, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

October 15, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by October 22, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

October 16, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On October 15, 2018, we requested medical records from Dr. .Barnes This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 12, 2018 through the present from Dr. Barnes

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than November 12, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:**
Christine.James@unilever.com;Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Barbara Mckeithan EmpID 000428836, Disability Claim No. 6030340

This e-mail is to inform you that there has been an approval or extension of the Short Term Disability (STD) and/or Family and Medical Leave (FMLA) claims for Barbara Mckeithan.

There is **no action required** by you at this time unless the employee has returned to work. This email is for informational purposes only.

**Short Term Disability Information:**
Last Day Worked: 7/9/2018

Date of Disability: 7/10/2018

Benefit Payments Period: 7/17/2018 thru 10/12/2018
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to his or her date of disability.*

Disability Claim Status: Approved

**Family and Medical Leave (FMLA) Information:**
Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until FMLA reaches maximum period of entitlement.*

Leave Status: Not Applicable

**If either benefit listed above is in a Pending status you will receive separate notice once that determination is made.**

**IMPORTANT NOTE —** Upon the employee's return to work, he or she must be properly restored to an active status in Workday. Please instruct the employee's People Experience Lead (PEL) to make this update.

**Failure to report the employees return to work in a timely manner could result in a delay in payment of his or her salary.**

**For additional resources including the Manager's Checklist please click here.**

If you have further questions, please call Liberty Mutual at (800) 291-0112 13950 or contact the assigned Case Manager at Rhakeem.Brown@lfg.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 12, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

# Send Result Report

MFP

ECOSYS M3660idn

Firmware Version 2TA_S000.001.319 2018.03.15

R4L8600452
09/21/2018 09:32
[2TA_1000.001.027] [2T6_1100.001.001] [2TA_7000.001.319]

Job No.: 003787 Total Time: 0°01'55" Page: 004

# Complete

Document: doc00378720180921092944

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

W. Dickson Schaefer, MD • Christopher J. Barnes, MD • Daniel B. McBryan, MD
Kimberly A. Sarris, MD • Toby L. Anderson, MD • Michael E. Ellis, PA-C, ATC-L

Tax ID# 561066812
Invoice No.: 09212018 –213676

Client:
Liberty Mutual
PO Box 7207
London, KY 40742
Phone: (800) 291 0112
Fax: (603) 334 0239

Description: Records &/or Billing Patient: R. McKeithan DOB:

Number of Pages – 4
Total Due upon receipt of statement – $ 2.00

*****As of 04/11/2016, prepayment is now required for ALL records requests*****

Visa and Mastercard accepted via phone at (910) 484-3114 ext.261

Make checks payable to: Fayetteville Orthopaedics and Sports Medicine
Please be sure to enclose a copy of this invoice when mailing your payment.
Send payment to: Fayetteville Orthopaedics and Sports Medicine
Attn: Mark Macejko
1991 Fordham Drive, Suite 200
Fayetteville, NC 28304

Thank you. If we can be of further service, please contact Mark Macejko at 910 223-2007 or [illegible]@fayortho.com

Pd

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 09/21/18 09:30 | 16033340239 | 0°01'55" | FAX | OK | 200x100 Normal/On |

ECOSYS

Fayetteville Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr, Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan Encounter Date: 9/12/2018 Date of Birth:

**Date of Surgery:** 7/10/18

**Surgical Procedure:** Left shoulder arthroscopic SAD/DCE/RCR

## Subjective:

The patient is here for follow-up of her left shoulder. There has been no significant changes in the current symptoms. Pain is moderate to severe, with a rating of 7/10. The patient reports no new acute injury to her left shoulder. She states that she is experiencing numbness radiating down her arm into the fingers of her left hand. She states that the shoulder pain wakes her up at night. She takes ibuprofen, which questionable pain relief.

For therapy, the patient has been making progress on site despite her subjective complaints of pain

## Left Shoulder Examination

The patient appears in good health. Breath sounds are unlabored. There is no concerning bruising. The patient has a normal mood and affect. There is intact sensation and perfusion in both upper extremities.

The patient has good-looking portal sights and no significant swelling about the shoulder. The neurovascular exam is symmetric in both upper extremities.

There is mild to moderate limitation in active assisted range of motion is as follows: 130 degrees of forward elevation, 110 degrees of abduction and 60 degrees of external rotation.

### Diagnosis Codes:

Z47.89 Encounter for other orthopedic aftercare

### Impression:

Status post left shoulder arthroscopic SAD/DCE/RCR

### Prescriptions:

Celebrex 200 mg capsules, 1 capsule by mouth once a day with food #30 were prescribed; side effects were discussed and appropriate instructions were provided. If any allergic reactions are noted, the patient should stop taking the medication and call immediately. A prescription for Medrol Dose Pack 4 mg, #1 pack, to be taken as directed for inflammation and pain was given. If any allergic reactions are noted, the patient should stop taking the medication and call immediately.

### Treatment Plan:

**ELECTRONICALLY SIGNED BY Christopher Barnes, MD**
**9/12/2018**

Fayetteville Orthopaedics & SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114

Patient Name: Barbara A Mckeithan Encounter Date: 9/12/2018 Date of Birth:

The patient will continue physical therapy twice weekly on site. The emphasis should be on restoring full range of motion as she is behind the curve currently. To help with her symptoms, she received written instructions to discontinue ibuprofen and start Celebrex 200 mg every night after dinner and to start a six-day steroid taper tomorrow.

A course of physical therapy was recommended. The patient was given education on increasing their activity and exercise level. The patient was given education on maintaining their healthy weight. A work status report was created and given to the patient. Patient to return in 5 weeks for follow up. X-ray left shoulder on return, including AP and axillary lateral views.

## Clinical Quality Reporting:

The patient's calculated BMI is within the normal range for the patient's age. A follow up plan regarding weight is not needed. All of the patient's medications were fully documented including her prescriptions, OTC, herbals and vitamin / mineral / dietary (nutritional) supplements. Patient was screened for tobacco use and identified as a non-tobacco user. Cessation intervention is not needed. Patient's blood pressure reading was normal. The patient was encouraged to exercise. A stretching regimen was recommended to the patient.
The plan is understood and agreed upon. There are no unanswered questions. The patient will call with any questions or concerns.

Electronically signed by: Christopher Barnes, MD
Date of Service: 9/12/2018

Fayetteville Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

**PHYSICAL THERAPY REQUEST FORM**

Name: **Barbara A Mckeithan** Home Phone: Weight: **Weight 137lbs**
DOB: Work Phone: Sex: **female**

Referring Provider: **Christopher Barnes, MD**
Suggested Diagnosis: **Z47.89 Encounter for other orthopedic aftercare**
Frequency: ☐ Once (HEP) ☐ Once a week ☑ Twice a week ☐ Three Times a week
Duration (weeks): ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☑ 6
URGENCY (Seen by/on): ☐ TODAY ☐ ASAP (1-3 days) ☑ ROUTINE (7-10 days)

☑ **Evaluate and Treat**
**Special Instruction:**

**MODALITIES**
- ☐ Hot/cold Packs
- ☐ Paraffin
- ☐ Ultrasound
- ☐ Phonophoresis
- ☐ Whirlpool
- ☐ Electrical Stimulation
- ☐ Iontophoresis

- ☐ Passive ROM
- ☐ Active-Assistive ROM
- ☐ Progressive Resistive Exerc.
- ☐ Gait Training
- ☐ Pre-Operative Program
- ☐ Home Exercise
- ☐ McKenzie Back Program

**ISOKINETICS**
- ☐ Cybex Testing For
- ☐ Back Testing - B200
- ☐ Rehabilitation Program

Other:
- ☐ FCE

**TRACTION**
- ☐ Pelvic
- ☐ Cervical
- ☐ Home Unit

**OCCUPATIONAL THERAPY**
- ☐ Evaluate and Treat
- ☐ Splitting
- ☐ FCA
- ☐ Work Hardening

**OTHER PROCEDURES**
- ☐ Protocol
- ☐ Tens Unit
- ☐ Tens Home

☐ Custom Orthotics & Gait Evaluation

[signature] MD

Electronically signed by: Christopher Barnes, MD
Date of Service: 9/12/2018

Fayetteville Orthopaedics
& SPORTS MEDICINE
Physical & Occupational Therapy

1991 Fordham Dr. Suite 100
Fayetteville, NC 28304
910-484-3114
FAX 910-484-8824

## STATUS / PROGRESS REPORT OF ILLNESS / INJURY

Employee Name: **Barbara A Mckeithan** DOB:
Physician: **Christopher Barnes** Office Visit Date: **9/12/2018**
Next Appointment Date: 10/12/2018 Time: 940 AM

Work Related? ☐ Yes ☐ No ☐ Indeterminate at this time

**Work Status**

- ☑ Cannot work
- ☐ Return to work immediately
- ☐ Released from office
- ☐ PPI assessed
- ☐ Return to work with modified duties
- ☐ Modified duties effective until return visit
- ☐ These restrictions are permanent
- ☐ Do not return to work until:

**Work Restrictions** ☐ **None**

**Upper Extremity** ☐ Right ☑ Left

- ☐ No use of affected extremity
- ☐ No firm gripping
- ☐ Must wear sling/cast
- ☐ No awkward wrist position
- ☐ No lifting over lbs.
- ☐ No repetitive motion
- ☐ No vibratory tools
- ☐ No overhead work (above shoulder)
- ☐ No commercial driving

**Lower Extremity** ☐ Right ☐ Left

- ☐ Seated work only/mainly
- ☐ No squatting/kneeling/twisting
- ☐ No climbing stairs/ladders
- ☐ No prolonged standing or walking
- ☐ Work with brace/cast
- ☐ No lifting over lbs.
- ☐ Elevate when possible/continuous
- ☐ Crutches/cane/walker
- ☐ No twisting, pushing, pulling

☐ Other Appropriate Duties / Comments/Special Instructions:

*****_**If no job is available with the stated modified duties, consider**_ Barbara A Mckeithan _**to be off work.**_*****

Date: 9/12/2018
Electronically Signed By: Christopher Barnes, MD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 26, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 26, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to Barbara McKeithan's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Barnes. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 3, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Attachments: 6030340-REQUEST-PROVIDER-09.12.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 12, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 27, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 10, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Attachments: 6030340-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-09.12.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 13, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 12, 2018, we requested medical records from Dr. .Barnes This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 12, 2018 through the present from Dr. Barnes

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than October 10, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Fayetteville Orthopaedics
& SPORTS MEDICINE
*Physical & Occupational Therapy*
W. Dickson Schaefer, MD • Christopher J. Barnes, MD • Daniel E. McBrayer, MD
Kimberly A. Barrie, MD • Toby L. Anderton, MD • Michael E. Dilello, PA-C, ATC-L

**Tax ID# 561066512**
**Invoice No.: 09212018 –213676**

**Client:**
Liberty Mutual
PO Box 7207
London, KY 40742
Phone: (800) 291 0112
Fax: (603) 334 0239

**Description:** Records &/or Billing **Patient:** B. McKeithan **DOB:**

**Nnmber of Pages =4**
**Total Due upon receipt of statement = $ 2.00**

*****As of 04/11/2016, prepayment is now required for ALL records requests*****

**Visa and Mastercard accepted via phone at (910) 484-3114 ext.161**

Make checks payable to: Fayetteville Orthopaedics and Sports Medicine
**Please be sure to enclose a copy of this invoice when mailing your payment.**
Send payment to: Fayetteville Orthopaedics and Sports Medicine
Attn: Mark Macejko
1991 Fordham Drive, Suite 100
Fayetteville, NC 28304

Thank you. If we can be of further service, please contact Mark Macejko at 910 223-2007 or mmacejko@fayortho.com

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 12, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 12, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

September 13, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 12, 2018, we requested medical records from Dr. .Barnes This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 12, 2018 through the present from Dr. Barnes

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than October 10, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:**
Christine.James@unilever.com;Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Barbara Mckeithan EmpID 000428836, Disability Claim No. 6030340

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 7/9/2018

Date of Disability: 7/10/2018

Benefit Payments Period: 7/17/2018 thru 9/12/2018
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 7/10/2018 thru 9/12/2018
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

**IMPORTANT NOTE —** Upon the employee's return to work, please ensure that they are properly restored to an active status in Workday. Failure to report the actual return to work date could result in a delay in payment of the employee's salary. Employees, Line Managers and HR have access to submit the Return to Work under Time Off module of Workday.

Please follow the below steps to return your employee in Workday:

- Select Team Time Off or Search for Employee's Name
- Select Related Actions Button
- Select Time and Leave from the Actions menu
- Return Worker from Leave
- Confirm First Day Back at Work and Actual Last Day of Leave

If you have further questions, please call Liberty Mutual at (800) 291-0112 13950 or contact the assigned Case Manager at Rhakeem.Brown@lfg.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:**
Christine.James@unilever.com;Denise.Jackson@unilever.com;STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Barbara Mckeithan EmpID 000428836, Disability Claim No. 6030340

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 7/9/2018

Date of Disability: 7/10/2018

Benefit Payments Period: 7/17/2018 thru 9/3/2018
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 7/10/2018 thru 9/3/2018
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

**IMPORTANT NOTE —** Upon the employee's return to work, please ensure that they are properly restored to an active status in Workday. Failure to report the actual return to work date could result in a delay in payment of the employee's salary. Employees, Line Managers and HR have access to submit the Return to Work under Time Off module of Workday.

Please follow the below steps to return your employee in Workday:

- Select Team Time Off or Search for Employee's Name
- Select Related Actions Button
- Select Time and Leave from the Actions menu
- Return Worker from Leave
- Confirm First Day Back at Work and Actual Last Day of Leave

If you have further questions, please call Liberty Mutual at (800) 291-0112 13950 or contact the assigned Case Manager at Rhakeem.Brown@libertymutual.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Mutual. INSURANCE

Fax
603-334-0239

AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Barbara A McKeithan

Name of legal representative, if applicable (print) Barbara A McKeithan Relationship Self

Signature of claimant or legal representative ______________________

Date of Birth: ______________ Claim Number: ______________ Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# OPERATIVE REPORT

## Fayetteville Ambulatory Surgery Center

Account #: 206974-1
Patient Name: MCKEITHAN, BARBARA
MRN: 206974
Sex: Female
Date of Birth:
Proceduralist/Surgeon: Christopher Barnes MD

Date of Procedure: 07/10/2018
Admitting Provider: ,
Attending Provider: BARNES, MD, CHRISTOPHER J
Referring Provider: ,



**PRE-OPERATIVE DIAGNOSES:**
- Nontraumatic rotator cuff tear (degenerative)
  - Incomplete; Left shoulder
- Injury of biceps
  - Long head of biceps; Strain; Left arm; Initial encounter
- Primary shoulder osteoarthritis
  - Left

**POST-OPERATIVE DIAGNOSES:**
- Nontraumatic rotator cuff tear (degenerative)
  - Incomplete; Left shoulder
- Primary shoulder osteoarthritis
  - Left

**PROCEDURES PERFORMED:**
- Shoulder arthroscopy
  - Left Side
  - Subacromial decompression with partial acromioplasty
    - Left Side
  - Distal claviculectomy, including distal articular surface (Mumford)
    - Left Side
  - Rotator cuff repair of partial tear
    - Left Side

**ASSISTANTS:**
None

**ESTIMATED BLOOD LOSS:**
Minimal

**FINDINGS:**
see technique

**SPECIMEN REMOVED:**
None

**INDICATIONS:**
This is a 51-year-old African American female with shoulder pain and weakness. She had an MRI that showed a possible biceps tendon tear, partial thickness, and a partial-thickness rotator cuff repair as well as AC joint arthrosis. She understood the risks and benefits of surgery to include subacromial decompression, distal clavicle excision, possible rotator cuff repair, and possible open biceps tenodesis including infection, bleeding, stiffness, re-tear, failure of this to fully alleviate her shoulder pain, etc., and she is willing to proceed.

Copyright 2008-2018 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2017 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 3

Account #: 206974-1
MRN: 206974
Patient Name: MCKEITHAN, BARBARA
Date of Birth:
Date of Procedure: 07/10/2018

# OPERATIVE REPORT

Fayetteville Ambulatory Surgery Center



TECHNIQUE:

After informed consent was verified, the patient was taken to the operating room and given general anesthesia. Exam under anesthesia showed mild limitation in forward elevation (to 130 degrees), so a gentle manipulation was performed which restored full range of motion. She was prepped and draped and hung in 12 pounds of traction in the arthroscopy position.

A standard posterior portal was made and an inside-out technique was used to establish an anterior portal. Arthroscopic evaluation of the glenohumeral joint showed normal-appearing articular cartilage. The biceps tendon looked essentially normal with just a little synovitis around it, but there was generalized synovitis and no tearing of the biceps tendon itself or subscapularis tendon tearing, so I was happy with that.

The patient had a near full-thickness/partial-thickness rotator cuff tear with some scar intervening between the tendon edges. I debrided the "footprint" from below and placed a shuttle relay medial and posterior to the zone of injury to mark this from below as well as to help pass our posterior stitch of our rotator cuff anchor.

The subacromial space was debrided with a shaver and I windowed open the small amount of bursal sided fibers that were still remaining. I used a punch to expand the tear a little bit anteriorly so we could see better to make sure we got our stitches medial to the delaminated component of the tear. We then did a bursectomy and took down the CA ligament.

A high-speed bur was used to block cut about 5 mm of the anterior acromion to make that flat or slightly concave. We performed a subacromial decompression. We then outlined the distal clavicle which was degenerative and block cut enough space to create at least 1 cm between the distal clavicle and the acromial facet with care not to disrupt the AC ligament.

The total width of the undersurface rotator cuff tear was about 1 cm to 12 mm wide. I placed a 4.5 triple-loaded anchor in the medial half of the rotator cuff "footprint" and then placed three simple stitches using the previously placed shuttle first and then a turn to the left and a turn to the right. Our middle stitch was the most medial so we tied that first and then reinforced the stitches from anterior and posterior. When we were done we had a good looking reduction of the tendon down to bone, and thus I placed two "vascular channels" laterally to create some blood flow to the repair site and finish the procedure.

A pain pump catheter was put in the subacromial space. We removed all instruments from the shoulder. The patient was put in a bulky dressing and a brace. She is going home today with routine post shoulder repair instructions.

The patient is going to have oxycodone and Tylenol for pain. She will begin physical therapy on the small rotator cuff repair protocol in two days and see me back in about two weeks.

Electronically signed by
**Christopher Barnes MD**
07/10/2018 19:35 EDT

Copyright 2008-2018 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2017 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 3

# OPERATIVE REPORT
Fayetteville Ambulatory Surgery Center

Account #: 206974-1
MRN: 206974
Patient Name: MCKEITHAN, BARBARA
Date of Birth:
Date of Procedure: 07/10/2018



WWW3732111.3 by Christopher Barnes MD, 07/10/2018 19:35 EDT

CC:
Fayetteville Orthopaedics - 910.484.8824

Copyright 2005-2018 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2017 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 3

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

Liberty Mutual INSURANCE

| | |
|---|---|
| Date: | July 11, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

July 11, 2018

*No Records Found For Dates of service Requested*
7/11/18 IP

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 10, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by July 18, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

| | |
|---|---|
| Date: | July 11, 2018 |
| To: | DR. CHRISTFER BARNES |
| Attn: | |
| Fax: | (910) 484-8824 |
| From: | Rhakeem Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0239 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6030340<br>Claimant: Barbara McKeithan<br><br>Unilever, USA |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

July 11, 2018

Dr. Christfer Barnes

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340
Claimant: Barbara McKeithan
Claimant D.O.B.:

Dear Dr. Christfer Barnes:

We are the Disability Claim Administrator for your patient, Barbara McKeithan.

To evaluate Ms. McKeithan's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 10, 2018 through the present
- Admission and Discharge Summaries

We ask that you provide this information by July 18, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0239 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. BARBARA MCKEITHAN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0239

July 12, 2018

Ms. Barbara A. McKeithan

RE: Short Term Disability (STD) Benefits
Unilever, USA
Claim #: 6030340

Dear Ms. Barbara McKeithan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Unilever, USA's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On July 11, 2018, we requested medical records from Dr. .Barnes This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 10, 2018 through the present from Dr. Barnes

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Unilever, USA's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than August 8, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhakeem Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13950
Secure Fax No.: (603) 334-0239

«Sequence_Number»
Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

BARBARA MCKEITHAN

0000

*400000300025887*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 25, 2018

BARBARA MCKEITHAN

0000

RE: Short Term Disability Benefits
Unilever, USA
Claim #: 6030340

Thank you for contacting Liberty Life Assurance Company of Boston (Liberty Life), Unilever's Leave of Absence administrator. Your application for Short Term Disability (STD) benefits has been received and is currently under review.

Liberty Life will be contacting your current treating physician(s) to obtain specific medical information about your condition and prognosis. Before a decision can be made on your STD claim, supporting documentation must be received from your current treating physician(s).

**Actions Required:**

1. **Complete and return the enclosed "Authorization to Obtain and Release Information" form.**
   - This form allows Liberty Life to request medical information from your current treating physician(s) on your behalf; however, it is ultimately your responsibility to ensure that the medical information requested is submitted.
   - Fax the completed release form to Liberty Life at 603-334-0380, or mail it to:
     Liberty Life Assurance Company of Boston
     Group Benefits Disability Claims
     P.O. Box 7207
     London, KY 40742-7207
   - Provide a copy of the completed release form to your treating physician(s).

2. **Request that your current treating physician(s) provide medical documentation to Liberty Life.**
   - Delay in or failure to submit medical documentation *may* result in a delay in pay, or denial of STD benefits.

After Liberty Life receives medical documentation from your treating physician(s), your claim will be evaluated and you will be notified of our decision via a telephone call.

**Employees Eligible for Statutory (State) Disability Benefits**

If you work in California, New Jersey, New York, Hawaii, Rhode Island, or Puerto Rico, you may be eligible for state disability benefits. To receive the maximum benefit, you are entitled to, you may also have to report your disability to your state disability program.

- For employees working in New York, New Jersey and Hawaii, Liberty Life manages the state disability program. You will have a statutory disability claim created and managed by Liberty Life and **will not** need to file a separate claim with your state disability program.
- For employees working in California, please contact the California Employment Development Department at 800-480-3287 to file your claim. You may also visit their website for additional information at www.edd.cahwnet.gov.
- For employees working in Rhode Island, please contact the Rhode Island Department of Labor and Training at 401-462-8420 or visit their website at http://www.dlt.ri.gov/tdi/ to file your claim.
- For employees working in Puerto Rico, please call the Puerto Rico Bureau of Employment Security at 787-754-5824 to file your claim. You may also visit their website for additional information at www.trabajo.pr.gov.

Note: Any STD benefits you are entitled to, which will be paid to you directly by Unilever, will be reduced by the amount you receive from your statutory disability claim. If you are entitled to statutory benefits in New York, New Jersey, or Hawaii they will be paid by check from Liberty Life. If you are entitled to benefits in California, Rhode Island, or Puerto Rico they will be paid directly from the state. You will receive payment from Unilever through your normal payroll for any remaining benefits due after the adjustment for state benefits has been made. The combined value of these two separate payments will be equal to the total STD payment that you are entitled to.

**STD Payment and Timing**

Based on the timing of the filing of your STD claim, as well as the timing of the Unilever payroll cycle cutoff dates, there is a possibility that your STD payments paid from Unilever could be overpaid. If your benefit is overpaid Unilever has the right to recover the amount overpaid in full and may therefore adjust future paychecks as needed if an overpayment does occur. Note that the recovery of overpayment amounts will result in a reduced, or in some instances, $0 paycheck from Unilever.

If you have any questions regarding this information, please contact our office at (800) 291-0112, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Group Market Disability Claims

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rhakeem Brown

EMPLOYEE/CLAIMANT NAME: BARBARA MCKEITHAN
CLAIM NO: 6030340 S.S. NO: ____
EMPLOYER/SPONSOR: UNILEVER, USA DATE OF BIRTH: ____

I authorize any licensed physician, medical provider, hospital, HMO, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor(Self Insured Plan), or to persons or other organizations providing claims management services.

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and all other work related information; all records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications, other financial information including bank records, complete copies of Federal and State tax returns; including all attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company, has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing and false, incomplete, or misleading information may be guilty of a criminal act punishable

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Print Name ____ Social Security Number ____

Signature ____ Date ____

DP432 07/01

Lincoln/McKeithan 1178

**From:** UnileverAutoCorrespondence@libertymutual.com
**To:** Christine.James@unilever.com; Denise.Jackson@unilever.com; STEVEN.KESSINGER@UNILEVER.COM
**Subject:** LIBERTY MUTUAL NOTIFICATION: Acknowledgement of Short Term Disability/Leave request for Barbara Mckeithan, Employee ID 000428836, Disability Claim No. 6030340

**This e-mail is to inform you that Barbara Mckeithan has applied for a Short Term Disability(STD).** The STD and FMLA requests are currently under review.

You will receive an additional notification once a determination is made. Please note that if STD is not approved within 15 days FMLA will be reviewed separately. You may receive separate notices if determinations are made at different times.

The employee reported a Last Day Worked of 7/9/2018.

**ACTION REQUIRED BY YOU:**

1. If your employee works a variable work schedule that deviates from the typical Monday through Friday work week, please contact the assigned Liberty Mutual Case Manager at Rhakeem.Brown@libertymutual.com immediately to provide the accurate work schedule. **Failure to provide this information timely could impact your employee's disability pay.**

2. Upon the employee's return to work, he or she must properly restored to an active status in Workday. Please instruct the Human Resources Data Specialist responsible for your function to make this update.

Failure to report the employees actual return to work in a timely manner could result in a delay in payment of his or her salary.

If you have any questions, please call Liberty Mutual at (800) 291-0112 ext. 13950 or contact the assigned Case Manager at Rhakeem.Brown@libertymutual.com. Please be sure to reference claim number 6030340.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**