FILED
2023 Aug-31 PM 01:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BARBARA MCKEITHAN,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:22-cv-01490-RDP** |
| | } | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | } | |
| | } | |
| **Defendant.** | | |

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

This case is **SET** for a Rule 16(b) scheduling conference at **2:00 p.m.** on **Tuesday, September 12, 2023**, in chambers of the undersigned located in the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Room 882, Birmingham, Alabama.

Out of town counsel may participate in the conference via telephone and are **DIRECTED** to dial-in to the conference by calling **866-434-5269** at the scheduled time. The Conference ID is **6022965**.

**DONE** and **ORDERED** this August 31, 2023.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE